UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
UNITED STATES OF AMERICA,

          Plaintiff,

     -against-

**Order**

**04-CR-1016 (NGG)**

RONELL WILSON,

          Defendant.
-----------------------------------------------X
GARAUFIS, United States District Judge.

     Learned counsel for the death-eligible defendant in this indictment, Ronell Wilson, has submitted a proposed budget to this court in anticipation of estimated costs that will be incurred by the defense covering the time period from July 22, 2005, the date on which the United States Attorney informed the defense that the government would seek the death penalty, through the commencement of jury selection. The proposed budget covers attorney, expert and investigative services the defense anticipates utilizing. I have reviewed the proposed budget, which was submitted *ex parte* and under seal. I find the expenditures proposed by the learned counsel to be reasonable. I therefore approve the submitted budget, and will forward the proposed budget, along with a transcript of the *ex parte* budget conference, to Chief Judge John M. Walker, Jr. of the United States Court of Appeals for the Second Circuit for his review and consideration.

SO ORDERED.

Dated: September 29, 2005
      Brooklyn, N.Y.

                                  _____/s/_____
                                  Nicholas G. Garaufis
                                  United States District Judge