UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA

      - against -

RONELL WILSON,

      Defendant.
------------------------------X

**JUDGMENT AND ORDER**
04-CR-1016 (S-2) (NGG)

GARAUFIS, United States District Judge

Pursuant to the jury verdict, returned on December 20, 2006, finding the Defendant guilty on all counts of the Second Superseding Indictment, the Defendant is adjudged guilty of each of the following offenses:

| Count | Offense | Date of Offense | Title & Section |
|---|---|---|---|
| 1 | Murder in Aid of Racketeering | March 10, 2003 | 18 U.S.C. § 1959(a)(1) |
| 2 | Murder in Aid of Racketeering | March 10, 2003 | 18 U.S.C. § 1959(a)(1) |
| 3 | Robbery Conspiracy | March 10, 2003 | 18 U.S.C. § 1951(a) |
| 4 | Attempted Robbery | March 10, 2003 | 18 U.S.C. § 1951(a) |
| 5 | Carjacking with Death Resulting | March 10, 2003 | 18 U.S.C. § 2119(3) |
| 6 | Use of a Firearm | March 10, 2003 | 18 U.S.C. § 924(c)(1)(A)(iii) |
| 7 | Causing Death Through Use of a Firearm | March 10, 2003 | 18 U.S.C. § 924(j) |
| 8 | Causing Death Through Use of a Firearm | March 10, 2003 | 18 U.S.C. § 924(j) |
| 9 | Robbery Conspiracy | May 2, 2002 | 18 U.S.C. § 1951(a) |
| 10 | Use of a Firearm | May 2, 2002 | 18 U.S.C. § 924(c)(1)(A)(i) |

Pursuant to the Federal Death Penalty Act of 1994, 18 U.S.C. §§ 3591-3595, including 18 U.S.C. § 3593(c), which provides that "when a defendant is found guilty or pleads guilty to [an offense punishable by death], no presentence report shall be prepared"; and the sentencing hearing conducted by the court pursuant to 18 U.S.C. § 3593(c), which along with the trial in this case provided the court sufficient information to sentence the Defendant without a presentence report; and the Special Findings of the jury; and the jury's unanimous vote, returned on January 30, 2007, recommending that the Defendant, RONELL WILSON, be sentenced to death on Counts One, Two, Five, Seven and Eight, it is the Judgment of the Court that the Defendant, RONELL WILSON, is sentenced to death separately on each of Counts One, Two, Five, Seven, and Eight of the Second Superseding Indictment.

Pursuant to the provisions of 18 U.S.C. § 3596, it is ORDERED that the Defendant, RONELL WILSON, is committed to the custody of the Attorney General of the United States until exhaustion of the procedures for appeal of the judgment of conviction and for review of the sentence. When the sentence is to be implemented, the Attorney General shall release the Defendant to the custody of a United States Marshal, designated by the Director of the United States Marshals Service, who shall supervise implementation of the sentence in accordance with law.

It is further ORDERED that the sentence shall be executed on a date and at a place designated by the Director of the Federal Bureau of Prisons in accordance with law.

It is further ORDERED pursuant to the Sentencing Reform Act of 1984, and 18 U.S.C. § 3593(c), which provides that "when a defendant is found guilty or pleads guilty to [an offense punishable by death], no presentence report shall be prepared," and the sentencing hearing

conducted by the court pursuant to 18 U.S.C. § 3593(c), which along with the trial in this case provided the court sufficient information to sentence the Defendant without a presentence report, that the Defendant, RONELL WILSON, is sentenced as follows on the non-capital counts of the Second Superseding Indictment. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: TWENTY (20) YEARS for Count Three, TWENTY (20) YEARS for Count Four, LIFE for Count Six, TWENTY (20) YEARS for Count Nine, and LIFE for Count Ten. The sentences for Counts Three, Four, Six, Nine, and Ten shall run consecutively.

It is furthered ORDERED that should the Defendant be released, he shall be on supervised release for a term of five years for each of Counts Three, Four, Six, Nine and Ten of the Superseding Indictment, which shall run concurrently. The standard conditions of supervised release shall apply.

As required by 18 U.S.C. § 3013, it is ORDERED that the Defendant shall pay a special assessment of $1,000, which is mandatory and which shall be due immediately. The Court declines to impose a fine due to the Defendant's inability to pay a fine. Pursuant to 18 U.S.C. § 3663A, restitution is mandatory; however, all reimbursable expenses incurred by the victims' families have been paid by another source, namely the New York City Police Department. Accordingly, no restitution is ordered.

You have the right to appeal your conviction and sentence to the United States Court of Appeals for the Second Circuit. Your time to appeal is extremely limited. You must file your Notice of Appeal with the Clerk of Court for this district within ten days of today. Accordingly, you should discuss with your attorneys immediately whether you wish to pursue an appeal.

It is so ordered.

Dated: March 29, 2007
Brooklyn, NY

/signed/
NICHOLAS G. GARAUFIS
United States District Judge