```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                  -against-

   RONELL WILSON,


                        Defendant.
-------------------------------------------------------------------X
```
                                  **ORDER**

                            **04-CR-1016 (NGG)**

NICHOLAS G. GARAUFIS, United States District Judge.

      The court will begin jury selection in the above-captioned case on October 1, 2012. At a status conference earlier today, the court discussed with both parties the number of jurors that should be called initially. Upon further consideration of that discussion, the court has determined that an initial pool of 1,000 jurors is appropriate.

      The Clerk of Court is directed to call an initial group of 1,000 potential jurors to report on October 1, 2012.

      SO ORDERED.

```
                                                    /s/ Nicholas G. Garaufis
Dated:  Brooklyn, New York                          NICHOLAS G. GARAUFIS
        January 12, 2012                            United States District Judge
```