UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-                              Docket No.  04 CR 1016 (NGG)

RONELL WILSON,

        Defendant.

--------------------------------------------------------X

### NOTICE OF REQUEST FOR A PRETRIAL DETERMINATION THAT RONELL WILSON IS A PERSON WITH MENTAL RETARDATION AND THEREFORE INELIGIBLE TO RECEIVE A SENTENCE OF DEATH

The defendant, Ronell Wilson, by and through counsel, hereby requests this Court to hold a pretrial hearing to determine whether he is a person with mental retardation.  The Federal Death Penalty Act provides that "[a] sentence of death shall not be carried out on a person who is mentally retarded." 18 U.S.C. § 3596(c).  This prohibition is constitutionally required.  Atkins v. Virginia, 536 U.S. 304 (2002).  After preliminary investigation, Mr. Wilson's counsel believes that his execution should be barred under the statute and the Eighth Amendment.

Dated: New York, NY
       February 1, 2012

                                            DAVID M. STERN
                                            Rothman Schneider Soloway & Stern
                                            100 Lafayette St., Suite 501
                                            New York, New York  10013

                                            COLLEEN QUINN BRADY
                                            BEVERLY VAN NESS

                                            *Attorneys for Defendant Ronell Wilson*