**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

---

JM:JGM
F. #2004R01762

*United States Attorney's Office*
*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 8, 2012

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Ronell Wilson
            Criminal Docket No. 04-1016(NGG)

To Whom It May Concern:

     Kindly accept this letter as notice of my appearance in the above-captioned matter. Kindly add my name and contact information to the notification list for the electronic case filing system.

                                      Very truly yours,

                                      LORETTA E. LYNCH
                                      United States Attorney

                      By:   _____
                              James G. McGovern
                              Assistant United States Attorney
                              (718) 254-6293
                              James.G.McGovern@usdoj.gov