D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA                :

                                        :   FILED
                                            IN CLERK'S OFFICE
                                            U S DISTRICT COURT E.D.N.Y.
                                            ★ MAR 2 8 2012 ★
                                            BROOKLYN OFFICE

- against -
                                        :   04 Cr 01016(NGG)

RONELL WILSON                           :
----------------------------------X

NICHOLAS G. GARAUFIS, U.S.D.J.

Upon the application of David Stern, counsel for RONELL WILSON, a defendant in the above captioned case;

**IT IS HEREBY ORDERED**, that on March 30, 2012 from 9am to 3pm Dr. George Woods, the psychiatrist appointed in this matter, meet with Mr. Wilson on the 3rd floor health services or an area equivalent to health services and free from distraction <u>not</u> including the special housing unit.

**IT IS FURTHER ORDERED**, that Dr. George Woods enter the Metropolitan Detention Center with the following items:

1. iPad (containing the tests to administer)
2. An opthalmoscope
3. A straight pin
4. An otoscope
5. A reflex hammer

Dated: New York, New York
       March 13, 2012

                                        SO ORDERED:
                                        s/Nicholas G. Garaufis
                                        _____
                                        HON. NICHOLAS G. GARAUFIS
                                        UNITED STATES DISTRICT JUDGE