FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ MAR 28 2012 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA             :
                                     :
    - against -                      :
                                     :  04 Cr 01016(NGG)
RONELL WILSON                        :
----------------------------------------X

NICHOLAS G. GARAUFIS, U.S.D.J.

Upon the application of David Stern, counsel for RONELL WILSON, a defendant in the above captioned case;

**IT IS HEREBY ORDERED**, that on April 2, 2012 from 9am to 5pm Dr. Joette James, the neuropsychologist appointed in this matter, meet with Mr. Wilson on the 3rd floor health services or an area equivalent to health services and free from distraction not including the special housing unit.

**IT IS FURTHER ORDERED**, that Dr. Joette James enter the Metropolitan Detention Center with the following items:

1. A laptop
2. A stopwatch
3. Markers
4. Pencils
5. Pens
6. Scrap Paper

Dated: New York, New York
       March 13, 2012

                              S D  O R D E R E D:
                              s/Nicholas G. Garaufis
                              _____
                              HON. NICHOLAS G. GARAUFIS
                              UNITED STATES DISTRICT JUDGE