```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA          :

                                  :
       - against -
                                  :   04 Cr 01016(NGG)

RONELL WILSON                     :
------------------------------------X
```

NICHOLAS G. GARAUFIS, U.S.D.J.

Upon the application of David Stern, counsel for RONELL WILSON, a defendant in the above captioned case;

**IT IS HEREBY ORDERED**, that on June 18, 2012 from 9am to 3pm Dr. George Woods, the psychiatrist appointed in this matter, meet with Mr. Wilson at the Metropolitan Detention Center in Brooklyn.

**IT IS FURTHER ORDERED**, that Dr. George Woods enter the Metropolitan Detention Center with the following items:

1. An opthalmoscope
2. A straight pin
3. An otoscope
4. A reflex hammer

Dated: New York, New York
       June 14, 2012

                              S O  O R D E R E D:
                              s/Nicholas G. Garaufis
                              _____
                              HON. NICHOLAS G. GARAUFIS
                              UNITED STATES DISTRICT JUDGE

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ JUN 15 2012 ★
BROOKLYN OFFICE