

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JM:SA
F.#2004R01762

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 29, 2012

**BY EMAIL AND ECF**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ JUL 0 6 2012 ★

BROOKLYN OFFICE

Re:  United States v. Ronell Wilson,
     Criminal Docket No. 04-CR-1016 (NGG)

In light of the Court's denial of the government's motion to reconsider, the government respectfully requests that the Court authorize the government to appoint an Assistant United States Attorney from the United States Attorney's Office for the Eastern District of New York as "taint" counsel for these proceedings.  As the Court is aware, the previously assigned "taint" counsel from the United States Attorney's Office for the Southern District of New York is no longer available to work on this matter.  Given that the defendant stands convicted of the charges in this matter, the government submits that the concerns that led the Court to previously appoint an out-of-district "taint" counsel no longer exist.  Counsel for the defendant have indicated their consent to this appointment.

Application granted.
So ordered.
s/Nicholas G. Garaufis
6/29/12

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                    United States Attorney

                            By:     /s/
                                    Shreve Ariail
                                    James McGovern
                                    Celia Cohen
                                    Assistant U.S. Attorneys
                                    (718) 254-6616/6293

cc:  Counsel for the Defendant (By EMAIL and ECF)