Colleen Quinn Brady  
Attorney at Law  
99 Hudson Street, 8th Floor  
New York, NY 10013  
(T) 212-431-1354, (F) 212-965-9084  
Sequinnbrady@netzero.com

July 13, 2012

**VIA E.C.F.**

Hon. Nicholas G. Garaufis  
United States District Judge  
Eastern District of New York  
United States Courthouse  
225 Cadman Plaza East  
Brooklyn, NY 11201

        Re:    United States v. Ronell Wilson  
                  04 Cr. 1016(NGG)

Dear Judge Garaufis:

      David Stern, Michael Burt, Beverly Van Ness and I represent Mr. Wilson. We write jointly with Assistant United States Attorneys James McGovern and Shreve Ariail seeking to adjourn the Atkins hearing in the above matter, which is presently scheduled for September 17, to a date convenient to the Court at the beginning of December 2012..

      On February 1, 2012 Mr. Wilson served notice of his intent to seek a hearing pursuant to Atkins v. Virginia, 536 U.S. 304 (2002). On February 13, 2012 your Honor scheduled the hearing for September 17, 2012. Since that time the defense and the prosecution have been working diligently to prepare. The requested adjournment is necessary because of the huge number of documents which must be reviewed , the number of experts who must meet with and test Mr. Wilson, and the number of witnesses who must be interviewed to adequately prepare for the hearing.

Hon. Nicholas G. Garaufis
July 13, 2012
Page Two

As your Honor is aware, Mr. Wilson was 20 years at the time of the offense. However, there is extensive documentation of his life including thousands of pages of records from the years Mr. Wilson spent in special education classes in the New York City public school system, and the years he was incarcerated in Brookwood Center, Rikers Island, the M.D.C., and the Federal Correctional Complex, Terre Haute. In addition the defense and the government must review records of Mr. Wilson's family members such as his mother and brother, who themselves have lengthy documentary records. Once the document review is completed the parties must try to contact witnesses referred to in the documents, many of whom are no longer at their original places of employment. These witnesses are needed to inform the experts opinions and potentially as witnesses at the hearing.

In addition extensive testing is required of Mr. Wilson, his family members, and others. This is being carried out by experts for the parties, many of whom live outside the state and themselves have crowded schedules. Once the testing is completed the experts will meet with the defense and prosecution to plan, and ultimately write, a final report. Each side must then review the other's report and decide how best to approach the issues to be presented at the hearing and prepare the appropriate witnesses. This preparation, for what is expected to be an approximately three week hearing, is itself time consuming.

For all of these reasons we propose an adjustment of the pre-hearing scheduling as follows:

- August 15, 2012-Testing Complete
- September 15, 2012- Exchange of Reports
- October 15, 2012- Final Motions
- November 5, 2012 - Responses
- November 19, 2012 - Argument (if necessary)
- December 15 —Hearing

Hon. Nicholas G. Garaufis
July 13, 2012
Page Three

    If you need any additional information regarding this application, please contact my office at your convenience. Thank you for your consideration.

Respectfully submitted,

Colleen Quinn Brady

cc:    AUSA James McGovern
        AUSA Shreve Ariail
        David Stern, Esq.
        Michael Burt, Esq
        Beverly Van Ness, Esq.