# NOTICE OF APPEAL

## UNITED STATES DISTRICT COURT
**Eastern** District of **New York**

**UNITED STATES OF AMERICA**

- against -

**RONELL WILSON,**

**Defendant.**

Docket Number __04-CR-1016 (NGG)__

__The Honorable Nicholas G. Garaufis__
(District Court Judge)

Notice is hereby given that __the United States of America__ appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment ___ ;   Order **X** ;   Other ___ ;   __Denial of the Government's Motion for Reconsideration__.
(specify)

entered in this action on __June 22, 2012__.
(specify)

Offense occurred after November 1, 1987   Yes __X__   No _____.

The appeal concerns:  __the Order dated June 22, 2012 denying the government's Motion for Reconsideration__.

Date __July 20, 2012__                       **PETER A. NORLING, AUSA**
                                             (Counsel for Appellant)

TO: **Colleen Quinn Brady, Esq.**          Address:   **U.S. Attorney's Office - E.D.N.Y.**
    **99 Hudson Street, 8th Floor**                   **271 Cadman Plaza East**
    **New York, New York 10013**                      **Brooklyn, New York, 11201**
    **212-431-1354**                       Telephone: **718-254-6280**
    **sequinbrady@netzero.com**            E-Mail:    **Peter.Norling@usdoj.gov**

ADD ADDITIONAL PAGE IF NECESSARY

**(TO BE COMPLETED BY ATTORNEY)**

▶ **QUESTIONNAIRE**          ▶ **TRANSCRIPT ORDER**     ▶ **DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE)**

_____ I am ordering a transcript.
__X__ I am not ordering a transcript.

Reason:
_____ Daily copy is available
__X__ U.S. Attorney has placed order
_____ Other. Attach explanation

Prepare transcript of                    Dates
_____ Pre-trial proceedings
_____ Trial
_____ Sentence
_____ Post-trial proceedings

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))  ▶ Method of payment ___ Funds  ___ CJA Form 24

ATTORNEY'S signature   **/s/ PETER A. NORLING**        Date   **July 20, 2012**

▶ **COURT REPORTER ACKNOWLEDGMENT**    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____                Signature _____
                                                (Court Reporter)

**COPY1 - ORIGINAL**

*U.S. GPO: 2001-611-552/60002

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

  - against -

                                          04 CR 1016(NGG)

RONELL WILSON,

              Defendant.

- - - - - - - - - - - - - - - - -X

### CERTIFICATION PURSUANT TO 18 U.S.C. § 3731

It is hereby certified pursuant to 18 U.S.C. § 3731 that this appeal is not taken for purposes of delay and that the evidence that has been ordered excluded constitutes substantial proof of facts material in the proceeding.

Dated:  Brooklyn, New York
       July 19, 2012

                                                /s/ Loretta E. Lynch
                                                LORETTA E. LYNCH
                                                United States Attorney