

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JGM:CAC
F. #2004R01762

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 12, 2014

By Hand and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Ronell Wilson
                Criminal Docket No. 04-CR-106 (NGG)

Dear Judge Garaufis:

      The government respectfully writes to request an enlargement of time for the government to respond to the defendant's Memorandum in Response to the Order of July 1, 2014, dated September 2, 2014. The government's response to this motion is currently due September 19, 2014.

      According to the schedule set for this motion, the defendant was afforded two months to file his memorandum, and the government was provided two weeks to respond. Initially, given the narrow issue before the Court, the government surmised that two weeks would be a sufficient amount of time to prepare its response. Upon receiving the defendant's voluminous memorandum and six affidavits from new experts, however, the government has determined that it needs additional time to permit its own experts to review and analyze Wilson's numerous claims. Accordingly, the government respectfully requests that it be permitted to file its response by October 10, 2014. The government has advised defense counsel of this request, and he has offered no objection.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By:   /s/
      James G. McGovern
      Celia A. Cohen
      Assistant U.S. Attorney
      (718) 254-6293/6147