1   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
2   ------------------------------x
    UNITED STATES OF AMERICA      :
3                                 :    04-CR-1016 (NGG)
                                  :
4            versus              :    United States Courthouse
                                  :    225 Cadman Plaza East
5   RONELL WILSON,               :    Brooklyn, N.Y.  11201
                                  :
6                                 :
                                  :    DECEMBER 3, 2012
7            DEFENDANT.     :    9:00 A.M.
    ------------------------------x

8

9                        TRANSCRIPT OF HEARING
              BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
10               UNITED STATES DISTRICT COURT JUDGE


11
    A P P E A R A N C E S:
12
    For the Government:
13
    LORETTA LYNCH
14  United States Attorney
    BY: JAMES G. McGOVERN, ESQ.
15  Assistant United States Attorney
    271 Cadman Plaza East
16  Brooklyn, New York  11201


17


18
    For the Defendant:
19
    ROTHMAN, SCHEIDER, SOLOWAY, STERN, P.C.
20  100 Lafayette Street - Suite 501
    New York, New York
21  BY: DAVID STERN, ESQ.


22
    LAW OFFICE OF MICHAEL BURT
23  1000 Brannan Street - Suite 400
    San Francisco, California 94103
24  BY: MICHAEL N. BURT, ESQ.


25

                CHARISSE KITT, CRI, CSR, RPR, FCRR
                       Official Court Reporter

```
 1
     LAW OFFICE OF COLLEEN QUINN BRADY
 2   99 Hudson Street – 8th Floor
     New York, New York 10013
 3   BY: COLLEEN QUINN BRADY, ESQ.

 4

 5

 6   ALSO PRESENT:

 7   SPECIAL AGENT KELTAR MUI

 8   VERONICA RAMIREZ, PARALEGAL

 9   MAYERLIN ULERIO, PARALEGAL

10

11   Court Reporter:

12   Charisse Kitt, CRI, CSR, RPR, FCRR
     225 Cadman Plaza East Rm N357
13   Brooklyn, New York  11201
     Tel: (718) 613-2606
14   Fax: (718) 613-2696

15   Proceedings recorded by mechanical stenography, transcription
     by computer-aided transcription.
16

17

18

19

20

21

22

23

24

25
```

Proceedings

1                   (In open court.)

2                   (Defendant present in open court.)

3                   COURTROOM DEPUTY:  All rise.  The United States

4    District Court for the Eastern District of New York is now is

5    session.  The Honorable NICHOLAS G. GARAUFIS is now presiding.

6                   (Honorable NICHOLAS G. GARAUFIS takes the bench.)

7                   COURTROOM DEPUTY:  Calling CRIMINAL CAUSE FOR

8    HEARING in Docket No. 04-CR-1016, United States of America

9    against Ronell Wilson.

10                  Counsel, please note your appearances for the

11   record.

12                  MR. McGOVERN:  For the United States of America,

13   Assistant United States Attorney Celia Cohen and James

14   McGovern.  With us is Special Agent Keltar Mui.

15                  Good morning, Your Honor.

16                  MR. BURT:  Michael Burt, Colleen Quinn Brady and

17   David Stern for the defendant.  With us is Mayerlin Ulerio, a

18   paralegal from our office.

19                  THE COURT:  Good morning.  Be seated, please.

20                  The witness may take the stand.  Are you ready, Ms.

21   Cohen?

22                  MS. COHEN:  Yes, your Honor.

23                  THE COURT:  Just first of all, I'm very sorry about

24   the little interlude on Saturday afternoon.  It was something

25   I could not avoid.  But I'm sure that you managed to fill the

JUDI JOHNSON, RPR, CRR, CLR
Official Court Reporter

Proceedings

1    time with productive activities.

2             I remind the witness that she is still under oath.

3             Ms. Cohen, you may continue your cross-examination.

4             MS. COHEN:  Thank you, Your Honor.

5             I just want to hand up -- on Saturday, we had talked

6    about Government Exhibit 99, that counsel and I were going to

7    review it for some corrections.

8             THE COURT:  Right.

9             MS. COHEN:  We have now agreed on a correct version.

10   Even though the other one was only put in as an exhibit

11   subject to review, we've just -- to make it clear, we've

12   marked it as Government Exhibit 99A so we know this is the

13   corrected version.

14            THE COURT:  Okay.  I'm going to keep 99 in the

15   record so that the record is complete.

16            MS. COHEN:  Perfect.

17            And then the other thing I'm just handing up to the

18   Court is a smaller version, which I've also given to

19   counsel -- I just misplaced them on Saturday -- of Government

20   Exhibit 99.

21            THE COURT:  Very well.  Any objection to 99A?

22            MR. BURT:  No, Your Honor.

23            THE COURT:  99A is received in evidence without

24   objection.

25            (Government Exhibit 99A received in evidence.)

JUDI JOHNSON, RPR, CRR, CLR
Official Court Reporter

1347

Proceedings

1    MS. COHEN:  And as far as Government Exhibit 98, I

2    have informed counsel, just for the record, where those

3    numbers came from, and they are from -- and this is, again,

4    Government Exhibit 98, the psychometric conversion chart.  I

5    informed counsel during the break that it came from the

6    WAIS-IV manual.  And so obviously they can do with it

7    whatever, but that's just the basis for the chart.  And again,

8    we can have one of our experts testify for it, but the numbers

9    came directly out of the WAIS-IV manual.

10    THE COURT:  All right.

11    CONTINUED CROSS-EXAMINATION

12    BY MS. COHEN:

13    Q    Good morning, Dr. James.

14    A    Good morning.

15    Q    When we left off on Saturday, we were talking about the

16    Popp score from the year 2000.

17    A    Yes.

18    Q    And in the Popp score, we were talking about the wording

19    of the actual report.  And just to get back to where we were,

20    we talked about the fact that Psychologist Popp was concerned

21    about short-term memory weakness and gave an extra test.  Do

22    you recall that discussion?

23    A    Yes, I do.

24    Q    And we agreed that, in fact, the extra test produced a

25    high average score.  Do you recall that?

James - Cross/Cohen

1    A    Could you tell me what the name of the extra test was?

2    Q    Sure.  In the report on GOV 004023.

3    A    Yes.

4    Q    This is in the third full paragraph.  And the third full

5    paragraph just says:  "To explore the possibility of a

6    short-term memory weakness, another subtest was completed."

7    And if you look up at the top, it appears that there's a

8    letter/number sequencing test that was given.

9    A    Yes, that's correct.

10   Q    And that would be a short-term memory weakness subtest?

11   A    Yes.  It's a subtest that looks at short-term memory.

12   Q    And that score, 14, would be in the high average,

13   correct?

14   A    Yes.  And it stands out -- I do have concerns about that

15   score, only because it stands out in contrast to the rest of

16   the record of that assessment.  He has an arithmetic score of

17   five, and arithmetic involves calculations, math calculations,

18   which is actually a more difficult test than the letter/number

19   sequencing.

20   Q    Okay.  Well, what we're looking at is what he's written

21   here.

22   A    Right.

23   Q    And you have no reason to doubt that what he wrote was

24   incorrect, right?

25   A    Well, I do question that letter/number sequencing, the

James - Cross/Cohen

1  validity of that score, only because it's nine scale score

2  points higher than the arithmetic score, which is a more

3  difficult subtest.

4  Q    You didn't speak to Psychologist Popp about this,

5  correct?

6  A    No.  But when we look at results like this and we look at

7  scores that are very high or very low in comparison to the

8  rest of the protocol, that stands out as very high.

9  Q    But the point here is that Popp made an extra effort to

10  give a subtest regarding short-term memory, correct?

11  A    I think he -- yeah.  I mean, he gave another test.  And

12  the letter number sequencing isn't part of the core.  So he

13  gave another test to take a look at short-term memory.

14  Q    Okay.

15         My question is:  He gave another test because he

16  seemed to be concerned about the short-term memory weakness,

17  right?

18  A    Yes.  Yes.

19  Q    Now, he also gave the Bender Visual-Motor Gestalt test,

20  correct?

21  A    That's correct.

22  Q    And that test is not typically a test for mental

23  retardation, correct?

24  A    That's not a test that would be typical, no.

25  Q    Right.

James - Cross/Cohen

1    However, if you turn to the -- well, at the

2 beginning of that page, the last sentence is:  "Ronell's

3 work," moving on to the next page, "was organized, neat and

4 done with seeming confidence and planning."

5    Now, putting aside what this tests, obviously those

6 comments are inconsistent with somebody with mental

7 retardation, correct?

8 A    I wouldn't say it's inconsistent, because the Bender is a

9 very, very old test from the 1920s, and it's essentially a

10 drawing test.  The figures that are -- and he's been given

11 that test -- he had actually at that point had been given that

12 test multiple times.  It's a very simple test of drawing

13 figures.  It's not very difficult at all.

14 Q    Okay.

15    But the comment that he was organized, neat and had

16 done with seeming confidence and planning, while, again, that

17 doesn't test someone for mental retardation, those comments in

18 and of themselves are something that is inconsistent with

19 someone with mental retardation?

20 A    I wouldn't say it's inconsistent, no.  I mean, the fact

21 that he showed confidence is not inconsistent with mental

22 retardation.  People with mental retardation can be confident.

23 And people with mental retardation can plan, if it's a very

24 simple planning task.  And the Bender is a very, very simple

25 drawing test.

James - Cross/Cohen

1  Q    You've testified that part of intelligence, intelligent

2  tasks in organization, planning, those are qualities that tap

3  into intelligence, correct?

4  A    That is correct.  That is part of the definition of

5  intelligence.

6  Q    Okay.

7         So just to recap, and we'll move onto another test.

8  You didn't speak with Psychologist Popp, correct?

9  A    No, I did not.

10  Q    His test or his notes indicate that he took careful --

11  that he was careful when he gave this test, that he used his

12  clinical judgment, correct?

13  A    That Dr. Popp was careful?

14  Q    Yes.

15  A    Can you show me where Dr. Popp said he was careful?

16  Q    That he took the time to write this report, correct?

17  A    Yes.  Dr. Popp took the time to write the report, yes.

18  Q    That he was detailed in his views on Mr. Wilson, correct?

19  A    Well, actually, this is an interesting report, because

20  even though he may have been careful in writing the report,

21  the report doesn't seem to reflect any of the previous testing

22  that Mr. Wilson had had.  There isn't anything in the

23  background that is reflective of the many times he had been

24  tested since.  Normally, when you write a report, you include

25  in that background section information about previous

James - Cross/Cohen

1   evaluations.  I don't see anything there.  I also don't see

2   anything about the testing that Mr. Wilson had had two days

3   earlier, educational testing that put his academic skills at

4   the elementary school level.

5           The information that he has on which he's basing his

6   conclusions in this report is actually from Mr. Wilson

7   himself.  As you see, it says that Mr. Wilson said that after

8   high school, he'd like to attend college.  And this is

9   someone's whose academic skills had always been in the

10  second-to-fifth-grade level.

11  Q    Okay.

12          Now, of course, there's a separate report on that

13  other testing that was done, correct?

14  A    Yes.  It was done two days earlier.

15  Q    All right.  And Dr. Popp was giving this test, giving an

16  IQ test and writing a report on it, correct?

17  A    That's correct.

18  Q    And Dr. Popp provided information about his views on the

19  test, right?  You talked about the clearly average outcomes

20  for certain tasks, correct?

21  A    That's correct.

22  Q    He explored a weakness that he saw to make sure that that

23  wasn't an issue, correct?

24  A    That's correct.

25  Q    He talked about emotional and social factors that were at

James - Cross/Cohen

1   play here, correct?

2   A    That is correct.

3   Q    And he offered comments on the educational implications,

4   correct?

5   A    He did.  Although, again, I would be very concerned about

6   taking a look at this report and relying upon it, only because

7   one of the educational implications he says is that Mr. Wilson

8   has a potential to function in the mainstream, and this is

9   someone's that's been in special education since the second

10  grade and has elementary-level achievement.

11          Again, I have concerns about the report because the

12  report doesn't mention any of the earlier testing that was

13  done.  And that's a glaring error because his basis for some

14  of this information is Mr. Wilson himself.

15  Q    Okay.

16          So you have concerns about this report, but you

17  didn't bother to interview Dr. Popp to ask him those

18  questions, correct?

19  A    Well, I didn't need to given that this information is

20  clearly showing that there are holes, there are missing

21  pieces.

22  Q    Okay.

23          And for that reason, you're going to toss out

24  Dr. Popp's report as well or Dr. Popp's scores as well,

25  correct?

James - Cross/Cohen

1   A    Well, I don't know about tossing out scores.  I never

2   talked about tossing out scores.  I think that I have concerns

3   about this report which would cause me to place less weight on

4   it given the reasons I mentioned.  He's talking about -- it's

5   almost as if he's talking about a different person because

6   he's talking functioning in the mainstream for someone who

7   never functioned in the mainstream.

8   Q    Mr. Wilson's scores on this test were much higher,

9   correct?

10  A    He has a lot of variability in his scores in this test,

11  in this particular IQ administration.  You see his vocabulary

12  is a four, his arithmetic is a five.  Digit spanning

13  information are both sixes.  Digit symbol coding is a five.

14  He has a number of variable scores.

15  Q    He also has a performance scale of 92, correct?

16  A    That is correct.

17  Q    And that is in the average range, correct?

18  A    Is correct.

19  Q    And he also had a verbal in this case of 78, right?

20  A    That's correct.

21  Q    Okay.  And that is between borderline and low average,

22  correct?

23  A    I'm sorry, the verbal?

24  Q    The verbal of 78 is about a low average score, correct?

25  A    The verbal of 78 is not a low average.

JUDI JOHNSON, RPR, CRR, CLR
Official Court Reporter

James – Cross/Cohen

1    Q    Between ––

2    A    It's actually in the borderline range, yes.

3         This is also the administration where he made some

4    substitutions.  He actually declined to give picture

5    arrangement and symbol search, as I mentioned earlier.

6    Q    All right.  Now, symbol search, again, in this case was

7    not a requirement, it was an extra test, correct?

8    A    It was a requirement for the full–scale IQ, not for the

9    performance IQ.

10   Q    If you look at any of his tests, all across the board,

11   barely anyone gave symbol search, correct?  I mean,

12   Dr. Abramson gave it, correct?

13   A    They were given when they needed to be given as part of

14   the full–scale IQ.

15   Q    Now, by the way, and the other point that you make with

16   respect to the prorating, Dr. Nagler did the same thing,

17   correct?

18   A    We don't have the information with which to judge that.

19   We're missing a page of the raw data.

20   Q    Okay.

21        But clearly in the prorated chart that we looked at,

22   the fact that she circled the number for that subtest ––

23   seven, correct?  She circled it on her raw data?

24   A    Yes.  But I don't know what the circle means.  We don't

25   have the piece of paper that would tell us.  We're missing

James – Cross/Cohen

1    part of comprehension for that raw data, and we're missing

2    object assembly.  So without that information, it's difficult

3    to tell.

4            (Continued on the next page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

James - Cross/Cohen

1  Q    We're missing that test, correct, the raw data test?

2  A    We're missing the raw data for that particular test for

3  object assembly and we're missing part of comprehension.

4  Q    For comprehension, she gave a raw data score.  Correct?

5  A    She gave a raw data score and a scaled score.

6  Q    And a scaled score?

7  A    Yes.

8  Q    For object assembly she did not give a raw data score.

9  Correct?

10 A    That's correct.

11 Q    And she did not indicate on the other two places in her

12 tests the raw data -- a scaled score for object assembly.

13 Correct?

14 A    She indicated scaled scores for object assembly on the

15 face sheet of the protocol.

16 Q    Let's go back to this, since now we're -- we're now

17 disagreeing on this.

18        MS. COHEN:  Okay.  Your Honor, is the Elmo on?

19 Q    Dr. James, can you see this on your screen?

20 A    Yes, I can.

21        MS. COHEN:  I guess --

22        THE COURT:  We can get started.

23        MS. COHEN:  Okay.

24        THE COURT:  It will be up in a moment.  Can we

25 identify what we're seeing here?

James – Cross/Cohen

1           MS. COHEN:  Sure.  This is GOV003942.  Again, this

2    is part of Exhibit C-5 in this case.

3    Q    Dr. James, looking on to this top area, these numbers

4    represent the scaled scores for each of the subtests.

5    Correct?

6    A    That's correct.  That's correct.

7    Q    And if you will see, you will agree with me, that object

8    assembly has a dash.  Correct?

9    A    That's correct.

10   Q    Here's all the raw data that we looked at last time.

11   It's GOV003946?

12   A    Right, that's correct.

13   Q    We agree, again, object assembly scale -- raw score is

14   missing.  Correct?

15   A    That's correct, yes.

16   Q    And the scaled score of seven is here.  Correct?

17   A    That's correct.

18   Q    And that scale score is circled?

19   A    Yes.

20   Q    Correct?

21   A    That's right.  It's circled in one place and then not in

22   another.

23   Q    Okay.  It's circled here.  Correct?

24   A    Right.  Yes, that's correct.

25   Q    And we also agree that when we looked at the prorating

James - Cross/Cohen

1    table in the back --

2    A    Right.

3    Q    -- of the WISC-III manual that when you get a score of

4    27, when you add up 9459 --

5    A    Right, that's correct.

6    Q    -- you look at the table, that equals 34 --

7    A    That's correct.

8    Q    -- right?

9         We also agree that when you subtract 34 from 27, you

10   get seven --

11   A    That's correct.

12   Q    -- right?

13   A    Yes.

14   Q    And Dr. James, you're familiar -- and by the way, in

15   addition, we do not have the page for object assembly?

16   A    That's correct.

17   Q    And you're familiar --

18   A    And we don't have the page for comprehension either, half

19   of comprehension.

20   Q    Half of comprehension?

21   A    Yes.

22   Q    And you're familiar with the term, I would assume,

23   circumstantial evidence?

24   A    Yes.

25   Q    And you agree that this is good circumstantial evidence

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

James - Cross/Cohen

1   that Dr. Nagler prorated on this exam.  Correct?

2   A    There's no way to know.  I think that's my bottom line,

3   is that there really is no way to know.  We don't have the

4   page that would confirm that.  We're missing the raw data that

5   would make that confirmation.  So I don't know.

6   Q    And Dr. James, you've been practicing since 2003.

7   Correct?

8   A    That's correct.

9   Q    And in your years of practice, you're familiar with this

10  term "prorating."  Correct?

11  A    Yes, I am.

12  Q    And besides the fact that you can't speak to Dr. Nagler,

13  other than that, you would agree that these records show

14  somebody was prorated.  Correct?

15  A    Again, I really don't know.  I'd have to see the piece of

16  raw data to make that determination for sure.

17  Q    Okay.  Now, symbol search you mentioned is in a

18  parenthetical.  Correct?

19  A    That's correct.

20  Q    Because that's an extra test.  Right?

21  A    It's an extra test under the performance scale but it's

22  needed in calculating the full scale.

23  Q    Okay.  Now -- and by the way, it was not -- the symbol

24  search was not -- eight was not counted in the summary scale

25  scores.  Correct?

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

James - Cross/Cohen

1  A    That's correct.

2  Q    And you said that you're not -- I said something like,

3  well, so for these reasons, for this reason you're tossing out

4  Dr. Popp's score and you said --

5  A    Again --

6  Q    -- I'm not tossing anything out?

7  A    I'm not tossing out Dr. Popp's score.  I have concerns

8  about the report for the reasons I mentioned, for the fact

9  that he didn't mention any previous evaluations.  And by this

10 time, Mr. Wilson had had many evaluations.  None of those are

11 mentioned, and his recommendations are not in line with the

12 recommendations of any of the previous evaluators.

13 Q    And you have no concerns about Dr. Nagler's score.

14 Correct?

15 A    I think that there are concerns about Dr. Nagler's score

16 in terms of all of these scores when we're talking about

17 someone who has -- had a Wechsler instrument as many times as

18 he had.  At that point it's his fourth Wechsler instrument.

19 We do know that there are practice effects that are in play

20 here.

21 Q    My question is --

22 A    We were confident -- more confident about her score

23 because we're able to look at the raw data and check it.  But

24 any of these scores past that first time that he was given a

25 Wechsler will have some practice effect in play.

James - Cross/Cohen

1   Q     You're saying -- so you're -- you're saying now we can

2   rely on these other scores or we can't rely on them?

3   A     What I've always said is that it's a matter of relative

4   weight.

5   Q     What you said in your report is:  "For these reasons" --

6   and I don't know what page of your report this is on because

7   there are no page numbers, but it says -- "the only IQ testing

8   that can be relied upon in this case are tests for which raw

9   data exists."

10          And in the earlier part of your report you have said

11  the only two tests that have raw data are Dr. Nagler and

12  Dr. Drob.  Correct?

13  A     Dr. Denney also has raw data.

14  Q     So you're now also relying on Dr. Denney's score?

15          MR. BURT:  Objecting to she's now relying.  She said

16  she relied on it in direct examination.

17          THE WITNESS:  Yes, I did.

18  Q     I mean as compared to your report because at that time

19  you didn't have Dr. Denney's.  Correct?

20  A     That's correct.

21  Q     So you're still relying on Dr. Nagler despite the fact

22  that there's evidence that he didn't try and that there's

23  evidence that she prorated.  Correct?

24  A     Well, again, I don't know whether or not she prorated

25  since we don't have the raw data to show that.  And she does

James - Cross/Cohen

1   indicate that -- I'd like to go back to Dr. Nagler's report.

2   Q    My question is simply:  You agree with me that there is

3   evidence that she prorated.  Whether or not you're going to

4   say she prorated or not there's evidence.  Correct?

5   A    I don't know whether or not she prorated, and I don't --

6   Q    That's --

7   A    That's the only evidence -- the only evidence would be

8   the raw data, and we don't have it.

9   Q    But in your report you're saying you have the raw data

10  and that you can rely on Dr. Nagler.  Right?

11  A    We're missing one page of the raw data.

12  Q    But in your report that didn't bother you.  Correct?

13  A    Again, I think it goes back to this idea of relative

14  weight.  We are putting more weight on the -- on the scores

15  for which there is more information.  Incomplete raw data is

16  better than no raw data.

17  Q    Okay.  My question -- back to my question, is you're

18  relying on Dr. Nagler's report.  Correct?

19  A    Yes.

20  Q    Or her score.  And Dr. Nagler's raw data shows, one, that

21  there's evidence that Mr. Wilson was not trying.  Correct?

22  A    I don't think that was correct.  That is correct.  There

23  is -- she describes impulsive eating.  She describes

24  fidgetiness.  She says that as -- as questions became more

25  difficult, he became frustrated.

James – Cross/Cohen

1    In my -- in my experience when someone is having

2    difficulty with a task, that behavior, that frustration, that

3    inattentiveness is really secondary to the difficulty the

4    person is having to task.  So it's not the fact that he is

5    inattentive that's causing the underperformance, it's the

6    underperformance that's causing the inattention.

7         She never at any point in her report, as far as I've

8    read, says that those scores are invalid.

9    Q    She indicates that his head was on the desk at one point.

10   Correct?

11   A    That is correct.

12   Q    She indicates that he used a careless impulsive approach.

13   Correct?

14   A    That's correct.

15   Q    Those comments at least indicate that perhaps Mr. Wilson

16   was not giving his full effort.  Correct?

17   A    That's correct.

18   Q    And she also -- okay, so that's one issue.  There's also

19   an issue, whether or not you agree with it, there is certainly

20   an issue with respect to prorating with Dr. Nagler.  Correct?

21   A    That's correct.  And again, she never said --

22   Q    Okay, you've answered the question --

23   A    -- that those scores --

24   Q    -- let's move on.

25        So another thing that you mentioned with respect to

James - Cross/Cohen

1  all the reports, besides Dr. Nagler's and Dr. Drob's, is that

2  the other evaluators, or the other psychologists use their

3  quote/unquote gut?

4  A    Not all of them.  There were specific ones that I noted

5  as being problematic.

6  Q    You stated in your report:  "In Mr. Wilson's case,

7  several examiners discounted his overall weak performance on

8  IQ measures as being underestimates based on their 'gut'

9  estimates."  Correct?

10 A    Yes.  For example, Dr. Aaronson says that he has average

11 potential.  In her report in looking at her scores, there are

12 three of her 12 scores that are in the average range.  So she

13 says -- I think that this is a person with average potential

14 but I don't know -- I don't know on what basis she's making

15 that claim.

16 Q    Okay.  You're claiming that every -- that when the

17 psychologist, it could be Dr. Abramson, Dr. Drezner.

18 Dr. Popp, and actually even Dr. Drob, all said Mr. Wilson

19 scores are -- probably do not reflect his full potential.

20 Correct?

21 A    Well, you'd have to point me to each of the -- I don't

22 remember which of the ones said that he was not reaching his

23 full potential.

24 Q    Sure.

25 A    I don't know that Dr. Popp said that.  I think Dr. Popp

James - Cross/Cohen

1   assumed that he was functioning in the average range when he

2   got the information from Mr. Wilson himself.  We can take a

3   look at some of the others.

4   Q    Sure.  Dr. Abramson.  Page GOV003924 at the top, third

5   full sentence, or second full sentence I guess.  "Earl average

6   WISC-R block design score suggests that whatever delay may

7   obtain it is not pervasive."

8          Going to the next page, GOV003925, "Summary.  Earl

9   is functioning below his potential intellectually in the low

10  average range.  Emotional concerns interfere with his academic

11  and social functioning."  So that was Dr. Abramson?

12  A    So I do have a concern with that because you can't use

13  one subtest to make a statement about someone's overall

14  intellectual functioning.  His block design was an eight but

15  he has other scores that are lower and other scores that are

16  higher.

17         So you can say if you're concerned that the scores

18  are invalid for some reason that you have a concern because of

19  behavior, but to use one score to suggest that his functioning

20  is at a particular level would not be typical practice.

21  Q    But there's no evidence here that she -- I read that the

22  one block design shows that it's not pervasive overall is one

23  common.  However --

24  A    And I'm not sure how you can make that judgment.  How you

25  could say that one score on block design means that the delay

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

James - Cross/Cohen

1   is not pervasive.

2   Q    There's nothing in here saying that he's saying -- that

3   Dr. Abramson is basing the block design on her entire

4   conclusion that he's not operating at his full potential.

5   Correct?

6   A    Well, I'm just pointing out the area that you read which

7   suggests that -- you're saying that it's -- whatever delay may

8   obtain it's not pervasive.  That seems to be a statement about

9   global functioning.  And all I'm saying is that you can't use

10  block design to make an inference about global functioning.

11  Q    Okay.  Well, that wasn't my implication.  Let's put that

12  one aside and just focus on her summary.  Right?

13  A    Right.

14  Q    She stated that "He is functioning below his potential

15  intellectually in the low average range.  Emotional concerns

16  interfere with his academic and social functioning."

17        So let's go through them because your point is you

18  didn't remember what they said.  I asked you about gut, you're

19  saying you need to go through it.  So that's Dr. Abramson.

20  A    Right.  So there's an example there with using the block

21  design is using her gut to say that his delay is not

22  pervasive.  And then to say that he's functioning below his

23  potential, I don't know what evidence she has to say that he's

24  functioning below his potential.

25  Q    Well, obviously she was the one -- she took careful notes

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

James - Cross/Cohen

1  here.  Correct?  I mean, there are pages of handwritten notes.

2  Correct?

3  A    That's correct.

4  Q    We can read more of it, if you need to, but she stated in

5  her applications "Earl would seem to need a good deal of

6  supervision to render him available emotionally and" --

7            THE COURT:  Cognitively.

8            MS. COHEN:  Thank you.

9  Q    -- "cognitively for learning.  A highly structured

10  educational setting offering predictable reinforcements for

11  accepted behavior e.g., a token economy" --

12  A    Economy.

13  Q    -- "may gradually shape his school behavior to

14  approximate propriety."

15            THE COURT:  Propriety.

16  Q    "He is a sensitive and emotional fragile child who

17  appeared to need a great deal of support from --

18            THE COURT:  Concerned.

19  Q    -- "concerned professionals."

20            THE COURT:  You want me to read it?

21  Q    Just a couple of words.  I want to make sure I've gotten

22  them right.

23            "A carefully planned systematic management approach

24  may help him function academically at a level commensurate

25  with his intellectual potential."

James - Cross/Cohen

1    We can go on but obviously there's nothing in there

2    that's saying she is drawing the conclusion about this based

3    on block design.  Correct?

4    A    Well, the first section that you read about block design

5    does suggest that.  Her summary talks about this idea of

6    functioning below his intellectual potential.  But, again, I'm

7    not sure on what she's -- when you look at the scores, I'm not

8    sure that there is anything there that would suggest that he's

9    functioning below his intellectual potential.

10   Q    But you agree with me early -- or when we talked on

11   Saturday that clinical judgment is particularly important when

12   giving an IQ test.  Correct?

13   A    Clinical judgment that's based on data, not just on your

14   gut.

15   Q    There's nothing in this report to indicate that

16   Dr. Abramson was not using her clinical judgment but was in

17   instead using her gut.  Correct?

18   A    I disagree with that.  Just because, like I said, to say

19   that he's functioning below his intellectual potential, I'd

20   like to see the data that would suggest that.

21   Q    Dr. Abramson was there observing Mr. Wilson when he took

22   this test.  Correct?

23   A    That's correct.

24   Q    She was aware of what was going on, presumably, in his

25   life at that time?

James – Cross/Cohen

1  A    That's correct.

2  Q    And she made an overall assessment in this report based

3  on her clinical judgment in combination with his IQ scores.

4  Correct?

5  A    That's correct.

6  Q    Okay, moving on to Dr. Drezner.GOV0003932.  "Summary.

7  Earl's borderline IQ of 78 appears depressed as a function of

8  emotional and cultural factors.  Earl's true cognitive ability

9  appears to be low average, average."  Correct?

10  A    It's correct that she's saying that.  I don't know that

11  it -- I don't know that that's a correct assertion.

12  Q    Now, at this time Mr. Wilson was in special education for

13  the emotionally disturbed.  Right?

14  A    That's correct.

15  Q    Dr. Drezner had that kind of information when she

16  rendered this, one, two, three, four -- five-page handwritten

17  report.  Correct?

18  A    That's correct.

19  Q    So your testimony is this was is another gut.  Is that

20  what your testimony is?

21  A    When I -- my testimony is that to say that it appears

22  depressed, there are many factors that can contribute to poor

23  functioning on an intellectual measure, emotional factors,

24  cultural factors, but it's -- but it also could be simply that

25  this person has intellectual deficits and that's why they're

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

James - Cross/Cohen

1   underperforming.

2            So to say that -- and certainly emotional and

3   cultural factors contribute, but she's making the statement

4   that that is the reason for the depression in the IQ score

5   saying that he is functioning in the low average to average

6   range.  Again, where -- I don't know where she's -- where she

7   has the evidence in her data to support that.

8   Q    Well, clearly some of the scores could also -- first of

9   all, clinical judgment, right, is one factor?

10  A    Clinical judgment is one factor, but we've got, one, two,

11  three, four, five, six, seven, eight, nine, ten scores, three

12  of which are in the average range.

13  Q    Okay.  When Dr. Drezner is doing this report she's in the

14  classroom, correct, or she observed him in the classroom?

15  A    I don't know if she was observing him in the classroom.

16  I don't know where it says that she was.

17  Q    Okay.  There is -- I can point it to you but --

18  A    Okay.

19  Q    -- there's a point where she watches him while he's in

20  the classroom.

21  A    Right.

22  Q    She interviewed his teacher.  Correct?

23  A    Right.

24  Q    He is in, as I said, a school for the emotionally

25  disturbed.  So these people are dealing with Mr. Wilson on a

James - Cross/Cohen

1   daily basis.  Correct?

2   A    That's correct.

3   Q    So part of the emotional concerns there are clearly based

4   on the total picture of the person.  Right?

5   A    That's correct.

6   Q    Okay.  And some comments by -- could often be based on

7   how a person performs on particular subtests.  Correct?

8   A    That's correct.

9   Q    All right.  So now let's move on.  Let's go to --

10  Dr. Giglio we already spoke about.  Correct?  We said that he

11  could not render a full scale IQ because there was a

12  discrepancy between the performance and the verbal.  Right?

13  A    That's correct.

14  Q    And his conclusion on GOV004019 is that Earl has a

15  learning disability and language disability.  Correct?

16  A    Yes.

17  Q    Let's go to Dr. Drob.  Dr. Drob also said on GOV004027:

18  "The discrepancy between Mr. Wilson's verbal comprehension

19  index and his perceptional organization index is highly

20  suggestive of a learning disability in the verbal sphere."

21  Correct?

22  A    Yes.  He also pointed to in the first bullet point that

23  the results of cognitive testing conducted in October 2003

24  when Mr. Wilson was age 21 are clearly indicative of his

25  limited intellectually functioning.

James - Cross/Cohen

1   Q     And he also said on GOV0004028  "At normal range and

2   higher scores on two nonverbal subtests suggest a higher

3   intellectual potential and that Mr. Wilson's cognitive

4   functioning has been compromised by learning

5   disabilities/neuropsychological factors."  Correct?

6   A     He did say that.  He also talks about broad --

7   Q     My question is whether or not he said that.

8   A     He did say that.

9   Q     Okay.  And the following page at GOV004029, Dr. Drob

10  said:  "The above results are commensurate with Mr. Wilson's

11  history of special education, the tests scores he obtained on

12  a number of occasions throughout childhood and adolescence and

13  reported observations of school psychologists and others who

14  examined and worked with Mr. Wilson during his school years."

15         He said that as well.  Correct?

16  A     He did say that.

17  Q     And Dr. Drob has been doing -- he's an experienced

18  psychologist.  You would agree with that.  Correct?

19  A     That's correct.

20  Q     And he teaches at NYU.  Correct?

21  A     That's correct.

22  Q     And he worked at Bellevue for 20 years.  Correct?

23  A     That's correct.

24  Q     So you would agree that Dr. Drob has much experience

25  giving these kinds of IQ tests and making evaluations based on

James - Cross/Cohen

1  those tests as well as the records.  Correct?

2  A    That is correct.  Although, my concern here is that with

3  Dr. Drob, he did obtain a full scale of 76, which he didn't do

4  any -- I mean, he's an experienced psychologist, but he didn't

5  do -- I'm concerned that he didn't do any correction for

6  outdated norms.  He have also didn't build any confidence

7  intervals around his results.  If he had, he would have found

8  an IQ score of 73, which would then -- should have led him to

9  other considerations, such as mental retardation.

10 Q    Okay.  So you're now -- you're saying -- your testimony

11 is that Dr. Drob also has issues.  Correct?

12 A    Well, in the sense that I'm concerned that he did not

13 look at these scores and make the necessary corrections in

14 order to consider other things diagnostically.  He did talk

15 about low intellectual potential and he talked about some of

16 these greater neuropsychological deficits.  He didn't

17 specifically go into looking for intellectual disability, but

18 I think that there was data enough to do that.

19 Q    And you were aware at this time, as Dr. Drob testified,

20 and he was doing this test -- this testing when the Staten

21 Island D.A.'s Office was determining whether or not to seek

22 the death penalty.  Correct?

23 A    That is correct.

24 Q    And a in way which they would not seek the death penalty

25 is if Mr. Wilson was considered or was found to be

James - Cross/Cohen

1    intellectual disabled or mentally retarded.  Correct?

2    A    Correct.

3    Q    Despite that, your testimony is that Drob was also using

4    part of his gut.  Is that correct?

5    A    I'm not saying -- No, I didn't say that he was using his

6    gut.  I said that he could have given the scores he obtained,

7    done additional look -- given an additional look, for example,

8    to adaptive behavior.  If he had done the appropriate

9    corrections for obsolete norms, if he had looked at confidence

10   intervals, he would have found a score that I think would have

11   warranted going further in making that assessment.  And he

12   does indicate elsewhere in his summary this idea of limited

13   intellectual and broader neuropsychological deficit.

14   Q    So your testimony is that Dr. Drob worked at Bellevue for

15   20 years, who has been a psychologist for it must be 43 years,

16   I don't know, teaching at NYU, and was doing this examination

17   to look for indication of mental retardation that he should

18   have done more.  Is that your testimony?

19   A    I agree.

20   Q    And that his conclusion that Mr. Wilson did not have

21   mental retardation should not be weighted.  Is that your

22   testimony?

23   A    I don't see anywhere where he concludes that he does not

24   have mental retardation.

25   Q    If he had found mental retardation, the Staten Island

James - Cross/Cohen

1    D.A.'s Office, they agreed would not have sought the death

2    penalty.  Correct?

3    A    That's correct.

4    Q    Before we get into the achievement testing, one last

5    question.  We talked a little bit on Saturday, we talked about

6    the discrepancy between the verbal IQ and the performance IQ.

7    Correct?

8    A    That's correct.

9    Q    We agreed that you can't -- you don't take an IQ test and

10   diagnose or not diagnose someone with a learning disability

11   based on that discrepancy.  Correct?

12   A    That's correct.

13   Q    However, what we also discussed is that that profile is

14   consistent throughout studies in someone with a learning

15   disability.  When I say "that profile," I mean performance

16   greater than verbal.  Correct?

17   A    It's a profile that can be seen in people with learning

18   disabilities but it's not diagnostic.

19   Q    Now, there have also been studies that the opposite -- or

20   not the opposite, but in individuals with mental retardation

21   they have not seen that large discrepancies.  Correct?

22   A    That's correct.

23   Q    And in fact, according to the Kaufman, same report that

24   we were looking at in Exhibit B, page 335.  And on page 335.

25   I'm sorry.

James – Cross/Cohen

1    A    Yes.

2    Q    And this was a study that -- in the first column, I mean

3    the page prior says WAIS and WAIS-R IQ profiles.  And then on

4    page 335 the discussion is about a study of 863 individuals.

5    Do you see that, in the first column?

6    A    Yes.

7    Q    "Males and females and African Americans and

8    Caucasians" --

9    A    Yes.

10   Q    -- "whose mean chronological ages range from 16 to 47."

11   A    That's correct.

12   Q    "Of the 14 samples, ten had a performance greater than

13   verbal profile of one to 7 points, while four groups had a

14   verbal greater than performance of 1 to 3 points.  Overall,

15   the weighted mean performance greater than verbal discrepancy

16   for the 14 samples equal 2.7 points, suggesting a slight

17   tendency for samples of adolescents and adults with mental

18   retardation to score higher on the performance than verbal

19   scale.  However, three of the four samples showing strongest

20   performance greater that verbal profiles being a discrepancy

21   of 7 points had mean performance IQs of 84 to 86, suggesting

22   that definitions of retardation may be a bit lax in some

23   investigations.  For those appropriately diagnosed as mental

24   retarded, a performance greater than verbal profile may be

25   nonexistent."

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

James - Cross/Cohen

1        And then in the next column at the top, it says:

2   "Thus, the performance greater than verbal profile does not

3   seem to be characteristic of adolescents and adults with

4   mental retardation and the opposite profile may well

5   characterize individuals with IQs in the moderately or

6   severely retarded range."

7        Did I see read that correctly?

8   A    You did read that correctly.

9   Q    And that is also consistent with the WAIS-IV manual which

10  indicates on page 102, and that says:    "Many studies have

11  been conducted to evaluate performance of individuals with

12  intellectual disabilities on previous versions of the Wechsler

13  Intelligence Scale.  The prevalence of large and unusual

14  discrepancies between verbal and nonverbal composite scores

15  have been shown to decrease with decreasing levels of ability.

16  In addition, the standard deviations for composite and subtest

17  scores have been shown to be smaller for individuals with

18  intellectual disabilities and for individuals in the general

19  population.  Thus, there appears to be less variability in

20  performance at both the composite and subtest levels for

21  adults with intellectual disabilities and for adults in the

22  general population."

23        So what these two studies -- or what the study in

24  the Kaufman chapter is saying and what the WAIS-IV manual is

25  saying, is that typically in mental retardation we do not see

James - Cross/Cohen

1   a large discrepancy between performance and verbal.  Correct?

2   Or at least with mild mental retardation?

3   A    I would actually disagree with that because if you look

4   at page 334, the second column under WAIS and WAIS-R IQ

5   profiles, the first sentence says:   "The data available in

6   the characteristic WAIS or WAIS-R profiles individuals who are

7   mentally retarded do not yield consistent a VP profile."  That

8   is to say there is no consistent profile that you would expect

9   to see in individuals with intellectual disability.

10  Q    What they're saying and the rest of everything I read is

11  that maybe there's not a consistent, but you do not see a

12  large discrepancy between performance and verbal with mild

13  mental retardation.  Correct?

14  A    No, that's not correct.  Because it's -- the first -- the

15  sentence that I just read to you says that there really is

16  no -- there is no consistent profile.  We can't use a

17  profile -- VP profile to make a diagnosis.  And that's what

18  Kaufman is saying, there is no consistent profile.

19          So you can't take a look at someone's -- even -- you

20  can't take a look at someone's profile in terms of their

21  verbal and performance and infer a diagnosis from that.  It's

22  just -- he says it's not -- it's not consistent.

23  Q    What Kaufman says in all the rest of this, when he

24  discusses -- after he makes that statement, he discusses

25  specific studies that are done and as well as the WAIS-IV,

James - Cross/Cohen

1    which demonstrates that "typically you do not see a large

2    discrepancy between verbal and performance."  Correct?

3    A    I don't think that he's saying typically.  Because he's

4    saying that it's something that is possible.  Again, you can

5    have a lot of different verbal performance profiles and they

6    can be mean different things.  You can see that in reading

7    disability.  As I mentioned earlier, sometimes someone with a

8    reading disability has lower verbal than performance.  But not

9    always.

10           What he's saying, the studies are showing various

11   samples, talking about groups that may have this profile.  But

12   if you look at any one individual, you have to look at that

13   individual on its own merits and use your clinical judgment in

14   that.  You can't just look at a profile and then automatically

15   intuit a diagnosis.

16   Q    My question is whether or not these studies, as well as

17   the WAIS-IV manual demonstrate that, as Dr. Kaufman says, for

18   those appropriately diagnosed as mentally retarded a

19   performance greater than verbal profile may be nonexistent.

20   In other words, we do not typically see in studies a large

21   discrepancy between verbal and performance.  Correct?

22   A    That wouldn't -- I don't think that's what he's trying to

23   say, number one.  And it doesn't correspond with my experience

24   in seeing hundreds of people with intellectual disability.  I

25   mean, sometimes they have variability in their performance as

James - Cross/Cohen

1  Mr. Wilson does.  Sometimes they don't.

2          THE COURT:  I think we've exhausted this subject.

3          MS. COHEN:  Okay.

4          THE COURT:  Let's move on.

5          MS. COHEN:  Okay.  We'll move on.

6  Q    Let's go into your achievement test which is the last

7  thing I want to review.

8          Now, I'm going to put your achievement test up on

9  the Elmo so that we can go through it at the same time.

10         And what I put up on the Elmo is -- this is your --

11  the results of your -- the testing that you gave.  Right?

12  A    Yes, that's correct.

13  Q    Now, the first test is the Delis-Kaplan Executive

14  Functioning System Test.  Correct?

15  A    That's correct.

16  Q    And this test by the way is not correlated with

17  education.  Right?  It's not corrected for education.  Right?

18  A    When you look up the scores for this test, they're age

19  based.  They're not education based, they're age based norms.

20  Q    So you disagree that this has -- you would say this has

21  nothing to do with education?

22  A    Oh, no, I didn't mean that it doesn't have anything to do

23  with education.  There is -- I don't know what the specific

24  relationship is between education and executive functioning, I

25  imagine that there is some correlation, although I wouldn't

James - Cross/Cohen

1   imagine it to be very high.  I don't know the specific

2   correlation.  All I'm saying is that when you look up the

3   scores the scores are by age, not by education.

4   Q    Right.  So this test -- test taps into executive control

5   process.  Right?

6   A    Aspect of executive functioning, yes, such as initiation,

7   flexibility, planning and organization, et cetera.

8   Q    And these, as we agree, are important things to look at

9   with someone with mental retardation to determine that fact.

10  Correct?

11  A    It's not part of the core diagnosis, but certainly it's

12  information that you would consider in thinking about broader

13  areas of neuropsychological deficits, broader areas of deficit

14  in real world functioning.

15  Q    And when we say that, just to make sure we're talking

16  about the same thing, what you just said, the intuition, the

17  planning, those aspects of intelligence.  Correct?

18  A    Yes.

19  Q    All right.  Now, looking at the Delis-Kaplan test,

20  Mr. Wilson, going down -- and let's just focus on the core

21  scores.  In other words, I'm not going to talk about the

22  comparison scores.

23  A    Okay.

24  Q    Let's talk about this.  And Mr. Wilson on these scores

25  got pretty much average and one high average.  Right?  He had

James - Cross/Cohen

1  a nine, eight, a nine, and then a 12?

2  A    I actually consider a 12 is the high end of the average

3  range.

4  Q    Well, according to the WAIS-IV, where I obtained this

5  information, 12 is considered above average.  You consider it

6  average?  Is that your testimony?

7  A    I consider it the high end of the average range.

8  These -- I know that this comes from the WAIS-IV, but there

9  are other score conversion charts.  There's a little bit of a

10 disagreement about what constitutes what, where the boundaries

11 are.  So it's the high end of the average range is how I look

12 at it.

13 Q    All right, so we'll call these average.  Now, going again

14 down to composite total correct.  Again, we have a seven, and

15 a six.  Those are in the low average range --

16 A    Low average range.

17 Q    -- correct?

18 A    Yes.

19 Q    And 13 which you would agree is the high average range.

20 A    High average range, yes.

21 Q    And a nine which is in the average range.  Correct?

22 A    Right.

23 Q    And going down, again, all the way down to combined

24 letter number -- I'm sorry, motor speed.

25 A    Actually, let's take a look at the way in which this test

James - Cross/Cohen

1   works.  The scores that -- if you don't mind, the scores that

2   you should be looking at are visual scanning, number

3   sequencing, letter sequencing, number/letter switching and

4   motor speed, because they all relate to each other.  So you

5   need to consider -- those other subtests are subtests that

6   these, especially those -- well, the five are really a set

7   that you're looking at.

8   Q    Okay.  I'm sorry, I'm going down now to the trail making

9   test.  Correct?

10  A    Yes.  So you really are looking at the first five

11  subtests.

12  Q    Right.  Which is what I was about to do.

13  A    Okay, I apologize.

14  Q    Okay.  So we've got an 11, a 13, 11, 7, and 12?

15  A    Yes.

16  Q    So those scores would be a one in the low average?

17  A    Yes.

18  Q    The rest are in the average, and actually one is in the

19  high average.  Correct?

20  A    Yes.  And the significance of that discrepancy is it's a

21  very big discrepancy --

22  Q    Dr. James, we're going to be here all day.  My question

23  simply was:  Is that correct?

24  A    That is correct, yes.

25  Q    Going down to the measure of color-word interference.

James – Cross/Cohen

1   A     Yes.

2   Q     So far Mr. Wilson has done pretty average on these, a

3   couple of low average but he's gotten some average scores.

4   Right?

5   A     He's gotten some average and some ones that are low

6   average.

7   Q     Right.  Now, going down, color naming is the first time

8   you see a borderline score?

9   A     Yes, that's a very significant low score,

10  fifth percentile.

11  Q     That score also -- column for that test, color naming --

12  A     Yes.

13  Q     -- color naming is also one of the subtests in the rapid

14  naming test.  Are you familiar with that test?

15  A     No, I'm not familiar with that test.

16  Q     You're not familiar with the RAN/RAS test?

17  A     Oh, yes, I am.  Yes.

18  Q     And that test is for dyslexia.  Correct?

19  A     It tests for fluency in naming overlearned sequences.  So

20  it's something that can be used in assessment of reading

21  disability, but it can also have other meanings.  One's

22  ability to rapidly produce overlearned information can be

23  affected for many reasons.

24  Q     It's often used to test children for dyslexia and for

25  other learning disabilities.  Correct?

James – Cross/Cohen

1    A    Yes, it is.

2    Q    And color naming is one of the subtests in that

3    particular test, the RAN/RAS test.  Correct?

4    A    Yes, it is.

5    Q    Now, word reading and inhibition, Mr. Wilson obtained low

6    average scores.  Correct?

7    A    That is correct.

8    Q    And on the next page, again, he got a low average in

9    inhibition and switching?

10   A    That's correct.

11   Q    Now, going down to the measure sorting test.

12   A    Yes.

13   Q    Here?

14   A    Yes.

15   Q    Mr. Wilson on the first two scores obtained average of

16   11.  Right?

17   A    That's correct.

18   Q    And on the sort recognition description score, that's

19   where he had a problem.  Right?

20   A    Very significant.

21   Q    Right.  That went down to three?

22   A    Yes.

23   Q    And that's where it's actually considered mild

24   intellectual disability score of three, or it be would be more

25   consistent.  Right?

James - Cross/Cohen

1    A    It's a low -- it's an extremely low score.

2    Q    And that score, or that test is basically -- or the

3    confirmed correct sorts and free sorting description score,

4    the third one which we just said is sort recognition

5    description score, is -- is -- he had to sort the cards and in

6    this subject he had to describe them.  Correct?

7    A    No, that's actually not correct.  In the first two -- in

8    the first two tests, he had to sort the cards and describe

9    them.  In -- that's that confirmed correct sorts and the free

10   sorting description score, those are derived from his being

11   given six cars and he has to then sort them in as many

12   different ways as he can.  He also has to describe the way in

13   which he sorted them.

14          The difference between that and the third score, the

15   sort recognition description score, is that I actually sorted

16   the cards and he had find the underlying principle by which I

17   sorted them.  And he was unable to strategize to find the

18   underlying concept by which I had sorted the cards.  So he was

19   actually asked to describe how I had done them, what was the

20   rule and he couldn't do it.

21   Q    Okay.  So in the free sorting description score, that

22   definitely taps into some kind of intellectual functioning,

23   right?

24   A    Yes, it does.  It taps into his ability to categorize

25   information.  But the contrast, like I just mentioned, is that

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

James - Cross/Cohen

1    when it's in front of him and he was able to look at the cards

2    and look at -- the cards have different colors or different

3    words on them, he could do it.  But when I was the one doing

4    the sorting and he didn't have anything in front of him to

5    really help him, he couldn't figure out what the rule was.

6    Q    He couldn't describe it.  Correct?

7    A    He couldn't figure out -- it was more than not being able

8    to describe it, he had no idea how I had sorted them.

9    Q    All right.  So your testimony is that this has nothing to

10   do with language and the description part of it?

11   A    There is very little to do with language.  Because the

12   actual -- the language is not complicated.  It's like saying

13   these three are blue and these three are yellow.  So the

14   language demand in that task is not high.  These three have

15   red on them, these three have white on them.  It's really

16   underlying conceptual idea of being able to figure out how I

17   had sorted the cards that he could not do.

18   Q    Okay.  So when he was sorting them, that's where he hit

19   the average.  Right?

20   A    Yes.

21   Q    All right.  Now moving on to the 20 question test.

22   A    Right.

23   Q    Now, in your raw data in this test you indicated that

24   Mr. Wilson had trouble understanding the instructions.

25   Correct?

James - Cross/Cohen

1   A    Yes, that's correct.

2   Q    And the instructions on the 20 questions are that -- I'll

3   just read them so we're all on the same page.  "Now we are

4   going to do something where you ask me questions.  I picked

5   one of these pictures and I want you to figure out which one

6   it is by asking me questions.  You can only ask one question

7   that I can answer yes or no.  You can ask any question at all

8   as long as I can answer it yes or no.  Try to guess the

9   picture that I have picked with the fewest number of questions

10  you can.  I'm going to write down your question so I can

11  remember them.  Go ahead and ask me the fewest number of

12  yes/no questions, if you can, to figure out which picture I

13  have selected."

14           That's the instructions that --

15  A    That's correct.

16  Q    -- Mr. Wilson had difficulty with?

17  A    Yes.  I had to explain them to him several times.

18  Q    Okay.  Those instructions you agree aren't actually the

19  clearest instructions.  Right?

20  A    You know, in my experience most people who have the

21  intact language skills can understand them.  I mean, it's a

22  lot of information.  I thought it was remarkable that he had

23  trouble understanding the instructions and I had to explain

24  them to him as many times as I did.  I mean, I felt that was

25  consistent with other tasks that I had done where he was

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

James - Cross/Cohen

1    listening to sentences or paragraphs and couldn't pick out the

2    information that he needed in order to answer the question.

3    Q    All right.  But, actually, what is also surprising is

4    that in his test, Mr. Wilson did very well.  Correct?  I mean,

5    he -- in the initial abstract score he had a ten, which is

6    average.  Right?

7    A    That's correct.

8    Q    And then he had a 13 and a 14, which is above average.

9    Correct?

10   A    That's correct.  And what was remarkable about that --

11   Q    My question is whether that's correct or not.

12   A    That's correct.

13   Q    And you would agree that this test taps into problem

14   solving.  Correct?

15   A    To some extent, yes.

16   Q    All right.  In moving on, the following -- the next test

17   is the word context test.  Right?

18   A    Yes.

19   Q    And that Mr. Wilson scored a little lower?

20   A    Yes.  He scored at the ninth percentile for age on that

21   test.

22   Q    This is a low average score of six.  Correct?

23   A    Yes, it's quite a low score.

24   Q    And that also is more of a verbal test.  Correct?

25   A    There are verbal elements, but the test is also, again,

James - Cross/Cohen

1  kind of similar to when we talked about the problems he had on

2  sorting recognition.  It's about using feedback, using

3  information, progressive amounts of feedback in order to

4  guess -- it's kind of almost like a riddle, so you're given

5  increasing amounts of information to then make a determination

6  of an underlying concept, a word.  And so he struggled with

7  that.

8  Q    Okay.  So my question is this does tap into some verbal

9  learning.  Correct?

10 A    Yes, as well as some conceptual learning.

11 Q    And going to the tower test, in this Mr. Wilson did not

12 score well.  Correct?

13 A    Yes.  That's a complex test involving strategy

14 generation.  He has to determine in as few moves as he can to

15 make the -- the wooden block, or the wooden disks on his tower

16 he look like mine in as few moves as possible.  So there's

17 element there of strategic thinking, trying to do the task in

18 as few moves as possible and it's also timed.  And he really

19 struggled to put it all together.

20 Q    And this test is also difficult for people who are

21 impulsive.  Correct?

22 A    Yes.  And I did not note any impulsivity.

23 Q    My question -- if you could listen to my questions and

24 answer them.  My question:  The people who are impulsive often

25 have difficulty on this test.  Right?

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

James - Cross/Cohen

1  A    That is true.

2  Q    And this includes, by the way, the second percentile.

3  Okay, going down to the proverb test, Mr. Wilson on the free

4  inquiry scored in the low average here.  Correct?

5  A    Yes.

6  Q    But he did much better on the total achievement score of

7  the multiple choice.  Correct?

8  A    Yeah, I think that's definitely remarkable because he

9  did --

10 Q    My question is just whether or not that was correct.

11 A    Yes, when given structure --

12 Q    Okay.

13 A    -- he was able to perform that.

14 Q    If you would listen to my questions and answer them, and

15 you can talk all you want on redirect.  So we can get through

16 this.  All right.

17        So he was in the 29 percentile which is average.

18 Now, the total achievement score of the free inquiry is also,

19 you would agree, heavily influenced by language and education.

20 Correct?

21 A    I think that there's definitely a component of language

22 ability and education but it's also, you know, as it says,

23 it's a proverb test, so there's obviously a degree of abstract

24 thinking that is necessary to do well.

25 Q    Okay.  Now, going down to the Wisconsin sorting test,

James – Cross/Cohen

1  Mr. Wilson scored in the average and higher on this entire

2  test.  Correct?

3  A    Yes, he did very well on this test.

4  Q    And this test is actually norm for education.  Correct?

5  A    This test, no, it's not.  We didn't -- when I looked it

6  up, the scores, I didn't adjust for education, only age.

7  Because you don't apply a demographic norm such as education

8  and race when you're looking at the absolute performance on a

9  task.  So this is actually adjusted for age only.

10 Q    Well, I'm not asking if you have adjusted it, I'm saying

11 that the test itself has been norm for education, so that it's

12 not skewed against those who do not have education.  Correct?

13 A    That's correct.  Yeah.

14 Q    And those scores are in the high average.  Correct?

15 A    Yes.

16 Q    Now turning to the California verbal learning test, up

17 here.

18 A    Yes, that's correct.

19 Q    Mr. Wilson scored in the average for semantic cluster.

20 Correct?

21 A    Yes, that's correct.

22 Q    He scored in the above average for perseverations.

23 Right?  I'm sorry, he scored in the low average?

24 A    Its a reverse score, so it didn't -- and that means that

25 he didn't do a lot of perseverations.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

James - Cross/Cohen

1    Q    Right.  So he scored in the low average on that?

2    A    In contrast, he had an extremely high number --

3    Q    High number.  I got these two confused.  The

4    perseverations he scored high and intrusions he scored lower?

5    A    It's actually the opposite.  He did not have many

6    perseverations but he had an unusually high number of

7    intrusions; that is to say, he included, when he was freely

8    recalling the list, he said a high number of words that were

9    actually not on the original list.  So --

10   Q    He did better on intrusion versus perseverations?

11   A    No, no.  A high score is bad.  You're not supposed to

12   have a high number of intrusions.  What it means is that

13   saying words that were not actually on the list, and you're

14   not able to keep in your mind the words that were on the list

15   versus the words that were not on the list.  So a high number

16   of intrusions is a bad -- that's a bad score.

17   Q    So he scored in the average and low average on these two.

18   Correct?

19   A    Well, if you look at the reverse score for the

20   intrusions, that's a very poor score, it's just reverse

21   scoring.

22   Q    On the intrusions?

23   A    Yes.

24   Q    And the preservations he scored in the average?

25   A    Yes.  He didn't have -- you can't really say average or

James - Cross/Cohen

1  not average.  He didn't have very many preservations so he did

2  well there.

3  Q    Okay.  So he did better there?

4  A    Yeah.

5  Q    Now, this -- this testing -- again, these are just --

6  we're talking -- we're saying better or worst, we're talking

7  average and low average.  Right?

8  A    Yeah.  You mean in general or --

9  Q    Yes, in general.

10  A    Oh, in general, we're talking about scores ranging from

11  extremely low age expectations to above average.  He has a lot

12  of variability in all of these, in this entire profile.

13  Q    There's no borderline scores in here.  Right?

14  A    Well, when you say borderline scores.

15  Q    Well, I'm -- just to give us some kind of 4, 5,

16  2 percent, 5 percent, we're more talking in the -- would be a

17  low average.  I'm talking --

18  A    He has --

19  Q    It would be a borderline.

20  A    He hasn't significantly -- if you go back to that page

21  you just looked at, for example, the tower test was a

22  fifth percentile.

23  Q    We're focusing on the California?

24  A    Well, I was just asking if you meant generally and you

25  said yes.

James - Cross/Cohen

1   Q    Oh, I'm sorry.  I thought you meant in general on the

2   California.

3   A    No, no.  Generally he had scores that range from

4   extremely low expectations to above average.

5   Q    On the California on verbal, just to summarize, we're

6   talking average and low average scores.  Correct?

7   A    No, actually because there is another page here under

8   learning and memory for California verbal learning.

9   Q    We haven't gotten -- I'm talking about the California

10  verbal learning, the little block that we're looking at right

11  now.

12  A    Yes.  But it's an entire test.  It's just separated by

13  two.

14  Q    Right.  In this particular part --

15  A    In this particular block.

16  Q    -- the scores we've reviewed are low average and average?

17  A    Yes.  And that's the block that dealing with particular

18  kinds of errors you might see on the test.

19  Q    All right.  So now going back to the Boston naming test.

20  A    Yes.

21  Q    This test Mr. Wilson scored pretty very poorly on.

22  Correct?

23  A    Yes, very poorly.

24  Q    And this test, this --

25       THE COURT:  I'm sorry, I missed that.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

James – Cross/Cohen

1    THE WITNESS:  Very poorly.

2    THE COURT:  Okay, thank you.

3    Q    This test does not correct for education, and it's not

4    norm in and of itself for education.  Correct?

5    A    Of the -- you can use -- there are norms that you can use

6    for education, 12 years of education and above or below 12

7    years of education.  It's primary norm on the basis of age.

8    There are many different kinds of norms for the Boston naming

9    test.

10   Q    Now, the Boston naming test shows some pictures.

11   Correct?

12   A    That's correct.

13   Q    And these pictures the person was shown and has to state

14   what they are.  Right?

15   A    That's correct.

16   Q    And it first starts with them being able to say it

17   spontaneously.  Right?

18   A    Yes, that's correct.

19   Q    And then if they can't get it, you give them clues?

20   A    That's correct.

21   Q    And some of the ones that Mr. Wilson got wrong were -- I

22   actually have some of --

23   A    Yes, that's correct.

24   Q    You said that was a boat?

25   A    That's right.

James - Cross/Cohen

1    Q    Palace, right, he got at that one wrong?

2    A    That's correct.

3    Q    Abacus, he got that wrong?

4    A    Yes, that's the last item on the test.  Right.

5    Q    He got hammock wrong.  Correct?

6    A    That's correct.

7    Q    He got sinks wrong.  Right?

8    A    That's correct.

9    Q    You'd agree -- well, a trellis is another one.  Right?

10   A    That's correct.

11   Q    You would agree that these tests are difficult for

12   somebody who, one, has not had a lot of formal education.

13   Correct?

14   A    Yes.  Education -- well, what I would say is that

15   education is a factor --

16   Q    Right.

17   A    -- in being able to -- in -- yeah, education is a factor

18   in vocabulary development.

19   Q    As well as someone's background.  Correct?

20   A    That's correct.  However, his score is so low --

21   Q    Okay.  So my question is whether --

22   A    It's about five standard deviations below the mean.

23   Q    My question is whether background affects someone's

24   ability to score on the Boston naming test?

25   A    That is correct.

James - Cross/Cohen

1   Q    And that is why when it is given some people actually

2   correct for education or ethnicity.  Correct?

3   A    Yes, but you would not do it -- you would not --

4   Q    My question is --

5        THE COURT:  Let her finish.

6   A    You wouldn't --

7        THE COURT:  If you want it struck, you can ask to

8   strike it, but I need to hear the whole answer, otherwise the

9   court reporter and I are not going to have the information we

10  need.

11       MS. COHEN:  Okay.

12       THE COURT:  Go ahead ma'am.

13  A    What you're talking about is making corrections,

14  demographic corrections beyond age for education and race.

15  That is a practice that is done.  However, it's not -- it's

16  mostly done in situations where you're comparing someone's

17  premorbid performance to their performance after, for example,

18  an injury.

19       So if someone had a head injury and you knew what

20  they were like -- and you knew what they were like before and

21  you wanted to see what they were like now after the injury,

22  you wouldn't want to have confounding variables such as race

23  and education in the mix when you were looking at how much

24  that person had recovered.  It applies mainly to -- those

25  kinds of demographic corrections apply mainly to situations in

James - Cross/Cohen

1  which there is acquired injury.

2           In developmental disorders, you don't make that same

3  kind of correction because what you're looking at is someone's

4  absolute performance on a test.  When you're making a

5  diagnosis, you're looking at absolute performance.  So you

6  wouldn't make that kind of a correction here.

7           Yes, there is an influence of education on the

8  Boston naming test, but in this situation what we have is

9  someone who is scoring five standard deviations below the

10 mean.

11 Q    You would agree that someone who grew up in Staten Island

12 in a depressed environment who didn't have formal education

13 might have difficulty recognizing some of these pictures.

14 Correct?

15 A    That is correct.

16 Q    Moving on to the California -- now we'll go into what we

17 were talking about before, the learning memory.  Right?

18 A    Yes.

19 Q    The California verbal learning test, which you're saying

20 is a part of the California verbal test?

21 A    Yes, that's correct.

22 Q    Right.

23           Now, Mr. Wilson, again, in this area was more

24 difficult for him.  Correct?

25 A    Yes.  His overall score is two and a half standard

James – Cross/Cohen

1  deviations below the mean.

2  Q    And this you would agree does tap into verbal learning.

3  Correct?  Verbal reading.  Right?

4  A    I would say that the California verbal learning test,

5  like many of these tests, tap into multiple areas.  Verbal

6  ability would be one, but it's a verbal memory test so it also

7  assesses aspects of executive functioning such as working

8  memory, organization.

9  Q    Okay.  We talked about the Rey-Osterrieth --

10  Osterrieth -- I'm not pronouncing --

11  A    Osterrieth, yes.

12  Q    Osterrieth test, which is part of this learning memory

13  area?

14  A    Yes, it is.

15  Q    And just stop we're clear, this is the -- the drawing?

16  A    Yes, that's correct.

17  Q    And when you give this part of the test, the test taker

18  has to copy this.

19  A    That's correct.

20  Q    And then you -- you wait a little bit.  Right?

21  A    That's correct.

22  Q    And you ask them to draw it without looking?

23  A    That's correct.

24  Q    And then you move on to some other stuff.  Right?

25  A    That's correct.

James - Cross/Cohen

1  Q    And then much later you go out -- you go back and you

2  say, remember that figure --

3  A    That's correct.

4  Q    -- let's draw it again.  Right?

5  A    Yes.

6  Q    And you would agree that -- or in your report you

7  indicated that Mr. Wilson had trouble copying that.  Correct?

8  A    Yes, he had -- his -- he had difficulties.  Copying it,

9  when I say trouble copying it, I mean that the approach that

10 he took to copying it.

11 Q    Now, with this figure -- let's put up.  Mr. Wilson, this

12 is what his copy was.  Right?  So I can actually put these

13 side by side.  There's what you're supposed to copy.  Right?

14 And he -- he did not, he left several things off.  Correct?

15 A    Is that his actual copy or is that his immediate?

16 Q    Well, it's written copies at the bottom.

17 A    Okay.  Okay.  That's his copy.

18 Q    So that's his copy.  Right?

19 A    Yes.

20 Q    And you would agree that copying is much easier than the

21 immediate and the delayed part of the test.  Correct?

22 A    Yes.  I mean, they're assessing different elements, yes.

23 Q    And this is Mr. Wilson's immediate?

24 A    Yes.

25 Q    So, he did much better with the immediate?  Again, here's

James - Cross/Cohen

1   what he was supposed to draw and there's what he drew.  Right?

2   A    Yes.  And in fact, when I'm looking at this, I should

3   clarify, it's not the actual -- he has relative strengths in

4   some aspects of his visual-spatial functioning.  So it's not

5   the actual representation that I'm looking at as far as the

6   copy of it.  The visual-spatial elements and the relationship

7   to each other.  What I mentioned in my report was really the

8   approach that he took to copying it.

9   Q    Okay.  Now let's look at the --

10  A    And the fact that that was disorganized.

11  Q    This is Mr. Wilson's delay.  Right?

12  A    Yes.

13  Q    And again, the immediate and the delay, he's not looking

14  at the drawing, are much better.  Right?

15  A    Yes.  And this is consistent with some of the visual

16  memory testing that I gave him where he performed better on

17  simple visual memory types of tasks.  Again, it's his approach

18  to the test that I was concerned about, that his approach to

19  the task was somewhat haphazard and disorganized.

20        MR. BURT:  Your Honor, can we have a designation

21  what Bates stamp number she was just referencing.

22        THE COURT:  Yes, of course.

23        THE PLAINTIFF:  Sure.  I was looking at GOV, the

24  first one, 010604, 10605, and 10606.

25        MR. BURT:  Thank you.

James - Cross/Cohen

1  Q    You would agree, it doesn't make sense that a person who

2  was copying a drawing would do much worse at the copying than

3  in the immediate and the delayed.  Correct?

4  A    Well, I think it's difficult to assess much worse.  I

5  don't think he did much worse.  I think that what can happen

6  over time -- and again, my focus was not on the copy itself,

7  because -- or any of the copies, the immediate or the delayed.

8  Only because, again, that's about the visual-spatial aspect of

9  it.  What I'm concerned about is his approach to the task.

10        It is not uncommon for someone after, especially

11  someone who has trouble taking in a lot of the information

12  originally when they're copying it, to then have -- with a

13  little bit of a delay and then with a longer delay, be able to

14  recover some of that information.  I see that often.

15  Q    Okay.  So when the person is actually looking at the

16  drawing and copying it, and leaving off several aspects of it,

17  that doesn't strike you as odd in the fact that they

18  remembered those other aspects in the immediate and delayed

19  recall?

20  A    Yeah, I think that sometimes what happens is when someone

21  is copying it, there may be elements that they're just not

22  attending to and it is a complex figure.  It is a figure that

23  often when people are approaching it, there's a degree of

24  anxiety when they're trying to do the copy, there are so many

25  elements that they need to keep in mind.  Sometimes then what

James - Cross/Cohen

1  happens is with a little bit of time, they're able to recall

2  some of the aspects that they didn't before.

3  Q     Right.  And it was the copy, his inability to copy that

4  you focused on in your -- I mean, when you talk about this

5  figure, you talked about his inability to copy in your report.

6  Correct?

7  A     I talked about his difficulties in the way in which he

8  approached the task, the disorganization and the lack of a

9  structured organized approach in -- in the task.

10  Q    All right.  And in your report you say:  "As noted on the

11  copy task of the Rey-Osterrieth Complex Figure, Mr. Wilson

12  demonstrated some difficulty in capturing the overarching,

13  organizing framework of the design."  Correct?

14  A    That's correct.

15  Q    And that was on the copy.  Right?

16  A    That's correct.

17  Q    And then on the immediate and the delayed, he did much

18  better.  Right?

19  A    That's correct.

20  Q    So moving on to the last subtests, this is the last ones

21  that you did, there's one more page.  The Wechsler Memory

22  Scale.  And really on that we can look at the subtest.

23  Correct?

24  A    That's right.  So what we have there are the composite

25  scores, the indices, and then we have subtest scores which

James - Cross/Cohen

1   make up the indices.

2   Q    And here we have scores in the low average range.  Right?

3   A    That's correct.

4   Q    Logical memory, verbal paired associates, verbal paired

5   associates II.  And in designs, he hit the borderline here?

6   A    Yes.  That would be significant impairment,

7   fifth percentile.

8   Q    And then in the visual reproduction, he did quite well,

9   he did in the average there.  Correct?

10  A    Right.  I think that's consistent with what I had just

11  said about the Rey.

12  Q    And then in the spatial addition and the symbol span,

13  spatial addition he was in the borderline and the symbol span

14  he was in the low average.  Right?

15  A    Yes.  That index stands out in terms of -- that's an

16  actual -- actually a visual working memory index, so working

17  memory has been a long standing issue.  So that is the lowest.

18  Q    Now, in the Wechsler individual achievement test this is

19  similar to the Woodcock-Johnson test.  Correct?

20  A    Yes, its the measure of achievement.

21  Q    Right.  And in this test, Mr. Wilson scored on -- on word

22  reading, which relate to language, right, he scored --

23  A    Yes, it's a simple reading task.

24  Q    He scored poorly on that.  Right?

25  A    Yes.

James – Cross/Cohen

1   Q     He scored in the low average on the pseudoword decoding.

2   Right?

3   A     That's not low average, that's the sixth percentile.

4   That's the borderline range.

5   Q     Again, you're calling that, right, borderline?  On our

6   chart we have low average but --

7   A     A 77?

8   Q     Around there.  Okay.  So we'll call that borderline.

9   A     Okay.

10  Q     And on the oral reading fluency, again, he's in the

11  borderline.  In the reading comprehension, he's in the

12  borderline --

13  A     Borderline.

14  Q     -- low average range.  And in the spelling he did very

15  poorly as well.  Right?

16  A     Yes, first percentile for age.

17  Q     Okay.  All right.  And that's very low.

18        And, again, these all are related to language.

19  Correct?

20  A     Well, they are related.  They're reading related skills

21  and reading and written language skills.

22  Q     Right.  And then in the sentence composition, he actually

23  did a little bit better.  Right?

24  A     Yes, he did a little bit better.

25  Q     And he was in the low average there, sentence composition

James – Cross/Cohen

1   and essay composition?

2   A    That's correct.

3   Q    And in the oral expression, he did 5 percent?

4   A    Yes, he was at the fifth percentile, very poor.

5   Q    Yes.  And then in the -- right.  He had done a little bit

6   better -- I mean, the sentencing composition and essay

7   composition, they're lower, but they're low average.  Right?

8   A    Yes.

9   Q    And then the numerical observations, again, he's in the

10  low average.  Right?

11  A    That's correct.

12  Q    And then the math problem, fluency, we go to addition,

13  subtraction and multiplication, and he's in the low average on

14  those as well?

15  A    No.

16  Q    Multiplication is low average and addition is --

17  A    Multiplication is a 78.  That's the borderline range.

18  Q    Borderline, okay.

19  A    Addition is borderline range, and substraction --

20  Q    Substraction is --

21  A    -- significantly impaired.

22  Q    Significantly impaired?

23  A    Yeah.  And we're talking about scores ranging from the

24  late second grade level to about the early seventh grade

25  level.

James - Cross/Cohen

1  Q    All right.  Now, when you put all these scores

2  together --

3  A    Yes.

4  Q    -- I've marked a document I've put together as

5  Government's Exhibit 96.  And this has -- this puts all the

6  scores into either the average, low average, borderline and

7  intellectually disabled categories.

8         MS. COHEN:  Now, this obviously -- Your Honor, we

9  offer this subject to counsel's approval, and I'd just use it

10  as a discussion basis.  Then we can come to an agreement or

11  not on it, but I'd offer it at this time.

12         THE COURT:  What is this?

13         MS. COHEN:  This is all of the scores just put in

14  categories of what was average, low average, borderline and

15  intellectually disabled.

16         THE COURT:  Have you shown it to the other side?

17         MS. COHEN:  No, I have not.

18         MR. BURT:  Again, your Honor, since I've just seen

19  this, I can't vouch to accuracy.  But if she wants to use it,

20  subject to correction, I have no objection to that procedure.

21         THE COURT:  All right.  Government Exhibit 96 is

22  received into evidence, subject to the conditions set forth in

23  defense counsel's statement.

24         (Government's Exhibit 96 received in evidence.)

25         THE COURT:  Go ahead.

James - Cross/Cohen

1    Q    Doctor, some of the scores we discussed -- I use this

2    chart up here so some of these scores I called low average

3    that was about 78.  You would put that in more of the

4    borderline range?

5    A    That's correct.

6    Q    Okay.

7    A    According to when you look at something like the -- there

8    are other metrics, for example.  The Wechsler scales have

9    different metrics when it comes to borderline.  Borderline

10   falling in the 70s, yes.

11   Q    So a few of these you would disagree in terms of exactly

12   what category we would put them in.  Correct?

13   A    That's correct.  Yes.

14   Q    And as I said, based on what this chart -- I put these

15   categories into either if it was a nine, or a -- scaled score

16   of seven or six, I put in the low average, borderline would be

17   four or five, and mild intellectually disabled would be two,

18   three, or one.

19          When you put all of the scores together -- now, this

20   one, the intrusion and perseverations, actually you were

21   saying I had them right, and actually the perseverations was

22   the one that was in the higher and the intrusions were in the

23   lower.  But whether or not those would flip-flop, they would

24   be in the same count?

25   A    That's correct.

James - Cross/Cohen

1  Q    So we had 21 scores that were in the average or higher.

2  As you see, the 20 questions we talked about, the trail

3  making.  And then in the low average we had 18 scores.  And in

4  the borderline I had 15 scores.  Again, give or take, there

5  could be a couple that you disagree with, in the 18 should be

6  in the 15.  But from using that chart, we had 15 in the

7  borderline and we had seven in the intellectually disabled.

8  Right?

9  A    Mm-hmm.

10 Q    According to this chart, that's about 12 percent of the

11 total scores that are in the intellectually disabled.  Right?

12 A    That's correct.

13 Q    And when you look at a chart or a -- I put this in a

14 piechart of those scores, and this is Government's Exhibit 97.

15      MS. COHEN:  Again, this would be the same subject to

16 counsel's review and we can -- we'll put this in through one

17 of our experts as well, so it would be subject to connection.

18      THE COURT:  All right.  Thank you.

19 Q    And in this piechart, the majority, you would agree, of

20 scores --

21      MS. COHEN:  Oh, I'm sorry, your Honor.  Because it's

22 subject to connection, may I show it?

23      THE COURT:  Yeah, same basic approach as the last

24 exhibit, Exhibit 96.  Correct?

25      MR. BURT:  Correct.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

James – Cross/Cohen

1    THE COURT:  Okay.  97 is received in evidence

2  subject to review by counsel as to its accuracy.

3    (Government's Exhibit 97 received in evidence.)

4    THE COURT:  Go ahead.

5  Q    Okay.  So looking at Government Exhibit 97, you'd agree

6  that the majority of the scores are not in the intellectually

7  disabled area, but in fact the majority are in the average and

8  low average?  Correct?

9  A    That's correct, but I actually have a real problem with

10  how this is organized.

11  Q    Well, just using --

12  A    In part, because, again, you can't use scaled scores or T

13  scores or standard scores to infer a global diagnosis like

14  intellectual disability.  It's just not something that is done

15  in practice.

16    Secondly, it's no clinician would ever count scores

17  in this way and say there's this many in this range, this many

18  in this range.  No clinician makes diagnostic decisions or

19  decisions about strengths and weaknesses of a

20  person's functioning based on counting.  They really are

21  looking at an overall profile of strengths and weaknesses when

22  they're making diagnostic decisions.

23    And there are some scores that count more than

24  others in the sense that there are some scores that really are

25  more demonstrative of generalized problems than others.  So in

James - Cross/Cohen

1   some ways some scores have more weight.  In this way, what

2   you're doing is you're giving every single score equal weight.

3   But in reality that's not what happens in a clinical

4   situation.

5   Q    Okay.  But just based on numbers, what these scores show,

6   the majority of them are not intellectually disabled scaled

7   score, whether or not you agree with how it's done, that's

8   what this chart shows.  Right?

9   A    Yes, but its not a valid analysis of scores is what I'm

10  saying.

11  Q    And you're basing most of your knowledge on these

12  achievement scores.  Correct?

13  A    Well, they're not all achievement scores, number one.

14  They're achievement -- or achievement only refers to the

15  academics?

16  Q    These neuropsychological testing scores.

17  A    Yes.  So that -- that cover a broad range of areas,

18  including executive functioning, executive functioning

19  achievement, memory, etc.  So that's what -- that's the point

20  that I'm making is that deficits in -- strengths in some of

21  these scores are not as meaningful as deficits in other.

22  Q    Okay.  So you're basing your opinion on

23  neuropsychological testing you did, right, as well as the IQ

24  test scores that a few people -- a few others have done as

25  well?  Correct?

James – Cross/Cohen

1   A    My entire opinion?

2   Q    Because you didn't do your own IQ testing.  Correct?

3   A    That's correct.  So my opinion is based on the review of

4   the historical data, the review of the medical records and

5   educational records and other testing records that I took a

6   look at, as well as my neuropsychological testing.

7   Q    And you base part of your opinion on this

8   neuropsychological testing.  Correct?

9   A    That's correct.

10          MS. COHEN:  No further questions.  Your Honor.

11          THE COURT:  About how much do you have on your

12   redirect?

13          MR. BURT:  I think it's still true about an hour

14   maximum.

15          THE COURT:  All right, let's take a ten-minute break

16   then.

17          (Recess.)

18          THE COURT:  All right, redirect.

19          Be seated, everybody.

20                  REDIRECT EXAMINATION

21   BY MR. BURT:

22   Q    Dr. James, you were asked a lot of questions about your

23   scoring and the various tests that were given.  Correct?

24   A    That's correct.

25   Q    Okay.  And one of the things you said in your report,

James - Redirect/Burt

1    which is in evidence, is -- at GOV10935 in your report, it's

2    the paragraph that's entitled "Overview of Mr. Wilson's

3    Intellectual Functioning."  Do you recall that paragraph?

4    A    Yes, I do.

5    Q    In that first paragraph you wrote:  "Mr. Wilson, like all

6    people, have strengths as well as deficits.  In fact, research

7    has shown (i.e. Pulsifer, 1996) that with the exception of

8    profound mental retardation, cognitive impairment rarely

9    consists of uniform deficits in all areas of functioning, but

10   is rather manifested as a profile of relative strengths and

11   weaknesses which together compromise overall cognitive

12   functioning."

13            Did you write that in your report?

14   A    Yes, I did.

15   Q    And what was the reference, the Pulsifer reference?

16   A    Let me just refer to that.  Can I have the page number

17   again?

18   Q    Yeah, it's 10935, GOV10935?

19   A    Right.  It's been my experience as well that individuals

20   with intellectual disability have a profile cognitive of

21   strengths and weaknesses as seen in my neurological testing.

22   So the importance, though, is the further analysis of where

23   those strengths and weaknesses lie; that is to say, the

24   strengths tend to be in areas that are not as important for

25   day-to-day living as the weaknesses.  The weaknesses are

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

James - Redirect/Burt

1    further and broader reaching and more impactful of one's

2    ability to conduct themselves in daily life.

3    Q    Now, when Dr. Shapiro was here, he identified one of the

4    slides which is on the screen now, slide 27 from Exhibit A,

5    and I want to direct your attention to the last item he's got:

6    "People with mild manner retardation can have a very up and

7    down IQ/adaptive behavior profile."

8            Is he saying something different than what you said

9    in that sentence that I just read to you?

10   A    No, that's very consistent.

11   Q    And so can you look at an IQ profile or a

12   neuropsychological profile or an academic achievement profile

13   and say that there is any one pattern other than that there

14   are strengths and weaknesses?

15   A    No.  There is not -- as cognitive, no consistent pattern.

16   Q    Now, a lot of time was spent with the Dr. Kaufman book

17   and getting you to agree that the research has shown that if

18   you have a performance greater than verbal IQ profile, an up

19   and down sort of performance greater than verbal, that that is

20   diagnostic of a learning disability.

21           Do you recall all those questions?

22   A    Yes, I do.

23   Q    All right.  Is it true, then, that the book that was

24   reference, that what Dr. Kaufman does is he sort of reviews

25   the research for various instruments and then he concludes

James - Redirect/Burt

1   with a summary of what the research -- the implications of the

2   research are?

3   A     That is correct.

4   Q     And turn, if you would, to Exhibit B, which is in front

5   of you, that's the literature binder, and in the section where

6   the Kaufman book is reprinted.

7   A     Yes.

8   Q     At the very end of his discussion of learning

9   disabilities after reviewing all of the literature showing

10  various profiles for learning disabilities, does he end his

11  discussion with a paragraph -- which is at the very last

12  paragraph before a new topic which is "Delinquency in

13  Psychopathic Behavior"?

14  A     May I have the page reference?

15  Q     Yeah, 327.

16        THE COURT:  I'm sorry.

17        MR. BURT:  Page 327.

18  A     Yes.

19  Q     Okay.  And the sentence, the last paragraph in that

20  discussion of learning disabilities begins with words,

21  "Although some..."  Do you see that?

22  A     Although some, yes, I do see that.

23  Q     Read that paragraph and then tell us what it means.

24  A     Sure.  "Although some of the profile patterns are

25  reported fairly consistently for adolescents and adults with

James - Redirect/Burt

1    learning disabilities, these patterns are not powerful enough

2    to make a differential diagnosis.  All of the previous

3    discussions have been on group data, but clinical

4    interpretation requires analysis of individual data which are

5    more unstable than group means.  Thus, the profile, such as

6    scald, ban times, categories or the four factor indexes may

7    provide useful information about an individual's cognitive

8    abilities on a case-by-case basis, but the profiles themselves

9    cannot be used to justifies making a diagnosis of learning

10   disability.

11          "Similarly, a P greater than V profile cannot

12   provide evidence of a learning disability in and of itself.  A

13   combination of many factors such as performance on

14   standardized measures of achievement, academic history,

15   developmental history, medical history, family history, and

16   behavioral observations must be used to properly evaluate

17   learning disabilities."

18   Q     Okay.  So what is he saying there?  He mentions various

19   kinds of comparisons, right?  Something called s-c-a-l-d

20   comparisons?

21   A     That is correct.

22   Q     What is that?

23   A     There are different types of profiles that people have

24   researched in IQ scores with certain scores -- the -- that

25   acronym stands for, I believe, different -- I'm note familiar

James – Redirect/Burt

1   with that particular profile but I do know that aspects of the

2   profile stand for different subtests on IQ tests.  And so

3   there have been profiles in IQ scores that have been

4   researched, but none of those profiles are diagnostic in and

5   of themselves.

6   Q    And he includes within that discussion the performance

7   greater than verbal profile that counsel was focusing your

8   attention on?

9   A    That is correct.

10  Q    And is it true that although researchers would like to

11  see a profile because it would make it easier to do a

12  diagnosis, that so far we just don't have a pattern or profile

13  in IQ scores that would let us say, aha, we have a learning

14  disability here?

15  A    That's correct.  And that's consisted with my clinical

16  practice.  I see a lot of individuals with learning

17  disabilities and they have various types of IQ profiles.  It's

18  really important for me to be able to consider other

19  information, including their achievement scores, their

20  performance on other measurements, neuropsychological

21  functioning, to provide an overall picture in order to make an

22  accurate diagnosis.

23  Q    Now, some similar questions were asked about his section,

24  Dr. Kaufman's section on what he calls mental retardation.

25  Correct?

James - Redirect/Burt

1    A    That is correct.

2    Q    And your attention was focused on a particular part of

3    the chapter which deals with some studies that were done on

4    the WAIS and WAIS-R IQ profiles?

5    A    That is correct.

6    Q    And that's at page 334, correct, of that same

7    publication?

8    A    Yes, I see that page.

9    Q    And under the heading "WAIS and WAIS-R IQ Profiles," if

10   you turn to the next page, that's the study that counsel was

11   focusing on, right, the 863 individuals?

12   A    Yes, that's correct.

13   Q    And she was focusing on that study to say in that

14   particular study there was a P greater than V profile.  Right?

15   A    That's correct.

16   Q    But if you go back to 334, what does the first sentence

17   of the discussion under WAIS and WAIS-R IQ profile say?

18   A    It says:  "The Data available on the characteristic WAIS

19   or WAIS-R profile individuals who are mentally retarded do not

20   yield a consistent VP profile."

21   Q    And what does the second sentence say?

22   A    "Several studies support a P greater than V profile in

23   developmentally disabled populations, but there are also --

24   there are also those which support a V greater than P

25   profile."

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

James – Redirect/Burt

1   Q    So the study go both ways in terms of how the profiles

2   would look?

3   A    That is correct.

4   Q    And you're not cherrypicking the studies that say that

5   the performance greater than verbal profile can be used to

6   diagnose mental retardation in this case, are you?

7   A    No, I'm not.

8   Q    Because we just don't have a profile?

9   A    There is no consistent profile.

10  Q    And then at page 336, this is, again, at the very end of

11  his discussion of all the studies, he's got a heading called

12  "Clinical Implications of Findings on Individuals with Mental

13  Retardation."  Do you see that?

14  A    Yes, I do.

15  Q    And in the second column there, there is a sentence which

16  begins, "The research on IQ..."  Do you see that?

17  A    Yes, I see that.

18  Q    Read that sentence.

19  A    "The research on IQ, specifically Wechsler IQ, has

20  indicated that there is not one simple pattern of performance

21  on IQ tests that is consistent across individuals with mental

22  retardation."

23  Q    All right.  So, again, is there any way you can say that

24  your conclusion that Mr. Wilson is intellectually disabled is

25  contradicted by the fact that he has a consistent performance

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

James – Redirect/Burt

1   greater than verbal profile across most of these tests.

2   Right?

3   A    Right, exactly.  Yeah, there is no profile.

4   Q    All right.  And I think you were also asked some

5   questions about your neuropsychological testing.  Correct?

6   A    That's correct.

7   Q    Now, just in terms of terminology, you reference

8   achievement tests and that's different than neuropsychological

9   tests.  Correct?

10  A    That's correct.  Achievement tests are one domain in

11  which a neuropsychologist might be interested in assessing.

12  Q    And achievement tests define those in relation to

13  neuropsychological tests?

14  A    Achievement tests refer specifically to tests of academic

15  functioning; that is to say, reading, spelling, math,

16  calculations, reading comprehension.

17  Q    And in terms of your own testing, did you do both

18  neuropsychological testing and achievement testing?

19  A    Yes, I did 3.

20  Q    And was one of the purposes of the achievement testing to

21  ascertain whether Mr. Wilson only suffered from a learning

22  disability?

23  A    That's correct.

24  Q    And the results of your achievement tests are listed at

25  page 10954 of your report?

James - Redirect/Burt

1   A   Yes, that's correct.

2   Q   You have there grade equivalency.  Correct?

3   A   Yes, I do.

4   Q   And I assume that -- how old was he when you administered

5   your test?

6   A   He was 29 when I first administered the test, and then he

7   turned 30.

8   Q   All right.  And at that time his grade equivalency, was

9   it fairly consistent across all the domains you were measuring

10  for academic achievement?

11  A   His grade equivalence ranged from the late second grade

12  level for reading comprehension to the early seventh grade

13  level for a symbol timed single digit addition task with most

14  of his scores following in that range, third grade,

15  fourth grade, fifth grade level of performance.

16  Q   And I think you said on direct examination that -- maybe

17  it was on cross -- that one of the things you look at when

18  you're trying to diagnose a learning disability is the

19  disparity between the IQ score and the achievement scores?

20  A   That's correct.  The definition of a learning disability

21  is really looking at specific, unexpected deficits in

22  achievement without broader deficits in intellectual or

23  adaptive functioning.

24  Q   And you had not only your own achievement testing but

25  historical achievement tests that had been given in connection

James - Redirect/Burt

1  with Mr. Wilson special education classes from grade first or

2  second all the way through the seventh grade?

3  A    Yes.  Mr. Wilson's academic achievement has been tested

4  multiple times.

5  Q    And did that academic achievement indicate to you a

6  learning disability only or did it indicate something else?

7  A    Well, no, it indicated a broader -- a broader deficit in

8  conceptual areas.  For example, not only does he have

9  long-standing deficits in actual academic achievement, that is

10 to say, consistently over time scores that in elementary

11 school level, even as an adult, in the second -- like I said,

12 the second to early seventh grade level.  But he also, in the

13 historical material that I reviewed, demonstrated broader, for

14 example, functional academic deficits.  So at the age of nine

15 he was unable to read a clock.  At the age of 14, he had

16 difficulty following a simple recipe, difficulty using liquid

17 and dry measurements.

18         There were conceptual difficulties that were related

19 to his academic skills that were described as broader, for

20 example, in at 14 looking at reading, for example, his reading

21 was poor, but in addition, there are comments in his IEP that

22 he is not able to understand the significance of the character

23 in the story or relationships, concepts in science, for

24 example, between work and energy or the independence of

25 nations in social studies.  So broader conceptual difficulties

James - Redirect/Burt

1  that went beyond just the surface academic difficulties.

2  Q     And would you say, based on the historical achievement

3  scores and your own achievement scores that he has both a

4  learning disorder and intellectual disability, or is it just

5  one?

6  A     I think that he has both.

7  Q     Okay.  And is it impossible to diagnose both in a single

8  individual?

9  A     No.  In fact, mental retardation or intellectual -- the

10 diagnosis of intellectual disability is one of the few

11 diagnoses in the DSM that is not a diagnosis of exclusion;

12 that is to say, where a diagnosis of a learning disability

13 excludes other kinds of problems.  If one is diagnosed with

14 mental retardation they can also be diagnosed with a learning

15 disability as well.  Or a mood disorder or other disorders.

16 Q     Is that something you see in your clinical practice, that

17 is a dual diagnosis, children or adolescents who both have a

18 learning disability and who are intellectually disabled?

19 A     Yes.  Again, the learning disability in someone with an

20 intellectual disability is not unexpected because they have

21 broader deficits across other domains.

22 Q     And is it an issue that has been studied, in terms of

23 trying to sort out whether someone just has learning

24 disabilities and just has poor -- or just has intellectual

25 disabilities or both?

James - Redirect/Burt

1    A    Yes, it has been -- it has been studied.

2              (Continued on the next page.)

James - Redirect/Burt

1   Q      Now, there were -- each of your neuropsychological tests

2   counsel went through and there were a couple where you had

3   some comments and she said, "Bring it up on redirect

4   examination."  So if you don't mind I'd like to ask you about

5   those.

6          You were going to make a comment on the Trail Making

7   Test about a discrepancy you found in and the significance of

8   it?

9   A      Yes.  That's correct.

10  Q      Could you tell me what you were going to say.

11  A      So I think its important when you look at these scores to

12  look at relative strengths and weaknesses particularly within

13  a measure.

14         So trail making is about -- has various subtests.

15  One, where you just are looking at an array of threes and

16  youre crossing them out and visually scanning them.  Its just,

17  you know, are you able to scan the page?

18         Then the Number Sequencing Task has numbers in

19  various order, two pages, and you have to use a pencil and

20  paper to sequence the numbers in order starting with one, all

21  the way to 15, I believe, and its a timed task.

22         Similarly, with letter sequencing, you are starting

23  out with letters which goes from A to P.  Its a

24  pencil-and-paper task where youre sequencing and letters in

25  order and its timed.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Redirect/Burt

1    Now, the way that these tasks works is that all of

2 those tasks are done before so that you can potentially

3 interpret and rule out problems with the next task, which is

4 the real core task of trail making, and that is the one this

5 Mr. Wilson did poorly on.

6    Number-letter switching involves going back and

7 forth between letters and numbers.  So it's important to look

8 at that in the analysis because the fact that he did well on

9 the first few allows you to rule out other problems that can

10 contribute to his performance on that test.  For example, if

11 he had poor eyesight, he wouldnt be able to do the Visual

12 Scanning Test.  Well, we know that's not the case because he

13 did well on that.

14    If he couldn't sequence letters, or didnt know his

15 numbers, well, we know that's not the case because he did well

16 on those two tasks.  But the core task here is that switching

17 component and that's where the executive deficits come in, in

18 that the switching involves working memory.  He has to hold

19 one sequence in mind, two sequences in mind at the same time

20 as he alternates between the two and its really about a task

21 of cognitive flexibility, moving back and forth between

22 letters and numbers, and working memory, holding where he is

23 in mind and not losing his place.

24    He's had longstanding deficits in working memory.

25 And working memory in real life is key to being able to learn

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Redirect/Burt

1   effectively and to hold information in mind such as

2   instructions and follow through.

3            So the fact that he -- its not so much -- this is

4   what I'm trying to get at before -- its not so much what he

5   does well in and what he doesn't do well in, its the

6   importance of the things that he doesn't do well in.  In terms

7   of the load and complexity of those tests and what that might

8   mean for him in terms of daily functioning.

9   Q    And youre indicating that goes to executive functioning,

10  the deficit in executive functions?

11  A    Exactly.  Exactly.  Being able to follow instructions,

12  hold them in mind.  If you were planning on going to, you

13  know, taking the subway and needed to switch trains and you

14  needed to, you know, make different plans, if you encountered

15  some trouble on one train that wasnt working, you have to

16  switch to another, you have to hold all this information in

17  mind and use that information to guide your behavior and

18  deficits in working memory contribute to that.  Difficulties

19  in that area.

20  Q    Now, is what you just said contradicted by his average

21  performance on the Wisconsin Card Sorting Test?

22  A    No, that's a different task altogether.

23  Q    And what you said -- these different tests have different

24  weights.  What weight do you put on the score on the Wisconsin

25  Card Sorting Test in doing your analysis?

James - Redirect/Burt

1    A    So, the Wisconsin, it is about identifying an underlying

2    rule or context.  But it is a low-load task.

3            What I discovered was that Mr. Wilson had troubles

4    with tasks where there were more than one element when he was

5    asked to do more than one thing at a time.  But with the

6    Wisconsin, it is a low-load task in that youre getting

7    specific feedback about your performance right or wrong and

8    once you figure it out, and you figure out the matching

9    principle of the task, then there isnt anything more to figure

10   out then youre done.

11           So he was able to use the very simple feedback that

12   I gave him and structure what I gave him in order to solve the

13   task.  And then once he solved it, its no longer novel.

14   That's in contrast to some other tasks that I did where he had

15   significant difficulty generating an appropriate strategy and

16   would get stuck when he couldnt do it.  He just kept trying

17   the same thing over and over and over and over again, like,

18   with the sorting recognition.  He couldn't figure out how I

19   sorted the cards and he can he kept on sorting them in the

20   same way; or in The Tower Test, where he couldn't figure out

21   how to complete the tower in the appropriate number of moves

22   and just kept on going in the task without really being able

23   to figure out how to be efficient.

24   Q    Okay.

25           Now, for the 20 Questions Test, there was a comment

James - Redirect/Burt

1    or an analysis you wanted to add and counsel said, "Bring it

2    up on redirect."

3         You said there was something remarkable, and I think

4    she said, "I heard enough."

5         So what were you going to say?

6    A    Yes even though he did well on task, and the scores are

7    in the average to average range, what we often do as

8    neuropsychologists we look beyond the scores and we look --

9    sometimes the scores, unfortunately, don't always capture the

10   way in which a person approached the task and sometimes that

11   could be important.

12        In this situation, yes, he was able to achieve

13   average to high average scores on the key scores that are

14   given as prior 20 questions.  So part of the task is initially

15   to be able to eliminate as many of the options.  Its

16   literally, Ill describe the task, its literally the game "20

17   Questions" where you have a page that has about 40 different

18   pictures on it, small pictures -- animals, modes of

19   transportation, they're in different colors.  And the task is

20   to, in as few questions as possible, figure out the picture

21   that the examiner has chosen or has been asked to choose given

22   the instructions.

23        When I noticed that Mr. Wilson did was he used the

24   same approach every time.  So even though his first question

25   was, "Is it an animal?"  which was able to eliminate some of

James – Redirect/Burt

1  the items on the page, he kept using the same approach every

2  time which doesn't really make sense given that there has to

3  be other ways to eliminate some of the items on the page.  It

4  just seemed like he found a particular kind of strategy and

5  stuck with it and sometimes that works for him and sometimes

6  it does not.

7  Q    And, again, is this diagnostic in and of itself, or is it

8  just one factor that goes into your analysis of intellectual

9  ability?

10  A    Its one factor that goes into my analysis thinking about

11  one's ability to generate alternatives and strategize when one

12  alternative has failed.

13  Q    On the tower tasks, you were asked whether people who are

14  impulsive have difficulty and I think you wanted to make some

15  comment about your assessment of his impulsiveness when you

16  gave the test.

17  A    Yes.  It is true that people who are impulsive can do

18  poorly on The Tower Test but I didn't notice, and I didn't in

19  my report, report any kind of concern with impulsive at this

20  and Mr. Wilson's performance across any of the measures.  In

21  fact, the opposite really was the case where he often

22  double-checked his work.  He approached tasks methodically and

23  earnestly.  There wasnt any indication in my testing of

24  impulsivity.

25  Q    All right.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Redirect/Burt

1    Returning for a moment to your learning

2    disability -- the questions about learning disability.

3        Did you, in your PowerPoint, Slide 23, include a

4    slide that is relevant to determining whether we're just

5    talking about a learning disability here?

6    A    Yes, I did.

7    Q    And could you explain this slide, please --

8    A    Sure.

9    Q    -- this is Slide 23?

10   A    This is a slide looking at individuals with various types

11   of diagnoses in comparisons.  So we have children who are

12   typically achieving as well as children with reading

13   disorders, ADHD, and a combination of reading disorders and

14   ADHD.

15       And what we're looking at is their performance in

16   different types of domains.  You could say neuropsychological

17   domains, procedural learning, concept formation, phonological

18   awareness, vocabulary, visual motor skills.  And, for each

19   diagnosis, what you see is a different pattern of performance.

20       And so, for example, someone with a reading stored

21   is going to have more difficulty with vocabulary; someone with

22   ADHD might have more difficulty in another area in sustained

23   attention, for example.  But what we see is that overall, that

24   individuals with these disorders are actually across the board

25   falling below the individuals with typical development.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Redirect/Burt

1    So that is to say and I believe the -- there was

2    nobody that was included that was actually had an I.Q. lower

3    than 81, so I think it really demonstrates you could have

4    these up and down profiles.  But, overall, what you see are

5    deficits across the board, and that's what we see with

6    individuals with intellectual disability, we see deficits

7    across the board.

8    Q    And "deficits across the board," does that mean that

9    uniform deficits?  I'm a little confused on what you said

10   before strengths before weaknesses?

11   A    Relative strengths and relative weaknesses.  So what we

12   see is all of these individuals with disorders have

13   performance below the typically developing individuals, but we

14   still see profiles of strengths and weaknesses among them.

15   Q    And that would include intellectual disability?

16   A    That's correct.

17   Q    Okay.

18        Now, you were also -- at one point, you were asked a

19   question about the cultural influence on the scoring of the

20   I.Q.

21        Do you remember that question?

22   A    Yes, I do.

23   Q    And at 1249 you were asked, "Doesn't the information

24   subtest, can't that depend on environment?"

25        And you said, "Yes, it can."

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Redirect/Burt

1   A    Yes.

2   Q    Then you were asked a question, "I mean, if youre in an

3   environment where people aren't talking about Cleopatra and

4   continents and things like that you wouldnt pick it up,

5   correct?"

6            And you said, "That is correct."

7   A    Yes.

8   Q    Are these tests, these I.Q. tests, normed on

9   African-American populations?

10  A    Yes, they are.  They're normed on -- when they're

11  initially normed, they're normed on individuals across the

12  country from different regions from different ethnic

13  backgrounds from different socioeconomic backgrounds.  That is

14  part of the norming process.

15  Q    So this question -- she was referencing here a question

16  on the instrument, right, about who was Cleopatra?

17  A    Yes.

18  Q    And the question, "If youre in an environment where

19  people aren't talking about Cleopatra," is there an assumption

20  that there is an environment here he's not going to do well

21  because he's in some sort of environment because of race or

22  culture they're not going to be talking about Cleopatra, and

23  if that is the implication, is that true in terms of how these

24  tests are used?

25  A    No.  I mean, there is a -- like I said, there is -- the

James – Redirect/Burt

1    norming is conducted on individuals across the country of

2    different ethnic backgrounds and races, so that is taken into

3    account in terms of performance in the broader performance on

4    niece tasks.

5           There is influence of, you know, environment in

6    information but there is also other factors.  Simply, one of

7    the things I see in individuals with intellectual disability

8    is they have trouble on information because they're just

9    simply not able to pick up without structure and help the kind

10   of factual knowledge about the world that other people do.

11   Q    Are you aware of the discussion in the Green Book that

12   says you do not discount scores because of race.  In other

13   words, you don't say, well, he got a 75 but that's because

14   he's black.

15   A    Yes, I'm aware of that.

16   Q    All right.

17          And do you generally, when you get an I.Q. score,

18   discount it or somehow dismiss it because of cultural or

19   racial considerations?

20   A    No.

21   Q    Is that protocol anywhere that you know of?

22   A    No.

23   Q    Now, you were asked some questions about this chart;

24   correct?

25   A    Yes, I was.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Redirect/Burt

1  Q    And as I understood --

2            THE COURT:  Please identify it for the record.

3            MR. BURT:  This chart being 99-A.

4            THE COURT:  Thank you.

5            MR. BURT:  Thank you, your Honor.

6  Q    And this sets forth -- this is the modified chart which

7  sets forth the various scores that people gave to Mr. Wilson

8  on the subtests; correct?

9  A    That's correct.

10 Q    And then you were asked to compare those scores to this

11 chart over here, which is Exhibit 98; right?

12 A    That's correct.

13 Q    And it was represented this morning that that chart was

14 taken from the WAIS-IV manual?

15 A    That's correct.

16 Q    Specifically, at Page 126, which I think is open in front

17 of you there.  Do you see it?  It's the large binder which is

18 L?

19 A    Yes.

20 Q    If you can get it that?

21 A    Yes I see this.

22 Q    And, first of all, the WAIS-IV, all of these scores up

23 there are not WAIS-IV scores, are they, except Dr. Denney's?

24 A    That's correct.

25 Q    They're WISC-R, WISC-III or WAIS-III?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Redirect/Burt

1    A    That's correct.

2    Q    So she's using a chart which is taken from the WAIS-IV

3    manual; correct?

4    A    That's correct.

5    Q    Okay.

6         And the manual says, on this page, and its got the

7    same chart she's got in terms of scores and what they

8    describe; right?

9    A    That's correct.

10   Q    And it says, "The composite scores are often described in

11   qualitative terms according to the examinee's level of

12   performance.  Descriptive classifications provide qualitative

13   terms that characterize the examinee's level of composite

14   score performance relative to same-age peers.

15        And then it gives an example, "Test results can be

16   described in a manner similar to the following example

17   relative to examiner's of comparable age.  This individual is

18   currently functioning within the," and then it lists a blank,

19   "range of intelligence on a standardized measure of

20   intellectual ability."

21        Right?

22   A    Yes, that's correct.

23   Q    And then if you turn to Page 124, which is the page

24   before, it defines what composite scores mean, does it not?

25   A    Yes, it does.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James – Redirect/Burt

1  Q    And it says, "Composite scores i.e. BCI, PRI, WMI, PCI

2  and FSIQ are standard scores based on various sums of subtest

3  scale scores; right?

4  A    That's correct.

5  Q    Is what the manual is saying here is you can use this

6  chart to interpret composite scores?

7  A    Yes.

8  Q    Composite scores are not the same thing as the subtest

9  scores, are they?

10  A    That's correct.  The subtest scores are the scaled

11  scores.

12  Q    So can you do what was being done on cross, here take

13  these subtest scores and say, well, you got a certain score on

14  a certain subtest and, therefore, we can plug that into an

15  intellectual disability chart like we have here?

16  A    No, you can't do that.  The descriptive classifications

17  are based on composite scores, not on scaled scores.  So the

18  scaled scores can provide information.

19        Its a level of analysis that can provide information

20  about the person's functioning when you, you know, look at

21  that information and any other information that you might have

22  about the person.  But you can't infer a composite score or a

23  descriptive classification from a scaled score.

24  Q    Now, in his book, at 454, Dr. Kaufman says, and Ill ask

25  you if you agree with this, "Never infer a behavioral or

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Redirect/Burt

1  background hypothesis about a person based simply on a

2  grouping of subtest scores.

3  A    Yes, I agree with that.

4  Q    He says one should neither hypothesize distractibility

5  because of low scores on a digit span, arithmetic, and

6  letter-number sequencing, nor suggest a poor early environment

7  because of deficits in information and vocabulary.

8         Behavioral hypotheses requiring external support

9  from the clinician's observations of test behavior, from

10 behavioral rating scales filled out by others and so forth.

11 Background hypothesis demand reliable verification about the

12 individual's environment as a child, adolescent, and adult."

13 A    That's correct.

14 Q    Okay.

15        So, based on that, can you just simply take these

16 individual subtest scores and do a count of them and say,

17 well, he got above average in a certain number of them, below

18 average in others; and, therefore, he's not intellectually

19 deficient?

20 A    No.  No clinician would ever do that.

21 Q    Can you use a similar analysis like she did in the last

22 pie chart.  She marked, based on your neuropsychological

23 tests, where you do sort of a nose count and then say, well,

24 he only had seven in the intellectually deficient range and

25 just doing a score tab he's not intellectually deficient?

James - Redirect/Burt

1    A    No, you can't do that.  It reduces the scores -- it

2    reduces the interpretation to an actuarial one and its really

3    about the profile.  And part of being a neuropsychologist is

4    knowing what these tests mean and what these patterns mean and

5    what better or worse performance on these tests mean.

6    Q    Let me see if I can turn it around and see if you think

7    it would be a valid use of these subtest scores, okay?

8         Of all these subtest scores, does Kaufman rank them

9    according to what's called G, G loading?

10   A    Yes, the general mental ability.  So how these subtest

11   scores relate to the overarching concepts of general mental

12   ability which I.Q. tests attempt to imperfectly assess.

13   Q    All right.

14        Just as an aside.  You were asked a question, "Isnt

15   it true that I.Q. is the best measure that we have of I.Q.?"

16   which sound aid little circular.

17        Did you mean I.Q. -- or what did you mean by that?

18   A    An I.Q. test is the best estimate that we have of the

19   concept of intelligence.  Its an imperfect test but its the

20   best estimate that we have.

21   Q    Best estimate of the concept of intelligence, not the

22   best estimate of a I.Q. score?

23   A    That's correct.

24   Q    An I.Q. score is not the best estimate?

25   A    Of an I.Q. score.

James - Redirect/Burt

1   Q    You referenced on cross-examination something you called

2   G; right?

3   A    Yes.

4   Q    And going to your slides here, we're not going to go into

5   too much detail because I'm not sure I could ever understand

6   it in a million years.

7        Is G -- am I correct that the term "G" is used in

8   your language to refer to general intellectual functioning?

9   A    Yes, its a general mental ability.  Its the construct,

10  its the underlying concept of intelligence that we are trying

11  to assess.

12  Q    All right.

13       And is it made up of subparts that are listed here

14  on your diagram on Page 6.

15  A    Yes, this is the schematic of the Cattell-Horn-Carroll

16  Model of Intelligence which is the -- I would say the model

17  that has the most research support and is best accepted at

18  this point in the field in terms of modeling the intelligence

19  construct.

20       So G is at the apex, which is the ultimate that

21  we're trying to measure.  And then we have this second stratum

22  of abilities, for example, quantitative reasoning, auditory

23  processing, visual skills, crystallized intelligence which

24  really represents more factual knowledge.  Processing speeds,

25  short term and long-term memory, et cetera.

James – Redirect/Burt

1    So that's that second level at which many of the

2  neuropsychological instruments get to.  So things that I

3  measured, like, working memory, for example.

4  Q    And as youre measuring these with your neuropsychological

5  tests, what are the testing results telling you in terms of

6  whether he has deficits in the underlying domains here that

7  make up G?

8  A    What I saw in my testing were deficits in a number of

9  these areas.  So, for example, you know, Mr. Wilson has had

10 long-term deficits in reading and writing.  He's had long-term

11 deficits in aspects of short term memory and that was evident

12 on my testing.

13    In aspects of cognitive processing speed, on tasks

14 that I did that were timed, for example, The Tower Task where

15 he was very slow at quantitative knowledge.  In terms of some

16 of his mathematic and arithmetic skills.  Crystallized

17 intelligence in terms of his knowledge and factual knowledge

18 about the world.  Many of these areas are compromised for him.

19 Q    And when you were asked about clinical judgment, are you

20 using your clinical judgment in determining whether he has a

21 deficit in G, or in intellectual functioning, the first prong

22 of the Atkins Test?

23 A    Yes.

24 Q    And does an arbitrary number on an I.Q. score tell you

25 the whole picture in terms of you using your clinical judgment

James - Redirect/Burt

1    to determine whether he's deficient, or do you have to look at

2    your own testing and other things, et cetera?

3    A    Yes.  When I look to the definition in the AAIDD manual

4    that is saying its approximately two standard deviations below

5    the mean.  So, approximately, I think its there for a reason

6    because I think that allows for the fact that it isnt a

7    cut-off.  It isnt a fixed cut-off number.

8             For example, if you look at an IQ score of 75,

9    that's 1.67 standard deviations below means.  1.7 standard

10   deviations below the means.  Its a really, really low score.

11            So it's the use of -- its taking a look at the set

12   of scores and then using considering the problems that may be

13   with those scores in terms of factors we talked about,

14   test/retest reliability, practice effects, examinee and

15   examiner conditions.  Using clinical judgment and then saying,

16   okay, look at my neuropsychological testing showing broader

17   deficits this is going to help me make this decision.

18   Q    Okay, back to this chart.

19            Does Kaufman in his book and other people rank these

20   subtests according to what is called "G loading"?

21   A    Yes.

22   Q    What does that mean?

23   A    Its the extent to which the subtest taps into this

24   concept of general mental ability concept that we're

25   ultimately trying to assess.

James – Redirect/Burt

1  Q    And what has the highest in its reference in terms of a

2  statistic?

3  A    Yes, its referenced in terms of a statistic, so there is

4  a correlation.  Its a correlation, I believe.

5  Q    And we can go to a book like Kaufman's people and answer

6  the question:  What is the G loading for a particular subtest?

7  A    Yes, it can.

8  Q    And what is the subtest that has the highest loading for

9  G?

10 A    Vocabulary.

11 Q    Vocabulary?

12 A    Yes.

13 Q    Okay.

14      So could I say -- and what's the lowest loading for

15 G?

16 A    I believe the lowest loading is digit symbol coding,

17 although I'm not certain.  I haven't looked at the G loadings

18 in order for a long time.  I do know that vocabulary is

19 highest and block design is about six or seven down.

20 Q    Okay.

21      So if I was going to turn around the argument that

22 was suggested to you on cross-examination and say, well, since

23 information is the highest indicator for G, and since he did

24 really extremely low when he was first tested in the

25 information category, I can use that standing alone to

James - Redirect/Burt

1    diagnose him with an intellectual disability would that be a

2    sound argument?

3    A     No.

4    Q     And why not?

5    A     Because, again, youre looking at a subtest score.  A

6    subtest score gives you information about a person's

7    performance.  So vocabulary does have the highest loading on G

8    and its important to look at someone's vocabulary weaknesses

9    over time.  But, again, you have other information that you

10   need to look at.  You can't infer something diagnostically

11   from a single scaled score or even a set of scaled scores.

12   Q     All right.

13          Now, you were asked a lot of questions about The

14   Practice Effect.

15          What do you know about what scores The Practice

16   Effect has an impact on and how great that impact could be in

17   the context of this case?

18   A     Right.  Well, I mean, any time that youre giving someone

19   a test that they've seen before.  So any time after that first

20   administration, there is an element of The Practice Effect in

21   play.

22          So, The Practice Effect, the way I think about The

23   Practice Effect is that, you know, The Practice Effect is an

24   artificial inflation of scores because you now don't have the

25   kind of novelty that you did before.  You are exposing someone

James - Redirect/Burt

1  to something that they've seen previously and whether or not

2  they're actually remembering the distinct items or the way in

3  which they're approaching the task.  Any of those factors tend

4  to cause this inflation, this artificial inflation of scores

5  over time.

6  Q    And what, in general, is being inflated?  Is it the

7  verbal, the performance, the full I.Q. or all of the above?

8  A    All of the above.  The research that has been done and

9  it's intuitive in the sense that the types of The Practice

10  Effect is greater, an average I believe of about seven to

11  nine points, I.Q. points, for items on the performance scale

12  simply because those are items that in typical life someone is

13  not exposed to, so the novelty for those items wears off much

14  more quickly than items on the verbal scale which I think as

15  I've described you know them or you don't know them.

16         So, a vocabulary question, you know the answer or

17  you don't know the answer; you know the fact or you don't know

18  the fact.  The average I.Q. gain on vocabulary is about three

19  points in terms of a practice effect.  On the performance I

20  mentioned its about seven to nine, and overall its about five

21  to seven.

22  Q    And is there a particular type of practice effect there

23  that is associated with having multiple test administrations?

24  A    Yes.  Kaufman describes the concept of progressive error.

25  And progressive error is about having it specifically related

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Redirect/Burt

1   to someone being given an instrument multiple times over the

2   course of a number of years as we see in this case.  We see in

3   this case an extraordinary number of times that Mr. Wilson was

4   administered a Wechsler instrument eight times in 15 years.

5   Q    And in that situation, eight times in 15 years, do

6   practice effects become less or more when you keep

7   administering the tests?  You were asked a question, well,

8   don't we have confidence in these scores because he was given

9   the test nine times and the scores keep clustering around a

10  certain number?

11         Isnt the repetition some indication that the scores

12  are reliable?

13  A    No.  Its, in fact, the opposite.  The Practice Effect is

14  always there inflating scores.  So what Dr. Kaufman says is

15  that in this special situation progressive errors.  The more

16  times youre giving the tests, the more youre introducing error

17  on each administration.  And it is particularly damaging to

18  the performance I.Q. scores which tend to be the most

19  inflated.

20  Q    Now, I believe we had testimony from Mr. Giglio that he

21  though his score was invalid and you reviewed that in his

22  records; correct?

23  A    That's correct.

24  Q    His full-scale I.Q.

25         And you I believe you testified either on cross or

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Redirect/Burt

1  direct that you thought it was not an invalid full-scale I.Q.;

2  correct?

3  A    Correct.

4  Q    Would you describe that?

5  A    I was actually referring to -- so if you look at it

6  statistically it is, in fact, a large discrepancy.  I was

7  talking about the difference between statistical and clinical

8  or practical significance.

9        I think the overall point is that his -- on his

10 administration, and I just need to check the number here, his

11 I.Q. score, that I.Q. score becomes very difficult to

12 interpret even with this discrepancy because its the sixth

13 time he's been given a Wechsler instrument, the fifth WISC

14 he's been given.  And we know that with the operation of The

15 Practice Effect that that performance I.Q. is likely inflated,

16 which makes any kind of verbal performance discrepancy

17 analysis very difficult to do because we don't know how much

18 its been inflated.

19 Q    So, bottom lime, what do you conclude about that score?

20 Is it a valid full-scale I.Q.; not a valid full-scale I.Q., is

21 it an underestimate, is it an overestimate?

22 A    Its a score that I can't put too much confidence in given

23 the problems with it.

24 Q    Now, you were asked some questions about the notations in

25 Nagler's report about difficulties that Mr. Wilson was having.

James - Redirect/Burt

1   A     Yes.

2   Q     And you were asked whether, well, she was using her

3   clinical judgment and don't we have to trust that clinical

4   judgment; right?

5   A     Yes.

6   Q     Did she use her clinical judgment to say that because of

7   whatever difficulties were going on she could not report a

8   full-scale I.Q.

9   A     No, she still reported a full-scale I.Q.

10  Q     And what significance, if any, do you attach to that?

11  A     She considered the full-scale I.Q. to be a valid one in

12  the sense that, physically, if you don't -- if you're not that

13  confident in the scores, you'll say that you can describe

14  difficulties that the person might have in performing on a

15  task.

16         Say that they're inattentive or fidgety or maybe not

17  as engaged as they should.  But its been my experience that if

18  an examiner feels like the scores are actually invalid they

19  will say so, and she never said that her scores were invalid.

20  She had behavioral observations which contributed to her

21  analysis and understanding of Mr. Wilson and I think

22  particularly I think its enlightening the fact that she's

23  saying that as tasks became more difficult he became

24  frustrated, which is consistent with what we see in that he

25  was in someone with an intellectual disability.  When they

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Redirect/Burt

1    were easy he did fine, but he was when he was engaged and it

2    became more challenging, it was clear he couldn't do it then

3    he became frustrated and gave up.  She doesn't say that scores

4    were invalid and reports a full scale.

5    Q    So is the thrust of --

6              MR. BURT:  The question he asked -- strike that.

7    Q    When you see a notation like that, "Fidgeting around."

8    A    Yes.

9    Q    In general, would you agree that that might have a

10   tendency to produce a lower score?

11   A    Yes.  Yes.  Certainly.

12   Q    Now, at the same time that she's giving that test, he has

13   been given prior administrations; correct?  So you talked

14   about The Practice Effect.

15             Would you expect The Practice Effect in that

16   administration to add points to the score?

17   A    Yes.  And that was the fourth administration of a

18   Wechsler instrument it was is third WISC-III and the one that

19   he had was just 13 months prior.

20   Q    And so, as the The Practice Effect is adding points to

21   the score and the effort issue is subtracting them, what is

22   the overall effect of the score in terms of what youre going

23   it see the score do?

24   A    Right.

25   Q    And whether its going to hide The Practice Effect given

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Redirect/Burt

1  that there are other variables at play?

2  A    This is a good example of how a practice effect could be

3  offset.  So we have potential variables that are suggesting

4  that the score might be an underestimate in terms of his

5  effort and then we have other factors that -- then we have The

6  Practice Effect.

7          So what we have here, I think, there is the

8  potential -- and we don't know exactly -- but there is the

9  potential that they are cancelling each other out, kind of

10  working against each other, and this is a situation where I

11  had described earlier that The Practice Effect is always

12  there, whether or not its always visible is the question, and

13  a practice effect can be diminished by other factors.

14  Q    Last area.

15          You were asked about this Exhibit 96 which was sort

16  of the tally of your neuropsychological tests?

17  A    That's correct.

18  Q    And you said this is an invalid way of looking at it

19  because it doesn't consider the significance of the areas

20  where he had deficits?

21  A    That's correct.

22  Q    Would you walk us through how you analyzed this correctly

23  in terms of what weight you put on the deficits that he had

24  versus the strengths?

25  A    Right.

James - Redirect/Burt

1  Q    And how that supports or doesn't support your diagnosis

2  of intellectual disability?

3  A    Right.

4         So, as I mentioned before, you have to look at some

5  of the discrepancies.  In these tasks, for example, there are

6  easier tasks that are given earlier and there are more

7  difficult tasks given later where executive demands are

8  higher.  The example that I had given was the Trail Making

9  Test where the initial tasks are quite simple sequencing

10 letters or sequencing numbers, but the real executive task is

11 the one that he performed poorly on where he had to alternate

12 between sequencing numbers and letters.  There, with increased

13 cognitive load, increased demands on working memory his score

14 diminished significantly.

15         Another area that I would look at is if we're

16 looking at something like load in another way, for example,

17 The Tower Test.  The Tower Test is a measure of, I would say,

18 it's an omnibus measure of executive functioning.  You have to

19 do several things at the same time -- you have to plan your

20 strategy, you have to keep things in working memory, you have

21 to go quickly, you have to remember the rules and not violate

22 them.  And on a task that loaded up executive functioning

23 demands, he performs poorly.

24         So when you look at -- and then any task that

25 involved working memory, holding information in mind, across

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Redirect/Burt

1   the board he performed poorly.  So again there was executive

2   functioning skills which I've described continue to develop

3   into your early 20s and are instrumental in you being able to

4   carry out everyday tasks, for example, like I said, finding

5   your way to a location or problem solving in a situation

6   where, you know, one of the examples that comes to mind from

7   Mr. Wilson that I had read about was going -- being asked to

8   go to the store to get a particular product, and when that

9   particular product wasnt available he came back with nothing.

10  I think some of these kinds of tasks relate to that, the

11  ability to strategize and think of an alternative when your

12  initial strategy fails.

13  Q    And when you conclude, as you did in your report, that

14  Mr. Wilson is intellectually disabled, are you basing that on

15  a fixed cut-off score or a fixed result on any of your

16  neuropsychological tests?

17  A    No, I'm not basing to on a fixed cut-off score.  I'm

18  considering the whole series of scores and I'm also thinking

19  about the, as I mentioned, the strengths and limitations of

20  the tests, error factors that come into each of the scores,

21  and using clinical judgment.

22            MR. BURT:  Thank you.  That's all I have.

23            THE COURT:  Anything else?

24            MS. COHEN:  Just a few questions, your Honor.

25  RECROSS-EXAMINATION

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Recross/Cohen

1  BY MS. COHEN:

2  Q    Dr. James, you were just talking about Dr. Nagler's tests

3  and you mentioned that you attributed the frustrations in the

4  comments to Mr. Wilson's -- statements in the comments to

5  Mr. Wilson's frustrations on the actual tests; correct?

6  A    She comments that as the tasks became more difficult he

7  became frustrated.

8  Q    Right.

9         And, on redirect, you talked about the fact that

10 that frustration, right, on the tests shows, basically, the

11 frustrations tied to the tests and not necessarily to a lack

12 of effort; is that right?

13 A    I said that, yes, that he can be -- that frustration, one

14 of the reasons that someone can be frustrated is because

15 they're having difficulty.

16 Q    But isnt to true, Dr. James, that when Mr. Wilson walked

17 into this test from the get-go he was not interested; correct?

18 A    You have to point me to where she specifically says that.

19 I don't think she says that.  She makes comments about his

20 behavioral observations.

21 Q    Now, go to GOV003942.

22 A    (Complying).  Can you give me the number again.

23 Q    Yes.  GOV003942, please.

24 A    (Complying).  Yes.

25 Q    Mr. Nagler says in the second sentence under "Behavioral

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Recross/Cohen

1   Observations."  Upon being introduced to the examiner, to the

2   exam -- "Upon being introduced to the examiner, inquired

3   immediately about the purpose of the evaluation.  He seemed as

4   uninterested in provoking a reaction" -- "he seemed as

5   interested in provoking a reaction as in ascertaining the

6   reason for having been pulled out of his classroom.  While he

7   continued to be resistant and confrontational throughout, firm

8   limit setting and tough talk was effective in containing his

9   bravado to manageable proportion."

10          Isnt that correct?

11  A    That's correct.

12  Q    And so, Dr. Nagler was writing down her observations from

13  Mr. Wilson from the time he entered --

14  A    That's correct.

15  Q    -- the test; right?

16          And that was before he had seen any of the test;

17  correct?

18  A    That's correct.

19  Q    Now, you also talked about the I.Q. go back to the AAIDD

20  and saying that there is no limit on the on the I.Q.

21          Do you recall that?

22  A    I said that there is no fixed cut-off score.

23  Q    No fixed.

24          And you used the exam example of a 75?

25  A    That's correct.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James – Recross/Cohen

1    Q    Now, you understand, obviously, how a bell curve works?

2    A    That's correct.

3    Q    And, in a bell curve, the further away you get from the

4    mean, you get lower and lower away from that curve; correct?

5    A    That's correct.

6    Q    And the middle of the curve is a hundred?

7    A    That's correct.

8    Q    And that's the average?

9    A    That's correct.

10   Q    So if someone has a 75 when youre -- and that's an

11   estimate of their I. Q.; right?

12   A    Yes.

13   Q    Its more likely that that true I.Q. is going to be closer

14   to an 80 than it is going to be a 70 on a bell curve; correct?

15   A    I don't know that that's correct.

16   Q    Well, a bell curve isn't, in fact, as it gets further and

17   further away, its always pulling back to the mean, isn't that

18   correct?

19   A    That is correct.

20   Q    All right.

21        Now, you also talked about a learning disability.

22   You mentioned that you would say that Mr. Wilson has both mild

23   mental retardation and a learning disability; is that correct?

24   A    That's correct.

25   Q    And you read the transcripts from other experts in this

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James – Recross/Cohen

1   case; correct?

2   A     That's correct.

3   Q     And you heard Dr. Olley state in this courtroom, and it

4   was brought out in other courtrooms, that it is virtually

5   impossible to have both mild mental retardation and a learning

6   disability.

7             Did you read that?

8   A     Yes, I did.

9   Q     And the reason that Dr. Olley made that statement is, and

10  its supported by the DSM, and Ill turn your attention if you

11  would go to Exhibit B, Tab 1, the DSM, Page 47.

12  A     Yes.

13  Q     And if you go to under "Differential Diagnosis" and you

14  go down to the third sentence down it says, "A learning

15  disorder or communication disorder can be diagnosed in an

16  individual with mental retardation if the specific deficit is

17  out of proportion to the severity of the mental retardation."

18            And what that means, Dr. James, isnt it that that

19  you can only have a learning disability and mental retardation

20  when the learning disability is so out of proportion to the

21  mental retardation that, in other words, someone with a

22  performance of, lets say, 70 would have a severe, like, verbal

23  of something down, like, 50; right?

24            So that it would be out of proportion, in other

25  words, the mental retardation, the verbal would be so low that

James - Recross/Cohen

1   it would be down to someone who is severely mentally retarded

2   as compared to one?

3   A    They're actually not talking about verbal performance

4   there.  They're actually talking about performance on an

5   achievement test.

6         So they're talking about a discrepancy between

7   performance on an achievement test and intellectual

8   functioning.  And its a good point because the DSM is talking

9   about a discrepancy analysis, but, in fact, what we

10  know -- the DSM-TR was published in 2000 and discrepancy

11  analysis has been largely discredited in the learning

12  disabilities world because it just doesn't work.  Having a

13  discrepancy between -- its an old way of thinking about

14  learning disabilities.  The discrepancy between intellectual

15  functioning and performance on an academic achievement test.

16        So the DSM is, in fact, using an old version of

17  learning disabilities diagnosis.  Current thinking in learning

18  disabilities is that there are many ways in which you can

19  diagnose a learning disability including low achievement.  So

20  I don't know for sure, but I'm sure in the next iteration of

21  the DSM, the DSM will actually reflect current thinking on

22  learning disabilities which is to move away from the

23  discrepancy analysis.  That's what they've done in federal

24  special education law.  They no longer require states to use

25  that discrepancy analysis because it doesn't -- its no longer

James - Recross/Cohen

1   valid.

2   Q    Okay.

3         So youre saying the DSM is no longer valid and you

4   disagree with Dr. Olley's testimony; correct?

5   A    What I'm saying is that the DSM -- current conception,

6   the way that the DSM conceptualizes learning disability, using

7   a discrepancy analysis because that is clearly what its doing

8   as you mentioned is not the way that current thinking about

9   learning disabilities is going given research on discrepancy

10  analysis and the fact that discrepancy analysis does not, in

11  fact, work.  And that's reflected in special education law,

12  but --

13              THE COURT:  What law are we talking about?

14              THE WITNESS:   Its IDEA.  So with IDEA there's no

15  longer a requirement for the states to use discrepancy

16  analysis because it doesn't really hold water.

17              THE COURT:  I'm going to ask counsel to provide a

18  citation to that in their submission.

19              MR. BURT:  Sure.

20              THE WITNESS:   From Fletcher's.  Its in Fletcher's

21  learning disabilities book.

22         So you could still be diagnosed with a learning

23  disability, and learning disability is the way its

24  conceptualized now.  One of the ways its conceptualized now is

25  thinking of low achievement.  So if Mr. Wilson has these

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Recross/Cohen

1   broader deficits in functioning and low achievement.

2   EXAMINATION BY

3   MS. COHEN:

4   (Continuing.)

5   Q    Okay.

6           So, basically --

7           Well, actually, let me point to your slide.  You

8   pointed out the one that we looked at with the learning

9   disability and the discrepancies on the learning disability.

10  You agreed that that slide did not include anyone with an I.Q.

11  below 80; correct?

12  A    That's correct.

13  Q    And in --

14          When you say that somebody with a mild mental

15  retardation, the difference between that and the learning

16  disability would be that the score is not necessarily -- is

17  not unexpected, right, because the mild mental retardation so

18  that the low score is not unexpected?

19  A    The low score in academic achievement is not unexpected.

20  Q    Right.

21          But you'd agree that with someone with a learning

22  disability and mild mental retardation if you have something

23  with a 70, lets say, right, on their performance, and someone

24  with a verbal on 50 that would be unusual; correct?

25  A    I think we're talking about apples and oranges.  I'm

James – Recross/Cohen

1    talking about a discrepancy analysis between I.Q. and specific

2    performance an achievement tests, not between two different

3    types of I.Q., verbal and performance.  That's not what

4    they're referencing.

5    Q    All right.

6          But even if you take it out of.  I.Q. and youre

7    talking about achievement, youre talking about way down in

8    achievement; correct?

9    A    What I'm talking about is not a discrepancy.  The DSM

10   talks about a discrepancy.  Diagnosing a learning disability

11   is about unexpected underachievement.  This discrepancy

12   analysis is no longer current thinking in the field.

13   Q    Okay.

14         And, again, we're not talking about diagnosis.  When

15   we look at these, we're just talking about something that's

16   typical; correct?

17   A    I'm sorry.

18   Q    You were saying before ––

19         MS. COHEN:  Withdraw that.  I just wanted to clarify

20   something but I think it was clear from before.

21   Q    Okay.  So, basically, though, you are disagreeing with

22   Dr. Olley's testimony; correct?

23   A    Can you tell Lee what Dr. Olley's testimony was.

24   Q    That this was virtually impossible to have a both

25   learning disability and mild mental retardation?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Recross/Cohen

1   A    I would disagree with the fact that it's virtually

2   impossible.

3   Q    Okay.

4        Now, you also testified at the beginning of redirect

5   about strengths and weaknesses; do you recall that?

6   A    Yes, I do.

7   Q    And that somebody who has mild mental retardation has

8   both strengths and weaknesses?

9   A    That's correct.

10  Q    You would agree that one with mild mental retardation has

11  global deficits across domains; correct?

12  A    I think -- I don't think that that's necessarily correct.

13  I mean, I think that someone with mild mental retardation can

14  have a performance in the average area in a particular domain;

15  in fact, its not uncommon someone with an intellectual

16  disability to have good self-care skills, for example.

17  Q    But in the Davis case on Page 18 of the Davis case?

18  A    Mm-hmm.

19  Q    You were talking about a graph from the treatise called

20  The Handbook of Learning Disabilities, and you explained the

21  question in that case starts on Page 17:

22       "QUESTION:  I want to draw your attention in this

23  handbook to Page 41, and there's a graph on Page 41.

24       Before we put it up, if you could explain to us if

25  there's anything that's significant there that might help to

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Recross/Cohen

1    explain what the difference is between learning stabilities

2    and a performance of individuals with learning disabilities

3    and those with mental retardation."

4            "ANSWER:  Right.  This graph really illustrates what

5    I was just explaining about individuals with mental

6    retardation having global deficits across domains."

7            Do you recall that testimony?

8    A    Yes, I do.

9    Q    And you also stated, you continued to talk about the

10   graph in Davis, and in the question:

11           "QUESTION:  So what, in essence," this is on

12   Page 20, "that's demonstrating for the class of kids that are

13   in the below average group.  Even though they may have some

14   apparent strengths, those strengths don't even come up and

15   touch the low points, the weaknesses of the kids who are

16   starting off with average I.Q.s.; is that correct?"

17   A    Yes, that's correct.

18   Q    ANSWER:  Yes.."

19           "QUESTION:  Okay."?"

20           "ANSWER:  With a particular --"

21           I'm now on Page 21.

22           "ANSWER:  With a particular weakness in areas such

23   as procedural learning and concept formation, and concept

24   formation is, again, considered part of what intelligence is."

25           "QUESTION:  Is that in terms of the graph for the

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James – Recross/Cohen

1   below average group, does that represent what you may have

2   referred to before as global deficiencies?"

3           "ANSWER:  Yes."

4           "QUESTION:  Okay.  They're across the board?"

5           "ANSWER:  Across the board. "

6           So, Dr. James, you'd agree that someone with mild

7   mental retardation has global deficits across the board;

8   correct?

9   A    Yes.  But within that they can also have a pattern of

10  strengths and weaknesses.  Sometimes they're relative

11  strengths and weaknesses, sometimes those strengths and

12  weaknesses actually approach the average range.

13          MS. COHEN:  Thank you, your Honor.  No further

14  questions.

15  FURTHER REDIRECT EXAMINATION

16  BY MR. BURT:

17  Q    I want to clear up this one issue about learning

18  disability.

19          Do you have the DSM in front of you here?

20  A    Yes, I do.

21  Q    She was reading from a section on mental retardation;

22  correct?

23  A    That's correct.

24  Q    On Page 449, there's a section on learning disorders?

25  A    That's correct.

James - Recross/Cohen

1    Q     And Page 51 there's a sentence there about differential

2    diagnosis about mental retardation.

3               Begins, "In mental retardation?"

4    A     On Page 51?

5    Q     Yes.

6    A     Yes.

7    Q     Could you read that?

8    A     "In mental retardation, learning difficulties are

9    commensurate with general impairment in intellectual

10   functioning."

11   Q     And the rest of it.

12   A     "However in some cases of mild mental retardation, the

13   level of achievement in reading, mathematics, or written

14   expression is significantly below expected levels given the

15   person's schooling and severity of mental retardation.  In

16   such cases, the additional diagnosis of appropriate learning

17   disorders should be made."

18   Q     So does that say that a learning disorder and mild mental

19   retardation are impossible to diagnose in the same individual?

20   A     They're not impossible to diagnose, no, it doesn't say

21   that.

22   Q     And this provides guidance of when you make the

23   diagnosis?

24   A     That's correct.

25   Q     And how is this language consistent or inconsistent with

James - Recross/Cohen

1  your conclusion that he has both a learning disability?

2  A    Its not inconsistent.

3  Q    It is not inconsistent?

4  A    No.

5  Q    Okay.

6        You were asked about the definition of learning

7  disability, and I think you said that the DSM is -- I forget

8  how you characterize it -- but basically not up to date in

9  terms of the research.

10  A    That is correct.

11  Q    Are you familiar with the Mr. Robert Mapou's, "Adult

12  Learning Disabilities and ADHD"?

13  A    Yes, I am.

14  Q    You read this bench and rely upon it in forming your

15  opinions?

16  A    Yes, I have.

17  Q    He's going to be an expert in this case.

18  A    Yes.

19  Q    One of the Government's experts?

20  A    Yes.

21  Q    He says at Page 9 of his book, "For now only the

22  DSM-IV-TR provides the" -- for now --

23        MR. BURT:  Strike that.

24  Q    He says, "None of these definitions," and he talks about

25  the IDEA definition of which Ill get to in a moment.  "None of

James - Recross/Cohen

1  these definitions provide diagnostic criteria for, or

2  characteristics of, specific learning disabilities.  For now,

3  only the DSM-IV-TR provides that and the DSM-IV-TR

4  definitions, in the author's opinions, are lacking in

5  specificity and do not reflect the state of knowledge today."

6          Do you gree with that?

7  A    That is correct, I do agree with that.

8  Q    And do they not reflect the state of knowledge today

9  because of this discrepancy?

10 A    That is correct.

11 Q    The type of analysis that they use?

12 A    That's correct.

13 Q    Okay.

14         And he also quotes the IEDA definition which is

15 Public Law 108.446 at Page 6 and quotes the law as defining a

16 learning disability as, "Specific learning disability means a

17 disorder in one or more of the basic psychological processes

18 involved in understanding or in using language, spoken or

19 written, that may manifest itself in an imperfect ability to

20 listen, think, speak, read, write, spell, or do mathematical

21 calculations.  The term includes such conditions as perceptual

22 handicaps, brain injury, minimal brain dysfunction, dyslexia,

23 and developmental aphasia.

24         The term does not include children who have learning

25 problems that are primarily the result of visual, hearing, or

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Recross/Cohen

1   motor handicaps, of mental retardation, an emotional

2   disturbance, or have environmental, cultural, or economic

3   disadvantage."

4           Is that the IDEA definition?

5   A    Yes, it is.

6   Q    And that does not refer to any sort of discrepancy

7   analysis?

8   A    That's correct.

9   Q    And is that what you were referring to?

10  A    Yes, that's correct.

11  Q    Does Mr. Wilson fit within the definition of a learning

12  disability and mental retardation within the meaning of that

13  definition?

14  A    Very clearly.

15  Q    Okay.

16          MR. BURT:  Thank you.  That's all you have.

17          MS. COHEN:  One more.

18          THE COURT:  Yes, let me go back to I.Q. tests

19  because yesterday the witness indicated that she would give

20  less weight to I.Q. tests that are not adequately supported by

21  raw data.

22          Lets assume that all of the I.Q. tests were validly

23  conducted.  That's assuming that raw data did not shown any

24  flaws in the testing.

25          How would you evaluate Mr. Wilson's intellectual

James – Recross/Cohen

1  functioning if we assumed that they were all validly

2  conducted.

3          THE WITNESS:    All of the I.Q. tests that he's been

4  given, except for one, and Dr. Popp's have overlapping

5  confidence in that its suggesting that that true score falls

6  somewhere in that confidence interval.

7          And, in my mind, when I take a look at these scores

8  and I think about the criteria as laid out by AAIDD, they're

9  all low enough for me to say, okay, given the -- and youre

10 saying they're validly conducted to take the next step and

11 take a look at other information that may help me make a

12 diagnosis from a clinical judgment standpoint.  I have enough

13 concern about these scores to say, let me look at other kinds

14 of testing, let me look at adaptive functioning, to make a

15 determination.

16         THE COURT:  Now, I'm sorry, the Flynn-corrected

17 scores.

18         THE WITNESS:    Right.

19         THE COURT:  Are, except for one, in the mid-70 or

20 greater range, isn't that right?

21         THE WITNESS:    Yes.

22         THE COURT:  So what does, assuming that the tests

23 were validly conducted, what does that tell you about the

24 defendant's intellectual functioning based on I.Q.?

25         THE WITNESS:    These are very low scores.  They're

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Recross/Cohen

1  telling me that I.Q. is very much a problem.  Its problematic,

2  these are all very low scores.  As I said, when I look at 75,

3  knowing that a 75 1.76 standard deviations below the means, an

4  80 is 1.75 standard deviations below the means, those are all

5  low.

6          THE COURT:   His score in four months before his

7  18th birthday, which is of significant cut-off point, using

8  the Flynn correction was 82.35, though, wasnt it?

9          THE WITNESS:    Yes.  And that stands out in

10  relation to the others.

11          THE COURT:  Now, you didnt do in your report.  You

12  didnt do an analysis of his adaptive functioning, did you?

13          THE WITNESS:    No, I didn't.

14          THE COURT:  Why didnt you do that?

15          THE WITNESS:    Because I knew that there were other

16  experts that were going to be assessing adaptive functioning

17  in a more systematic way.  But I considered it important to

18  look at the information that was given to me in the record and

19  I found many examples of deficient adaptive functioning.

20          And I think, again, where I was thinking about the

21  idea of clinical judgment and turning to those kinds of

22  examples like I mentioned -- his inability to read a clock at

23  nine, he had an I.E.P where at 12 it talks about a goal to

24  being able to speak in full sentences.  I knew from the review

25  of the records that there were significant deficits in his

James - Recross/Cohen

1  functional academics and in his communication skills.  It give

2  me concern.

3         THE COURT:  You also indicated that you didnt do

4  your own I.Q. tests but you did a lot of other tests.

5         In terms of the effect that repeated testing might

6  have on the inflation of test scores --

7         THE WITNESS:   Yes.

8         THE COURT:  -- wouldnt it have been useful to have

9  the benefit your tests which by definition would have been

10  properly conducted?

11         THE WITNESS:   I did -- I'm sorry.

12         THE COURT:  You didnt do your own I.Q. test?

13         THE WITNESS:   No.

14         THE COURT:  Wouldnt it have been helpful to have a

15  test done by you which would have been by definition properly

16  conducted.

17         THE WITNESS:   I made the decision not to do an

18  I.Q. test just because I felt that with this concept of

19  progressive error, again, nine times in maybe 25, 24 years,

20  the ninth Wechsler instrument I'm not sure how I would be able

21  to interpret that given all these factors.  I felt that the

22  neuropsychological test would better illuminate some of the

23  broader deficits than an I.Q. test would.

24         THE COURT:  So in terms of that potential problem --

25         THE WITNESS:   Yes.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Recross/Cohen

1    THE COURT:  -- of repeated testing, what's the

2    cut-off point?  Is it the first WISC, second WISC-R, the

3    WISC-III, the WAIS-III?

4         If the Court is going to draw the line on what's a

5    valid outcome for purposes of deciding whether the defendant

6    should be qualified to be considered for the death penalty,

7    where would I put that red line in wrong these scores, in your

8    opinion?

9         THE WITNESS:    Well, I don't think there is a red

10   line.  I think that we're looking -- when we look at these

11   scores, and we see how low these scores are, and given the

12   admonition of the AIDD to look at some of the things that

13   affect what we full scale scores are, the error factors, the

14   Flynn effect, The Practice Effects.  Knowing that some of

15   these scores are affected by error that we just-- that we're

16   not able to quantify.  I think the scores themselves are low

17   enough to say, okay, I can use my clinical judgment by looking

18   at other factors to make that determination.

19        THE COURT:  The Court doesn't have clinical

20   judgment, the Court has legal judgment, and I'm asking you, if

21   the Court has to make a decision based on I.Q. scores, where

22   does the Court draw the line?

23        That's the question here.  This is not an open-ended

24   discussion at a conference among neuropsychologists, this is a

25   court of law, and the Court has to make a judgment and that's

James - Recross/Cohen

1    the quandary here.  And I'm asking you where do I draw the

2    line.

3            THE WITNESS:    What I'm saying is there is no

4    specific, you can't draw the line as at specific score.  You

5    can't say its 75 or 78 or 73.  I mean, that's what the AAIDD

6    says, you can't do that.  You look at this idea of it being

7    approximately two standard deviations below the mean given all

8    the factors of error youre considering and then you look at

9    adaptive behavior.

10           THE COURT:  But you didnt do that analysis of

11   adaptive behavior in your report.

12           THE WITNESS:    No.

13           THE COURT:  All right.  Thank you very much.

14           The witness is excused.  You may stand down.

15           THE WITNESS:    Thank you very much.

16           THE COURT:  Have a nice day.

17           THE WITNESS:    Thank you.

18           (Witness leaves the witness stand.)

19           THE COURT:  Youre standing.

20           MS. COHEN:  I'm standing.

21           THE COURT:  Why are you standing?

22           MS. COHEN:  I move to strike this witness's

23   testimony on the learning disability because that was not a

24   conclusion in her report and that was a conclusion that she

25   stated today for the first time that she's diagnosing him as

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

James - Recross/Cohen

1   having both mental retardation and a learning disability.

2           THE COURT:  Yes.

3           MR. BURT:  I think its within the scope of her

4   report, your Honor.

5           THE COURT:  Well, you can show me where.

6           MR. BURT:  Sure.

7           THE COURT:  Ill reserve on that.

8           Okay.  Next witness.  You may call your witness.

9           MR. BURT:  We need one moment to step outside and

10  get him.

11          THE COURT:  Sure.

12          MR. BURT:  Your Honor, I have marked as next in

13  order Exhibit R which is a binder; and Exhibit S, also a

14  binder both related to this witness's testimony.

15          THE COURT:  Okay.  Very good.

16          MR. BURT:  Could I approach to hand this up.

17          THE COURT:  While we're waiting, I need a side bar.

18

19

20

21

22

23

24

25

                        James - Recross/Cohen

1                (Continued on the next page.)

2                (Side bar conference held on the record in the

3      presence of the Court and counsel, out of the hearing of the

4      jury.)

5                THE COURT:  I didn't want to say this in front of

6      everyone but when you address the other side, you use

7      "opposing counsel," please don't use pronouns or "her" or

8      "his" or "him." --

9                MR. BURT:  Sure.

10               THE COURT:  -- or "he."  I prefer if you said either

11     the name of the opposing counsel or opposing counsel, okay.

12               MR. BURT:  Sure.

13               THE COURT:  Thanks.

14               (Side bar discussion concludes.)

15

16

17

18

19

20

21

22

23

24

25

James - Recross/Cohen

1           (Continued on the next page.)

2           (In open court.)

3           THE COURT:  Okay.  The witness can please come on

4   up.

5           (Witness takes the witness stand.)

6           THE COURT:  Please raise your right hand, sir.

7   GEORGE W. WOODS, JR., called by the Defendant, having been

8   first duly sworn, was examined and testified as follows:

9           THE WITNESS:  I do.

10          THE COURT:  Please be seated.

11          THE WITNESS:    Thank you very much.

12          THE COURT:  And could we, does the witness need all

13  of the binders that are up here at the moment?

14          MR. BURT:  I'm wondering if I could approach and

15  clear it off.

16          THE COURT:  Yes, that would be helpful.  And then

17  you can please be seated.  You can provide him with the

18  binders as the issues come up.

19          MR. BURT:  Sure.

20          THE COURT:  All right.

21          MR. BURT:  Yes.

22          THE COURT:  Also that way he wont trip on the

23  binders.  We're trying to avoid any kind of need for physical

24  problems.

25          Okay, sir, please state and spell your full name for

James - Recross/Cohen

1    the record.

2              THE WITNESS:    George W. Woods, Jr.  G-e-o-r-g-e.

3    W. W-o-o-d-s.

4              THE COURT:  All right.  Youre calling George W.

5    Woods as your witness; correct?

6              MR. BURT:  Yes, your Honor.

7              THE COURT:  You may proceed.

8              MR. BURT:  Thank you very much.

9    DIRECT EXAMINATION

10   BY MR. BURT:

11   Q    Good morning, sir.

12   A    Good morning.

13   Q    Could you tell us your business or occupation?

14   A    Yes, I'm a physician specializing in neuropsychiatry.

15   Q    And, Doctor, have you brought with you to the witness

16   stand two binders of material which are right in front you as

17   Exhibit R and S?

18   A    Yes.

19   Q    Would you tell us just briefly what's in that first

20   binder, Exhibit R?

21   A    Exhibit R includes my report on in this case, my CV, the

22   raw data which would include my notes, and the I.Q. scores of

23   this -- in this case.

24   Q    Okay.  And then the second binder, Exhibit S?

25   A    This second binder includes my PowerPoint and it also

Woods – Direct/Burt

1  includes literature that I have provided in this case.

2  Q    And that you are going to refer to during your testimony?

3  A    Yes.

4  Q    Now, does your PowerPoint set forth the standards that

5  you used to assess intellectual disability in this case?

6  A    Yes.

7  Q    In the interest of time, we're not going to go through

8  those slides; is that correct?

9  A    That's correct.

10        MR. BURT:  Your Honor, at this point, I would

11  introduce in evidence Exhibits R and S.

12        THE COURT:  Any objection.

13        MR. McGOVERN:  No, your Honor.

14        THE COURT:  All right.  Defense exhibits R and S are

15  received without out.

16        (Defendant's Exhibits R and S was marked in evidence

17  as of this date.)

18  Q    Doctor, you said you are a neuropsychiatrist.  Would you

19  tell the Court what a neuropsychiatrist does especially as it

20  relates to what a forensic psychiatrist does?

21  A    Yes, a neuropsychiatrist looks at issues of the brain and

22  cognitive functioning as well as psychiatric issues.

23        In the last 50 years, we've had a real transition in

24  understanding the brain more effectively, and although not in

25  any way completely and recognizing that many of the behaviors,

Woods - Direct/Burt

1    many of the illnesses, and many of the disorders that used to

2    have a specific psychiatric designation are really have

3    cognitive underpinnings.

4    Q    Cognitive, meaning, brain impairment?

5    A    Brain impairments, that's correct.  And so, in my

6    practice in neuropsychiatry, I try to use more physical

7    examination, neurocognitive examination as well as psychiatric

8    examination in determining the problems that -- and

9    potentials -- that a person may have.

10   Q    And does your work as a neuropsychiatrist also involve

11   evaluating such things as neuroimaging?

12   A    Yes.  I take into consideration neuroimaging,

13   neuropsychological testing as well.  I consult probably more

14   with neurologists and neuropsychologists and neuroradiologists

15   than the average psychiatrist would.

16   Q    And can you give the Court a brief synopsis of your

17   background and training that qualifies you to a be a

18   neuropsychiatrist?

19   A    Sure.  I did, I finished my medical degree at the

20   University of Utah in Salt Lake City in 1977.  I then came to

21   California and did a rotating medical internship rather than a

22   psychiatric internship.  And during that time, I took surgery;

23   I took extra electives in neurology; I did Ob-Gyn; I did

24   internal medicine; I also worked in the emergency room.

25              I then did a psychiatric residency at Pacific

Woods - Direct/Burt

1       Presbyterian Hospital in San Francisco and I was chief

2       resident my last year.

3              During that residency, I worked as a family

4       practitioner for the United Farm Workers in Southern

5       California doing family medicine.

6              I also worked as an emergency room physician as well

7       in both psychiatric and medical facilities.

8              At the end of my residency, I did a fellowship with

9       the National Institute of Mental Health and the American

10      Psychiatric Association in geriatric psychopharmacology and

11      this was a two-year fellowship.  And during that fellowship, I

12      specifically focused on the relationship between medications,

13      metabolism, and age.  And that was a specific focus because

14      what we see is that on both ends, both in terms of pediatrics

15      and in geriatrics medications and their relationship can be

16      very, very different.  Metabolism changes the ways the

17      medications are use utilized in the body changes and I felt it

18      would be a good primer.

19             I then started my practice in psychiatry.  During my

20      residency, I also I think I mentioned this, I also took

21      courses in neurology in order to enhance my psychiatric

22      knowledge, not to become a neurologist, but to enhance my

23      psychiatric knowledge.

24             And in 1992, I was Board Certified in Psychiatry.

25      And since that time, I've been practicing both psychiatry and

Woods - Direct/Burt

1   neuropsychiatry.

2   Q    Now, at a certain point in your career, did you become

3   interested and involved in developmental disabilities such as

4   intellectual disability?

5   A    Yes.

6   Q    And can you tell me how you got interested in that

7   particular field and what your experience is in particular in

8   developmental disabilities?

9   A    Well, there are two factors, actually.  Both of them were

10  besides my ongoing interest in neurology.  In 1998, my wife

11  developed a severe head injury; and in 2003, when my father

12  died, he told me that, you know, me being a smart

13  psychiatrist, he told me that I would have to start to take

14  care of my brother.  And my brother is 10 years, 15 years

15  younger than I am.  I've been gone from Omaha for many years

16  and did not realize that my brother was mildly mentally

17  retarded.

18         My father gave me -- before he died, he gave me the

19  materials, he showed me the testing in high school.

20         My brother had never left home.  He had worked all

21  his life, he drove, and I just thought he was a kind of

22  beer-drinking football-loving kind of guy.

23         It was at that point -- and then his mother died in

24  2008.  It was at that point that I began to really understand

25  the complexity of developmental disorders and began to look at

1   it more academically and as part of my practice.

2   Q    Now, as part of your practice, what amount of your

3   patient population is -- are intellectual disabled?

4   A    In terms of intellectual disability, its about

5   15 percent.  My patient population, I have a clinical

6   practice, I maintain a clinical practice, and my patient

7   population extends both in terms of intellectual disabilities

8   as well as neurodevelopmental disabilities.  Those are --

9   intellectual disabilities are neurodevelopmental disabilities,

10  but I also see people that have acquired disabilities such as

11  traumatic brain injury, infectious diseases that also have

12  psychiatric manifestations or behavioral manifestations.

13  Q    Now, you also have a forensic practice; correct?

14  A    Yes.

15  Q    And since the Atkins case was decided in 2002, have you

16  been involved in doing Atkins assessments in death penalty

17  cases both state and federal?

18  A    I have.  Since about 2005, and I apologize because in my

19  report, I said, "Nine years," I went back and looked.  Its

20  been about seven years actually.

21  Q    Okay.

22        And approximately how many Atkins assessments have

23  you done?

24  A    About 40.

25  Q    Are all these 40 cases, cases where you have testified?

Woods - Direct/Burt

1    A    No.

2    Q    What percentage have you testified in Atkins cases?

3    A    I've testified in about six.

4    Q    Six of the 40?

5    A    That's correct.

6    Q    Are some of them still pending, some of them --

7    A    There are some that are still pending.  That does not

8    include -- those are the ones that I've actually done

9    assessments in.

10   Q    Mm-hmm.

11   A    I testified in about 12 percent of the cases that I

12   actually consult in.  In Atkins, its probably closer to

13   18 percent.

14   Q    Okay.

15        Now, do you belong to the AAIDD?

16   A    Yes.

17   Q    And when did you become a member of that organization?

18   A    I believe it was 2008.

19   Q    Are you familiar with the publications of the AAIDD on

20   intellectual disabilities?

21   A    Yes, I am.

22   Q    Specifically, the Green Book and all the predecessors

23   that came before the Green Book?

24   A    Yes.  As well as the user manuals.

25   Q    Okay.

Woods – Direct/Burt

1    Have you read them all, and do you use them in your

2  clinical and forensic practice?

3  A    I used them in my clinical practice.  I have read

4  portions of the 1992, 1982, and 1973 manuals.  I have not read

5  them completely, but I've read pretty significant portions of

6  this.

7  Q    You state in you rsum which, I assume, accurately sets

8  forth your qualifications?

9  A    That's correct.

10  Q    You say in your rsum that you are a member of the

11  Executive Committee for the Challenging Behaviors Special

12  Interest Research Group?

13  A    Yes.

14  Q    What is that?

15  A    The International Association For the Specialized Studies

16  of Developmental Disorders.  It's an international

17  organization that looks at developmental disabilities, and

18  they have a number of what they call "Special Interest

19  Research Groups."

20    Can I let my shoes, pop those for a minute.

21    And so they have a number of special interests.

22  They have a special interest research in aging; I'm a member

23  of that group as well.  They have a special interest in what

24  they call "Challenging Behaviors."

25    And challenging behaviors are those behaviors that

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Direct/Burt

1    may be secondary to the developmental disorder, the type of

2    disorder, the type of brain impairment that a person may have.

3            And those behaviors may be aggressive, they may be

4    withdrawn, they may be a number of ways those behaviors

5    manifest themselves.  And this last year, this last summer, I

6    was elected to the Executive Committee of that particular

7    Special Interest Research Group.

8    Q    And do you monitor their publications in the area through

9    that research group?

10   A    Yes.  I'm actually the editor of that Special Interest

11   Research Group's newsletter, but they have other journals as

12   well.

13   Q    Now, youre familiar that the AAIDD has this Green Book

14   that they published in 2010?

15   A    Yes, that's the newest edition.

16   Q    A user's manual that they published this year in 2012?

17   A    That's correct.

18   Q    Is there a research project that is underway to provide a

19   guide, "AAIDD Guide to Death Penalty Cases"?

20   A    Yes.  Professor Edward Polloway and Professor James

21   Patton, P-o-l-l-o-w-a-y, are the editors of this particular

22   manual looking at intellectual disabilities and the death

23   penalty.  And they asked me to be an invited author in this

24   particular manual.  I believe that I am the only psychiatrist

25   that is part of this author group.

Woods - Direct/Burt

1   Q    And when is the book -- is it a book or a manual?

2   A    Its a book that's coming out in, I think, the name of it

3   is the "AAIDD Guide to the Death Penalty."  Its coming out in

4   2013.

5   Q    All right.

6        And you said you were asked to write some chapters

7   for that manual?

8   A    Yes.

9   Q    Take a look at Exhibit B.  And the first, not the first

10  article, but the second one I believe its called "Age of Onset

11  and the Developmental Period Criterion"?

12  A    (Complying).  Yes.

13  Q    Is that an article that is now in press for that guide?

14  A    Yes.  This is an article that was accepted about two

15  weeks ago that's now in print.

16  Q    And who wrote the article by sides yourself?

17  A    Dr. Steven Greenspan.

18  Q    And who is Dr. Greenspan and what is his standing in the

19  field of intellectual disability?

20  A    Dr. Steven Greenspan is a developmental psychologist.  He

21  was the formulator of what's called The Tripartite Approach to

22  Mental Or Intellectual Disability.  And I apologize there may

23  be times when I say "mental retardation" or "intellectual

24  disability," they are synonymous.

25        He is the one is the idea of there being three parts

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Direct/Burt

1    as he describes, three legs to the stool of intellectual

2    disability -- I.Q., age at 18, although that's changing in

3    some jurisdictions, and also adaptive functioning.

4           He is the most cited author in the AAIDD Green Book

5    and has received both the top awards from the AAIDD as well as

6    other international organizations.

7    Q     And do you cooperate with him on a regular basis on

8    issues involving intellectual disability?

9    A     Yes, Dr. Greenspan and I have a series of articles.  I

10   think our first article was written in 2011 which was

11   published in the Australian Journal of Intellectual and

12   Developmental Disabilities.

13          We've also collaborated on an article looking at

14   cognitive disorders in Fetal Alcohol Spectrum Disorder which

15   was published out of Harvard's Journal of Law and Psychiatry

16   in, I believe, 2011.  We got two articles in this journal, in

17   the "AAIDD Guide to the Death Penalty" manual, and we're in

18   the process of writing a book.

19   Q     Okay.

20          The articles that you reference, are they in Exhibit

21   B, first of all, the article entitled "Intelligence Involves

22   Risk Awareness and Intellectual Disability Involves Risk

23   Unawareness, Implications of the Theory of Common Sense."

24   A     That's correct.

25   Q     By yourself, Steven Greenspan, and Harvey Switzky,

Woods – Direct/Burt

1    S-w-i-t-z-k-y?

2    A    That's correct.

3    Q    Published in the Journal of Intellectual and

4    Developmental Disability in December of 2011?

5    A    That's correct.

6    Q    Okay.  The next article in that binder is a chapter from

7    the upcoming AAIDD Guide to Death Penalty Cases called "Age of

8    Onset and the Developmental Period Criterion"?

9    A    That's correct.

10   Q    Does that chapter address issues about the third prong,

11   the age of onset prong?

12   A    Yes.

13   Q    Okay.  In the next section, there is a Chapter 18

14   entitled "Intellectual Disability Comorbid Disorders and

15   Differential Diagnosis" by yourself and David Friedman?

16   A    Yes.

17   Q    Is that also going to be part of this manual?

18   A    Yes.  This article has actually been accepted, I mean,

19   this article has been accepted for about a month.

20   Q    Okay.

21        The next article in that binder is called

22   "Neurobehavioral Assessment in Forensic Practice" by yourself,

23   David Friedman, and Steven Greenspan; correct?

24   A    That's correct.

25   Q    What is this article about?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Direct/Burt

1  A    This was an article that was an invited article.  I'm

2  sorry, I have a -- I have a catch in any throat, I apologize.

3        This is an article that was an invited article for a

4  special edition of the international Journal of Law and

5  Psychiatry.  This was a journal dedicated to professor Thomas

6  Gutheil who is the director of the Institute of Law and

7  Psychiatry at Harvard University.  And it is the -- the focus

8  is forensic psychiatry, expertise treatment, and public

9  policy.  And this journal, there is a two-part journal,

10 actually, and this was the article that I was asked to write

11 for this journal.

12 Q    Does it set forth the standards for what's called

13 "Neurobehavioral Assessment in Forensic Practice"?

14 A    Yes.

15 Q    Basically, telling practitioners about how they go back

16 doing a neuropsychiatric evaluation in a forensic context?

17 A    That's correct.  Particularly looking at developmental

18 disorders.

19 Q    And does it specifically talk about things like

20 intellectual assessment, adaptive functioning, the prongs of

21 the Atkins Test?

22 A    That's correct.

23 Q    Okay.

24       And did you, in fact, use the approach outlined in

25 this article in this case to conduct your assessment?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods – Direct/Burt

1    A    Yes, this is the approach that I use both in forensic

2    settings.  But I need to say that its drawn from my clinical

3    practice.

4    Q    Okay.

5         And that was published in the International Journal

6    of Law and Psychiatry in 2012, this year?

7    A    That's correct.

8    Q    And the next article in that binder by you and Steven

9    Greenspan and Bhushan Agharkar?

10   A    That's correct.

11   Q    Called "Ethnic and Cultural Factors in Identifying Fetal

12   Alcohol Spectrum Disorders"?

13   A    Yes.

14   Q    Does that article discuss something called "cultural

15   overshadowing" in the diagnosis not only of Alcohol Fetal

16   Syndrome but other stabilities as well such as intellectual

17   disabilities?

18   A    Yes.  This article, as well as the first article on

19   awareness, risk awareness, and risk unawareness.  Both discuss

20   the idea that's now well founded in the literature of cultural

21   overshadowing.

22   Q    What does that mean?

23   A    Cultural overshadowing is really a phenomenon that

24   reflects a past history of assigning culture as the sole

25   factor for certain mental, physical, and environmental

Woods – Direct/Burt

1   behaviors; and it really seems to have sprung out of the 1950s

2   and 1960s when culture was not taken into consideration when

3   someone's ethnicity, when someone's environmental background,

4   when someone's educational development may not have been taken

5   fully into consideration.  People ensured that culture would,

6   in fact, be part of the landscape.

7          What we see now, as our understanding of brain

8   development and neurodevelopment and developmental psychology

9   has really grown, that that cultural overshadowing continues

10  to limit the differential diagnosis.

11         And so, you will often see someone's culture be used

12  as an explanation for behaviors for limitations and perhaps at

13  times for strengths; that, when you look at it, is only one of

14  several possibilities of reasons for that behavior.  And

15  that's what cultural overshadowing really means.

16  Q    And you are discussing that phenomenon in this article?

17  A    That's correct.

18  Q    You said, I believe, that you've testified six times in

19  Atkins hearings?

20  A    That's correct.

21  Q    In death penalty cases?

22  A    Yes.

23  Q    Where have those been that you testified?

24  A    In Baltimore, Maryland.

25  Q    Was that the Davis case?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods – Direct/Burt

1    A    Yes.  In Cleveland, Ohio.

2    Q    Was that Anton Lewis?

3    A    That's correct.

4    Q    Federal case?

5    A    Yes.  In Florida, that was the Ronnie Williams case, that

6    was a state case that's fairly recent.  Those are the three

7    that come to mind.

8              THE COURT:  Are these in the witness's CV?  If not.

9              MR. BURT:  I don't think the specific cases, your

10   Honor.

11             THE COURT:  If you want to put it forward just

12   provide it.

13             MR. BURT:  I will do that.

14             THE COURT:   Do you want to qualify this witness as

15   an expert?

16             MR. BURT:  I do, your Honor.  The area would be

17   neuropsychiatry and intellectual disabilities.

18             THE COURT:  Any objection?

19             MR. McGOVERN:  Just a brief voir dire.

20             THE COURT:  Yes, you certainly may.

21             MR. McGOVERN:  Thank you.

22   VOIR DIRE EXAMINATION

23   BY MR. McGOVERN:

24   Q    Good afternoon, Doctor.

25   A    Good afternoon.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods – Voir Dire/McGovern

```
1    Q    How are you?  Nice to see you again.

2              Doctor, I just want to ask you some questions about

3    your clinical practice?

4    A    Yes.

5    Q    You said you maintain a clinical practice; is that right?

6    A    Yes.

7    Q    About how many patients are you seeing on a regular

8    basis?

9    A    Probably 70.

10   Q    Seventy patients?

11   A    Yes.

12             THE COURT:  Is this normal psychotherapy?

13             THE WITNESS:    I do both psychotherapy, your Honor,

14   as well as assessments in other areas.

15             THE COURT:  Okay.  Thank you.  Go ahead.

16   EXAMINATION BY

17   MR. McGOVERN:

18   (Continuing.)

19   Q    So, in your clinical practice, youre routinely doing

20   evaluations of folks?

21   A    Yes.

22   Q    And did I hear you correctly that you said you've done 40

23   Atkins evaluations in the last seven years?

24   A    I think that's correct, yes.

25   Q    So youre almost doing six Atkins cases a year; is that
```

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods – Voir Dire/McGovern

1   right?

2   A     In terms of assessments, yes.

3   Q     Okay.

4         And so does that interfere with your ability to

5   manage those 70 patients that youre seeing regularly?

6   A     No, it doesn't.  Although many of my patients I have seen

7   for awhile, and this is relevant to the case, I see some

8   patients when I'm traveling on FaceTime.  I've actually used

9   Skype.  Many my patients are able to use technology and we use

10  technology to do that.  Many of my patients also because they

11  have significant developmental disorders I don't see them on a

12  weekly basis the way you would in terms of someone with

13  psychotherapy.

14  Q     Okay.

15        So the psychiatry offices of Dr. George Woods are

16  not open on a daily basis with people coming in and out and

17  making appointments to come and see you; is that right?

18  A     Well, they're making appointments to come and see me, but

19  I see patients in my office regularly.

20  Q     Okay.

21        I just wanted to follow up on some questions that

22  Mr. Burt asked you about the -- youre member of the AAIDD?

23  A     That's correct.

24  Q     And now you've been invited to be an author or

25  contributor in their guide to the death penalty?

1496

Woods - Voir Dire/McGovern

1    A    That's correct.

2    Q    Okay.  And that article that you mentioned here today, or

3    the chapter that you mentioned here today, has that been

4    published?

5    A    They're in press, they'll be published in January of

6    2013, I believe.

7    Q    Okay.  So that's going to be -- that will be a month from

8    now that'll be out?

9    A    That's correct.

10   Q    And you testify exclusively for the defense; correct?

11   A    I've never been asked to testify or be retained for the

12   Government.

13   Q    Okay.

14   A    So that's really what it is, I've never been asked.

15   Q    But you're testified hundreds of times?

16   A    I've testified a lot.  Not hundreds but a lot.

17   Q    More than a hundred?

18   A    The last time that I counted, which was two years ago, it

19   was about 70.

20   Q    Okay.

21   A    Yes, so I testified about up until two years ago, I

22   testified in about eight percent of the cases that I consulted

23   on.  Its up to about 12 percent now.

24   Q    Okay.

25        So would it be fair to say you testified about 80

                    Woods - Voir Dire/McGovern

1   times as of now?

2   A    Yes.

3   Q    Okay.

4         And that's exclusively for the defense; correct?

5   A    In my forensic practice.  In my civil practice, I testify

6   and do evaluations.  I hesitate to say "testify" because what

7   I do is evaluations and then it determines whether I testify.

8   Q    Well, why don't we back off of that then.

9   A    Okay.

10  Q    You exclusively do evaluations in the criminal context

11  for the defense; correct?

12  A    No.  I have never been asked to do evaluations for the

13  Government.  Consequently, all the evaluations I've done have

14  been for the defense.

15  Q    Okay.

16        So we would agree that all of your evaluation work

17  and assessment work in the criminal context has been for the

18  defense and I would appreciate the caveat that the Government

19  has never asked you?

20  A    That's correct.

21  Q    Fair enough.  And the AAIDD named you as the sole

22  psychiatrist who is going to be part of this guide to the

23  death penalty?

24  A    No, they didnt name me.  The authors picked a group of

25  people to provide articles, and as far as I know, I'm the only

Woods - Voir Dire/McGovern

1   psychiatrist that was asked.  That's just how it happened.

2   Q    Yes.  And I'm just asking you how it happened.

3         And so youre the only psychiatrist who, as you know,

4   at this point, who is contributing to the AAIDD manual on --

5   "The Guide to the Death Penalty"?

6   A    That's correct.

7   Q    And as far as you know, are the folks at the American

8   Psychological Association who promulgated the DSM, are they

9   writing some death penalty articles, too, or not?

10  A    Actually, the American Psychiatric Association

11  promulgated the DSM.

12  Q    Sorry.

13  A    And this is actually -- so I can't really comment on

14  that.  I would say that, of course, the American Psychiatric

15  Association has a number of people that have written -- that

16  are members -- that have written articles around the death

17  penalty.

18        Charles Applebaum, who is the former president of

19  the American Psychiatric Association, has written a number of

20  articles on the death penalty who is the Director of Law and

21  Psychiatry at Columbia University.

22  Q    I don't want do run far afield of the question.

23        You would agree that the American Psychiatric

24  Association is not putting out a book that deals with the

25  death penalty as far as you know?  As an association?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods – Voir Dire/McGovern

1    A    I really wouldn't know that.

2         MR. McGOVERN:  All right.  Thank you, sir.  No

3    objection.

4         THE COURT:  All right.  And the expertise is.

5         MR. BURT:  Neuropsychiatry and intellectual

6    disabilities.

7         THE COURT:  All right.  The motion is granted.

8         MR. BURT:  Thank you.

9         THE COURT:  All right.  What we're going to do now

10   is well take an hour for lunch.  And then after lunch well

11   have whatever questions you need to ask to supplement the

12   report that the witness has provided as an expert witness,

13   okay.  Thank you.

14        MS. COHEN:  Thank you.

15        MR. BURT:  Thank you.

16        (Witness leaves the witness stand.)

17        (Continued on the next page.)

18

19

20

21

22

23

24

25

Proceedings

1                A F T E R N O O N   S E S S I O N

2                        2:05 p.m.

3             (In open court; defendant present.)

4             THE COURT:  Please be seated.

5             All right, Mr. Burt, you may continue the

6    examination of your witness.

7             MR. BURT:  Thank you, your Honor.

8             THE COURT:  I remind the witness that he is still

9    under oath.

10             THE WITNESS:  Thank you, your Honor.

11             MR. BURT:  May I approach the witness, your Honor?

12             THE COURT:  You certainly may.

13   BY MR. BURT:

14   Q    Before the lunch hour you were asked a question about

15   what standards there were within the psychiatric profession

16   for doing Atkins cases?

17   A    Yes.

18   Q    You have a binder there in front of you, Exhibit B in

19   evidence, and I've opened it to an article.  Could you tell us

20   the name of that article and whether you're familiar with it?

21   A    Yes.  This article is named Atkins -- if I may move this?

22   Q    Sure.

23   A    "Atkins v. Virginia:  Implications and recommendations

24   for forensic practice."

25   Q    And where was that published?

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods – Direct/Burt

1   A     It was published in the Federal Legal publication for

2   Journal of Psychiatry & Law; Summer/Fall of 2009.

3   Q     And is that a publication within the psychiatric field?

4   A     Yes, it's a publication that's in forensic psychiatric

5   view.

6   Q     Is that a publication you're familiar with as setting

7   forth the standards for doing Atkins evaluations within the

8   psychiatric profession?

9   A     Yes.  This is an article that was published by

10  Dr. Gilbert Macvaugh and Dr. Mark Cunningham, a psychologist,

11  that lay out the recommendations for best practices in looking

12  at Atkins cases.

13  Q     In a psychiatric journal?

14  A     That's correct.

15  Q     And how are their recommendations for best practice, how

16  do they align with the AAIDD standards?

17  A     Well, they're very consistent.  For example, they

18  recommend the use of the Flynn affect when looking at IQ

19  tests, which is consistent with the AAIDD.  They recommend

20  comprehensive social histories when evaluating clients.  They

21  recommend against using the client as an adaptive functioning

22  respondent because of what's called the cloak of competence.

23  The cloak of competence is the appearance of being able to do

24  things that perhaps they really cannot -- that person cannot

25  do.  And we see this very consistently within the intellectual

1   disability population.

2          They discuss the difficulty with the use of prison

3   personnel, correctional officers.  And they also discuss the

4   difficulty in assessing adaptive functioning within a criminal

5   environment or a crime.  So those are just some of the things

6   that the article outlines as being best practices.

7   Q    Are those the practices you used in this case in doing

8   your evaluation?

9   A    Yes, those are consistent with the AAIDD standards.

10  Q    Doctor, the experts who have testified so far have

11  characterized their role as focusing on one domain over the

12  others, for instance, adaptive functioning.  Dr. Olley, I

13  think Dr. James said she was focusing primarily on the IQ

14  prong.  What was your focus in this case?

15  A    I think my focus was to look at the issues of clinical

16  judgment as it related to all the prongs to determine was the

17  proper assessment done and how is that proper assessment

18  completed.  Because it has -- that has to be -- that has to

19  effect all prongs, be it the IQ prong, the adaptive

20  functioning prong.  The manifestation before 18 is pretty

21  straightforward.  So I think that was my role, was to try to

22  synthesize and gain a clinical understanding of what was going

23  on with Mr. Wilson before moving on to forensic termination.

24  Q    Did you reach a determination as to all three prongs

25  based on your own clinical judgment --

Woods – Direct/Burt

1    A    Yes.

2    Q    -- and the evaluations of others?

3    A    Yes.

4    Q    And what was your clinical judgment?

5    A    Well, it's my clinical judgment that certainly Mr. Wilson

6    qualifies and has qualifying scores to meet the IQ prong.

7              It's also my professional opinion that Mr. Wilson

8    meets the adaptive functioning prong as well.  I also -- as I

9    look through the history, and particularly the developmental

10   histories of Mr. Wilson, I see that these problems manifested

11   themselves before the age of 18 and that's what's very

12   important in the current standards, is that prong has to occur

13   before the age of 18.

14   Q    Let me ask you about the question about the third prong.

15   That's the one you wrote about in this chapter.  Correct?

16   A    That's correct.

17   Q    The question was asked by the court before the lunch hour

18   of Dr. James about whether the most important score in the

19   case -- and I may not have this exactly right, but I think the

20   gist of it was should we be looking to the score that he got

21   around age 18, I believe that's the Popp score, because that's

22   the best assessment at the age of 18, in relation to that

23   third prong?

24   A    The idea that the assessment at the age of 18 is the

25   optimum assessment is not consistent with the developmental

Woods - Direct/Burt

1    history that we're trying to look at.  When we look at

2    someone, we try to make that diagnosis of intellectual

3    disability.  Eighteen was a pretty arbitrary cutoff.  Really

4    it's designed historically to look at a point at a person's

5    life when they make the transition from being less dependent

6    to more independent.

7              You really want to look before the age of 18 at

8    developmental history, medical history, social history,

9    academic history, in order to make the diagnosis.  There's no

10   magic relationship between a score around that age.

11   Q    All right.  Now, another question was, is there -- and

12   you're familiar with all the scores and the issues

13   surrounding the scores.  You've read the testimony up to this

14   point?

15   A    Yes, I have.

16   Q    All right.  And is there a magic line that we can draw

17   across the scores and say, above that line we're not going to

18   consider those scores, below that line they're all valid?

19   A    Well, the answer is no.  But if I may --

20   Q    Sure.

21   A    -- explain.

22             When you look at the scores, the first scores, the

23   scores at six and at nine, for example, are scores that we

24   probably have the least both validity and reliability.  And

25   the reason why that's true is because as a child's brain

Woods - Direct/Burt

1    develops and if I can just do this quickly without -- as a

2    child's brain develops, early on their brain is just

3    mushrooming, it's just the garden -- the rosebush metaphor is

4    really the most accurate.  It's just growing in all kinds of

5    ways.  That's why at five and six and seven, you're really

6    trying to pour as much into that child's brain as possible.

7    You're trying to pour language into its brain, you're trying

8    to pour mathematics into its brain, you're trying to pour

9    English usage into its brain.  You're trying to pour social

10   relationships into its brain.  Because the brain is just

11   exploding neurologically.

12          Now, around nine or ten the brain starts to organize

13   and neurologists actually use the term pruning in the same way

14   that you would prune a flower.  And so the brain starts to

15   prune and starts to organize itself in ways that allows you

16   to -- allows that child to think more effectively, to weigh

17   and deliver it more effectively, to perhaps abstract more

18   effectively.

19          So developmentally the things that occur in those

20   first years of life are very important for the growth of that

21   brain.  At the same time, it's almost impossible to

22   characterize that brain from an intellectual point of view.

23          And that's why IQ tests at six or at nine are very,

24   very unreliable.  It's one of the reasons why the social

25   security manual, for example, talks about IQ tests at that age

Woods - Direct/Burt

1   not being reliable after two years.  And I believe from nine

2   to 11 during -- it not being reliable after three years

3   because the brain is growing in such significant and dramatic

4   and different ways.  So you can't really rely upon those first

5   scores as being stable scores that will hold for the rest of

6   your life.

7         The difficulty we have with other scores during that

8   time -- or after that time is not having enough information to

9   be able to adequately assess their value.  Many of the scores,

10   we only have -- I believe Dr. Nagler's scores, Dr. Drob's

11   scores and Dr. Denney's scores that have a full set of

12   subscores that really allow us to look at them carefully.

13         The other scores, we're not as clear of, we're not

14   as sure what their value is because we can't go back and look

15   at them carefully.  We can't assess them.  We're not clear

16   about how the administration of those were undertaken.  So

17   that becomes very difficult.

18         What we do see, however, is that even after 2003,

19   with Dr. Denney's scores, a pattern of multiple tests being

20   taken within a period of time, 1989, 1991, 1993, 1994, 1997,

21   1998, 2000, 2003, and now 2012, what this does, it confounds

22   the validity of those scores because it introduces what's

23   called practice effect.  And I haven't read the material.  I

24   understand that you have talked about this before.

25   Q    Yeah, and let me ask you a question about that.  I think

Woods – Direct/Burt

1    another question asked by the court, a good one, was, at what

2    point does the practice effect come into play, and I think

3    there was testimony by Dr. Shapiro referencing Dr. Kaufman's

4    book.  Are you familiar with that?

5    A    Yes.

6    Q    He says at page 164:  "The practice effect may not impede

7    the results of the first retest in a longitudinal study, but

8    it surely will not disappear by the third, fourth, or fifth

9    retest, and may be quite large even for elderly individuals."

10          Do you agree with that?

11   A    Well, it's accurate in the sense that the practice effect

12   may not take hold early because things still may be relatively

13   novel.  However, when you're talking about seven or eight

14   administrations over a period of time, including besides the

15   IQ testing, educational testing during that period, 1993 --

16   oh, in 1994, and then again in 1998, and then again in 2000,

17   you have educational testing.  Aside from the IQ testing, you

18   really got the difficulty of elevated scores.  Not invalid

19   scores in the sense that they are automatically invalid but

20   they're elevated, so you don't know what they really account

21   for.

22          In spite of that, when you look at both a calculated

23   standard neuro of measure and confidence intervals, these

24   scores, including Dr. Denney's score, fall within an area that

25   would make me look further to determine whether a client that

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Direct/Burt

1   I was dealing with, a patient that I was dealing with, may

2   suffer from intellectual disability.

3   Q      And in terms of looking further, did you do that in this

4   case, and how did that inform your judgment on prong one?

5   A      Well, the prong one is not necessarily the start of the

6   decision tree.  The decision tree really starts with a

7   developmental history and a social history and a medical

8   history and an academic history.  If you're in a position to

9   be able to -- is that okay -- if you're in the position to

10  gather that type of information, you want to be able to look

11  at that history in as much detail as you can.

12          If you're in a position to interview family members,

13  to interview the individuals themselves on more than one

14  occasion, you know.  If you look at the 1994 hospital

15  administration, there's an -- I think this is the April 27th,

16  there's an interesting line where the attending physician says

17  that there are no signs of ADHD.  And the resident says there

18  are classic signs of ADHD.

19          And so what's so important is to be able to see

20  someone over time, not just once; if possible.  Not just once,

21  because people change.  We know that Mr. Wilson, in this case,

22  there were times when he was very young when his behavior was

23  more appropriate.  We know that there are other times when it

24  was completely out of control.  We know that there are times

25  when his behavior was agitation.  We know that there are other

Woods - Direct/Burt

1    times when it was withdrawal.

2            So to be able to see someone over time and to gather

3    some information, to be able to talk to family members because

4    family members have a cloak of -- so often, I don't want to

5    overstate this.  But so often family members have a cloak of

6    confidence as well.  They may not know what's wrong with their

7    loved one.  They may not have a sense of -- they may be

8    limited themselves.  They have may have difficulties.  And so

9    being able to interview family members, being able to, you

10   know, see them, if possible in their own environment, being --

11   having some understanding of how intellectual disability looks

12   and not going off the layperson's, you know, Gomer Pyle or,

13   you know, idea of what it may look like and recognizing that

14   people with intellectual disability can often function in ways

15   very effectively, particularly with support, but it's the

16   deficit that counts.  Having that information, being able to

17   take into that developmental history is really how you start

18   the process.

19           And then once you start the process, you do the

20   testing.  Because if that --

21   Q    By testing, you mean intellectual testing?

22   A    Intellectual testing and adaptive functioning testing.

23   Because if you do the testing, after you understand the

24   history, after you spend some time, then you understand the

25   context of the testing.  The testing then becomes informed.

Woods - Direct/Burt

1       And that's what the AAIDD says about clinical

2    judgment, that clinical judgment must be informed, not just an

3    idea, not just an expertise, but an informed understanding of

4    the role of the family, the role of the doctors, what they

5    knew at that time about intellectual disability, etc.  So

6    that's the first thing you do.

7       And in my opinion it's no different in my practice

8    than it is in a capital case.  There are no higher stakes for

9    a family or a young person with intellectual disability than

10   there are in a capital case; they are the same.  And you try

11   to take that type of approach, in my opinion, the same way.

12   Q    Now, in this case you wrote a report which is in evidence

13   in a report dated September 7th, 2012.  Correct?

14   A    Correct.

15   Q    And at page 3 of that report, do you set forth the

16   interviews which you conducted with family and other members

17   as of the date that this report was written?

18   A    I'm going to set this aside if you don't mind.

19   Q    Yes, this is Exhibit R, I'm in, first half of page 3.

20   A    Page 3?

21   Q    Yeah.

22   A    Okay.

23   Q    Does this set forth the interviews you had done as of the

24   date you did your report?

25   A    Yes.

Woods - Direct/Burt

1  Q    And I don't think it's reflected in your report, but I

2  wonder if you could just quickly go through these people, tell

3  us who they are, and what weight or what importance to you in

4  developing your opinions in this case on both the intellectual

5  functioning prong and the adaptive deficit prong.

6  A    Sure, and I'll do it quickly.  Cheryl Haddon is

7  Mr. Wilson's mother.  I actually evaluated -- I'm sorry, I

8  interviewed her again in November while I've been here.

9           Ms. Haddon had her first child at 13.  She has a

10 history of drug and alcohol abuse and neglected her children.

11 She's currently been -- got clean and sober for almost 20

12 years.

13          Lillian Barnes is the paternal aunt who had -- was

14 the foster mother of Mr. Wilson from five to about 15, for

15 about ten years.

16          I interviewed her on two occasions and actually

17 interviewed her again during my time here.  Ms. Barnes is

18 extremely important because she had a significant role in

19 trying to get Mr. Wilson to both mental health facility --

20 mental health workers as well as interacting with the school.

21          She acknowledges that she's in fact intellectually

22 limited herself, which played some role in having other family

23 members help him when he was young with his academics.

24          Corey Barnes is a cousin who is exactly Mr. Wilson's

25 age.  And he is a paternal cousin, the son of Patricia Hogan

Woods - Direct/Burt

1  Barnes.  Mr. Barnes is a paralegal here in New York City.

2  They spent time together during the summers and occasional

3  weekends.  They did not spend a lot of time together

4  particularly during the school year, but he was a buddy of

5  Mr. Wilson during that period, from about nine to 12.

6  Q     Did you interview him again on November 14th of this

7  year?

8  A     Yes, I did.  I interviewed him.

9  Q     Who are the other people?

10 A     Rodney Wilson.  Rodney Wilson is the brother of

11 Ms. Haddon.  He -- I interviewed him at his home.  Oh, and I

12 might add, too, that I interviewed Ms. Haddon the second time

13 at the Stapleton apartments in Staten Island.

14         I interviewed Ms. Barnes at the Queensbridge

15 projects, at her home, where she lived with Mr. Wilson.  She's

16 been there since, I believe 1974.  I interviewed Mr. Barnes in

17 New York City.

18         I interviewed Mr. Wilson in Delaware at his home

19 with his wife.

20         I interviewed Patricia Hogan Barnes at the home that

21 she lived in with Corey and the home that Mr. Wilson came to

22 occasionally, as I said.  She have had him during -- she did

23 not have him during any time during the school year.  It was

24 primarily during the summer on vacation.

25 Q     And did you go back and interview her on November 17th --

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Direct/Burt

1    A    Yes, I did.

2    Q    -- the second interview?

3    A    I did.  This was a telephone interview because she has

4    actually moved to Bloomsburg, Pennsylvania.

5    Q    Okay?

6    A    I interviewed Vanessa Lindley, who is the maternal cousin

7    of Mr. Wilson.  Mr. Wilson stayed with Vanessa.  I also went

8    back and reinterviewed Ms. Lindley.  Mr. Wilson stayed with

9    Ms. Lindley after he got out of Brookwood, approximately 1999,

10   if I recall.  And I interviewed her on two occasions.

11           I interviewed Henry Hicks, his paternal cousin who

12   is the son of Ms. Lillian Barnes.  I interviewed Depetra

13   McMaster.  Ms.  McMaster, who lives in Redding, Pennsylvania,

14   is the older sibling of Mr. Wilson.  She's ten years older.

15   She lived with him up to the time he was five and then he was

16   taken -- well, shortly before he was five, taken out of the

17   home and then taken to Lillian's -- they called her to Aunt

18   Lou's home.

19   Q    Let me ask you a question about Depetra McMaster.  Did

20   you -- that's his sister.  Did she grow up under similar

21   circumstances as Mr. Wilson?

22   A    She did grow up under similar circumstances, although she

23   had a grandmother that she lived with that provided her

24   somewhat greater stability than Mister -- but many times she

25   wasn't -- she was in fact in the same home.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods – Direct/Burt

1   Q    There have been a lot of questions about the influence of

2   environment and culture on the scores, both in the adaptive

3   behavior realm and the intellectual functioning realm.

4            Is it of any significance reference to you to look

5   at his siblings and to see what sort of disabilities they had

6   or didn't have in assessing whether environment is the

7   explanation for Mr. Wilson's deficits?

8   A    Well, Mr. Burt, this comes back to the issue of cultural

9   overshadowing, and cultural overshadowing is clearly a major

10  issue in this case.  One of the things that we see is that

11  there may be some clustering within the family.  There is an

12  older uncle, Henry, who appears to have developmental

13  illnesses.  We certainly know that the younger son,

14  Ms. Haddon's younger son Daniel, was in special education

15  classes as well.  So you wonder if in fact there may be some

16  clustering; that's one issue.

17           The second issue is we also see that family members

18  that, as far as we can tell, had intact cognitive functioning

19  and were just a step out of the -- were able to function

20  pretty effectively.  Ms. McMaster is now a preschool teacher.

21  Vanessa Lindley is a very successful financial entrepreneur.

22  Corey Barnes is a paralegal with a law firm here.  And so you

23  see this across the board, that it's not just culture, yet --

24  certainly from the 1950s up through the 1980s, the

25  differential diagnosis of culture was very limited.

Woods - Direct/Burt

1    Q     What do you mean by that?

2    A     When you look through Mr. Wilson's, particularly his

3    school records and his mental health records, you see the

4    chaos of his family which is clearly true, and the difficulty

5    of his environment which was clearly true, taken to be the

6    causative factor in his impaired functioning.

7          So you see IQ tests, for example, in 1994, where IQ

8    tests were given and the idea that he would be able to do

9    better, he should be able to do better, he probably has

10   average ability being focused on and yet there's no testing to

11   see if that's true.  There's no -- it's really -- it really is

12   truly what we call overshadowing.  It's one possible

13   differential, and there's no question that his family would be

14   an issue in terms of his development.

15         But when you look at someone with intellectual

16   disability, it's like -- it's like if I were to go to the

17   doctor and say that I have chest pain and the doctor were to

18   do an EKG and the EKG was normal, and he then said, well, you

19   know, you don't have chest pain or your chest pain must come

20   from you eating too much, he would ignore the other 47 reasons

21   for chest pain.  And that's exactly, in my professional

22   opinion, what happened here, was that the other potential

23   reasons for Mr. Wilson's behavior was not delved into and was

24   not looked at carefully.  The options other than conduct

25   disorder or a mental health problem were not looked into.

Woods - Direct/Burt

1    Q    Is it also true that at any point in time that some

2    professional is making a prediction, for instance, does an IQ

3    score and says, I think he's got greater potential, that they

4    do not have the benefit as you do of what happens down the

5    line from that point forward?

6    A    Well, retrospection is great.  That's one of the

7    benefits, is I'm able to look at the medical records of his

8    bacterial meningitis when he was 18 months, and a PET scan

9    that is consistent with his bacterial meningitis.  We know

10   that PET scans are sensitive without being specific.  And what

11   that means is that they tell you something's there, but they

12   don't tell you what it is.

13          But when you've got a history of bacterial

14   meningitis at 18 months, when you've got a PET scan now, when

15   you've got this long history of behavior that is not only

16   aggressive, that is not only agitated but at times bizarre and

17   impaired and not responsive to psychiatric intervention, it

18   tells you that perhaps there's something else that we should

19   be looking at.

20   Q    And you're referring to the attempts to medicate him from

21   age seven up to age 14?

22   A    Yes.

23   Q    Including with Ritalin, Thorazine?

24   A    Well, when you look at the history of his medications,

25   you see him being prescribed -- for example, you see him being

Woods - Direct/Burt

1    prescribed Benadryl.  Benadryl is not a psychiatric

2    medication.  There are no psychiatric indications for

3    Benadryl.  And benadryl taken the way he was taking it,

4    intramuscularly, it's what's called an anticholinergic, its

5    not -- it's something that dries you out, it's something that

6    people often use when they have allergies or that type of

7    things.  It's very sedative.

8         So in his case it was being used to attempt to

9    sedate him.  He was also given Mellaril.  Mellaril is an

10   antipsychotic medication.  There are no indications during his

11   entire record that he was very psychotic.  In fact, when you

12   look at the mental status examinations in the three

13   hospitalizations, it's very clear that he in fact was not

14   psychotic.

15        So what you're seeing is a child being medicated

16   with medications in an attempt to control symptoms, behaviors

17   that they see.  I'm not -- I'm not faulting the practitioners.

18   They obviously are dealing with someone that was having

19   extraordinary difficulties, and difficulties not only within

20   the environment but to themselves as well, who at the age six

21   was talking about being suicidal.  And so -- but nevertheless,

22   what was missing was a broader differential diagnosis.

23   Q    Now, when you wrote your report, you -- the report was

24   filed simultaneously so you did not have the benefit of the

25   government's reports to be able to take those into account in

Woods – Direct/Burt

1    forming your opinions.  Correct?

2    A    That's correct.

3    Q    Since you wrote your report, have you had the chance to

4    actually review the three reports filed by the government's

5    experts, that is Dr. Denney, Dr. Mapou, and Dr. Patterson?

6    A    Yes, I have.

7    Q    Let's look first of all at Dr. Patterson's conclusions

8    because he, like you, is a psychiatrist.  Correct?

9    A    That's correct.

10   Q    All right.  And we'll hear from this, I'm sure very

11   shortly, he diagnosed an Axis I –– four Axis I disorders:

12   "Number 1, Conduct Disorder by history; "Oppositional Defiance

13   Disorder, by history"; number 3, "Attention Deficit

14   Hyperactivity Disorder, by history"; and 4, "Learning Disorder

15   NOS."

16          And then on Axis II, he diagnosed "Antisocial

17   Personality Disorder with Narcissistic Features (primary)."

18          Do you agree with that diagnosis?

19   A    No, I'm sorry I don't agree with those diagnoses.

20   Q    And could you explain why?

21   A    Well, I think that the –– as you noted and Dr. Patterson

22   noted, that the initial diagnosis of cognitive disorder and

23   oppositional defiance disorder and ADHD are historical

24   diagnoses.

25          And there is absolutely no question that Mr. Wilson,

Woods – Direct/Burt

1  during his developmental years, had conduct that was out of

2  control.  There's no question that he also had behavior that

3  was oppositional.

4       It's also clear during his history that he had

5  symptoms that would appear to be consistent with ADHD.  He was

6  distractable.  He had difficulty focusing.  He had difficulty

7  being able to follow academically.  He was disruptive in

8  groups.  He was disruptive in school.  So all of those were --

9  were there.

10      The difference, however, is that they weren't the

11 whole picture.  We also see during that period of time that

12 Mr. Wilson, at the age of 15 -- 14, I'm sorry -- attempted to

13 put his desk in the closet of a classroom that he had -- I

14 think this was the Loretta school.  That he was just --

15 actually, I'm sorry, he was 13 -- that he was just going to

16 and he was moving his desk into the closet closing the door.

17      When Mr. Wilson was very young, he had unusual

18 behavior that included standing in the middle of the street

19 when cars were coming.  He also refused to leave the school

20 when he was -- when there was a potential fire that was

21 occurring.  This behavior is not consistent with conduct

22 disorder or not consistent with oppositional defiance

23 disorder.  There's -- there's more to it that's going on.

24      So you have to take those into consideration.  You

25 have to take his conduct in consideration, you have to take

Woods - Direct/Burt

1    the oppositional behavior into consideration, but you want

2    to -- there are other behaviors that you also have to look at

3    to try to determine accurately what's occurring.

4    Q    Are you familiar with a book that's cited in the green

5    book call Diagnostic Manual - Intellectual Disability:  A

6    Textbook of Diagnosis of Mental Disorders in Persons with

7    Intellectual Disability?

8    A    Yes.

9    Q    And theres's a companion, clinician's guide that goes

10   along with it?

11   A    Yes.

12   Q    What is the purpose of these two books in terms of the

13   issue we're talking about now?

14   A    The purpose of those two books -- and the manual came out

15   in 2008, 2009.  And it's a manual that is just like the

16   Diagnostic and Statistical Manual for mental disorders except

17   it's for mental disorders that occur within the context of

18   people that have intellectual disability.  So these are called

19   comorbid disorders.  Now, what comorbidity disorders mean,

20   these are disorders that happen at the same time.  Bipolar

21   disorder and substance abuse, schizophrenia and posttraumatic

22   stress disorder, these are disorders that occur at the same

23   time.

24          You know when you go to your doctor and he says,

25   well, you know, your asthma is under control and your type 2

1521
Woods - Direct/Burt

1   diabetes, you probably need some help and, you know, we need

2   to do some cardiac workup on you and how's your hypertension,

3   we don't really think about it.  He's already named three or

4   four disorders there.  But for some reason in psychiatry, we

5   tend to look at -- we look at one diagnostic entity.  They're

6   either intellectually disabled or they are either depressed

7   and that's not the way it works in the real world.

8   Q    This book is organized around disorders other than

9   intellectual disability.  Correct?  Are they trying to give

10  cautions to clinicians who are diagnosing these other

11  disorders with people who have intellectual disability?

12  A    That's correct.  And other -- that's correct.

13  Q    And there is a specific chapter on attention deficit and

14  disruptive behavior disorders?

15  A    That's correct.

16  Q    And you relied on this guide and the containing manual

17  when forming your opinions?

18  A    Yes.

19  Q    Page 82 says -- this is the chapter on attention deficit

20  and disruptive behavior disorders.  Those are the disorders

21  that Dr. Patterson cites that Mr. Wilson has been diagnosed

22  with by history.  Correct?

23  A    Yes.

24  Q    It says:  "Even more careful consideration is required

25  when diagnosing a disruptive behavior disorder in individuals

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Direct/Burt

1   with intellectual disability.  In this population, challenging

2   behavior has a high prevalence and is often the main reason

3   for referral.  On the surface, the behaviors can resemble

4   those associated with disruptive behavior disorders.  The

5   clinician needs to consider whether the behaviors are typical

6   for the individual's age group, bearing in mind the child's or

7   the adult's developmental level and that these diagnoses have

8   historically been designed primarily for children.  Moreover,

9   in the case of conduct disorder there is also a need to

10  establish whether the individual has an understanding of

11  appropriate social norms and whether intent can be

12  ascertained."

13          Do you agree with that statement?

14  A    Well, I particularly agree with the question of intent.

15  If you look through the records, you see that there are times

16  when Mister -- particularly as he gets older, his behavior is

17  more intentional.  However, in those young records, in his

18  youth, particularly at seven, eight, nine, and ten, you see

19  that there are periods where they say that he strikes out for

20  no reason.  He hits someone for no reason.  That there's no

21  goal directed or intentional behavior that occurs.  They find

22  him lying on the floor in the school in a fetal position.  And

23  time after time you see both in goal directed as well as

24  behavior, that is in fact not goal directed.  That seems to be

25  impulsive.

Woods - Direct/Burt

1      And those are the kinds of behavior that you want to

2 look at and the kind of distinction you want to make to come

3 to some understanding of exactly what's going on with this

4 young man.

5 Q    Now, in terms of the interviews that you were focused on,

6 going through I think the family members, but did you also

7 have available to you multiple interviews in some cases where

8 many of the care providers who -- who filed or composed

9 records regarding Mr. Wilson?

10 A    Yes.

11 Q    What did you learn from those people that were important

12 to your analysis here?

13 A    Well, I thought one of the most telling series of

14 interviews, there were two interviews, was with Joyce

15 Guerrero.

16 Q    And who is she?

17 A    Joyce Guerrero is actually a licensed clinical social

18 worker as well as a master in social work.  And she saw

19 Mr. Wilson for -- at first I thought it was seven years.  In

20 fact, it was nine years.  She corrected me.  Because most of

21 the records as we look at them are -- are incorrect.  She did

22 start seeing Mr. Wilson at the psychiatric -- neuropsychiatric

23 facility, but had actually been seeing him for two years

24 before that.  She had been seeing him at Queensbridge where

25 his aunt was located for two years.  So she actually saw him

Woods - Direct/Burt

1    for a total of nine years.

2            And I would agree with that Dr. Mapou, I think where

3    he describes her as one of the most important people in terms

4    of being able to evaluate Ronell Wilson.

5            She describes him in both the first and second

6    interviews --

7            MR. McGOVERN:  Objection.

8            THE COURT:  Yes.

9            MR. McGOVERN:  What's appears to be happening here

10   is they're going to offer the hearsay statements of Joyce

11   Guerrero about whatever care she provided to the defendant

12   during the period of time that he was either at Queensbridge

13   or Queens neuropsychiatric centers.  That's -- it is perfectly

14   okay to rely on hearsay when you're -- when you're offering

15   expert testimony under Rule 702 or whatever the rule is.  But

16   to just wholesale take the word of an informant about this

17   information and just blow it into the record is inappropriate.

18           Certainly he can rely on her -- on her statements

19   but to recount what started to sound like two interviews with

20   her is problematic.  And I don't make that objection lightly,

21   your Honor, because, look, they've been doing -- they've been

22   doing this throughout the hearings, saying what one person

23   said, one person didn't say.

24           And I know it's up to the court to decide, but with

25   Ms. Guerrero in particular, someone who we've actually had

Woods - Direct/Burt

1  contact with, we have serious concerns about Ms. Guerrero's

2  credibility as a witness in any regard.  So we're a little bit

3  more sensitive to Ms. Guerrero.  Ms. Guerrero was under

4  subpoena.  We served her with a subpoena.  She freaked out

5  when she found out she was being subpoenaed.  She told us what

6  we, at least to our mind, told us incredible tales about how

7  the ATF was harassing her by giving her a subpoena.  She's

8  told us that she's met with you on one occasion during the

9  last trial.  She told us she was here for the sentencing

10  hearing the last time the case was around.  We have absolutely

11  no information that would corroborate that.

12         So I throw these things out just to say this isn't a

13  typical situation where we can say well, you know, it's just

14  another caregiver.  This is a woman who has serious questions

15  about her credibility that we would -- we would -- I'm sure

16  the defense would believe her.  But we have things that we

17  want to question her about.  To put her testimony or her

18  statements in, in such a wholesale fashion is inappropriate.

19  I think it would violate *Mejia*, which is I think a Second

20  Circuit case that talks about just putting an expert witness

21  on and establishing his expertise strictly through the hearsay

22  and other informants who aren't available.

23         But beyond that, we have so many questions about her

24  and the things that she said.  I mean, I just so the court is

25  aware, at some point during an initial meeting with the

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Direct/Burt

1   defendant, Ms. Guerrero said the defendant suffered from

2   moderate mental retardation.  That means that he would have

3   been consistent with somebody who was well below a 55.  So,

4   obviously, that's the sort of information that one might see

5   as being inflammatory were it to come up in this hearing

6   because it's without any basis.  So we would ask that the

7   defense be directed not to elicit testimony as to what

8   Ms. Guerrero may or may not have said.

9           MR. BURT:  Sir, I think what counsel just said is

10  what's known in the trade as a speaking objection, a very long

11  speaking objection, the purpose of which was to get before the

12  court his view of the credibility of Ms. Guerrero.  And of

13  course, he's certainly free to advance the evidence or through

14  questioning the points he was making with the court.  But all

15  of the experts in this case, including the government's

16  experts have made extensive reliance on out-of-court

17  informants.  For instance, the first person that Dr. Denney

18  interviewed was a government informant.

19          So both sides could have a lot to say about the

20  credibility of the information.  I don't think either side is

21  in a position to critique the experts for relying on

22  out-of-court informants, because it's proper to do so and

23  whatever weight the court wants to give it, I think can be

24  informed by evidence.  Of course, the statements of counsel

25  are not evidence.  If the court hears the kind of factual

Woods - Direct/Burt

1    information that was just conveyed by Mr. McGovern, then

2    certainly it's entitled to discount that information.  But I

3    think all of this goes to the weight, not the admissibility of

4    any reliance that Dr. Woods or anybody else places on

5    out-of-court informants.

6            THE COURT:  Well, the problem is on the one hand

7    both sides are relying on out-of-court informants.  Okay.  On

8    the other hand, if it can be demonstrated that an out-of-court

9    informant has a major bias problem or a major psychological

10   problem and if the witness is relying on that person's

11   comments or representations to reach a conclusion, then it may

12   skew the conclusion.  And what the court needs is a fair

13   estimate of an expert's analysis based on reliable

14   information.

15           If it's not reliable, this expert has no -- it makes

16   it more difficult for the expert to come up with a set of

17   observations that are valid.  And I think that's really the

18   problem.  Now, I don't know this Ms. Guerrero, she may have

19   shown up at a hearing and think she's had a conversation with

20   me.  Any conversation had with anyone on this case since the

21   day it was assigned to me was placed on the record,

22   everything.  There's no such thing as an off the record

23   conversation about this case.  Never will be in a criminal

24   case in my court.

25           So I don't know what this is all about.  I just

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Direct/Burt

1    don't know how to deal with the objection or the commentary.

2    But I'll invite the government if they wish to make a further

3    submission to make it.  But the risk is, and I'm going to let

4    you go forward, but the risk is that some of what Dr. Woods is

5    talking about may be tainted if I find that the source of the

6    information that's he's relying upon is not reliable.  And

7    that's my concern.

8                MR. BURT:  Sure.

9                THE COURT:  Because I expect that Dr. Woods is

10   making a fair, reasoned, professional assessment, whether you

11   agree with it or not, about certain -- and reaching certain

12   conclusions based on the assessment.

13               But if we find that some of these sources are

14   unreliable, then it affects the -- it affects the court's view

15   of the assessment.

16               So that's the risk it's taking.  But you can go

17   ahead.  I don't know this person, so I heard what counsel said

18   and if there's something more to be added, I'm sure he will

19   provide it to us.

20               MR. BURT:  Thank you, your Honor.

21   Q    First of all, Dr. Woods, identify who Ms. Guerrero is in

22   relation to Mr. Wilson.  Where did she work and what contact

23   did she have with him?

24   A    Ms. Guerrero was a therapist for Ronell Wilson.  She was

25   a therapist, like I said, a licensed clinical social worker

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Direct/Burt

1    and a master's in social work that worked both at the

2    Queensbridge project area as well as the Queens

3    Neuropsychiatric Institute.  She worked at the Queensbridge

4    project for at least two years, and then worked with

5    Mr. Wilson for another seven years after that.

6    Q    Now, when did you interview her datewise?

7    A    The first time that I interviewed her was August 7th,

8    2012.

9    Q    And roughly what period of time did she have counseling

10   responsibilities with Mr. Wilson?

11   A    From the time that he was about five to about the time

12   that he was 13 or 14.

13   Q    And during the course of her contact with him, was there

14   contemporaneous documentation of her observations and

15   conclusions?

16   A    Yes.

17   Q    Were you able, before you even interviewed her, to review

18   the comments that she was making in writing in Mr. Wilson's

19   records?

20   A    Yes.

21   Q    The fact that her observations were captured

22   contemporaneously with whatever it was she was observing, did

23   that play some role in whatever weight you were placing on her

24   observations?

25   A    Yes.

Woods - Direct/Burt

1  Q    Was there consistency or inconsistency between what she

2  was telling you in 2012 and what she wrote back during the

3  time when she was dealing with Mr. Wilson?

4  A    There was consistency in terms of her clinical

5  presentation.  There were inconsistencies in terms of why she

6  made the transition of diagnosis from -- it first started out

7  as mental retardation moderate, and then it went to a

8  diagnosis that implied brain damage.  I can't remember if it

9  was cognitive disorder secondary to brain disorder.  And then

10 it went to -- there was also an adjustment disorder and an

11 ADHD diagnosis in there as well.

12 Q    Is counsel correct that at one point there was a mental

13 retardation?

14 A    That was her initial diagnosis in 1991, moderate mental

15 retardation in 1991.

16 Q    All right.  Now, when you interview someone like

17 Ms. Guerrero, do you assess credibility when you're doing the

18 interview?

19 A    Yes.

20 Q    Is that one of the purposes why it's important to have to

21 do a face-to-face interview?

22 A    Yes, particularly -- well, in this case it was over the

23 telephone.  But to talk with them to try to gain some

24 understanding of what their expertise is, did she have a

25 background with children.  Did she -- she practiced for a

Woods – Direct/Burt

1   significant period of time, at least during nine years.  So

2   that was one of the things that I did try to evaluate.

3   Q    And in assessing the goodness of the information that she

4   was giving you both in person and in the records, do you also

5   take into account whether that information is consistent with

6   that other information you're getting from other records and

7   other sources?

8   A    In Ms. Guerrero's case, it was very important that I try

9   to cross-reference the information that she was giving me

10  along with what other people were saying, Aunt Lou, other

11  family members.

12  Q    And explain to me why it was important in her case?

13  A    Because as someone that does psychotherapy themselves,

14  you only see someone for a short period of time.  Even though

15  you see them over time, you see them at best for perhaps an

16  hour a week.

17          So, in her case she did have the opportunity to see

18  Aunt Lou, she had the opportunity to see Uzziah.

19  Q    Who is that?

20  A    Uzziah is Mr. Wilson's older brother.  And she also

21  actually started out seeing both Uzziah and Mr. Wilson

22  together.  She had the opportunity to interact with the school

23  to some degree.

24          So I did have the opportunity to listen to what she

25  had to say and compare it to what others said as well.

Woods - Direct/Burt

1    THE COURT:  Is what she had to say in August covered

2    in your September opinion letter?

3    THE WITNESS:  I think so, your Honor.  Let me see.

4    Aspects of it are, your Honor.  On page 19, for example, it

5    says Ms. Wilson -- oh, Ms. Guerrero reported she had to

6    separate Mr. Wilson from his older brother Uzziah in therapy

7    because Uzziah could direct Mr. Wilson not to talk with her

8    and Mr. Wilson would comply.  Once separated, this behavior

9    was dramatically increased -- or decreased.

10    THE COURT:  And then you interviewed her again?

11    THE WITNESS:  Yes, Your Honor.

12    THE COURT:  When?

13    THE WITNESS:  This month, November -- it was about

14    November 20th, I believe.

15    THE COURT:  Why?

16    THE WITNESS:  Because my first interview I didn't

17    feel as though it was complete.

18    THE COURT:  You know, we can keep the record open

19    until the millennium, the next one.  I have a report here.

20    You included her -- your report reflects your conversation

21    with her.  And now we've got you're going back to her.  I

22    mean, my problem is, where does it end?  You reached a

23    conclusion and now you're going back to her.  And with all due

24    respect, I've got your report here, you know, it's very

25    detailed, and I appreciate it.  But the idea that, you know,

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Direct/Burt

1  you go back to somebody and now we're putting this before the

2  court, it's like an addendum to your report and it just seems

3  it's after the fact.

4          Why are we doing this?  Why am I having to listen to

5  post-report reports in this case?  You know, there's got to be

6  an end to the process and I've got to have -- we've got to

7  have closure at some point.  This has been going on a long

8  time.

9          I extended the time for the hearing.  This report

10 was issued in September.  It's now December.  The only thing

11 that I asked was that the parties on direct question

12 witnesses, expert witnesses as to issues that have arisen that

13 had been brought to their attention by the court since the

14 reports were completed.  That's what I asked for.  I didn't

15 ask for everyone to run back to shore up or to or to extend or

16 to particularize the views of anybody after the fact.  There's

17 plenty here.  We could spend a year going through this

18 material.

19         You have more questions for the witness?

20         MR. BURT:  Yes.

21 BY MR. BURT

22 Q   Dr. Woods, just to end this and move on to the last area

23 I want to get to.  Was the general purpose in going back and

24 interviewing people because you had not seen the reports of

25 the government experts when you filed your report and there

Woods - Direct/Burt

1    were certain issues that came up that you wanted to clarify,

2    or was there other purposes?

3    A    That was the primary reason.

4    Q    Okay.  Let me move on to another topic.

5         THE COURT:  Well, you could have asked it in a

6    different way and not in a leading fashion.  I don't like it.

7         MR. BURT:  I apologize your Honor.

8         THE COURT:  Because it's trickery, counsel.

9         MR. BURT:  Trickery?

10        THE COURT:  Yes, it's call trickery.  You put the

11   idea in his mind for him to answer yes, so that it would

12   justify the fact that he went back.  Because the court raised

13   the issue.  Your question should have been, could you explain

14   to the judge why you went back.  That's the question.  I could

15   have -- I learned that in grade school, not even in law

16   school.  It's not fair.  It's not right.  And I've given you a

17   lot of latitude here.

18        MR. BURT:  I appreciate it, your Honor.

19        THE COURT:  But the question is, isn't the reason

20   why you went back because what you read somewhere, the

21   question is, could you explain to the judge why you went back.

22   He probably would have given the same answer.  But now I don't

23   know whether to believe him because you put the answer in his

24   mind.  Is that what you wanted with me --

25        MR. BURT:  No, your Honor.

Woods - Direct/Burt

1          THE COURT:  -- that I not believe him.

2          MR. BURT:  No, your Honor.

3          THE COURT:  That's what happens in a situation like

4    that.  That's the potential.  It's not fair to him, it's not

5    fair to me.  It's just not fair.  Really.  I spent five

6    minutes talking to you about this and then you went and did

7    that.

8          MR. BURT:  Your Honor, I apologize.

9          THE COURT:  It's really not right.

10         MR. BURT:  Your Honor, I --

11         THE COURT:  I don't want apologies, I just want

12   compliance.  I don't need apologies.  This isn't about my ego,

13   this is about getting the job done right.

14         MR. BURT:  Your Honor, could I address two other

15   issues with the witness?

16         THE COURT:  Sure, go ahead.

17         MR. BURT:  Thank you.

18   Q    One of the questions that the court asked one of the

19   other witnesses is, the basic one, what is the difference

20   between intellectual disability and mental illness.  Could you

21   explain that?

22   A    Yes.  Intellectual disability is not a mental illness or

23   a mental disorder.  It is a disorder of brain function and

24   adaptive function, environmental function.  A mental disorder

25   is separate and it can be a thought disorder, meaning

Woods - Direct/Burt

1    someone's thinking is inappropriate or a mood disorder,

2    meaning there's disruption of their mood.  But it is not in

3    the -- an intellectual disability is not in the same category.

4          People that have intellectual disabilities often

5    develop certain types of psychiatric disorders.  If you are

6    intellectually disabled sometime in your life, you may well

7    meet the category where -- yeah, the category of depression,

8    or you may well find yourself anxious.  But they are separate

9    entities.  So a mental health disorder is separate from an

10   intellectual disorder.

11   Q    Now, you know from --

12   A    Intellectual disability.  I'm sorry.

13   Q    Have you been informed that there are some e-mails, large

14   amount of e-mails that Mr. Wilson wrote while he was in

15   custody?

16   A    Yes.

17   Q    And could you tell the court what impact, if any, that

18   has on your opinion here?

19   A    I've had the opportunity to look through quite a few of

20   the e-mails, not all 7,000, but I've had an opportunity to

21   look through quite a few e-mails.  Even these e-mails are not

22   unusual with some -- and the quality of the language is not

23   unusual with someone that has intellectual, mild intellectual

24   disability.

25          One of the things that we see is that people that

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods – Direct/Burt

1  have mild intellectual ability often are able to use

2  technology, to utilize technology in ways that help them look,

3  quote, more normal.  Mr. Wilson, for example, described to me

4  how he would use –– how he would use spell checking on his

5  e-mail in order to make sure that his spelling was right and

6  to be able to look at his language.

7            So the idea that someone is able to send e-mails, we

8  already know that the AAIDD makes it clear that verbal

9  language is not something that should be taken into

10  consideration.  So the idea that someone is able to use e-mail

11  or to use social technology in order to –– in order to

12  communicate and function is really not inconsistent at all

13  with mild intellectual disability.

14  Q    Now, since you wrote your report, did you at my request

15  go back and review what are called the Kel transcripts?

16  A    Yes, I did.

17  Q    And did you also take a look at some of the guilt phase

18  testimony in the case?

19  A    Yes, I did.

20  Q    And could you tell the court in what way, if any, that

21  impacts your opinions here?

22  A    I –– I looked at the Kel transcripts.  I also read the

23  Second Circuit opinion.  I also read the sentencing, your

24  Honor.  I also read the testimony of Mr. Jacobus, I believe I

25  have that correct, and Mr. Diaz.

Woods - Direct/Burt

1    And I must -- I'd like -- I must preface this by

2   saying that this is normally not material that I would take

3   into consideration because the AAIDD suggest that, or

4   recommends that material within the context of a criminal act

5   or criminal acts should not be considered because you don't

6   know exactly, you can't nail it down.  And even though -- and

7   that was certainly true here.  But some things came out very

8   clear, and I want to point those out.

9        First of all, you know, in this kind of incredibly

10  horrific circumstance, we see a couple of things.  Number one,

11  we see Mr. Wilson both giving direction, we see him both

12  literally directions to get around in this very circumscribed

13  area of Staten Island but also directions to pat someone down.

14  So he's clearly giving those directions.  There's no question

15  about that.

16       Are those inconsistent with Mr. Wilson particularly

17  as mild mental retardation or mild intellectual disability?

18  Absolutely not.

19       When you look at the directions that he is giving,

20  when you look at the driving directions that you listened to

21  Mr. Jacobus, he describes him walking back from the auto, the

22  car back to Stapleton.  And he describes it as a short walk.

23       You also see that Mr. Diaz describes a taxicab,

24  taking a taxicab driver when they're kind of looking, he and

25  Mike Whitten kind of looking for Mr. Jacobus and Mr. Wilson.

Woods - Direct/Burt

1  Again, it's within their relatively circumscribed area.

2          There's no reason why Mr. Wilson would not be able

3  to find his way around that area.  And this is really -- if I

4  may, this is really the difference between seeing someone that

5  has intellectual disabilities when they're eight or nine years

6  old and seeing someone that may be older, 19, 20 years old.

7  You see some development.  It's not that people that are --

8  intellectually disability, it's not that they can't learn,

9  it's that they tend to learn slower and often with repetitive

10  help, they're able to improve.  As we have seen his academic

11  scores improve to some degree.

12          So the behaviors that you see in those -- in that --

13  in those tapes and in the testimony is not inconsistent with

14  the possible strengths that someone that has intellectual

15  disability might have.  The problem, however, is that

16  intellectual disability is defined by the deficits, not by the

17  strengths.

18          And when you look at the deficits in those, both in

19  the tape, but particularly in the testimony, you see a number

20  of things.  Number one, Mr. Diaz says that Mr. Green and

21  Mr. Whitten, and I'm going to say Omar and Mike, because I

22  think that's -- that was their name, that they were the ones

23  that said they were going to get Ronell to do the robbery.

24  That's what Mr. Diaz says in the testimony, that they were

25  going to get Ronell to do the robbery.

Woods - Direct/Burt

1    They talk to Ronell about the robbery.  He said they

2  say to him, in the testimony, and both Mr. Jacobus and

3  Mr. Diaz asked him, do you want to do it.  He defers to them

4  and says -- and I'm going not saying directly, but in the

5  testimony, says, if you want me to do it, I will, I will do

6  it.

7          You see other circumstances, as Mr. Jacobus

8  describes, of an earlier situation where they are considering

9  robbing a store and it's -- it's a clothing store.  And

10 Mr. Jacobus described Mr. Wilson renting a truck, which is

11 impossible because he did not have a driver's license.  But

12 still, that he was renting a truck and they were going to rob

13 this store, this was Mr. Wilson's idea, they were going to rob

14 the store in broad daylight.

15          Omar Green and the rest of the group talked

16 Mr. Wilson out of doing that.  They explained to him,

17 according to Mr. Jacobus, what a bad idea it was to rob a

18 store, pull up in front in a rental car, wrap up the clothes,

19 throw them in the truck and take off in broad daylight.  And

20 in spite of them talking about this, Mr. Wilson continued to

21 want to do it.  They did not do it.

22          The part that I see as being so directly relevant to

23 deficits rather than strengths, and within this incredibly

24 tragic situation, I know that's very difficult to take into

25 consideration, is Mr. Wilson and Mr. Jacobus are walking back,

Woods - Direct/Burt

1    according to Mr. Jacobus, after shooting two policemen to

2    death, moving the truck, moving the car, taking the bodies out

3    of the car, getting a gun from the crime scene, Mr. Wilson

4    putting the gun in his waistband apparently, and they're

5    walking back to Stapleton.

6           When they get to -- when they get to Stapleton,

7    Mr. Jacobus said, and again, I'm not saying this is accurate,

8    I'm just repeating his testimony, and that's what makes this

9    so difficult, Mr. Jacobus himself acknowledged that he was in

10   special education when he went to the tenth grade.  That when

11   they get to Stapleton there is a blue and white police car, I

12   think they called it a paddy wagon that was driving down the

13   road.  And Mr. Wilson, just coming from having committed two

14   murders, well known in the community with a gun in his

15   waistband, according to Mr. Jacobus, in a loud, and I believe

16   the words he used was loud and raucous, says -- yells out to

17   the police something like:  Can you -- have you found who

18   you're looking for?

19          My first article on intellectual disability with

20   Mister -- with Dr. Greenspan was about risk awareness and risk

21   unawareness.  And it posits that one of the core symptoms of

22   intellectual disability is an inability to accurately assess

23   one's own risk, the consequences.

24          It's very understandable to be able to say

25   Mr. Wilson was a violent guy.  There's no question about it.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Direct/Burt

1    Mr. Jacobus describes him as the most violent of his group.

2    It's also interesting that Mr. Jacobus describes him as being

3    a core member of the group, although in the second opinion,

4    Second District opinion they described Mr. Wilson as being in

5    the group but an associate.

6            Nevertheless, at this point in his life, after

7    murdering two undercover policemen, after being aware that

8    there are other undercover policemen in the area, that

9    Mr. Diaz says, don't worry about it, they're here all the

10   time.  He's walking down the street, he sees a paddy wagon.

11           THE COURT:  I've heard it before.  You've said it

12   over and over again and that is a wonderful rendition of

13   selective recollections and, really, that's fabulous.  I

14   really think that's a wonderful rendition of subjective

15   recollections of a trial that you know next to nothing about.

16           You have any other questions for this witness before

17   I let the other side question him?

18           (Continued on the next page.)

19

20

21

22

23

24

25

Woods - Direct/Burt

1    THE COURT:  Do you have any other questions for this

2  witness before I let the other side --

3    MR. BURT:  One more.

4    THE COURT:  -- question him?

5    I'm deeply troubled that you ask the witness to give

6  a version of what happened at the trial that is incomplete at

7  best.  I'd like to concentrate on the issue at hand.

8    Do you have other questions?  I want to know what

9  questions you have for him because I don't want to hear any

10  more from this witness but, you know, his perception of

11  something he had really has very little understanding of.

12    MR. BURT:  Your Honor, there are two questions I

13  have for the witness is whether he informed in his opinions on

14  the three prongs is relying --

15    THE COURT:  Oh, we're going to get to that?

16    MR. BURT:  Is relying on any particular piece of

17  information, or whether its based on the entirety of the

18  information he had.

19    THE COURT:  Ask him the question.

20  EXAMINATION BY

21  MR. BURT:

22  (Continuing.)

23  Q    Doctor, you said before that you formed an opinion on all

24  three prongs here; correct?

25  A    Yes.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Direct/Burt

1    Q    Is your opinion based on any particular interview or

2    piece of information from the records or analysis of the crime

3    or the trial transcript, or how would you characterize what it

4    is youre relying on in forming your opinions?

5    A    My opinions were, my opinions were set at the time of my

6    report.  And consequently, that is what my basis or the basis

7    is -- the materials that I had at that time, there's nothing

8    that has come since that time that has altered my opinions at

9    all.

10   Q    And could you characterize for us the strength of the

11   evidence in terms of comparing to other cases where you've had

12   background information?

13            Is this a case where you have insufficient

14   information or how would you characterize it?

15   A    I think in this particular case, the information is very

16   strong because Mr. Wilson lived a documented life from the

17   time of five, certainly, through the time of even through

18   today.  Mr. Wilson's life has been well documented and

19   certainly during that important period, the developmental

20   period, it was very, very well documented.

21            MR. BURT:  Thank you.  That's all I have, Doctor.

22            THE COURT:  Take a ten-minute break.

23            (Defendant exits from courtroom at 3:  25 p.m.)

24            (A recess in the proceedings was taken.)

25            THE COURT:  How much time for cross?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

1545

Woods – Direct/Burt

1           MR. McGOVERN:  Maybe an hour.

2           THE COURT:  Okay.

3           (A recess in the proceedings was taken.)

4           THE COURT:  Please be seated.

5           Mr. McGovern, you can sit down for a moment.

6           MR. McGOVERN:  Oh I'm sorry.

7           THE COURT:  That's okay.

8           (Defendant enters the courtroom at 3:  38 p.m.)

9           THE COURT:    I'm striking the answer to the

10    question that was asked by counsel about the Kel tapes.  If

11    you want to ask the witness a focused question about the Kel

12    tapes, you can do it.  If you want to ask him his conclusion

13    about something, you can do it.  But there's to be in

14    discussion of what other people said.

15           There's to be no discussion about what I wrote in my

16    sentencing memorandum.  There's to be no discussion about what

17    the Second Circuit did or did not do.  Those are legal matters

18    that have nothing to do with this witness and are outside the

19    scope of his expertise.  So if you want to ask him a

20    question -- the question that I asked then you can ask to.

21           Do you want to ask it, go ask to, please.

22           MR. BURT:  Sure, thank you.

23    DIRECT EXAMINATION

24    BY MR. BURT:

25    Q    Dr. Woods, have you reviewed the Kel tapes?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods – Direct/Burt

1   A     Yes, I have.

2   Q     Can you tell the Court what, if any, impact the Kel tape

3   or Kel tapes have on your opinion?

4   A     The Kel tapes did not change my opinion that Mr. Wilson

5   was mildly and mentally retarded.

6   Q     Can you explain why?

7   A     I believe the tapes reflect behaviors in terms of giving

8   directions, et cetera, that would be consistent with mild

9   mental retardation.

10              MR. BURT:  Thank you.

11              THE COURT:  Thank you very much.  All right.

12  Cross-examination.

13              MR. McGOVERN:  Thank you, your Honor.

14  CROSS-EXAMINATION

15  BY MR. McGOVERN:

16  Q     Hello again, Dr. Woods.

17  A     How are you, sir.

18  Q     I'm okay.

19              Doctor, one of your last series of answers had to do

20  with why it was that you went back to Joyce Guerrero and some

21  other folks to reinterview them.

22              Do you remember that?

23  A     Yes.

24  Q     Okay.

25              And the way the question came out, and the way you

Woods – Cross/McGovern

1  answered it, sounded like you went back to interview these

2  people because you had questions based on information that the

3  Government had presented in its reports.

4          Is that what your testimony was?

5  A    Yes.

6  Q    But the truth of the matter is, Doctor, that Joyce

7  Guerrero was not interviewed by the Government; right?

8  A    They attempted to, yes, but they did not.

9  Q    So your testimony here that you went back to interview

10 Joyce Guerrero to somehow clarify the position because of

11 something you saw in the Government's reports is, lets just be

12 kind, untrue?

13 A    Well no, sir.  No, that's not correct.  If you look

14 through the Government reports, Dr. Mapou says that

15 Ms. Guerrero was the person that –– was the person that saw

16 Mr. Wilson more than anyone else.  I did not have that before

17 I wrote in my report.

18 Q    But ––

19 A    May I finish.

20 Q    Yes.

21 A    Mr. Mapou also said that there was changes in, as

22 Dr. Denney did, there was changes in her diagnosis from

23 moderate mental retardation on.  And I had wanted to ask her

24 why those changes were made.  So it was completely related to

25 the information.  I wouldnt have had to otherwise.

Woods - Cross/McGovern

1   Q    But all of that information was in the records that you

2   were supposedly reviewing before you did your own report;

3   correct?

4   A    Why it was changed was not in the record.

5   Q    But you had no information that the Government had

6   interviewed her; correct?

7   A    That's correct.  But that's --

8   Q    I'm just going to ask yes-or-no questions and if you can

9   stick with the yes or no or not that would be great.

10  A    Okay.

11  Q    Okay.

12       But based on your review of the Government's

13  reports, it was clear to you that the Government had not

14  interviewed her, correct or not correct?

15  A    That's correct.

16  Q    So any question about why she changed the diagnosis or

17  why she initially had a diagnosis was something that was

18  within the records that you were supposedly reviewing before

19  you ever issued your report; correct?

20  A    That's not correct.

21  Q    So --

22  A    And may I?

23  Q    Go ahead.

24  A    May I expand?

25       If you look at the Government's reports, they talk

Woods – Cross/McGovern

1    about her ordering neurological tests.  They talk about her

2    this transition of diagnosis from moderate mental retardation

3    to ADHD to adjustment disorder, right?  Those were questions

4    that I wanted to be able to ask her specifically based upon

5    what was in the Government's report.

6    Q    So why didnt you ask her about those things when you

7    initially saw that she had changed those diagnoses in the

8    manner that she did during your initial review of this case?

9    A    Because when I talked to Ms. Guerrero the first time, I

10   talked to her for 45 minutes and I was not in able to complete

11   my evaluation with Ms. Guerrero.  I called her numbers of

12   times before that trying to complete my evaluation and she

13   would not talk with me.

14   Q    That's right because she said that people were showing up

15   at her house; correct?

16   A    She said that the officers were showing up at her house.

17   Q    She said that agents had showed up at her house and given

18   her a subpoena to appear at this hearing; correct?

19   A    She said that officers had shown up, yes.

20   Q    And that's because of that subpoena her good name was

21   being ruined in whatever little town she lives in

22   North Carolina; correct?

23   A    She didn't tell me that because she can't tell me.

24   Q    Did she tell you that she had gotten a lot of threats

25   during the first trial.  Did she tell you that?

Woods - Cross/McGovern

1    A    No, she did not.

2    Q    Do you want to see your notes?  Here Ill throw your

3    note -- Mr. Burt admits to all of this.

4            Government's 10094.  Can we put this on the Elmo, I

5    appreciate it.

6            (The above-referred to exhibit was published in open

7    court.)

8    Q    Do you see that, Dr. Woods?

9    A    I do.

10   Q    The second entry from the first conversation that you had

11   with Ms. Guerrero reads what?

12   A    "I got a lot of threats during the first trial.  I'm

13   sorry, I do not recall:

14            MR. McGOVERN:  Did everyone get to see that?

15   Q    So you agree that this Masters in Social Work,

16   Ms. Guerrero, that you relied on to reach your diagnosis here;

17   that one of the first things that she told you when you called

18   her to ask her about her relationship to the case was that the

19   last time the case was tried she was getting a lot of threats;

20   is that correct?

21   A    That's correct.  I'm sorry, I do not recall that.

22   Q    You went right ahead with your interview; correct?

23   A    Yes.

24   Q    You never you take people at their word; correct?

25   A    I'm not sure what you mean.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Cross/McGovern

1    Q     Well, throughout your report, it doesn't appear that you

2    put, like, any real analysis into what it is that people are

3    telling you.  For instance, you interviewed the family

4    members, and at no time do you address the issue of bias in

5    the stories that they're telling you; is that right, or am I

6    wrong?

7    A     I don't specifically relate it to bias.  I relate it to

8    looking through the entire record and seeing if what they tell

9    me is consistent with the record.

10   Q     But you don't investigate to find out whether or not

11   they're biased or some of these family members may not

12   be -- may have a motivation to be not entirely truthful with

13   you; correct?

14   A     Yes.  Family members could do that.

15   Q     Okay.

16   A     And that's why I tried to interview them multiple times

17   and use other collateral sources to make sure that the stories

18   that I hear are consistent.

19   Q     And you interviewed the defendant; correct?

20   A     Yes.

21   Q     And you told us that you used great caution when you

22   interview a defendant, or its not good medicine to take the

23   defendant's word for it because of the cloak of confidence;

24   right?

25   A     Yes.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Cross/McGovern

1  Q    All right.

2  A    Confidence.

3  Q    Confidence.

4        But you didnt do any investigation to check out what

5  it was that he was telling you, right?

6  A    No, that's not true.  Let me say this.  If youre talking

7  specifically, I certainly did do investigation to check out

8  what he was saying.

9  Q    Well, for instance, where he's telling you that, like, he

10 works in the kitchen over at the jail, you remember him

11 telling you that?

12 A    Yes.

13 Q    And he told you that he was having problems with other

14 inmates over there at the jail because they're not doing their

15 job and he has to cover for everybody else; right, something

16 like that?

17 A    Yes.

18 Q    And that would be something that would fit into the whole

19 idea of that the defendant is being victimized or exploited by

20 others because of his mild mental retardation; right?

21 A    No, actually that's not correct.

22 Q    That's not correct?

23 A    Yes.

24 Q    But regardless, you never went over and interviewed any

25 of the folks at the jail to find out if any of these things

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Cross/McGovern

1   that he told you about, his current life at the jail, was

2   actually true or not true?

3   A    I would not do so, sir, because, in a proper

4   investigation, you do not talk with or interview people that

5   are in a jail setting.

6   Q    You can't even talk to other people who were in jail to

7   find out whether or not what the defendant is telling you is

8   true?

9   A    The fact that someone is in jail with him, or the fact

10  that he's in a jail setting, is a structure in itself.  The

11  structure of the jail and the social security regulations are

12  clear about this, the AAID is clear about this, there's a

13  structure that allows people to look better and to do better.

14         Consequently, they do not recommend that you

15  interview people in correctional settings in the same way that

16  they do not recommend that you take criminal behavior as an

17  aspect of adaptive fact.

18  Q    Okay.

19         Doctor, I'm until asking you whether you went to the

20  jail to check out his adaptive functioning.  I'm asking you

21  whether you went over to check out if anything he was telling

22  you was true or not?

23  A    There would be no reason for me, sir, to go to the jail

24  and talk with correctional officers.  It's not an appropriate

25  part of the investigation.

Woods - Cross/McGovern

1   Q    Okay.

2        And that's these e-mails that you reviewed in this

3   case you said, with all fairness, you didnt review all of

4   them; right?

5   A    No, I did not.

6   Q    You looked through e-mails; right?

7   A    Yes.

8   Q    You made some point about what Mr. Burt said that the

9   defendant told you that he uses spell checker to get through

10  his e-mails; right?

11  A    Yes.

12  Q    Besides not being unusual, you would agree that after

13  reviewing his e-mails you noticed that most of them are in

14  like text speak; correct?

15  A    I'm not sure what you mean may text.

16  Q    Well, they're not really English, they're e-mails that --

17  A    With "R" and.

18  Q    Yes.

19  A    Sure.

20  Q    You could imagine that if that were a true statement that

21  he was using a spell checker, basically, his entire e-mail

22  would light up on the spell checker; right?

23  A    As you know, on a spell checker, if it gives you

24  something, and you just go past it, it allows to you continue

25  to go.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods – Cross/McGovern

1   Q   Okay.

2       But in whatever review you did of his e-mails, you

3   noticed that there wasnt correct spelling in those e-mails any

4   way even in the final product, correct?

5   A   Correct.

6   Q   All right.

7       Have you listened to the phone calls?

8   A   Yes.

9   Q   Okay.

10      And those phone calls, they didnt change your

11  opinion either; right?

12  A   That's correct.

13  Q   Okay.

14      When we spoke earlier, you testified that you've

15  done 40 Atkins evaluations in the last seven years, right?

16  A   That's my numbers, yes.

17  Q   And those were all for defense requests that you evaluate

18  somebody to see if they're intellectually disabled?

19  A   Yes.

20  Q   And you've testified on a number of issues other than

21  mental retardation over the years?

22  A   Yes.

23  Q   You've been an expert in mood disorders; right?

24  A   Yes.

25  Q   Intellectual disability?

Woods – Cross/McGovern

1    A    Yes.

2    Q    Bipolar disability?

3    A    That is a mood disorder.

4    Q    Okay.

5            You do competency cases; correct?

6    A    Yes.

7    Q    Post traumatic stress disorder?

8    A    Yes.

9    Q    Migraines?

10   A    I have testified on migraines, yes.

11   Q    Multiple personality disorders?

12   A    I don't recall testifying on multiple personality

13   disorders.

14   Q    And you've testified numerous times about application of

15   something called the MMPI?

16   A    No, I have not.  An application of the MMPI?

17   Q    Well, you've testified in case where is people have

18   received the MMPI; correct?

19   A    Oh, well, yes.

20   Q    So you have a familiarity with it; correct?

21   A    Up to the current one, the RF, yes.

22   Q    And you've also testified in cases involving disexecutive

23   functioning; right?

24   A    That is neurodevelopmental disorder.

25   Q    Okay.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Cross/McGovern

1    A    They're the same thing.

2    Q    Yes.

3         So, Doctor, in this case, you've interviewed the

4    defendant how many times?

5    A    Five times.

6    Q    Have you interviewed him recently?

7    A    Yes.  November 20th, I believe.

8    Q    Okay.  So you want to change five to six times?

9    A    Yes.

10   Q    So you interviewed him on January 13th of 2012; correct?

11   A    Yes.

12   Q    March 30th of 2012; right?

13   A    Correct.

14   Q    April 16th of 2012; right?  Its all on your report.  Its

15   on the first page.  Its on Page 3 of your report?

16   A    Yes.

17   Q    Okay.  April 16th?

18   A    Yes.

19   Q    June 18th?

20   A    Yes.

21   Q    July 24th?

22   A    Correct.

23   Q    And then I guess on 11/20?

24   A    Correct.

25   Q    Your office is in California; correct?

Woods – Cross/McGovern

1     A     Yes.

2     Q     So you've flown back and forth to the East Coast on six

3     different occasions to interview the defendant; is that right?

4     A     Yes.

5     Q     Okay.  And you then did several other interviews of

6     family members on multiple dates; correct?

7     A     Correct.

8     Q     And you did a whole bunch of other collateral interviews

9     of psychological professionals and people associated with the

10    school system; right?

11    A     Yes.

12    Q     I don't mean to embarrass you, but how much have you

13    actually billed on this case?

14    A     So far I've billed $59,000 and there's probably another

15    $48,000.

16    Q     So, at the end of this, youre going to be in the over a

17    hundred thousand dollar club?

18    A     Yes.

19    Q     And your testimony here is that all of that was

20    absolutely necessary to reach your diagnosis; right?

21    A     And to support my diagnosis.

22    Q     Of course.  Right, you couldn't sit here and tell that

23    you just hit us for a hundred grand and youre not using it to

24    support?

25              THE COURT:  Don't.  That's enough.

Woods – Cross/McGovern

1  Q    You worked with Dr. Olley in the past as well, have you

2  not?

3  A    Yes.

4  Q    Are you and Dr. Olley testified as experts together in

5  the Davis case; correct?

6  A    Yes, that's correct.

7  Q    You testified in the Bone case; is that right?

8  A    The Bone?

9  Q    Polk versus Bone.

10 A    No.

11 Q    Youre not familiar with that case?

12 A    No.

13 Q    Its a -- I wont bother with it.

14        Doctor, there's been testimony in this case about

15 the coexistence of a learning disability and mental

16 retardation?

17 A    Yes.

18 Q    Do you agree that those two conditions do not typically

19 coexist?

20 A    You can have a learning disability within a specific

21 learning disability within mental retardation.  They are rare.

22 Q    Rare, correct?

23 A    Yes.

24 Q    And the DSM, I believe, on Page 47, says that if you were

25 to have a learning disability and be mentally retarded at the

Woods - Cross/McGovern

1    same time that those two diagnoses would have to be sort of

2    out of whack with each other.  You would have to have a severe

3    learning disability and really mild mental retardation?

4    A    If I could see that.

5    Q    Sure, Ill read it to you.

6    A    I would like to see it if you don't mind.

7    Q    You have the blue binder up there at Page 47.

8             THE COURT:  What are you looking at now.

9             MR. McGOVERN:  Page 47.

10            THE COURT:  Of what.

11            MR. McGOVERN:  Under "Differential Diagnosis."

12   Exhibit B, your Honor.

13            THE WITNESS:  (Complying).  That's actually not what

14   it says.

15   Q    Let me read it out loud and then you can tell me if I'm

16   reading it correctly.  It says, under the differential

17   diagnosis heading on Page 47, "A learning disorder or

18   communication disorder can be diagnosed in an individual with

19   mental retardation if this specific deficit is out of

20   proportion to the severity of the mental retardation."

21   A    Yes.

22   Q    Is that right?

23   A    That's correct.

24   Q    Okay.

25            You would agree that that's an extremely rare

Woods – Cross/McGovern

1   circumstance where you could have a learning disorder and

2   mental retardation at the same time, correct?

3   A    Its not extremely rare but it is rare and it occurs.

4   Q    Okay.

5        And in this case, pardon me for a moment, you didnt

6   find the existence of a learning disability; correct?

7   A    That's correct.

8   Q    So if there's been suggestion in this case that what's

9   really going on here is that the defendant suffers from a

10  learning disorder or learning disabilities and mental

11  retardation, that would be something that is inconsistent with

12  what your diagnosis is; correct?

13  A    That's correct.

14  Q    All right.

15       Would you also agree, Doctor, and I don't know what

16  your expertise in this is, that if a person, if there's

17  evidence that a person does better on exams in the academic

18  context, does better on exams where the exams are read to them

19  rather than where they have to read them themselves and fill

20  out the exam, that type of evidence would be indicative of the

21  presence of a learning disability; correct?

22  A    No, that's not correct.

23  Q    Okay.

24       And you would –– if there's that sort of evidence in

25  this record, or the records you reviewed, that would be

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

                        Woods - Cross/McGovern

1    consistent with your view that Mr. Wilson did not have a

2    learning disability; correct?

3    A    If a person -- I'm sorry, let me answer the question.

4              THE COURT:  Do you understand the question?

5              THE WITNESS:    I don't quite understand the

6    question.

7              THE COURT:  Okay.

8              MR. McGOVERN:  Ill gladly rephrase.

9              THE COURT:  Okay.

10   Q    I just asked you a question whether if somebody performed

11   better on exams that were read to them rather than exams that

12   they took by themselves.  I asked you if that would be

13   evidence of a learning disability and you said no; correct?

14   A    Correct.

15   Q    All right.

16              And so, I said if or I asked if there was evidence

17   of that type of evidence in this record that you reviewed that

18   would be consistent with your diagnosis that he doesn't have a

19   learning disability; right?

20   A    Yes.

21   Q    Okay.

22              You conducted interviews of some of the folks that

23   were associated with the schools that the defendant attended;

24   right?

25   A    That's correct.

Woods – Cross/McGovern

1    Q    And you reviewed what was going on at P9 at 209?

2    A    That's correct.

3    Q    In District 75?

4    A    Yes.

5    Q    And you realized that there were classes within the

6    school system at that time that would have addressed a child

7    that had symptoms of mild mental retardation, right?

8    A    No, I'm not aware of that.  I'm aware that there were

9    classes for moderate mental retardation, but I'm not aware of

10   classes for mild mental retardation.

11   Q    Then there were cases that would have addressed some

12   suffering from some sort of mental retardation be to moderate

13   or otherwise?

14   A    Well, there's a significant difference but, yes.

15   Q    The significant difference is what, sir?

16   A    That someone was moderate mental retardation is much more

17   impaired than someone with mild mental retardation.  Someone

18   with mild mental retardation can often, by the time they're

19   older, function pretty effectively.

20   Q    That's right.

21        So when Joyce Guerrero put a note in this

22   defendant's record that he was suffering from moderate mental

23   retardation that's totally incredible, isnt it?

24   A    Totally incredible?  No, its not totally incredible, its

25   wrong.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods – Cross/McGovern

1    Q    Okay.

2    A    May I finish?  I'm sorry, may I finish?

3    Q    Go ahead.

4    A    Its wrong, but what it appears to reflect is

5    Ms. Guerrero's understanding that there were cognitive

6    problems with this young man and that they were severe.  The

7    range of her diagnoses was inaccurate, but that's in my

8    opinion that's what it reflected rather than her just being

9    totally incorrect.  She was wrong about the severity.  In my

10   opinion, she was accurate about the diagnosis.

11   Q    People with moderate mental retardation are often

12   institutionalized, aren't they?

13   A    Yes.

14   Q    So we can agree, and I think this would be good for us,

15   that we can agree that she was wrong in her diagnosis; right?

16   A    In the severity of her diagnosis.

17   Q    Exactly.

18   A    But the not diagnosis itself.

19   Q    Well, certainly, she had some view that he had some

20   cognitive problems; right?

21   A    Yes.

22   Q    Yes.  But she's a social worker so she shouldn't be

23   diagnosing mental retardation anyway; right?

24   A    It depends on what her background and history is.

25   Certainly, she should be able to pick up cognitive problems if

Woods - Cross/McGovern

1    she's had some training but not necessarily make the

2    diagnosis.

3    Q    Okay.

4         And within your review of the school system and the

5    records you realize that Mr. Wilson was put in not classes for

6    the cognitively delayed, he was put in cases for the

7    emotionally disturbed.

8         Do you remember that?

9    A    Yes.  I don't recall classes for the cognitively delayed.

10   I may have missed that.

11   Q    But the emotionally disturbed is something different than

12   the folks with cognitive delays; correct?

13   A    Yes.

14   Q    And by "emotionally disturbed," we're talking about

15   things like conduct disorder, correct?

16   A    I'm sorry, that's a difficult question for me to answer

17   because conduct disorder is not a necessarily a psychiatric

18   diagnosis.  It doesn't necessarily speak to the emotional

19   disturbance.  In fact, people that have conduct disorder are

20   often just the opposite, they're not emotionally disturbed.

21   They do these behaviors because they choose to and because

22   they want to.

23        This was the difference that Mr. Kulis who was the

24   principal there made between the SIE-7 and SIE-8 programs.  He

25   said the program that Mr. Wilson was in was those that really

Woods - Cross/McGovern

1  were not conduct disordered, but the other program with those

2  of which they were conduct disordered.

3  Q    So -- and you've taken any issue with any diagnosis of

4  the defendant having conduct disorder anyway; right?

5  A    No.

6  Q    Well, on your direct, didnt you testify that the

7  professionals in the defendant's youth were misdiagnosing him

8  with conduct disorder when, in fact, he had symptoms that were

9  more akin to somebody with mental retardation?

10  A    I think they had to take into consideration conduct

11  disorder and oppositional defiance disorder as one of the

12  possible diagnosis.

13  Q    But you criticized Dr. Patterson for either putting in

14  his report that this defendant has a history of conduct

15  disorder and oppositional defiance disorder.

16         Do you remember that testimony?

17  A    What I said was I didn't think it was the accurate

18  diagnosis.  And I said that, as I just said, I think that the

19  diagnosis should have been broadened than just conduct

20  disorder or oppositional defiance because then you would have

21  looked at his brain and behaviors that may have come from his

22  cognitive functioning, that's what I said.

23  Q    Okay.

24         So youre saying that these people, these

25  professionals, should have been looking at other things

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods – Cross/McGovern

1  besides conduct disorder and oppositional defiance disorder,

2  or are you saying that they were just wrong about conduct

3  disorder and oppositional defiance disorder?

4  A    I'm saying that, first of all, conduct disorder and

5  oppositional defiance disorder can coexist with mild mental

6  retardation.

7        So they could have made that diagnosis of conduct

8  disorder and/or oppositional defiance disorder.  There is no

9  rule-out diagnosis for intellectual disability.  So they could

10 have made that diagnosis.  The point that I was trying to make

11 is they did not have the opportunity or what have you to look

12 for broader differential diagnoses that may have explained

13 this behavior.

14       They made these diagnosis solely on the basis of his

15 behavior and there were other factors going on medically that

16 could have explained this behavior as well.  And we see that

17 the care that they gave him as, you know, as serious as they

18 were trying to help this young man often did not work.

19 Q    Were they right or wrong in your view, your expert view,

20 were they right or wrong in diagnosing him with conduct

21 disorder, yes or no?

22 A    No.  In my opinion, they were not correct in diagnosing

23 him with conduct disorder.  They were correct in keeping that

24 as a differential.

25 Q    Okay.

Woods - Cross/McGovern

1     And were they right or wrong in diagnosing him with

2   oppositional defiance disorder?

3   A     The same.  They certainly should have looked -- that

4   should have been in their differential.

5   Q     Okay.

6           And you don't include either of those in your

7   diagnosis here today, in your 2012 report; right?

8   A     It would be childhood diagnoses.  So there would be no

9   reason for me at this point to include those in my diagnostic

10  category.

11  Q     Well, you don't diagnose them with antisocial personality

12  disorder; right?

13  A     That's correct.

14  Q     And you would agree that conduct disorder and

15  antisocial -- that conduct disorder is a precursor to

16  antisocial personality disorder?

17  A     It can be, that's correct.

18  Q     Is your view at this point that the defendant doesn't

19  suffer from antisocial personality disorder?

20  A     There's a difference between antisocial behaviors and a

21  mental disorder, personality disorder, called "antisocial

22  personality disorder."  I'm very clear that he suffered and

23  did antisocial behaviors.  I'm less clear that he carries a

24  personality diagnosis of antisocial personality disorder.

25  Q     Why didnt you just do the MMPI exam, the Minnesota

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Cross/McGovern

1    Multiphasic Personality Inventory.  Why didnt you just do that

2    and put an answer to that question?

3    A    Well, because the MMPI does not answer that question for

4    a couple of reasons.

5         The MMPI is what they call a trait test as you

6    probably know rather than a state test, so it really looks at

7    the person at the time that they're taking the test.

8         Number two, there's no automatic diagnosis of

9    antisocial personality on the MMPI.  There's no category or

10   profile.  There are profiles, but there's no category that

11   says someone is antisocial.

12   Q    Okay.  So, Doctor, moving along.

13        During your direct examination, you were asked some

14   questions about the various prongs that have to be satisfied

15   for someone to be diagnosed accurately as having mental

16   retardation.  Do you remember that testimony?

17   A    Yes.

18   Q    And you said that there was prong one which was the I.Q.

19   criteria?

20   A    Correct.

21   Q    And then two is adaptive behavior; right?

22   A    Correct.

23   Q    And three is the onset before the age 18?

24   A    Correct.

25   Q    And you testified on direct examination that your opinion

Woods – Cross/McGovern

1  is based on a full review of all those issues, correct?

2  A    Yes.

3  Q    All right.  And you testified --

4         MR. McGOVERN:  Well, Ill withdraw that.

5  Q    Do you agree that if your I.Q. is not less than 75 or 75

6  or less, you're not mentally retarded?

7  A    Would I agree that if the one's I.Q. is not 75 or less

8  that youre not mentally retarded?

9  Q    Yes.

10  A    No, I would not agree with that.

11  Q    You would not agree with that?

12  A    Yes.

13  Q    Didnt you just write an article in 2012 that talked about

14  I.Q. analysis in the Atkins context?

15  A    I.Q. analysis?

16  Q    Yes.

17  A    No.

18  Q    I.Q. analysis?

19  A    No.

20  Q    Didnt you this article that was handed to me this

21  morning, a 2012 article, that's, I guess, in Defense R or

22  actually its Defense S its in the Neurobehavioral Assessment

23  and Forensic Practice?

24  A    Oh, yes, that wasnt just about I.Q. analysis.

25  Q    Certainly not, that would have taken up too much of the

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods – Cross/McGovern

1    article; correct?

2    A    I don't understand your question.

3    Q    Okay.  Well, in that article at Page 435, you say "I.Q.

4    scores are mainly useable in diagnosing mental retardation now

5    termed intellectual disability.  As a score below 70 to 75 is

6    typically used to make that diagnosis in Atkins v. Virginia

7    death penalty exemption or criminal proceedings where a

8    diagnosis of mental retardation may be relevant."

9         Did you remember writing that a couple months ago?

10   A    Yes.

11   Q    And so what that statement is that your view or what

12   you're promulgating or publishing for your colleagues in the

13   International Journal of Law and Psychiatry is that in Atkins

14   cases your view is that the cut off should be an I.Q. of less

15   than 75; right?

16   A    No, that's not correct.  If I could read the rest of

17   the -- may I?  May I?

18   Q    No, I'll ask you some more questions about that.

19        Is this more of an observation on your point than

20   typically in Atkins cases that the I.Q. cut-off is 75?  Is

21   that what this is?

22   A    I think I go on to note that that test of intellectual

23   abilities are designed to tap the variety of intellectual

24   functioning.  They consist of subtests, assessment of an

25   individual's current level of cognitive functioning.  Is one

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods – Cross/McGovern

1   of the primary psychodiagnostic functions of intellectual

2   patterns of scores and performance of subtests may be of

3   interpretive significance as well.  I talk about the types of

4   cases.

5           And so, what I actually say here, and I go on to

6   say, in such in interpreting I.Q. scores there are times when

7   the results should be discounted or adjusted to correct for

8   possible confound or sources of error among which are the

9   anyone practice effect et cetera et cetera.  So, really, its

10  consistent with what the AAIDD says.  Its an approximate of 75

11  but not a hard-and-fast of 75.

12  Q   Okay.  Well, the sentence that I read that said in Atkins

13  cases that the I.Q. is supposed to be less than 75, was that

14  an inaccurate way that I read your sentence?

15  A   I'm sorry, would you please read it for me again.  As I

16  read the sentence, a score who 70 to 75 is typically used to

17  make that diagnosis in Atkins v. Virginia and other criminal

18  other proceedings where a diagnosis of mental retardation may

19  be relevant.  That's accurate.

20  Q   All right.

21          You would agree that that sounds a lot like somebody

22  named George Woods writing an article that says in Atkins

23  cases the I.Q. cut-off is 75; correct?

24  A   I would disagree, sir.  I would disagree.

25  Q   Okay, that's fine.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Cross/McGovern

1    I want to read to you the sum total of your entire

2 review of the I.Q. prong materials in this case as reflected

3 in your report.

4    At Page 21 of your report, Government's 11,050.

5    "Atkins I.Q. prong criteria.  For the reasons stated

6 in the report of Dr. James, Dr. Shapiro, and Dr. Olley which I

7 have reviewed and relied upon, Mr. Wilson meets the I.Q. prong

8 of the Atkins case."

9    Did I read that correctly?

10 A    That's correct.

11 Q    And you would agree in this 30-page, single spaced,

12 probably number eight font report, that you put together that

13 is the total of your review of the I.Q. prong of the mental

14 retardation evaluation; correct?

15 A    That's correct.

16 Q    And you would agree looking at this, and this is in

17 evidence already and I believe you attached to -- its attached

18 to your papers as well.  This is the Dr. James chart of all

19 the I.Q.s in this case.

20    Do you see that?

21 A    Yes.

22 Q    And you've seen that before; right?

23 A    I've seen the scores, yes.

24 Q    Okay.  And we've highlighted here the scores that the

25 defendant obtained in the various nine I.Q. tests that he's

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Cross/McGovern

1  had; right?

2  A    Yes.

3  Q    And you would agree that other than this December 5,

4  1994, I.Q. test, Mr. Wilson appears to be pretty much out of

5  the woods on the mental retardation prong one; correct?

6  A    No, sir, I would not agree.

7  Q    Okay.  But you would agree that that's a 71; right?

8  A    Yes.

9  Q    And that at least, according to your article, would put

10  you in the heartland of at least being able to have an

11  Atkins-type mental retardation evaluation; correct?

12  A    Yes.

13  Q    Okay.  And the 84 is probably not going to do it; right,

14  from January of 1989?

15  A    Well, I would disagree, sir.  I think that the article

16  describes what occurs in Atkins hearings but the AAIDD is very

17  clear that its an approximation.

18  Q    Okay.

19       So any one of these numbers, in your estimation,

20  could be good enough for it meet the criteria for prong one;

21  correct?

22  A    First of all, each of these needs to be statistically

23  adjusted for it to be appropriate.

24  Q    Of course?

25  A    So that would include the Flynn effect.

Woods – Cross/McGovern

1   Q    You Flynned them; right?

2   A    Right.  In each, certainly, no, these have not been

3   Flynned.  The Abramson set at 84 has not been Flynned.  The

4   Drezner has been Flynned.  The Aranov has eventually been

5   Flynned.  The Popp has not been Flynned.  The Drobb, yes.  I'm

6   sorry I apologize.

7   Q    That's okay.  You would agree, I guess looking at these

8   numbers, that I.Q. would be a very, very important issue in

9   this case?

10  A    Yes.

11  Q    Its a big determination that the Court has to make to

12  decide whether or not this young man is mentally retarded.

13  That's an important matter; right?

14  A    Its one, yes.

15  Q    Well, no, the whole issue of whether or not he's mentally

16  retarded is an important matter.  You would agree with that;

17  right?

18  A    I'm just hesitant to -- I do think that I.Q. is an

19  important factor for the Court to take into consideration, but

20  it also includes adaptive functioning as well.

21  Q    Absolutely.

22  A    Yes.

23  Q    Lets say the onset before 18 isnt really a prong at all,

24  isnt it?  Everybody can make that argument that they have an

25  onset before 18; right?

Woods - Cross/McGovern

1   A    No.  Well, in this particular case, is not an issue but

2   it can be.

3   Q    So we really have two issues here if I'm understanding

4   you.  Its the I.Q. prong and there's then adaptive functioning

5   prong?

6   A    Your.

7   Q    But you agree looking at these numbers that when you're

8   posting 84s and 78s and 80s and 84s and 76 and 80, I.Q. is

9   going to be very important.  Whether or not you agree with it

10  or not its going to be an important matter to be discussed in

11  this courtroom; correct?

12  A    Yes.

13  Q    But in your report you dedicate a sentence to it, right?

14  A    Yes.

15  Q    Okay.

16       And you've conducted interviews beyond just the

17  family members of the defendant, right?

18  A    Correct.

19  Q    You went out and you interviewed Arthur Popp; right?

20  A    Yes.

21  Q    And Arthur Popp is the person who did the I.Q. in 2000?

22  A    Correct.

23  Q    And you spent a lot time with him out at his school in

24  Far Rockaway?

25  A    I spent about an hour with him, yes.

Woods - Cross/McGovern

1    Q    And then you also went out and you interviewed Carla

2    Drezner in her living room out in wherever she is in

3    Long Island?

4    A    Yes.

5    Q    You sat with her for an hour, hour and a half?

6    A    Yes.

7    Q    And then you also interviewed Mr. Giglio?

8    A    Yes.

9    Q    Did you do that on the phone, or did you do that in

10   important?

11   A    I did that on the phone.

12   Q    And you interviewed Dr. Drobb; right?

13   A    Yes.

14   Q    And you spent some time over in his office; correct?

15   A    Yes.

16   Q    And then, Mitchell Frank, you viewed him as well?

17   A    Yes.

18   Q    And you did that where?

19   A    Over the telephone.

20   Q    So these times that you were out here on the East Coast

21   interviewing these professionals you were getting information

22   that you believe would be valuable to the question of what the

23   valid I.Q. is; right?

24   A    That and his developmental history.

25   Q    Come on, Dr. Popp doesn't know anything about his

Woods - Cross/McGovern

1  developmental history.  He took a I.Q. from him on one day in

2  January of 2000?

3  A    That's not correct, sir.  He had just come to the school.

4  When you look at Dr. Popp's -- when you look at Dr. Popp's

5  information, he described how he looked that day, described

6  things that were inconsistent like he loved reading and

7  science.  So all of that is developmental history.

8           I mean, just because someone is taking a test

9  doesn't mean that they don't have something to provide to you.

10  So it wasnt just a function of did you give him an I.Q. test

11  and what did it mean?  Each person that I talked to I tried to

12  ask them about their report and their background as well.  So

13  in that sense, it wasnt just about I.Q.

14  Q    Okay.  You've read the transcripts of this hearing;

15  correct?

16  A    Yes.

17  Q    And you realize that Dr. Shapiro didnt really speak to

18  I.Q., correct, he was speaking more about adaptive

19  functioning?

20  A    No that's not correct.

21  Q    As he wasn't cross-examined about I.Q., I'm sorry.  Do

22  you remember that?

23  A    Yes.

24  Q    And, Dr. Olley, he testified about adaptive functioning;

25  correct?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Cross/McGovern

1   A    Yes.

2   Q    And Dr. James discussed the I.Q.s in this case; correct?

3   A    Yes.

4   Q    And so, Dr. James, she came with you when you went to

5   meet with Dr. Popp?

6   A    No.

7   Q    She came with you when you went to meet Ms. Drezner?

8   A    No.

9   Q    Did she help out with the Giglio interview at least?

10  A    No.

11  Q    How about the interview of Dr. Drobb?  Was she there for

12  that?

13  A    No.

14  Q    And, Mitchell Frank, was she part of that interview?

15  A    No.

16  Q    Doctor, from your review of the transcripts, it appears

17  that she's the person whose testifying about the validity of

18  these I.Q.s on a very, very granular level; right?

19  A    And Dr. Shapiro.

20  Q    Okay.

21       But, Dr. James, who just testified in this courtroom

22  this morning, and over the weekend, she was not with you when

23  you were out interviewing these folks who gave who actually

24  gave the I.Q. test?

25  A    No.

Woods – Cross/McGovern

1  Q     Is there any truth to the statement that those

2  professionals were not made available to Dr. James?

3  A     I don't know that.

4  Q     When you wanted to go meet with them, did anybody at the

5  defense team say no, no, no, we don't want you to meet with

6  them?

7  A     No.

8  Q     You had access to whoever you liked; right?

9  A     Except for Ms. Guerrero, yes.

10  Q     Okay, except for Ms. Guerrero because she wouldnt come to

11  New York?

12  A     Because she wouldnt answer my telephone call.

13  Q     It was very difficult to get her on the telephone, wasnt

14  it?

15  A     I wasnt able to for a long time.

16  Q     And she would never call you back; right?

17  A     That's correct.

18  Q     You would leave messages for her?

19  A     I did.

20  Q     And then you do get to talk to her and she tells you that

21  she's been threatened in this case; right?

22  A     That was the first one that first interview.

23  Q     Did she tell you that she lied on her job application to

24  get the job that she has now in North Carolina?

25  A     No.

Woods – Cross/McGovern

1   Q    Did she tell you that she's actually met with

2   Judge Garaufis before?

3   A    No.

4   Q    Did she tell you that she attended the sentencing in

5   2006?

6   A    No.

7   Q    Did you ask her about these things, about whether anyone

8   else had contacted her?

9   A    Well, I knew that the Government had contacted her.

10  Obviously, from my first interview, which I did not recall,

11  but I didn't know if anyone else had contacted.

12  Q    Okay.  So, Doctor, beyond the P9 review you spoke to

13  Dr. Kulis; correct?

14  A    Correct.

15  Q    And Mr. Kulis told you that he believed that he had, I

16  think as you put it in your report, that he had a solid

17  program; right?

18  A    Yes.

19  Q    If he had any complaints about the way things were going

20  on over at that school during that period of time is because

21  of a lack of resources; right?

22  A    No, I would not say that it was a lack of resources.  I

23  think that was one of the issues.  I think Mr. Kulis

24  recognized later that, well, I should say that economic

25  resources but primarily other types of resources.  He didnt

Woods - Cross/McGovern

1    realize what a broad array of resources.  He certainly had

2    pure professionals and that type of training.  I mean, that

3    type he didnt have a broader base of resources so in that

4    youre right.

5    Q    He didnt complain about the psychologists who were

6    working with him at that school putting untruths in their

7    psychological exams; right?

8    A    Specifically untruths, no.

9    Q    Yes.  I mean, he had relatively nice things to say about

10   the psychologists who were working with him?

11   A    He said they were hard working and overworked.

12   Q    Okay.  But doing the right thing under the circumstances;

13   right?

14   A    I think that's accurate.

15   Q    Doctor, in your report, you review all of the notes and

16   the records that you saw and you end with the defendant's

17   release from Brookwood back in, I guess, November of 1999.

18   And that would be at Page 15 of your report.

19        And you said in your last paragraph on this matter

20   at Government's 11 044.  "After his discharge from Brookwood,

21   it is important to note that there were no follow-up plans

22   made for Ronell.  No support system to counter his cognitive

23   delays and adaptive functioning deficits.

24        As one always sees when the mildly mentally

25   retardation have no supports systems they cannot function

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods – Cross/McGovern

1    independently.  A disaster waiting to happen.  This was no

2    less true for Ronell Earl Wilson."

3           Do you remember writing that?

4    A    Yes.

5    Q    Fairly dramatic, is it not?

6    A    I don't think so.  I think it was pretty accurate given

7    the circumstances that we're currently in.

8    Q    Well, yeah, the circumstances we're currently in its

9    pretty obvious that the disaster happened?

10   A    Yes.

11   Q    And two people lost their lives in the middle of the

12   disaster; right?

13   A    That's correct.

14   Q    The question was really, as far as youre concerned as an

15   expert, is whether what that statement that you included in

16   your report whether or not its entirely accurate, so let me

17   see if I can unpack it a little bit.

18   A    Sure.

19   Q    You would agree that the literature and the testimony in

20   this case has been people with mild mental retardation are no

21   more likely to commit violent crimes than any other group of

22   people, right?

23   A    That's not my understanding of the literature, although

24   it is true that its a, again, a rare occurrence.

25   Q    Okay.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Cross/McGovern

1    So it's not your understanding of the literature but

2  you would agree that people who have mild mental retardation

3  committing acts of violence is a rare occurrence; right?

4  A    I would have to disagree, Mr. McGovern.  People that have

5  mild mental retardation often are disruptive, are agitated.

6  Do they, in fact, commit homicides, that's rare.  But do they,

7  in fact, have violent acts, that is not rare.

8  Q    All right.  So maybe I misheard your last answer.

9    Your view is that people who have mild mental

10  retardation are probably more likely to commit acts of

11  violence than people who don't, right?

12  A    There's a higher incidence of that kind of disruptive

13  behavior with people that even have mild mental retardation.

14  Its more common in moderate mental retardation, but even in

15  mild mental retardation you do see more disruptive behavior.

16  Q    You see more disruptive behavior?

17  A    Yes.

18  Q    A large percentile of more disruptive behavior?

19  A    Its really difficult to really identify in terms of mild

20  mental retardation because people who have mild mental

21  retardation don't come to the -- don't come to the resources,

22  different organizations, regional centers, et cetera as often

23  as people who have more severe mental retardation.

24  Q    Would you agree that a person who has a history of

25  conduct disorder and a history of oppositional defiance

Woods - Cross/McGovern

1    disorder and other learning problems, when they get released

2    from a secure facility that that person poses a higher risk of

3    disaster than a person with mild mental retardation just being

4    released into the community?

5    A    I can't really answer that question.

6    Q    Okay.  But your statement here about this being a

7    disaster waiting to happen, "and this was no less true for

8    Ronell Earl Wilson," you would agree that's a little bit of a

9    flowery overstatement of what we're talking about her?

10   A    I don't think so, sir.

11   Q    Doctor, I would like to talk to you about your meetings

12   with the defendant.  You said that you did a full

13   neuropsychiatric mental status examination?

14   A    Yes.

15   Q    And in your report you note that essentially the

16   defendant looked okay when you met with him?

17   A    In terms of hisser external appearance.

18   Q    Mm-hmm?

19   A    Yes.

20   Q    Okay.  And that he sounded okay to you, like, when he

21   spoke to you?

22   A    He was a bit slowed.

23   Q    On Page 17, just talking about these communication issues

24   that you identified.  On Page 17, the top paragraph, you said

25   that the defendant had multiple paraphrasic errors?

Woods - Cross/McGovern

1    A    Correct.

2    Q    On the Montreal Cognitive Assessment, he said, "I know

3    John was always one to help today" instead of "I know that

4    John is the one to help today."

5    A    Yes.

6    Q    That's not a paraphrasic error, is it?

7    A    Yes.

8    Q    Isnt a paraphrasic error where you used two different

9    words that sound the same and use them out of context?

10   A    That can be a paraphrasic error.  A paraphrasic error is

11   also inserting or deleting words in a sentence.

12   Q    Okay.  Mr. Wilson, in that interview, described himself

13   as being a germophobe?

14   A    Correct.

15   Q    You would agree that's unusual for someone who's in

16   prison; right?

17   A    No.

18   Q    Its your experience, other than Atkins cases, dealing

19   with folks who are incarcerated?

20   A    Yes.

21   Q    So you've done a lot of interviews of people who are in

22   jail?

23   A    Yes.

24   Q    And you've come across a lot of germophobes during your

25   time interviewing people in jail?

Woods - Cross/McGovern

1  A    People that are excessively clean, yes, not necessarily

2  to use that term.

3  Q    This is a gentleman, the defendant, who you describe as

4  being having the vocabulary of a fifth grader; right?

5  A    Yes.

6  Q    And he's using words like germophobe on you; right?

7  A    Germophobe is not a word.  But it is -- it does

8  accurately describe what he is talking about, being afraid of

9  germs.

10 Q    So he has no problems expressing himself correctly?

11 A    In that one word, yes.

12 Q    And you'd agree that's a polysyllabic word?

13 A    Correct.

14 Q    And that's indicative of his ability to at least use

15 terms that are sort of inconsistent with someone who would

16 only be at the level after fifth grader; right?

17 A    Absolutely not, that is the level of a fifth grader.

18 Q    Okay.

19        You know that Dr. Shapiro and Dr. Olley have

20 testified about the defendant having a history of hygiene

21 problems; correct?

22 A    Yes.

23 Q    And you would agree that someone who is a self-professed

24 germophobe is probably not the type of person who is having

25 hygiene problems; correct?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Cross/McGovern

1  A     That's correct.  I think that if you look at it from a

2  temporal point of view.  As I say in my report, there are

3  other times that he was described as having problems with his

4  hygiene.  But I also noted that there were times when he was

5  doing very well and was seeing him in prison doing very well

6  having everything given to him.

7  Q     Well, what you see in prison is a person who looks pretty

8  well looked after; right?

9  A     That's exactly it, he looks well looked after.

10 Q     He has -- his shoes are always immaculate; right?

11 A     Yes.

12 Q     His prison outfit is always ironed?

13 A     I can't really say.  When I've seen him, he certainly has

14 had everything physically together.

15 Q     All right.  And I know that youre saying that you've

16 heard from some other folks like Monica Cook or some other

17 family members that he had a problem, you know, changing his

18 clothes back in, you know, several years ago; right?  Is that

19 what youre referring to?

20 A     I'm referring to the Brookwood records where Mike Hall

21 describes him having problems with his hair.  Naida Washington

22 and Viera describe him as having difficulty with his hygiene

23 over time.

24         So it wasnt really Monica Cook it was people

25 although she did say it as well.  It was really people within

Woods - Cross/McGovern

1 the Brookwoods records that described him having that problem.

2          Also, early on in 1994, when he was young, they

3 described him in the hospital.  They describe him as having

4 difficulty maintaining his hygiene.  So it really wasnt just

5 Monica Cook.  Although, within the prison setting, he has

6 obviously done very well?

7 Q    So whatever problem he may have had with hygiene in the

8 past that perhaps Dr. Olley and Dr. Shapiro have talked about

9 and now you've talked quite a bit about he appears to have

10 grown out of that; right?

11 A    Grown out of it is not what I would say, sir.  What we

12 really say is he is in a structured environment where he

13 doesn't have to think about those things.

14          Mr. Wilson's tendency is to respond to structure and

15 that certainly has been what's true in prison.  And so, he

16 doesn't have to look for these things.  Its the kind of

17 supports that you see that make mildly mentally retarded

18 people look very well and do well.

19 Q    So he hasn't grown out of it.  He's certainly changed

20 from the way that he used to be, yes or no?

21 A    I'm sorry, its not a yes-or-no question.

22 Q    Okay.  Then Ill withdraw it.

23          So, anyway, you also talked about him suffering from

24 something called grandiosity, correct?

25 A    Yes.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Cross/McGovern

1   Q    And by grandiosity you mean what?

2   A    The cloak of competence.  By grandiosity, I mean him

3   telling Dr. Popp his favorite things to do are reading and

4   science; or, by grandiosity, a cloak of competence.  I think

5   some of the ideas of writing a book or writing a screenplay.

6   Q    Yes.  Grandiosity; right?

7   A    Cloak of competence, grandiosity.

8   Q    Grandiosity means its an internal feeling that or, excuse

9   me, an external sort of sense that youre doing bigger things

10  than you are.  Projecting that youre doing bigger things than

11  youre are; right?

12  A    That's not it at all.

13  Q    Let me see if I can ask another question.

14       You say that one of the elements that leads you to

15  believe that he's got a cloak of competence --

16  A    Yes.

17  Q    -- is that he's claims he's writing a book; right?

18  A    Not that he claims that he's writing a book because he

19  does say that he's writing a book.  But the quality with which

20  he describes writing a book.

21  Q    Well, if he's writing a book and he tells you that he's

22  writing a book, that's not grandiosity, is it?

23  A    Well, given someone that has such difficulty writing

24  consistently I would find it unusual and perhaps a little bit

25  excessive to think of him writing a book.

Woods - Cross/McGovern

1   Q    So you dug in, right, and you looked to find out if he

2   was actually writing a book?

3   A    I talked to him about what the book was about.

4   Q    Did he give you a copy of the manuscript?

5   A    He did not give me a copy of the manuscript.

6   Q    You know he has a copy of the manuscript; right?

7   A    Yes.

8   Q    Okay.

9        But this is what I was talking to you about before,

10  Doctor.  When youre interviewing the defendant, youre taking

11  him at his word; right?  So when he tells you that he's

12  writing a book, you interpret that as grandiosity; right?

13  A    No, sir.  When he told me about the manuscript and about

14  the book, again, we are looking at someone that has supports

15  to do these things.  He has -- its the same thing with his

16  Facebook page or his e-mails.

17       His Facebook page, for example, he has someone I

18  believe in Turkey that is actually helping him put this

19  together.  That is helping him in, certainly, when someone

20  writes a book they are helping putting this together.  But

21  this is the kind of thing that someone with mild mental

22  retardation can only do with significant supports.

23  Q    Okay.  Did you call Turkey to find out about this, about

24  the Facebook page?

25  A    No.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods – Cross/McGovern

1   Q    Would you be surprised that Houston is not in Turkey, its

2   in Texas?

3   A    Okay.  Then I apologize.

4   Q    Okay.  So you would agree that based on your

5   investigation you don't know how he's running this Facebook

6   page; correct?

7   A    No, no, no.  The fact that I got the geography wrong

8   doesn't mean I got the supports wrong.

9   Q    Lets talk about the supports.

10           Don't you believe, or would you agree, that it takes

11   a certain level of abstract thinking to be able to run a

12   Facebook page from prison?

13   A    Absolutely not.

14   Q    Okay.

15           Well, you would agree that he doesn't have access to

16   the Internet while he's in jail; right?

17   A    That's correct.

18   Q    Okay.

19           And he's been in jail since March of 2003; right?

20   A    That's correct.

21   Q    So the only way that he knows anything about Facebook is

22   either people have told him about Facebook; right?

23   A    Perhaps.

24   Q    Or people have or he's seen something about Facebook on

25   television while he's staying in jail watching television;

Woods – Cross/McGovern

1    right.

2    A     There are multiple ways that he could have found out

3    about Facebook.

4    Q     One of the ways that he wouldnt have found out about it

5    is by actually logging on to a computer and going to a

6    Facebook page; correct?

7    A     That's probably correct.

8    Q     So you don't agree that it takes a fair amount of high

9    thinking to be able to conceptualize the idea of Facebook and

10   then orchestrate it from a position where you have absolutely

11   no access to the page?

12   A     Its actually just the opposite, sir.  A person, you see,

13   Facebook and other types of social media that are consistently

14   used by people that don't have access.  They may not be in

15   prison but they maybe cognitively impaired.  There are

16   multiple ways in which people that don't have that kind of

17   access can work on, find Facebook, can work on Facebook, can

18   maintain a Facebook page.

19         It takes absolutely none of this higher thinking as

20   you describe it to be able to maintain a Facebook page once

21   you have supports and that's what he has.  He has supports.

22   Q     Given all that, you agree that a person with mental

23   retardation just like an average fine, thinking person could

24   run a Facebook page from jail?

25   A     He's not running the Facebook page.  He is, and I

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Cross/McGovern

1    apologize about the geographical mistake.  He has a

2    intermediary that is helping him with a Facebook page.  So, in

3    that sense, its no different than any type of mildly mentally

4    retarded person that is able to develop supports to help him

5    do these types of things.

6    Q    And you've reviewed the Facebook page; right?

7    A    I think I looked at it perhaps when I first interviewed

8    him but I have not looked at it lately.  I don't recall --

9    actually, I don't recall looking at it.

10   Q    You realize that he's the one who makes the decision of

11   who is allowed to come on to his Facebook page and who is not

12   allowed to come on to his Facebook page?

13   A    Sure.

14   Q    You would agree that the people who contact him on

15   Facebook, many of them haven't had contact with him in over

16   ten years; right?

17   A    Sure.

18   Q    And you would also agree that based on your review of the

19   e-mails, of course, that you've seen evidence that he's able

20   to actually remember people from ten years ago and decide

21   whether or not they should be his friend on Facebook or not be

22   his friend on Facebook?

23   A    There's no reason why a person with mental retardation

24   would not be lab.

25   Q    Well, don't people with mental retardation suffer from

Woods – Cross/McGovern

1  memory problems?

2  A    I'm sorry, these are the types of broad generalizations

3  that really are inaccurate when youre trying to determine

4  whether someone has mild mental retardation.

5         A person that has mild mental retardation may or may

6  not have memory problems.  The types of memory youre talking

7  about in terms of long-term memory is the most solid type of

8  memory.  So they may be remembering someone from a long time

9  ago rather than someone more recently so that's not accurate.

10 Q    Okay.

11        And so, when I ask you a question about whether

12 people with mental retardation suffer from memory deficits.

13 Typically, your answer is that they don't?

14 A    No, my answer is it depends upon the person.

15 Q    Okay.

16 A    It depends upon the type of memory deficits there are

17 multiple types of memory deficits.

18 Q    In your report, you say that the defendant doesn't have a

19 sense of humor.

20 A    I wasnt able to elicit a great sense of humor.

21 Q    Were you telling him jokes and he wasnt getting them?

22 A    I was actually reading things to him to see.

23 Q    Okay.

24        And when you read him funny things he didnt seem to

25 understand them.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Cross/McGovern

1     Is that what your testimony is?

2  A    There were some that he seemed to understand, those that

3  were pretty straightforward.  Others that were more abstract

4  he had difficult with.

5  Q    And he would often miss of point of jokes according to

6  you?

7  A    At times.

8  Q    And so you've listened to the phone calls in this case;

9  right?

10  A    Yes.

11  Q    You would agree that in listening to the phone calls,

12  apparently, he has no laughing about what people are saying on

13  the telephone; right?

14  A    Yes.

15  Q    Maybe he's not getting the jokes that youre telling him,

16  but you would agree that on that's telephones calls he seem to

17  be getting a lot of jokes; correct?

18  A    No.

19  Q    Your review is different than that?

20  A    What?

21  Q    Your review was different than that?  You find it

22  different?

23  A    Telling a joke is a different skill than having a

24  conversation and laughing at the context of the conversation

25  of what's going on.  Telling jokes are noncontextual.  Having

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods – Cross/McGovern

1     a conversation and talking with someone, and you know what's

2     going on, and that's a much different linguistic phenomenon

3     than telling thor a joke.

4              Telling a joke, you got to hold the joke in your

5     mind.  You've got to understand the context of the joke, and

6     you got to get the punch line.  When youre talking with

7     someone, there's a context that is ongoing that may allow you

8     to understand what's going on or not.  They're very different

9     situations.  They're very different situations.

10    Q    Okay.

11             So he's not able to engage in something we refer to

12    as like repartee, right?

13    A    I've seen where he has engaged in repartee.

14    Q    Just so we can put this one in the rearview mirror.  Your

15    sworn testimony is, based on what you saw, his sense of humor

16    is a little off; right?

17    A    I see where he's engaged in repartee.  I do believe that

18    his sense of humor in terms of telling jokes is not good.

19    Q    Did you put in your report that the defendant had a

20    difficult time with providing a full medical history of his

21    times in the hospital and other exams and times in school?

22    A    I don't recall.  I do recall, on Page 18, Mr. Wilson can

23    describe his physical status in terms of his current health

24    status.  He is not able to provide any information about his

25    past medical history.  He can could not provide names of

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Cross/McGovern

1  previous medications or illnesses such as the meningitis.  He

2  cannot provide periods of hospitalization, particularly,

3  psychiatric hospitalization.  He was unable to provide

4  previous diagnoses both physical and psychiatric.

5  Q    Okay.  And so, you took him at his word when he said, I

6  can't remember any of this.  You thought that that was an

7  accurate statement; correct?

8  A    Except for his hiatal hernia.  I thought it was pretty

9  accurate and I did not put that in my report.

10  Q    That he was pretty accurate about his history or not?

11  A    About his history.

12  Q    He was accurate about his history?

13  A    In terms of his hiatal hernia, yes.

14  Q    But otherwise, he couldn't tell you anything about what

15  his prior history of psychiatric or psychological history was,

16  right?

17  A    He knew that he had been psychiatrically hospitalized but

18  he could not provide the names of medications.  He could not

19  provide the periods of hospitalization.  He knew that he had

20  been psychiatrically hospitalized, but the particulars were

21  what he was not able to provide.

22  Q    And that was unusual; correct?

23  A    Correct.

24  Q    You would expect a person, an average person, to be able

25  to sit down with you in a visiting room in a jail and tell you

Woods - Cross/McGovern

1    every hospitalization that they've had or what medications

2    they took; right?

3    A    No, not every.

4    Q    But a lot of them; right?

5    A    They would be able to give me a much more thorough

6    history than the history that he was able to give me.

7    Q    Did you review Dr. Patterson's report?

8    A    Yes.

9    Q    Did you see in Dr. Patterson's report during the same

10   type of examination that you were doing here only on one

11   occasion rather than six that Dr. Patterson asked the

12   defendant for a history and he recounted essentially his

13   entire medical history and academic history?

14   A    Actually, that's not accurate.  For example, with

15   Dr. Patterson, he recounted only one of his medications maybe

16   two.  He recounted some Prozac but he was on a number of other

17   medications.  I don't recall him recounting the specific

18   periods of his hospitalizations.  So I'd like you to show that

19   no me if you could in terms of his complete history.  I don't

20   recall that in Dr. Patterson's report.

21   Q    If you don't recall it that's fine.  These -- this

22   history of medications that he was taking?

23   A    Yes.

24   Q    These are medications where he's taking between the ages

25   of, like, 6 and 12, am I right?

Woods - Cross/McGovern

1    A    I believe up to about 13, that's correct.

2    Q    And so his inability to recall what he was taking Ritalin

3    and imipramine or whatever that is.  When he was six years

4    old, seven years old, eight years old, nine years old, ten

5    years old, 11 years old, 12 years that's significant to you;

6    right?

7    A    Six years old, no.  Seven years old, no.  Eight years

8    old, no. 9, 10, 11, 12 years old, yes, particularly since he

9    took these medications, particularly he took the Ritalin and

10   the imipramine for a significant period of time.

11   Q    Wasnt the problem is that you saw in his records that

12   people in his family were discouraging him from taking the

13   medications?

14   A    There were times when they were discouraging him.  There

15   were other times when they were encouraging him to get his

16   medications.  So it was really both cases.

17   Q    So at least there's some evidence that if he was

18   prescribed these medications there was some people in his

19   immediate family telling him not to take them; right?

20   A    And also to take them.

21   Q    Okay.

22        And so that would be something that you might want

23   to consider when youre considering the significance of his

24   knowledge of what medications he's been prescribed as a little

25   boy; right?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Cross/McGovern

1   A    I'm sorry, I don't see how them telling him not to take

2   them would keep him particularly as a latency age person from

3   knowing what he was to take.  I particularly like the Ritalin

4   which he was taking for a long time.  He was taking it in

5   school as well.

6   Q    You would imagine as six and seven-year-old he's not

7   going to CVS and picking up his prescription?

8   A    As I six or seven seven-year-old.

9   Q    Eight or nine or ten-year-old.  He's not going to a

10  pharmacy and picking up his own medications; right?

11  A    That's correct.

12  Q    So there's some adult involved in this equation; correct,

13  about in whether he get medication?

14  A    That's correct.

15  Q    So if there's evidence in this record that the folks who

16  were supposedly giving him his medication weren't giving it to

17  him at all that's significant about whether or not he has a

18  full inventory or a knowledge of a full inventory of his

19  medications; right?

20  A    But its also not accurate that they were not giving it to

21  him at all.  He was getting his medications from the school.

22  There were nurses there that were to give him his medications.

23  He was also given his medication as all because there were

24  side effects that the family was complaining about.  So the

25  idea that he was not getting them at all was not accurate.

Woods - Cross/McGovern

1    Q    Okay.  In the judgment section of your report you said

2    that Mr. Wilson was extremely gullable.  Multiple persons and

3    documents attest to his vulnerability.  Mr. Giglio and

4    Mr. Hall discussed Mr. Wilson claiming Bloods membership when

5    he was, in fact, not a Blood, nor will the Bloods acknowledge

6    him that he was part of the gang; right?

7    A    That's correct.

8    Q    And so you know that he is a member of the Bloods; right?

9    A    He was a member of the Staten Island group, not of the

10   Brookwood group.  They're different groups.

11   Q    So it was -- so maybe I misunderstood this.  He was

12   claiming Blood membership when he wasnt a Blood; right?

13   A    In the Brookwood group.  He was as a like flagging or

14   whatever they call him in the Brookwood group.  And Mr. Hall

15   specifically talked about the Brookwood gang group were not

16   accepting him because he was not a Blood in that group; and

17   so, they were not accepting him and that was the problem.  He

18   was becoming a problem because he was claiming to be a

19   Brookwood, whatever they called it, Blood.  So the idea that

20   all Bloods and all blood groups are interchangeable is not

21   accurate.

22   Q    But as you sit here today you understand that he's a

23   member of the Bloods?

24   A    He was certainly a member of the Staten Island Bloods as

25   I recall.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Woods - Cross/McGovern

1    Q    Okay, the Staten Island Bloods.  He was a member of the

2    Staten Island Bloods?

3    A    As I recall.

4    Q    And that he's currently a high-ranking member in the

5    Bloods, do you understand that?

6    A    I don't understand that.

7    Q    Okay.

8         But putting this in your report to the Court that he

9    was claiming Blood membership when he was, in fact, not a

10   Blood that's a little misleading?

11   A    That's exactly what was happening and that's exactly how

12   Mr. Hall described it to me because he described him as

13   flagging in Brookwood and the other members of the gang in

14   Brookwood were not willing to accept him and it was becoming a

15   problem.  That's exactly how he described it.

16   Q    And that's exactly what your report doesn't say; right?

17   A    Yes.

18   Q    Your report doesn't say that your report says that he was

19   claiming to be a Blood when he wasnt a blood.  Did I misread

20   that?

21   A    You did not misread that but within the context of

22   Brookwood, yes.

23   Q    When did you get this more fulsome explanation of the

24   intricacies of his Blood membership was this a phone call that

25   you made last week?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

1604

Woods – Cross/McGovern

1    A    No, sir, it was not.

2    Q    So it appears that when youre evaluating him you realize

3    that he's a long-term member of a violent street gang and

4    youre not really saying that in your report.  It doesn't say

5    that in your report, does it?

6    A    It says exactly what Mr. Hall described to me.  He was

7    flagging as a Blood.  They said he was not a Blood, they would

8    not let him in.  They saw that as a function of his attempts

9    to be part of this group that they were not allowing him to be

10   a part of.

11            (Continued on the next page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Woods - Cross/McGovern

1    BY MR. McGOVERN:

2    Q    Okay.  Under your understanding of personal roles and

3    responsibilities --

4    A    Yes.

5    Q    -- you said that he understood that a man who had his

6    arms cutoff couldn't sign a check?

7    A    Yes.

8    Q    And he understood that was impossible.  That was pretty

9    good.  Right?

10   A    Pretty good?

11   Q    Well, he got it right.

12   A    He got it right.

13   Q    Okay.  He also got it right that if someone died as a

14   result of the flu, they couldn't get the flu again.  Right?

15   A    Yes.

16   Q    He got that right.  But he wasn't able to answer your

17   questions about the relationship between the gulf stream and

18   the iceberg.  Right?

19   A    That's correct.

20   Q    And that's because he had no idea what the gulf stream

21   was.  Right?

22   A    That's correct.

23   Q    He didn't even know that much about the iceberg.  Right?

24   A    That's correct.

25   Q    Wouldn't you agree that those types of questions are hard

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Cross/McGovern

1    for somebody who doesn't really have that much formal

2    education?

3    A    I think it's hard for someone that has -- that is mildly

4    mentally retarded -- may I finish.

5    Q    No, please.

6    A    That's mildly mentally retarded and doesn't have the

7    information, lack of information base.  I don't think it

8    necessarily relates to education.  I think it relates more to

9    someone's willingness to educate themselves, watch TV.  I see

10   guys in jail that watch the various documentaries, discovery

11   channel, et cetera, they may have that information.  He did

12   not have that information.

13   Q    All right.  So he got -- that was evidence that you put

14   down about his failure to understand personal roles and

15   responsibilities.  Right?

16   A    No.  Actually, what I said was he also did not have

17   enough data to answer questions about the gulf stream melting

18   the iceberg; I did not count that in the negative.  I said he

19   did not have enough data to answer the question.

20   Q    You put it in your report because you thought it was

21   significant.  Right?

22   A    I said he also did not have enough data to answer the

23   question.  I did not say that somehow cognitively he was too

24   impaired to answer the question.  I said he did not have

25   enough data to answer the question about the gulf streams

Woods – Cross/McGovern

1   melting the iceberg.

2   Q    So for the reader of this report are we supposed to take

3   this as a positive about him or negative, that he doesn't have

4   enough data about the gulf stream and the icebergs?

5   A    It's actually neutral.  He doesn't have the data.

6   Q    Okay, it's neutral.

7         So you then ask him questions that you -- you asked

8   him to count backwards from 103, starting with 100, by sevens.

9   A    I asked him to start at 100 and count backwards; and his

10  first response was 103.

11  Q    So you asked him to count from 100 backwards by sevens.

12  Right?

13  A    Correct.

14  Q    And the -- and he started with 103?

15  A    Yes.

16  Q    Okay.  Did it cross your mind that he might be

17  malingering at this point?

18  A    Absolutely not.

19  Q    Because a person with mild mental retardation when you

20  say start at a hundred, it wouldn't be unusual for them to

21  mess up the very basic instruction of what you just asked them

22  to do.  Right?

23  A    Mr. Williams [sic] had difficulty with multiple

24  instructions, although he could get them eventually correct.

25  And if you look at the rest of the instructions that I gave

Woods – Cross/McGovern

1    him, once I gave him instruction or gave it to him again, he'd

2    be able to do it.  Even in this circumstance.  Even though he

3    started at 103, and got it incorrect, got to 93 he took ten

4    off, he actually got it from that point on.  So that's not

5    consistent with someone that's attempting to malinger.  As I

6    went through my mental status examination, there was no

7    evidence of him attempting to feign responses.

8    Q    You didn't test him for malingering.  Right?

9    A    You mean did I use a malingering instrument?

10   Q    Yes.

11   A    I don't use malingering instruments.

12   Q    All right.  Did you -- have you -- you read the testimony

13   of Dr. Drob in this case.  Right?

14   A    Yes.

15   Q    Dr. Drob testified on cross-examination that based on his

16   review of the defendant's RBANS test on the list naming of the

17   potion of the RBANS test --

18   A    Yes.

19   Q    -- that the defendant did poorly on the list naming

20   portion of the RBANS test.  Did you agree with that?

21   A    I don't recall that.  Could you show that to me.

22   Q    Well, how about this:  From your review of Dr. Drob's

23   testimony, did you read that Dr. Drob had concerns based on

24   what he was shown in this courtroom about the defendant

25   malingering on some of the tests or potential malingering on

Woods - Cross/McGovern

1    some of the tests that he had administered to him back in

2    2003?

3    A    I don't recall Dr. Drob having questions about

4    malingering.  I'd be more than willing to look at his

5    report --

6    Q    That's fine.

7                And then on executive function you asked the

8    defendant if he believe flying from New York to California was

9    fewer miles as well as shorter time than driving -- excuse me.

10   He believed that flying from New York to California was fewer

11   miles as well as shorter than -- a shorter time than driving?

12   A    That's correct.

13   Q    And that is that wrong?

14   A    He believed flying from New York to California was fewer

15   miles as well as a shorter time when you were driving.  So he

16   believed that flying was not only fewer miles but, of course,

17   that it was a shorter time.

18   Q    I don't want to reveal too much here.  Is he wrong or is

19   he right on that one?

20   A    Yeah, he -- he's correct in a sense, that -- that he

21   believed that flying from New York to California was fewer

22   miles.  That's correct.  What he -- that's correct.

23   Q    Okay.  That's a hard question, isn't it?

24   A    How far is it from California to New York?

25   Q    Is it fewer miles flying from California than driving to

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods – Cross/McGovern

1  California?

2  A    That was not the question that I asked.  The question

3  that I asked is how far is it from California to New York, the

4  rest of it was his response.

5  Q    Okay.  Well, you then criticize his response when you

6  asked him how he would get from Staten Island to

7  Colleen Brady's office.  Right?

8  A    Yes.

9  Q    And basically he said, you take the ferry or he was able

10  to get -- he was able to get to the subway and said, then you

11  take the subway that takes you to Colleen's office.  Right?

12  A    Yes.

13  Q    He's been in jail since 2003.  How does he know where

14  Colleen Brady's office is?

15  A    He didn't know the trains to get from the ferry to

16  Manhattan -- I mean, in order to get to Manhattan.  He had

17  come to Manhattan with Monica Cook over the course of a year,

18  a year and a half.  She had to actually stay on the telephone

19  with him to get him from Staten Island to Manhattan to Harlem.

20  Q    Okay.

21  A    So it wasn't that I expected him to go directly to

22  Colleens office.  What I did expect him to be able to give me

23  the accurate trains.

24  Q    All right.

25         Doctor, I'm just asking these questions because some

Woods - Cross/McGovern

1  of these questions appear to be hard questions to answer.  Do

2  you think that these are hard questions to answer?

3         You could say yes or no.

4  A    It depends on the question.

5  Q    That question about how he got to Colleen Brady's office,

6  you would agree that's not a good question for a person who's

7  been in jail for the last ten years.  Right?

8  A    I don't think it would be a problem for him to tell me

9  how to get from the ferry and give me a train number or letter

10 to Manhattan.  Did expect him to give me the exact location to

11 Colleen Brady's office.  I would have been more than willing

12 to accept direction to Manhattan.

13 Q    You have no information about what he knows about lower

14 Manhattan.  Right?

15 A    Getting to Manhattan?

16 Q    Yeah.

17 A    He got to Manhattan fairly often with Monica Cook.  She

18 lived in Harlem.

19 Q    But where is Colleen Brady's office?

20 A    It's in lower Manhattan.

21 Q    You had absolutely no credible data that suggested that

22 that defendant has been to Colleen Brady's office, ever, in

23 his life.  Right?

24 A    I didn't anticipate him getting to Colleen Brady's

25 office, I anticipated him getting to Manhattan.  I knew he

Woods - Cross/McGovern

1    could not get to her office.  It was getting to Manhattan that

2    was the issue.

3    Q    But your report --

4    A    Because --

5    Q    -- report is critical of his statements about taking

6    this -- going to the subway and then taking whatever subway

7    goes to Colleen Brady's office.  Right?

8    A    Actually, when I said this to him, when I gave this to

9    him, I was asking for specific, how do you get to Manhattan.

10   And he gave me, getting on the ferry.

11             You get to the ferry.  You take the subway.  That's

12   all he could tell me.  I credited him for that.

13   Q    Okay.  In abstraction, you said that he knew that a

14   banana and an orange were both fruit.  Right?

15   A    Yes.

16   Q    And he understood that a bicycle and car were both forms

17   of transportation?

18   A    Correct.

19   Q    However, he said that a watch and ruler, both in

20   quotations, had numbers?

21   A    Correct.

22   Q    What was the right answer?

23   A    They both measure.

24   Q    So that's the answer you wanted?

25   A    Yes.

Woods - Cross/McGovern

1   Q    You would agree that that's a difficult question, is it
2   not?
3   A    I would not agree, sir.  I would not agree.
4   Q    That --
5   A    What we're really seeing, what we're really seeing here
6   in his executive functioning, is going from simple answers to
7   more complex answers.  That's exactly what the mental status
8   is about.
9        You provide him with relatively simple answer --
10  questions, and then you walk down into more complex questions
11  to determine what his level of cognitive function is.
12  Q    Okay.  And you did a full adaptive workup on this
13  defendant.  Right?
14  A    Oh, no.
15  Q    No?
16  A    Oh, no.
17  Q    You didn't?
18  A    Oh, no.
19  Q    So you would have liked to have done more?
20  A    Not adaptive functioning.  On him?
21  Q    Yes.
22  A    No.
23  Q    Not with him, you didn't do an adaptive functioning
24  interview with him.  Right?  That would be forbidden?
25  A    Right.

Woods - Cross/McGovern

1   Q    So what you did was you did an analysis or assessment of

2   his adaptive functioning.  Correct?

3   A    Yes.

4   Q    By talking to all those folks that you described to us on

5   cross-examination.  Correct?

6   A    I'm not sure who all I described, but yes.

7   Q    Okay.  And we've already talked about some of the bias

8   issues that people who -- who you interviewed may have had.

9   Right?

10  A    I don't think we've discussed it.  You mentioned that

11  they may have bias.

12  Q    But you didn't deal with that in your analysis in your

13  report, that these people may be biased in his favor so as to

14  give him ratings that may help him avoid the unfortunate

15  punishment that he could potentially be facing in this case?

16  Right.

17  A    I did that as part of my analysis.

18  Q    Okay.  And did you account for the failure of his

19  opportunity to have certain types of adaptive functioning?

20  A    Yes.

21  Q    Right.  I mean, the AAIDD says in it that when you

22  assessing adaptive functioning, you have to assess whether or

23  not the person has had the opportunity to be involved in

24  certain functions.  Correct?

25  A    Yes.

Woods - Cross/McGovern

1   Q     And you did that in your report.  There are areas that

2   you knocked out that said he doesn't have deficits in that

3   area because he didn't have the opportunity to live alone or

4   to work.  Did you do that in your report?  I didn't see that.

5   A     I don't see where those -- you'd have to be more

6   specific.  I don't see where those deficits would be.

7   Q     Well, is it your view, then, that he had all the

8   opportunities that would have permitted him to participate in

9   all the functions that the AAIDD contemplates?

10  A     He certainly -- if you're being specific about -- because

11  the AAIDD does not, for example, does not say that one has to

12  live alone.  They say you have to live independently.  That's

13  different than living alone.

14  Q     But he didn't do that.  Right?

15  A     Live independently?

16  Q     Yes.

17  A     He lived with Monica Cook, he lived with Vanessa, he

18  lived with his mother.  Those are -- that is not living alone,

19  but it gives you an opportunity to evaluate how he functions.

20  You don't have to live alone.

21  Q     But you found deficits for him in home living.  Right?

22  A     Absolutely.

23  Q     Absolutely.  Okay.  So the fact that he didn't ever

24  actually live alone was not a bar to you finding a deficit in

25  home living.  Correct?

Woods - Cross/McGovern

1    A    Because living alone is not the bar.

2    Q    Okay.

3    A    Living independently is the bar and then looking at -- if

4    he is living with someone, looking at how he functions with

5    that person.

6    Q    Do you -- beyond that --

7    A    I'm sorry, may I finish.  I apologize.

8    Q    Oh, I thought you were done.

9    A    Yeah, it's not living alone, it's living independently.

10   You can live independently with another person.  You could

11   have a roommate.  You can share things with a roommate.  You

12   could have a loved one.  You can share things with a roommate,

13   with that loved one.  That can be an independent living.  It's

14   not living alone necessarily.

15   Q    Okay, you finished with that one?

16   A    Yes.

17   Q    Okay.  You also failed to account for later deficits.

18   Right?

19   A    Well, first of all, I don't think I failed to account for

20   that.  I apologize if I misunderstood.  I did account for that

21   and perhaps you -- maybe I didn't make myself clear.  But I

22   did account for it.

23   Q    Let me make myself clear.  I'm talking about the fact

24   that Lillian Barnes, by her own admission, says that she

25   believes that she's got intellectual disability.

Woods – Cross/McGovern

1   A     That's not what she said.

2   Q     She said she's intellectual deficit?

3   A     She said she was intellectually limited.

4   Q     By intellectually limited, you take that to mean that she

5   was mentally retarded?

6   A     No.  I took that to mean that she had limitations.  She

7   only went to the ninth grade.  However, she was able to get a

8   driver's license.  She certainly was able to interact with

9   Mr. Wilson's school, as well as his hospital.

10        But she saw herself as not being able to provide

11  things like academic help for him.  So that's what I see as

12  being intellectually limited in the way that she describe it.

13  Q     So intellectually limited, in that she only went to the

14  ninth grade.  Right?

15  A     And she had academic difficulties?

16  Q     Okay.  Did the defendant's mother go much further than

17  ninth grade?

18  A     No.  I think she actually went to maybe ninth or

19  tenth grade.

20  Q     All right.  And did you find -- did you state in your

21  report that she had intellectual limitations?

22  A     I didn't believe she had intellectual limitations.

23  Q     So upon meeting Ms. Barnes, you as a trained psychiatrist

24  felt that there was some corroborating evidence that she had

25  intellectual limitations.  Correct?

Woods - Cross/McGovern

1    A    She told me that.

2    Q    Well, she told you and then you observed her and spoke to

3    her, what appears to be several hours, and you -- what you saw

4    corroborated with what she told you.  Right?

5    A    To some degree, yes.

6    Q    And so whatever she told you, you put in your report as

7    well.  You have numerous references to what Ms. Barnes told

8    you about the defendant's adaptive abilities.  Right?

9    A    Yes.

10   Q    And you just reported whatever she said about his, his

11   ability to go to school or his ability to do different

12   functions around the house, you reported that in your report.

13   Right?

14   A    I'm not sure I reported whatever she said but I tried to

15   report some things that she said.

16   Q    And you think that's perfectly fine, to take a person

17   that has intellectual deficits themselves and use them as a

18   reporter on whether or not the defendant suffers from

19   intellectual deficits?

20   A    I absolutely think that it's perfectly fine to use

21   someone that is able to give an accurate history that is able

22   to describe to them how their deficits interacted.  She said

23   she couldn't help him with his homework so she let her

24   daughter, his cousin, help him with his homework.  The idea

25   that someone that has intellectual deficits somehow can't

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Cross/McGovern

1   provide that type of information is very, very inaccurate.

2   You have to assume and try to get to some understanding of how

3   that person -- what that person's history can provide.  And

4   luckily I had records at which she took him to the hospital;

5   records in which she took him to his meetings with his

6   therapist; records of when she met with the school; records in

7   which people describe her as having limitations as well.

8          So the idea that because she may have some

9   intellectual limitations, she could not provide adequate

10  adaptive functioning is, is very, very wrong.

11  Q    And you review all the deficits in your report.  Correct?

12  A    I think the ones that she told me about, yes.

13  Q    I want to talk to you about your diagnosis in this case.

14  That's on page 21.  You diagnosed the defendant as having a

15  cognitive disorder.  Is that right?

16  A    Yes.

17  Q    And as documented by Dr. Jane and Dr. Drob.  Is that

18  right?

19  A    Yes.

20  Q    And Dr. Drob identified the defendant as having a

21  cognitive disorder?

22  A    No.

23  Q    Did Dr. Drob identify the defendant as having

24  intellectual disability?

25  A    No.  But that's not what that says.  I didn't say that

Woods - Cross/McGovern

1   Dr. Drob diagnosed her.  I said documented by Dr. Drob and

2   Dr. James neuropsychological testing.

3   Q    So you're talking about the IQ test that Dr. Drob gave?

4   A    I'm talking about the Halstead-Reitan testing, as well as

5   the RBANS testing that he did.

6   Q    Well, what are the IRQ test that he gave the defendant?

7   Is that showing the existence of cognitive disorder?

8   A    Intellectual disability doesn't in and of itself make the

9   diagnosis of cognitive disorder.  A cognitive disorder is

10  separate from intellectual disability.

11  Q    But -- all right.  Are you -- are you using Dr. Drob's IQ

12  test to diagnosis the mild mental retardation?

13  A    I think that Dr. Drob's test is within the --

14  particularly his Flynn test, it was within the ballpark for

15  making the diagnosis of mild mental retardation.

16  Q    So you're relying on Dr. Drob's IQ test?

17  A    I wasn't saying I was relying on it.  I'm saying that his

18  IQ test is within the standard that would be used for making

19  the diagnosis of mild mental retardation.

20  Q    So you don't rely on Dr. Drob's IQ test for mild mental

21  retardation?

22  A    I reviewed Dr. Drob's IQ test.  The test that I feel are

23  most relevant, in terms of making the diagnosis, are tests

24  that we have a battery that we can assess, which would be

25  documentaries -- no, I'm sorry, maybe I'm -- maybe I'm

Woods - Cross/McGovern

1    confused.

2            A    Halstead-Reitan is not an IQ test.  The

3    Halstead-Reitan is a neuropsychological test that, and RBANS

4    are not an IQ test, it's a neuropsychological test.  So

5    neither of those tests are IQ tests.

6            Dr. Drob did another IQ test.  Unfortunately, we

7    don't have the full battery.  I know I have Dr. Nagler.  I'm

8    sorry, we do -- I have Dr. Nagler and Dr. Drob and Dr. Denney.

9    Q    So you want to withdraw that?

10   A    Yes.

11   Q    So let's go back in time and make believe you didn't just

12   say that the reason you're not relying on Dr. Drob is because

13   you don't have all of his raw data.  Right?

14   A    Yes, we do have his raw data.

15   Q    So let's start again.  Doctor, would you tell me now why

16   you're not relying on Dr. Drob's test?

17   A    For the cognitive disorder or for the IQ?

18   Q    For the IQ.

19   A    I apologize.  I just looked at the numbers incorrectly.

20   Q    We all make mistakes.

21   A    Dr. Nagler, Dr. Drob, and Dr. Denney are the three that I

22   would rely upon.

23   Q    So you would rely upon --

24   A    Yes, I apologize.

25   Q    That's an important thing.  So I'm glad we got that

Woods – Cross/McGovern

1   straightened out.  So you actually are relying own Dr. Drob's

2   IQ test?

3   A    Yes.

4   Q    So you're relying on any of these -- relying on

5   Abramson's IQ.  Right?

6   A    Correct.

7   Q    That's an 84 full scale?

8   A    Correct.

9   Q    And you're either not relying on Carla Drezner's IQ

10  because that's a 78?

11  A    Yes.

12  Q    And the problem with Drezner, you don't have the raw

13  data?

14  A    Or Dr. Abramson's.

15  Q    You're not relying on that because you don't have the

16  data?

17  A    I can't assess it, that's correct.

18  Q    But didn't assess it.  Right?

19  A    But you -- If you don't have it you can't assess it.

20  Q    That's probably true.  But the point is you actually

21  didn't do it.  Even with Dr. Nagler, you didn't assess

22  Dr. Nagler's IQ data, did you?

23  A    I looked at Dr. Nagler's IQ data and I also looked at

24  his -- well, I looked at his report.  Not his report but his

25  sheet that have the scores on it.

1623

Woods - Cross/McGovern

1   Q    It's a sheet?

2   A    Yeah, the sheet that had his scores on it.  I didn't look

3   at his raw data, I just looked at his subtest scores and I

4   looked at his neuropsychological data.

5   Q    So you looked at Dr. Nagler's scores.  Right?

6   A    Yeah, the scores.

7   Q    But you didn't look at Dr. Nagler's raw data.  Right?

8   A    I don't recall if I looked at his scores.

9   Q    Okay.  But that's what you do.  Right?  In standard

10  psychiatric practice, if somebody refers somebody from a

11  psychologist to you, you look at the reports that are prepared

12  by the psychologist.  Right?

13  A    It depends upon what I'm looking for.  If I have raw data

14  I will look at that raw data.  It doesn't -- I'm not an

15  expert, so that doesn't mean that I will administrator tests.

16  But if I have the raw data, then I'll try to look at that.

17  Q    But here, for some reason you didn't look at the raw data

18  for Dr. Nagler.  Right?

19  A    I note that I looked at the raw data for doctor-- we have

20  raw data subscores.  I have subscores for Dr. Nagler, I have

21  subscores for Dr. Popp -- no, Dr. Drob and subscores for

22  Dr. Denney.  That's what I looked at.

23  Q    You had the subscores for just about every one of those

24  IQ tests.  You realize that.  Right?

25  A    What I don't have all of the raw data to allow me to

1624

Woods – Cross/McGovern

1    thoroughly examine what those subscores mean.  Whether they

2    were properly administered, et cetera.

3    Q    I don't want to beat this any further.  You're testifying

4    here in federal court, in a death penalty case, that saying

5    that the only reason we can trust Dr. Nagler is that she's got

6    raw data.  Right?

7    A    Yes.

8    Q    And your testimony is that while in your private practice

9    you would review raw data, here you didn't.  Is that right?

10   A    No, sir, that's not what I am saying.  What I am saying

11   is that when I looked at the raw data with Dr. Nagler,

12   Dr. Drob, and Dr. Denney, I looked at the subscores first and

13   then I looked at what raw data is available.

14   Q    Okay.  And so the subscores are available for everyone of

15   those IQ tests.  You understand that.  Right?

16   A    No, that's not correct.

17   Q    You're view -- your review of this is -- is different

18   than that -- You don't believe that each one of these IQ

19   scores has paperwork that shows how he performed on each

20   underlying subtest?

21   A    Each except for Dr. Frank's.  And Dr. Frank's, I believe

22   he only did four of the testing.  So it's not available for

23   each one of them.

24   Q    But I'm -- let's talk about your standard of practice.

25   You have patients.  Right --

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Cross/McGovern

1   A    Yes.

2   Q    -- you just told us about.  This standard of practice

3   is -- in your practice is to review the work of other

4   psychologists when -- when their work gets sent to you, if

5   it's germane to what you're trying to assess.  Right?

6   A    Yes.

7   Q    All right.  And the general practice, good practice is to

8   rely on psychiatric, psychological testing, such as IQ scores,

9   based on what is provided to you by the psychologist.  Right?

10  A    No.

11  Q    No.  That -- do you -- You don't treat other

12  psychologists with the presumption that they are doing the

13  right thing and doing it correctly?

14  A    I certainly treat them with the presumption that they are

15  attempting to do the right thing and that they are attempting

16  to score the information as accurately as possible.  The

17  difference with Dr. Nagler, Dr. Drob and Dr. Denney, is that

18  there is -- there was data to support their subtest scores.

19  Q    Okay.  So that's why you rely on them.  Right?

20  A    Yes.

21  Q    But you don't rely on any of the other IQ scores.  Right?

22  A    I don't think I'm in a position to rely on any of the

23  other scores.

24  Q    Do you realize that Dr. James testified in this courtroom

25  not so very long ago and said that she was actually willing to

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Cross/McGovern

1    consider all of the IQ scores, and she wasn't denigrating

2    anyone's in particular.

3            Did you read that in your review of the testimony?

4    A    That's a different question, sir.

5    Q    Okay.

6    A    I certainly considered the scores and that's what I --

7    when I say I look at the subtest, I certainly considered the

8    scores and I certainly considered each of those scores.  But

9    in terms of being able to rely upon them, the only ones I

10   could rely upon were those that in fact had raw data.

11   Q    And that's because of your independent assessment of the

12   raw data.  Right?

13   A    I could look at the raw data and I could also look at the

14   subscores, and it would give me subsense.  But I couldn't do

15   that with just the subsense.

16   Q    And you testified, and you're testifying right now, that

17   you actually reviewed all the raw data for all those IQ tests.

18   For Dr. Nagler's IQ test, you reviewed that raw data, didn't

19   you?

20   A    That was my understanding, sir, yes.  Dr. Nagler,

21   Dr. Drob, and Dr. Denney.

22   Q    Dr. Woods, with all due respect, did you review the raw

23   data for Dr. Nagler's test, yes or no?

24   A    Dr. Nagler's test?

25   Q    Yeah, Dr. Nagler's test?

Woods - Cross/McGovern

1    A    Oh, I believe -- I apologize, I'm confused.  I believe it

2    was Dr. Nagler, Dr. Drob, and Dr. Denney that I in fact

3    reviewed.

4    Q    Okay.  And you're sure about that?

5    A    I'm frankly not -- I'm sure about Dr. Drob and

6    Dr. Denney, I'm not as sure about Dr. Nagler.

7    Q    In your diagnosis of the defendant, you didn't put in any

8    diagnosis of antisocial personality disorder.  Right?

9    A    That's correct.

10   Q    And you didn't put in any reference to learning

11   disabilities.  Right?

12   A    Correct.

13   Q    You didn't put any reference to attention deficit

14   disorder.  Right?

15   A    Correct.

16   Q    And attention deficit disorder, you agree that his

17   records are replete with reference to attention deficit

18   disorder.  Right?

19   A    Yes.

20   Q    But you didn't put that in.  Right?

21   A    That's correct.

22   Q    Because you didn't think he had attention deficit

23   disorder?

24   A    That's correct.

25   Q    What happened,  did he grow out of it?

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Cross/McGovern

1    A    I think it was an inaccurate diagnosis.

2    Q    And so that little veinlet that you shared with us on

3    direct, that the one admitting physician saying something

4    about he -- the defendant doesn't have attention deficit

5    disorder and then the attending or another doctor said that he

6    had classic signs of ADHD, you didn't credit that person who

7    said he had classic signs of ADHD.  Right?

8    A    I didn't view either one.

9    Q    And you didn't make up the diagnosis.  Right?

10   A    That's correct.

11   Q    Because it's all about mental retardation here.  Right?

12   A    No.

13   Q    Well, you could have, under my understanding of your

14   description of co-morbidity, there wouldn't have been any harm

15   in putting ADHD as a co-morbid diagnosis.  Right?

16   A    If it existed, it wouldn't have been any harm, that's

17   correct.

18   Q    Actually, ADHD happens often with people with mild mental

19   retardation.  Right?

20   A    It can, yes.

21   Q    So it wouldn't have done any harm to your diagnosis.

22   This defendant could still have been mentally retarded and had

23   ADHD.  Right?

24   A    Yes.

25   Q    But you didn't put that in your report.  Right?

Woods - Cross/McGovern

1    A    That's correct.

2    Q    Because your view that they misdiagnosed it, "that" being

3    they, all the professionals who saw him over the years, they

4    misdiagnosed the ADHD.  It was just actually more stated as

5    mild mental retardation.  Right?

6    A    That's correct.

7    Q    That was your view.  Right?

8    A    Yes.

9    Q    And you're very comfortable coming in here and second

10   guessing all of those professionals who oversaw the defendant

11   all those years?

12   A    I don't feel as though I'm second guessing, I feel as

13   though I have more data.

14   Q    Second guessing is not right.  You're just testifying

15   that they're wrong.  Right?

16   A    I'm testifying that within the confines of their

17   information, that was the diagnosis that they came up with,

18   and I disagree with that.

19            MR. McGOVERN:  Okay, I don't have anything else for

20   you, Doctor.

21            THE WITNESS:  Thank you.

22            THE COURT:  Let me ask a question, not of the

23   witness but of the parties.

24            With regard to the raw data, for whom do we have the

25   raw data?  Nagler, Drob, and Denney only?

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods – Cross/McGovern

1    MR. BURT:  Correct, your Honor.  In terms of the

2    testing booklets, we have subtest scores for some of the other

3    examiners.

4         THE COURT:  That, I know.

5         MR. BURT:  The testing, just the three that the

6    Court just mentioned.

7         THE COURT:  And what efforts were made to obtain raw

8    data by the parties?

9         MR. BURT:  Extensive efforts.  And we can put on

10   evidence about that, if the Court would like.

11        We made multiple attempts through various sources to

12   track down these documents.  I believe we have replies from

13   the record holders indicating, and it's in the record,

14   actually, for each set of records what they had and what they

15   didn't have.

16        THE COURT:  And what about the government, anything

17   to add to that?

18        MR. McGOVERN:  We don't have anything to add.  Your

19   Honor, we've been sort of hand strung on our ability to get

20   these items over time.  Because as the Court may remember,

21   just on the length and history of the case, the production was

22   made by the Capital Defender's office to the Staten Island

23   District Attorney's office back in '03 and presumably those

24   people over at the Capital Defender's office were the ones who

25   took first crack to get the documents, I would imagine,

Woods – Cross/McGovern

1 rather, to obtain such documents it would have involved, you

2 know, releases from the defendant and other sorts of, you

3 know, defense involvement to get those documents.

4         But since the onset of this Atkins litigation, we've

5 been kind of, not at the defense's mercy, but they are the

6 ones who are providing us with the documents because we can't

7 look in our own file.  We were limited in our ability to look

8 into this file into the mental health information.

9         MR. BURT:  I just add to that, your Honor, when I

10 first came into the case in March of 2010, I started making

11 sure that the government had all the information that we had.

12 I also had a telephone conversation with Mr. McGovern

13 indicating that if he had other ways to get at documents that

14 we didn't have, that I would facilitate through waivers or

15 whatever else he needed to get the documents that we didn't

16 have.

17         I believe we have everything that's out there.  We

18 certainly tried to cooperate with the government in following

19 up with their investigation.  And I can represent to the Court

20 that extensive efforts were made to track down all the testing

21 material.  And that at this point we believe we have

22 everything there is out there.

23         Ms. Brady reminded me that those efforts did include

24 general counsel through the Department of Education trying to

25 track these records down as well.  So we were both at the

Woods – Cross/McGovern

1  record custodian level and at higher levels in the legal

2  departments of various agencies trying to make progress.

3          THE COURT:  When you say, "the Department of

4  Education", that's the New York City Department of Education?

5          MR. BURT:  Yes, your Honor.

6          THE COURT:  And were all of the institutions in

7  which the defendant was a resident or involved new York City

8  run institutions?

9          MR. BURT:  Except the state organization.

10  Brookwood, for instance, I think is a state agency.  But all

11  of the school systems were New York City school related, I

12  believe.  We were informed, your Honor, that the policy is

13  that the records follow the student.

14          The last school system he was in, the last school he

15  was in was in Far Rockaway.  We made efforts to try and

16  determine through the general counsel's office where they had

17  warehoused the records and we were unsuccessful in tracking

18  the records down, other than what we have before the Court.

19          THE COURT:  Okay.

20          MR. BURT:  There was also some indication very early

21  on that there was some disability determination throughout the

22  social security agency, through SSI.  We also made efforts to

23  try to obtain those records and were told they have been

24  destroyed.

25          THE COURT:  All right.  Thank you.  Redirect.

Woods - Cross/McGovern

1    MR. BURT:  Thank you.

2    THE COURT:  About how much redirect do you have?

3    MR. BURT:  Not very long; half an hour.

REDIRECT EXAMINATION

5    BY MR. BURT

6    Q    Doctor, you were asked some questions about assessing

7    bias, the bias of family members in the case and bias of

8    Mr. Wilson.

9    A    Yes.

10   Q    Is this a case where you had to rely on the information

11   provided by Mr. Wilson or his family in order to assess either

12   intellectual functioning or adaptive deficits?

13   A    It was less important to examine intellectual functioning

14   as would be to examine adaptive deficits.

15   Q    Okay.  And would it be fair to say that you interviewed

16   as many family and friend members as you could find?

17   A    Yes.

18   Q    You also, a point was made that where Dr. Patterson

19   interviewed Mr. Wilson once, you interviewed him six times.

20   Is there some reason why you needed to interview him more than

21   once?

22   A    Yes.  As I said before, when you look at someone over

23   time, you're able to get a better sense of their functioning

24   over time and that's particularly true when someone is in a

25   custodial setting.  They are in a highly structured setting,

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Redirect/Burt

1  their options very limited.  People in custodial settings can

2  often look better, can't present because they got supports

3  that -- you know, they eat at a certain time, they sleep at a

4  certain time, they go to do certain things at a certain time.

5  They're given things rather than having to go out into the

6  world and deal with those kinds of things.  And so because of

7  that, they can often look better in a custodial setting than

8  they would look out in independent living in the community.

9  Q    And is it your understanding in this case that you were

10 trying to assess Mr. Wilson's intellectual functioning and his

11 adaptive behavior deficits at the time of the crime in 2003?

12 A    Yes.

13 Q    Okay.  What role did the records play that you had,

14 approximately 10,000 pages of records, what role did those

15 records play in helping you assess whether the information you

16 were getting from family was accurate, in terms of his

17 deficits?

18 A    Well, the records describe symptoms throughout the

19 records.  In the school, for example, they describe periods of

20 good behavior.  They describe periods of not so good behavior.

21      The medical records, again, really allowed me to

22 separate out to what degree there was a mental illness here

23 versus behavior that would be consistent with mild mental

24 retardation or if there was a play between the two.

25      The records allowed me to see if there had been

Woods - Redirect/Burt

1  other types of evaluations that were done.  When you look

2  through Mr. Wilson's records, what you see is that there were

3  no psycho -- neuropsychological evaluations.  There were

4  neurological evaluations, but those are not the same as

5  neuropsychological evaluations.  They don't get the cognitive

6  behavior and cognitive thinking.

7  Q    My question is:  What did the records show in terms of

8  deficits?

9  A    The records show deficits in communication.  The records

10 showed that Mr. Wilson from an early age had problems

11 communicating with others, that he had problems making

12 friends, that he had problems following directions.  As early

13 as kindergarten, first grade, they described him as having

14 difficulty following directions.  And I saw that in my

15 evaluation.

16        Ms. Aaron son described him as having -- as

17 asserting words and taking words out in the same type of error

18 that I saw in my evaluation.  And this was very, very early

19 on, 1989, 1990.

20 Q    Now, did you think that people like Ms. Arrow son had a

21 bias in terms of whether they were accurately reporting

22 deficits?

23 A    No.

24 Q    Did you attach any significance to age of which these

25 deficits first started to appear in the record?

Woods - Redirect/Burt

1  A     Yes.  One of the real advantages that we have is that we

2  have records from the age of six and -- actually from

3  kindergarten, from five.  But we have testing that starts

4  around the age of six, and these records go on until he's 12

5  or 13 years of age.  So many of the symptoms that we saw that

6  the family described, other family members calling him or

7  other people in the community calling him spesh, calling him

8  retard were also in the medical records.

9  Q     In other words, that's not the story about people calling

10 him spesh and retard, that is documented in the records as

11 opposed to getting that information from a family member years

12 later?

13 A     That's correct.

14 Q     Okay.

15 A     It's also one of the other things that's in the records

16 is his difficulty in articulating, in being able to describe

17 circumstances.  I believe it was Dr. Frank who said, he asked

18 her -- he asked him about his aunt and could he give you a,

19 something that was good about her and could he give you a --

20 something that was good about her and something that was

21 negative about her.  And this was 1997.  And Mr. Wilson was

22 not able to give him that kind of information.  So it really

23 reflects what we call a possibility of thought, that even

24 though as Dr. Grant noted, he is coherent, his thinking is --

25 was very simplistic.  And that is Dr. Grant.  This is exactly

Woods - Redirect/Burt

1    what the family -- some family members said as well.

2              Ms. Hogan, for example, Ms. Hogan Barnes described

3    how Mr. Wilson would stand when there was a problem, how he

4    would stand there without talking to her.  And Corey would

5    come over and say, well, Ronell needs this or here's his

6    problem or here's that problem.  That kind of inability to ask

7    for things or acting out rather than asking for things were in

8    the records as well.

9    Q    Now, evaluations that were done, for instance,

10   Dr. Frank --

11   A    Yes.

12   Q    -- did he note in his report when he evaluated him, I

13   believe in 1997, that he had intellectual deficits?

14   A    Yes.

15   Q    And was that based on any bias he had, or was it based on

16   the testing he had?

17   A    I think it was based upon his interview with him, as well

18   as the testing that he had available.

19   Q    Did you think he had any bias or incentive to say

20   Mr. Wilson had intellectual deficits when he didn't?

21   A    He was actually testing for the courts.  I don't see how

22   he would have -- I don't see what bias he might have had.

23   Q    And did Mr. Wilson in 1997 have the incentive to avoid

24   the death penalty?

25   A    No.

Woods - Redirect/Burt

1    Q    He certainly didn't have the incentive at age six, did

2    he?

3    A    No.

4    Q    Were you seeing in the records at age six the kind of

5    deficits you were still seeing in 1997?

6    A    Yes.

7    Q    What did that tell you about the persistence of the

8    deficits and when they started and how long they lasted?

9    A    Well, it tells you that there is an internal consistency

10   with these deficits.  The academic deficits that you saw at

11   age six, even though they were less apparent, were still

12   there.  By the time that -- in 1997, you saw that these

13   deficits hadn't -- had remained.  He was four or five years,

14   in some places six years behind academically.

15        You saw some of the behaviors that had been there at

16   age six, not being able to communicate effectively, that --

17   it's not that he couldn't communicate, but certainly not being

18   able to communicate effectively were still there.

19        And I think Dr. Swadesh Grant, in her January 1997

20   report, really says it when she says that his language was

21   simple and coherent.  So it was coherent but it was simple.

22   And that's really what we see over time, that he is able to do

23   certain things but as you move deeper into them, they become

24   more problematic for him.

25   Q    All right.  Now, you were asked questions about a

Woods – Redirect/Burt

1   historical diagnosis that was reached of oppositional defiance

2   disorder and why you didn't agree with it?

3   A    Yes.

4   Q    May I approach the witness, your Honor?

5        THE COURT:  Yes, you may.

6   Q    Showing you Exhibit C-1 page 105.  Do you remember the

7   very first psychiatric evaluation that Mr. Wilson got at age

8   six from a resident by the name of Dupre?

9   A    Yes.

10  Q    And is page 105 the beginning of his -- do you see where

11  it says Resident Dupre, D-u-p-r-e?

12  A    Yes, Dr. Dupre saw him for a while.

13  Q    And tell us -- and then it says resident, he's the one

14  that signs a report eventually and then there's an attending.

15  Do you know how that works in terms of what level of skill the

16  resident is at at this point?

17  A    The resident is still in school and the attending is

18  graduating and is supervising the resident at training.

19  Q    Okay.  And if you take a turn to page 111 of those

20  records, is the resident, that is S. Dupre, D-u-p-r-e, is this

21  his typed report concerning the first psychiatric examination

22  of Mr. Wilson at age six?

23  A    Yes.

24  Q    And what is his diagnosis on this page?

25  A    Oppositional defiance disorder and academic skills

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Redirect/Burt

1    disorder.

2    Q    Okay.  And he says in his report, does he not:  @ "Our

3    evaluation revealed an uncooperative six-year-old black boy

4    with poor eye contact and keeping his thumb in his mouth at

5    all times.  He would answer with a nod of the head.  Denies

6    hallucination, suicide, homicide or ideation.  Alert and

7    oriented to all three spheres.  Patient can be very disruptive

8    at times.  His behavior fluctuates from one extreme to the

9    other.  He is unpredictable and uncooperative.  Needs firm

10   setting and a very structured environment."  And then

11   diagnosis, as you say, oppositional defiance disorder and

12   academic skills disorder.  Correct?

13   A    Yes.

14   Q    And his recommendation is:  "Patient will return home.

15   Patient should be assessed for placement in special education.

16   We feel patient would benefit from a classroom with a maximum

17   of ten children and should be at on a one-to-one basis with

18   his teacher.  Behavioral modification approach should be

19   implemented.  Reward when he does well and reinforcement of

20   good behavior."  You see that.  Correct?

21   A    Yes.

22   Q    That's the first time someone labeled him with a

23   diagnosis of oppositional defiance disorder.  Right?

24   A    Yes.

25   Q    Now, if you look at Dr. Dupre's written workup, which

Woods – Redirect/Burt

1    begins on page 1 through 9 of page 105 of those same

2    documents.  Do you see that?

3    A    Yes.

4    Q    What does he write down in terms of Mr. Wilson's medical

5    history?

6    A    He writes "none."  It looks like none.

7    Q    None.  Okay.

8              However, by this time in Mr. Wilson's life he had

9    been admitted in the hospital and diagnosed with meningitis,

10   had he not?

11   A    That's correct.

12   Q    Now, what is the significance to not know -- this

13   resident apparently not knowing he had been diagnosed with

14   meningitis?

15   A    Well, there are two, Mr. Burt.  The first one is when you

16   look at his -- on page 111, and you notice "Earl is a

17   six-year-old black boy admitted for punching his peers without

18   provocation."  What you see is really the opposite of

19   oppositional defiance behavior.

20             And this is what you see often during the records,

21   is that there are times when Mr. Wilson, in fact, does act

22   with intent, but there are other times when there's no

23   provocation at all.  And oppositional defiance disorder is

24   typically a disorder that defines to authority.  It's when

25   someone tells you to do something or someone confronts you and

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Redirect/Burt

1    you, you are defiant of authority.

2            What we see with Mr. Wilson is that -- and what we

3    see here with this record is that Dr. Dupre did not take into

4    consideration the fact that he was acting often without any

5    authority provocation.

6            That's the kind of behavior that you can see when

7    people have impaired executive functioning, and that impaired

8    executive functioning is the frontal lobe of the brain, part

9    of the brain that is not working properly and it prevents them

10   from being able to effectively weigh and deliberate.

11           And that can occur secondary to meningitis.

12   Q    Okay.  Now, fast forward to 1998 when he's interviewed by

13   Mr. Giglio.  Correct?

14   A    Yes.

15   Q    Is the -- is there evidence of impairment at this stage

16   in his life from Giglio's reports?

17   A    Yes.

18   Q    And what are they?

19   A    Mr. Giglio finds him immature.  He finds him academically

20   behind.  He finds him extremely needy.  He finds him having

21   difficulty, again, following directions.

22   Q    Now, does he say in his report at page 4184, "Earl's

23   performance of a WISC-III reveals seriously deficient verbal

24   skills, especially those most depending upon formal

25   education"?

Woods - Redirect/Burt

1    A    Yes.

2    Q    And does he talk about him being a concrete thinker?

3    A    That's correct.

4    Q    Do the notes indicate that he acts like a big baby?

5    A    Yes.

6    Q    And this is many years after he was evaluated when he was

7    six years of age.  Correct?

8    A    That's correct.

9    Q    Does he have any incentive, Mr. Wilson have any incentive

10   at this point to avoid the death penalty?

11   A    No.

12   Q    What does that tell you when you look at those two

13   snapshots, age six, and 1998 when he's 15?

14   A    Well, it's reason why you try to look at this over time.

15   At age six he has these behaviors that are, for lack of a

16   better word, they are behaviors that reflect his impaired

17   thinking.  He's described as concrete at Brookwood.  He's

18   described as concrete by Dr. Grant in 1997.  His thinking

19   early at Elmhurst is also described as concrete.  Ms. Guerrero

20   describes his thinking as concrete as well.  And she says that

21   she often had to break things down to him because he could

22   not -- he could not understand things.  He was very young at

23   that time.

24          We see the same difficulty thinking early on in his

25   life.  So we've got an internal consistency of these kinds of

Woods – Redirect/Burt

1    symptoms long before the offense.

2    Q    And when you say internal consistency, does this whole

3    analysis depend on Joyce Guerrero?

4    A    No.

5    Q    That's a red herring, isn't it?

6    A    That's correct.

7             MR. McGOVERN:  Objection.

8             THE COURT:  Sustained.

9    Q    And does this whole analysis depend on his Aunt Lou?

10   A    No.

11   Q    You're placing primary weight in your analysis of

12   deficits on what she told you in 2012?

13   A    No.

14   Q    By the way, did the other side interview his aunt?

15   A    Not that -- I haven't seen any records that they did.

16   Q    I'm talking about Dr. Denney.

17   A    No, doctor -- not that I know of.

18   Q    You've seen the report.  Correct?

19            MR. McGOVERN:  We'll stipulate that Dr. Denney

20   interviewed Lillian Barnes.

21            THE COURT:  All right.

22            MR. BURT:  And that he administered an adaptive

23   behavior instrument?

24            MR. McGOVERN:  And that he administered an adaptive

25   behavior to Lillian Barnes after the defense identified her as

Woods - Redirect/Burt

1   one of the witnesses that they were relying upon here.

2          MR. BURT:  Thank you.

3          THE COURT:  All right.

4   Q    Is there anything unusual about going to family members

5   in the Atkins context and interviewing them and administering

6   adaptive behavior instruments?

7   A    It is the person that -- it is the persons that would you

8   most likely go to in the Atkins and outside of the Atkins

9   context.

10  Q    Now, when he was examined by Dr. Drob in 2003, that was

11  after he was charged with a capital offense.  Right?

12  A    That's correct.

13  Q    Looking at the score, 76, do you think he was trying to

14  fake -- to hit that score, one point above a 75?

15  A    I don't see how Mr. Wilson would be able to do that.

16  Q    Why not?

17  A    It would be very difficult to understand test

18  construction in such a way to hit a specific score or -- and

19  that's not what people that malinger do.  When you look at

20  malingering, what you often see are extremely low scores

21  rather than --

22  Q    Like what kind of scores?

23  A    Scores in the 60s.

24  Q    So that would be a red flag, that somebody -- if you saw

25  that pattern of scores throughout his history and all of a

Woods - Redirect/Burt

1    sudden he's charged with a capital offense and the score

2    dropped down to 60, what would that tell you?

3    A    It would concern me, in terms of effort as well

4    malingering.

5    Q    Is that the pattern you see here?

6    A    It's a 76.  No, it's not.

7    Q    When you interviewed Mr. Wilson's relatives, did they --

8    was there some, in your view, some push toward trying to make

9    him look more impaired than he was?

10   A    No.

11   Q    Was it just the opposite or can you characterize it?

12   A    It was -- it was different, depending upon who you talked

13   to.  Certainly all of his family members said that there were

14   things he could do and things he couldn't do.  They all said

15   that he was a loving person.  They all said that he was good

16   within the family.  There was some that said he had difficulty

17   with his hygiene, there were others that said he did not.

18          So there was no specific addenda that I was able to

19   ascertain in terms of them saying what he does everything

20   poorly.  His -- Ronell -- over time what you really saw was

21   they had looked at him since he was very young and had

22   recognized that he had problems since he was very young.

23   Q    Was he -- the green book says take into account culture.

24   Correct?

25   A    Yes.

Woods - Redirect/Burt

1  Q    Is this case a situation where within his culture people

2  are seeing his behavior as normal?

3  A    No.  When you look at -- again, looking at family

4  particularly and friends, they clearly saw him as not

5  functioning on the same level as other people within the

6  community.  His mother and Monica tried desperately to get him

7  involved to get him work, to get his GED.  They took him to

8  get his driver's license and he failed his driving test a

9  number of times.

10         They enrolled him in classes that he was not able to

11  perform.  They -- so -- his cousin Vanessa took him to and

12  helped him to try to fill out applications.  So what you see

13  is people recognized throughout the family and outside of the

14  family that he had significant deficits even within that

15  culture.

16  Q    Okay.  You were asked questions about Facebook and

17  e-mails.  Do you recall those questions?

18  A    Yes.

19  Q    In the binder there that's in front you, Exhibit S, do

20  you have that?

21  A    Yes.

22  Q    Besides your own writings, you have at the very end of

23  there, three writing -- three articles that address the issue

24  concerning what someone with mild MR can do.  Correct?

25  A    Yes.

Woods – Redirect/Burt

1   Q    The first one is "Patterns of leisure participation among

2   adolescents with a mild intellectual disability" published in

3   the Journal of Intellectual Disabilities in 2005.  Correct?

4   A    Correct.

5   Q    Why is this article important to in relation to the issue

6   of Facebook issue, e-mails, communicating in writing, etc.?

7   A    This article was important because it showed that people

8   that have mild mental retardation undergo a number of leisure

9   activities, including reading magazines and newspapers,

10  playing musical instruments.

11           And it also noted that the family members described

12  the use of computers as one of the leisure activities.  The

13  students, about 58 percent of the students describe themselves

14  as using computers.  But the family members, about 73 percent

15  of the family members describe themselves as using computers.

16  Q    In your clinical practice, people with intellectual

17  disabilities have the ability to communicate with you by way

18  of computers, e-mail?

19  A    Skype, FaceTime, e-mail, yes.

20  Q    The second article you have there is "The Use of Computer

21  Technology to Help Students with Special Needs."  Correct?

22  A    Yes.

23  Q    2000 article in the Children and Computer Technology

24  Journal.  Why was that article important?

25  A    This article was important because on page 104 it notes

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Redirect/Burt

1   that when they described students with disabilities, one of

2   those students -- one of that group, about 10 percent of the

3   group is with people with mental retardation.  And it talks

4   about how communication technologies and word predictions

5   software and things like hyperlinks are not new, that you see

6   students that are able to use these multimedia, and often how

7   students that have learning disabilities, if they're reading a

8   book and it accounts a reference to another book, it allows

9   them to look at that other book.  It allows them to normalize

10  their behavior.  If they're talking to someone on e-mail, it

11  allows them to normalize their behavior.

12          So we see the people that have mild mental

13  retardation and other disabilities as well can use technology.

14  And that's particularly true when that technology is set up.

15  Q    Now, are these people who are out in the community or

16  people who are locked down in secured facilities where they

17  have routines to follow, times when they can go to e-mail?

18  A    These are people that are actually in the community.

19  Q    And what does that tell you about people who are not in

20  the group, who have mild MR?

21  A    People that have the kind of structure, the kind of

22  support system that a correctional facility or other lockdown,

23  if they have access to these, those are the kinds of supports

24  that are really important in making someone with mild MR look

25  more independent.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Redirect/Burt

1   Q    All right.  And then the last article in your binder

2   there, it's called "Characteristics and needs of people with

3   intellectual disability who have higher IQs" by Martha Snell

4   and Ruth Luckasson, in the binder 47.  It's the Intellectual

5   Developmental Disabilities Journal, 2009?

6   A    Yes.

7   Q    Is this article related to the chapter that's in the

8   green book about people with higher IQs?

9   A    Yes.

10  Q    And what is the significance to this article in relation

11  to the issue we're talking about now?

12  A    That people that have mild mental retardation can look

13  very, very much like people every day.  If you don't have a

14  certain expertise and understanding of what environment can

15  make them -- can affect them, they can talk with you, they can

16  use e-mails, they can drive.  Many of them can drive.  They

17  can go places.  They can take -- they can take directions to a

18  point.  But particularly that's true when they have support

19  systems.  But if they -- if those support systems are not

20  there, if they have to do something completely independently

21  without help, that's often when you see their greatest

22  problems.

23  Q    And in the -- in the green book, do they have a chapter

24  that sets out the profile of people who have MR at the higher

25  IQ range?

Woods - Redirect/Burt

1    A    Yes.

2    Q    And the table, this Dr. Dr. Shapiro's slide, slide 93.

3    Are you familiar with this from the green book?

4    A    Yes.

5    Q    How does Mr. Wilson fit within this profile?

6    A    Mr. Wilson has experienced low socioeconomic status and

7    that would be even true after leaving home.  Obviously, you

8    have a low rate of employment and low career success.

9         It's more difficult to say in terms of poor

10   nutrition, because Mr. Wilson has always had -- has lived with

11   someone.  So they've always been able to provide, although in

12   talking with the family, they discussed his inability to cook,

13   that he could not cook.  That he could cook scrambled eggs and

14   he maybe could make a peanut butter sandwich, but they

15   described specific anecdotes of him not being able to put a

16   frozen steak in a George Foreman grill, for example, and the

17   George Foreman grill exploded, or attempting to cook a meal

18   with Monica and Monica cook, and not being able to complete

19   it.  Or trying to cook gingerbread cookies with his

20   six-year-old niece and not being able to compete the -- not

21   being able to complete the cooking.

22        So in that sense poor nutrition would -- would be

23   relevant if he were independent.  He's always been in a

24   situation where someone provided his food for him.

25   Q    And that's an X factor.  Right?

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Redirect/Burt

1    A    Most continue to live with parents or others.  Mr. Wilson

2    never did live alone.  He lived with other people.  He lived

3    with his cousin.  He lived with his mother.  He lived with his

4    aunt.  So that would be consistent of people with higher

5    scores that he continue to live with other people.

6    Q    And by the way, you have seen the chart the government

7    put together on his incarceration status?  This is exhibit, I

8    think it's 57.

9    A    I don't know if --

10   Q    Prison timeline?

11   A    I don't know if I've seen that.

12   Q    And this is from age ten onward?

13           MR. McGOVERN:  Objection your Honor.  The reason he

14   hasn't seen these charts is because this is all beyond the

15   scope of my cross.  So I object to any further questioning.

16   This last question, I -- was never raised on cross-examination

17   and now to get further into this is even further far afield of

18   cross.

19           MR. BURT:  I think he's suggested that his diagnosis

20   was incorrect on all prongs, is the crux I was getting from

21   the cross.  Maybe I'm misinterpreting.

22           MR. McGOVERN:  That was the correct thought, but

23   that -- the government did not --

24           THE COURT:  You're sustained on that.  Next

25   question.

Woods - Redirect/Burt

1   Q    You were asked a question about wasn't it true that he

2   was placed in a program for emotionally disturbed kids.  Do

3   you recall that?

4   A    Yes.

5   Q    And did you actually interview the person who was running

6   the program?

7   A    Yes, Mr. Kulis.

8   Q    Now, at the time he was placed in that emotionally

9   disturbed kid category, what were the options, where could he

10  have been placed?

11  A    My understanding was that that was the -- it was either

12  that program or it would be Side Seven which was the program

13  that was actually geared for kids, in Mr. Kulis' words, had

14  conduct disorders.

15          So one -- it was one that had control over their

16  emotional behavior, and the other one did not have control

17  over their emotional behavior.  And he was placed in the

18  program that did not have emotional control over the behavior.

19  Q    So there was a conduct disorder category?

20  A    It wasn't described as a conduct disorder.  This was

21  really the differential that Mr. Kulis made, that the children

22  that were in the other program he saw them as true contact

23  disorders.  He saw them as people that had the ability to

24  control their emotions but did not, as opposed to Mr. Wilson's

25  group who did not have the ability to control their emotions.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Redirect/Burt

1    MR. BURT:  Thank you, that's all I have.

2    THE COURT:  Okay.  Anything else, Mr. McGovern?

3    MR. McGOVERN:  Just a brief follow-up.

4    BY MR. McGOVERN

5    Q    Doctor, you were asked about Dr. Frank's -- Dr. Frank

6    having observed intellectual deficits or something like that

7    to that effect?

8    A    Yes.

9    Q    And you said that at that time the defendant would not

10   have had any bias to have lied about or presented with

11   deficits that he didn't have at the time that he was

12   seeing Dr. Kulis?

13   A    I think the specific question was for the death penalty.

14   Q    Excuse me?

15   A    I think the specific question was to the death penalty,

16   not just in general.

17   Q    Oh, okay.

18   A    And also -- I'm sorry, it was actually did Dr. Frank have

19   any bias.

20   Q    Right.  And you said that Dr. Frank didn't have --

21   apparently had no bias either way to make his observations?

22   A    I couldn't determine that he would, yes.

23   Q    But it's a full -- it fills out the picture here to

24   have -- do you recall that Dr. Frank estimated the defendant

25   as being borderline range?

Woods - Redirect/Burt

1    A    Yes.

2    Q    And that his diagnosis was that the defendant was

3    borderline intellectual functioning?

4    A    I don't recall that language exactly.  If you could show

5    it to me, I would appreciate it.

6    Q    I'd be more than happy to.  It's in evidence, it's

7    Government's 3981.  I'll just show it to you to refresh your

8    recollection.

9    A    Okay, thank you.

10        Yes.

11   Q    So his diagnosis was that the defendant -- his diagnostic

12   impression was the defendant was in the borderline function

13   range.  Right?

14   A    Intellectual function, yes.

15   Q    Intellectual function.

16        And you would agree that borderline intellectual

17   functioning is typically what is referred to as between 70 and

18   85 on IQ scale.  Right?

19   A    I don't recall --

20        MR. BURT:  I'm going to object to that question

21   because the government's own exhibit indicates just the

22   opposite, the psychometric conversion chart.

23        MR. McGOVERN:  I think he should answer the question

24   of what his understanding is, regardless of what exhibit --

25        THE COURT:  Do you want to answer the question --

Woods - Redirect/Burt

1    THE WITNESS:  Yes, your Honor.

2    THE COURT:  -- the way defense counsel just answered

3  the question or the way you would answer the question?

4  Because I would rather have it the way you would answer the

5  question than having someone put words in your mouth.

6  A    Well, my understanding is that a 70 certainly false --

7    THE COURT:  If you do that again, I'm going to

8  sanction you.  You want to have a side bar, you come to side

9  bar.

10    MR. BURT:  Okay.

11    THE COURT:  And I assure you will I sanction you.

12 A    My understanding is that the range that you have provided

13 is much larger than would be just borderline, so that's a much

14 larger range, so it would not be what I would consider

15 borderline intellectual functioning.

16 Q    Okay.  And then you answered a question about the

17 defendant having a motivation to score lower on the Dr. Drob

18 IQ exam back in 2003.  Do you remember that question?

19 A    Yes.

20 Q    You testified that it would have been extremely difficult

21 for the defendant to have contrived a 76 with Dr. Drob all by

22 his own actions.  Right?

23 A    Yes.

24 Q    But it would be fair to say that if he was just trying to

25 depress his IQ score by not giving his best effort, he would

Woods - Redirect/Burt

1   have been able to do that if he wanted to.  Right?

2   A    Speculatively, that would be correct.

3   Q    And speculatively, it would be -- it would be virtually

4   impossible to hit a 76 intentionally.  Right?

5   A    Well, it's not so much as hitting a 76 intentionally.

6   It's really that he -- a person that we acknowledge is

7   intellectually limited at best would be able to reproduce --

8   granted he had had it seven times -- to reproduce a score that

9   was completely within the confidence interval and the standard

10  error of measurement just because he was trying to manipulate.

11  Q    Okay.

12  A    That's the part that I think is --

13  Q    Okay.  So when you say you acknowledge that he already

14  has limited cognitive functioning, that's your acknowledgment.

15  Correct?

16  A    No.  I think even -- even if we look at all of his

17  scores, his scores reflect someone who is within the bottom 5

18  to 10 percent of intellectual functioning.  If we were to take

19  all these scores and say that they were accurate, he has very

20  limited intellectual functioning.

21  Q    He's not doing well on the scores.  Do you agree with

22  that?

23  A    He hasn't from a long -- from an early age.

24  Q    Okay.  But that doesn't make you mentally retarded, it

25  just makes you not having good scores if you're not actually

Woods – Redirect/Burt

1    mentally retarded.  Right?

2    A    But the question we were talking was him having his

3    cognitive ability to manipulate an IQ score and get the same

4    score he had gotten five or six or seven times -- or within

5    the same range that he had gotten a number of times.

6    Q    And are you willing to agree that if there was some level

7    of malingering or not best effort being given by the defendant

8    during that 2003 examination, that would be something that

9    would be significant in evaluating the value of the 76.

10   Right?

11   A    If there were objective evidence of him not giving his

12   best efforts, that would be something to take into

13   consideration.

14             MR. McGOVERN:  Thank you.  I have nothing.

15             THE COURT:  Anything else?

16             MR. BURT:  No, your Honor, thank you.

17             THE COURT:  Okay, the witness is excused.  You may

18   stand down, sir.

19             THE WITNESS:  Thank you, your Honor.

20             THE COURT:  Have a good evening.

21             THE WITNESS:  Thank you.

22             MR. BURT:  Your Honor, can I have one minute with

23   counsel?  I believe we have a stipulation in the making.

24             THE COURT:  Sure, that's fine.

25             MR. BURT:  Thank you.

Woods - Redirect/Burt

1    Your Honor, I think we have a proposed stipulation.

2    We will reduce this to writing and file it with the court,

3    with the court's permission.

4    THE COURT:  This is regarding?

5    MR. BURT:  Your Honor, this is regarding Kathy

6    Yates, the neuropsychologist who is referenced in Dr. Drobs's

7    reports.

8    THE COURT:  Mm-hmm.

9    MR. BURT:  And the stipulation would be:  If called

10   to testify Dr. Kathy Yates would testify that she authored the

11   reports contained in Defendant's Exhibit C-5, pages GOV4243

12   through 4241, and 4251 through 4261, and the two reports

13   marked as Government 96 and 101.  And 101 will be marked

14   momentarily.

15   She would further testify that she never interviewed

16   Mr. Wilson for any reason and that she did not conduct a full

17   neuropsychological evaluation to assess intellectual

18   disability.

19   THE COURT:  Is that agreed to by the government?

20   MR. McGOVERN:  That's agreed to, Yes, Your Honor.

21   THE COURT:  All right.  So just let's reduce it to

22   writing so we can file it as an exhibit.

23   MR. BURT:  Yes.

24   THE COURT:  All right.  You can give that to me

25   tomorrow.

Woods - Redirect/Burt

1     MR. McGOVERN:  Your Honor, the government has an

2  application at this point.

3     THE COURT:  You have an application?  Yes, what's

4  your application?

5     MR. McGOVERN:  We're moving to dismiss the Atkins

6  claim.  Our view is that -- well --

7     THE COURT:  Wait.  Wait.  Do you have any further

8  witnesses?

9     MR. BURT:  No, your Honor.

10     THE COURT:  You're going to rest?

11     MR. BURT:  Correct.

12     THE COURT:  Okay.  Now you can have your

13  application.

14     MR. McGOVERN:  Thank you, your Honor.  Your Honor,

15  looking at the presentation of evidence in the light most

16  favorable to the defendant, the government submits that there

17  is no reasonable way that the fact finder could find by a

18  preponderance of the evidence that this defendant has met

19  these standards for mental retardation.

20     We've heard from at least five expert witnesses in

21  this case thus far.  Dr. Shapiro had very little to say about

22  the IQ prong of the analysis.  Dr. Olley focused his testimony

23  on the adaptive functioning, and then on cross-examination was

24  questioned about the IQ prong as well.

25     Dr. James appears to have been the only witness who

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Redirect/Burt

1    was put forward by the defense to discuss the IQs in this case

2    and her testimony does not appear to have any statement in it

3    as to what IQ she relied on other than saying that she was

4    considering all of the IQs with varying degrees of merit.

5            We would point, your Honor, to the testimony of

6    Dr. Drob, or Dr. Drob, who we submit is the most credible

7    expert who testified in this case thus far.  And Dr. Drob

8    testified that he's the person who actually administered the

9    IQ test in 2003, that the defendant, to some extent relies on.

10   And his testimony came into this record without any question

11   that he did not believe that the defendant was mentally

12   retarded, that adaptive functioning analysis was unnecessary,

13   that he wouldn't change anything in 2012 that he did in 2003.

14           To the extent that he identified cognitive deficits

15   in the defendant's presentation, he admitted on

16   cross-examination that some of that information appears to

17   have been faulty, that being the list learning data that he

18   relied on in the RBANS testing.

19           He, on cross-examination, when I showed him another

20   instance where the defendant fared very, very well or

21   performed very well on list learning, outside of a purely

22   clinical context, that the defendant performed very well

23   there, which Dr. Drob said meant one of two things:  It meant

24   either the defendant was suffering from ADHD, which means that

25   it would allow him to perform better on some days better than

Woods - Redirect/Burt

1   others, or that he was malingering during the 2003 exam.

2   Those are the -- those were the only two options that Dr. Drob

3   provided us with.

4          So either he has ADHD or he was not using enough

5   effort.  Neither of those would be suggestive of the findings

6   that Dr. Drob has to his cognitive deficits.

7          But in any event, Dr. Drob didn't say that he was

8   mentally retarded anyway.  So the vast majority of this

9   evidence in this case has in no way advanced the claim that

10  the defendant can meet prong one of the -- of the mental

11  retardation evaluation requirement.

12         There are nine IQ scores.  There's 1IQ score from

13  1991 that comes in at a 71 or a 70, and the government has

14  demonstrated overwhelmingly that that's an untrustworthy IQ

15  score, and that that IQ score is the result of a test

16  defendant went into confrontationally, that the defendant

17  acted in a careless manner during the course of the

18  examination, that the defendant blurted out answers and had

19  his head on the desk during the examination.

20         That 1994 test, we submit -- yeah, 1994 test we

21  submit is not enough to -- is not enough to carry us over

22  the -- over the burden here, your Honor.  That's the

23  government's argument.  To satisfy prong one, they have to

24  prove that the defendant has an IQ in the range eligible for

25  mental retardation.  They simply have not done that.  Relying

Woods - Redirect/Burt

1    on this one IQ test is not reasonable under the -- under the

2    circumstances of this case.

3             And to the extent that the defense claims that this

4    '94 test is otherwise -- otherwise valid, the government has

5    pointed out that Dr. Nagler also prorated, just like the

6    criticisms they've had of the other IQ tests.

7             To go forward from this point, your Honor, and have

8    the government put on its witnesses so that Mister -- so that

9    the defense can cross-examine them for days on end, we submit

10   is not a good use of the court's resources.  To have our

11   witnesses come forward and be cross-examined about the method

12   in which they tested the defendant's adaptive functioning is,

13   in our view, unnecessary.

14            The defense cannot make out prong one.  There is --

15   the evidence, viewed in the best way possible for them, they

16   cannot make out that element of the mental retardation claim.

17            And for those reasons this process, we submit,

18   should be ended at this point, that their claim should be

19   dismissed and because there's -- while there are questions

20   that could be raised, and they're trying to raise them to the

21   best of their ability, there is no way that a reasonable fact

22   finder could say beyond a preponderance of the evidence that

23   they've proven that the defendant has an IQ within the range

24   of 70 to 75, or even approximately 75.

25            THE COURT:  Mr. Burt.

Woods - Redirect/Burt

1    MR. BURT:  Your Honor, looking at the three prongs,

2    I think the evidence on prongs two and three, especially the

3    documentary evidence is overwhelming.  There's deficits in

4    these records,  apart from the expert testimony that

5    established that from a very early age Mr. Wilson had deficits

6    in at least two of the ten areas of the DSM or one of the

7    three in the AAIDD.  The documentary evidence is, of course,

8    bolstered by the expert testimony and the court has heard and

9    can evaluate.

10       I agree with the government that the real question

11   in the case is prong one.  I don't think there's going to be

12   much serious days on end cross-examination about adaptive

13   deficits because I think the adaptive deficits are pretty well

14   established.

15       So if the concern here is lengthy cross-examination

16   that's going to exceed what the government did, I can assure

17   the court that the focus will be on the scores and on certain

18   aspects of the adaptive functioning.  But I don't think that's

19   a reason to dismiss the claim at this point.

20       In terms of the scores, I think the court has

21   information in front of it from four highly competent experts

22   who have explained to the court why this pattern of scores

23   qualify their clinical judgment for consideration under prong

24   one.  And they all indicated it is not a matter where the

25   court can look at a fixed cutoff score, it is a matter where

Woods - Redirect/Burt

1  the experts say there is a certain amount of clinical judgment

2  involved here.

3         Dr. James was very clear that her analysis was --

4  that the court considers all the scores but places primary

5  weight on ones where we have data.  If the court looks at

6  those scores, the court will see scores that just -- even

7  without consideration of the confidence intervals, if you look

8  at Nagler, Drob and Denney and you consider practice effects

9  and the fact that Dr. Denney's score is nine years after the

10 time of the crime and you then factor in confidence intervals

11 and take into account what the experts said, that this is not

12 about a fixed score but about considering whether the score

13 falls within a confidence interval that includes the 75.  I

14 think that we've more than sustained our burden on prong one.

15        So I'd ask the court to go forward based on that

16 analysis.

17        MR. McGOVERN:  May I respond briefly, your Honor?

18        THE COURT:  Briefly.

19        MR. McGOVERN:  Briefly.  The defense to this point

20 have conceded that Dr. Denney's IQ test is accurate.  A couple

21 of different witnesses here have said that the 80 that

22 Dr. Denney got in testing the defendant was accurately -- that

23 the test was done properly and that the number was added

24 accurately.

25        The issue here, putting aside practice -- well, not

Woods - Redirect/Burt

1    putting aside.  Engendering practice effects and all these

2    other things, that's speculation.  They have not quantified

3    what the affects are of practice effects.  They have -- those

4    are nice arguments but there's a burden of proof here.  It has

5    to be more likely than not.  This isn't whether or not there's

6    a question that maybe, maybe somehow, some way, somehow he's

7    in the range.  He's just not.  And that's the bottle line.

8            So the effects of practice effects, Dr. Olley

9    admitted that those, he -- he admitted so much more, but he

10   admitted that those types of things would be speculation, that

11   we don't know what the actual practice effects are causing, we

12   don't know what the band of confidence, what the real number

13   is.  But what we -- what we do know is they have a burden of

14   proof and you can't overcome a burden of proof by pointing to

15   things that might have affected the scores.

16           The scores are the scores.  The scores are clear.

17   The scores have -- have consistency over the years.  They

18   are -- to the extent that there's an outlier, there's a very

19   fair, virtually uncontested explanation for why that outlier

20   exit exists.  There's consistency.  Does that -- if this were

21   the government's burden of proof to say that we proved that

22   he's not mentally retarded, well, sure, they can have all of

23   their arguments.  But the problem for them is it's their

24   burden of proof.

25           And we respectfully submit that there is no way on a

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Redirect/Burt

1    reading of this record that it can be found reasonably that

2    they have proved beyond a preponderance of the evidence, more

3    likely than not, that this defendant's IQ score is in the

4    appropriate range.

5           THE COURT:  Now, I understand that the AAIDD does

6    not have a fixed cutoff score in determining where someone is

7    marginal as opposed to mildly mentally retarded.

8           But if we just take prong one, let's just take prong

9    one, which is what Mr. McGovern is talking about.  In order to

10   meet your burden on prong one, the court has to make

11   a determination as to at what point the scores indicate mild

12   intellectual disability.

13          And do you have any enlightenment on that subject

14   for the court --

15          MR. BURT:  Well, I --

16          THE COURT:  -- since it's your burden.

17          MR. BURT:  Sure.  I can tell the court that there

18   are cases out there that say that as -- that it is properly a

19   matter of clinical judgment for the experts, and if the

20   experts say that in their clinical judgment prong one is met

21   and the court finds good reasons to credit those explanations,

22   that -- that the burden is satisfied even if there's not a

23   fixed IQ score that the experts are identifying.

24          And I think the numbers, if the Court just so said

25   the raw numbers before the Court, you've got a 71, which

Woods - Redirect/Burt

1  qualifies, and I'm looking at the Flynn adjusted numbers, so

2  part of our agreement, of course, depends on the court

3  accepting the arguments and recommendations of the AAIDD about

4  the Flynn effect.

5         We have Drob's score of 76, which slims down to a

6  73.  And we have Dr. Denney's score, Flynn score of 78, with

7  experts testifying that -- and according to the government's

8  own cross-examination of Dr. James on the improvement in the

9  subtest scores after he was incarcerated, a factual basis that

10 he wasn't proving well in custody.

11        And if you consider the confidence intervals around

12 those scores, 71 -- or 70, 71 -- or 70, 73, and 78, those

13 scores fall clearly within the range of MR as defined by the

14 Supreme Court in Atkins.  And so we think that the -- the

15 burden has been met.

16        The fact that Dr. Drob did not diagnose mental

17 retardation, I think the court can properly consider the fact

18 that he did not Flynn the scores and he never conducted the

19 type of adaptive behavior analysis which the experts in this

20 case have said should have been conducted in order to inform

21 his analysis of prong one.  It's not just a matter of

22 establishing prong two, but also to see where that confidence

23 interval, his true score is.

24        THE COURT:  Who are we talking about now?

25        MR. BURT:  Dr. Drob's 76.  As I understand the

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Redirect/Burt

1    argument, is it said the court should place primary reliance

2    on the fact that Dr. Drob did not diagnose Mr. Wilson with MR.

3            We know, however, that he reached his conclusions in

4    2003.  He did not have the records that we now have available

5    to assess that issue.  And he never at any point in time did

6    an analysis of Flynn confidence intervals or adaptive

7    functioning.  So there's explanation in front of the court as

8    to why he didn't reach any conclusion.

9            We know Dr. Yates didn't do an MR workup.  And so

10   the weight that's being placed on Drob's failure to analyze I

11   don't think overcomes what is otherwise apparent, which is you

12   have three scores that qualify and you also have consistent

13   testimony that all of these scores are underestimates because

14   of the number of times that Mr. Wilson has been given these

15   particular instruments.

16           We know -- he says we haven't quantified the effect

17   of the practice effect.  We have.  There's testimony by

18   Dr. Shapiro.  There's testimony by Dr. James that on the

19   performance IQs, the bump in scores is five to eight points.

20   And if the court takes five to eight points as the bump in

21   performance scores, these scores, all of them are

22   substantially brought down in the range of 75 or below.

23           THE COURT:  All right.  Well, I'm particularly

24   troubled that Dr. James conducted all sorts of tests but never

25   conducted an IQ test which could have bolstered the -- an

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Woods - Redirect/Burt

1   argument about the effect that repeated testing has a -- tends

2   to enhance the scores.

3           But I do think that it's important for the court to

4   hear from the government's experts.  It's important that in a

5   complicated discussion analysis like this, that I get briefing

6   from the parties, that we have a full record in the event that

7   the matter goes to the court of appeals one way or another, so

8   that everything will be presented to the court of appeals, if

9   necessary.  And we've come this far and I think we have to go

10  the rest of the distance.

11          So I'm going to deny the motion without prejudice.

12  And we'll begin tomorrow morning with the government's

13  presentation, which brings me to the question of the schedule

14  that the government has in mind in terms of witnesses, timing,

15  and so forth.

16          MR. McGOVERN:  Your Honor, apparently the government

17  intends to call Dr. Patterson as our next witness, but

18  Ms.  Drezner, we're going to call Carla Drezner, the woman who

19  administered the 1991 IQ test.  So if Ms. Drezner can get here

20  by 9:00 from Long Island, we would like to call her first.

21  But that would be -- we would -- if we can't call her first,

22  we'll call Dr. Patterson first.

23          THE COURT:  How long will your direct of

24  Dr. Patterson last?

25          MR. McGOVERN:  Probably like half an hour.

Woods - Redirect/Burt

1          THE COURT:  Okay.  And --

2          MR. BURT:  Two hours, probably.

3          THE COURT:  All right.  Well, if -- if --

4          MR. BURT:  Maximum, maybe less.

5          THE COURT:  All right.  If Ms. Drezner arrives by

6   9:00, then we'll take her first, that's all.

7          MR. McGOVERN:  Okay, great.

8          THE COURT:  And -- but, and how long will her direct

9   take?

10          MR. McGOVERN:  Her direct should be about half an

11   hour, 45 minutes.

12          MR. BURT:  Twenty-five minutes, probably.

13          THE COURT:  And that brings us to the third person

14   on the list.

15          MR. McGOVERN:  Then there's Dr. Denney.

16          THE COURT:  And that will take on direct?

17          MR. McGOVERN:  On direct --

18          THE COURT:  If you follow my instructions.

19          MR. McGOVERN:  I'm trying to follow your

20   instructions.

21          THE COURT:  Well, that would be appreciated.

22          MR. McGOVERN:  So with Dr. Denney probably a little

23   bit more that I have to do on direct with him, but still in

24   the neighborhood of 45 minutes to an hour.

25          THE COURT:  And instructions that I've given, just

Woods - Redirect/Burt

1    to recap it, is that the -- is that you're not to go into the

2    specifics of the reports which the court already has and the

3    direct only encompass matters that have arisen in terms of

4    questions in court and other more recent issues since the

5    reports were submitted.

6           MR. McGOVERN:  Okay.  With Dr. Patterson we were

7    hoping to give the court a little bit more of a sense of the

8    hour and a half meeting that he had with the defendant.

9           THE COURT:  Well, that's all right, you can do that.

10   Everyone seems to be doing it.  I don't see how I can stop you

11   from doing it in that case.  So we should have all of two

12   witnesses and part of a third tomorrow?

13          MR. McGOVERN:  Yup.

14          THE COURT:  And then the following day?

15          MR. McGOVERN:  Dr. Mapou is our expert in the area

16   of learning disabilities.

17          THE COURT:  Uh-huh.

18          MR. McGOVERN:  And then we have one more witness

19   that we're still contemplating whether it's necessary to call,

20   who would be somebody from the MDC, who is an inmate and

21   we're -- you know, there are security concerns, so we'll --

22   we'll present -- I've given a thumbnail of the testimony to

23   Mr. Burt without giving him the name and -- but I -- I'm --

24   we're really struggling with the idea of even bothering

25   calling him given the nature of the testimony.

Woods - Redirect/Burt

1    THE COURT:  So we could complete all the testimony

2   this week, is what you're telling me?

3    MR. McGOVERN:  Oh, yeah.

4    MS COHEN:  Yes.

5    THE COURT:  Before Saturday?

6    MR. McGOVERN:  Yes.

7    MS. CO:  Yes.

8    MR. BURT:  Your Honor --

9    THE COURT:  And will you have a rebuttal case?

10    MR. BURT:  Your Honor, there would be at most two

11   rebuttal witnesses to Dr. Denney's testimony who would be

12   civilian witnesses.  And I don't anticipate it would take

13   longer than probably a couple of hours.

14    THE COURT:  Okay.  All right, which means that we

15   might get through everything by Friday.

16    MR. McGOVERN:  That's right.

17    THE COURT:  All right.  And then -- and then we're

18   not going to have closing arguments, we're just going to have

19   briefs and we have a schedule for that already.  Right?

20    MR. BURT:  I believe we set a schedule.

21    THE COURT:  I think we set a schedule.

22    MR. BURT:  I can't remember what it is.

23    THE COURT:  I'll try to remember.

24    MR. BURT:  Your Honor, in regard to this inmate

25   witness, I've been informed by Mr. McGovern that there is

Woods – Redirect/Burt

1  going to be some substantial impeachment material.  Could the

2  court set some sort of deadline for when we get at that so we

3  can be prepared to deal with this gentleman and not have any

4  delays there?  I don't know what's going to be delivered but

5  I've been told it's going to be substantial.

6          MR. McGOVERN:  It's not that substantial but we will

7  give it to him tomorrow morning if we decide to call this

8  witness.

9          MR. BURT:  Thank you.

10          THE COURT:  Okay.  Anything further for this

11  evening?

12          MR. McGOVERN:  No, your Honor.

13          THE COURT:  All right, we'll see you at 9:00

14  tomorrow morning.  Thank you.

15          (Whereupon, proceedings were adjourned to December

16  4, 2012 at 9:00 a.m.)

17

18

19

20

21

22

23

24

25

1          **I N D E X**

2  **WITNESSES:**                                    **PAGE**

3  Joette James
   Cross/Cohen ..................................1347
4  Redirect/James ...............................1414
   Cross/Cohen ..................................1454
5
   George James
6  Direct/Burt ..................................1478
   Voir Dire/McGovern ...........................1493
7  Cross/McGovern ...............................1546
   Redirect/Burt ................................1633
8

9

10 **GOVERNMENT'S EXHIBITS MARKED IN EVIDENCE**

11 99A .........................................1346
   96 ..........................................1409
12 97 ..........................................1412

13

14 **DEFENDANT'S EXHIBITS MARKED IN EVIDENCE**

15 R and S .....................................1479

16

17

18

19

20

21

22

23

24

25

**$**

$48,000 [1] 1558/15
$59,000 [1] 1558/14

**'**

'03 [1] 1630/23
'03 and [1] 1630/23
'94 [1] 1663/4
'94 test [1] 1663/4
'gut' [1] 1365/8

**-**

-- for [1] 1467/22
-- is [1] 1590/17
-- of [1] 1473/1
-- or [1] 1476/10
-- question [1] 1543/4
-- the [1] 1456/15
-- this [1] 1433/9
-- wouldnt [1] 1472/8
---------------------------x [2] 1343/2 1343/7

**0**

004023 [1] 1348/2
010604 [1] 1403/24
04-CR-1016 [2] 1343/3 1345/8
044 [1] 1582/20

**1**

1.67 [1] 1444/9
1.7 [1] 1444/9
1.75 [1] 1471/4
1.76 [1] 1471/3
10 [2] 1482/14 1600/8
10 percent [2] 1649/2 1657/18
10,000 [1] 1634/14
100 [4] 1343/20 1607/8 1607/9 1607/11
1000 [1] 1343/23
10013 [1] 1344/2
10094 [1] 1550/4
101 [2] 1659/13 1659/13
1016 [2] 1343/3 1345/8
102 [1] 1378/10
103 [4] 1607/8 1607/10 1607/14 1608/3
104 [1] 1648/25
105 [3] 1639/6 1639/10 1641/1
10605 [1] 1403/24
10606 [1] 1403/24
108.446 [1] 1468/15
10935 [1] 1415/18
10954 [1] 1422/25
11 [6] 1384/14 1384/14 1386/16 1506/2 1582/20 1600/8
11 years [1] 1600/5
11,050 [1] 1573/4
11/20 [1] 1557/23
111 [2] 1639/19 1641/16
11201 [3] 1343/5 1343/16 1344/13
12 [11] 1365/12 1383/1 1383/2 1383/5 1384/14 1397/6 1397/6 1471/23 1512/5 1599/25 1636/4
12 percent [3] 1411/10 1484/11 1496/23
12 years [2] 1600/5 1600/8
124 [1] 1438/23
1249 [1] 1434/23
126 [1] 1437/16
13 [8] 1383/19 1384/14 1390/8 1511/9 1519/15 1529/12 1600/1 1636/5
13 months [1] 1451/19
13th [1] 1557/10
14 [9] 1348/12 1377/12 1377/16 1390/8 1424/15 1424/20 1516/21 1519/12 1529/12 15 [8] 1411/4 1411/6 1411/6 1427/21

1511/14 1519/12 1582/18 1643/13
15 percent [1] 1321/3
15 years [3] 1448/4 1448/5 1482/14
16 [1] 1377/10
164 [1] 1507/6
16th [2] 1557/14 1557/17
17 [3] 1463/21 1585/23 1585/24
17th [1] 1512/25
18 [18] 1411/3 1411/5 1463/17 1488/2 1489/13 1502/20 1503/11 1503/13 1503/21 1503/22 1503/24 1504/7 1516/8 1516/14 1569/23 1575/23 1575/25 1597/22
18 percent [1] 1484/13
18th [2] 1471/7 1557/19
19 [2] 1532/4 1539/6
1920s [1] 1350/9
1950s [2] 1492/1 1514/24
1960s [1] 1492/2
1973 [1] 1485/4
1974 [1] 1512/16
1977 [1] 1480/20
1980s [1] 1514/24
1982 [1] 1485/4
1989 [3] 1506/20 1574/14 1635/19
1990 [1] 1635/19
1991 [5] 1506/20 1530/14 1530/15 1662/13 1670/19
1992 [2] 1481/24 1485/4
1993 [2] 1506/20 1507/15
1994 [8] 1506/20 1507/16 1508/14 1515/7 1574/4 1589/2 1662/20 1662/20
1996 [1] 1415/7
1997 [8] 1506/20 1636/21 1637/13 1637/23 1638/5 1638/12 1638/19 1643/18
1998 [5] 1482/10 1506/21 1507/16 1642/12 1643/13
1999 [2] 1513/9 1582/17
1IQ [1] 1662/12

**2**

2 percent [1] 1395/16
2.7 [1] 1377/16
20 [12] 1373/22 1375/15 1388/21 1389/2 1411/2 1430/25 1431/14 1431/16 1464/12 1511/11 1539/6 1557/23
2000 [7] 1347/16 1459/10 1506/21 1507/16 1576/21 1578/2 1648/23
2002 [1] 1483/15
2003 [16] 1360/6 1372/23 1482/11 1506/18 1506/21 1592/19 1609/2 1610/13 1634/11 1645/10 1656/18 1658/8 1661/9 1661/13 1662/1 1669/4
2005 [2] 1483/18 1648/3
2006 [1] 1581/5
2008 [3] 1482/24 1484/18 1520/15
2009 [3] 1501/2 1520/15 1650/5
2010 [2] 1486/14 1631/10
2011 [3] 1488/10 1488/16 1489/4
2012 [16] 1343/6 1486/16 1491/6 1506/21 1510/13 1529/8 1530/2 1557/10 1557/12 1557/14 1568/7 1570/13 1570/21 1644/12 1661/13 1674/16
2013 [2] 1487/4 1496/6
209 [1] 1563/1
20s [1] 1454/3
20th [2] 1532/14 1557/7
21 [5] 1372/24 1411/1 1464/21 1573/4 1619/14
225 [2] 1343/4 1344/12
23 [2] 1433/3 1433/9
24 [1] 1472/19
24th [1] 1557/21
25 [2] 1472/19 1544/23
2606 [1] 1344/12

2696 [1] 1344/14
27 [2] 1464/16 1575/6
271 [1] 1343/15
27th [1] 1508/15
29 [2] 1392/17 1423/6
2:05 [1] 1500/2

**3**

30 [1] 1423/7
30-page [1] 1573/11
30th [1] 1557/12
327 [2] 1417/15 1417/17
334 [3] 1379/4 1420/6 1420/16
335 [3] 1376/24 1376/24 1377/4
336 [1] 1421/10
34 [2] 1359/6 1359/9
38 [1] 1545/8
3981 [1] 1655/7

**4**

40 [5] 1431/17 1483/24 1484/4 1494/22 1555/15
40 cases [1] 1483/25
400 [1] 1343/23
41 [2] 1463/23 1463/23
4184 [1] 1642/22
4241 [1] 1659/12
4251 [1] 1659/12
4261 [1] 1659/12
43 [1] 1375/15
435 [1] 1571/3
449 [1] 1465/24
45 [2] 1671/11 1671/24
45 minutes [1] 1549/10
454 [1] 1439/24
47 [8] 1377/10 1458/11 1515/20 1559/24 1560/7 1560/9 1560/17 1650/4

**5**

5 percent [2] 1395/16 1408/3
50 [2] 1458/23 1461/24
50 years [1] 1479/23
501 [1] 1343/20
51 [2] 1466/1 1466/4
55 [1] 1526/3
57 [1] 1652/8
58 percent [1] 1648/13

**6**

60 [1] 1646/2
60s [1] 1645/23
613-2606 [1] 1344/13
613-2696 [1] 1344/14

**7**

7,000 [1] 1536/20
70 [15] 1457/14 1458/22 1461/23 1470/19 1494/9 1495/5 1496/19 1571/5 1572/16 1655/17 1656/6 1662/13 1663/24 1668/12 1668/12
702 [1] 1524/15
70s [1] 1410/10
71 [5] 1574/7 1662/13 1667/25 1668/12 1668/12
718 [2] 1344/13 1344/14
73 [4] 1374/8 1474/5 1668/6 1668/12
73 percent [1] 1648/14
75 [24] 1436/13 1444/8 1456/24 1457/10 1471/2 1471/3 1474/5 1563/3 1570/5 1570/5 1570/7 1571/5 1571/15 1571/20 1572/10 1572/11 1572/13 1572/16 1572/23 1645/14 1663/24 1663/24 1665/13 1669/22
76 [10] 1374/3 1576/8 1645/13 1646/6 1656/21 1657/4 1657/5 1658/9 1668/5

**7**

76... [1] 1668/25
77 [1] 1407/7
78 [10] 1354/19 1354/24 1354/25 1370/7
1408/17 1410/3 1474/5 1622/10 1668/6
1668/12
78s [1] 1576/8
7th [2] 1510/13 1529/7

**8**

80 [6] 1457/14 1461/11 1471/4 1496/25
1576/8 1665/21
80s [1] 1576/8
81 [1] 1434/3
82 [1] 1521/19
82.35 [1] 1471/8
84 [4] 1377/21 1574/13 1575/3 1622/7
84s [2] 1576/8 1576/8
85 [1] 1655/18
86 [1] 1377/21
863 [1] 1377/4 1420/11
8th [1] 1344/2

**9**

92 [1] 1354/15
93 [2] 1608/3 1651/2
94103 [1] 1343/23
9459 [1] 1359/4
96 [7] 1409/5 1409/21 1409/24 1411/24
1452/15 1659/13 1675/11
97 [5] 1411/14 1412/1 1412/3 1412/5
1675/12
98 [3] 1347/1 1347/4 1437/11
99 [4] 1344/2 1346/6 1346/14 1346/20
99-A [1] 1437/3
99A [5] 1346/12 1346/21 1346/23 1346/25
1675/11
9:00 [5] 1343/7 1670/20 1671/6 1674/3
1674/16

**A**

a -- I [2] 1490/2 1559/13
a -- like [1] 1435/25
a determination [1] 1667/11
a.m [2] 1343/7 1674/16
AAID [1] 1553/12
AAIDD [30] 1444/3 1456/19 1470/8 1474/5
1484/15 1484/19 1486/13 1486/19 1487/3
1488/4 1488/5 1488/17 1489/7 1495/22
1497/21 1498/4 1501/16 1501/19 1502/9
1510/1 1537/8 1538/3 1572/10 1574/16
1614/21 1615/9 1615/11 1664/7 1667/5
1668/3
Aaron [1] 1635/16
Aaronson [1] 1365/10
Abacus [1] 1398/3
abilities [4] 1418/8 1442/22 1571/23 1618/8
ability [30] 1370/8 1378/15 1385/22 1387/24
1392/22 1398/24 1401/6 1416/2 1432/9
1432/11 1438/20 1441/10 1441/12 1442/9
1444/24 1454/11 1468/19 1495/4 1515/10
1537/1 1587/14 1618/11 1618/11 1630/19
1631/7 1648/17 1653/23 1653/25 1658/3
1663/21
able [98] 1361/23 1388/1 1388/7 1388/16
1392/13 1394/14 1397/16 1398/17 1404/13
1405/1 1419/18 1424/22 1427/17 1428/11
1428/25 1429/11 1430/11 1430/22 1431/12
1431/15 1431/25 1436/9 1454/3 1471/24
1472/20 1473/16 1495/9 1501/23 1506/9
1508/9 1508/10 1508/19 1509/2 1509/3
1509/9 1509/9 1509/16 1514/19 1515/8
1515/9 1516/7 1517/25 1519/7 1524/4

1529/17 1537/1 1537/6 1537/7 1537/10
1537/23 1558/3 1561/24 1562/4 1562/8
1564/25 1574/10 1580/15 1592/11 1593/9
1593/20 1594/4 1594/19 1595/20 1597/11
1597/24 1598/21 1598/24 1599/5 1599/6
1605/16 1608/2 1610/9 1610/10 1610/22
1617/7 1617/8 1617/10 1618/21 1618/21
1626/9 1633/23 1636/16 1636/22 1638/16
1638/18 1638/22 1642/10 1645/15 1646/18
1647/10 1649/6 1651/11 1651/15 1651/18
1651/20 1651/21 1657/1 1657/7
about [367]
about -- has [1] 1427/14
above [13] 1373/10 1383/5 1390/8 1393/22
1395/11 1396/4 1397/6 1440/17 1447/7
1447/8 1504/17 1550/6 1645/14
above-referred [1] 1550/6
Abramson [9] 1355/12 1365/17 1366/4
1366/11 1367/3 1367/19 1369/16 1369/21
1575/3
Abramson's [2] 1622/5 1622/14
absolute [3] 1393/8 1400/4 1400/5
absolutely [14] 1518/25 1525/10 1538/18
1558/20 1575/21 1587/17 1592/13 1593/10
1593/19 1607/18 1611/21 1615/22 1615/23
1618/20
abstract [5] 1390/5 1392/23 1505/17 1592/11
1596/3
abstraction [1] 1612/13
abuse [2] 1511/10 1520/21
academic [26] 1352/3 1352/9 1366/10
1367/16 1416/12 1418/14 1422/14 1423/10
1424/3 1424/5 1424/9 1424/14 1424/19
1425/1 1459/15 1461/19 1504/9 1508/8
1539/10 1561/17 1599/13 1617/11 1617/15
1638/10 1639/25 1640/12
academically [5] 1368/24 1483/1 1519/7
1638/14 1642/19
academics [3] 1413/15 1472/1 1511/23
accept [2] 1603/14 1611/12
accepted [5] 1368/11 1442/17 1487/14
1489/18 1489/19
accepting [3] 1602/16 1602/17 1668/3
access [6] 1580/8 1592/15 1593/11 1593/14
1593/17 1649/23
according [13] 1376/23 1383/4 1410/7
1411/10 1438/11 1441/9 1444/20 1540/17
1541/1 1541/15 1574/9 1596/5 1668/7
account [11] 1436/3 1507/20 1517/25 1531/5
1614/18 1616/17 1616/19 1616/20 1616/22
1646/23 1665/11
accounts [1] 1649/8
accuracy [2] 1409/19 1412/2
accurate [24] 1419/22 1505/4 1507/11
1541/7 1564/10 1566/17 1572/19 1582/14
1583/6 1583/16 1595/9 1598/7 1598/9
1598/10 1598/12 1599/14 1601/20 1601/25
1602/21 1610/23 1618/21 1634/16 1657/19
1665/20
accurately [9] 1485/7 1520/3 1541/22
1569/15 1587/8 1625/16 1635/21 1665/22
1665/24
achieve [1] 1431/12
achievement [44] 1353/10 1376/4 1381/6
1381/8 1392/6 1392/18 1406/18 1406/20
1413/12 1413/13 1413/14 1413/14 1413/19
1416/12 1418/14 1419/19 1422/8 1422/10
1422/12 1422/14 1422/18 1422/20 1422/24
1423/10 1423/19 1423/22 1423/24 1423/25
1424/3 1424/5 1424/9 1425/2 1425/3 1459/5
1459/7 1459/15 1459/19 1460/25 1461/1
1461/19 1462/2 1462/7 1462/8 1466/13
achieving [1] 1433/12
acknowledge [3] 1602/5 1657/6 1657/13

acknowledged [1] 1541/9
acknowledges [1] 1657/14
acknowledgment [1] 1657/14
acquired [2] 1400/1 1483/10
acronym [1] 1418/25
across [21] 1355/10 1421/21 1422/1 1423/9
1425/21 1432/20 1433/24 1434/5 1434/7
1434/8 1435/11 1436/1 1453/25 1463/11
1464/6 1465/4 1465/5 1465/7 1504/17
1514/23 1586/24
act [2] 1538/4 1641/21
acted [1] 1662/17
acting [3] 1637/7 1642/4
actions [1] 1656/22
activities [3] 1346/1 1648/9 1648/12
acts [5] 1538/5 1584/3 1584/7 1584/10
1643/4
actual [9] 1347/19 1388/12 1402/15 1403/3
1403/5 1406/16 1424/9 1455/5 1666/11
actually [101] 1348/18 1350/11 1351/19
1352/6 1355/2 1355/4 1365/18 1379/3 1383/2
1383/25 1384/18 1386/23 1387/7 1387/15
1387/19 1389/18 1390/3 1393/4 1393/9
1394/5 1394/9 1394/13 1396/7 1397/22
1399/1 1402/12 1404/15 1406/16 1407/22
1410/20 1410/21 1412/9 1433/24 1434/2
1447/2 1449/5 1450/18 1459/3 1459/4
1459/21 1461/7 1465/12 1482/9 1483/20
1484/8 1484/12 1486/10 1489/18 1490/10
1495/8 1498/10 1498/13 1505/13 1511/7
1511/16 1513/4 1518/4 1519/15 1523/17
1523/23 1523/25 1524/25 1531/21 1552/21
1553/2 1558/13 1560/13 1570/22 1572/5
1579/23 1581/1 1591/2 1591/18 1593/5
1593/12 1594/9 1594/20 1595/22 1599/14
1606/16 1607/5 1608/4 1610/18 1612/8
1615/24 1617/18 1622/1 1622/20 1625/25
1626/17 1628/18 1629/4 1630/14 1636/2
1637/21 1649/18 1653/5 1653/13 1654/18
1657/25 1661/8
actually evaluated [1] 1511/7
actually you [1] 1410/20
actuarial [1] 1441/2
adaptive [50] 1375/8 1416/7 1423/23
1470/14 1471/12 1471/16 1471/19 1474/9
1474/11 1488/3 1490/20 1501/21 1502/4
1502/12 1502/19 1503/8 1509/22 1511/5
1514/2 1535/24 1553/17 1553/20 1569/21
1575/20 1576/4 1578/18 1578/24 1582/23
1613/12 1613/20 1613/23 1614/2 1614/19
1614/22 1618/8 1619/10 1633/12 1634/11
1634/11 1644/22 1644/24 1645/6 1660/23
1661/12 1663/12 1664/12 1664/13 1664/18
1668/19 1669/6
add [7] 1359/4 1431/1 1451/16 1512/12
1630/17 1630/18 1631/9
added [2] 1528/18 1665/23
addenda [1] 1646/18
addendum [1] 1533/2
adding [1] 1451/20
addition [9] 1359/15 1378/16 1406/12
1406/13 1408/12 1408/16 1408/19 1423/13
1424/21
additional [3] 1375/7 1375/7 1466/16
address [5] 1476/6 1489/10 1535/14 1551/4
1647/23
addressed [2] 1563/6 1563/11
adequate [1] 1619/9
adequately [2] 1469/20 1506/9
ADHD [18] 1433/13 1433/14 1433/22
1467/12 1508/7 1508/18 1518/23 1519/5
1530/11 1549/3 1628/6 1628/7 1628/15
1628/18 1628/23 1629/4 1661/24 1662/4
adjourned [1] 1674/15

**A**

adjust [1]  1393/6
adjusted [5]  1393/9 1393/10 1572/7 1574/23
 1668/1
adjustment [2]  1530/10 1549/3
administered [9]  1423/4 1423/6 1448/4
 1609/1 1624/2 1644/22 1644/24 1661/8
 1670/19
administering [2]  1448/7 1645/5
administration [9]  1354/11 1355/3 1446/20
 1448/17 1449/10 1451/16 1451/17 1506/16
 1508/15
administrations [3]  1447/23 1451/13
 1507/14
administrator [1]  1623/15
admissibility [1]  1527/3
admission [1]  1616/24
admits [1]  1550/3
admitted [6]  1641/9 1641/17 1661/15 1666/9
 1666/9 1666/10
admitting [1]  1628/3
admonition [1]  1473/12
adolescence [1]  1373/12
adolescent [1]  1440/12
adolescents [5]  1377/17 1378/3 1417/25
 1425/17 1648/2
adult [4]  1424/11 1440/12 1467/11 1601/12
adult's [1]  1522/7
adults [5]  1377/17 1378/3 1378/21 1378/21
 1417/25
advance [1]  1526/13
advanced [1]  1662/9
advantages [1]  1636/1
affect [3]  1473/13 1501/18 1650/15
affected [3]  1385/23 1473/15 1666/15
affects [4]  1398/23 1528/14 1528/14 1666/3
afield [1]  1498/22 1652/17
afraid [1]  1587/8
African [2]  1377/7 1435/9
African-American [1]  1435/9
after [33]  1352/7 1379/24 1399/17 1399/21
 1404/10 1417/9 1446/19 1499/10 1506/1
 1506/2 1506/8 1506/18 1509/23 1509/24
 1513/9 1522/23 1529/5 1533/3 1533/16
 1541/1 1542/6 1542/7 1554/12 1582/20
 1587/16 1588/8 1588/9 1643/6 1644/25
 1645/11 1651/7 1665/9 1668/9
afternoon [3]  1345/24 1493/24 1493/25
again [72]  1347/3 1347/7 1350/16 1353/5
 1353/11 1353/6 1358/1 1358/13 1360/15
 1361/5 1362/24 1363/13 1364/21 1369/6
 1371/6 1380/4 1383/13 1383/14 1383/23
 1386/8 1390/25 1395/5 1400/23 1402/4
 1402/25 1403/13 1403/17 1404/6 1404/8
 1407/5 1407/10 1407/18 1408/9 1409/18
 1411/4 1411/15 1412/12 1415/17 1421/10
 1421/23 1425/19 1430/17 1432/7 1446/5
 1446/9 1454/1 1455/22 1462/14 1464/24
 1471/20 1472/19 1494/1 1507/16 1507/16
 1511/8 1511/17 1512/6 1532/10 1539/1
 1541/7 1542/12 1546/16 1572/15 1583/24
 1591/14 1605/14 1608/1 1621/15 1634/21
 1642/21 1647/3 1656/7
against [4]  1345/9 1393/12 1452/10 1501/21
age [53]  1372/24 1381/18 1381/19 1382/3
 1390/20 1393/6 1393/9 1395/11 1397/7
 1399/14 1407/16 1424/14 1424/15 1438/14
 1438/17 1481/13 1487/10 1488/2 1489/7
 1489/11 1503/11 1503/13 1503/21 1503/22
 1503/24 1504/7 1504/10 1505/25 1511/25
 1516/21 1516/21 1517/20 1519/12 1522/6
 1569/23 1601/2 1635/10 1635/24 1636/2
 1636/4 1636/5 1638/1 1638/4 1638/11

1638/16 1639/7 1639/22 1643/7 1643/13
 1643/15 1643/22 1657/23 1658/24
agencies [1]  1632/2
agency [2]  1632/10 1632/22
AGENT [2]  1344/7 1345/14
agents [1]  1549/17
ages [2]  1377/10 1599/24
aggressive [2]  1486/3 1516/16
Agharkar [1]  1491/9
aging [1]  1485/22
agitated [2]  1516/16 1584/5
agitation [1]  1508/25
ago [8]  1487/15 1496/18 1496/21 1571/9
 1588/18 1594/20 1595/9 1625/25
agree [94]  1358/7 1358/13 1358/25 1359/9
 1359/25 1360/13 1363/2 1364/19 1369/10
 1373/18 1373/24 1375/19 1382/8 1383/19
 1389/18 1390/13 1392/19 1398/9 1398/11
 1400/11 1401/2 1402/6 1402/20 1404/1
 1411/19 1412/5 1413/7 1416/17 1439/25
 1440/3 1451/9 1461/21 1463/10 1465/6
 1468/7 1497/16 1498/23 1507/10 1518/18
 1518/19 1522/13 1522/14 1524/2 1528/11
 1550/15 1554/12 1559/18 1560/25 1561/15
 1564/14 1564/15 1568/14 1570/5 1570/7
 1570/10 1570/11 1572/21 1573/11 1573/16
 1574/3 1574/6 1574/7 1575/7 1575/16 1576/7
 1576/9 1583/19 1584/2 1584/24 1585/8
 1586/15 1587/12 1587/23 1592/4 1592/10
 1592/15 1593/8 1593/22 1594/14 1594/18
 1596/11 1596/16 1605/25 1608/20 1611/6
 1613/1 1613/3 1613/3 1627/16 1639/2
 1655/16 1657/21 1658/6 1664/10
agreed [1]  1346/9 1347/24 1376/1 1376/9
 1461/10 1659/19 1659/20
agreement [2]  1409/10 1668/2
aha [1]  1419/13
ahead [10]  1389/11 1399/12 1409/25 1412/4
 1494/15 1528/17 1535/16 1548/23 1550/22
 1564/3
aid [1]  1441/16
AIDD [1]  1473/12
aided [1]  1344/15
akin [1]  1506/10
alcohol [4]  1488/14 1491/12 1491/15
 1511/10
Alert [1]  1640/6
align [1]  1501/16
all [223]  1345/3 1345/23 1347/10 1350/13
 1352/15 1355/6 1355/10 1358/10 1361/16
 1365/1 1365/4 1365/18 1367/9 1371/9 1372/9
 1379/23 1382/2 1382/19 1383/13 1383/23
 1384/4 1384/22 1388/9 1388/21 1389/3
 1389/7 1390/3 1390/16 1391/19 1392/15
 1392/16 1395/12 1396/19 1405/10 1407/17
 1407/18 1409/1 1409/1 1409/5 1409/13
 1409/21 1410/19 1411/18 1413/13 1414/15
 1414/18 1415/5 1415/9 1416/21 1416/23
 1417/9 1418/2 1421/11 1421/23 1422/4
 1423/8 1423/9 1424/2 1427/20 1428/1
 1429/16 1432/25 1434/12 1436/16 1437/22
 1437/22 1441/8 1441/13 1442/12 1446/12
 1447/7 1447/8 1454/22 1457/20 1462/5
 1469/16 1469/22 1470/17 1470/3 1470/9
 1471/2 1471/4 1472/21 1474/7 1474/13
 1477/12 1477/20 1478/4 1479/14 1482/20
 1483/25 1484/22 1485/1 1487/5 1488/21
 1497/13 1497/16 1498/8 1499/4 1499/7
 1499/9 1500/5 1502/16 1502/19 1502/24
 1504/11 1504/12 1504/16 1504/18 1505/4
 1518/7 1518/10 1518/19 1526/14 1527/3
 1527/25 1528/21 1530/16 1532/23 1536/20
 1537/12 1538/9 1542/9 1543/23 1544/9
 1544/21 1546/11 1548/1 1550/3 1552/1

1554/3 1554/3 1555/6 1555/17 1557/14
 1558/20 1561/3 1561/7 1567/4 1570/7
 1570/3 1572/20 1573/18 1574/22 1575/23
 1578/7 1582/15 1584/8 1588/15 1590/12
 1593/22 1601/17 1601/21 1601/23 1601/25
 1602/20 1602/20 1606/13 1608/12 1610/24
 1612/12 1614/4 1614/6 1615/7 1615/9
 1616/19 1617/20 1619/11 1620/11 1621/13
 1621/20 1623/25 1625/7 1626/1 1626/17
 1626/17 1626/22 1628/11 1629/3 1629/10
 1629/11 1631/11 1631/20 1632/6 1632/10
 1632/25 1638/25 1640/5 1640/7 1641/23
 1644/21 1645/3 1645/25 1646/13 1646/14
 1646/15 1650/1 1652/14 1652/20 1654/1
 1656/21 1657/16 1657/19 1659/21 1659/24
 1661/4 1664/24 1665/4 1666/1 1666/22
 1669/13 1669/21 1669/23 1669/24 1671/3
 1671/5 1671/6 1672/9 1672/11 1673/1
 1673/14 1673/17 1674/13
allergies [1]  1517/6
allow [4]  1506/12 1597/7 1623/25 1661/25
allowed [1]  1594/11 1594/12 1634/21
 1634/25
allowing [1]  1604/9
allows [9]  1428/9 1444/6 1505/15 1505/16
 1553/13 1554/24 1649/8 1649/9 1649/11
almost [5]  1354/5 1391/4 1494/22 1505/21
 1511/11
alone [11]  1445/25 1615/6 1615/12 1615/13
 1615/18 1615/20 1615/24 1616/1 1616/9
 1616/14 1652/2
along [3]  1520/10 1531/10 1569/12
already [8]  1372/10 1521/3 1537/8 1573/17
 1614/7 1657/13 1672/2 1673/19
also [123]  1344/6 1346/18 1349/19 1352/1
 1354/15 1354/19 1355/3 1358/25 1359/9
 1362/13 1362/14 1364/18 1364/18 1370/24
 1371/8 1372/17 1372/22 1373/1 1373/6
 1374/6 1374/11 1375/3 1376/13 1376/19
 1378/9 1385/11 1385/13 1385/21 1387/12
 1390/3 1390/24 1390/25 1391/18 1391/20
 1392/18 1392/22 1401/6 1420/23 1420/24
 1422/4 1424/12 1425/14 1434/18 1436/6
 1454/18 1456/19 1457/21 1463/4 1464/4
 1465/9 1468/14 1472/3 1475/13 1477/22
 1478/25 1480/10 1480/24 1481/6 1481/20
 1481/20 1483/10 1483/11 1483/13 1488/3
 1488/13 1489/17 1495/10 1502/3 1503/7
 1503/8 1513/7 1514/17 1516/1 1517/9 1519/2
 1519/4 1519/11 1519/19 1520/2 1522/9
 1523/6 1530/10 1531/4 1531/20 1537/17
 1537/22 1537/23 1537/24 1538/13 1538/23
 1542/2 1547/21 1556/22 1561/15 1575/20
 1577/1 1577/7 1586/11 1588/4 1589/2
 1589/23 1594/18 1600/20 1601/20 1601/23
 1605/13 1606/16 1606/22 1616/17 1622/23
 1626/13 1631/12 1632/20 1632/22 1633/18
 1636/8 1636/15 1643/19 1648/11 1654/18
 1663/5 1668/22 1669/12
altered [1]  1544/8
alternate [1]  1453/11
alternates [2]  1428/20
alternative [1]  1432/12 1454/11
alternatives [1]  1432/11
although [18]  1353/5 1374/2 1381/25
 1417/21 1417/22 1417/24 1419/10 1445/17
 1479/24 1488/2 1495/6 1513/22 1542/3
 1583/23 1588/25 1589/5 1607/24 1651/11
altogether [1]  1429/22
always [15]  1352/9 1362/3 1380/9 1431/9
 1448/14 1452/1 1452/11 1452/12 1457/17 1582/4
 1586/3 1588/10 1588/12 1651/10 1651/11
 1651/23
am [12]  1360/11 1385/17 1442/7 1467/13

**A**

am... [8]  1482/15 1484/21 1486/24 1533/4
1551/5 1599/25 1624/10 1624/10
**AMERICA [3]**  1343/2 1345/8 1345/12
**American [7]**  1435/9 1481/9 1498/7 1498/10
1498/14 1498/19 1498/23
**Americans [1]**  1377/7
**among [4]**  1434/14 1473/24 1572/8 1648/1
**amount [2]**  1483/2 1536/14 1593/8 1665/1
**amounts [2]**  1391/3 1391/5
**an extremely [1]**  1394/2
**analysis [48]**  1413/9 1415/22 1418/4 1428/8
1429/25 1431/1 1432/8 1432/10 1439/19
1440/21 1449/17 1450/21 1459/9 1459/11
1459/23 1459/25 1460/7 1460/10 1460/10
1460/16 1462/1 1462/12 1468/11 1469/7
1471/12 1474/10 1523/12 1527/13 1544/2
1551/2 1570/14 1570/15 1570/18 1570/24
1614/1 1614/12 1614/17 1644/3 1644/9
1644/11 1660/22 1661/12 1665/3 1665/16
1668/19 1668/21 1669/6 1670/5
**analyze [1]**  1669/10
**analyzed [1]**  1452/22
**and disorganized [1]**  1403/19
**and/or [1]**  1567/8
**anecdotes [1]**  1651/15
**animal [1]**  1431/25
**animals [1]**  1431/18
**another [27]**  1348/6 1349/11 1349/13
1349/15 1351/7 1358/22 1364/25 1370/19
1396/7 1398/9 1429/16 1433/22 1453/15
1453/16 1504/11 1507/1 1525/14 1529/5
1534/4 1558/14 1590/13 1616/10 1621/6
1628/5 1649/8 1661/9 1661/19 1670/7
**another page [1]**  1396/7
**answer [40]**  1389/7 1389/8 1390/2 1391/24
1392/14 1399/8 1445/5 1447/16 1447/17
1464/18 1504/19 1534/11 1534/22 1534/23
1545/9 1562/3 1565/16 1569/2 1569/3
1580/12 1584/8 1585/5 1595/13 1595/14
1605/16 1606/17 1606/19 1606/22 1606/24
1606/25 1611/1 1611/2 1612/22 1612/24
1613/9 1640/5 1655/23 1655/25 1656/3
1656/4
**answered [4]**  1364/22 1547/1 1656/2
1656/16
**answers [24]**  1546/19 1613/6 1613/7 1662/18
**anticholinergic [1]**  1517/4
**anticipate [2]**  1611/24 1673/12
**anticipated [1]**  1611/25
**antipsychotic [1]**  1517/10
**antisocial [12]**  1518/16 1568/11 1568/15
1568/16 1568/19 1568/20 1568/21 1568/23
1568/24 1569/9 1569/11 1627/8
**Anton [1]**  1493/2
**anxiety [1]**  1404/24
**anxious [1]**  1536/8
**any [95]**  1346/21 1351/21 1353/12 1355/10
1361/9 1361/12 1361/24 1364/7 1374/4
1374/5 1374/6 1380/12 1389/7 1391/22
1404/7 1416/13 1421/23 1432/19 1432/20
1432/23 1439/21 1446/18 1446/19 1447/3
1449/16 1450/10 1453/24 1454/15 1456/16
1469/6 1469/23 1477/23 1479/12 1479/25
1490/2 1493/18 1512/23 1514/4 1516/1
1525/2 1526/6 1527/4 1527/20 1536/17
1537/20 1542/16 1543/1 1543/9 1543/16
1544/1 1546/2 1548/16 1551/2 1552/4
1552/24 1552/25 1555/3 1566/3 1566/3
1574/19 1580/1 1581/19 1583/21 1594/3
1597/24 1598/6 1622/4 1624/3 1625/21
1625/22 1627/7 1627/10 1627/13 1628/14
1628/16 1628/21 1635/24 1637/15 1637/19

1642/4 1643/9 1643/9 1644/15 1652/15
1654/10 1654/21 1658/6 1660/9 1661/2
1661/10 1662/7 1667/13 1669/5 1669/8
1674/3
**any bias [1]**  1654/19
**anybody [3]**  1527/4 1533/16 1580/4
**anyone [7]**  1355/11 1461/10 1527/20
1547/16 1572/9 1581/7 1581/11
**anyone's [1]**  1626/2
**anything [22]**  1351/22 1352/1 1352/2 1361/6
1369/8 1381/22 1388/4 1430/9 1454/23
1463/25 1553/21 1577/25 1592/21 1598/14
1629/19 1630/16 1630/18 1645/4 1654/2
1658/15 1661/13 1674/10
**anyway [4]**  1564/23 1566/4 1589/23 1662/8
**anywhere [2]**  1375/23 1436/21
**apart [1]**  1664/4
**apartments [1]**  1512/13
**apex [1]**  1442/20
**aphasia [1]**  1468/23
**apologies [2]**  1535/11 1535/12
**apologize [14]**  1384/13 1483/18 1487/22
1490/2 1534/7 1535/8 1575/6 1592/3 1594/1
1616/7 1616/20 1621/19 1621/24 1627/1
**apparent [3]**  1464/14 1638/11 1669/11
**apparently [5]**  1541/4 1596/12 1641/13
1654/21 1670/16
**appeals [2]**  1670/7 1670/8
**appear [6]**  1519/5 1549/18 1551/1 1611/1
1635/25 1661/2
**appearance [2]**  1501/23 1585/17
**appearances [1]**  1345/10
**appeared [1]**  1368/17
**appears [15]**  1348/7 1370/7 1370/9 1370/21
1378/19 1514/2 1521/9 1564/4 1574/4
1579/16 1589/9 1604/2 1618/3 1660/25
1661/16
**Applebaum [1]**  1498/18
**apples [1]**  1461/25
**application [2]**  1556/14 1556/16 1580/23
1660/2 1660/3 1660/4 1660/13
**applications [2]**  1368/5 1647/12
**applies [1]**  1399/24
**apply [2]**  1393/7 1399/25
**appointments [2]**  1495/17 1495/18
**appreciate [5]**  1497/18 1532/25 1534/18
1550/5 1655/5
**appreciated [1]**  1671/21
**approach [21]**  1364/12 1368/23 1402/9
1403/8 1403/17 1403/18 1404/9 1405/9
1411/23 1431/24 1432/1 1465/12 1475/16
1477/14 1487/21 1490/24 1491/1 1500/11
1510/11 1639/4 1640/8
**approached [3]**  1405/8 1431/10 1432/22
**approaching [2]**  1404/23 1447/3
**appropriate [9]**  1375/8 1430/15 1430/21
1466/16 1508/23 1522/11 1553/24 1574/23
1667/4
**appropriately [2]**  1377/23 1380/18
**approval [1]**  1409/9
**approximate [2]**  1368/14 1572/10
**approximately [7]**  1444/4 1444/5 1474/7
1483/22 1513/9 1634/14 1663/24
**approximation [1]**  1548/22
**April [3]**  1508/15 1557/14 1557/17
**April 16th [2]**  1557/14 1557/17
**April 27th [1]**  1508/15
**Aranov [1]**  1575/4
**arbitrary [2]**  1443/24 1504/3
**are [355]**
**area [21]**  1358/3 1367/6 1400/23 1401/13
1412/7 1429/19 1433/22 1452/14 1453/15
1463/14 1486/8 1493/16 1507/24 1529/2
1533/22 1538/13 1539/1 1539/3 1542/8

1615/3 1672/15
1654/1 1654/2 1414/17 1414/20 1415/1
1415/9 1415/24 1424/8 1443/9 1443/18
1452/19 1464/22 1494/14 1615/1 1664/6
**aren't [5]**  1389/18 1435/3 1435/19 1525/22
1564/12
**argument [6]**  1445/21 1446/2 1575/24
1662/23 1669/1 1670/1
**arguments [4]**  1666/4 1666/23 1668/3
1673/18
**arisen [1]**  1533/12 1672/3
**arithmetic [6]**  1348/16 1348/17 1349/2
1354/12 1440/5 1443/16
**arms [1]**  1605/6
**around [17]**  1374/7 1407/8 1441/6 1445/21
1448/9 1451/7 1498/16 1503/21 1504/10
1505/12 1521/8 1525/10 1538/12 1539/3
1618/12 1636/4 1668/11
**arrangement [1]**  1355/5
**array [2]**  1427/15 1582/1
**arrives [1]**  1671/5
**Arrow [1]**  1635/20
**Arthur [2]**  1576/19 1576/21
**article [47]**  1487/10 1487/13 1487/14
1487/16 1488/10 1488/13 1488/21 1489/6
1489/18 1489/19 1489/21 1489/25 1490/1
1490/1 1490/3 1490/3 1490/10 1490/25
1491/8 1491/14 1491/18 1491/18 1492/16
1496/2 1500/19 1500/20 1500/21 1501/9
1502/6 1541/19 1570/13 1570/20 1570/21
1571/1 1571/3 1572/22 1574/9 1574/15
1648/5 1648/7 1648/20 1648/23 1648/24
1648/25 1650/1 1650/7 1650/10
**articles [8]**  1488/9 1488/16 1488/20 1497/25
1498/9 1498/16 1498/20 1647/23
**articulating [1]**  1636/16
**artificial [2]**  1446/24 1447/4
**as [380]**
**ascertain [2]**  1422/21 1646/19
**ascertained [1]**  1522/12
**ascertaining [1]**  1456/5
**aside [7]**  1350/5 1367/12 1441/14 1507/17
1510/18 1665/25 1666/1
**ask [39]**  1353/17 1389/4 1389/6 1389/7
1389/11 1399/7 1401/22 1427/4 1439/24
1460/17 1494/2 1499/11 1503/14 1506/25
1513/19 1526/6 1533/15 1543/5 1543/19
1545/11 1545/12 1545/19 1545/20 1545/21
1545/21 1547/23 1548/8 1549/4 1549/6
1550/18 1571/18 1578/12 1581/7 1590/13
1595/11 1607/7 1629/22 1637/6 1665/15
**asked [62]**  1367/18 1387/19 1414/22 1419/23
1422/4 1430/5 1431/21 1432/13 1434/18
1434/23 1435/2 1436/23 1437/10 1441/14
1443/19 1446/13 1448/7 1449/24 1450/2
1451/6 1452/15 1454/7 1467/6 1486/23
1487/6 1490/10 1495/22 1496/11 1496/14
1497/12 1497/19 1498/1 1500/14 1503/17
1507/1 1533/11 1533/14 1534/5 1535/18
1540/3 1545/10 1545/20 1562/10 1562/12
1562/16 1569/13 1599/11 1607/7 1607/9
1607/11 1607/21 1609/7 1610/2 1610/3
1610/6 1633/6 1636/17 1636/18 1638/25
1647/16 1653/1 1654/5
**asked -- strike [1]**  1451/6
**asking [11]**  1389/6 1393/10 1395/24 1473/20
1474/1 1498/2 1553/19 1553/20 1610/25
1612/9 1637/7
**aspect [3]**  1382/6 1404/8 1553/17
**aspects [11]**  1382/17 1401/7 1403/4 1404/16
1404/18 1405/2 1419/1 1443/11 1443/13
1532/4 1664/18
**assembly [8]**  1356/2 1357/3 1357/8 1357/12
1357/14 1358/8 1358/13 1359/15

**A**

asserting [1] 1635/17
assertion [1] 1370/11
assess [21] 1404/4 1441/12 1442/11 1444/25
1479/5 1506/9 1506/15 1530/17 1541/22
1614/22 1620/24 1622/17 1622/18 1622/19
1622/21 1625/5 1633/11 1634/10 1634/15
1659/17 1669/5
assessed [1] 1640/15
assesses [1] 1401/7
assessing [8] 1402/22 1422/11 1471/16
1502/4 1514/6 1531/3 1614/22 1633/6
assessment [23] 1348/16 1370/2 1375/11
1385/20 1432/15 1489/22 1490/13 1490/20
1490/25 1497/17 1502/17 1502/17 1503/22
1503/24 1503/25 1528/10 1528/12 1528/15
1570/22 1571/24 1586/2 1614/1 1626/11
assessments [5] 1483/16 1483/22 1484/9
1494/14 1495/2
assigned [1] 1527/21
assigning [1] 1491/24
Assistant [2] 1343/15 1345/13
associate [1] 1542/5
associated [4] 1447/23 1522/4 1558/9
1562/23
associates [2] 1406/4 1406/5
association [8] 1481/10 1485/15 1498/8
1498/10 1498/15 1498/19 1498/24 1498/25
assume [5] 1359/22 1423/4 1469/22 1485/7
1619/2
assumed [2] 1366/1 1470/1
assuming [2] 1469/23 1470/22
assumption [1] 1435/19
assure [2] 1656/11 1664/16
asthma [1] 1520/25
ATF [1] 1525/7
Atkins [34] 1443/22 1483/15 1483/16
1483/22 1484/2 1484/12 1490/21 1492/19
1494/23 1494/25 1500/16 1500/21 1500/23
1501/7 1501/12 1555/15 1570/14 1571/6
1571/13 1571/20 1572/12 1572/17 1572/22
1573/5 1573/8 1574/11 1574/16 1586/18
1631/4 1645/5 1645/8 1645/8 1660/5 1668/14
Atkins-type [1] 1574/11
attach [2] 1450/10 1635/24
attached [2] 1573/17 1573/17
attempt [3] 1441/12 1517/8 1517/16
attempted [2] 1519/12 1547/8
attempting [5] 1608/5 1608/7 1625/15
1625/15 1651/17
attempts [3] 1516/20 1604/8 1630/11
attend [1] 1352/8
attended [2] 1562/23 1581/4
attending [5] 1404/22 1508/16 1628/5
1639/14 1639/17
attention [15] 1416/5 1419/8 1420/2 1433/23
1458/10 1463/22 1518/13 1521/13 1521/19
1533/13 1627/13 1627/16 1627/17 1627/22
1628/4
attest [1] 1602/3
Attorney [3] 1343/14 1343/15 1345/13
Attorney's [1] 1630/23
attributed [1] 1455/3
auditory [1] 1442/22
August [2] 1529/7 1532/21
August 7th [1] 1529/7
aunt [9] 1511/13 1513/17 1523/25 1531/10
1531/18 1636/18 1644/9 1644/14 1652/4
Australian [1] 1488/11
author [4] 1486/23 1486/25 1488/4 1495/24
author's [1] 1468/4
authored [1] 1659/10
authority [3] 1641/24 1642/1 1642/5

authors [1] 1497/24
automatic [1] 1569/8
automatically [2] 1380/14 1507/19
available [12] 1368/6 1379/5 1420/18 1454/9
1523/7 1525/22 1580/2 1624/13 1624/14
1624/22 1637/18 1669/4
average [110] 1347/25 1348/12 1352/19
1354/17 1354/21 1354/24 1354/25 1365/10
1365/12 1365/13 1366/1 1366/5 1366/10
1367/15 1370/9 1370/9 1371/5 1371/5
1371/12 1382/25 1382/25 1383/2 1383/5
1383/6 1383/7 1383/11 1383/13 1383/15
1383/16 1383/19 1383/20 1383/21 1384/16
1384/18 1384/19 1385/2 1385/3 1385/3
1385/5 1385/6 1386/6 1386/8 1386/15
1388/19 1390/6 1390/8 1390/22 1392/4
1392/17 1393/1 1393/14 1393/19 1393/22
1393/23 1394/1 1394/17 1394/17 1394/24
1394/25 1395/1 1395/7 1395/7 1395/11
1395/17 1396/4 1396/6 1396/6 1396/16
1396/16 1406/2 1406/9 1406/14 1407/1
1407/3 1407/6 1407/14 1407/25 1408/7
1408/10 1408/13 1408/16 1409/6 1409/10
1409/14 1409/14 1410/2 1410/16 1411/1
1411/3 1412/7 1412/8 1429/20 1431/7 1431/7
1431/13 1431/13 1440/17 1440/18 1447/10
1447/18 1457/8 1463/14 1464/13 1464/16
1465/1 1465/12 1480/15 1515/10 1593/23
1598/24
avoid [5] 1345/25 1477/23 1614/14 1637/23
1643/10
awards [1] 1488/5
aware [9] 1369/24 1374/19 1436/11 1436/15
1525/25 1542/7 1563/8 1563/8 1563/9
awareness [5] 1433/18 1488/22 1491/19
1491/19 1541/20
away [4] 1457/3 1457/4 1457/17 1459/22
awhile [1] 1495/7
Axis [3] 1518/11 1518/11 1518/16

**B**

baby [1] 1643/4
back [50] 1347/19 1357/16 1359/1 1363/1
1363/13 1363/17 1395/20 1396/19 1402/1
1420/16 1428/6 1428/21 1444/18 1454/9
1456/19 1457/17 1469/18 1483/19 1490/15
1497/8 1506/14 1512/25 1513/8 1514/8
1530/2 1532/21 1532/23 1533/1 1533/15
1533/23 1534/12 1534/14 1534/20 1534/21
1537/15 1538/21 1538/22 1540/25 1541/5
1546/20 1547/1 1547/9 1558/2 1580/16
1582/17 1588/18 1609/1 1621/11 1630/23
1656/18
background [2] 1351/23 1351/25 1398/19
1398/23 1440/1 1440/11 1480/17 1492/3
1530/25 1544/12 1564/4 1564/18 1578/12
backgrounds [3] 1435/13 1435/13 1436/2
backwards [3] 1607/8 1607/9 1607/11
bacterial [3] 1516/8 1516/9 1516/13
bad [4] 1394/11 1394/16 1394/16 1540/17
ballpark [1] 1620/14
Baltimore [1] 1492/24
ban [1] 1418/6
banana [1] 1612/14
band [1] 1666/12
bar [8] 1475/17 1476/2 1476/14 1615/24
1616/1 1616/3 1656/8 1656/9
barely [1] 1355/11
Barnes [16] 1511/13 1511/17 1511/24
1512/1 1512/1 1512/14 1512/16 1512/20
1513/12 1514/22 1616/24 1617/23 1618/7
1637/2 1644/20 1644/25
base [3] 1414/7 1582/3 1606/7

based [42] 1365/8 1369/2 1369/13 1370/2
1373/3 1376/3 1378/13 1380/2 1381/17
1381/19 1381/19 1410/14 1412/20 1413/5
1414/3 1425/2 1439/2 1439/17 1440/1
1440/15 1440/22 1470/24 1473/21 1502/25
1527/13 1528/12 1543/17 1544/1 1547/2
1548/12 1549/4 1570/1 1592/4 1594/8
1597/15 1608/15 1608/23 1625/9 1637/15
1637/15 1637/17 1665/15
basic [4] 1411/23 1468/17 1535/19 1607/21
basically [8] 1387/2 1455/10 1461/6 1462/21
1467/8 1490/15 1554/21 1610/9
basing [6] 1352/5 1367/3 1413/11 1413/22
1454/14 1454/17
basis [17] 1347/7 1353/13 1365/14 1372/1
1397/7 1409/10 1418/8 1488/7 1494/8
1495/12 1495/16 1526/6 1544/6 1544/6
1567/14 1640/17 1668/9
Bates [1] 1403/21
battery [2] 1620/24 1621/7
BCI [1] 1439/1
be [288] 1345/19 1348/10 1348/12 1349/16
1349/24 1350/22 1353/5 1355/13 1357/24
1362/8 1363/7 1365/17 1366/20 1367/8
1370/9 1370/24 1372/6 1374/25 1375/15
1375/21 1376/17 1377/22 1377/24 1378/3
1378/17 1378/19 1380/6 1380/19 1382/1
1384/2 1384/16 1384/22 1385/20 1385/22
1386/24 1386/24 1395/16 1395/19 1401/6
1404/13 1404/21 1406/6 1410/16 1410/17
1410/24 1411/5 1411/5 1411/15 1411/17
1414/19 1415/24 1418/9 1418/16 1419/18
1421/5 1422/11 1425/14 1428/11 1430/23
1431/11 1431/15 1432/3 1435/22 1438/15
1441/7 1444/12 1446/1 1446/16 1448/18
1450/11 1452/2 1452/4 1452/13 1455/13
1455/14 1456/7 1457/13 1457/14 1458/15
1458/24 1458/25 1459/1 1460/22 1461/16
1461/24 1466/17 1467/17 1471/16 1472/20
1473/6 1473/6 1477/10 1477/16 1477/17
1480/17 1481/15 1481/18 1486/1 1486/3
1486/3 1486/4 1486/23 1487/23 1489/17
1492/6 1492/11 1493/16 1495/24 1496/5
1496/7 1496/7 1496/8 1496/11 1496/25
1497/22 1500/4 1502/18 1502/19 1503/20
1506/9 1507/9 1507/12 1508/9 1508/10
1508/19 1509/2 1509/3 1509/7 1510/2
1514/11 1514/15 1515/5 1515/8 1515/9
1515/13 1516/19 1517/25 1519/5 1522/11
1522/24 1524/9 1526/7 1526/23 1527/8
1527/23 1528/5 1528/18 1533/5 1535/25
1537/6 1537/9 1538/5 1539/2 1539/6 1541/24
1545/4 1545/13 1545/15 1545/16 1546/8
1547/11 1548/9 1549/4 1551/12 1551/12
1552/18 1553/23 1558/16 1559/25 1560/1
1560/18 1561/11 1561/20 1561/25 1562/12
1562/18 1563/12 1564/14 1564/22 1564/25
1568/8 1568/8 1568/17 1569/14 1569/15
1571/8 1571/14 1572/2 1572/7 1572/13
1572/19 1574/4 1574/20 1574/22 1574/23
1575/8 1576/2 1576/9 1576/10 1576/10
1577/22 1582/18 1586/10 1587/16 1589/20
1592/1 1592/11 1593/9 1593/14 1593/20
1594/21 1594/21 1594/24 1595/8 1596/17
1598/24 1599/5 1600/22 1602/18 1603/19
1604/9 1604/9 1607/16 1607/20 1608/2
1609/4 1610/22 1611/1 1611/8 1613/24
1614/13 1614/15 1614/23 1615/5 1615/6
1616/13 1618/3 1620/18 1620/24 1633/14
1633/15 1634/23 1640/7 1640/15 1640/17
1640/18 1645/15 1645/17 1645/24 1651/7
1651/22 1652/4 1653/12 1655/6 1656/13
1656/14 1656/24 1657/2 1657/3 1657/3
1657/7 1658/8 1658/9 1658/12 1659/9

**B**

**be...** [23]  1659/13 1662/5 1663/11 1663/18
  1663/18 1663/20 1664/11 1664/17 1666/5
  1666/10 1667/1 1670/8 1670/21 1671/10
  1671/21 1672/10 1672/20 1673/10 1673/11
  1674/1 1674/3 1674/4 1674/5
**be -- may** [1]  1551/12
**be -- that** [1]  1496/7
**bearing** [1]  1522/6
**beat** [1]  1624/3

**became** [8]  1363/24 1363/25 1450/23
  1450/23 1451/2 1451/3 1455/6 1455/7
**because** [163]  1348/15 1349/1 1349/15
  1350/8 1351/19 1353/6 1353/11 1353/13
  1354/5 1360/20 1361/23 1362/6 1362/18
  1366/12 1366/18 1367/17 1369/18 1372/11
  1379/3 1379/14 1380/3 1384/4 1388/11
  1392/8 1393/7 1396/7 1400/3 1404/7 1404/8
  1411/21 1412/12 1414/2 1419/11 1421/8
  1425/20 1428/8 1428/12 1428/15 1435/21
  1435/21 1436/8 1436/12 1436/13 1436/18
  1440/5 1440/7 1442/5 1444/6 1446/5 1446/24
  1447/12 1448/8 1449/12 1449/17 1450/6
  1452/19 1455/14 1459/8 1459/12 1459/25
  1460/7 1460/16 1461/17 1468/9 1469/19
  1471/15 1472/18 1474/23 1481/13 1483/18
  1495/10 1497/6 1501/22 1502/18 1503/21
  1504/25 1505/10 1506/3 1506/14 1506/22
  1507/12 1508/21 1509/3 1509/20 1509/23
  1511/18 1513/3 1518/8 1523/20 1524/21
  1526/6 1526/22 1528/9 1531/13 1532/7
  1532/16 1533/24 1534/8 1534/12 1534/20
  1534/23 1538/3 1538/5 1539/21 1540/11
  1543/9 1544/16 1547/2 1547/10 1549/9
  1549/14 1549/20 1549/23 1551/23 1552/14
  1552/20 1553/3 1565/17 1565/21 1565/21
  1566/20 1569/3 1578/8 1580/10 1580/12
  1581/20 1584/20 1590/18 1601/23 1602/16
  1602/18 1603/12 1605/20 1606/20 1607/19
  1610/25 1612/4 1615/3 1615/10 1616/1
  1619/8 1621/12 1622/10 1622/15 1626/11
  1627/22 1628/11 1629/2 1630/20 1631/6
  1634/2 1634/6 1643/21 1648/7 1648/25
  1651/10 1652/14 1655/21 1656/4 1657/10
  1663/19 1664/13 1669/13
**become** [5]  1448/6 1481/22 1482/2 1484/17
  1638/23
**becomes** [3]  1449/11 1506/17 1509/25
**becoming** [2]  1602/18 1603/14
**been** [115]  1350/10 1350/11 1351/20
  1351/23 1352/9 1353/9 1360/6 1373/4
  1373/17 1375/15 1376/19 1378/11 1378/15
  1378/17 1393/11 1406/17 1415/19 1418/3
  1419/3 1419/3 1423/25 1424/3 1425/22
  1426/1 1426/1 1431/21 1447/8 1449/13
  1449/14 1449/18 1450/17 1451/13 1456/6
  1459/11 1470/3 1472/8 1472/9 1472/14
  1472/15 1477/7 1481/25 1482/15 1483/16
  1483/20 1489/18 1489/19 1492/4 1492/23
  1495/24 1496/3 1496/11 1496/14 1497/12
  1497/14 1497/17 1511/8 1511/11 1512/16
  1514/1 1521/21 1522/8 1523/23 1523/24
  1524/21 1524/21 1526/3 1533/7 1533/13
  1534/13 1536/13 1544/18 1555/23 1559/14
  1561/8 1566/19 1566/25 1568/4 1575/2
  1575/3 1575/4 1575/4 1575/5 1580/21
  1583/20 1589/15 1592/19 1598/17 1598/20
  1600/24 1610/13 1611/7 1611/11 1611/22
  1628/14 1628/16 1628/22 1630/19 1631/5
  1632/23 1634/25 1638/15 1641/9 1641/13
  1651/11 1651/23 1653/10 1656/20 1657/1
  1660/25 1661/17 1668/15 1668/20 1669/14
  1673/25 1674/5

**beer** [1]  1482/22
**before** [54]  1343/9 1376/4 1399/20 1400/17
  1405/2 1417/12 1428/2 1429/4 1434/10
  1434/10 1438/24 1446/19 1446/25 1453/4
  1456/16 1462/18 1462/20 1463/24 1465/2
  1471/6 1482/18 1484/23 1500/14 1502/20
  1502/23 1503/11 1503/13 1503/17 1504/7
  1506/24 1513/16 1523/24 1526/11 1529/17
  1533/1 1542/11 1542/16 1543/2 1543/23
  1547/16 1548/2 1548/18 1549/12 1569/23
  1573/22 1575/23 1575/25 1581/2 1591/9
  1632/18 1633/22 1644/1 1667/25 1673/5
**began** [2]  1482/24 1482/25
**begin** [1]  1670/12
**beginning** [3]  1350/2 1463/4 1639/10
**begins** [4]  1417/20 1421/16 1446/3 1641/1
**behavior** [59]  1364/2 1366/19 1368/11
  1368/13 1375/8 1416/7 1417/13 1429/17
  1440/9 1474/9 1474/11 1492/14 1508/22
  1508/25 1514/3 1515/23 1516/15 1519/2
  1519/18 1519/21 1520/1 1521/14 1521/20
  1521/25 1522/2 1522/4 1522/16 1522/21
  1522/24 1523/1 1532/8 1553/16 1567/13
  1567/15 1567/16 1569/21 1584/13 1584/15
  1584/16 1584/18 1634/11 1634/20 1634/20
  1634/23 1635/6 1640/8 1640/20 1641/19
  1642/6 1644/23 1644/25 1646/5 1647/2
  1649/10 1649/11 1653/16 1653/17 1653/18
  1668/19
**behavioral** [9]  1418/16 1439/25 1440/8
  1440/10 1450/20 1455/20 1455/25 1483/12
  1640/18
**behaviors** [22]  1479/25 1485/11 1485/24
  1485/25 1485/25 1486/3 1486/4 1492/1
  1492/12 1517/16 1520/2 1522/3 1522/5
  1539/12 1546/7 1565/21 1565/21 1568/20
  1568/23 1638/15 1643/15 1643/16
**behind** [1]  1638/14 1642/20
**being** [78]  1365/5 1365/8 1377/20 1387/10
  1388/7 1388/16 1397/16 1398/17 1428/25
  1429/11 1430/22 1437/3 1439/12 1441/3
  1447/6 1448/1 1454/3 1454/7 1456/1 1456/2
  1471/24 1474/6 1482/12 1487/25 1501/23
  1502/6 1504/5 1506/1 1506/2 1506/5 1506/19
  1509/9 1509/9 1509/10 1509/16 1515/10
  1516/10 1516/25 1516/25 1517/8 1517/15
  1517/21 1519/7 1524/4 1525/5 1526/5
  1540/22 1542/2 1542/4 1542/7 1549/21
  1552/19 1554/12 1564/8 1574/10 1585/3
  1585/6 1586/13 1587/4 1587/8 1615/10
  1617/10 1617/12 1626/9 1629/2 1636/16
  1638/16 1638/17 1642/10 1643/2 1651/15
  1651/18 1651/20 1651/21 1654/24 1658/7
  1661/17 1669/10
**believe** [50]  1418/25 1427/21 1434/1 1445/4
  1445/16 1447/10 1448/20 1458/25 1484/18
  1486/24 1487/10 1488/16 1492/18 1496/6
  1503/21 1506/1 1506/10 1512/16 1525/16
  1532/14 1534/23 1535/1 1537/24 1541/15
  1546/7 1557/7 1559/24 1573/17 1577/22
  1590/15 1591/18 1592/10 1597/17 1600/1
  1609/8 1617/22 1621/11 1624/18 1624/21
  1627/1 1627/1 1630/12 1631/17 1631/21
  1632/12 1636/17 1637/13 1658/23 1661/11
  1673/20
**believed** [5]  1581/15 1609/10 1609/14
  1609/16 1609/21
**believes** [1]  1616/25
**bell** [4]  1457/1 1457/3 1457/14 1457/16
**Bellevue** [2]  1373/22 1375/14
**belong** [1]  1484/15
**below** [28]  1366/9 1367/14 1367/22 1367/24
  1369/6 1369/9 1369/17 1369/18 1398/22

**1400/9 1401/1 1433/25 1434/13 1440/17
  1443/9 1443/17 1443/19 1464/17
**Benadryl** [1]  1521/17
**benadryl** [4]  1517/1 1517/1 1517/3 1517/3
**bench** [2]  1345/6 1467/14
**Bender** [3]  1349/19 1350/8 1350/24
**benefit** [4]  1472/9 1516/4 1517/24 1640/16
**benefits** [1]  1516/7
**besides** [7]  1360/12 1365/1 1482/10 1507/14
  1554/12 1567/1 1647/22
**best** [19]  1441/15 1441/18 1441/20 1441/21
  1441/22 1441/24 1442/17 1501/11 1501/15
  1502/6 1503/22 1531/15 1543/7 1656/25
  1657/7 1658/7 1658/12 1663/15 1663/21
**better** [27]  1363/16 1392/6 1394/10 1395/3
  1395/6 1402/25 1403/14 1403/16 1405/18
  1407/23 1407/24 1408/6 1441/5 1472/22
  1515/9 1515/9 1553/13 1553/13 1561/17
  1561/18 1562/11 1633/23 1634/2 1634/7
  1643/16 1661/25 1661/25
**between** [37]  1354/21 1355/1 1372/12
  1372/18 1376/6 1378/14 1379/1 1379/12
  1380/2 1380/21 1381/24 1387/14 1423/19
  1424/24 1428/7 1428/20 1428/21 1449/7
  1453/12 1459/6 1459/13 1459/14 1461/15
  1462/1 1462/2 1464/1 1481/12 1504/10
  1530/1 1535/20 1539/4 1565/24 1568/20
  1599/24 1605/17 1634/24 1655/17
**beyond** [10]  1399/14 1425/1 1431/8 1525/23
  1576/16 1581/12 1616/6 1652/14 1663/22
  1667/2
**Bhushan** [1]  1491/9
**bias** [15]  1527/9 1551/4 1551/7 1614/7
  1614/11 1633/7 1633/7 1633/7 1635/21
  1637/15 1637/19 1637/22 1654/10 1654/19
  1654/21
**biased** [2]  1551/11 1614/13
**biased or** [1]  1551/11
**bicycle** [1]  1612/16
**big** [3]  1384/21 1575/11 1643/4
**big discrepancy** [1]  1384/21
**bigger** [2]  1590/9 1590/10
**billed** [2]  1558/13 1558/14
**binder** [15]  1417/5 1437/17 1475/13 1475/14
  1478/20 1478/24 1478/25 1489/6 1489/21
  1491/8 1500/18 1560/7 1647/19 1650/1
  1650/4
**binders** [4]  1477/13 1477/18 1477/23
  1478/16
**Bipolar** [2]  1520/20 1556/2
**birthday** [1]  1471/7
**bit** [17]  1376/5 1377/22 1383/9 1401/20
  1404/13 1405/1 1407/23 1407/24 1408/5
  1525/2 1583/17 1585/8 1585/22 1589/9
  1590/24 1671/23 1672/7
**bizarre** [1]  1516/16
**black** [3]  1436/14 1640/3 1641/17
**blank** [1]  1438/18
**block** [14]  1366/6 1366/14 1366/22 1366/25
  1367/3 1367/10 1367/20 1369/3 1369/4
  1391/15 1396/10 1396/15 1396/17 1445/19
**blood** [13]  1602/5 1602/12 1602/12 1602/16
  1602/19 1602/20 1603/9 1603/10 1603/19
  1603/19 1603/24 1604/7 1604/7
**Bloods** [9]  1602/4 1602/5 1602/8 1602/20
  1602/23 1602/24 1603/1 1603/2 1603/5
**Bloomsburg** [1]  1513/4
**blow** [1]  1524/17
**blue** [3]  1388/13 1541/11 1560/7
**blurted** [1]  1662/18
**board** [11]  1355/10 1433/24 1434/5 1434/7
  1434/8 1454/1 1465/4 1465/5 1465/7 1481/24
  1514/23

Case 1:04-cr-01016-NGG   Document 982   Filed 02/09/16   Page 340 of 381 PageID #: 11313

**B**

boat [1] 1397/24
bodies [1] 1541/2
body [1] 1481/17
bolstered [2] 1664/8 1669/25
Bone [3] 1559/7 1559/8 1559/9
book [42] 1416/16 1416/23 1417/6 1436/11
1439/24 1444/19 1445/5 1460/21 1467/21
1484/22 1484/23 1486/13 1487/1 1487/1
1487/2 1488/4 1488/18 1498/24 1507/4
1520/4 1520/5 1521/8 1590/5 1590/17
1590/18 1590/19 1590/20 1590/21 1590/22
1590/25 1591/2 1591/3 1591/12 1591/14
1591/20 1646/23 1649/8 1649/8 1649/9
1650/8 1650/23 1651/3
book -- is [1] 1487/1
booklets [1] 1630/2
books [2] 1520/12 1520/14
borderline [32] 1354/21 1355/2 1370/7
1385/8 1395/13 1395/14 1395/19 1406/5
1406/13 1407/4 1407/5 1407/8 1407/11
1407/12 1407/13 1408/17 1408/18 1408/19
1409/6 1409/14 1410/4 1410/9 1410/9
1410/16 1411/4 1411/7 1654/25 1655/3
1655/12 1655/16 1656/13 1656/15
Boston [5] 1396/19 1397/8 1397/10 1398/24
1400/8
both [50] 1354/13 1378/20 1421/1 1422/17
1425/3 1425/6 1425/7 1425/17 1425/25
1457/22 1458/5 1462/24 1463/8 1467/1
1475/1 1475/14 1481/7 1481/14 1481/14
1481/25 1482/9 1483/7 1483/17 1488/5
1491/1 1491/19 1494/13 1504/24 1507/22
1511/4 1511/19 1514/2 1522/23 1524/5
1526/19 1527/7 1529/1 1531/4 1531/21
1538/11 1538/11 1539/18 1540/2 1598/4
1600/16 1612/14 1612/16 1612/19 1612/23
1631/25
bother [3] 1353/17 1363/12 1559/13
bothering [1] 1672/24
bottle [1] 1666/7
bottom [4] 1360/2 1402/16 1449/19 1657/17
boundaries [1] 1383/10
boy [3] 1600/25 1640/3 1641/17
BRADY [4] 1344/1 1344/3 1345/16 1631/23
Brady's [8] 1610/7 1610/14 1611/5 1611/11
1611/19 1611/22 1611/24 1612/7
brain [29] 1468/22 1468/22 1479/21 1479/24
1480/4 1480/5 1483/11 1486/2 1492/7
1504/25 1505/2 1505/2 1505/6 1505/7 1505/8
1505/9 1505/10 1505/10 1505/12 1505/14
1505/21 1505/22 1506/3 1530/8 1530/9
1535/23 1566/21 1642/8 1642/9
Brannan [1] 1343/23
bravado [1] 1456/9
break [4] 1347/5 1414/15 1544/22 1643/21
brief [3] 1480/16 1493/19 1654/3
briefing [1] 1670/5
briefly [4] 1478/19 1665/17 1665/18 1665/19
briefs [1] 1673/19
Bring [2] 1427/3 1431/1
brings [2] 1670/13 1671/13
broad [6] 1373/6 1413/17 1540/14 1540/19
1582/1 1595/2
broadened [1] 1566/19
broader [18] 1375/13 1382/12 1382/13
1416/1 1423/22 1424/7 1424/7 1424/13
1424/19 1424/25 1425/21 1436/3 1444/16
1461/1 1472/23 1517/22 1567/12 1582/3
Brooklyn [3] 1343/5 1343/16 1344/13
Brookwood [14] 1513/9 1582/17 1582/20
1588/20 1602/10 1602/13 1602/14 1602/15
1602/19 1603/13 1603/14 1603/22 1632/10

1643/17
brother(s) [2] 1585/6
brother [7] 1482/14 1482/14 1482/16
1482/20 1512/10 1531/20 1532/6
brought [4] 1458/4 1478/15 1533/13 1669/22
buddy [1] 1512/4
build [1] 1374/6
bullet [1] 1372/22
bump [2] 1669/19 1669/20
bunch [1] 1558/8
burden [11] 1662/22 1665/14 1666/4
1666/13 1666/14 1666/21 1666/24 1667/10
1667/16 1667/22 1668/15
BURT [15] 1343/22 1343/24 1345/16
1465/16 1478/10 1495/22 1500/5 1514/8
1543/21 1545/24 1550/3 1554/8 1641/15
1663/25 1672/23
business [1] 1478/13
butter [1] 1651/14

**C**

C-1 [1] 1639/6
C-5 [2] 1358/2 1659/11
Cadman [3] 1343/4 1343/15 1344/12
calculated [1] 1507/22
calculating [1] 1360/22
calculations [4] 1348/17 1348/17 1422/16
1468/21
California [22] 1343/23 1393/16 1395/23
1396/2 1396/5 1396/8 1396/9 1400/16
1400/19 1400/20 1401/4 1480/21 1481/5
1557/25 1609/8 1609/10 1609/14 1609/21
1609/24 1609/25 1610/1 1610/3
call [22] 1383/13 1407/8 1475/8 1485/18
1485/24 1515/12 1520/5 1534/10 1569/5
1580/12 1580/16 1591/23 1602/14 1603/24
1636/23 1670/17 1670/18 1670/20 1670/21
1670/22 1672/19 1674/7
called [30] 1410/2 1418/19 1421/11 1441/9
1442/1 1444/20 1463/19 1477/7 1487/10
1487/21 1489/7 1489/21 1490/12 1491/11
1491/14 1501/22 1506/23 1513/17 1517/4
1520/18 1537/15 1541/12 1549/11 1550/17
1556/15 1568/21 1589/24 1602/19 1650/2
1659/9
calling [8] 1345/7 1407/5 1478/4 1636/6
1636/7 1636/7 1636/9 1672/25
calling that [1] 1407/5
calls [6] 1419/24 1555/7 1555/10 1596/8
1596/11 1596/16
came [4] 1347/3 1347/5 1347/9 1454/9
1480/20 1484/23 1512/21 1520/14 1534/1
1538/7 1546/25 1579/4 1579/7 1629/17
1631/10 1661/10
can [181] 1347/4 1347/8 1350/22 1350/23
1351/15 1357/19 1357/20 1357/22 1357/24
1362/1 1362/8 1363/10 1366/2 1366/17
1366/24 1368/4 1369/1 1370/22 1371/17
1376/17 1380/4 1380/6 1380/6 1381/9
1385/20 1385/21 1385/22 1387/12 1389/6
1389/7 1389/7 1389/8 1389/10 1389/10
1389/12 1389/21 1391/14 1392/15 1392/15
1397/5 1397/5 1399/7 1402/12 1403/20
1404/5 1405/22 1409/10 1411/16 1415/16
1416/6 1416/11 1421/5 1421/23 1425/14
1428/2 1428/9 1430/19 1432/17 1434/25
1437/20 1438/15 1439/5 1439/12 1439/14
1439/18 1439/19 1440/15 1440/21 1441/6
1445/5 1445/7 1445/25 1450/13 1452/13
1455/13 1455/14 1455/22 1458/15 1458/19
1459/18 1462/23 1463/13 1465/9 1473/17
1475/5 1477/3 1477/17 1477/17 1480/16
1481/15 1482/6 1485/20 1504/16 1505/1
1508/11 1509/14 1514/18 1522/5 1522/11

1524/18 1525/13 1526/23 1527/8 1528/16
1532/10 1535/23 1540/16 1545/6 1545/12
1545/13 1545/20 1546/2 1546/6 1548/8
1550/4 1559/20 1560/15 1560/18 1563/18
1564/14 1564/15 1567/5 1568/17 1575/24
1576/2 1583/17 1586/10 1590/13 1591/22
1593/17 1593/17 1593/17 1597/14 1597/22
1597/25 1616/10 1616/11 1616/12 1616/13
1619/3 1620/24 1624/5 1628/20 1630/9
1631/19 1634/1 1634/7 1640/7 1642/6
1642/11 1646/11 1647/24 1649/13 1649/17
1650/12 1650/14 1650/15 1650/15 1650/15
1650/16 1650/16 1650/17 1650/17 1650/17
1658/22 1659/22 1659/24 1660/12 1662/10
1663/9 1664/9 1664/16 1664/25 1666/22
1667/1 1667/17 1668/17 1670/19 1672/9
1672/10 1674/3
can't [42] 1360/12 1362/2 1366/12 1367/9
1376/9 1379/14 1379/19 1379/20 1380/14
1394/25 1397/19 1409/19 1412/12 1434/24
1439/16 1439/22 1441/1 1446/10 1449/22
1474/4 1474/5 1474/6 1498/13 1506/4
1506/14 1506/15 1530/8 1538/6 1539/8
1549/23 1553/6 1585/5 1588/13 1598/6
1618/25 1622/17 1622/19 1631/6 1634/2
1666/14 1670/21 1673/2
cancelling [1] 1452/9
cannot [8] 1418/9 1418/11 1501/24 1501/24
1582/25 1598/2 1663/14 1663/16
capital [6] 1510/8 1510/10 1630/22 1630/24
1645/11 1646/1
capture [1] 1431/9
captured [1] 1529/21
capturing [1] 1405/12
car [6] 1538/22 1540/18 1541/2 1541/3
1541/11 1612/16
Card [2] 1429/21 1429/25
cardiac [1] 1521/2
cards [8] 1387/5 1387/8 1387/16 1387/12
1388/1 1388/2 1388/17 1430/19
care [5] 1463/16 1482/14 1523/8 1524/11
1567/17
career [2] 1482/2 1651/8
careful [7] 1351/10 1351/11 1351/13
1351/15 1351/20 1367/25 1521/24
carefully [4] 1368/23 1506/12 1506/15
1515/24
caregiver [1] 1525/14
careless [2] 1364/12 1662/17
Carla [3] 1577/1 1622/9 1670/18
Carolina [2] 1549/22 1580/24
carries [1] 1568/23
Carroll [1] 1442/15
carry [2] 1454/4 1662/21
cars [2] 1387/11 1519/19
case [97] 1354/19 1355/6 1358/2 1362/8
1365/6 1418/8 1418/8 1421/6 1428/12
1428/15 1432/21 1446/17 1448/2 1448/3
1458/1 1463/17 1463/17 1463/21 1467/17
1478/21 1478/23 1479/1 1479/5 1483/15
1490/25 1492/25 1493/4 1493/5 1493/6
1495/7 1502/7 1502/14 1503/19 1508/4
1508/21 1510/8 1510/10 1510/12 1511/4
1514/10 1517/8 1522/9 1525/10 1525/20
1526/15 1527/20 1527/23 1527/24 1530/22
1531/8 1531/12 1531/17 1533/5 1537/18
1544/13 1544/15 1549/8 1550/18 1550/19
1554/3 1556/17 1557/3 1558/13 1559/5
1559/7 1559/11 1559/14 1561/5 1561/8
1573/2 1573/8 1573/19 1575/9 1576/1 1579/2
1580/21 1583/20 1596/8 1608/13 1614/15
1619/13 1624/4 1630/21 1631/10 1633/7
1633/10 1634/9 1647/1 1660/21 1661/1
1661/7 1662/9 1663/2 1664/11 1668/20

**C**

case... [2] 1672/11 1673/9
case-by-case [1] 1418/8
cases [29] 1466/12 1466/16 1483/17 1483/25
 1483/25 1484/2 1484/11 1486/19 1489/7
 1492/21 1493/9 1494/25 1496/22 1500/16
 1501/12 1523/7 1544/11 1556/5 1556/22
 1563/11 1565/6 1571/14 1571/20 1572/4
 1572/13 1572/23 1586/18 1600/16 1667/18
catch [1] 1490/2
categories [4] 1409/7 1409/14 1410/15
 1418/6
categorize [1] 1387/24
category [10] 1410/12 1445/25 1536/3
 1536/7 1536/7 1568/10 1569/9 1569/10
 1653/9 1653/19
Cattell [1] 1442/15
Cattell-Horn-Carroll [1] 1442/15
Caucasians [1] 1377/8
causative [1] 1515/6
cause [3] 1345/7 1354/3 1447/4
causing [3] 1364/5 1364/6 1666/11
caution [1] 1551/21
cautions [1] 1521/10
caveat [1] 1497/18
Celia [1] 1345/13
centers [1] 1524/13 1584/22
certain [24] 1352/20 1418/24 1439/13
 1439/14 1440/17 1445/17 1448/10 1482/2
 1491/25 1528/11 1528/11 1534/1 1536/5
 1592/11 1614/19 1614/24 1634/3 1634/4
 1634/4 1634/4 1638/23 1650/14 1664/17
 1665/1
certainly [38] 1364/19 1371/2 1382/11
 1451/11 1493/20 1500/12 1503/5 1514/13
 1514/24 1524/18 1526/13 1527/2 1538/7
 1544/17 1544/19 1552/7 1564/19 1564/25
 1568/3 1570/25 1575/2 1582/1 1588/13
 1589/15 1589/19 1591/19 1602/24 1615/10
 1617/8 1625/14 1626/6 1626/7 1626/8
 1631/18 1638/1 1638/17 1646/13 1656/6
Certified [1] 1481/24
cetera [9] 1382/7 1442/25 1444/2 1546/8
 1572/9 1572/9 1584/22 1606/11 1624/2
challenging [5] 1451/2 1485/11 1485/24
 1485/25 1522/1
chance [1] 1518/3
change [5] 1508/21 1546/4 1555/10 1557/8
 1661/13
changed [4] 1548/4 1548/16 1549/7 1589/19
changes [5] 1481/16 1481/17 1547/21
 1547/22 1547/24
changing [2] 1488/2 1588/17
channel [1] 1606/11
chaos [1] 1515/4
chapter [11] 1378/24 1420/3 1489/6 1489/10
 1489/13 1496/3 1503/15 1521/13 1521/19
 1650/7 1650/23
Chapter 18 [1] 1489/13
chapters [1] 1487/6
character [1] 1424/22
characteristic [3] 1378/3 1379/6 1420/18
characteristics [2] 1468/2 1650/2
characterize [8] 1378/5 1438/13 1467/8
 1505/22 1544/3 1544/10 1544/14 1646/11
characterized [1] 1502/11
charged [2] 1645/11 1646/1
Charisse [1] 1344/12
Charles [1] 1498/18
chart [24] 1347/4 1347/7 1355/21 1407/6
 1410/2 1410/14 1411/6 1411/10 1411/13
 1413/8 1436/23 1437/3 1437/6 1437/11
 1437/13 1438/2 1438/7 1439/6 1439/15

check [7] 1361/23 1449/10 1552/4 1552/7
 1553/20 1553/21 1605/6
checked [1] 1432/22
checker [4] 1554/9 1554/21 1554/22 1554/23
checking [1] 1537/4
cherrypicking [1] 1421/4
Cheryl [1] 1511/6
chest [4] 1515/17 1515/19 1515/19 1515/21
chief [1] 1481/1
child [6] 1368/16 1440/12 1505/16 1511/9
 1517/15 1563/6
child's [4] 1504/25 1505/2 1505/6 1522/6
childhood [2] 1373/12 1568/8
children [11] 1385/24 1425/17 1433/11
 1433/12 1468/24 1511/10 1522/8 1530/25
 1640/17 1648/23 1653/21
choice [1] 1392/7
choose [2] 1431/21 1565/21
chosen [1] 1431/21
chronological [1] 1377/10
circle [1] 1355/24
circled [5] 1355/22 1355/23 1358/18 1358/21
 1358/23
Circuit [3] 1492/17 1493/8 1545/17
circular [1] 1441/16
circumscribed [2] 1538/12 1539/1
circumstance [3] 1538/10 1561/1 1608/2
circumstances [8] 1513/21 1513/22 1540/7
 1582/12 1583/7 1583/8 1636/17 1663/2
circumstantial [2] 1359/23 1359/25
citation [1] 1460/18
cited [2] 1488/4 1520/4
cites [1] 1521/21
City [6] 1480/20 1512/1 1512/17 1632/4
 1632/7 1632/11
civil [1] 1497/5
civilian [1] 1673/12
claim [6] 1365/15 1660/6 1662/9 1663/16
 1663/18 1664/19
claiming [6] 1365/16 1602/4 1602/12
 1602/18 1603/9 1603/19
claims [3] 1590/17 1590/18 1663/3
clarify [4] 1403/3 1462/19 1534/1 1547/10
class [1] 1464/12
classes [8] 1424/1 1514/15 1563/5 1563/9
 1563/10 1565/5 1565/9 1647/10
classic [3] 1508/18 1628/6 1628/7
classification [1] 1439/23
classifications [2] 1438/12 1439/16
classroom [7] 1371/14 1371/14 1371/15
 1371/20 1456/6 1519/13 1640/16
clean [2] 1511/11 1587/1
clear [22] 1346/11 1401/15 1451/2 1462/20
 1465/17 1477/15 1506/13 1506/15 1517/13
 1519/4 1537/8 1538/8 1548/13 1553/12
 1553/12 1568/22 1568/23 1574/17 1616/21
 1616/23 1665/3 1666/16
clearest [1] 1389/19
clearly [14] 1352/19 1353/20 1355/21 1371/8
 1372/3 1372/24 1460/7 1469/14 1514/9
 1515/4 1515/5 1538/14 1647/4 1668/13
Cleopatra [4] 1435/3 1435/16 1435/19
 1435/22
Cleveland [1] 1493/1
client [2] 1501/21 1507/25
clients [1] 1501/20
clinical [50] 1351/12 1369/11 1369/13
 1369/16 1370/3 1371/9 1371/10 1380/13
 1413/3 1418/3 1419/15 1421/12 1425/16
 1443/19 1443/20 1443/25 1444/15 1449/7
 1450/3 1450/3 1450/6 1454/21 1470/12
 1471/21 1473/17 1473/9 1482/5 1483/6

1485/2 1485/3 1491/2 1494/3 1494/5 1494/19
 1502/5 1503/18 1509/25 1509/25 1510/25
 1510/1 1510/2 1523/17 1528/25 1530/4
 1648/16 1661/22 1664/23 1665/1 1667/19
 1667/20
clinician [4] 1412/16 1412/18 1440/20
 1522/5
clinician's [2] 1440/9 1520/9
clinicians [1] 1521/10
cloak [9] 1501/22 1501/23 1509/4 1509/5
 1551/23 1590/2 1590/4 1590/7 1590/15
cloak of [1] 1509/4
clock [2] 1424/15 1471/22
closer [2] 1457/13 1484/12
closet [2] 1519/13 1519/16
closing [2] 1519/16 1673/18
closure [1] 1533/7
clothes [2] 1540/18 1588/18
clothing [1] 1540/9
club [1] 1558/17
clues [1] 1397/19
cluster [1] 1393/19
clustering [3] 1448/9 1514/11 1514/16
co [2] 1628/14 1628/15
co-morbid [1] 1628/15
co-morbidity [1] 1628/14
Coast [2] 1558/2 1577/20
coding [2] 1354/13 1445/16
coexist [2] 1559/19 1567/5
coexistence [1] 1559/15
cognitive [39] 1370/8 1372/23 1373/3 1415/8
 1415/11 1415/20 1416/15 1418/7 1428/21
 1443/13 1453/13 1479/22 1480/3 1480/4
 1488/14 1514/18 1518/22 1530/9 1564/5
 1564/20 1564/25 1565/12 1566/22 1571/25
 1582/22 1586/2 1613/11 1619/15 1619/21
 1620/7 1620/9 1620/12 1621/17 1635/5 1635/6
 1657/14 1658/3 1661/14 1662/6
cognitively [6] 1368/7 1368/9 1565/6 1565/9
 1593/15 1606/23
Cohen [5] 1345/13 1345/21 1346/3 1455/1
 1461/3
coherent [3] 1636/24 1638/21 1638/21
collaborated [1] 1488/13
collateral [2] 1551/17 1558/8
colleagues [1] 1571/12
COLLEEN [11] 1344/1 1344/3 1345/16
 1610/7 1610/14 1611/5 1611/11 1611/19
 1611/22 1611/24 1612/7
Colleen Brady's [1] 1610/7
Colleen's [1] 1610/11
Colleens [1] 1610/22
college [1] 1352/8
color [5] 1384/25 1385/7 1385/11 1385/13
 1386/2
color-word [1] 1384/25
colors [2] 1388/2 1431/19
Columbia [1] 1498/21
column [6] 1377/2 1377/5 1378/1 1379/4
 1385/11 1421/15
combination [3] 1370/3 1418/13 1433/13
combined [1] 1383/23
come [29] 1409/10 1428/17 1454/20 1464/14
 1477/3 1477/18 1493/7 1495/17 1495/18
 1507/2 1515/19 1523/2 1526/5 1527/16
 1544/8 1566/21 1577/25 1578/3 1580/10
 1584/21 1584/21 1586/24 1594/11 1594/12
 1610/17 1637/5 1656/8 1663/11 1670/9
comes [5] 1383/8 1410/9 1454/6 1514/8
 1662/13
comfortable [1] 1629/9
coming [6] 1487/2 1487/3 1495/16 1519/19
 1541/13 1629/9
commensurate [1] 1368/24 1373/10 1466/9

# C

comment [5] 1350/15 1427/6 1430/25
1432/15 1498/13
commentary [1] 1528/1
comments [13] 1350/6 1350/17 1353/3
1364/15 1372/6 1424/21 1427/3 1455/3
1455/4 1455/6 1455/9 1527/11 1529/18
commit [3] 1583/21 1584/6 1584/10
committed [1] 1541/13
Committee [2] 1485/11 1486/6
committing [1] 1584/3
common [3] 1366/23 1488/23 1584/14
communicate [5] 1537/12 1638/16 1638/17
1638/18 1648/6
communicating [2] 1635/11 1648/6
communication [6] 1458/15 1472/1 1560/18
1585/23 1635/9 1649/4
community [7] 1541/14 1585/4 1634/8
1636/7 1647/6 1649/15 1649/18
comorbid [2] 1489/14 1520/19
comorbidity [1] 1520/19
companion [1] 1520/9
comparable [1] 1438/17
compare [2] 1437/10 1531/25
compared [2] 1362/18 1459/2
comparing [2] 1399/16 1544/11
comparison [2] 1349/7 1382/22
comparisons [3] 1418/19 1418/20 1433/11
compete [1] 1651/20
competence [6] 1501/22 1501/23 1590/2
1590/4 1590/7 1590/15
competency [1] 1556/5
competent [1] 1664/21
complain [1] 1582/5
complaining [1] 1601/24
complaints [1] 1581/19
complete [9] 1346/15 1430/21 1532/17
1549/10 1549/12 1599/19 1651/18 1651/21
1673/1
completed [3] 1348/6 1502/18 1533/14
completely [6] 1479/25 1485/5 1508/24
1547/24 1650/20 1657/9
complex [5] 1391/13 1404/22 1405/11
1613/7 1613/10
complexity [2] 1429/7 1482/25
compliance [1] 1535/12
complicated [2] 1388/12 1670/5
comply [1] 1532/8
Complying [4] 1455/22 1455/24 1487/12
1560/13
component [2] 1392/21 1428/17
composed [1] 1523/8
composite [13] 1378/14 1378/16 1378/20
1383/14 1405/24 1438/10 1438/13 1438/24
1439/1 1439/6 1439/8 1439/17 1439/22
composition [5] 1407/22 1407/25 1408/1
1408/6 1408/7
comprehension [10] 1356/1 1357/3 1357/4
1359/18 1359/19 1359/20 1372/18 1407/11
1422/16 1423/12
comprehensive [1] 1501/20
compromise [1] 1415/11
compromised [2] 1373/4 1443/18
computer [4] 1344/15 1593/5 1648/20
1648/23
computer-aided [1] 1344/15
computers [4] 1648/12 1648/14 1648/15
1648/18
conceded [1] 1665/20
concentrate [1] 1543/7
concept [12] 1387/18 1391/6 1433/17
1441/19 1441/21 1442/10 1444/24 1444/24
1447/24 1464/23 1464/23 1472/18

conception [1] 1460/5
concepts [3] 1424/7 1441/1 1472/10
conceptual [5] 1388/16 1391/10 1424/8
1424/18 1424/25
conceptualize [1] 1593/9
conceptualized [2] 1460/24 1460/24
conceptualizes [1] 1460/6
concern [9] 1366/12 1366/18 1374/2 1432/19
1470/13 1472/2 1528/7 1646/3 1664/15
concerned [1] 1547/20
concerning [5] 1366/17 1368/18 1368/19 1374/5 1374/12
1403/18 1404/9 1583/14
concerning [2] 1639/21 1647/24
concerns [13] 1348/14 1353/11 1353/16
1354/2 1361/7 1361/13 1361/15 1366/10
1367/15 1372/3 1525/1 1608/23 1672/21
conclude [2] 1449/19 1454/13
concludes [3] 1375/23 1416/25 1476/14
conclusion [13] 1364/7 1369/2 1372/14
1375/20 1421/24 1467/1 1474/24 1474/24
1527/11 1527/12 1532/23 1545/12 1669/8
conclusions [5] 1352/6 1518/7 1528/12
1529/15 1669/3
concrete [5] 1643/2 1643/17 1643/18
1643/19 1643/20
conditions [4] 1409/22 1444/15 1468/21
1559/18
conduct [31] 1416/2 1490/25 1515/24
1518/12 1519/1 1519/21 1519/25 1522/9
1565/15 1565/17 1565/19 1566/1 1566/2
1566/4 1566/8 1566/10 1566/14 1566/19
1567/1 1567/2 1567/4 1567/7 1567/20
1567/23 1568/14 1568/15 1584/25 1653/14
1653/19 1653/20 1659/16
conducted [16] 1372/23 1378/11 1436/1
1469/23 1470/2 1470/10 1470/23 1472/10
1472/16 1510/16 1562/22 1576/16 1668/18
1668/20 1669/24 1669/25
conference [2] 1473/24 1476/2
confidence [22] 1350/4 1350/16 1350/21
1374/6 1375/9 1448/8 1449/22 1470/5 1470/6
1507/23 1509/6 1551/23 1552/2 1552/3
1657/9 1665/7 1665/10 1665/13 1666/12
1668/11 1668/22 1669/6
confident [4] 1350/22 1361/22 1361/22
1450/13
confines [1] 1629/16
confirm [1] 1360/4
confirmation [1] 1360/5
confirmed [2] 1387/3 1387/9
confound [1] 1572/8
confounding [1] 1399/22
confounds [1] 1506/21
confrontational [1] 1456/7
confrontationally [1] 1662/16
confronts [1] 1641/25
confused [4] 1394/3 1434/9 1621/1 1627/1
connection [3] 1411/17 1411/22 1423/25
consequences [1] 1541/23
consequently [3] 1497/13 1544/6 1553/14
consider [16] 1374/14 1382/12 1383/2
1383/5 1383/7 1384/5 1419/18 1442/5
1504/18 1522/5 1600/23 1626/1 1656/14
1665/8 1668/11 1668/17
consideration [16] 1480/12 1492/2 1492/5
1519/24 1519/25 1520/1 1521/24 1537/10
1538/3 1540/25 1566/10 1575/19 1642/4
1658/13 1664/23 1665/7
considerations [1] 1374/9 1436/19
considered [11] 1374/25 1383/5 1386/23
1450/11 1464/24 1471/17 1473/6 1538/5
1626/6 1626/7 1626/8
considering [7] 1444/12 1454/18 1474/8
1540/8 1600/23 1661/4 1665/12

considers [1] 1665/4
consist [1] 1665/9
consisted [1] 1419/15
consistency [7] 1530/1 1530/4 1638/9
1643/25 1644/2 1666/17 1666/20
consistent [41] 1376/14 1378/9 1379/7
1379/8 1379/11 1379/16 1379/18 1379/22
1386/25 1389/25 1403/15 1406/10 1416/10
1416/15 1420/20 1421/9 1421/21 1421/25
1423/9 1450/24 1466/25 1501/17 1501/19
1502/9 1503/25 1516/9 1519/5 1519/21
1519/22 1526/3 1531/5 1546/8 1551/9
1551/18 1562/1 1562/18 1572/10 1608/5
1634/23 1652/4 1669/12
consistently [5] 1417/25 1424/10 1501/25
1590/24 1593/13
consists [1] 1415/9
constitutes [1] 1383/10
construct [2] 1442/9 1442/19
construction [1] 1645/18
consult [2] 1480/13 1484/12
consulted [1] 1496/22
contact [7] 1525/1 1528/22 1529/13 1594/14
1594/15 1640/4 1653/22
contacted [3] 1581/8 1581/9 1581/11
contained [1] 1659/11
containing [2] 1456/8 1521/16
contemplates [1] 1615/9
contemplating [1] 1672/19
contemporaneous [1] 1529/22
contemporaneously [1] 1529/22
context [19] 1390/17 1430/2 1446/17
1490/16 1497/10 1497/17 1509/25 1520/17
1538/4 1561/18 1570/14 1586/9 1596/24
1597/5 1597/7 1603/21 1645/5 1645/9
1661/22
continents [1] 1435/4
continue [6] 1346/3 1454/2 1500/5 1554/24
1652/1 1652/5
continued [11] 1347/11 1356/4 1426/2
1456/7 1464/9 1476/1 1477/1 1499/17
1540/20 1542/18 1604/11
continues [1] 1492/9
Continuing [3] 1461/4 1494/18 1543/22
contradicted [1] 1421/25 1429/20
contrast [4] 1348/15 1387/25 1394/2 1430/14
1429/18
contribute [4] 1370/22 1371/3 1428/10
1429/18
contributed [1] 1450/20
contributing [1] 1498/4
contributor [1] 1495/25
contrived [1] 1656/21
control [10] 1382/4 1508/24 1517/16 1519/2
1520/25 1653/15 1653/16 1653/18 1653/24
1653/25
conversation [9] 1527/19 1527/20 1527/23
1532/20 1550/10 1596/24 1596/24 1597/1
1631/12
conversion [3] 1347/4 1383/9 1655/22
conveyed [1] 1527/1
cook [12] 1588/16 1588/24 1589/5 1610/17
1611/17 1615/17 1651/12 1651/13 1651/13
1651/17 1651/18 1651/19
cookies [1] 1651/19
cooking [1] 1651/21
cooperate [2] 1488/7 1631/18
copies [2] 1402/16 1404/7
copy [17] 1401/18 1402/12 1402/13 1402/15
1402/17 1402/18 1403/6 1404/6 1404/24
1405/3 1405/3 1405/5 1405/11 1405/15
1591/4 1591/5 1591/6
copying [11] 1402/7 1402/8 1402/9 1402/10
1402/20 1403/8 1404/2 1404/2 1404/12
1404/16 1404/21

**C**

core [7] 1349/12 1382/11 1382/20 1428/4 1428/16 1541/21 1542/3
Corey [4] 1511/24 1512/21 1514/22 1637/4
correct [563]
corrected [4] 1346/13 1381/17 1470/16 1523/20
correction [5] 1374/5 1400/3 1400/6 1409/20 1471/8
correctional [4] 1502/3 1553/15 1553/24 1649/22
corrections [6] 1346/7 1374/13 1375/9 1399/13 1399/14 1399/25
correctly [8] 1378/7 1378/8 1452/22 1494/22 1560/16 1573/9 1587/10 1625/13
correlated [1] 1381/16
correlation [4] 1381/25 1382/2 1445/4 1445/4
correspond [1] 1380/23
corroborate [1] 1525/11
corroborated [1] 1618/4
corroborating [1] 1617/24
could [91] 1345/25 1348/1 1365/17 1366/25 1370/24 1371/8 1372/6 1372/11 1375/6 1388/3 1388/17 1391/23 1411/5 1427/10 1431/11 1433/7 1433/16 1434/3 1442/5 1445/14 1446/16 1450/7 1452/2 1460/22 1463/24 1466/7 1475/16 1477/12 1477/14 1478/13 1500/19 1511/2 1518/20 1526/19 1532/7 1533/17 1534/5 1534/13 1534/14 1534/21 1535/14 1535/20 1536/17 1537/20 1544/10 1551/14 1554/20 1560/4 1561/1 1567/7 1567/9 1567/16 1571/16 1574/20 1593/2 1593/23 1597/25 1598/18 1598/18 1599/19 1607/24 1608/21 1611/3 1612/1 1612/12 1614/15 1616/10 1616/12 1619/9 1626/10 1626/13 1626/13 1628/13 1628/22 1633/16 1636/18 1636/19 1643/21 1643/22 1646/14 1651/13 1651/13 1651/14 1653/9 1655/4 1660/17 1663/20 1663/22 1669/25 1673/1 1674/1
couldn't [18] 1387/20 1388/5 1388/6 1388/7 1390/1 1428/10 1430/18 1430/20 1451/2 1558/22 1598/14 1605/6 1605/14 1618/23 1626/14 1638/17 1646/14 1654/22
couldnt [1] 1430/16
counsel [24] 1345/10 1346/6 1346/19 1347/2 1347/5 1412/2 1419/7 1420/10 1427/2 1431/1 1460/17 1476/3 1476/7 1476/11 1476/11 1526/9 1526/24 1528/17 1530/12 1534/8 1545/10 1631/24 1656/2 1658/23
counsel's [1] 1409/9 1409/23 1411/16 1632/16
counseling [1] 1529/9
count [9] 1410/24 1412/16 1412/23 1440/16 1440/23 1606/18 1607/8 1607/9 1607/11
counted [2] 1360/24 1496/18
counter [1] 1582/22
counting [1] 1412/20
country [2] 1435/12 1436/1
counts [1] 1509/16
couple [9] 1368/21 1385/3 1411/5 1427/2 1538/10 1569/4 1571/9 1665/20 1673/13
course [15] 1352/12 1403/22 1448/2 1498/14 1526/13 1526/24 1529/13 1558/22 1574/24 1594/19 1609/16 1610/17 1662/17 1664/7 1668/2
courses [1] 1481/21
court [81] 1343/1 1343/10 1344/11 1345/1 1345/2 1345/4 1346/18 1399/9 1473/4 1473/19 1473/20 1473/21 1473/22 1473/25 1473/25 1476/3 1477/2 1479/19 1480/16 1500/3 1503/17 1507/1 1524/24 1525/24

1526/12 1526/14 1526/16 1526/22 1526/23 1526/25 1527/5 1527/17 1527/18 1527/18 1527/24 1533/2 1533/13 1534/12 1535/18 1536/17 1537/20 1546/2 1550/7 1575/11 1575/19 1603/8 1624/4 1630/6 1630/10 1630/20 1631/19 1632/18 1659/2 1664/8 1664/17 1664/20 1664/22 1664/25 1665/4 1665/5 1665/6 1665/15 1667/10 1667/14 1667/17 1667/21 1667/24 1667/25 1668/2 1668/14 1668/17 1669/1 1669/7 1669/20 1670/3 1670/7 1670/8 1672/2 1672/4 1672/7 1674/2
court's [3] 1528/14 1659/3 1663/10
Courthouse [1] 1343/4
courtroom [5] 1458/3 1576/11 1579/21 1608/24 1625/24
courtrooms [1] 1458/4
courts [1] 1637/21
cousin [7] 1511/24 1511/25 1513/6 1513/11 1618/24 1647/11 1652/3
cover [2] 1413/17 1552/15
covered [2] 1532/1
CR [2] 1343/3 1345/8
crack [1] 1630/25
credibility [5] 1525/2 1525/15 1526/12 1526/20 1530/17
credible [2] 1611/21 1661/6
credit [2] 1628/6 1667/21
credited [1] 1612/12
CRI [1] 1344/12
crime [5] 1502/5 1541/3 1544/2 1634/11 1665/10
crimes [1] 1583/21
criminal [10] 1345/7 1497/10 1497/17 1502/4 1527/23 1538/4 1538/5 1553/16 1571/7 1572/17
criteria [5] 1468/1 1470/8 1569/19 1573/5 1574/20
Criterion [2] 1487/11 1489/8
critical [1] 1612/5
criticisms [1] 1663/6
criticize [1] 1610/5
criticized [1] 1566/13
critique [1] 1526/21
cross [27] 1346/3 1347/11 1423/17 1439/12 1442/1 1445/22 1448/25 1531/9 1544/25 1546/12 1546/14 1578/21 1607/16 1608/15 1614/5 1652/15 1652/16 1652/18 1652/21 1660/23 1661/16 1661/19 1663/9 1663/11 1664/12 1664/15 1668/8
cross-examination [15] 1346/3 1347/11 1442/1 1445/22 1546/12 1546/14 1608/15 1614/5 1652/16 1660/23 1661/16 1661/19 1664/12 1664/15 1668/8
cross-examine [1] 1663/9
cross-examined [2] 1578/21 1663/11
cross-reference [1] 1531/9
crossing [1] 1427/16
crux [1] 1652/20
crystallized [2] 1442/23 1443/16
CSR [1] 1344/12
cultural [14] 1370/8 1370/24 1371/3 1434/19 1436/18 1469/2 1491/11 1491/14 1491/20 1491/23 1492/9 1492/15 1514/8 1514/9
culture [11] 1435/22 1491/24 1492/2 1492/5 1492/11 1514/2 1514/23 1514/25 1646/23 1647/1 1647/15
Cunningham [1] 1501/10
current [10] 1459/17 1459/21 1460/5 1460/8 1462/12 1503/12 1553/1 1556/21 1571/25 1597/23
currently [5] 1438/18 1511/11 1583/7 1583/8 1603/4
curve [6] 1457/1 1457/3 1457/4 1457/6

1457/14 1457/16
custodian [1] 1632/1
custody [2] 1536/15 1668/10
cut [10] 1444/7 1444/7 1454/15 1454/17 1456/22 1471/7 1473/2 1571/14 1571/20 1572/23
cut-off [9] 1444/7 1444/7 1454/15 1454/17 1456/22 1471/7 1473/2 1571/20 1572/23
cutoff [4] 1504/3 1605/6 1664/25 1667/6
CV [2] 1478/21 1493/8
CVS [1] 1601/7

**D**

D-u-p-r-e [2] 1639/11 1639/20
D.A.'s [2] 1374/21 1376/1
daily [4] 1372/1 1416/2 1429/8 1495/16
damage [1] 1530/8
damaging [1] 1448/17
Daniel [1] 1514/14
dash [1] 1358/8
data [76] 1355/19 1355/23 1356/1 1357/1 1357/2 1357/4 1357/5 1357/8 1357/12 1358/10 1360/4 1360/16 1361/23 1362/9 1362/11 1362/13 1362/25 1363/8 1363/9 1363/11 1363/15 1363/16 1363/20 1369/13 1369/20 1371/7 1374/18 1379/5 1388/23 1414/4 1418/3 1418/4 1420/18 1469/21 1469/23 1478/22 1606/17 1606/19 1606/22 1606/25 1607/4 1607/5 1611/21 1621/13 1621/14 1622/13 1622/16 1622/22 1622/23 1623/3 1623/4 1623/7 1623/13 1623/14 1623/16 1623/17 1623/19 1623/20 1623/25 1624/6 1624/9 1624/11 1624/13 1625/18 1626/10 1626/12 1626/13 1626/17 1626/18 1626/23 1629/13 1629/24 1629/25 1630/8 1661/17 1665/5
data for [1] 1623/19
date [4] 1467/8 1479/17 1510/17 1510/24
dated [1] 1510/13
dates [1] 1558/6
datewise [1] 1529/6
daughter [1] 1618/24
DAVID [4] 1343/21 1345/17 1489/15 1489/23
Davis [5] 1463/17 1463/17 1464/10 1492/25 1559/5
day [79] 1384/22 1415/25 1415/25 1474/16 1527/21 1578/1 1578/5 1650/13 1672/14
day-to-day [1] 1415/25
daylight [2] 1540/14 1540/19
days [5] 1352/2 1352/14 1661/25 1663/9 1664/12
deadline [1] 1674/2
deal [6] 1368/5 1368/17 1528/1 1614/12 1634/6 1674/3
dealing [7] 1371/25 1396/17 1508/1 1508/1 1517/18 1530/3 1586/18
deals [2] 1420/3 1498/24
death [25] 1374/22 1374/24 1376/1 1473/6 1483/16 1486/19 1486/22 1487/3 1488/17 1489/7 1492/21 1495/25 1497/23 1498/5 1498/9 1498/16 1498/20 1498/25 1541/2 1571/7 1624/4 1637/24 1643/10 1654/13 1654/15
DECEMBER [5] 1343/6 1489/4 1533/10 1574/3 1674/15
December 5 [1] 1574/3
decide [4] 1524/24 1575/12 1594/20 1674/2
decided [1] 1483/15
deciding [1] 1473/5
decision [6] 1444/17 1472/17 1473/21 1508/6 1508/6 1594/10
decisions [3] 1412/18 1412/19 1412/22

**D**

declined [1] 1355/4
decoding [1] 1407/1
decrease [1] 1378/15
decreased [1] 1532/9
decreasing [1] 1378/15
dedicate [1] 1576/13
dedicated [1] 1490/5
deeper [1] 1638/23
deeply [1] 1543/5
defendant [72] 1343/7 1343/18 1345/2
1345/17 1473/5 1477/7 1500/3 1524/11
1526/1 1526/1 1551/19 1551/22 1552/19
1553/7 1554/9 1557/4 1558/3 1561/9 1562/23
1566/4 1566/14 1568/18 1573/25 1576/17
1585/12 1585/16 1585/25 1587/3 1587/20
1591/10 1595/18 1597/19 1599/12 1608/19
1608/24 1609/8 1611/22 1613/13 1618/18
1619/14 1619/20 1619/23 1620/6 1627/7
1628/4 1628/22 1629/10 1631/2 1632/7
1654/9 1654/24 1655/2 1655/11 1655/12
1656/17 1656/21 1658/7 1660/16 1660/18
1661/9 1661/11 1661/20 1661/22 1661/24
1662/10 1662/16 1662/16 1662/18 1662/24
1663/23 1665/22 1672/8
defendant [14] 1470/24 1479/16 1551/23
1563/22 1566/7 1582/16 1608/16 1617/16
1618/8 1659/11 1661/15 1663/12 1667/3
1675/14
Defender's [2] 1630/22 1630/24
defense [21] 1409/23 1479/14 1496/10
1497/4 1497/11 1497/14 1497/18 1525/14
1526/7 1555/17 1570/21 1570/22 1580/5
1631/3 1644/25 1656/2 1661/1 1663/3 1663/9
1663/14 1665/19
defense's [1] 1631/5
defers [1] 1540/3
defiance [18] 1518/12 1518/23 1519/22
1566/11 1566/15 1566/20 1567/1 1567/3
1567/5 1567/8 1568/2 1584/25 1639/1
1639/25 1640/11 1640/23 1641/19 1641/23
defiant [1] 1642/1
deficiencies [1] 1465/2
deficient [6] 1440/19 1440/24 1440/25
1444/1 1471/19 1642/23
deficit [19] 1375/13 1382/13 1424/7 1429/10
1443/21 1458/16 1509/16 1511/5 1518/13
1521/13 1521/19 1560/19 1615/24 1617/2
1627/13 1627/16 1627/17 1627/22 1628/4
deficits [75] 1370/25 1374/16 1382/13
1413/20 1413/21 1415/6 1415/9 1423/21
1423/22 1424/9 1424/14 1425/22 1428/17
1428/24 1429/18 1434/5 1434/6 1434/8
1434/9 1440/7 1443/6 1443/8 1443/10
1443/11 1444/17 1452/20 1452/23 1461/1
1463/11 1464/6 1465/7 1471/25 1472/23
1514/7 1539/16 1539/18 1540/23 1582/23
1595/12 1595/16 1595/17 1615/2 1615/6
1615/21 1616/17 1618/17 1618/19 1618/22
1618/25 1619/11 1633/12 1633/14 1634/11
1634/17 1635/8 1635/9 1635/22 1635/25
1637/13 1637/20 1638/5 1638/8 1638/10
1638/10 1638/13 1644/12 1647/14 1654/6
1654/11 1661/14 1662/6 1664/3 1664/5
1664/13 1664/13
define [1] 1422/12
defined [2] 1539/16 1668/13
defines [2] 1438/24 1641/24
defining [1] 1468/15
definitely [3] 1387/22 1392/8 1392/21
definition [11] 1351/4 1423/20 1444/3
1467/6 1467/25 1468/14 1469/4 1469/11
1469/13 1472/9 1472/15

definitions [4] 1377/22 1467/24 1468/1
1468/1
degree [7] 1392/23 1404/23 1480/19 1531/23
1539/11 1618/5 1634/22
degrees [1] 1661/4
Delaware [1] 1512/18
delay [8] 1366/6 1366/25 1367/7 1367/21
1403/11 1403/13 1404/13 1404/13
delayed [7] 1402/21 1404/3 1404/7 1404/18
1405/17 1565/6 1565/9
delays [3] 1565/12 1582/23 1674/4
deleting [1] 1586/11
deliberate [1] 1642/10
Delinquency [1] 1417/12
Delis [2] 1381/13 1382/19
Delis-Kaplan [2] 1381/13 1382/19
deliver [1] 1505/17
delivered [1] 1674/4
delved [1] 1515/23
demand [2] 1388/14 1440/11
demands [3] 1453/7 1453/13 1453/23
demographic [3] 1393/7 1399/14 1399/25
demonstrate [1] 1380/17
demonstrated [4] 1405/12 1424/13 1527/8
1662/14
demonstrates [2] 1380/1 1434/3
demonstrating [1] 1464/12
demonstrative [1] 1412/25
Denies [1] 1640/5
denigrating [1] 1626/1
Denney [19] 1362/13 1518/5 1526/17
1547/22 1621/8 1621/21 1623/22 1624/12
1625/17 1626/21 1627/2 1627/6 1629/25
1644/16 1644/19 1665/8 1665/22 1671/15
1671/22
Denney's [10] 1362/14 1362/19 1437/23
1506/11 1506/19 1507/24 1665/9 1665/20
1668/6 1673/11
deny [1] 1670/11
Department [3] 1631/24 1632/3 1632/4
departments [1] 1632/2
depend [3] 1434/24 1644/3 1644/9
dependent [1] 1504/5
depending [2] 1642/24 1646/12
depends [6] 1564/24 1595/14 1595/16
1611/4 1623/13 1674/4
Depetra [2] 1513/12 1513/19
depress [1] 1656/25
depressed [4] 1370/7 1370/22 1400/12
1521/6
depression [2] 1371/4 1536/7
derived [1] 1387/10
describe [25] 1386/7 1387/8 1387/12
1387/19 1388/6 1388/8 1431/16 1438/8
1449/4 1450/13 1587/3 1587/8 1588/22
1589/3 1593/20 1597/23 1617/12 1618/22
1619/7 1634/18 1634/19 1634/20 1636/16
1648/13 1648/15
described [32] 1424/19 1430/10 1438/16
1447/15 1452/11 1454/2 1537/3 1540/10
1542/4 1578/5 1578/5 1586/12 1588/3 1589/1
1589/3 1603/12 1603/12 1603/15 1604/6
1614/4 1614/6 1635/13 1635/16 1636/6
1637/2 1643/17 1644/7 1644/19 1648/11
1649/1 1651/15 1653/20
describes [16] 1363/23 1363/23 1447/24
1488/1 1524/3 1524/5 1538/21 1538/22
1538/23 1540/8 1542/1 1542/2 1574/16
1588/21 1590/20 1643/20
description [8] 1386/18 1387/3 1387/5
1387/10 1387/15 1387/21 1388/10 1628/14
descriptive [3] 1438/12 1439/16 1439/23
design [11] 1366/6 1366/14 1366/22 1366/25
1367/3 1367/10 1367/21 1369/3 1369/4

1405/13 1445/19
designation [2] 1347/20 1347/22
designed [3] 1504/4 1522/8 1571/23
designs [1] 1406/5
desk [4] 1364/9 1519/13 1519/16 1662/19
desperately [1] 1647/6
despite [2] 1362/21 1375/3
destroyed [1] 1632/24
detail [2] 1442/5 1508/11
detailed [2] 1351/18 1532/25
determination [8] 1360/16 1391/5 1470/15
1473/18 1502/24 1575/11 1632/21 1667/11
determine [10] 1382/9 1391/14 1444/1
1502/16 1507/25 1520/3 1595/3 1613/11
1632/16 1654/22
determines [1] 1497/7
determining [5] 1374/21 1433/4 1443/20
1480/8 1667/6
develop [3] 1454/2 1536/5 1594/4
developed [1] 1482/11
developing [2] 1433/1 1511/4
development [6] 1398/18 1433/25 1492/4
1492/8 1515/14 1539/7
developmental [30] 1400/2 1418/15 1468/23
1482/3 1482/8 1482/25 1485/16 1485/17
1486/1 1487/11 1487/20 1488/12 1489/4
1489/8 1490/17 1492/8 1495/11 1503/9
1503/25 1504/8 1508/7 1509/17 1514/12
1519/1 1522/7 1544/19 1577/24 1578/1
1578/7 1650/5
developmentally [2] 1420/23 1505/19
develops [2] 1505/1 1505/2
deviations [10] 1378/16 1398/22 1400/9
1401/1 1444/4 1444/9 1444/10 1471/3 1471/4
1474/7
diabetes [1] 1521/1
diagnose [12] 1376/10 1376/10 1421/6
1423/18 1425/7 1446/1 1459/19 1466/19
1466/20 1568/11 1668/16 1669/2
diagnosed [15] 1377/23 1380/18 1425/13
1425/14 1458/15 1460/22 1518/11 1518/16
1521/21 1560/18 1569/15 1619/14 1620/1
1641/9 1641/13
diagnoses [11] 1425/11 1433/11 1518/19
1518/24 1522/7 1549/7 1560/1 1564/7
1567/12 1568/8 1598/4
diagnosing [9] 1462/10 1474/25 1521/10
1521/25 1564/23 1567/20 1567/22 1568/1
1571/4
diagnosis [89] 1379/17 1379/21 1380/15
1382/11 1400/5 1412/13 1418/2 1418/9
1419/12 1419/22 1425/10 1425/11 1425/12
1425/17 1433/19 1453/1 1458/13 1459/17
1462/14 1466/2 1466/16 1466/23 1470/12
1489/15 1491/15 1492/10 1504/2 1504/9
1514/25 1517/22 1518/18 1518/22 1520/6
1530/6 1530/8 1530/11 1530/14 1547/22
1548/16 1548/17 1549/2 1550/16 1558/20
1558/21 1560/11 1560/17 1561/12 1562/18
1564/10 1564/15 1564/16 1564/18 1565/2
1565/18 1566/3 1566/12 1566/18 1566/19
1567/7 1567/9 1567/10 1567/14 1568/7
1568/24 1569/8 1571/6 1571/8 1572/17
1572/18 1619/13 1620/9 1620/12 1620/15
1620/19 1620/23 1627/7 1627/8 1628/1
1628/9 1628/15 1628/21 1629/17 1639/1
1639/24 1640/11 1640/23 1652/19 1655/2
1655/11
diagnostic [12] 1376/18 1412/18 1412/22
1416/20 1419/4 1432/7 1468/1 1520/5
1520/16 1521/5 1568/9 1655/11
diagnostically [2] 1374/14 1446/10
diagram [1] 1442/14
Diaz [6] 1537/25 1538/23 1539/20 1539/24

**D**

Diaz... [2]  1540/3 1542/9

**did** [233]  1351/9 1353/5 1355/16 1357/8
1357/11 1362/17 1373/6 1373/8 1373/16
1374/3 1374/12 1374/14 1375/20 1378/7
1378/8 1389/24 1390/4 1391/11 1391/22
1392/6 1392/9 1393/3 1394/5 1394/10 1395/1
1395/3 1402/14 1402/25 1404/5 1405/17
1405/21 1406/8 1406/9 1407/14 1407/23
1407/24 1408/3 1413/23 1415/13 1415/14
1422/17 1422/19 1424/5 1424/6 1428/5
1428/8 1428/13 1428/15 1430/14 1431/6
1431/23 1433/3 1436/6 1440/21 1441/17
1441/17 1443/14 1445/23 1446/25 1450/6
1451/1 1454/13 1458/7 1458/8 1461/10
1469/23 1471/12 1472/4 1472/11 1480/19
1480/21 1480/23 1480/23 1480/25 1481/8
1482/2 1482/16 1484/17 1490/24 1494/22
1502/24 1508/3 1508/4 1510/24 1512/3
1512/6 1512/8 1512/22 1512/25 1513/1
1513/3 1513/19 1513/20 1513/22 1517/24
1523/6 1523/11 1523/21 1528/22 1528/23
1529/6 1529/9 1529/22 1530/24 1530/25
1531/2 1531/17 1531/24 1535/6 1537/14
1537/16 1537/17 1537/19 1540/11 1540/21
1545/17 1545/17 1546/4 1547/8 1547/16
1547/22 1548/2 1549/8 1549/24 1549/25
1550/1 1550/14 1552/7 1554/5 1555/2 1558/5
1558/8 1562/1 1567/11 1567/18 1568/23
1571/9 1573/9 1576/21 1577/9 1577/9
1577/11 1577/18 1578/10 1578/11 1579/9
1580/4 1580/19 1580/23 1581/1 1581/4
1581/7 1581/10 1585/12 1588/25 1591/4
1591/5 1591/23 1597/19 1598/9 1599/7
1599/9 1603/19 1603/21 1603/23 1606/11
1606/16 1606/18 1606/19 1606/22 1606/23
1606/24 1607/16 1608/9 1608/12 1608/19
1608/20 1608/23 1610/22 1611/10 1613/12
1614/1 1614/1 1614/17 1614/18 1615/1
1615/4 1616/20 1616/22 1617/16 1617/20
1617/20 1619/23 1620/5 1621/6 1622/22
1624/22 1626/3 1626/22 1627/25 1631/23
1634/13 1634/14 1635/7 1635/20 1635/24
1637/12 1637/19 1637/23 1638/1 1638/7
1642/3 1644/14 1644/15 1646/7 1646/17
1652/2 1652/23 1653/5 1653/16 1653/18
1653/24 1653/25 1654/14 1659/16 1661/11
1661/13 1664/16 1668/16 1668/18 1669/2
1669/4 1669/5

**did -- I'm** [1]  1472/11

**didn't** [80]  1349/4 1351/8 1353/17 1353/19
1361/9 1362/19 1362/22 1363/12 1367/18
1374/3 1374/4 1374/5 1374/6 1374/16 1375/5
1381/22 1388/4 1393/5 1393/6 1393/24
1393/25 1394/25 1395/1 1400/12 1405/2
1414/2 1432/18 1432/18 1471/13 1476/5
1514/6 1524/23 1532/16 1533/14 1549/23
1566/17 1581/11 1605/23 1608/8 1610/15
1611/24 1613/17 1613/23 1614/12 1615/3
1615/4 1615/14 1615/23 1616/21 1617/22
1619/25 1621/11 1622/18 1622/21 1622/21
1623/2 1623/7 1623/17 1624/9 1626/18
1627/7 1627/12 1627/13 1627/20 1627/22
1628/6 1628/8 1628/9 1628/25 1630/15
1631/14 1631/15 1637/20 1638/1 1639/2
1654/11 1654/20 1662/7 1669/8 1669/9

**didnt** [23]  1428/14 1471/11 1471/12 1471/14
1472/3 1472/12 1474/10 1497/24 1549/6
1552/4 1554/3 1555/10 1561/5 1566/6
1568/25 1569/1 1570/13 1570/20 1578/17
1581/22 1582/3 1582/5 1595/24

**died** [4]  1482/12 1482/18 1482/23 1605/13

**difference** [12]  1387/14 1449/7 1461/15

**difficult** [27]  1348/18 1349/3 1350/13 1356/2
1363/25 1391/20 1398/11 1400/24 1404/4
1449/11 1449/17 1450/23 1457/7 1455/6
1506/17 1527/16 1540/24 1541/9 1565/16
1580/13 1584/19 1596/4 1597/20 1613/1
1645/17 1651/9 1656/20

**difficulties** [14]  1402/8 1405/7 1424/18
1424/25 1425/1 1429/18 1449/25 1450/7
1450/14 1466/8 1509/8 1517/19 1517/19
1617/15

**difficulty** [29]  1364/2 1364/3 1389/16
1391/25 1400/13 1405/12 1424/16 1424/16
1430/15 1432/14 1433/21 1433/22 1455/15
1502/2 1502/4 1506/7 1507/18 1515/4 1519/6
1519/6 1588/22 1589/4 1590/23 1607/23
1635/14 1636/16 1642/21 1643/24 1646/16

**digit** [5]  1354/12 1354/13 1423/13 1440/5
1445/16

**diminished** [1]  1452/13 1453/14

**dire** [2]  1493/19 1493/22

**direct** [19]  1362/16 1416/5 1423/16 1449/1
1478/9 1532/7 1533/11 1545/23 1566/6
1569/13 1569/25 1628/3 1670/23 1671/8
1671/10 1671/16 1671/17 1671/23 1672/3

**directed** [4]  1522/21 1522/23 1522/24 1526/7

**direction** [2]  1538/11 1611/12

**directions** [10]  1538/12 1538/13 1538/14
1538/19 1538/20 1546/8 1635/12 1635/14
1642/21 1650/17

**directly** [4]  1347/9 1540/4 1540/22 1610/21

**director** [2]  1490/6 1498/20

**disabilities** [51]  1373/5 1376/18 1378/12
1378/18 1378/21 1385/25 1417/9 1417/10
1417/20 1418/1 1418/17 1419/17 1425/24
1425/25 1459/12 1459/14 1459/17 1459/18
1459/22 1460/9 1460/21 1463/20 1464/2
1467/12 1468/2 1482/3 1482/8 1483/7 1483/8
1483/9 1483/9 1483/10 1484/20 1485/17
1486/22 1488/12 1491/17 1493/17 1499/6
1514/5 1536/4 1539/5 1561/10 1627/11
1648/3 1648/17 1649/1 1649/7 1649/13
1650/5 1672/16

**disabilities/neuropsychological** [1]  1373/5

**disability** [123]  1372/15 1372/15 1372/20
1374/17 1376/10 1376/15 1379/9 1380/7
1380/8 1380/24 1385/21 1386/24 1412/14
1415/20 1416/20 1418/10 1418/12 1419/14
1422/22 1423/18 1423/20 1424/6 1425/4
1425/10 1425/12 1425/15 1425/18 1425/19
1425/20 1433/2 1433/2 1433/5 1434/6
1434/15 1436/7 1439/15 1446/1 1450/25
1453/2 1457/21 1457/23 1458/6 1458/19
1458/20 1459/19 1460/6 1460/23 1460/23
1461/9 1461/9 1461/16 1461/22 1462/10
1462/25 1463/16 1465/18 1467/1 1467/7
1468/16 1468/16 1469/12 1474/23 1475/1
1479/5 1482/4 1483/4 1487/19 1487/22
1487/24 1488/2 1488/8 1488/22 1489/4

**disability -- the** [1]  1433/2

**disabled** [16]  1375/1 1409/7 1409/15
1410/17 1411/7 1411/11 1412/7 1413/6
1420/23 1421/24 1425/18 1454/14 1483/3
1521/6 1536/6 1555/18

**disadvantage** [1]  1469/3

**disagree** [12]  1369/18 1379/3 1381/20
1410/11 1411/5 1460/4 1463/1 1572/24
1572/24 1574/15 1584/4 1629/18

**disagreeing** [2]  1357/17 1462/21

**disagreement** [1]  1383/10

**disappear** [1]  1507/8

**disaster** [5]  1583/1 1583/9 1583/12 1585/3
1585/7

**discharge** [1]  1582/20

**discount** [3]  1436/12 1436/18 1527/2

**discounted** [2]  1365/7 1572/7

**discouraging** [2]  1600/12 1600/14

**discovered** [1]  1430/3

**discovery** [1]  1606/10

**discredited** [1]  1459/11

**discrepancies** [4]  1376/21 1378/14 1453/5
1461/9

**discrepancy** [33]  1372/12 1372/18 1376/6
1376/11 1377/15 1377/20 1379/1 1379/12
1380/2 1380/21 1384/20 1384/21 1427/7
1449/6 1449/12 1449/16 1459/6 1459/9
1459/10 1459/13 1459/14 1459/23 1459/25
1460/7 1460/9 1460/10 1460/15 1462/1
1462/9 1462/10 1462/11 1468/9 1469/6

**discuss** [5]  1491/14 1491/19 1502/2 1502/3
1661/1

**discussed** [7]  1376/13 1410/1 1576/10 1579/2
1602/4 1614/10 1651/12

**discusses** [2]  1379/24 1379/24

**discussing** [1]  1492/16

**discussion** [16]  1347/22 1377/4 1409/10
1417/8 1417/11 1417/20 1419/6 1420/17
1421/11 1436/11 1473/24 1476/14 1545/14
1545/15 1545/16 1670/5

**discussions** [1]  1418/3

**diseases** [1]  1483/11

**disexecutive** [1]  1556/22

**disks** [1]  1391/15

**dismiss** [3]  1436/18 1660/5 1664/19

**dismissed** [1]  1663/19

**disorder** [95]  1425/4 1425/15 1458/15
1458/15 1466/18 1468/17 1486/1 1486/2
1488/14 1515/25 1518/12 1518/13 1518/14
1518/14 1518/17 1518/22 1518/23 1519/22
1519/23 1520/21 1520/22 1521/25 1522/9
1530/9 1530/9 1530/10 1535/23 1535/23
1535/24 1535/25 1536/1 1536/9 1536/10
1549/3 1556/3 1556/7 1556/24 1560/17
1560/18 1561/1 1561/10 1565/15 1565/17
1565/19 1566/4 1566/8 1566/11 1566/11
1566/15 1566/15 1566/20 1567/1 1567/1
1567/3 1567/3 1567/4 1567/5 1567/8 1567/8
1567/21 1567/23 1568/2 1568/12 1568/14
1568/15 1568/16 1568/19 1568/21 1568/21
1568/22 1568/24 1584/25 1585/1 1619/15
1619/21 1620/7 1620/9 1620/9 1621/17
1627/8 1627/14 1627/16 1627/18 1627/23
1628/5 1639/2 1639/25 1640/1 1640/11

## D

**disorder... [6]** 1640/12 1640/23 1641/23 1641/24 1653/19 1653/20

**disordered [2]** 1566/1 1566/2

**disorders [37]** 1400/2 1425/15 1433/13 1433/13 1433/24 1434/12 1465/24 1466/17 1480/1 1482/25 1485/16 1488/14 1489/14 1490/18 1491/12 1495/11 1518/11 1520/6 1520/16 1520/17 1520/19 1520/19 1520/20 1520/22 1521/4 1521/8 1521/11 1521/14 1521/20 1521/20 1522/4 1536/5 1555/23 1556/11 1556/13 1653/14 1653/23

**disorganization [1]** 1405/8

**disorganized [2]** 1403/10 1403/19

**disparity [1]** 1423/19

**disruption [1]** 1536/2

**disruptive [12]** 1519/7 1519/8 1521/14 1521/20 1521/25 1522/4 1584/5 1584/12 1584/15 1584/16 1584/18 1640/7

**distance [1]** 1670/10

**distinct [1]** 1447/2

**distinction [1]** 1523/2

**distractable [1]** 1519/6

**distractibility [1]** 1440/4

**DISTRICT [8]** 1343/1 1343/1 1343/10 1345/4 1345/4 1542/4 1563/3 1630/23

**disturbance [2]** 1469/2 1565/19

**disturbed [8]** 1370/13 1371/25 1565/7 1565/11 1565/14 1565/20 1653/2 1653/9

**do [257]** 1347/6 1347/21 1347/23 1347/25 1348/14 1348/25 1359/15 1361/19 1365/19 1366/12 1374/3 1374/5 1374/5 1374/18 1377/5 1378/25 1379/7 1379/11 1380/1 1380/20 1381/21 1381/22 1384/12 1387/20 1388/3 1388/10 1388/11 1388/17 1389/4 1391/17 1392/24 1393/12 1393/25 1399/3 1404/2 1404/24 1414/2 1414/11 1415/3 1415/4 1416/21 1416/22 1417/17 1417/22 1419/1 1419/11 1420/19 1421/13 1421/14 1421/16 1422/17 1423/3 1428/11 1429/5 1429/6 1429/24 1430/5 1430/16 1431/7 1432/17 1434/21 1434/22 1435/20 1436/10 1436/12 1436/17 1437/17 1439/12 1439/16 1440/16 1440/20 1440/23 1441/1 1444/1 1445/18 1446/15 1448/5 1449/17 1449/19 1450/10 1451/2 1451/23 1453/19 1456/21 1463/5 1463/6 1464/7 1464/8 1465/19 1465/20 1468/5 1468/6 1468/7 1468/8 1468/20 1471/11 1471/12 1471/14 1472/3 1472/12 1472/17 1474/1 1474/6 1474/10 1477/9 1484/15 1485/1 1486/8 1488/7 1493/13 1493/14 1493/16 1494/13 1495/10 1497/6 1497/7 1497/10 1497/12 1498/22 1499/9 1501/16 1501/23 1501/25 1505/1 1506/18 1507/10 1508/3 1509/19 1509/23 1510/6 1510/15 1511/6 1515/1 1515/8 1515/9 1515/18 1516/4 1516/4 1518/18 1521/2 1522/13 1526/22 1530/17 1530/21 1531/4 1539/23 1539/25 1540/3 1540/3 1540/5 1540/5 1540/21 1540/21 1543/1 1543/8 1545/12 1545/13 1545/17 1545/18 1545/21 1546/19 1546/22 1550/2 1550/8 1550/9 1550/13 1550/21 1551/4 1551/14 1552/4 1552/7 1553/3 1553/4 1553/13 1553/14 1553/16 1556/5 1559/18 1559/18 1562/4 1565/8 1565/21 1566/16 1568/25 1569/1 1569/16 1570/5 1573/20 1574/13 1575/18 1577/9 1577/9 1578/21 1580/20 1583/3 1584/6 1584/6 1584/15 1589/18 1590/3 1591/15 1591/22 1594/5 1597/17 1597/22 1603/5 1607/22 1608/2 1611/1 1612/9 1613/23 1615/4 1615/14 1616/6 1618/11 1621/8 1621/14 1622/21 1623/9 1625/11

1625/15 1625/24 1626/14 1629/24 1632/2 1641/1 1641/2 1641/6 1641/20 1641/25 1641/2 1641/25 1643/4 1645/13 1645/15 1645/19 1646/14 1646/14 1647/17 1647/19 1647/24 1650/20 1650/23 1653/2 1654/24 1655/25 1656/7 1656/18 1657/1 1657/21 1660/7 1666/13 1667/13 1669/9 1670/3 1671/23 1672/9

**Docket [1]** 1345/8

**doctor [31]** 1410/1 1478/15 1479/18 1493/24 1494/2 1502/10 1515/17 1515/17 1520/24 1543/23 1544/21 1546/19 1547/6 1553/19 1557/3 1559/14 1561/15 1569/12 1579/16 1581/12 1582/15 1585/11 1591/10 1610/25 1621/15 1623/19 1628/5 1629/20 1633/6 1644/17 1654/5

**doctors [1]** 1510/4

**document [1]** 1409/4

**documentaries [2]** 1606/10 1620/25

**documentary [2]** 1664/3 1664/7

**documentation [1]** 1529/14

**documented [6]** 1544/16 1544/18 1544/20 1619/17 1620/1 1636/10

**documents [9]** 1602/3 1630/12 1630/25 1631/1 1631/3 1631/6 1631/13 1631/15 1641/2

**does [77]** 1362/25 1369/5 1375/12 1375/23 1378/2 1381/1 1387/24 1391/8 1397/3 1401/2 1416/24 1417/10 1420/16 1420/21 1424/8 1429/5 1432/6 1434/8 1438/24 1438/25 1441/8 1443/24 1444/19 1444/22 1446/7 1460/10 1465/1 1466/18 1468/24 1469/6 1469/11 1470/22 1470/23 1473/22 1477/12 1479/4 1479/19 1479/20 1480/10 1484/7 1489/10 1490/12 1490/19 1491/14 1491/22 1495/4 1506/21 1507/2 1510/23 1516/2 1531/13 1532/22 1561/17 1561/18 1569/3 1587/7 1590/19 1604/5 1610/13 1615/11 1615/11 1640/2 1640/19 1641/4 1641/21 1642/22 1643/2 1643/9 1643/12 1644/2 1644/9 1646/19 1649/19 1651/5 1661/2 1662/20 1667/5

**doesn't [44]** 1350/17 1351/21 1353/12 1380/23 1381/22 1404/1 1404/17 1429/5 1429/6 1432/2 1434/23 1451/3 1452/19 1453/1 1459/12 1459/25 1460/16 1466/20 1473/19 1495/6 1551/1 1562/18 1565/18 1568/18 1577/25 1578/9 1589/13 1589/16 1592/8 1592/15 1595/18 1603/16 1603/18 1604/4 1606/1 1606/6 1607/3 1607/5 1615/2 1620/8 1623/14 1623/15 1628/4 1657/24

**doing [34]** 1371/13 1373/17 1374/20 1375/16 1388/3 1413/2 1429/25 1440/25 1460/7 1481/5 1483/16 1490/16 1494/19 1494/25 1500/16 1501/7 1502/7 1524/21 1524/22 1530/17 1533/4 1540/16 1552/14 1582/12 1588/5 1588/5 1590/9 1590/10 1599/10 1625/12 1625/13 1657/21 1672/10 1672/11

**dollar [1]** 1558/17

**domain [3]** 1422/10 1463/14 1502/11

**domains [7]** 1423/9 1425/21 1433/16 1433/17 1443/6 1463/11 1464/6

**don't [164]** 1352/1 1352/1 1354/1 1355/18 1355/24 1355/24 1359/18 1360/3 1360/5 1360/15 1362/6 1362/24 1362/25 1363/5 1363/5 1363/8 1363/22 1365/14 1365/14 1365/21 1365/25 1367/23 1370/10 1370/11 1371/6 1371/15 1371/16 1375/23 1376/9 1380/3 1380/22 1381/1 1381/23 1382/1 1384/1 1393/7 1400/2 1404/5 1419/12 1421/8 1427/4 1431/9 1436/13 1446/24 1447/15 1447/17 1447/17 1448/8 1449/17 1450/3 1450/12 1452/8 1455/19 1457/15 1459/20 1463/12 1464/14 1473/9 1476/7

1493/9 1495/11 1497/8 1498/22 1507/20 1509/4 1510/18 1511/2 1516/15 1516/17 1518/19 1521/3 1524/20 1526/20 1527/18 1527/25 1528/1 1528/17 1534/6 1534/22 1535/11 1535/12 1538/5 1542/9 1543/9 1551/7 1551/10 1556/12 1558/12 1558/25 1560/6 1561/15 1562/5 1565/9 1568/6 1568/11 1571/12 1578/9 1580/3 1580/5 1583/6 1584/11 1584/21 1584/21 1585/10 1592/5 1592/10 1593/8 1593/14 1593/16 1594/8 1594/9 1594/25 1595/13 1597/22 1599/17 1599/19 1599/21 1601/1 1603/6 1606/7 1608/11 1608/21 1609/3 1609/18 1611/8 1614/10 1615/5 1615/6 1615/20 1616/19 1620/20 1621/7 1621/13 1622/12 1622/15 1622/19 1623/8 1623/25 1624/3 1624/18 1625/11 1625/21 1625/22 1629/12 1629/19 1630/18 1635/5 1637/21 1637/22 1645/15 1650/13 1652/9 1652/11 1655/4 1655/19 1664/11 1664/18 1666/11 1666/12 1669/11 1672/10 1673/12 1674/4

**done [42]** 1350/4 1350/16 1352/13 1352/14 1353/13 1375/7 1375/8 1375/18 1379/25 1385/2 1387/19 1389/25 1399/15 1399/16 1408/5 1412/14 1413/7 1413/24 1420/3 1428/2 1430/10 1439/12 1447/8 1459/23 1472/15 1483/23 1484/8 1494/22 1497/13 1502/17 1510/23 1535/13 1555/15 1586/21 1589/6 1613/19 1616/8 1628/21 1635/1 1637/9 1662/25 1665/23

**door [1]** 1519/16

**double [1]** 1432/22

**double-checked [1]** 1432/22

**doubt [1]** 1348/23

**down [43]** 1382/20 1383/14 1383/23 1383/23 1384/8 1384/25 1385/7 1386/11 1386/21 1389/10 1392/3 1392/25 1416/7 1416/19 1434/4 1445/19 1456/12 1458/14 1458/14 1458/23 1459/1 1462/7 1474/14 1516/4 1538/6 1538/13 1541/12 1542/10 1545/5 1598/25 1606/14 1613/10 1630/12 1631/20 1631/25 1632/18 1641/4 1643/21 1646/2 1649/16 1658/18 1668/5 1669/22

**Dr [10]** 1347/13 1355/16 1503/18 1545/25 1589/8 1621/7 1623/21 1626/24 1654/5 1654/12

**Dr. [261]** 1351/13 1351/15 1351/17 1352/15 1352/18 1353/17 1353/24 1353/24 1355/12 1357/19 1358/3 1359/14 1360/1 1360/6 1360/12 1361/4 1361/7 1361/13 1361/15 1362/11 1362/12 1362/13 1362/14 1362/19 1363/11 1363/12 1363/10 1363/18 1363/20 1364/20 1365/1 1365/1 1365/10 1365/17 1365/17 1365/18 1365/18 1365/25 1365/25 1366/4 1366/11 1367/3 1367/19 1369/16 1369/21 1370/6 1370/15 1371/13 1372/10 1372/17 1372/17 1373/9 1373/17 1373/24 1374/3 1374/1 1374/11 1374/19 1375/14 1380/17 1384/22 1414/22 1416/3 1416/16 1416/24 1419/24 1437/23 1439/24 1448/14 1455/2 1455/2 1455/16 1456/12 1458/3 1458/9 1458/18 1460/4 1462/22 1462/23 1465/6 1470/4 1487/17 1487/18 1487/20 1488/9 1495/15 1501/10 1501/10 1502/12 1502/12 1506/10 1506/10 1506/11 1506/19 1507/3 1507/3 1507/24 1518/5 1518/5 1518/5 1518/7 1518/21 1521/21 1524/2 1526/17 1527/4 1528/4 1528/9 1528/21 1533/22 1541/20 1546/16 1547/14 1547/22 1550/8 1559/1 1559/4 1566/13 1573/6 1573/6 1573/6 1573/18 1577/12 1577/25 1578/4 1578/4 1578/17 1578/24 1579/2 1579/4 1579/5 1579/11 1579/19 1579/21 1580/2 1581/13 1587/19 1587/19 1589/8 1590/3 1599/7

**D**

Dr.... [121] 1599/9 1599/11 1599/15 1599/20 1608/13 1608/15 1608/22 1608/23 1609/3 1619/17 1619/17 1619/20 1619/23 1620/1 1620/1 1620/2 1620/3 1620/11 1620/13 1620/16 1620/20 1620/22 1621/6 1621/8 1621/8 1621/12 1621/12 1621/16 1621/21 1621/21 1621/21 1622/1 1622/14 1622/21 1622/22 1622/23 1623/5 1623/7 1623/18 1623/20 1623/21 1623/22 1624/5 1624/11 1624/12 1624/21 1624/21 1624/21 1625/17 1625/17 1625/17 1625/24 1626/18 1626/20 1626/21 1626/21 1626/22 1626/23 1626/25 1627/2 1627/2 1627/2 1627/5 1627/6 1627/6 1633/18 1636/17 1636/24 1636/25 1637/10 1638/19 1639/12 1640/25 1642/3 1643/18 1644/16 1644/19 1645/10 1651/2 1651/2 1654/5 1654/18 1654/20 1654/24 1656/17 1656/21 1659/6 1659/10 1660/21 1660/22 1660/25 1661/6 1661/6 1661/7 1661/23 1662/2 1662/6 1662/7 1663/5 1665/3 1665/9 1665/20 1665/22 1666/8 1668/6 1668/8 1668/16 1668/25 1669/2 1669/9 1669/18 1669/18 1669/24 1670/17 1670/22 1670/24 1671/15 1671/22 1672/6 1672/15 1673/11

Dr. Aaronson [1] 1365/10
Dr. Abramson [8] 1355/12 1365/17 1366/4 1366/11 1367/3 1367/19 1369/16 1369/21
Dr. Abramson's [1] 1622/14
Dr. Denney [17] 1362/13 1518/5 1526/17 1547/22 1621/8 1621/21 1623/22 1624/12 1625/17 1626/21 1627/2 1627/6 1644/16 1644/19 1665/22 1671/15 1671/22
Dr. Denney's [10] 1362/14 1362/19 1437/23 1506/11 1506/19 1507/24 1665/9 1665/20 1668/6 1673/11
Dr. Dr. Shapiro's [1] 1651/2
Dr. Drezner [3] 1365/17 1370/15 1371/13
Dr. Drezner.GOV0003932 [1] 1370/6
Dr. Drob [43] 1362/12 1365/18 1372/17 1372/17 1373/9 1373/17 1373/24 1374/3 1374/11 1374/19 1375/14 1608/13 1608/15 1608/23 1609/3 1619/17 1619/20 1619/23 1620/1 1620/1 1620/3 1621/6 1621/8 1621/12 1621/21 1623/21 1624/12 1625/17 1626/21 1627/2 1627/5 1645/10 1656/17 1656/21 1661/6 1661/6 1661/7 1661/23 1662/2 1662/6 1662/7 1668/16 1669/2
Dr. Drob's [11] 1365/1 1506/10 1608/22 1620/11 1620/13 1620/16 1620/20 1620/22 1621/16 1622/1 1668/25
Dr. Drobb [2] 1577/12 1579/11
Dr. Drobs's [1] 1659/6
Dr. Dupre [2] 1639/12 1642/3
Dr. Dupre's [1] 1640/25
Dr. Frank [6] 1636/17 1637/10 1654/5 1654/18 1654/20 1654/24
Dr. Frank's [2] 1624/21 1624/21
Dr. George [1] 1495/15
Dr. Giglio [1] 1372/10
Dr. Gilbert [1] 1501/10
Dr. Grant [1] 1636/25
Dr. Grant in [1] 1643/18
Dr. Grant noted [1] 1636/24
Dr. Greenspan [3] 1487/18 1488/9 1541/20
Dr. James [24] 1357/19 1358/3 1359/14 1360/6 1384/22 1414/22 1455/2 1455/16 1458/18 1465/6 1502/13 1573/6 1573/18 1579/2 1579/4 1579/21 1580/2 1620/2 1625/24 1660/25 1665/3 1668/8 1669/18 1669/24
Dr. Jane [1] 1619/17
Dr. Kathy [1] 1659/10

Dr. Kaufman [5] 1380/17 1416/16 1416/24 1439/21 1502/1
Dr. Kaufman's [2] 1419/24 1507/3
Dr. Kulis [1] 1581/13
Dr. Mapou [4] 1518/5 1524/2 1547/14 1672/15
Dr. Mark [1] 1501/10
Dr. Nagler [19] 1360/1 1360/12 1362/11 1362/21 1363/10 1364/20 1456/12 1621/8 1621/21 1622/1 1623/20 1623/20 1624/5 1624/11 1625/17 1626/20 1627/2 1627/6 1663/5
Dr. Nagler's [15] 1361/13 1361/15 1363/1 1363/18 1363/20 1365/1 1455/2 1506/10 1622/22 1622/23 1623/5 1623/7 1626/18 1626/23 1626/25
Dr. Olley [10] 1458/3 1458/9 1502/12 1559/1 1559/4 1573/6 1578/24 1587/19 1660/22 1666/8
Dr. Olley's [3] 1460/4 1462/22 1462/23
Dr. Patterson [11] 1518/5 1518/21 1521/21 1566/13 1599/11 1599/15 1633/18 1670/17 1670/22 1670/24 1672/6
Dr. Patterson's [2] 1518/7 1599/7 1599/9 1599/20
Dr. Popp [12] 1351/13 1351/15 1351/17 1352/15 1352/18 1353/17 1365/18 1365/25 1365/25 1577/25 1579/5 1590/3
Dr. Popp's [7] 1353/24 1353/24 1361/4 1361/7 1470/4 1578/4 1578/4
Dr. Shapiro [9] 1416/3 1507/3 1573/6 1578/17 1579/19 1587/19 1589/8 1660/21 1669/18
Dr. Steven [2] 1487/17 1487/20
Dr. Swadesh [1] 1638/19
Dr. Woods [8] 1527/4 1528/4 1528/9 1528/21 1533/22 1546/16 1550/8 1626/22
Dr. Yates [1] 1669/9
dramatic [2] 1506/3 1583/5
dramatically [1] 1532/9
draw [9] 1401/22 1402/4 1403/1 1463/22 1473/4 1473/22 1474/1 1474/4 1504/16
drawing [8] 1350/10 1350/12 1350/25 1369/2 1401/15 1403/14 1404/2 1404/16
drawn [1] 1491/2
drew [1] 1403/1
Drezner [11] 1365/17 1370/15 1371/13 1575/4 1577/2 1579/7 1622/12 1670/18 1670/18 1670/19 1671/5
Drezner's [1] 1622/9
Drezner.GOV0003932 [1] 1370/6
dries [1] 1517/5
drinking [1] 1482/22
drive [2] 1650/16 1650/16
driver [1] 1538/24
driver's [3] 1540/11 1617/8 1647/8
driving [7] 1538/20 1541/12 1609/9 1609/11 1609/15 1609/25 1647/8
Drob [46] 1362/12 1365/18 1372/17 1372/17 1373/9 1373/17 1373/24 1374/3 1374/11 1374/19 1375/3 1375/14 1608/13 1608/15 1608/23 1609/3 1619/17 1619/20 1619/23 1620/1 1620/1 1620/3 1621/6 1621/8 1621/12 1621/21 1623/21 1624/12 1625/17 1626/21 1627/2 1627/5 1629/25 1645/10 1656/17 1656/21 1661/6 1661/6 1661/7 1661/23 1662/2 1662/6 1662/7 1665/8 1668/16 1669/2
Drob's [13] 1365/1 1506/10 1608/22 1620/11 1620/13 1620/16 1620/20 1620/22 1621/16 1622/1 1668/25 1668/25 1669/10
Drobb [3] 1575/5 1577/12 1579/11
Drobs's [1] 1659/6
dropped [1] 1646/2
drove [1] 1482/21

drug [1] 1511/10
drugs [4] 1474/10 1475/1 1486/24 1535/2
DSM [21] 1425/11 1458/10 1458/11 1459/8 1459/10 1459/16 1459/21 1459/21 1460/3 1460/5 1460/6 1462/9 1465/19 1467/7 1467/22 1468/3 1468/3 1498/8 1498/11 1559/24 1664/6
DSM-IV-TR [3] 1467/22 1468/3 1468/3
DSM-TR [1] 1459/10
dual [1] 1425/17
due [2] 1532/23 1626/22
dug [1] 1591/1
duly [1] 1477/8
Dupre [5] 1639/8 1639/11 1639/12 1639/20 1642/3
Dupre's [1] 1640/25
during [41] 1347/5 1373/14 1479/2 1480/22 1481/3 1481/11 1481/19 1506/2 1506/7 1507/15 1511/17 1512/2 1512/4 1512/5 1512/22 1512/23 1512/23 1512/24 1517/10 1519/1 1519/4 1519/11 1524/12 1525/8 1525/25 1529/13 1530/2 1531/1 1544/19 1549/8 1549/25 1550/12 1569/13 1581/20 1586/24 1599/9 1641/20 1658/8 1662/1 1662/17 1662/19
dysfunction [1] 1468/22
dyslexia [3] 1385/18 1385/24 1468/22

**E**

e-mail [7] 1537/5 1537/10 1554/21 1648/18 1648/19 1649/10 1649/17
e-mails [18] 1536/13 1536/14 1536/20 1536/21 1536/21 1537/7 1554/2 1554/6 1554/10 1554/13 1554/16 1555/2 1555/3 1591/16 1594/19 1647/17 1648/6 1650/16
e.g [1] 1368/11
each [20] 1358/4 1365/21 1384/4 1403/7 1427/1 1433/18 1448/17 1452/9 1452/10 1454/20 1560/2 1574/22 1575/2 1578/11 1624/18 1624/19 1624/21 1624/23 1626/8 1630/14
Earl [7] 1366/5 1366/8 1368/5 1372/14 1583/2 1585/8 1641/16
Earl's [3] 1370/7 1370/8 1642/22
earlier [10] 1352/3 1352/14 1353/12 1355/5 1362/10 1380/7 1452/11 1453/6 1540/8 1555/14
early [17] 1369/10 1408/24 1423/12 1424/12 1440/6 1454/3 1505/2 1507/12 1589/2 1632/20 1635/10 1635/12 1635/18 1643/19 1643/24 1657/23 1664/5
earnestly [1] 1432/23
easier [3] 1402/20 1419/11 1453/6
East [5] 1343/4 1343/15 1344/12 1558/2 1577/20
EASTERN [2] 1343/1 1345/4
easy [1] 1451/1
eat [1] 1634/3
eating [2] 1363/23 1515/20
economic [2] 1469/2 1581/24
economy [2] 1368/11 1368/12
edition [2] 1486/15 1490/4
editor [1] 1486/10
editors [1] 1486/21
educate [1] 1606/9
education [43] 1353/9 1370/12 1373/11 1381/17 1381/17 1381/19 1381/21 1381/23 1381/24 1382/3 1392/19 1392/22 1393/4 1393/6 1393/7 1393/11 1393/12 1397/3 1397/4 1397/6 1397/6 1397/7 1398/12 1398/14 1398/15 1398/17 1399/2 1399/14 1399/23 1400/7 1400/12 1424/1 1459/24 1460/11 1514/14 1541/10 1606/2 1606/8 1631/24 1632/4 1632/4 1640/15 1642/25

**E**

educational [8] 1352/3 1353/3 1353/7 1368/10 1414/5 1492/4 1507/15 1507/17
Edward [1] 1486/20
effect [35] 1361/25 1446/14 1446/16 1446/20 1446/22 1446/23 1446/23 1447/10 1447/19 1447/22 1448/13 1449/15 1451/14 1451/15 1451/20 1451/22 1451/25 1452/2 1452/6 1452/11 1452/13 1472/5 1473/14 1502/19 1506/23 1507/2 1507/6 1507/11 1572/9 1574/25 1654/7 1668/4 1669/16 1669/17 1670/1
effective [1] 1456/8
effectively [11] 1429/1 1479/24 1505/16 1505/17 1505/18 1509/15 1514/20 1563/19 1638/16 1638/18 1642/10
effects [11] 1361/19 1444/14 1448/6 1473/14 1601/24 1665/8 1666/1 1666/3 1666/8 1666/8 1666/11
efficient [1] 1430/23
effort [9] 1349/9 1364/16 1451/21 1452/5 1455/12 1646/3 1656/25 1658/7 1662/5
efforts [7] 1630/7 1630/9 1631/20 1631/23 1632/15 1632/22 1658/12
eggs [1] 1651/13
ego [1] 1535/12
eight [16] 1360/24 1366/14 1371/11 1383/1 1448/4 1448/5 1496/22 1507/13 1522/18 1539/5 1573/12 1600/4 1600/7 1601/9 1669/19 1669/20
Eighteen [1] 1504/3
either [20] 1359/18 1409/6 1410/15 1448/25 1476/10 1521/6 1521/6 1524/12 1526/20 1555/11 1566/13 1568/6 1592/22 1622/9 1628/8 1633/11 1653/11 1654/21 1661/24 1662/4
EKG [1] 1515/18 1515/18
elderly [1] 1507/9
elected [1] 1486/6
electives [1] 1480/23
element [4] 1391/17 1430/4 1446/20 1663/16
elementary [3] 1352/4 1353/10 1424/10
elementary-level [1] 1353/10
elements [6] 1390/25 1402/22 1403/6 1404/21 1404/25 1590/14
elevated [2] 1507/18 1507/20
elicit [2] 1526/7 1595/20
eligible [1] 1662/24
eliminate [3] 1431/15 1431/25 1432/3
Elmhurst [1] 1643/19
Elmo [4] 1357/18 1381/9 1381/10 1550/4
else [12] 1424/6 1454/23 1516/18 1527/4 1547/16 1552/15 1581/8 1581/11 1629/19 1631/15 1654/2 1658/15
elsewhere [1] 1375/12
embarrass [1] 1554/12
emergency [2] 1480/24 1481/6
emotional [13] 1352/25 1366/10 1367/15 1368/16 1370/8 1370/23 1371/2 1372/3 1469/1 1565/18 1653/16 1653/17 1653/18
emotionally [9] 1368/6 1370/13 1371/24 1565/7 1565/11 1565/14 1565/20 1653/2 1653/8
emotions [2] 1653/24 1653/25
employment [1] 1651/8
encompass [1] 1672/3
encountered [1] 1429/14
encouraging [1] 1600/15
end [15] 1383/2 1383/7 1383/11 1417/8 1417/10 1421/10 1481/8 1532/22 1533/6 1533/22 1558/16 1582/16 1647/22 1663/9 1664/12
ended [2] 1473/23 1663/18

ends [1] 1481/14
enemy [1] 1524/2
engage [1] 1597/11
engaged [4] 1450/17 1451/1 1597/13 1597/17
Engendering [1] 1666/1
English [2] 1505/9 1554/16
enhance [3] 1481/21 1481/22 1670/2
enlightening [1] 1450/22
enlightenment [1] 1667/13
enough [18] 1374/18 1418/1 1431/4 1470/9 1470/12 1473/17 1497/21 1506/8 1558/25 1574/20 1606/17 1606/19 1606/22 1606/25 1607/4 1662/4 1662/21 1662/21
enrolled [1] 1647/10
ensured [1] 1492/5
entered [1] 1456/13
entire [10] 1367/3 1393/1 1395/12 1396/12 1414/1 1517/11 1551/8 1554/21 1573/1 1599/13
entirely [2] 1551/12 1583/16
entirety [1] 1543/17
entities [1] 1536/9
entitled [4] 1415/2 1488/21 1489/14 1527/2
entity [1] 1521/5
entrepreneur [1] 1514/21
entry [1] 1550/10
environment [18] 1400/12 1434/24 1435/3 1435/18 1435/20 1435/21 1436/5 1440/6 1440/12 1502/5 1509/10 1514/2 1514/6 1515/5 1517/20 1589/12 1640/10 1650/14
environmental [4] 1469/2 1491/25 1492/3 1535/24
equal [1] 1377/16 1413/2
equals [1] 1359/6
equation [1] 1601/12
equivalence [1] 1423/11
equivalency [2] 1423/2 1423/8
error [16] 1353/13 1447/24 1447/25 1448/16 1454/20 1472/19 1473/13 1473/15 1474/8 1572/8 1586/6 1586/8 1586/10 1586/10 1635/17 1657/10
errors [11] 1396/18 1448/15 1585/25 especially [5] 1384/6 1404/10 1479/19 1642/24 1664/2
ESQ [4] 1343/14 1343/21 1343/24 1344/3
essay [2] 1408/1 1408/6
essence [1] 1464/11
essentially [3] 1350/9 1585/15 1599/12
establish [1] 1522/10
established [2] 1404/5 1664/14
establishing [2] 1525/21 1668/22
estimate [7] 1441/18 1441/20 1441/21 1441/22 1441/24 1457/11 1527/13
estimated [1] 1654/24
estimates [1] 1365/9
estimation [1] 1558/12
et [9] 1382/7 1442/25 1444/2 1546/8 1572/9 1572/9 1584/22 1606/11 1624/2
etc [3] 1413/19 1510/5 1648/6
ethnic [3] 1435/12 1436/2 1491/11
ethnicity [2] 1399/2 1492/3
evaluate [8] 1378/11 1418/16 1469/25 1524/4 1531/2 1555/17 1615/19 1664/9
evaluated [3] 1511/7 1637/12 1643/6
evaluating [4] 1480/11 1501/20 1604/2 1658/9
evaluation [14] 1456/3 1490/16 1497/16 1502/8 1549/11 1549/12 1573/14 1574/11 1635/15 1635/18 1639/7 1640/3 1659/17 1662/11
evaluations [19] 1352/1 1361/9 1361/10 1373/25 1494/20 1494/23 1497/6 1497/7 1497/10 1497/12 1497/13 1501/7 1503/2

1555/15 1635/1 1635/3 1635/6 1635/5 1637/9
even [40] 1346/10 1351/20 1365/18 1379/19 1424/11 1431/6 1431/24 1446/11 1449/12 1462/6 1464/13 1464/14 1506/18 1507/9 1521/24 1529/17 1531/14 1534/15 1536/21 1538/6 1544/17 1553/6 1555/4 1584/13 1584/14 1605/23 1608/2 1608/2 1622/21 1636/23 1638/11 1647/14 1651/7 1652/17 1657/16 1657/16 1663/24 1665/6 1667/22 1672/24
evening [2] 1658/20 1674/11
event [2] 1662/7 1670/6
eventually [3] 1575/4 1607/24 1639/14
ever [6] 1412/16 1440/20 1442/5 1548/19 1611/22 1615/23
every [8] 1365/16 1413/2 1431/24 1432/1 1599/1 1599/3 1623/23 1650/13
everybody [3] 1414/19 1552/15 1575/24
everyday [1] 1454/4
everyone [5] 1476/6 1533/15 1550/14 1624/14 1672/10
everything [9] 1379/10 1527/22 1588/6 1588/14 1631/17 1631/22 1646/19 1670/8 1673/15
evidence [56] 1346/23 1346/25 1359/23 1359/25 1362/22 1362/23 1363/3 1363/4 1363/7 1363/7 1363/21 1366/21 1367/23 1371/7 1409/22 1409/24 1412/1 1412/3 1415/1 1418/12 1479/11 1479/16 1500/19 1510/12 1526/13 1526/24 1526/25 1544/11 1561/17 1561/20 1561/24 1562/13 1562/16 1562/17 1573/17 1594/19 1600/17 1601/15 1606/13 1608/7 1617/24 1630/10 1642/15 1655/6 1658/11 1660/15 1660/18 1662/9 1663/15 1663/22 1664/2 1664/3 1664/7 1667/2 1675/10 1675/14
evident [1] 1443/11
exact [1] 1441/11
exactly [20] 1410/11 1422/3 1429/11 1429/11 1452/8 1503/19 1511/24 1515/21 1523/3 1538/6 1564/17 1588/9 1603/11 1603/11 1603/15 1603/16 1604/6 1613/7 1636/25 1655/4
exam [7] 1360/1 1456/2 1456/24 1561/20 1568/25 1656/18 1662/1
examination [42] 1346/3 1347/11 1362/16 1375/16 1414/20 1423/16 1427/4 1442/1 1445/22 1454/25 1461/2 1465/15 1478/9 1480/7 1480/7 1480/8 1493/22 1494/16 1500/6 1543/20 1545/23 1546/12 1546/14 1569/13 1569/25 1585/13 1599/10 1608/6 1608/15 1614/5 1633/4 1639/21 1652/16 1658/8 1660/23 1661/16 1661/19 1662/18 1662/19 1664/12 1664/15 1668/8
examinations [1] 1517/12
examine [4] 1624/1 1633/13 1633/14 1663/9
examined [5] 1373/14 1477/8 1578/21 1645/10 1663/11
examinee [1] 1444/14
examinee's [2] 1438/11 1438/13
examiner [5] 1431/21 1444/15 1450/18 1456/1 1456/2
examiner's [1] 1438/17
examiners [2] 1365/7 1630/3
example [41] 1365/10 1367/20 1375/7 1395/21 1399/17 1410/8 1424/8 1424/14 1424/20 1424/24 1424/24 1428/10 1433/20 1433/23 1438/15 1438/16 1442/22 1443/3 1443/9 1443/14 1444/8 1452/2 1453/5 1453/8 1453/16 1454/4 1456/24 1463/16 1501/17 1504/23 1505/25 1515/7 1516/25 1532/4 1537/3 1591/17 1599/14 1615/11 1634/19 1637/2 1651/16

**E**

examples [3] 1454/6 1471/19 1471/22
exams [7] 1561/17 1561/18 1561/18 1562/11
1562/11 1582/7 1597/21
exceed [1] 1664/16
except [9] 1437/23 1470/4 1470/19 1520/16
1580/9 1580/10 1598/8 1624/21 1632/9
exception [1] 1415/7
excessive [1] 1590/25
excessively [1] 1587/1
excludes [1] 1425/13
exclusion [1] 1425/11
exclusively [3] 1496/10 1497/4 1497/10
excuse [1] 1590/8 1609/9 1654/14
excused [2] 1474/14 1658/17
executive [21] 1381/13 1381/24 1382/4
1382/6 1401/7 1413/18 1413/18 1428/17
1429/9 1429/10 1453/7 1453/10 1453/18
1453/22 1454/1 1485/11 1486/6 1609/7
1613/6 1642/7 1642/8
exemption [1] 1571/7
exhausted [1] 1381/2
exhibit [41] 1346/6 1346/10 1346/12 1346/20
1346/25 1347/1 1347/4 1358/2 1376/24
1409/5 1409/21 1409/24 1411/14 1411/24
1411/24 1412/3 1412/5 1416/4 1417/4
1437/11 1452/15 1458/11 1475/13 1475/13
1478/17 1478/20 1478/21 1478/24 1487/9
1488/20 1500/18 1510/19 1550/6 1560/12
1639/6 1647/19 1652/7 1655/21 1655/24
1659/11 1659/22
Exhibit 96 [4] 1409/5 1409/21 1411/24
1452/15
Exhibit 97 [1] 1412/5
Exhibit 98 [3] 1347/1 1347/4 1437/11
Exhibit 99 [2] 1346/6 1346/20
Exhibit 99A [1] 1346/12
exhibits [5] 1479/11 1479/14 1479/16
1675/10 1675/14
existed [1] 1628/16
existence [1] 1561/6 1620/7
exists [2] 1362/9 1666/20
exit [1] 1666/20
expand [1] 1548/24
expect [6] 1379/8 1451/15 1528/9 1598/24
1610/22 1611/10
expectations [2] 1395/11 1396/4
expected [2] 1466/14 1610/21
experience [8] 1364/1 1373/24 1380/23
1389/20 1415/19 1450/17 1482/7 1586/18
experienced [3] 1373/17 1374/4 1651/6
expert [17] 1467/17 1493/15 1499/12
1524/15 1525/20 1527/15 1527/16 1533/12
1555/23 1567/19 1583/15 1623/15 1660/20
1661/7 1664/4 1664/8 1672/15
expert's [1] 1527/13
expertise [8] 1490/8 1499/4 1510/3 1525/21
1530/24 1545/19 1561/16 1650/14
experts [21] 1347/8 1411/17 1457/25
1467/19 1471/16 1502/10 1518/5 1526/15
1526/16 1526/21 1533/25 1559/4 1664/21
1665/1 1665/11 1667/19 1667/20 1667/23
1668/7 1668/19 1670/4
explain [12] 1389/17 1389/23 1433/7
1463/24 1464/1 1504/21 1518/20 1531/12
1534/13 1534/21 1535/21 1546/6
explained [5] 1463/20 1540/16 1567/12
1567/16 1664/22
explaining [1] 1464/5
explanation [5] 1492/12 1514/7 1603/23
1666/19 1669/7
explanations [1] 1667/21
exploded [1] 1651/17

exploding [1] 1505/11
exploited [1] 1552/17
explore [1] 1348/5
explored [1] 1352/22
exposed [1] 1447/13
exposing [1] 1446/25
expressing [1] 1587/10
expression [2] 1408/3 1466/14
extend [1] 1533/15
extended [1] 1533/7
extends [1] 1483/7
extensive [3] 1526/16 1630/9 1631/20
extent [6] 1390/15 1444/23 1661/9 1661/14
1663/3 1666/18
external [3] 1440/8 1585/17 1590/9
extra [8] 1347/21 1347/24 1348/1 1349/9
1355/7 1360/20 1360/21 1480/22
extraordinary [2] 1448/3 1517/19
extreme [1] 1640/8
extremely [12] 1387/1 1394/2 1395/11
1396/4 1445/24 1511/18 1560/25 1561/3
1602/2 1642/20 1645/20 1656/20
eye [1] 1640/4
eyesight [1] 1428/11

**F**

fabulous [1] 1542/13
face [3] 1357/15 1530/21 1530/21
face-to-face [1] 1530/21
Facebook [27] 1591/16 1591/17 1591/24
1592/5 1592/12 1592/21 1592/22 1592/24
1593/3 1593/6 1593/9 1593/13 1593/17
1593/17 1593/18 1593/20 1593/23 1593/25
1594/2 1594/6 1594/11 1594/12 1594/15
1594/21 1594/22 1647/16 1648/5
FaceTime [2] 1495/8 1648/19
facilitate [1] 1631/14
facilities [2] 1481/7 1649/16
facility [4] 1511/19 1523/23 1585/2 1649/22
facing [1] 1614/15
fact [69] 1347/20 1347/24 1350/20 1355/22
1360/12 1361/8 1362/21 1364/4 1376/23
1382/9 1403/2 1403/10 1404/17 1412/7
1415/6 1421/25 1425/9 1428/8 1429/3
1449/6 1450/22 1455/9 1457/16 1459/9
1459/16 1460/10 1460/11 1463/1 1463/15
1490/24 1492/6 1511/17 1513/25 1514/15
1517/11 1517/13 1522/24 1523/20 1529/21
1533/3 1533/16 1534/12 1553/9 1553/9
1553/17 1565/19 1566/8 1584/6 1584/7
1592/7 1602/5 1603/9 1615/23 1616/23
1626/10 1627/2 1641/21 1642/4 1660/17
1663/21 1665/9 1668/16 1668/17 1669/2
factor [12] 1371/9 1371/10 1398/15 1398/17
1418/6 1432/8 1432/10 1491/25 1515/6
1575/19 1651/25 1665/10
factors [21] 1322/25 1370/8 1370/22 1370/23
1370/24 1371/3 1373/5 1418/13 1436/6
1444/13 1447/3 1452/5 1452/13 1454/20
1472/21 1473/13 1473/18 1474/8 1482/9
1491/11 1567/15
factual [5] 1436/10 1442/24 1443/17 1526/25
1668/9
failed [4] 1432/12 1616/17 1616/19 1647/8
fails [1] 1571/2
failure [3] 1606/14 1614/18 1669/10
fair [12] 1496/25 1497/21 1527/12 1528/10
1534/16 1535/4 1535/5 1535/5 1593/8
1633/15 1656/24 1666/19
fairly [5] 1417/25 1423/9 1493/6 1583/5
1611/17
fairness [1] 1554/3
fake [1] 1645/14

fall [3] 1501/2 1507/24 1668/13
falling [2] 1470/1 1633/25
falls [2] 1470/5 1665/13
false [1] 1656/6
familiar [18] 1359/14 1359/17 1359/22
1360/9 1385/14 1385/15 1385/16 1425/25
1467/11 1484/19 1486/13 1500/20 1501/6
1504/12 1507/4 1520/4 1559/11 1651/3
familiarity [1] 1556/20
family [46] 1418/15 1481/3 1481/5 1508/12
1509/3 1509/4 1509/5 1509/9 1510/4 1510/9
1510/16 1511/2 1514/1 1514/17 1514/9
1515/13 1523/6 1531/11 1551/3 1551/1
1551/14 1558/6 1576/17 1588/17 1600/12
1600/19 1601/24 1633/7 1633/11 1633/16
1634/16 1636/6 1636/6 1636/11 1637/1
1637/1 1645/4 1646/13 1646/16 1647/3
1647/13 1647/14 1648/11 1648/14 1648/15
1651/12
far [21] 1347/1 1364/7 1385/2 1403/5
1419/12 1497/25 1498/7 1498/22 1498/25
1502/10 1514/18 1558/14 1576/24 1583/14
1609/24 1610/3 1632/15 1652/17 1660/21
1661/7 1670/9
Far Rockaway [1] 1576/24
fared [1] 1661/20
Farm [1] 1481/4
fashion [2] 1525/18 1534/6
fast [2] 1572/11 1642/12
father [2] 1482/11 1482/18
faulting [1] 1517/17
faulty [1] 1661/17
favor [1] 1614/13
favorable [1] 1660/16
favorite [1] 1590/3
Fax [1] 1344/14
FCRR [1] 1344/12
Features [1] 1518/17
federal [5] 1459/23 1483/17 1493/4 1501/1
1624/4
feedback [4] 1391/2 1391/3 1430/7 1430/11
feel [5] 1532/17 1620/22 1629/12 1629/12
1640/16
feeling [1] 1590/8
feels [1] 1450/18
feign [1] 1608/7
fellowship [3] 1481/8 1481/11 1481/11
felt [5] 1389/24 1472/18 1472/21 1481/17
1617/24
females [1] 1377/7
ferry [5] 1610/9 1610/15 1611/9 1612/10
1612/11
fetal [4] 1488/14 1491/11 1491/15 1522/22
few [12] 1391/14 1391/16 1391/18 1410/11
1413/24 1413/24 1425/10 1428/9 1431/20
1454/24 1536/19 1536/21
fewer [6] 1609/9 1609/10 1609/14 1609/16
1609/21 1609/25
fewest [2] 1389/9 1389/11
fidgetiness [1] 1363/24
Fidgeting [1] 1451/7
fidgety [1] 1450/16
field [5] 1442/18 1462/12 1482/7 1487/19
1501/3
fifth [11] 1352/10 1385/10 1395/22 1406/7
1408/4 1423/15 1449/13 1507/8 1587/4
1587/16 1587/17
fifth grade [1] 1423/15
fifth percentile [4] 1385/10 1395/22 1406/7
1408/4
figure [18] 1388/5 1388/7 1388/16 1389/5
1389/12 1402/2 1402/11 1404/22 1404/22
1405/5 1405/11 1430/8 1430/8 1430/9
1430/18 1430/20 1430/23 1431/20

# F

figures [2] 1350/10 1350/13
file [4] 1631/7 1631/8 1659/2 1659/22
filed [4] 1517/24 1518/4 1523/8 1533/25
fill [3] 1345/25 1561/19 1647/12
filled [1] 1440/10
fills [1] 1654/23
final [1] 1555/4
financial [1] 1514/21
find [19] 1387/16 1387/17 1522/21 1528/5
 1528/13 1536/8 1539/3 1551/10 1552/25
 1553/7 1561/6 1590/24 1591/1 1591/23
 1593/17 1596/21 1617/20 1633/16 1660/17
finder [2] 1660/17 1663/22
finding [2] 1454/4 1615/24
findings [2] 1421/12 1662/5
finds [5] 1642/19 1642/19 1642/20 1642/20
 1667/21
fine [8] 1451/1 1572/25 1593/23 1599/21
 1609/6 1618/16 1618/20 1658/24
finish [6] 1399/5 1547/19 1564/2 1564/2
 1606/4 1616/7
finished [2] 1480/19 1616/15
fire [1] 1519/20
firm [3] 1456/7 1514/22 1640/9
first [82] 1345/23 1361/24 1369/4 1371/8
 1372/22 1377/2 1377/5 1379/5 1379/14
 1381/13 1384/10 1385/7 1386/15 1387/7
 1387/8 1397/16 1403/24 1407/16 1415/5
 1420/16 1423/6 1424/1 1428/9 1431/24
 1437/22 1443/21 1445/24 1446/19 1473/2
 1474/25 1477/8 1478/19 1487/9 1487/9
 1488/10 1488/21 1491/18 1504/22 1505/20
 1506/4 1507/7 1510/6 1510/19 1511/9 1518/7
 1523/19 1524/5 1526/17 1528/21 1529/7
 1530/6 1532/16 1538/9 1541/19 1549/9
 1549/25 1550/10 1550/12 1550/17 1557/15
 1567/4 1574/22 1580/22 1580/22 1581/10
 1594/7 1607/10 1616/19 1624/12 1630/25
 1631/10 1635/13 1635/25 1639/7 1639/21
 1640/22 1641/15 1648/1 1670/20 1670/21
 1670/22 1671/6
fit [3] 1469/11 1552/18 1651/5
five [27] 1348/17 1354/12 1354/13 1370/16
 1371/11 1384/6 1384/10 1398/22 1400/9
 1410/17 1447/20 1505/5 1511/14 1513/15
 1513/16 1529/11 1535/5 1544/17 1557/5
 1557/8 1636/3 1638/13 1658/4 1660/20
 1669/19 1669/20 1671/12
five-page [1] 1370/16
fixed [10] 1444/7 1454/15 1454/15 1454/17
 1456/22 1456/23 1664/25 1665/12 1667/6
 1667/23
flag [1] 1645/24
flagging [3] 1602/13 1603/13 1604/7
flaws [1] 1469/24
Fletcher's [2] 1460/20 1460/20
flexibility [2] 1382/7 1428/21
flip [1] 1410/23
flip-flop [1] 1410/23
floor [2] 1344/2 1522/22
flop [1] 1410/23
Florida [1] 1493/5
flower [1] 1505/14
flowery [1] 1585/9
flown [1] 1558/2
flu [2] 1605/14 1605/14
fluctuates [1] 1640/8
fluency [3] 1385/19 1407/10 1408/12
flying [6] 1609/8 1609/10 1609/14 1609/16
 1609/21 1609/25
Flynn [11] 1470/16 1471/8 1473/14 1501/18
 1547/25 1524/10 1668/1 1668/4 1668/6

1668/18 1669/6
Flynn's [2] 1547/2 1547/11
Flynned [6] 1575/1 1575/3 1575/3 1575/4
 1575/5 1575/5
focus [8] 1367/12 1382/20 1404/6 1481/13
 1490/7 1502/14 1502/15 1664/17
focused [7] 1405/4 1420/2 1481/12 1515/10
 1523/5 1545/11 1660/22
focusing [7] 1395/23 1419/7 1420/11
 1420/13 1502/11 1502/13 1519/6
folks [11] 1494/20 1498/7 1546/21 1552/25
 1562/22 1565/12 1579/23 1586/19 1588/16
 1601/15 1614/4
follow [10] 1429/2 1429/11 1495/21 1519/7
 1582/21 1632/13 1649/17 1654/3 1671/18
 1671/19
follow-up [2] 1582/21 1654/3
following [10] 1373/9 1390/16 1423/14
 1424/16 1438/16 1631/18 1635/12 1635/14
 1642/21 1672/14
follows [1] 1477/8
font [1] 1573/12
food [1] 1651/24
football [1] 1482/22
football-loving [1] 1482/22
forbidden [1] 1613/24
Foreman [2] 1651/16 1651/17
forensic [13] 1429/20 1483/13 1485/2
 1489/22 1490/8 1490/13 1490/16 1491/1
 1497/5 1500/24 1501/4 1502/23 1570/23
forget [1] 1467/7
formal [4] 1398/12 1400/12 1606/1 1642/24
formation [3] 1433/17 1464/23 1464/24
formed [1] 1543/23
former [1] 1498/18
forming [4] 1467/14 1518/1 1521/17 1544/4
forms [1] 1612/16
formulator [1] 1487/21
forth [14] 1409/22 1428/7 1428/21 1437/6
 1437/7 1440/10 1479/4 1485/8 1490/12
 1501/7 1510/15 1510/23 1558/2 1670/15
forward [8] 1493/11 1516/5 1528/4 1642/12
 1661/1 1663/7 1663/11 1665/15
foster [1] 1511/14
found [13] 1374/7 1374/25 1375/10 1375/25
 1427/7 1432/4 1471/19 1525/5 1541/17
 1593/2 1593/4 1615/21 1667/1
founded [1] 1491/20
four [13] 1354/12 1370/16 1371/11 1377/13
 1377/19 1410/17 1418/6 1471/6 1518/11
 1521/4 1624/22 1638/13 1664/21
fourth [4] 1361/18 1423/15 1451/17 1507/8
fourth grade [1] 1423/15
fourth Wechsler [1] 1361/18
fragile [1] 1368/16
framework [1] 1405/13
Francisco [2] 1343/23 1481/1
Frank [8] 1577/16 1579/14 1636/17 1637/10
 1654/5 1654/18 1654/20 1654/24
Frank's [3] 1624/21 1624/21 1654/5
frankly [1] 1627/5
freaked [1] 1525/4
free [6] 1387/3 1387/9 1387/21 1392/3
 1392/18 1526/13
freely [1] 1394/7
Friday [1] 1673/15
Friedman [2] 1489/15 1489/23
friend [3] 1594/21 1594/22 1633/16
friends [1] 1635/12 1647/4
front [12] 1388/1 1388/4 1417/4 1437/16
 1465/19 1476/5 1478/16 1500/18 1540/18
 1647/19 1664/21 1669/7
frontal [1] 1642/8
frozen [1] 1651/16

fruit [1] 1612/14
frustrated [4] 1385/25 1450/23 1451/2
 1455/7 1455/14
frustration [3] 1364/2 1455/10 1455/13
frustrations [3] 1455/3 1455/5 1455/11
FSIQ [1] 1439/2
full [37] 1348/4 1348/4 1355/8 1355/14
 1360/22 1364/16 1365/19 1365/23 1366/5
 1366/5 1367/4 1372/11 1374/3 1447/7
 1448/24 1449/1 1449/20 1449/20 1450/8
 1450/9 1450/11 1451/4 1471/24 1473/13
 1477/25 1506/16 1571/10 1585/12 1597/20
 1601/18 1601/18 1613/12 1621/7 1622/7
 1654/23 1659/16 1670/6
full-scale [9] 1355/8 1355/14 1448/24 1449/1
 1449/20 1449/20 1450/8 1450/9 1450/11
fully [1] 1492/5
fulsome [1] 1603/23
function [18] 1353/8 1368/24 1370/7
 1509/14 1514/19 1535/23 1535/24 1535/24
 1537/12 1563/19 1578/10 1582/25 1604/8
 1609/7 1613/11 1655/12 1655/14 1655/15
functional [2] 1424/14 1472/1
functioned [1] 1354/7
functioning [102] 1354/6 1366/1 1366/9
 1366/11 1366/14 1366/19 1367/9 1367/10
 1367/14 1367/16 1367/22 1367/24 1369/6
 1369/9 1369/19 1370/23 1371/5 1372/25
 1373/4 1381/14 1381/24 1382/6 1382/14
 1387/22 1401/7 1403/4 1412/20 1413/18
 1413/18 1415/3 1415/9 1415/12 1419/21
 1422/15 1423/23 1429/8 1429/9 1438/18
 1439/20 1442/8 1443/21 1453/18 1453/22
 1454/2 1459/8 1459/15 1461/1 1466/10
 1470/1 1470/14 1470/24 1471/12 1471/16
 1471/19 1479/22 1488/3 1490/20 1501/21
 1502/4 1502/12 1502/20 1503/8 1509/22
 1511/5 1514/3 1514/18 1515/6 1553/20
 1556/23 1566/22 1571/24 1571/25 1575/20
 1576/4 1578/19 1578/24 1582/23 1613/6
 1613/20 1613/23 1614/2 1614/19 1614/22
 1619/10 1633/12 1633/13 1633/23 1634/10
 1642/7 1642/8 1647/5 1655/3 1655/17
 1656/15 1657/14 1657/18 1657/20 1660/23
 1661/12 1662/12 1664/18 1669/7
functions [7] 1429/10 1572/1 1614/24 1615/9
 1615/19 1616/4 1618/12
funny [1] 1595/24
further [20] 1375/11 1414/10 1415/22
 1416/1 1457/3 1457/16 1457/17 1465/13
 1465/15 1507/25 1508/3 1528/2 1617/16
 1624/3 1652/15 1652/17 1652/17 1659/15
 1660/7 1674/10

# G

G-e-o-r-g-e [1] 1478/2
gain [3] 1447/18 1502/22 1530/23
game [1] 1431/16
gang [4] 1602/6 1602/15 1603/13 1604/3
GARAUFIS [4] 1343/9 1345/5 1345/6
 1581/2
garden [1] 1505/3
gather [2] 1508/10 1509/2
gave [29] 1347/21 1349/11 1349/13 1349/15
 1349/19 1351/11 1355/11 1355/12 1357/4
 1357/5 1381/11 1403/16 1430/12 1430/12
 1432/16 1437/7 1451/3 1482/18 1482/18
 1567/17 1579/23 1579/24 1607/25 1608/1
 1608/1 1612/8 1612/10 1620/3 1620/6
geared [1] 1653/13
GED [1] 1647/7
general [19] 1378/18 1378/22 1395/8 1395/9
 1395/10 1396/1 1441/10 1441/11 1442/8
 1442/9 1444/24 1447/6 1451/9 1466/9

**G**

general... [5] 1533/23 1625/7 1631/24
1632/16 1654/16
generalizations [1] 1595/2
generalized [1] 1412/25
generally [3] 1395/24 1396/3 1436/17
generate [1] 1432/11
generating [1] 1430/15
generation [1] 1391/14
gentleman [2] 1587/3 1674/3
geographical [1] 1594/1
geography [1] 1592/7
GEORGE [7] 1477/7 1478/2 1478/4 1495/15
1572/22 1651/16 1651/17
geriatric [1] 1481/10
geriatrics [1] 1481/15
germane [1] 1625/5
germophobe [4] 1586/13 1587/6 1587/7
1587/24
germophobes [1] 1586/24
germs [1] 1587/9
Gestalt [1] 1349/19
get [69] 1347/19 1357/22 1359/3 1359/10
1376/4 1392/15 1397/19 1429/4 1430/16
1436/17 1437/20 1443/2 1454/8 1455/17
1457/3 1457/4 1467/25 1475/10 1511/19
1526/11 1533/23 1538/12 1539/23 1539/25
1541/6 1541/6 1541/11 1543/15 1550/14
1554/9 1580/13 1580/20 1580/24 1585/1
1597/6 1600/15 1601/13 1603/23 1605/14
1607/24 1610/6 1610/10 1610/10 1610/15
1610/16 1610/19 1611/9 1612/1 1612/9
1612/11 1617/7 1619/2 1630/19 1630/25
1631/3 1631/13 1631/15 1633/23 1635/5
1647/6 1647/7 1647/7 1647/8 1652/17 1658/3
1670/5 1670/19 1673/15 1674/2
get-go [1] 1455/17
gets [3] 1457/16 1522/16 1625/4
getting [20] 1416/17 1430/6 1531/6 1535/13
1541/3 1550/19 1577/21 1595/21 1596/15
1596/17 1601/21 1601/25 1611/15 1611/24
1611/25 1612/1 1612/10 1634/16 1636/11
1652/20
Giglio [7] 1372/10 1448/20 1577/7 1579/9
1602/3 1642/13 1642/19
Giglio's [1] 1642/16
Gilbert [1] 1501/10
gingerbread [1] 1651/19
gist [1] 1503/20
give [32] 1349/10 1355/4 1357/8 1395/15
1397/19 1401/17 1411/4 1455/22 1469/19
1472/1 1480/16 1521/9 1526/23 1543/5
1578/10 1591/4 1591/5 1599/5 1599/6
1601/22 1610/22 1611/9 1611/10 1614/14
1618/21 1626/14 1636/18 1636/19 1636/22
1659/24 1672/7 1674/7
given [54] 1346/18 1348/8 1350/10 1350/11
1353/19 1354/4 1355/13 1355/13 1361/24
1375/6 1375/7 1387/11 1391/4 1392/11
1399/1 1414/23 1423/25 1431/14 1431/21
1432/2 1448/1 1448/8 1449/13 1449/14
1449/22 1451/13 1451/25 1453/6 1453/7
1453/8 1460/9 1466/14 1470/4 1470/9
1471/18 1472/21 1473/11 1474/7 1515/8
1517/9 1534/16 1534/22 1549/17 1583/6
1588/6 1590/23 1593/22 1601/23 1634/5
1658/7 1669/14 1671/25 1672/22 1672/25
gives [4] 1438/15 1446/6 1554/23 1615/19
giving [22] 1352/15 1352/15 1364/16
1369/12 1373/25 1413/2 1446/18 1448/16
1451/12 1525/7 1531/4 1531/9 1538/11
1538/14 1538/19 1546/7 1601/16 1601/16
1601/20 1656/25 1658/11 1672/23

glad [1] 1621/25
glad... [1] 1552/8
glaring [1] 1353/13
global [7] 1367/9 1367/10 1412/13 1463/11
1464/6 1465/2 1465/7
go [68] 1357/16 1363/1 1367/17 1367/19
1369/1 1372/9 1372/17 1374/17 1381/6
1381/9 1389/11 1395/20 1399/12 1400/16
1402/1 1402/1 1408/12 1409/25 1412/4
1420/16 1421/1 1442/4 1445/5 1453/21
1454/8 1455/17 1455/21 1456/19 1458/11
1458/13 1458/14 1469/18 1477/9 1490/15
1494/15 1506/14 1511/2 1512/25 1515/16
1537/15 1545/21 1548/23 1553/23 1554/24
1554/25 1564/3 1571/22 1572/5 1580/4
1610/21 1617/16 1618/11 1621/11 1634/4
1634/5 1636/4 1645/8 1649/17 1650/17
1663/7 1665/15 1670/9 1672/1
goal [4] 1471/23 1522/21 1522/23 1522/24
goes [9] 1363/13 1427/23 1429/9 1432/8
1432/10 1520/9 1527/3 1612/7 1670/7
going [106] 1346/6 1346/14 1353/23 1363/3
1366/8 1369/24 1375/11 1381/8 1382/20
1382/21 1383/13 1383/23 1384/8 1384/22
1384/25 1385/7 1386/11 1389/4 1389/10
1391/11 1392/3 1392/25 1396/19 1399/9
1427/6 1427/10 1428/6 1429/12 1430/22
1431/5 1433/21 1435/20 1435/22 1442/4
1442/4 1444/17 1445/21 1450/7 1451/22
1451/25 1454/7 1457/13 1457/14 1460/9
1460/17 1467/17 1471/16 1473/4 1479/2
1479/7 1489/17 1496/7 1497/22 1499/9
1502/22 1504/17 1509/12 1510/18 1519/15
1519/23 1523/3 1523/6 1524/10 1528/3
1532/21 1532/23 1533/7 1533/17 1533/23
1539/21 1539/23 1539/25 1540/4 1540/12
1540/13 1543/15 1548/8 1558/16 1561/9
1563/1 1567/15 1573/14 1576/9 1576/10
1581/19 1593/5 1596/25 1597/2 1597/8
1601/7 1601/9 1612/6 1613/6 1645/4 1655/20
1656/7 1660/10 1664/11 1664/16 1670/11
1670/18 1673/18 1673/18 1674/1 1674/4
1674/5
going -- being [1] 1454/7
Gomer [1] 1360/12
gone [1] 1482/15
good [35] 1345/15 1345/19 1347/13 1347/14
1359/25 1368/5 1452/2 1459/8 1463/16
1475/15 1478/11 1478/12 1481/18 1493/24
1493/25 1507/1 1549/20 1551/22 1564/14
1574/20 1597/18 1605/9 1605/10 1611/6
1625/7 1634/20 1634/19 1636/9 1636/20
1640/20 1646/15 1657/25 1658/20 1663/10
1667/21
goodness [1] 1531/3
got [58] 1366/2 1371/10 1382/25 1384/14
1386/8 1394/3 1397/21 1398/1 1398/3 1398/5
1398/7 1416/5 1421/11 1436/13 1438/6
1438/7 1439/13 1440/17 1482/6 1488/16
1503/20 1507/18 1511/11 1513/9 1516/3
1516/13 1516/14 1516/15 1532/21 1532/24
1533/5 1533/6 1533/6 1550/12 1590/15
1592/7 1592/8 1597/4 1597/5 1597/6 1605/11
1605/12 1605/13 1605/16 1606/13 1608/3
1608/3 1608/4 1611/5 1611/17 1616/25
1621/25 1624/5 1634/2 1639/7 1643/25
1665/22 1667/25
gotten [7] 1368/21 1385/3 1385/5 1396/9
1549/24 1658/4 1658/5
GOV [2] 1348/2 1403/2
GOV0004028 [1] 1373/1
GOV003924 [1] 1366/4
GOV003925 [1] 1366/8

GOV003942 [3] 1358/1 1455/21 1455/23
GOV003946 [1] 1358/5
GOV004019 [1] 1372/14
GOV004027 [1] 1372/17
GOV004029 [1] 1373/9
GOV10935 [2] 1415/1 1435/18
GOV4243 [1] 1659/11
government [37] 1343/12 1346/6 1346/12
1346/19 1346/25 1347/1 1347/4 1409/21
1412/5 1496/12 1497/13 1497/18 1526/18
1528/2 1533/25 1547/3 1547/7 1547/14
1548/5 1548/13 1581/9 1630/16 1631/11
1631/18 1652/6 1652/23 1659/13 1659/19
1660/1 1660/16 1662/13 1663/4 1663/8
1664/10 1664/16 1670/14 1670/16
government's [23] 1409/5 1409/24 1411/14
1412/3 1467/19 1517/25 1518/4 1526/15
1547/11 1548/12 1548/25 1549/5 1550/4
1573/4 1582/20 1655/7 1655/21 1662/23
1666/21 1668/7 1670/4 1670/12 1675/10
grade [22] 1352/10 1353/10 1408/24 1408/24
1423/2 1423/8 1423/11 1423/11 1423/12
1423/14 1423/15 1423/15 1424/1 1424/2
1424/12 1534/15 1541/10 1617/7 1617/14
1617/17 1617/19 1635/13
grader [3] 1587/4 1587/16 1587/17
gradually [1] 1368/13
graduating [1] 1639/18
grand [1] 1558/23
grandiosity [9] 1589/24 1590/1 1590/2
1590/4 1590/6 1590/7 1590/8 1590/2
1591/12
grandmother [1] 1513/23
Grant [4] 1636/24 1636/25 1638/19 1643/18
granted [2] 1499/7 1657/8
granular [1] 1579/18
graph [5] 1463/19 1463/23 1464/4 1464/10
1464/25
great [7] 1368/17 1446/16 1516/6 1548/9
1551/21 1595/20 1671/7
greater [22] 1374/16 1376/16 1377/12
1377/14 1377/15 1377/20 1377/24 1378/2
1380/19 1416/18 1416/19 1418/11 1419/7
1420/14 1422/22 1420/24 1421/5 1422/1
1447/10 1470/20 1513/24 1516/3
greatest [1] 1650/21
gree [1] 1468/6
green [12] 1436/11 1484/22 1484/23 1486/13
1488/4 1520/4 1539/20 1540/15 1646/23
1650/8 1650/23 1651/3
Greenspan [8] 1487/17 1487/18 1487/20
1488/9 1488/25 1489/23 1491/9 1541/20
grew [1] 1400/11
grill [2] 1651/16 1651/17
group [27] 1418/3 1418/5 1464/13 1465/1
1485/12 1485/23 1486/7 1486/9 1486/25
1497/24 1522/6 1540/15 1542/1 1542/3
1542/5 1583/21 1602/9 1602/10 1602/13
1602/14 1602/15 1602/16 1604/9 1649/2
1649/3 1649/20 1653/25
Group's [1] 1486/11
grouping [1] 1440/2
groups [6] 1377/13 1380/11 1485/19 1519/8
1602/10 1602/20
grow [3] 1513/20 1513/22 1627/25
growing [2] 1505/4 1506/3
grown [4] 1492/9 1589/10 1589/11 1589/19
growth [1] 1505/20
Guerrero [27] 1523/15 1523/17 1524/11
1524/25 1525/3 1525/3 1526/1 1526/8
1526/12 1527/18 1528/21 1528/24 1530/17
1532/5 1546/20 1547/7 1547/10 1547/15
1549/9 1549/11 1550/11 1550/16 1563/21
1580/9 1580/10 1643/19 1644/3

## G

Guerrero's [3]  1525/1 1531/8 1564/5
guess [1]  1357/21 1366/5 1389/8 1391/4
1557/23 1570/21 1575/7 1582/17
guessing [3]  1629/10 1629/12 1629/14
guidance [1]  1466/22
guide [12]  1429/17 1486/19 1486/19 1487/3
1487/13 1488/17 1489/7 1495/25 1497/22
1498/5 1520/9 1521/16
guilt [1]  1537/17
gulf [1]  1605/17 1605/20 1606/17 1606/25
1607/4
gullable [1]  1602/2
gun [3]  1541/3 1541/4 1541/14
gut [8]  1365/3 1367/18 1367/21 1369/14
1369/17 1370/19 1375/4 1375/6
Gutheil [1]  1490/6
guy [2]  1482/22 1541/25
guys [1]  1606/10
Gyn [1]  1480/23

## H

had [232]  1346/5 1350/11 1350/11 1350/15
1351/22 1351/22 1351/23 1352/2 1352/2
1352/9 1354/19 1361/10 1361/10 1361/17
1361/18 1370/15 1374/7 1375/8 1375/9
1375/25 1377/12 1377/13 1377/21 1382/25
1386/19 1387/5 1387/6 1387/8 1387/16
1387/18 1387/19 1388/8 1388/8 1388/17
1388/24 1389/16 1389/17 1389/22 1389/23
1389/25 1390/5 1390/8 1391/1 1394/2 1394/6
1396/3 1398/12 1399/19 1399/24 1402/7
1402/8 1402/8 1406/10 1408/5 1410/21
1411/1 1411/3 1411/4 1411/6 1411/7 1423/24
1423/25 1424/15 1427/2 1428/11 1428/24
1430/3 1430/14 1434/2 1440/24 1443/9
1443/10 1448/20 1450/20 1451/19 1452/11
1452/20 1452/23 1453/8 1453/11 1454/7
1456/16 1471/23 1479/23 1482/20 1482/20
1510/23 1511/9 1511/13 1511/18 1512/22
1513/23 1514/5 1514/18 1518/3 1519/1
1519/2 1519/4 1519/6 1519/6 1519/13
1519/17 1523/23 1523/24 1524/25 1527/19
1527/20 1531/18 1531/22 1531/25 1532/1
1532/5 1533/13 1533/24 1536/19 1536/20
1543/11 1543/18 1544/7 1544/11 1546/19
1547/2 1547/3 1547/23 1547/25 1548/5
1548/5 1548/13 1548/17 1549/7 1549/17
1549/19 1549/24 1550/10 1563/7 1564/19
1564/19 1565/1 1566/8 1566/10 1574/1
1578/3 1580/8 1581/8 1581/9 1581/11
1581/15 1581/16 1581/19 1582/1 1582/9
1585/25 1588/14 1588/17 1589/7 1594/15
1596/4 1597/19 1598/17 1598/19 1599/1
1605/5 1605/20 1607/23 1608/23 1609/1
1610/16 1610/18 1611/21 1612/20 1614/8
1614/23 1615/7 1617/6 1617/15 1617/21
1617/22 1617/24 1619/4 1623/2 1623/23
1626/10 1627/22 1628/6 1628/7 1628/22
1630/14 1631/11 1631/11 1631/12 1631/13
1632/16 1633/10 1634/13 1634/25 1635/10
1635/11 1635/12 1635/20 1637/13 1637/15
1637/16 1637/18 1637/19 1637/20 1637/22
1638/13 1638/15 1641/8 1641/10 1641/13
1643/21 1646/16 1646/21 1646/21 1646/22
1647/14 1651/10 1653/13 1653/15 1653/23
1654/10 1654/21 1657/8 1657/8 1658/4
1658/5 1660/21 1662/18 1663/6 1664/5
1672/8
Haddon [4]  1511/6 1511/9 1512/11 1512/12
Haddon's [1]  1514/14
hadn't [1]  1638/13
hair [1]  1588/21

half [10]  1359/18 1359/20 1400/25 1510/19
1576/5 1602/2 1613/6 1702/5 1671/8
1672/8
Hall [5]  1588/20 1602/4 1602/14 1603/12
1604/6
hallucination [1]  1640/6
Halstead [3]  1620/4 1621/2 1621/3
Halstead-Reitan [3]  1620/4 1621/2 1621/3
hammock [1]  1398/5
hand [7]  1346/5 1475/16 1477/6 1527/6
1527/8 1543/7 1630/19
handbook [2]  1463/20 1463/23
handed [1]  1570/20
handicaps [2]  1468/22 1469/1
handing [1]  1384/17
handwritten [2]  1368/1 1370/16
haphazard [1]  1403/19
happen [4]  1404/5 1520/20 1583/1 1585/7
happened [6]  1498/1 1498/2 1515/22 1543/6
1583/9 1627/25
happening [2]  1524/9 1603/11
happens [6]  1404/20 1405/1 1413/3 1516/4
1535/3 1628/18
happy [1]  1655/6
harassing [1]  1525/7
hard [7]  1372/11 1582/11 1605/25 1606/3
1609/23 1611/1 1611/2
hard-and-fast [1]  1572/11
Harlem [1]  1610/19 1611/18
harm [3]  1628/14 1628/16 1628/21
Harvard [1]  1490/7
Harvard's [1]  1488/15
Harvey [1]  1488/25
has [174]  1348/16 1352/5 1353/8 1353/10
1354/10 1354/14 1354/15 1358/8 1361/17
1362/13 1365/10 1366/15 1367/23 1370/25
1371/7 1372/14 1373/4 1373/17 1373/24
1374/11 1375/15 1380/8 1381/20 1381/20
1385/2 1387/11 1387/12 1388/9 1391/14
1393/11 1395/11 1395/18 1397/13 1398/12
1401/18 1403/3 1404/11 1406/17 1409/5
1415/7 1416/17 1421/19 1421/25 1424/3
1425/3 1425/6 1425/22 1425/23 1425/24
1425/24 1426/1 1426/1 1427/14 1427/18
1428/18 1431/17 1431/21 1431/21 1432/2
1432/12 1442/17 1443/6 1443/9 1443/20
1445/1 1445/8 1446/16 1447/8 1451/12
1457/10 1457/22 1459/11 1460/25 1463/7
1463/7 1463/10 1465/7 1467/1 1473/20
1473/21 1473/25 1486/13 1488/5 1489/18
1489/19 1492/9 1496/3 1497/17 1497/19
1498/15 1498/19 1499/12 1502/18 1502/18
1502/18 1503/6 1503/12 1511/9 1513/3
1515/9 1521/21 1522/2 1522/10 1525/14
1527/9 1527/15 1533/7 1536/18 1536/23
1539/5 1539/14 1543/11 1544/8 1544/8
1544/18 1552/15 1566/14 1575/3 1575/4
1575/4 1575/5 1575/11 1580/24 1583/20
1584/24 1587/10 1588/10 1588/13 1589/5
1589/15 1590/23 1591/6 1591/14 1591/15
1591/17 1593/21 1593/21 1594/1 1595/4
1595/5 1596/12 1597/13 1601/17 1606/3
1611/22 1614/23 1615/11 1618/17 1618/25
1624/19 1643/15 1651/6 1651/10 1651/10
1657/14 1657/19 1660/1 1660/18 1662/4
1662/6 1662/9 1662/13 1662/23 1664/3
1663/23 1664/8 1664/20 1666/4 1667/10
1668/15 1669/14 1670/1 1670/14 1672/2
hasn't [4]  1395/20 1589/19 1652/14 1657/23
have [520]
haven't [6]  1396/9 1445/17 1506/23 1594/15
1644/15 1669/16
having [46]  1364/1 1364/4 1447/23 1447/25
1449/25 1455/15 1456/6 1459/12 1464/6

1475/1 1477/7 1506/8 1509/11 1509/16
1518/21 1519/7 1551/5 1551/5 1552/13
1566/4 1569/15 1587/4 1587/20 1587/24
1588/3 1588/6 1588/21 1588/22 1589/1
1589/3 1596/23 1596/25 1609/3 1619/7
1619/14 1619/20 1619/23 1634/5 1635/13
1635/16 1642/20 1654/6 1656/5 1656/17
1657/25 1658/2
he [705]
he -- its [1]  1429/3
he'd [2]  1352/8 1608/1
he's [94]  1348/20 1350/10 1352/5 1354/4
1354/5 1354/6 1367/2 1367/4 1367/22
1367/23 1369/8 1369/19 1371/19 1373/17
1374/4 1380/3 1380/3 1380/10 1380/22
1385/3 1385/5 1403/13 1407/10 1407/11
1408/9 1408/13 1416/5 1421/11 1428/24
1435/20 1435/21 1436/14 1440/18 1440/25
1443/10 1444/1 1449/13 1449/14 1467/17
1470/3 1516/3 1521/3 1526/13 1528/6
1538/14 1542/10 1552/9 1553/10 1573/25
1575/15 1587/6 1589/19 1590/15 1590/17
1590/17 1590/18 1590/19 1590/21 1590/21
1591/11 1592/5 1592/16 1592/19 1592/24
1592/25 1593/25 1594/10 1594/19 1596/15
1597/11 1597/17 1599/24 1600/24 1601/6
1601/9 1602/22 1603/4 1604/3 1609/20
1610/13 1636/4 1639/13 1642/12 1643/13
1643/17 1643/17 1646/1 1651/23 1652/19
1657/21 1661/8 1666/6 1666/7 1666/22
head [5]  1364/9 1399/19 1482/11 1640/5
1662/19
heading [3]  1420/9 1421/11 1560/17
health [8]  1481/9 1511/19 1511/20 1515/3
1515/25 1536/9 1597/23 1631/8
hear [6]  1399/8 1494/22 1518/10 1543/9
1551/18 1670/4
heard [7]  1431/4 1458/3 1528/17 1542/11
1588/16 1660/20 1664/8
hearing [10]  1343/9 1345/8 1468/25 1476/3
1525/10 1526/5 1527/19 1533/9 1549/18
1578/14
hearings [3]  1492/19 1524/22 1574/16
hears [1]  1526/25
hearsay [3]  1524/10 1524/14 1525/21
heartland [1]  1574/10
heavily [1]  1392/19
held [1]  1476/2
Hello [1]  1546/16
help [21]  1368/24 1388/5 1436/9 1444/17
1463/25 1470/11 1511/23 1521/1 1537/2
1539/10 1567/18 1579/9 1586/3 1586/4
1594/4 1614/4 1617/11 1618/23 1618/24
1648/21 1650/21
helped [1]  1647/12
helpful [2]  1472/14 1477/16
helping [5]  1591/18 1591/19 1591/20 1594/2
1634/15
Henry [2]  1513/11 1514/12
her [120]  1355/23 1357/11 1361/22 1363/20
1364/7 1365/11 1365/11 1365/12 1367/3
1367/12 1367/21 1368/5 1369/5 1369/16
1369/17 1370/3 1371/7 1399/5 1450/2 1450/6
1450/19 1450/20 1456/12 1474/24 1475/3
1476/7 1511/8 1511/9 1511/10 1511/16
1511/17 1512/15 1512/25 1513/10 1513/17
1513/23 1524/3 1524/18 1524/18 1524/20
1525/4 1525/7 1525/7 1525/15 1525/16
1525/17 1525/17 1525/17 1525/23 1529/6
1529/7 1529/13 1529/14 1529/17 1529/21
1529/23 1530/4 1530/14 1531/12 1531/17
1532/7 1532/10 1532/20 1532/21 1532/21
1532/23 1547/22 1547/23 1548/6 1548/14
1549/1 1549/1 1549/3 1549/6 1549/10

her... [45]  1549/11 1549/15 1549/16 1549/17
1549/18 1549/20 1550/18 1550/18 1550/18
1564/7 1564/8 1564/15 1564/16 1564/24
1577/2 1577/5 1580/13 1580/18 1580/20
1580/23 1581/7 1581/8 1581/9 1585/9 1612/1
1616/24 1618/2 1618/3 1618/23 1619/7
1620/1 1636/18 1636/19 1636/20 1636/21
1637/4 1638/19 1644/25 1661/2 1665/3
1670/20 1670/21 1671/6 1671/8 1671/10
here [92]  1348/21 1349/9 1353/1 1357/25
1358/16 1358/23 1361/20 1366/21 1367/2
1368/1 1374/2 1384/22 1386/13 1392/4
1393/17 1395/13 1396/7 1400/6 1406/2
1406/5 1410/2 1416/3 1419/14 1428/16
1433/5 1435/15 1435/20 1437/11 1439/5
1439/12 1439/15 1442/4 1442/13 1443/6
1449/10 1452/7 1465/19 1473/23 1474/1
1477/13 1496/2 1496/3 1511/8 1511/17
1512/1 1514/22 1515/22 1523/12 1524/9
1525/9 1532/19 1532/24 1533/17 1534/17
1536/18 1537/21 1538/7 1542/9 1543/24
1547/9 1550/2 1550/16 1558/19 1558/22
1561/9 1568/7 1572/5 1573/24 1576/3
1577/20 1585/6 1599/10 1602/22 1609/18
1613/5 1623/17 1624/4 1624/9 1628/11
1629/9 1634/22 1642/3 1645/1 1646/5
1654/23 1662/22 1664/15 1665/2 1665/21
1665/25 1666/4 1670/19
here's [4]  1358/10 1402/25 1637/5 1637/6
hernia [2]  1598/8 1598/13
herring [1]  1644/5
herself [2]  1511/22 1617/10
hesitant [1]  1575/18
hesitate [1]  1497/6
hiatal [2]  1598/8 1598/13
Hicks [1]  1513/11
hide [1]  1451/25
high [28]  1347/25 1348/12 1349/7 1349/8
1352/8 1382/1 1382/25 1383/2 1383/7
1383/11 1383/19 1383/20 1384/19 1388/14
1393/14 1394/2 1394/3 1394/4 1394/6 1394/8
1394/11 1394/12 1394/15 1431/13 1482/19
1522/2 1593/8 1603/4
high-ranking [1]  1603/4
higher [19]  1349/2 1354/8 1366/16 1373/2
1373/2 1377/18 1393/1 1410/22 1411/1
1453/8 1510/8 1584/12 1585/2 1593/19
1632/1 1650/3 1650/8 1650/24 1652/4
highest [5]  1445/1 1445/8 1445/19 1445/23
1446/7
highlighted [1]  1573/24
highly [4]  1368/9 1372/19 1633/25 1664/21
him [200]  1353/17 1368/6 1368/24 1371/14
1371/15 1371/19 1374/8 1388/1 1388/4
1388/5 1389/17 1389/24 1400/24 1403/16
1429/8 1430/12 1430/12 1432/5 1443/18
1446/1 1474/25 1475/10 1476/8 1477/17
1488/7 1511/23 1512/6 1512/8 1512/11
1512/22 1512/23 1513/15 1516/20 1516/25
1516/25 1517/9 1522/22 1523/23 1523/24
1523/25 1524/5 1528/23 1529/13 1534/11
1534/23 1535/1 1535/4 1538/11 1538/21
1540/2 1540/3 1540/16 1542/1 1542/2
1542/17 1543/4 1543/9 1543/19 1545/12
1545/19 1552/10 1553/9 1557/6 1557/10
1566/7 1567/17 1567/20 1567/23 1568/1
1576/23 1576/25 1577/16 1578/1 1578/10
1582/6 1582/10 1585/16 1588/5 1588/6
1588/13 1588/21 1588/22 1589/1 1589/3
1589/3 1589/23 1590/2 1590/25 1591/3
1591/11 1591/18 1591/19 1592/22 1594/2
1594/4 1594/8 1594/14 1594/15 1595/21

1595/22 1595/24 1596/15 1598/5 1599/17
1600/12 1600/24 1600/25 1600/09/00/1
1601/2 1601/16 1601/17 1601/21 1601/22
1602/6 1602/14 1602/16 1602/17 1603/12
1603/14 1604/2 1604/8 1604/9 1607/3 1607/7
1607/8 1607/9 1607/11 1608/1 1608/1 1608/1
1608/7 1608/8 1609/1 1610/6 1610/19
1610/19 1610/21 1610/22 1611/8 1611/10
1611/24 1611/25 1612/8 1612/9 1612/12
1613/9 1613/20 1613/23 1613/24 1614/14
1614/14 1615/8 1615/21 1617/11 1618/23
1618/24 1619/4 1619/5 1629/3 1633/19
1633/20 1635/13 1635/16 1636/6 1636/7
1636/7 1636/10 1636/18 1636/22 1637/12
1637/17 1638/24 1639/12 1640/22 1642/19
1642/19 1642/20 1642/20 1643/2 1643/21
1646/9 1646/21 1647/4 1647/6 1647/7 1647/7
1647/10 1647/11 1647/12 1651/15 1651/24
1658/2 1658/11 1661/19 1661/25 1671/23
1672/23 1672/25 1674/7
him given [1]  1672/25
himself [6]  1352/7 1353/14 1366/2 1541/9
1586/12 1587/10
his [328]  1351/10 1351/10 1351/11 1351/18
1352/3 1352/5 1352/18 1353/13 1354/10
1354/11 1354/12 1355/10 1361/11 1361/18
1364/9 1364/16 1365/7 1365/19 1365/22
1366/9 1366/10 1366/14 1366/19 1367/4
1367/14 1367/16 1367/21 1367/22 1367/24
1368/13 1368/25 1369/6 1369/9 1369/19
1369/24 1370/3 1371/22 1372/14 1372/19
1372/24 1373/14 1374/7 1375/4 1375/5
1375/12 1375/20 1387/10 1387/24 1390/4
1391/15 1398/20 1400/25 1402/8 1402/12
1402/15 1402/15 1402/17 1402/18 1403/4
1403/17 1403/18 1404/9 1405/3 1405/5
1405/7 1417/8 1417/10 1419/23 1421/11
1423/8 1423/11 1423/14 1424/19 1424/20
1424/21 1428/10 1428/14 1428/23 1429/20
1431/24 1432/15 1432/22 1439/24 1443/16
1443/17 1444/19 1448/21 1448/21 1448/24
1449/9 1449/9 1449/10 1452/4 1453/13
1455/19 1456/6 1456/8 1467/21 1471/6
1471/6 1471/12 1471/22 1471/25 1472/1
1476/8 1482/21 1482/23 1487/18 1508/22
1508/25 1511/23 1512/11 1512/18 1512/19
1513/11 1513/20 1514/5 1515/2 1515/3
1515/4 1515/5 1515/6 1515/13 1515/14
1516/7 1516/9 1516/24 1517/8 1517/10
1519/1 1519/4 1519/13 1519/16 1519/25
1522/16 1522/17 1523/25 1525/21 1526/12
1532/6 1534/11 1534/23 1537/4 1537/5
1537/6 1539/3 1539/10 1541/4 1541/8
1541/14 1542/1 1542/6 1543/10 1543/13
1545/12 1545/19 1552/20 1553/1 1553/20
1554/10 1554/13 1554/21 1555/2 1566/14
1566/21 1566/21 1567/14 1576/23 1577/14
1577/24 1577/25 1582/20 1582/22 1587/14
1588/3 1588/10 1588/12 1588/17 1588/21
1588/22 1589/4 1590/3 1591/11 1591/15
1591/16 1591/17 1594/11 1594/12 1594/21
1594/22 1597/15 1597/18 1597/20 1597/23
1597/23 1597/24 1598/5 1598/8 1598/10
1598/11 1598/12 1598/13 1598/15 1599/6
1599/15 1599/18 1599/19 1600/2 1600/11
1600/12 1600/15 1600/18 1600/23 1601/7
1601/10 1601/16 1601/18 1601/21 1601/22
1601/23 1602/3 1603/24 1604/8 1605/5
1606/14 1607/9 1608/15 1609/4 1610/4
1610/5 1611/23 1612/5 1613/6 1613/11
1614/2 1614/13 1614/18 1615/18 1617/9
1618/10 1618/10 1618/11 1618/23 1618/24
1618/24 1619/5 1619/5 1620/14 1620/17
1621/13 1621/14 1622/24 1622/24 1622/24

1622/24 1623/2 1623/3 1623/3 1623/4 1623/8
1623/8 1623/9 1630/7 1633/20 1633/25
1636/18 1636/24 1637/5 1637/12 1637/17
1638/20 1639/10 1639/21 1639/24 1640/2
1640/4 1640/4 1640/8 1640/14 1640/18
1641/16 1641/17 1642/16 1642/22 1643/16
1643/18 1643/20 1643/24 1644/9 1644/14
1645/25 1646/13 1646/17 1646/20 1647/1
1647/2 1647/6 1647/7 1647/8 1647/8 1647/11
1651/12 1651/19 1651/24 1652/3 1652/3
1652/3 1652/7 1652/19 1654/21 1655/2
1655/11 1655/15 1655/24 1656/24 1656/25
1656/25 1657/16 1657/17 1658/2 1658/11
1660/22 1661/10 1662/6 1662/19 1668/21
1668/23 1669/3
his -- on [1]  1449/9
hisser [1]  1585/17
historical [6]  1414/4 1423/25 1424/13 1425/2
1518/23 1639/1
historically [2]  1504/4 1522/8
histories [2]  1501/20 1503/10
history [55]  1373/11 1418/14 1418/15
1418/15 1418/15 1491/24 1503/9 1504/1
1504/8 1504/8 1504/8 1504/9 1508/7 1508/7
1508/8 1508/8 1508/11 1509/17 1509/24
1511/10 1516/13 1516/15 1516/24 1518/12
1518/13 1518/14 1519/4 1521/22 1564/24
1566/14 1577/24 1578/1 1578/7 1584/24
1584/25 1587/20 1597/20 1597/25 1598/10
1598/11 1598/12 1598/15 1598/15 1599/6
1599/6 1599/12 1599/13 1599/13 1599/19
1599/22 1618/21 1619/3 1630/21 1641/5
1645/25
hit [6]  1388/18 1406/5 1558/23 1645/14
1645/18 1657/4
hits [1]  1522/20
hitting [1]  1657/5
hmm [5]  1411/9 1463/18 1484/10 1585/18
1659/8
Hogan [4]  1511/25 1512/20 1637/2 1637/2
hold [8]  1428/18 1429/1 1429/12 1429/16
1460/16 1506/5 1507/12 1597/4
holders [1]  1630/13
holding [2]  1428/22 1453/25
holes [1]  1353/20
home [13]  1482/20 1512/11 1512/15 1512/18
1512/20 1512/21 1513/17 1513/18 1513/25
1615/21 1615/25 1640/14 1651/7
homework [1]  1618/23 1618/24
homicide [1]  1640/6
homicides [1]  1584/6
Honor [68]  1345/15 1345/22 1346/4 1346/22
1357/18 1403/20 1409/8 1409/18 1411/21
1414/10 1437/5 1454/24 1465/13 1475/4
1475/12 1478/6 1479/10 1479/13 1493/10
1493/16 1494/13 1500/7 1500/10 1500/11
1524/21 1528/20 1532/3 1532/4 1532/11
1534/7 1534/18 1534/25 1535/2 1535/8
1535/10 1535/14 1537/24 1543/12 1546/13
1560/12 1630/1 1630/19 1631/9 1632/5
1632/12 1639/4 1652/13 1656/1 1658/16
1658/19 1658/22 1659/1 1659/5 1659/20
1660/1 1660/9 1660/14 1660/14 1661/5
1662/22 1663/7 1664/1 1665/17 1670/16
1673/8 1673/10 1673/24 1674/12
HONORABLE [3]  1343/9 1345/5 1345/6
hoping [1]  1672/7
Horn [1]  1442/15
horrific [1]  1538/10
hospital [7]  1481/1 1508/14 1589/3 1597/21
1617/9 1619/4 1641/9
hospitalization [4]  1598/2 1598/3 1598/19
1599/1
hospitalizations [2]  1517/13 1599/18

# H

hospitalized [2]  1598/17 1598/20
hour [14]  1414/13 1499/10 1500/14 1503/17
1531/16 1545/11 1576/25 1577/5 1577/5
1633/3 1670/25 1671/11 1671/24 1672/8
hours [3]  1618/3 1671/2 1673/13
house [4]  1549/15 1549/16 1549/17 1618/12
Houston [1]  1592/1
how [85]  1366/24 1366/24 1372/7 1383/11
1387/19 1388/8 1388/16 1399/23 1412/10
1413/7 1414/11 1421/1 1423/4 1430/18
1430/21 1430/23 1435/23 1441/10 1446/16
1449/17 1452/2 1452/22 1453/1 1457/1
1466/25 1467/8 1469/25 1472/20 1473/11
1482/6 1483/22 1490/15 1494/1 1494/7
1498/1 1498/2 1501/15 1501/15 1502/17
1506/16 1508/4 1509/11 1509/17 1525/6
1528/1 1537/4 1537/4 1544/3 1544/14
1544/25 1546/17 1557/4 1558/12 1578/5
1579/11 1592/5 1601/1 1603/11 1603/15
1608/22 1609/24 1610/3 1610/6 1610/13
1611/5 1611/9 1612/9 1615/19 1616/4
1618/22 1619/2 1624/19 1633/2 1637/3
1637/3 1637/21 1638/8 1639/15 1645/15
1649/4 1649/6 1651/5 1670/23 1671/8
1672/10
how's [1]  1521/2
however [16]  1350/1 1366/23 1376/13
1377/19 1398/20 1399/15 1466/12 1506/18
1507/13 1519/10 1522/17 1539/15 1612/19
1617/7 1641/8 1669/3
Hudson [1]  1344/2
huh [1]  1672/17
humor [4]  1595/19 1595/20 1597/15 1597/18
hundred [5]  1457/6 1496/17 1558/17
1558/23 1607/20
hundreds [3]  1380/24 1496/15 1496/16
hygiene [1]  1587/20 1587/25 1588/4 1588/22
1589/4 1589/7 1646/17
Hyperactivity [1]  1518/14
hyperlinks [1]  1649/5
hypertension [1]  1521/2
hypotheses [1]  1440/8
hypothesis [2]  1440/1 1440/11
hypothesize [1]  1440/4

# I

I'd [12]  1360/15 1363/1 1369/19 1409/9
1409/11 1427/4 1538/1 1543/7 1599/18
1609/4 1655/6 1665/15
I'll [7]  1389/2 1511/6 1528/2 1571/18
1623/16 1655/7 1673/23
I'm [152]  1345/23 1345/25 1346/14 1346/17
1354/23 1361/6 1361/7 1366/24 1367/6
1367/9 1369/6 1369/7 1374/5 1374/12 1375/5
1376/25 1381/8 1382/2 1382/21 1383/24
1384/8 1384/8 1385/15 1389/10 1393/10
1393/10 1393/23 1395/15 1395/17 1396/1
1396/9 1396/25 1401/10 1403/2 1403/5
1404/9 1411/21 1413/9 1413/20 1417/16
1418/25 1421/7 1429/4 1434/9 1436/15
1442/5 1445/17 1454/17 1454/17 1454/18
1459/20 1460/5 1460/17 1461/25 1462/9
1462/17 1464/21 1470/16 1472/11 1472/20
1473/20 1474/1 1474/3 1474/20 1477/14
1478/14 1485/22 1486/10 1490/1 1495/8
1497/25 1498/2 1510/18 1510/19 1511/7
1516/7 1517/17 1517/17 1518/10 1518/19
1519/12 1519/15 1525/15 1528/3 1528/18
1536/12 1539/21 1540/4 1541/7 1541/9
1543/5 1545/6 1545/9 1546/18 1548/8
1550/12 1550/21 1550/25 1553/19 1553/20
1554/15 1560/15 1562/3 1563/8 1563/8

1563/9 1564/2 1565/16 1567/4 1568/22
1568/23 1572/15 1576/6 1577/8 1578/3
1578/21 1588/20 1589/21 1595/2 1601/1
1610/25 1614/6 1616/7 1616/23 1618/14
1620/4 1620/17 1620/25 1620/25 1620/25
1621/7 1621/25 1623/13 1623/14 1624/24
1625/22 1627/1 1627/5 1627/5 1627/6
1629/12 1629/16 1644/16 1652/21 1654/18
1655/20 1656/7 1668/1 1669/23 1670/11
1671/9 1672/23
I'm talking [1]  1395/17
I've [36]  1368/18 1362/3 1364/7 1368/21
1409/4 1409/4 1409/18 1447/15 1454/2
1481/25 1482/15 1484/3 1484/8 1485/5
1495/8 1496/11 1496/14 1496/16 1497/13
1500/19 1511/8 1532/24 1533/6 1534/16
1536/19 1536/20 1542/11 1558/14 1573/23
1588/13 1597/13 1652/11 1671/25 1672/22
1673/25 1674/5
i.e [2]  1415/7 1439/1
I.E.P [1]  1471/23
I.Q [78]  1434/2 1434/20 1435/8 1436/17
1441/12 1441/15 1441/15 1441/17 1441/18
1441/22 1441/24 1441/25 1443/24 1447/7
1447/11 1447/18 1448/18 1448/24 1449/1
1449/11 1449/11 1449/19 1449/20 1449/20
1450/8 1450/9 1450/11 1456/19 1456/20
1457/13 1461/10 1462/1 1462/3 1462/6
1469/18 1469/20 1469/22 1470/3 1470/24
1471/1 1472/4 1472/12 1472/18 1472/23
1473/21 1478/22 1488/2 1569/18 1570/5
1570/7 1570/14 1570/15 1570/18 1570/24
1571/3 1571/14 1571/20 1572/6 1572/13
1572/23 1573/2 1573/5 1573/7 1573/13
1573/25 1574/4 1575/8 1575/18 1576/4
1576/8 1576/21 1577/23 1578/1 1578/10
1578/13 1578/18 1578/21 1579/24
I.Q.s [4]  1464/16 1573/19 1579/2 1579/18
iceberg [4]  1605/18 1605/23 1606/18 1607/1
icebergs [1]  1607/4
idea [31]  1363/13 1369/5 1375/12 1388/8
1388/16 1460/14 1460/14 1467/25 1469/4
1471/21 1474/6 1487/25 1491/20 1503/24
1509/13 1510/3 1515/8 1532/25 1534/11
1537/7 1537/10 1540/13 1540/17 1552/19
1593/9 1601/25 1602/19 1605/20 1618/24
1619/8 1672/24
ideas [1]  1590/5
ideation [1]  1640/6
identified [5]  1416/3 1585/24 1619/20
1644/25 1661/14
identify [5]  1357/25 1437/2 1528/21 1584/19
1619/23
identifying [3]  1430/1 1491/11 1667/23
IEDA [1]  1468/14
IEP [1]  1424/21
ignore [1]  1515/20
II [2]  1406/5 1518/16
III [7]  1359/3 1437/25 1437/25 1451/18
1473/3 1473/3 1642/23
IIll [10]  1431/16 1439/24 1458/10 1467/25
1475/7 1550/2 1560/5 1562/8 1570/4 1589/22
illness [1]  1535/20 1535/22 1634/22
illnesses [3]  1480/1 1514/13 1598/1
illuminate [1]  1472/22
illustrates [1]  1464/4
imagine [5]  1381/25 1382/1 1554/20 1601/6
1630/25
imipramine [2]  1600/3 1600/10
immaculate [1]  1588/10
immature [1]  1642/19
immediate [10]  1402/15 1402/21 1402/23
1402/25 1403/13 1404/3 1404/7 1404/18
1405/17 1600/19

immediately [6]  1456/3
1469/13 1471/13
impactful [1]  1416/1
impacts [1]  1537/21
impaired [11]  1408/21 1408/22 1515/6
1516/17 1563/17 1593/15 1606/24 1642/7
1642/7 1643/16 1646/9
impairment [6]  1406/6 1415/8 1466/9
1480/4 1486/2 1642/15
impairments [1]  1480/5
impeachment [1]  1674/1
impede [1]  1507/6
imperfect [2]  1441/19 1468/19
imperfectly [1]  1441/12
implemented [1]  1640/19
implication [2]  1367/11 1435/23
implications [6]  1353/3 1353/7 1417/1
1421/12 1488/23 1500/23
implied [1]  1530/8
importance [3]  1415/22 1429/6 1511/3
important [37]  1369/11 1382/8 1415/14
1419/18 1427/11 1428/7 1431/11 1446/8
1471/17 1503/12 1503/18 1505/20 1508/19
1511/18 1523/11 1524/3 1530/20 1531/3
1531/12 1544/19 1575/8 1575/13 1575/16
1575/19 1576/9 1576/10 1577/10 1582/21
1621/25 1633/13 1648/5 1648/7 1648/24
1648/25 1649/24 1670/3 1670/4
impossible [10]  1425/7 1458/5 1462/24
1463/2 1466/19 1466/20 1505/21 1540/11
1605/8 1657/4
impression [1]  1655/12
improve [2]  1539/10 1539/11
improvement [1]  1668/8
impulsive [8]  1363/23 1364/12 1391/21
1391/24 1432/14 1432/17 1432/19 1522/25
impulsiveness [1]  1432/15
impulsivity [2]  1391/22 1432/24
inability [7]  1405/3 1405/5 1471/22 1541/22
1600/2 1637/6 1651/12
inaccurate [5]  1564/7 1572/14 1595/3 1619/1
1628/1
inappropriate [3]  1524/17 1525/18 1536/1
inattention [1]  1364/6
inattentive [2]  1364/5 1450/16
inattentiveness [1]  1364/3
incarcerated [2]  1586/19 1668/9
incarceration [1]  1652/7
incentive [5]  1637/19 1637/23 1638/1 1643/9
1643/9
incidence [1]  1584/12
include [11]  1351/24 1433/3 1434/15
1461/10 1468/24 1478/22 1484/8 1568/6
1568/9 1574/25 1631/23
include -- those [1]  1484/8
included [5]  1394/7 1434/2 1519/18 1532/20
1583/15
includes [8]  1392/2 1419/6 1468/21 1478/21
1478/25 1479/1 1575/20 1665/13
including [8]  1413/18 1419/19 1459/19
1507/14 1507/24 1516/23 1526/15 1648/9
incomplete [2]  1363/15 1543/6
inconsistencies [1]  1530/5
inconsistency [1]  1530/1
inconsistent [14]  1350/6 1350/8 1350/18
1350/20 1350/24 1466/25 1467/2 1467/3
1537/12 1538/16 1539/13 1561/11 1578/6
1587/15
incorrect [5]  1348/24 1523/21 1564/9 1608/3
1652/20
incorrectly [1]  1621/19
increased [3]  1453/12 1453/13 1532/9
increasing [1]  1391/5
incredible [4]  1525/6 1563/23 1563/24

**I**

incredible... [1]  1563/24
incredibly [2]  1538/9 1540/23
independence [1]  1424/24
independent [6]  1504/6 1616/13 1626/11
 1634/8 1649/25 1651/23
independently [7]  1583/1 1615/12 1615/15
 1616/3 1616/9 1616/10 1650/20
index [4]  1372/19 1372/19 1406/15 1406/16
indexes [1]  1418/6
indicate [10]  1351/10 1357/11 1363/1
 1364/15 1369/15 1375/12 1424/5 1424/6
 1643/4 1667/11
indicated [8]  1357/14 1388/23 1402/7
 1421/20 1424/7 1469/19 1472/3 1664/24
indicates [4]  1364/9 1364/12 1378/10
 1655/21
indicating [3]  1429/9 1630/13 1631/13
indication [4]  1375/17 1432/23 1448/11
 1632/20
indications [2]  1517/2 1517/10
indicative [3]  1372/24 1561/20 1587/14
indicator [1]  1445/23
indices [2]  1405/25 1406/1
individual [11]  1380/12 1380/13 1406/18
 1418/4 1425/8 1438/17 1440/16 1458/16
 1466/19 1522/10 1560/18
individual's [4]  1418/7 1440/12 1522/6
 1571/25
individuals [28]  1376/20 1377/4 1378/5
 1378/11 1378/17 1378/18 1379/6 1379/9
 1415/19 1419/16 1420/11 1420/19 1421/12
 1421/21 1433/10 1433/24 1433/25 1434/6
 1434/12 1434/13 1435/11 1436/1 1436/7
 1464/2 1464/5 1507/9 1508/13 1521/25
infectious [1]  1483/11
infer [5]  1379/21 1412/13 1439/22 1439/25
 1446/10
inference [1]  1367/10
inflammatory [1]  1526/5
inflated [4]  1447/6 1448/19 1449/15 1449/18
inflating [1]  1448/14
inflation [4]  1446/24 1447/4 1447/4 1472/6
influence [4]  1400/7 1434/19 1436/5 1514/1
influenced [1]  1392/19
inform [2]  1508/4 1668/20
informant [3]  1524/16 1526/18 1527/9
informants [5]  1525/22 1526/17 1526/22
 1527/5 1527/7
information [87]  1351/25 1352/5 1352/18
 1353/14 1353/19 1354/13 1355/18 1356/2
 1363/15 1366/2 1370/15 1382/12 1383/5
 1385/22 1387/25 1389/22 1390/2 1391/3
 1391/5 1399/9 1404/11 1404/14 1418/7
 1419/19 1429/1 1429/16 1429/17 1434/23
 1436/6 1436/8 1439/18 1439/19 1439/21
 1439/21 1440/7 1445/23 1445/25 1446/6
 1446/9 1453/25 1470/11 1471/18 1506/8
 1508/10 1509/3 1509/16 1524/17 1525/11
 1526/4 1526/20 1527/1 1527/2 1527/14
 1528/6 1531/3 1531/5 1531/6 1531/9 1543/17
 1543/18 1544/2 1544/12 1544/14 1544/15
 1547/2 1547/25 1548/1 1548/5 1577/21
 1578/5 1597/24 1606/7 1606/7 1606/11
 1606/12 1611/13 1619/1 1625/16 1629/17
 1631/8 1631/11 1633/10 1634/15 1636/11
 1636/22 1661/16 1664/21
informed [10]  1347/2 1347/5 1509/25 1510/2
 1510/3 1526/24 1536/13 1543/13 1632/12
 1673/25
inhibition [2]  1386/5 1386/9
initial [7]  1390/5 1453/9 1454/12 1518/22
 1525/25 1530/14 1549/8

initially [4]  1431/14 1435/11 1548/17 1549/7
 1618/21 1638/22 1675/5
injury [7]  1399/18 1399/19 1399/21 1400/1
 1468/22 1482/11 1483/11
inmate [2]  1672/20 1673/24
inmates [1]  1552/14
inquired [1]  1456/2
inquiry [2]  1392/4 1392/18
inserting [1]  1586/11
instance [4]  1502/12 1516/2 1526/17 1551/3
 1552/9 1632/10 1637/9 1661/20
instead [2]  1369/17 1586/3
Institute [3]  1481/9 1490/6 1529/3
institutionalized [1]  1564/12
institutions [2]  1632/6 1632/8
instruction [2]  1607/21 1608/1
instructions [14]  1388/24 1389/2 1389/14
 1389/18 1389/19 1389/23 1429/2 1429/11
 1431/22 1607/24 1607/25 1671/18 1671/20
 1671/25
instrument [10]  1361/17 1361/18 1435/16
 1448/1 1448/4 1449/13 1451/18 1472/20
 1608/9 1644/23
instrumental [1]  1454/3
instruments [6]  1416/25 1443/2 1608/11
 1645/6 1648/10 1669/15
insufficient [1]  1544/13
intact [2]  1389/21 1514/18
intellectual [139]  1366/14 1368/25 1369/6
 1369/9 1369/19 1370/23 1370/25 1373/3
 1374/15 1374/17 1375/1 1375/13 1378/12
 1378/18 1378/21 1379/9 1380/24 1386/24
 1387/22 1412/14 1415/5 1421/20 1423/22
 1425/4 1425/9 1425/10 1425/20 1425/24
 1432/8 1434/6 1434/15 1436/7 1438/20
 1439/15 1442/8 1443/21 1446/1 1450/25
 1453/2 1459/7 1459/14 1463/15 1466/9
 1469/25 1470/24 1479/5 1482/4 1483/3
 1483/4 1483/7 1483/9 1484/20 1486/22
 1487/19 1487/22 1487/23 1488/1 1488/8
 1488/11 1488/22 1489/3 1489/14 1490/20
 1491/16 1493/17 1499/5 1501/25 1504/2
 1505/22 1508/2 1509/11 1509/14 1509/21
 1509/22 1510/5 1510/9 1511/4 1514/3
 1515/15 1520/5 1520/7 1520/18 1521/9
 1521/11 1522/1 1535/20 1535/22 1536/3
 1536/4 1536/10 1536/12 1536/23 1536/23
 1537/1 1537/13 1538/17 1539/5 1539/14
 1539/16 1541/19 1541/22 1555/25 1567/9
 1571/5 1571/22 1571/23 1572/1 1616/25
 1617/2 1617/21 1617/22 1617/25 1618/17
 1618/19 1618/25 1619/9 1619/24 1620/8
 1620/10 1633/12 1633/13 1634/10 1637/13
 1637/20 1648/2 1648/3 1648/16 1650/3
 1650/4 1654/6 1655/3 1655/14 1655/15
 1655/16 1656/15 1657/18 1657/20 1659/17
 1667/12
intellectually [26]  1366/9 1367/15 1372/25
 1409/7 1409/15 1410/17 1411/7 1411/11
 1412/6 1413/6 1421/24 1425/18 1440/18
 1440/24 1440/25 1454/14 1511/21 1521/6
 1536/6 1539/8 1555/18 1617/3 1617/4
 1617/12 1617/13 1657/7
intelligence [15]  1351/3 1351/3 1351/5
 1378/13 1382/17 1438/19 1441/19 1441/21
 1442/10 1442/16 1442/18 1442/23 1443/17
 1464/24 1488/21
intelligent [1]  1351/1
intends [1]  1670/17
intent [3]  1522/11 1522/14 1641/22
intentional [2]  1522/17 1522/22
intentionally [2]  1657/4 1657/5
interact [2]  1531/22 1617/8
interacted [1]  1618/22

interacting [1]  1511/20
interaction [2]  1382/24 1382/25
intercept [1]  1589/23
interest [8]  1479/7 1482/10 1485/12 1485/18
 1485/22 1485/23 1486/7 1486/10
interested [5]  1422/11 1455/17 1456/5
 1482/3 1482/6
interesting [3]  1351/19 1508/16 1542/2
interests [1]  1485/21
interfere [3]  1366/10 1367/16 1495/4
interference [1]  1384/25
interlude [1]  1345/24
intermediary [1]  1594/2
internal [5]  1480/24 1590/8 1638/9 1643/25
 1644/2
international [6]  1485/15 1485/16 1488/6
 1490/4 1491/5 1571/13
Internet [1]  1592/16
internship [2]  1480/21 1480/22
interpret [5]  1428/3 1439/6 1449/12 1472/21
 1591/12
interpretation [2]  1418/4 1441/2
interpreting [1]  1572/6
interpretive [1]  1572/3
interval [4]  1470/6 1657/9 1665/13 1668/23
intervals [7]  1374/7 1375/10 1507/23 1665/7
 1665/10 1668/11 1669/6
intervention [1]  1516/17
interview [33]  1353/17 1508/12 1508/13
 1509/9 1512/6 1512/25 1513/2 1513/3 1529/6
 1530/16 1530/18 1530/21 1532/16 1544/1
 1547/1 1547/9 1550/22 1551/16 1551/22
 1553/4 1553/15 1558/3 1579/9 1579/11
 1579/14 1580/22 1581/10 1586/12 1613/24
 1633/20 1637/17 1644/14 1653/5
interviewed [41]  1371/22 1511/8 1511/16
 1511/17 1512/8 1512/11 1512/12 1512/14
 1512/16 1512/18 1512/20 1513/6 1513/10
 1513/11 1513/12 1526/18 1529/7 1529/17
 1532/10 1547/7 1548/6 1548/14 1551/3
 1551/19 1552/24 1557/3 1557/6 1557/10
 1576/19 1577/1 1577/7 1577/12 1594/7
 1614/8 1633/15 1633/19 1633/19 1642/12
 1644/20 1646/7 1659/15
interviewing [6]  1533/24 1577/21 1579/23
 1586/25 1591/10 1645/5
interviews [13]  1510/16 1510/23 1523/5
 1523/7 1523/14 1523/14 1524/6 1524/19
 1558/5 1558/8 1562/22 1576/16 1586/21
intramuscularly [1]  1517/4
intricacies [1]  1603/24
introduce [1]  1479/11
introduced [2]  1456/1 1456/2
introduces [1]  1506/22
introducing [1]  1448/16
intrusion [2]  1394/10 1410/20
intrusions [7]  1394/2 1394/7 1394/12
 1394/16 1394/20 1394/22 1410/22
intuit [1]  1380/15
intuition [1]  1382/16
intuitive [1]  1447/9
invalid [10]  1364/8 1366/18 1448/21 1449/1
 1450/18 1450/19 1451/4 1452/18 1507/18
 1507/19
inventory [3]  1569/1 1601/18 1601/18
investigate [1]  1551/10
investigation [6]  1552/4 1552/7 1553/4
 1553/25 1592/5 1631/19
investigations [1]  1377/23
invite [1]  1528/2
invited [4]  1486/23 1490/1 1490/3 1495/24
involve [1]  1480/10
involved [10]  1453/25 1468/18 1482/3
 1483/16 1601/12 1614/23 1631/1 1632/7
 1647/7 1666/2

**I**

involvement [1] 1631/3
involves [5] 1348/17 1428/6 1428/18 1488/21 1488/22
involving [3] 1391/13 1488/8 1556/22
IQ [95] 1352/16 1354/11 1355/8 1355/9 1355/14 1362/7 1365/8 1369/12 1370/3 1370/7 1371/4 1372/11 1373/25 1374/8 1376/6 1376/6 1376/9 1377/3 1379/4 1413/23 1414/2 1416/7 1416/11 1416/18 1418/24 1419/2 1419/3 1419/13 1419/17 1420/4 1420/9 1420/17 1421/16 1421/19 1421/19 1421/21 1423/19 1444/8 1501/18 1502/13 1502/19 1503/6 1505/23 1505/25 1507/15 1507/17 1515/7 1515/7 1516/2 1620/3 1620/11 1620/16 1620/18 1620/20 1620/22 1621/2 1621/4 1621/5 1621/6 1621/17 1621/18 1622/2 1622/5 1622/9 1622/22 1622/23 1623/24 1624/15 1624/18 1625/8 1625/21 1626/1 1626/17 1626/18 1650/25 1655/18 1656/18 1656/25 1658/3 1660/22 1660/24 1661/3 1661/9 1662/12 1662/14 1662/15 1662/24 1663/1 1663/6 1663/23 1665/20 1667/3 1667/23 1669/25 1670/19
IQ/adaptive [1] 1416/7
IQs [7] 1377/21 1378/5 1650/3 1650/8 1661/1 1661/4 1669/19
ironed [1] 1588/12
IRQ [1] 1620/6
is [972]
is -- are [1] 1483/3
Island [14] 1374/21 1375/25 1400/11 1512/13 1538/13 1577/3 1602/9 1602/24 1603/1 1603/2 1610/6 1610/19 1630/22 1670/20
isn't [11] 1349/12 1351/22 1457/16 1457/17 1470/20 1525/12 1534/19 1535/12 1609/23 1644/5 1666/5
isnt [12] 1430/9 1441/14 1444/6 1444/7 1448/11 1455/16 1456/10 1458/18 1563/23 1575/23 1575/24 1586/8
issue [28] 1352/23 1364/18 1364/19 1364/20 1406/17 1425/22 1451/21 1465/17 1514/8 1514/10 1514/16 1514/17 1515/14 1520/13 1534/13 1543/7 1551/4 1566/3 1575/8 1575/15 1576/1 1612/2 1647/23 1648/5 1648/6 1650/11 1665/25 1669/5
issued [2] 1533/10 1548/19
issues [18] 1374/11 1477/18 1479/21 1479/22 1488/8 1489/10 1502/15 1504/12 1533/12 1534/1 1535/15 1555/20 1570/1 1576/3 1581/23 1585/23 1614/8 1672/4
it [548]
it's [178] 1348/11 1349/1 1350/8 1350/9 1350/12 1350/13 1350/20 1350/23 1354/4 1355/2 1356/2 1358/11 1358/21 1358/23 1360/21 1360/21 1361/18 1362/3 1364/4 1364/5 1366/22 1367/7 1367/8 1370/10 1370/24 1376/17 1376/18 1379/14 1379/21 1379/22 1379/22 1380/4 1381/17 1382/11 1382/11 1383/11 1384/20 1385/20 1385/24 1386/23 1387/1 1387/1 1388/1 1388/12 1388/15 1389/21 1390/23 1391/2 1391/4 1391/18 1392/22 1392/23 1393/5 1393/11 1394/5 1394/20 1396/12 1396/12 1397/3 1397/7 1398/22 1399/15 1399/15 1401/6 1402/16 1403/3 1403/4 1403/17 1404/4 1406/23 1411/21 1412/14 1412/16 1413/7 1414/13 1415/1 1415/18 1415/19 1419/17 1428/7 1437/17 1444/11 1447/9 1453/18 1463/1 1485/16 1501/4 1503/5 1503/7 1504/4 1505/3 1505/4 1505/21 1505/24 1507/11 1509/15 1510/7 1511/1 1514/23 1515/11 1515/12 1515/16 1515/16 1517/4 1517/5 1517/8 1517/22 1518/18 1519/11 1520/17 1524/24 1525/13 1526/6 1526/22 1527/2 1527/15 1528/16 1530/20 1532/24 1533/2 1533/3 1533/10 1534/8 1534/10 1534/16 1534/16 1535/4 1535/4 1535/5 1535/9 1539/1 1539/7 1539/8 1539/9 1540/9 1540/9 1541/24 1542/2 1553/24 1584/1 1606/3 1607/5 1607/6 1611/20 1616/9 1616/9 1616/13 1618/20 1621/4 1623/1 1624/22 1625/5 1628/11 1630/13 1636/15 1638/17 1641/24 1643/14 1646/6 1646/6 1650/2 1650/4 1651/9 1652/8 1654/23 1655/6 1655/6 1657/5 1657/6 1666/23 1667/16 1668/21 1670/3 1670/4 1672/19 1674/5 1674/6
It's about [1] 1398/22
item [2] 1398/4 1416/5
items [8] 1432/1 1432/3 1447/2 1447/11 1447/12 1447/13 1447/14 1630/20
iteration [1] 1459/20
its [111] 1380/13 1393/24 1406/20 1412/2 1413/9 1427/11 1427/16 1427/21 1427/23 1427/25 1428/20 1429/3 1429/4 1429/5 1430/13 1431/15 1431/16 1432/10 1438/6 1439/19 1441/2 1441/19 1441/19 1442/9 1442/9 1442/10 1444/4 1444/5 1444/10 1444/11 1444/23 1445/1 1445/3 1445/4 1446/8 1447/20 1447/20 1448/13 1449/12 1449/18 1449/22 1450/17 1450/22 1451/25 1452/12 1457/13 1457/17 1458/10 1459/8 1459/13 1459/25 1460/7 1460/14 1460/20 1460/23 1460/24 1463/15 1467/2 1470/5 1471/1 1474/5 1475/3 1483/4 1483/9 1484/12 1487/2 1487/3 1487/10 1491/2 1496/23 1505/7 1505/8 1505/9 1505/10 1517/4 1543/17 1547/3 1551/22 1557/14 1557/14 1557/15 1559/13 1561/3 1563/24 1563/24 1564/4 1570/22 1570/22 1572/9 1572/10 1573/17 1574/17 1575/11 1575/14 1576/4 1576/10 1583/8 1583/16 1583/24 1584/14 1584/19 1586/18 1589/16 1589/21 1590/8 1591/15 1592/1 1593/12 1594/3 1601/20 1663/8
itself [10] 1393/11 1397/4 1404/6 1418/12 1432/7 1468/19 1505/15 1553/10 1564/18 1620/8
IV [15] 1347/6 1347/9 1378/9 1378/24 1379/25 1380/17 1383/4 1383/8 1437/14 1437/22 1437/23 1438/2 1467/22 1468/3 1468/3

**J**

Jacobus [14] 1537/24 1538/21 1538/25 1540/2 1540/7 1540/10 1540/17 1540/25 1541/1 1541/7 1541/9 1541/15 1542/1 1542/2 1553/9 1553/14 1552/10 1552/14 1552/25 1553/1 1553/5 1553/6 1553/9 1553/10 1553/11 1553/20 1553/23 1586/22 1586/25 1592/16 1592/19 1592/25 1593/24 1598/25 1606/10 1610/13 1611/7
JAMES [30] 1343/14 1345/13 1347/13 1357/19 1358/3 1359/14 1360/6 1384/22 1414/22 1455/2 1455/16 1458/18 1465/6 1486/20 1502/13 1503/18 1573/6 1573/18 1579/2 1579/4 1579/21 1580/2 1620/2 1625/24 1660/25 1665/3 1668/8 1669/18 1669/24 1675/3
Jane [1] 1619/17
January [5] 1496/5 1557/10 1574/14 1578/2 1638/19
January 13th [1] 1557/10
January 1997 [1] 1638/19
job [4] 1535/13 1552/15 1580/23 1580/24
Joette [1] 1675/3

John [2] 1586/3 1586/4
Johnson [1] 1385/19
joke [5] 1596/23 1597/3 1597/4 1597/4 1597/5
jokes [6] 1595/21 1596/5 1596/15 1596/17 1596/25 1597/18
journal [16] 1488/11 1488/15 1488/16 1489/3 1490/4 1490/5 1490/9 1490/9 1490/11 1491/5 1501/2 1501/13 1571/13 1648/3 1648/24 1650/5
journals [1] 1486/11
Joyce [8] 1523/14 1523/17 1524/10 1546/20 1547/6 1547/10 1563/21 1644/3
JR [2] 1477/7 1478/2
judge [5] 1343/10 1355/18 1534/14 1534/21 1581/2
Judge Garaufis [1] 1581/2
judgment [35] 1351/12 1366/24 1369/11 1369/13 1369/16 1370/3 1371/9 1371/10 1380/13 1443/19 1443/20 1443/25 1444/15 1450/3 1450/4 1450/6 1454/21 1470/12 1471/21 1473/17 1473/20 1473/20 1473/25 1502/16 1502/25 1503/4 1503/5 1508/4 1510/2 1510/2 1602/1 1664/23 1665/1 1667/19 1667/20
July [1] 1557/21
July 24th [1] 1557/21
June [1] 1557/19
June 18th [1] 1557/19
jurisdictions [1] 1488/3
jury [1] 1476/4
just [175] 1345/23 1346/5 1346/11 1346/17 1346/19 1347/2 1347/7 1347/19 1348/5 1351/7 1367/6 1367/12 1368/21 1369/13 1369/18 1379/15 1379/22 1380/14 1382/15 1382/16 1382/20 1387/4 1387/25 1389/3 1392/10 1394/20 1395/5 1395/15 1395/21 1395/24 1396/5 1396/12 1401/15 1403/21 1404/21 1406/10 1409/9 1409/13 1409/18 1412/11 1412/14 1413/5 1415/16 1416/9 1419/12 1421/8 1422/7 1425/1 1425/4 1425/23 1425/24 1425/24 1427/15 1427/16 1429/20 1430/16 1430/22 1432/4 1432/8 1433/4 1436/8 1440/15 1440/25 1441/14 1449/10 1451/19 1454/24 1455/2 1459/12 1462/15 1462/19 1464/5 1472/18 1473/15 1478/19 1482/21 1493/11 1493/19 1494/2 1495/21 1498/1 1498/2 1502/5 1505/1 1505/2 1505/3 1505/4 1505/10 1508/20 1508/20 1510/2 1510/3 1511/2 1514/19 1514/23 1519/14 1519/15 1520/15 1524/16 1524/17 1525/12 1525/13 1525/20 1525/24 1526/9 1527/1 1527/25 1533/2 1533/22 1535/5 1535/11 1541/8 1541/13 1547/11 1548/8 1554/24 1558/23 1562/10 1564/8 1565/20 1566/18 1566/19 1567/2 1568/25 1569/1 1570/13 1570/24 1575/18 1576/16 1578/3 1578/8 1578/10 1578/13 1579/21 1585/3 1585/23 1589/4 1593/12 1593/23 1597/14 1607/21 1610/25 1618/10 1621/11 1621/19 1623/3 1623/23 1625/2 1626/15 1629/4 1629/14 1630/5 1630/6 1630/21 1631/9 1646/11 1654/3 1654/16 1655/7 1655/21 1652/2 1656/13 1656/24 1657/10 1657/25 1659/21 1663/5 1665/6 1666/7 1667/8 1667/24 1668/21 1671/25 1673/18
justifies [1] 1418/9
justify [1] 1534/12

**K**

Kaplan [2] 1381/13 1382/19
Kathy [2] 1659/5 1659/10
Kaufman [13] 1376/23 1378/24 1379/18 1379/23 1380/17 1416/16 1416/24 1417/6

**K**

Kaufman... [5]  1439/24 1441/8 1444/19
  1447/24 1448/14
Kaufman's [3]  1419/24 1445/5 1507/3
keep [8]  1346/14 1394/14 1404/25 1448/6
  1448/9 1453/20 1532/18 1601/2
keeping [2]  1567/23 1640/4
Kel [8]  1537/15 1537/22 1545/10 1545/11
  1545/25 1546/2 1546/3 1546/4
KELTAR [2]  1344/7 1345/14
kept [4]  1430/16 1430/19 1430/22 1432/1
key [2]  1428/25 1431/13
kid [1]  1653/9
kids [4]  1464/12 1464/15 1653/2 1653/13
kind [34]  1370/15 1387/22 1391/1 1391/4
  1395/15 1400/3 1400/6 1432/4 1432/19
  1436/9 1446/25 1449/16 1452/9 1477/23
  1482/21 1482/22 1523/2 1526/25 1538/9
  1538/24 1538/25 1547/12 1584/12 1589/16
  1591/21 1593/16 1631/5 1636/22 1637/6
  1638/4 1642/6 1645/22 1649/21 1649/21
kindergarten [2]  1635/13 1636/3
kinds [14]  1373/25 1396/18 1397/8 1399/25
  1418/19 1425/13 1454/10 1470/13 1471/21
  1505/4 1523/1 1634/6 1643/25 1649/23
kitchen [1]  1552/10
Kitt [1]  1344/12
knew [10]  1399/19 1399/20 1471/15 1471/24
  1510/5 1581/9 1598/17 1598/19 1611/25
  1612/13
knocked [1]  1615/2
know [132]  1346/12 1354/1 1355/24 1360/2
  1360/3 1360/5 1360/15 1361/19 1362/6
  1362/24 1363/5 1365/14 1365/14 1365/25
  1367/23 1370/10 1370/11 1371/6 1371/15
  1371/16 1375/16 1381/23 1382/1 1383/8
  1389/20 1392/22 1419/1 1427/17 1428/12
  1428/14 1428/15 1429/13 1429/14 1436/5
  1436/21 1439/20 1443/9 1445/18 1446/15
  1446/23 1447/15 1447/15 1447/16 1447/17
  1447/17 1447/17 1449/14 1449/17 1452/8
  1454/6 1457/15 1459/10 1459/20 1482/12
  1497/25 1498/3 1498/7 1498/25 1499/1
  1507/20 1508/14 1508/21 1508/23 1508/24
  1508/25 1509/0 1509/10 1509/12 1509/13
  1514/13 1515/19 1516/9 1520/24 1520/25
  1521/1 1524/24 1525/17 1527/18 1527/25
  1528/1 1528/17 1532/18 1532/24 1532/25
  1533/5 1534/23 1536/11 1537/8 1538/6
  1538/9 1540/24 1542/15 1543/8 1543/10
  1554/23 1561/15 1567/17 1569/6 1577/25
  1580/3 1581/11 1586/2 1586/3 1587/19
  1588/15 1588/17 1588/18 1591/6 1592/5
  1597/1 1602/8 1605/23 1610/13 1610/15
  1621/7 1630/4 1631/2 1631/3 1634/3 1639/15
  1641/12 1644/17 1652/9 1652/11 1666/11
  1666/12 1666/13 1669/3 1669/9 1669/16
  1672/21 1674/4
know -- the [1]  1459/10
knowing [5]  1441/4 1471/3 1473/14 1601/3
  1641/13
knowledge [12]  1413/11 1436/10 1442/24
  1443/15 1443/17 1443/17 1468/5 1468/8
  1481/22 1481/23 1600/24 1601/18
known [2]  1526/10 1541/14
knows [2]  1592/21 1611/13
Kulis [7]  1565/23 1581/13 1581/15 1581/23
  1653/7 1653/21 1654/12
Kulis' [1]  1653/13

**L**

lab [1]  1594/24
labeled [1]  1640/22

lack [6]  1405/8 1455/11 1581/21 1581/22
  1667/3 1669/5
lacking [1]  1468/4
Lafayette [1]  1343/20
laid [1]  1470/8
Lake [1]  1480/20
landscape [1]  1492/6
language [20]  1372/15 1388/10 1388/11
  1388/12 1388/14 1389/21 1392/19 1392/21
  1406/22 1407/18 1407/21 1442/8 1466/25
  1468/18 1505/7 1536/22 1537/6 1537/9
  1638/20 1655/4
large [11]  1376/21 1378/13 1379/1 1379/12
  1380/1 1380/20 1437/17 1449/6 1507/9
  1536/13 1584/18
largely [1]  1459/11
larger [2]  1456/13 1656/14
last [34]  1350/2 1358/10 1376/4 1381/6
  1398/4 1405/20 1405/20 1411/23 1416/5
  1417/11 1417/19 1440/21 1452/14 1479/23
  1481/2 1486/5 1486/5 1494/23 1496/18
  1525/9 1525/10 1533/22 1546/19 1550/19
  1555/15 1582/19 1584/8 1603/25 1611/7
  1632/14 1632/14 1650/1 1652/16 1670/24
lasted [1]  1638/8
late [2]  1408/24 1423/11
lately [1]  1594/8
latency [1]  1601/2
later [5]  1402/1 1453/7 1581/24 1616/17
  1636/12
latitude [1]  1534/17
laughing [2]  1596/12 1596/24
law [17]  1343/22 1344/1 1459/24 1460/11
  1460/13 1468/15 1468/15 1473/25 1488/15
  1490/4 1490/6 1491/6 1498/20 1501/2
  1514/22 1534/15 1571/13
lax [1]  1377/22
lay [1]  1501/11
layperson's [1]  1509/12
leading [1]  1534/6
leads [1]  1590/14
learn [4]  1428/25 1523/11 1539/8 1539/9
learned [1]  1534/15
learning [106]  1368/9 1372/15 1372/20
  1373/4 1376/10 1376/14 1376/17 1385/25
  1391/9 1391/10 1393/16 1396/8 1396/8
  1396/10 1400/17 1400/19 1401/2 1401/4
  1401/12 1416/20 1417/8 1417/10 1417/20
  1418/1 1418/9 1418/12 1418/17 1419/13
  1419/16 1422/21 1423/18 1423/20 1424/6
  1425/4 1425/12 1425/14 1425/18 1425/19
  1425/23 1433/1 1433/2 1433/5 1433/17
  1457/21 1457/23 1458/5 1458/14 1458/19
  1458/20 1459/11 1459/14 1459/17 1459/17
  1459/19 1459/22 1460/6 1460/9 1460/21
  1460/22 1460/23 1461/8 1461/9 1461/15
  1461/21 1462/10 1462/25 1463/20 1464/1
  1464/2 1464/23 1465/17 1465/24 1466/8
  1466/16 1466/18 1467/1 1467/6 1467/12
  1468/2 1468/16 1468/16 1468/24 1469/11
  1474/23 1475/1 1518/14 1559/15 1559/20
  1559/21 1559/25 1560/3 1560/17 1561/1
  1561/6 1561/10 1561/10 1561/21 1562/2
  1562/13 1562/19 1585/1 1627/10 1649/7
  1661/17 1661/21 1672/16
least [13]  1364/15 1379/2 1504/24 1525/6
  1529/4 1531/1 1574/9 1574/10 1579/9
  1587/14 1600/17 1660/20 1664/6
leave [2]  1519/19 1580/18
leaves [2]  1474/18 1499/16
leaving [2]  1404/16 1651/7
led [1]  1374/8
Lee [1]  1462/23
left [3]  1347/15 1402/14 1482/20

legal [4]  1473/20 1501/1 1545/17 1632/1
  1659/17 1661/21
legis [1]  1357/8
leisure [3]  1648/1 1648/8 1648/12
length [1]  1630/21
lengthy [1]  1664/15
less [16]  1354/3 1378/19 1448/6 1469/20
  1504/5 1568/23 1570/5 1570/6 1570/7
  1571/14 1572/13 1583/2 1585/7 1633/13
  1638/11 1671/4
let [26]  1399/5 1415/16 1419/13 1441/6
  1461/7 1469/18 1470/13 1470/14 1485/20
  1503/14 1506/25 1513/19 1528/3 1532/3
  1534/4 1542/17 1543/2 1552/6 1560/15
  1562/3 1583/16 1590/13 1604/8 1616/23
  1618/23 1629/22
let's [22]  1357/16 1364/24 1367/11 1367/17
  1372/9 1372/9 1372/17 1381/4 1381/6
  1382/20 1382/24 1383/25 1402/4 1402/11
  1403/9 1414/15 1518/7 1621/11 1621/15
  1624/24 1659/21 1667/8
lets [6]  1458/22 1461/23 1469/22 1547/11
  1575/23 1592/9
letter [12]  1348/8 1348/18 1348/25 1349/12
  1383/24 1384/3 1384/3 1427/22 1428/6
  1440/6 1532/2 1611/9
letter-number [1]  1440/6
letter/number [3]  1348/8 1348/18 1348/25
letters [7]  1427/23 1427/24 1428/7 1428/14
  1428/22 1453/10 1453/12
level [28]  1352/4 1352/10 1353/10 1366/20
  1368/24 1408/24 1408/25 1423/12 1423/13
  1423/15 1424/11 1424/12 1438/11 1438/13
  1439/19 1443/1 1466/13 1522/7 1571/25
  1579/18 1587/16 1587/17 1592/11 1613/11
  1632/1 1639/15 1647/5 1658/6
levels [4]  1378/15 1378/20 1466/14 1632/1
Lewis [1]  1493/2
license [3]  1540/11 1617/8 1647/8
licensed [2]  1523/17 1528/25
lie [1]  1415/23
lied [2]  1580/23 1654/10
life [17]  1369/25 1416/2 1428/25 1447/12
  1482/21 1504/5 1505/20 1506/6 1536/6
  1542/6 1544/16 1544/18 1553/1 1611/23
  1641/8 1642/16 1643/25
light [2]  1554/22 1660/15
lightly [1]  1524/20
like [82]  1346/9 1352/8 1361/2 1363/1
  1369/18 1369/20 1387/25 1388/12 1391/4
  1391/16 1399/20 1399/20 1399/21 1401/5
  1410/7 1412/13 1415/5 1419/10 1424/11
  1427/4 1430/17 1432/4 1435/4 1435/25
  1439/15 1440/21 1443/3 1445/5 1450/18
  1451/7 1453/16 1454/4 1458/22 1458/23
  1471/22 1490/19 1509/13 1515/16 1515/16
  1518/8 1520/15 1524/19 1528/25 1530/16
  1533/2 1534/6 1535/3 1538/1 1541/17 1543/7
  1547/1 1551/2 1552/9 1552/16 1554/14
  1560/6 1565/15 1572/21 1578/6 1585/11
  1585/20 1587/6 1588/16 1593/23 1597/12
  1599/18 1599/25 1601/3 1602/13 1617/11
  1630/10 1635/20 1641/6 1643/4 1645/22
  1649/5 1650/13 1654/6 1663/5 1670/5
  1670/20 1670/20
liked [2]  1580/8 1613/19
likely [7]  1449/15 1457/13 1583/21 1584/10
  1645/8 1666/5 1667/3
Lillian [5]  1511/13 1513/12 1616/24 1644/20
  1644/25
Lillian's [1]  1513/17
lime [1]  1449/19
limit [3]  1456/8 1456/20 1492/10
limitations [8]  1454/19 1492/12 1617/6
  1617/21 1617/22 1617/25 1619/7 1619/9

**L**

limited [14] 1372/25 1375/12 1509/8 1511/22 1514/25 1617/3 1617/4 1617/12 1617/13 1631/7 1634/1 1657/7 1657/14 1657/20
Lindley [1] 1513/6 1513/8 1513/9 1514/21
line [15] 1360/2 1361/11 1473/4 1473/7 1473/10 1473/22 1474/2 1474/4 1504/16 1504/17 1504/18 1508/16 1516/5 1597/6 1666/7
linguistic [1] 1597/2
liquid [1] 1424/16
list [10] 1394/8 1394/9 1394/13 1394/14 1394/15 1608/16 1608/19 1661/17 1661/21 1671/14
listed [2] 1422/24 1442/13
listen [5] 1391/23 1392/14 1468/20 1531/24 1533/4
listened [3] 1538/20 1555/7 1596/8
listening [2] 1390/1 1596/11
lists [1] 1438/18
literally [3] 1431/16 1431/16 1538/12
literature [7] 1417/5 1417/9 1479/1 1491/20 1583/19 1583/23 1584/1
litigation [1] 1631/4
little [27] 1345/24 1376/5 1383/9 1388/11 1390/19 1396/10 1401/20 1404/13 1405/1 1407/23 1407/24 1408/5 1434/9 1441/16 1525/2 1543/11 1549/21 1583/17 1585/8 1590/24 1597/16 1600/24 1603/10 1628/2 1660/21 1671/22 1672/7
little bit [1] 1408/5
live [10] 1615/3 1615/12 1615/12 1615/15 1615/20 1615/24 1616/10 1652/1 1652/2 1652/5
lived [14] 1512/15 1512/21 1513/15 1513/23 1544/16 1611/18 1615/17 1615/17 1615/18 1651/10 1652/2 1652/2 1652/3 1652/3
lives [3] 1513/13 1549/21 1583/11
living [14] 1415/5 1577/2 1615/13 1615/18 1615/21 1615/25 1616/1 1616/3 1616/4 1616/9 1616/9 1616/12 1616/14 1634/8
load [5] 1429/7 1430/2 1430/6 1453/13 1453/16
loaded [1] 1453/22
loading [7] 1441/9 1444/20 1445/6 1445/8 1445/14 1445/16 1446/7
loadings [1] 1445/17
lobe [1] 1642/8
located [1] 1523/25
location [2] 1454/5 1611/10
lockdown [1] 1649/22
locked [1] 1649/16
logging [1] 1593/5
Logical [1] 1406/4
long [24] 1389/8 1406/17 1424/9 1442/25 1443/10 1443/10 1445/18 1516/15 1526/10 1533/7 1577/3 1580/15 1595/7 1595/8 1601/4 1604/3 1625/25 1633/3 1638/8 1644/1 1657/23 1670/20 1670/23 1671/8
Long Island [1] 1577/3
long-standing [1] 1424/9
long-term [5] 1442/25 1443/10 1443/10 1595/7 1604/3
longer [8] 1404/13 1430/13 1459/24 1459/25 1460/3 1460/15 1462/12 1673/13
longitudinal [1] 1507/7
longstanding [1] 1428/24
look [144] 1348/7 1349/6 1349/6 1349/13 1353/6 1355/10 1359/6 1361/23 1366/3 1369/7 1374/13 1375/7 1375/7 1375/17 1379/3 1379/19 1379/20 1380/12 1380/12 1380/14 1381/18 1382/2 1382/8 1383/11 1383/25 1388/1 1388/2 1391/16 1394/19

1403/9 1405/22 1410/7 1411/13 1414/6 1416/11 1422/1 1425/1 1427/9 1427/12 1428/7 1431/8 1431/8 1439/20 1444/1 1444/3 1444/8 1444/11 1444/16 1446/8 1446/10 1449/5 1453/4 1453/15 1453/24 1462/15 1470/7 1470/11 1470/13 1470/14 1471/2 1471/18 1473/10 1473/12 1474/6 1474/8 1482/25 1487/9 1492/13 1502/15 1503/9 1504/1 1504/1 1504/4 1504/7 1504/22 1506/12 1506/14 1507/22 1507/25 1508/10 1508/14 1509/13 1514/4 1515/2 1515/15 1516/7 1516/24 1517/12 1518/7 1520/2 1521/5 1521/5 1522/15 1523/2 1523/21 1524/21 1536/19 1536/21 1537/2 1537/6 1537/17 1538/19 1538/20 1539/18 1547/13 1548/25 1553/13 1567/11 1578/4 1578/4 1588/1 1589/16 1589/18 1607/25 1609/4 1623/2 1623/7 1623/11 1623/14 1623/16 1623/17 1626/7 1626/13 1626/13 1631/7 1631/22 1634/2 1634/7 1634/8 1635/1 1640/25 1641/16 1643/12 1643/14 1645/19 1646/9 1647/3 1649/9 1649/24 1650/12 1657/16 1664/25 1665/7
look at [1] 1388/2
looked [36] 1355/21 1358/10 1358/25 1375/9 1393/5 1395/21 1445/17 1461/8 1483/19 1515/24 1515/25 1537/22 1554/6 1566/21 1568/3 1578/5 1585/16 1588/8 1588/9 1591/1 1594/7 1594/8 1621/19 1622/23 1622/23 1622/24 1623/3 1623/4 1623/5 1623/8 1623/19 1623/22 1624/11 1624/12 1624/13 1646/21
looked -- that [1] 1568/3
looking [59] 1348/20 1358/3 1365/11 1374/17 1376/24 1382/19 1384/2 1384/7 1384/10 1393/8 1396/10 1399/23 1400/3 1400/5 1401/22 1403/2 1403/5 1403/13 1403/23 1404/15 1412/5 1412/21 1423/21 1424/20 1427/15 1433/10 1433/15 1446/5 1452/18 1453/16 1473/10 1473/17 1486/22 1488/13 1490/17 1501/11 1501/18 1503/20 1508/3 1516/19 1538/24 1538/25 1541/18 1551/8 1560/8 1566/25 1573/16 1575/7 1576/7 1591/14 1594/9 1616/3 1616/4 1623/13 1645/13 1647/3 1660/15 1664/1 1668/1
looks [9] 1348/11 1479/21 1485/17 1509/11 1569/6 1588/7 1588/9 1641/6 1665/5
LORETTA [2] 1343/13 1519/14
losing [1] 1428/23
lost [1] 1583/11
lot [27] 1354/10 1380/5 1389/22 1393/25 1395/11 1398/12 1404/11 1414/22 1416/16 1419/16 1446/13 1472/4 1496/16 1496/16 1512/3 1514/1 1526/19 1534/17 1549/24 1550/12 1550/19 1572/21 1576/23 1586/21 1586/24 1596/17 1599/4
Lou [3] 1531/10 1531/18 1644/9
Lou's [1] 1513/18
loud [3] 1541/15 1541/16 1560/15
loved [4] 1509/7 1578/6 1616/12 1616/13
loving [2] 1482/22 1646/15
low [72] 1349/7 1354/21 1354/24 1354/25 1366/9 1367/15 1370/9 1371/5 1374/15 1383/15 1383/16 1384/16 1385/3 1385/5 1385/9 1386/5 1386/8 1387/1 1387/1 1390/22 1390/23 1392/4 1393/23 1394/1 1394/17 1395/7 1395/11 1395/17 1396/4 1396/6 1396/16 1398/20 1406/2 1406/14 1407/1 1407/3 1407/6 1407/14 1407/17 1407/25 1408/7 1408/10 1408/13 1408/16 1409/6 1409/14 1410/2 1410/16 1411/3 1412/8 1430/2 1430/6 1440/5 1444/10 1445/24 1458/25 1459/19 1460/25 1461/1 1461/18

1461/19 1464/15 1470/9 1470/25 1471/2 1475/8 1475/18 1476/16 1640/14 1651/4 1651/8 1651/8
low-load [2] 1430/2 1430/6
lower [13] 1366/15 1380/8 1390/19 1394/4 1408/7 1410/23 1434/2 1451/10 1457/4 1457/4 1611/13 1611/20 1656/17
lowest [3] 1406/17 1445/14 1445/16
Luckasson [1] 1650/4
luckily [1] 1619/4
lunch [4] 1499/10 1499/10 1500/14 1503/17
lying [1] 1522/22
LYNCH [1] 1343/13

**M**

ma'am [1] 1399/12
Macvaugh [1] 1501/10
made [26] 1349/9 1355/3 1370/2 1442/13 1458/9 1466/17 1472/17 1526/16 1530/6 1547/24 1554/8 1565/24 1567/7 1567/10 1567/14 1580/2 1582/22 1603/25 1630/7 1630/11 1630/22 1631/20 1632/15 1632/22 1633/18 1653/21
magazines [1] 1648/9
magic [2] 1504/10 1504/16
mail [7] 1537/5 1537/10 1554/21 1648/18 1648/19 1649/10 1649/17
mails [18] 1536/13 1536/14 1536/20 1536/21 1536/21 1537/7 1554/2 1554/6 1554/10 1554/13 1554/16 1555/2 1555/3 1591/16 1594/19 1647/17 1648/6 1650/16
main [1] 1522/2
mainly [3] 1399/24 1399/25 1571/4
mainstream [3] 1353/8 1354/6 1354/7
maintain [4] 1483/6 1494/5 1593/18 1593/20
maintaining [1] 1589/4
major [3] 1514/9 1527/9 1527/9
majority [5] 1411/19 1412/6 1412/7 1413/6 1662/8
make [65] 1346/11 1352/22 1355/15 1360/5 1360/16 1366/13 1366/24 1367/10 1368/21 1374/13 1379/17 1382/15 1391/5 1391/15 1400/2 1400/6 1404/1 1406/1 1418/2 1419/11 1419/21 1427/6 1429/14 1432/2 1432/14 1443/7 1444/17 1466/22 1470/11 1470/14 1473/18 1473/21 1473/25 1504/2 1504/5 1504/9 1507/25 1523/2 1524/20 1528/2 1528/3 1537/5 1551/17 1565/1 1567/10 1571/6 1572/17 1575/11 1575/24 1589/17 1616/21 1616/23 1620/8 1621/11 1621/20 1628/9 1632/2 1646/8 1650/15 1651/14 1654/21 1657/24 1663/14 1663/16 1667/10
makes [9] 1379/24 1412/18 1449/16 1455/19 1527/15 1537/8 1541/8 1594/10 1657/25
making [28] 1365/14 1371/3 1373/25 1375/11 1384/8 1399/13 1400/4 1411/3 1412/22 1413/20 1418/9 1427/6 1427/14 1428/4 1453/8 1495/17 1495/18 1516/2 1526/14 1528/10 1529/18 1620/15 1620/18 1620/23 1631/10 1635/11 1649/24 1658/23
Males [1] 1377/7
malinger [2] 1608/5 1645/19
malingering [11] 1607/17 1608/8 1608/9 1608/11 1608/25 1608/25 1609/4 1645/20 1646/4 1658/7 1662/1
man [5] 1523/4 1564/6 1567/18 1575/12 1605/5
manage [1] 1495/5
manageable [1] 1456/9
managed [1] 1345/25
management [1] 1368/23
Manhattan [13] 1610/16 1610/16 1610/17 1610/19 1611/10 1611/12 1611/14 1611/15 1611/17 1611/20 1611/25 1612/1 1612/9

# M

**manifest [2]** 1468/19 1486/5
**manifestation [1]** 1502/20
**manifestations [2]** 1483/12 1483/12
**manifested [2]** 1415/10 1503/10
**manipulate [1]** 1657/10 1658/3
**manner [4]** 1416/6 1438/16 1549/8 1662/17
**manual [25]** 1347/6 1347/9 1359/3 1378/9
1378/24 1380/17 1437/14 1438/3 1438/6
1439/5 1444/3 1486/16 1486/22 1486/24
1487/1 1487/7 1488/17 1498/17 1498/4
1505/25 1520/5 1520/14 1520/15 1520/16
1521/16
**manuals [2]** 1484/24 1485/4
**manuscript [4]** 1591/4 1591/5 1591/6
1591/13
**many [40]** 1351/23 1361/10 1361/17 1370/22
1378/10 1385/23 1387/11 1389/24 1394/5
1395/1 1397/8 1401/5 1404/24 1412/17
1412/17 1418/13 1431/15 1443/1 1443/18
1459/18 1471/19 1479/25 1480/1 1480/1
1482/15 1483/22 1494/7 1495/6 1495/9
1495/10 1506/9 1513/24 1523/8 1525/23
1557/4 1594/15 1633/16 1636/5 1643/6
1650/16
**Mapou [5]** 1518/5 1524/2 1547/14 1547/21
1672/15
**Mapou's [1]** 1467/11
**March [3]** 1557/12 1592/19 1631/10
**March 30th [1]** 1557/12
**marginal [1]** 1667/7
**Mark [1]** 1501/10
**marked [9]** 1346/12 1409/4 1440/22 1475/12
1479/16 1659/13 1659/13 1675/10 1675/14
**Martha [1]** 1650/3
**Maryland [1]** 1492/24
**master [1]** 1523/18
**master's [1]** 1529/1
**Masters [1]** 1550/15
**matching [1]** 1430/8
**material [8]** 1424/13 1478/16 1506/23
1533/18 1538/2 1538/4 1631/21 1674/1
**materials [3]** 1482/19 1544/7 1573/2
**maternal [1]** 1513/6
**math [3]** 1348/17 1408/12 1422/15
**mathematic [1]** 1443/16
**mathematical [1]** 1468/20
**mathematics [2]** 1466/13 1505/8
**matter [11]** 1362/3 1547/6 1575/13 1575/16
1576/10 1582/19 1664/24 1664/25 1667/19
1668/21 1670/7
**matters [2]** 1545/17 1672/3
**maximum [3]** 1414/14 1640/16 1671/4
**may [95]** 1345/20 1346/3 1351/20 1366/6
1367/7 1368/13 1368/24 1377/22 1377/24
1378/4 1380/11 1380/19 1404/21 1411/22
1417/14 1418/6 1444/12 1464/13 1465/1
1468/19 1470/11 1474/14 1475/8 1478/7
1480/9 1486/1 1486/2 1486/3 1486/4
1487/22 1492/4 1493/20 1500/5 1500/11
1500/12 1500/21 1503/19 1504/19 1507/6
1507/9 1507/12 1507/12 1508/1 1509/6
1509/7 1509/7 1509/8 1509/13 1514/11
1514/15 1526/8 1526/8 1527/11 1527/18
1528/5 1536/6 1536/8 1539/4 1539/6 1547/19
1548/22 1548/24 1551/11 1551/12 1554/15
1564/2 1564/2 1565/10 1566/21 1567/12
1571/8 1571/17 1571/17 1572/2 1572/18
1589/7 1593/14 1595/5 1595/5 1595/8 1597/7
1606/4 1606/11 1614/8 1614/11 1614/13
1614/14 1616/7 1619/8 1630/20 1639/4
1639/5 1658/17 1665/17
**maybe [1]** 1379/11 1423/16 1450/16

**mayerlin [2]** 1344/9 1345/17
**McGOVERN [12]** 1343/14 1345/14 1493/23
1494/17 1527/1 1545/5 1546/15 1584/4
1631/12 1654/2 1667/9 1673/25
**McMaster [4]** 1513/13 1513/13 1513/19
1513/19
**MDC [1]** 1672/20
**me [101]** 1348/1 1351/15 1354/3 1358/7
1363/2 1365/21 1368/20 1369/10 1389/4
1389/6 1389/11 1415/16 1419/18 1427/10
1441/6 1444/17 1455/18 1455/22 1461/7
1469/18 1470/9 1470/11 1470/13 1470/14
1471/1 1471/18 1472/22 1475/5 1482/6
1482/12 1482/12 1482/13 1482/18 1482/18
1482/19 1486/23 1495/18 1497/24 1503/14
1506/25 1507/25 1513/19 1523/20 1527/20
1527/21 1531/9 1531/12 1532/3 1534/4
1534/24 1535/5 1537/3 1540/5 1549/13
1549/23 1549/23 1551/9 1552/6 1553/23
1560/15 1560/15 1561/5 1562/3 1565/16
1568/9 1570/20 1572/15 1583/16 1590/9
1590/13 1591/5 1591/19 1595/9 1599/6
1599/19 1603/12 1604/6 1608/21 1609/9
1610/22 1611/8 1611/9 1611/10 1612/10
1612/12 1616/23 1618/1 1619/12 1621/15
1623/25 1626/14 1629/22 1631/23 1634/21
1634/25 1646/3 1654/14 1655/5 1659/24
1670/13 1673/2
**meal [1]** 1451/17
**mean [68]** 1349/11 1350/20 1355/11 1362/18
1368/1 1374/4 1376/15 1377/2 1377/10
1377/15 1377/21 1380/6 1380/25 1381/22
1389/21 1389/24 1390/4 1395/8 1398/22
1400/10 1401/1 1402/9 1402/22 1405/4
1408/6 1429/8 1434/8 1435/2 1435/25
1438/24 1441/4 1441/4 1441/5 1441/17
1441/17 1444/5 1444/22 1446/18 1457/4
1457/17 1463/13 1474/5 1474/7 1489/18
1491/22 1509/21 1515/1 1520/19 1525/24
1532/22 1550/25 1554/15 1558/12 1578/8
1578/9 1578/11 1582/2 1582/9 1590/1 1590/2
1592/8 1608/9 1610/16 1614/21 1617/4
1617/6 1623/15 1624/1
**meaning [4]** 1469/12 1480/4 1535/25 1536/2
**meaningful [1]** 1413/21
**meanings [1]** 1385/21
**means [18]** 1355/24 1366/25 1393/24
1394/12 1417/23 1418/5 1444/9 1444/10
1458/18 1468/16 1471/3 1471/4 1492/15
1516/11 1526/2 1590/8 1661/24 1673/14
**meant [4]** 1395/24 1396/1 1461/23 1661/23
**measure [12]** 1370/23 1384/25 1386/11
1406/20 1427/13 1438/19 1441/15 1442/21
1453/17 1453/18 1507/23 1612/23
**measured [1]** 1443/3
**measurement [1]** 1657/10
**measurements [2]** 1419/20 1424/17
**measures [3]** 1365/8 1418/14 1432/20
**measuring [1]** 1423/9 1443/4
**mechanical [1]** 1344/15
**media [1]** 1593/13
**medical [14]** 1414/4 1418/15 1480/19
1480/21 1481/7 1504/8 1508/7 1516/7
1597/20 1597/25 1599/13 1634/21 1636/8
1641/4
**medically [1]** 1567/15
**medicate [1]** 1516/20
**medicated [1]** 1517/15
**medication [5]** 1517/2 1517/10 1601/13
1601/16 1601/23

**medications [21]** 1481/12 1481/15 1481/17
1516/25 1517/3 1598/9 1598/10 1599/12
1599/15 1599/17 1599/22 1599/24 1600/9
1600/13 1600/16 1600/18 1600/24 1601/10
1601/19 1601/21 1601/22
**medicine [3]** 1480/24 1481/5 1551/22
**meet [9]** 1503/6 1536/7 1574/20 1579/5
1579/7 1580/4 1580/5 1620/10 1667/10
**meeting [3]** 1525/25 1617/23 1672/8
**meetings [2]** 1585/11 1619/5
**meets [2]** 1503/8 1573/7
**Mejia [1]** 1525/19
**Mellaril [2]** 1517/9 1517/9
**melting [2]** 1606/17 1607/1
**member [13]** 1484/17 1485/10 1485/22
1495/22 1542/3 1602/8 1602/9 1602/23
1602/24 1603/1 1603/4 1604/3 1636/11
**members [27]** 1498/16 1508/12 1509/3
1509/4 1509/5 1509/9 1510/16 1511/23
1514/17 1523/6 1531/11 1551/4 1551/11
1551/14 1558/6 1576/17 1588/17 1603/13
1633/7 1633/16 1636/6 1637/1 1645/4
1646/13 1648/11 1648/14 1648/15
**membership [4]** 1602/4 1602/12 1603/9
1603/24
**memorandum [1]** 1545/16
**memory [38]** 1347/21 1348/6 1348/10
1348/11 1349/10 1349/13 1349/16 1396/8
1400/17 1401/6 1401/8 1401/12 1403/16
1403/17 1405/21 1406/4 1406/16 1406/17
1413/19 1428/18 1428/22 1428/24 1428/25
1429/18 1442/25 1443/3 1443/11 1453/13
1453/20 1453/25 1595/1 1595/6 1595/6
1595/7 1595/8 1595/12 1595/16 1595/17
**meningitis [7]** 1516/8 1516/9 1516/14 1598/1
1641/9 1641/14 1642/11
**mental [153]** 1349/22 1350/6 1350/17
1350/19 1350/21 1350/22 1350/23 1374/9
1375/17 1375/21 1375/24 1375/25 1376/20
1377/17 1377/23 1378/4 1378/25 1379/2
1379/13 1382/9 1415/8 1419/24 1421/6
1421/12 1421/21 1425/9 1425/14 1441/10
1441/11 1442/9 1444/24 1457/23 1458/5
1458/16 1458/17 1458/19 1458/21 1458/25
1461/14 1461/17 1461/22 1462/25 1463/7
1463/10 1463/13 1464/3 1464/5 1464/5 1465/7
1465/21 1466/2 1466/3 1466/8 1466/12
1466/15 1466/18 1469/1 1469/12 1475/1
1481/9 1487/22 1487/23 1491/25 1511/19
1511/20 1515/3 1515/25 1517/12 1520/6
1520/16 1520/17 1526/2 1530/7 1530/12
1530/14 1535/20 1535/22 1535/23 1535/24
1536/9 1538/17 1546/9 1547/23 1549/2
1552/20 1555/21 1559/15 1559/21 1560/3
1560/19 1560/20 1561/2 1561/10 1563/7
1563/9 1563/10 1563/12 1563/16 1563/17
1563/18 1563/22 1564/11 1564/23 1566/9
1567/5 1568/21 1569/15 1571/4 1571/8
1572/18 1573/13 1574/5 1574/11 1583/20
1584/2 1584/5 1584/9 1584/13 1584/14
1584/15 1584/20 1584/20 1584/23 1585/3
1585/13 1591/21 1593/22 1594/23 1594/25
1595/4 1595/5 1595/12 1607/19 1608/6
1613/7 1620/12 1620/15 1620/19 1620/20
1628/11 1628/18 1629/5 1631/8 1634/22
1634/23 1648/8 1649/3 1649/12 1650/12
1660/19 1662/10 1662/25 1663/16 1668/16
**mentally [25]** 1375/1 1379/7 1380/18
1420/19 1459/1 1482/16 1546/5 1559/25
1570/6 1570/8 1575/12 1575/15 1582/24
1589/17 1593/4 1606/4 1606/6 1617/5
1628/22 1657/24 1658/1 1661/11 1662/8
1666/22 1667/7
**mention [2]** 1353/12 1361/9

# M

mentioned [21] 1354/4 1355/5 1360/17
1361/8 1361/11 1364/25 1380/7 1387/25
1403/7 1447/20 1453/4 1454/19 1455/3
1457/22 1460/8 1471/22 1481/20 1496/2
1496/3 1614/10 1630/6
mentions [1] 1418/18
mercy [1] 1631/5
merit [1] 1661/4
merits [1] 1380/13
mess [1] 1607/21
messages [1] 1580/18
met [7] 1525/8 1581/1 1585/16 1619/6
1660/18 1667/20 1668/15
metabolism [2] 1481/13 1481/16
metaphor [1] 1505/3
method [1] 1663/11
methodically [1] 1432/22
metrics [2] 1410/8 1410/9
MICHAEL [3] 1343/22 1343/24 1345/16
mid [1] 1470/19
mid-70 [1] 1470/19
middle [3] 1457/6 1519/18 1583/11
might [19] 1396/18 1400/13 1422/11 1429/7
1433/22 1439/21 1450/14 1451/9 1452/4
1463/25 1472/5 1512/12 1526/4 1539/15
1600/22 1607/16 1637/22 1666/15 1673/15
migraines [1] 1556/9 1556/10
Mike [3] 1538/25 1539/21 1588/20
mild [58] 1379/2 1379/12 1386/23 1410/17
1416/6 1457/22 1458/5 1461/14 1461/17
1461/22 1462/25 1463/7 1463/10 1463/13
1465/6 1466/12 1466/18 1536/23 1537/1
1537/13 1538/17 1538/17 1546/8 1552/20
1560/3 1563/7 1563/10 1563/17 1563/18
1567/5 1583/20 1584/2 1584/5 1584/9
1584/13 1584/15 1584/19 1584/20 1585/3
1591/21 1595/24 1595/5 1607/19 1620/12
1620/15 1620/19 1620/20 1628/18 1629/5
1634/23 1647/24 1648/2 1648/8 1649/12
1649/20 1649/24 1650/12 1667/11
mildly [8] 1482/16 1546/5 1582/24 1589/17
1594/3 1606/3 1606/6 1667/7
miles [6] 1609/9 1609/11 1609/15 1609/16
1609/22 1609/25
millennium [1] 1532/19
million [1] 1442/6
mind [23] 1384/1 1394/14 1404/25 1427/4
1428/19 1428/19 1428/23 1429/1 1429/12
1429/17 1453/25 1454/6 1477/7 1493/7
1510/18 1522/6 1525/6 1534/11 1534/24
1560/6 1597/5 1607/16 1670/14
mine [1] 1391/16
minimal [1] 1468/22
Minnesota [1] 1568/25
minute [4] 1414/15 1485/20 1544/22 1658/22
minutes [5] 1535/6 1549/10 1671/11 1671/12
1671/24
mirror [1] 1597/14
misdiagnosed [2] 1629/2 1629/4
misdiagnosing [1] 1566/25
misheard [1] 1584/8
misinterpreting [1] 1652/21
misleading [1] 1603/10
misplaced [1] 1346/19
misread [2] 1603/19 1603/21
miss [1] 1596/5
missed [2] 1396/25 1565/10
missing [11] 1353/20 1355/19 1355/25
1356/1 1357/1 1357/2 1357/3 1358/14 1360/4
1363/11 1517/22
mistake [1] 1594/1
mistakes [1] 1621/20

Mister [4] 1513/24 1522/16 1541/20 1663/8
misunderstood [2] 1492/10 1509/13
Mitchell [2] 1577/16 1579/14
mix [1] 1399/23
Mm [5] 1411/9 1463/18 1484/10 1585/18
1585/18 1659/8
Mm-hmm [5] 1411/9 1463/18 1484/10
1585/18 1659/8
MMPI [7] 1556/15 1556/16 1556/18 1568/25
1569/3 1569/5 1569/9
model [2] 1442/16 1442/16
modeling [1] 1442/18
moderate [11] 1526/2 1530/7 1530/14
1547/23 1549/2 1563/9 1563/12 1563/16
1563/22 1564/11 1584/14
moderately [1] 1378/5
modes [1] 1431/18
modification [1] 1640/18
modified [1] 1437/6
moment [7] 1357/24 1433/1 1467/25 1475/9
1477/13 1545/5 1561/5
momentarily [1] 1659/14
Monica [9] 1588/16 1588/24 1589/5 1610/17
1611/17 1615/17 1647/6 1651/18 1651/18
monitor [1] 1486/8
month [3] 1489/19 1496/7 1532/13
months [5] 1451/19 1471/6 1516/8 1516/14
1571/9
Montreal [1] 1586/2
mood [3] 1425/15 1536/1 1536/2 1555/23
1556/3
morbid [1] 1628/15
morbidity [1] 1628/14
more [99] 1348/18 1349/2 1361/22 1363/14
1363/15 1363/24 1368/4 1375/18 1386/24
1388/7 1390/24 1395/16 1400/23 1405/21
1410/3 1412/23 1412/25 1413/1 1416/1
1418/5 1430/4 1430/5 1430/9 1433/21
1433/22 1442/24 1447/14 1448/6 1448/15
1448/16 1450/23 1451/2 1453/6 1455/6
1457/13 1468/17 1469/17 1471/17 1479/24
1480/6 1480/13 1483/1 1496/17 1504/6
1505/16 1505/17 1505/17 1508/13 1508/23
1519/23 1521/24 1522/17 1525/3 1527/16
1528/18 1533/19 1537/3 1543/3 1543/10
1547/16 1563/16 1566/9 1571/18 1571/19
1578/18 1583/21 1584/10 1584/14 1584/15
1584/16 1584/18 1584/23 1595/9 1596/3
1599/5 1603/23 1606/8 1609/4 1611/11
1613/7 1613/10 1613/19 1615/5 1629/4
1629/13 1633/20 1638/24 1646/9 1649/25
1651/9 1655/6 1665/14 1666/5 1666/9 1667/2
1671/23 1672/4 1672/7 1672/18
Moreover [1] 1522/8
morning [12] 1345/15 1345/19 1347/13
1347/14 1437/13 1478/11 1478/12 1570/21
1579/22 1670/12 1674/7 1674/14
most [22] 1389/20 1413/11 1422/1 1423/13
1442/17 1448/18 1488/4 1503/18 1505/4
1523/13 1523/20 1524/3 1542/1 1554/13
1595/7 1620/23 1642/24 1645/8 1652/1
1660/15 1661/6 1673/10
mostly [1] 1399/16
mother [7] 1482/23 1511/7 1511/14 1615/18
1617/16 1647/6 1652/3
motion [2] 1499/7 1670/11
motivation [1] 1551/12 1656/17
motor [5] 1349/19 1383/24 1384/4 1433/18
1469/1
mouth [1] 1640/4 1656/5
move [12] 1351/7 1364/24 1372/9 1381/4
1381/5 1401/24 1459/22 1474/22 1500/21
1533/22 1534/4 1638/23
moved [1] 1513/4

moves [4] 1391/14 1391/16 1391/18 1430/21
moving [6] 1363/1 1552/12 1552/18 1571/21
1400/16 1405/20 1428/21 1502/23 1519/16
1541/2 1541/2 1569/12 1660/5
Mr [23] 1351/18 1351/22 1352/2 1352/6
1352/7 1353/7 1353/14 1354/8 1465/16
1478/10 1493/23 1494/17 1500/5 1543/21
1545/24 1546/15 1647/24 1649/20 1649/24
1650/24 1668/13 1669/2 1669/9
Mr. [217] 1361/10 1363/21 1364/15 1365/6
1365/18 1366/2 1369/21 1370/12 1371/25
1372/18 1372/24 1373/3 1373/10 1373/14
1374/25 1375/20 1381/1 1382/20 1382/24
1385/2 1386/5 1386/15 1388/24 1389/16
1390/4 1390/19 1391/11 1392/3 1393/1
1393/19 1396/21 1397/21 1400/23 1402/7
1402/11 1402/23 1403/11 1405/11 1406/21
1415/2 1415/5 1421/24 1422/21 1424/1
1424/3 1428/5 1430/3 1431/23 1432/20
1437/7 1443/9 1448/3 1448/20 1449/25
1450/21 1454/7 1454/14 1455/4 1455/5
1455/16 1455/25 1456/13 1457/22 1460/25
1467/11 1469/11 1469/25 1495/22 1502/23
1503/5 1503/7 1503/10 1508/21 1511/7
1511/14 1511/19 1511/24 1512/1 1512/5
1512/15 1512/16 1512/18 1512/21 1513/7
1513/7 1513/8 1513/14 1513/21 1514/7
1514/8 1515/2 1515/23 1518/25 1519/12
1519/17 1521/21 1523/9 1523/19 1523/22
1527/1 1528/22 1529/5 1529/10 1529/18
1530/3 1531/20 1531/21 1532/6 1532/7
1532/8 1536/14 1537/3 1537/24 1537/25
1538/11 1538/16 1538/21 1538/23 1538/25
1538/25 1539/2 1539/20 1539/20 1539/21
1539/24 1540/2 1540/3 1540/7 1540/10
1540/10 1540/13 1540/16 1540/17 1540/20
1540/25 1540/25 1541/1 1541/3 1541/7
1541/9 1541/13 1541/15 1541/25 1542/1
1542/2 1542/4 1542/9 1544/16 1544/18
1545/5 1546/4 1547/16 1547/21 1550/3
1554/8 1562/1 1565/5 1565/23 1565/25
1573/7 1574/4 1577/7 1581/15 1581/23
1584/4 1586/12 1589/14 1597/22 1602/2
1602/3 1602/4 1602/4 1602/14 1603/12
1604/6 1607/23 1617/9 1631/12 1633/8
1633/11 1633/19 1634/10 1635/2 1635/10
1636/21 1637/3 1637/20 1637/23 1639/7
1639/22 1641/4 1641/8 1641/15 1641/21
1642/2 1642/13 1642/19 1643/9 1645/15
1646/7 1651/5 1651/6 1651/10 1652/1 1653/7
1653/13 1653/21 1653/24 1654/2 1659/16
1663/25 1664/5 1667/9 1669/2 1669/4
1672/23 1673/25
Mr. Barnes [2] 1512/1 1512/16
Mr. Burt [7] 1495/22 1514/8 1550/3 1554/8
1641/15 1663/25 1672/23
Mr. Diaz [6] 1537/25 1538/23 1539/20
1539/24 1540/3 1542/9
Mr. Giglio [5] 1448/20 1577/7 1602/3
1642/13 1642/19
Mr. Green [1] 1539/20
Mr. Hall [4] 1602/4 1602/14 1603/12 1604/6
Mr. Jacobus [14] 1537/24 1538/21 1538/25
1540/2 1540/7 1540/10 1540/17 1540/25
1541/1 1541/7 1541/9 1541/15 1542/1 1542/2
Mr. Kulis [5] 1565/23 1581/15 1581/23
1653/7 1653/21
Mr. Kulis' [1] 1653/13
Mr. Mapou [1] 1547/21
Mr. McGovern [7] 1527/1 1545/5 1584/4
1631/12 1654/2 1667/9 1673/25
Mr. Nagler [1] 1455/25
Mr. Robert [1] 1467/11
Mr. Whitten [1] 1539/21

# M

Mr. Williams [1] 1607/23
Mr. Wilson [131] 1361/10 1363/21 1364/15
1365/18 1366/2 1369/21 1370/12 1371/25
1372/24 1373/14 1374/25 1375/20 1381/1
1382/20 1382/24 1385/2 1386/5 1386/15
1388/24 1389/16 1390/4 1390/19 1391/11
1392/3 1393/1 1393/19 1396/21 1397/21
1400/23 1402/7 1402/11 1405/11 1406/21
1415/5 1421/24 1422/21 1424/1 1428/5
1430/3 1431/23 1437/7 1443/9 1448/3
1449/25 1450/21 1454/7 1454/14 1455/16
1456/13 1457/22 1460/25 1469/11 1502/23
1503/5 1503/7 1503/10 1508/21 1511/14
1511/19 1512/5 1512/15 1512/18 1512/21
1513/7 1513/7 1513/8 1513/14 1513/21
1518/25 1519/12 1519/17 1521/21 1523/9
1523/19 1523/22 1528/22 1529/5 1529/10
1530/3 1531/21 1532/6 1532/7 1532/8
1536/14 1537/3 1538/11 1538/16 1538/25
1539/2 1540/10 1540/16 1540/20 1540/25
1541/3 1541/13 1541/25 1542/4 1544/16
1546/4 1547/16 1562/11 1565/5 1565/25
1573/7 1574/4 1586/12 1597/22 1602/2
1602/4 1633/8 1633/11 1633/19 1635/10
1636/21 1637/3 1637/20 1637/23 1639/7
1639/22 1641/21 1642/2 1643/9 1645/15
1651/5 1651/6 1651/10 1652/1 1659/16
1664/5 1669/2 1669/14
Mr. Wilson's [29] 1365/6 1372/18 1373/3
1373/10 1402/23 1403/11 1415/2 1424/3
1432/20 1455/4 1455/5 1469/25 1511/7
1511/24 1514/7 1515/2 1515/23 1529/18
1531/20 1540/13 1544/18 1589/14 1617/9
1634/10 1635/2 1641/4 1641/8 1646/7
1653/24
Ms [4] 1345/20 1455/1 1461/3 1513/13
Ms. [45] 1346/3 1511/9 1511/17 1512/11
1512/12 1512/14 1513/8 1513/9 1513/12
1514/14 1514/20 1524/25 1525/1 1525/3
1525/3 1526/1 1526/8 1526/12 1527/18
1528/21 1528/24 1530/17 1531/8 1532/5
1532/5 1547/15 1549/9 1549/11 1550/11
1550/16 1564/5 1579/7 1580/9 1580/10
1617/23 1618/7 1631/23 1635/16 1635/20
1637/2 1637/2 1643/19 1670/18 1670/19
1671/5
Ms. Drezner [1] 1670/18
Ms. Aaron [1] 1635/16
Ms. Arrow [1] 1635/20
Ms. Barnes [4] 1511/7 1512/14 1617/23
1618/7
Ms. Brady [1] 1631/23
Ms. Cohen [1] 1346/3
Ms. Drezner [3] 1579/7 1670/19 1671/5
Ms. Guerrero [19] 1524/25 1525/3 1525/3
1526/1 1526/8 1526/12 1527/18 1528/21
1528/24 1530/17 1532/5 1547/15 1549/9
1549/11 1550/11 1550/16 1580/9 1580/10
1643/19
Ms. Guerrero's [3] 1525/1 1531/8 1564/5
Ms. Haddon [3] 1511/9 1512/11 1512/12
Ms. Haddon's [1] 1514/14
Ms. Hogan [2] 1637/2 1637/2
Ms. Lillian [1] 1513/12
Ms. Lindley [2] 1513/8 1513/9
Ms. McMaster [1] 1514/20
Ms. Wilson [1] 1532/5
much [47] 1354/8 1373/24 1382/25 1392/6
1399/23 1402/11 1402/20 1402/25 1403/14
1404/2 1404/4 1404/5 1405/17 1414/11
1429/3 1429/4 1442/5 1447/13 1449/17
1449/22 1471/1 1474/13 1474/15 1477/11

1478/8 1505/6 1508/11 1515/20 1544/25
1547/11 1556/22 1560/6 1570/25 1577/4
1597/2 1599/5 1605/23 1606/1 1609/18
1617/16 1633/2 1650/13 1656/13 1656/13
1657/5 1664/12 1666/9
MUI [2] 1344/7 1345/14
multimedia [1] 1649/6
Multiphasic [1] 1569/1
multiple [19] 1350/12 1392/7 1401/5 1424/4
1447/23 1448/1 1506/19 1523/7 1551/16
1556/11 1556/12 1558/6 1585/25 1593/2
1593/16 1595/17 1602/2 1607/23 1630/11
multiplication [3] 1408/13 1408/16 1408/17
murdering [1] 1542/7
murders [1] 1541/14
mushrooming [1] 1505/3
musical [1] 1648/10
must [6] 1375/15 1418/16 1510/2 1515/19
1538/1 1538/1
my [126] 1349/15 1360/2 1361/21 1363/2
1363/17 1363/17 1364/1 1364/1 1367/11
1370/21 1373/7 1374/2 1380/16 1380/23
1384/22 1389/20 1390/11 1391/8 1391/23
1391/23 1391/24 1392/10 1392/14 1398/21
1398/23 1399/4 1403/7 1404/6 1414/1 1414/3
1414/6 1415/19 1415/21 1419/15 1432/10
1432/19 1432/23 1443/8 1443/12 1444/16
1450/17 1470/7 1473/17 1478/21 1478/21
1478/22 1478/25 1480/5 1480/19 1481/2
1481/8 1481/19 1481/19 1481/21 1481/22
1482/10 1482/10 1482/11 1482/14 1482/14
1482/16 1482/18 1482/20 1483/1 1483/5
1483/6 1483/8 1483/5 1485/20 1491/2
1495/6 1495/9 1495/10 1495/19 1497/5
1497/5 1502/15 1502/21 1503/5 1503/7
1510/7 1510/7 1510/11 1511/17 1515/21
1527/24 1528/7 1532/16 1532/22 1535/12
1537/14 1541/19 1544/5 1544/5 1544/5
1544/6 1544/8 1545/15 1546/4 1547/17
1549/11 1549/12 1555/16 1558/21 1564/7
1564/9 1567/22 1568/9 1580/12 1581/10
1583/23 1588/2 1595/14 1598/9 1608/6
1614/17 1626/20 1628/13 1635/7 1635/14
1635/18 1652/15 1653/11 1656/6 1656/12
1671/18
myself [2] 1616/21 1616/23

# N

N.Y [1] 1343/5
N357 [1] 1344/12
Nagler [24] 1355/16 1360/1 1360/12 1362/11
1362/21 1363/10 1364/20 1455/25 1456/12
1621/7 1621/8 1621/21 1622/21 1623/18
1623/20 1624/5 1624/11 1625/17 1626/20
1627/2 1627/6 1629/25 1663/5 1665/8
Nagler's [17] 1361/13 1361/15 1363/1
1363/18 1363/20 1365/1 1449/25 1455/2
1506/10 1622/22 1622/23 1623/5 1623/7
1626/18 1626/23 1626/24 1626/25
Naida [1] 1588/21
nail [1] 1538/6
name [10] 1348/1 1476/11 1477/25 1487/2
1497/24 1500/20 1539/22 1549/20 1639/8
1672/23
named [4] 1497/21 1500/21 1521/3 1572/22
named Atkins [1] 1500/21
names [2] 1597/25 1598/18
naming [13] 1385/7 1385/11 1385/13
1385/14 1385/19 1386/2 1396/19 1397/8
1397/10 1398/24 1400/8 1608/16 1608/19
Narcissistic [1] 1518/17
National [1] 1481/9
nations [1] 1424/25
nature [1] 1672/25

neat [2] 1350/3 1350/15
necessarily -- is [1] 1461/16
necessary [5] 1374/13 1392/24 1558/20
1670/9 1672/19
need [21] 1353/19 1367/19 1368/4 1368/5
1368/17 1384/5 1399/8 1399/10 1404/25
1446/10 1449/10 1475/9 1475/17 1477/12
1477/23 1491/2 1499/11 1521/1 1521/1
1522/9 1535/12
needed [7] 1355/13 1360/22 1390/2 1429/13
1429/14 1631/15 1633/20
needs [7] 1522/5 1527/12 1574/22 1637/5
1640/9 1648/21 1650/2
needy [1] 1642/20
negative [3] 1606/18 1607/3 1636/21
neglected [1] 1511/10
neighborhood [1] 1671/24
neither [3] 1440/4 1621/5 1662/5
neuro [1] 1507/23
Neurobehavioral [3] 1489/22 1490/13
1570/22
neurocognitive [1] 1480/7
neurodevelopment [1] 1492/8
neurodevelopmental [3] 1483/8 1483/9
1556/24
neuroimaging [2] 1480/11 1480/12
neurological [3] 1415/21 1549/1 1635/4
neurologically [1] 1505/11
neurologist [1] 1481/22
neurologists [2] 1480/14 1505/13
neurology [3] 1480/23 1481/21 1482/10
neuropsychiatric [5] 1490/16 1523/22
1524/13 1529/3 1585/13
neuropsychiatrist [5] 1479/18 1479/19
1479/21 1480/10 1480/18
neuropsychiatry [5] 1478/14 1480/6 1482/1
1493/17 1499/5
neuropsychological [31] 1373/5 1374/16
1375/13 1382/13 1413/16 1413/23 1414/6
1414/8 1416/12 1419/20 1422/5 1422/8
1422/13 1422/18 1427/1 1433/16 1440/22
1443/2 1443/4 1444/16 1452/16 1454/16
1472/22 1480/13 1620/2 1621/3 1621/4
1623/4 1635/3 1635/5 1659/17
neuropsychologist [3] 1422/11 1441/3
1659/6
neuropsychologists [3] 1431/8 1473/24
1480/14
neuroradiologists [1] 1480/14
neutral [2] 1607/5 1607/6
never [21] 1354/1 1354/7 1364/7 1364/21
1439/25 1450/19 1482/20 1496/11 1496/14
1497/12 1497/19 1527/23 1550/24 1552/24
1580/16 1652/2 1652/16 1659/15 1668/18
1669/5 1669/24
nevertheless [2] 1517/21 1542/6
new [22] 1343/1 1343/16 1343/20 1343/20
1344/2 1344/2 1344/13 1345/4 1417/12
1512/1 1512/17 1580/11 1609/8 1609/10
1609/14 1609/21 1609/24 1610/3 1632/4
1632/7 1632/11 1649/5
New York [1] 1580/11
newest [1] 1486/15
newsletter [1] 1486/9
newspapers [1] 1648/9
next [26] 1350/3 1356/4 1366/8 1378/1
1386/8 1390/16 1420/10 1426/2 1428/3
1459/20 1470/10 1475/8 1475/12 1476/1
1477/1 1489/6 1489/13 1489/21 1491/8
1499/17 1532/19 1542/15 1542/18 1604/11
1652/24 1670/17

**N**

NGG [1] 1343/5
nice [4] 1474/16 1494/1 1582/9 1666/4
NICHOLAS [3] 1343/9 1345/5 1345/6
niece [2] 1436/4 1651/20
nine [28] 1349/1 1371/11 1383/1 1383/1
1383/21 1410/15 1424/14 1447/11 1447/20
1448/9 1471/23 1472/19 1483/19 1504/23
1505/12 1505/23 1506/1 1512/5 1522/18
1523/20 1524/1 1531/1 1539/5 1573/25
1600/4 1601/9 1662/12 1665/9
nine points [1] 1447/11
ninth [6] 1390/20 1472/20 1617/7 1617/14
1617/17 1617/18
ninth grade [1] 1617/14
ninth percentile [1] 1390/20
no [231] 1345/8 1346/22 1348/23 1349/6
1349/24 1350/20 1351/9 1360/2 1360/3
1361/13 1362/7 1363/16 1366/21 1375/5
1379/8 1379/14 1379/16 1379/16 1379/18
1381/22 1385/15 1387/7 1388/8 1389/7
1389/8 1389/12 1393/5 1394/11 1394/11
1395/13 1396/3 1396/3 1396/7 1408/15
1409/17 1409/20 1412/16 1412/18 1414/10
1416/10 1416/15 1416/15 1421/7 1421/9
1422/3 1424/7 1425/9 1429/22 1430/13
1435/25 1436/20 1436/22 1439/16 1440/20
1440/20 1441/1 1446/3 1448/13 1450/9
1454/17 1456/20 1456/22 1456/23 1459/24
1459/25 1460/3 1460/14 1462/12 1465/13
1466/20 1467/4 1471/13 1472/13 1474/3
1474/12 1479/13 1484/1 1495/6 1497/12
1497/24 1499/2 1504/9 1504/19 1508/17
1510/7 1510/8 1515/10 1515/11 1515/13
1517/2 1517/10 1518/19 1518/25 1519/2
1522/20 1522/20 1522/20 1525/11 1527/15
1527/22 1534/25 1535/2 1538/14 1539/2
1541/25 1545/15 1545/16 1547/13 1547/13
1548/5 1548/8 1548/9 1550/1 1551/4 1552/6
1552/21 1553/23 1554/5 1556/16 1559/10
1559/12 1561/22 1562/13 1563/8 1563/24
1566/5 1567/8 1567/21 1567/22 1568/8
1569/8 1569/9 1569/10 1570/10 1570/17
1570/19 1571/16 1571/18 1574/6 1575/2
1575/15 1576/1 1578/20 1579/6 1579/8
1579/10 1579/13 1579/15 1579/25 1580/5
1580/5 1580/5 1580/7 1580/25 1581/3 1581/6
1581/22 1582/8 1582/21 1582/22 1582/25
1583/1 1583/20 1585/7 1586/17 1587/10
1589/20 1589/21 1591/13 1591/25 1592/7
1592/7 1592/7 1593/11 1594/3 1594/23
1595/14 1596/12 1596/18 1599/3 1599/19
1600/7 1600/7 1604/1 1605/20 1606/5
1606/16 1608/6 1611/3 1611/13 1611/21
1613/14 1613/15 1613/16 1613/18 1613/22
1617/6 1617/18 1619/22 1619/25 1620/25
1623/21 1624/10 1624/16 1625/10 1625/11
1626/23 1628/12 1635/3 1635/23 1637/25
1638/3 1641/22 1643/11 1644/4 1644/10
1644/13 1644/17 1646/6 1646/10 1646/18
1647/3 1654/21 1657/16 1658/16 1660/9
1660/17 1662/9 1663/21 1666/25 1674/12
no. [1] 1600/8
no. 9 [1] 1600/8
nobody [1] 1434/2
nod [1] 1640/5
noncontextual [1] 1596/25
none [8] 1361/10 1419/4 1467/24 1467/25
1593/19 1641/6 1641/6 1641/7
nonexistent [2] 1377/25 1380/19
nonverbal [2] 1373/2 1378/14
norm [5] 1393/4 1393/7 1393/11 1397/4
1397/7

normal [5] 1373/1 1494/12 1515/18 1537/3
1671/2
normalize [2] 1649/9 1649/11
normally [2] 1351/24 1538/2
normed [4] 1435/8 1435/10 1435/11 1435/11
norming [2] 1435/14 1546/16
norms [6] 1374/6 1375/9 1381/19 1397/5
1397/8 1522/11
North [2] 1549/22 1580/24
North Carolina [2] 1549/22 1580/24
NOS [1] 1518/15
nose [1] 1440/23
not [566]
not to [1] 1672/1
notation [1] 1451/7
notations [1] 1449/24
note [10] 1345/10 1391/22 1418/25 1550/3
1563/21 1571/22 1582/21 1585/15 1623/19
1637/12
noted [7] 1365/4 1405/10 1518/21 1518/22
1588/4 1636/24 1648/11
notes [8] 1351/10 1367/25 1368/1 1478/22
1550/2 1582/15 1643/4 1648/25
nothing [10] 1367/2 1369/1 1369/15 1381/21
1388/9 1454/9 1542/15 1544/7 1545/18
1658/14
notice [1] 1432/18 1641/16
noticed [3] 1431/23 1514/23 1555/3
novel [2] 1430/13 1507/13
novelty [2] 1446/25 1447/13
November [7] 1511/8 1512/6 1512/25
1532/13 1532/14 1557/7 1582/17
November 14th of [1] 1512/6
November 17th [1] 1512/25
November 20th [2] 1532/14 1557/7
now [133] 1345/4 1345/5 1346/9 1349/19
1350/5 1352/12 1355/6 1355/15 1357/16
1357/16 1360/17 1360/23 1362/1 1362/14
1362/15 1370/12 1372/9 1374/10 1376/19
1381/8 1381/13 1382/19 1383/13 1384/8
1385/7 1386/5 1386/11 1388/21 1388/23
1389/3 1392/18 1392/25 1393/16 1395/5
1396/11 1396/19 1397/10 1399/21 1400/16
1400/23 1402/11 1403/9 1406/18 1409/1
1409/8 1410/19 1416/3 1416/4 1416/16
1419/23 1422/7 1427/1 1428/1 1429/20
1430/25 1434/18 1436/23 1439/24 1446/13
1446/24 1448/20 1449/24 1451/12 1455/21
1456/19 1457/1 1457/21 1460/24 1460/20
1463/4 1464/21 1467/21 1467/22 1468/2
1470/16 1471/11 1479/14 1482/2 1483/2
1483/13 1484/15 1486/13 1487/13 1487/15
1491/20 1492/7 1495/24 1496/8 1496/23
1497/1 1499/9 1504/11 1505/12 1506/21
1510/12 1514/20 1516/14 1517/23 1520/13
1520/19 1523/5 1527/18 1529/6 1530/16
1532/21 1532/23 1533/1 1533/10 1534/22
1536/11 1537/14 1560/8 1571/4 1580/24
1589/9 1621/15 1626/16 1635/20 1637/9
1638/25 1640/25 1641/12 1642/12 1642/22
1645/10 1649/15 1650/11 1652/17 1653/8
1660/12 1667/5 1668/24 1669/4
number [56] 1348/8 1348/18 1348/25
1349/12 1354/14 1355/22 1373/12 1380/23
1383/24 1384/2 1384/3 1389/9 1389/11
1394/2 1394/3 1394/6 1394/8 1394/12
1394/15 1403/21 1413/13 1415/16 1427/18
1428/6 1430/21 1440/6 1440/17 1443/8
1443/24 1444/7 1448/2 1448/3 1448/10
1449/10 1455/22 1485/18 1485/21 1486/4
1498/15 1498/19 1518/12 1518/13 1538/10
1539/19 1539/20 1555/20 1569/8 1573/12
1599/16 1611/9 1647/9 1648/8 1658/5
1665/23 1666/12 1669/14

Number-letter [1] 1428/6
numbered [1] 1348/19
numbers [22] 1347/3 1347/8 1358/3 1362/7
1413/5 1427/18 1427/20 1428/7 1428/15
1428/22 1453/10 1453/12 1549/11 1555/16
1574/19 1575/8 1576/7 1612/20 1621/19
1667/24 1667/25 1668/1
numerical [1] 1408/9
numerous [2] 1556/14 1618/7
nurses [1] 1601/22
nutrition [2] 1651/10 1651/22
NYU [2] 1373/20 1375/16

**O**

oath [2] 1346/2 1500/9
Ob [1] 1480/23
Ob-Gyn [1] 1480/23
object [10] 1356/2 1357/3 1357/8 1357/12
1357/14 1358/7 1358/13 1359/15 1652/15
1655/20
Objecting [1] 1362/15
objection [13] 1346/21 1346/24 1409/20
1479/12 1493/18 1499/3 1524/7 1524/20
1526/10 1526/11 1528/1 1644/7 1652/13
objective [1] 1658/11
observation [1] 1571/19
observations [13] 1373/13 1408/9 1418/16
1440/9 1450/20 1455/20 1456/1 1456/12
1527/17 1529/14 1529/21 1529/24 1654/21
observed [3] 1371/14 1618/2 1654/6
observing [3] 1369/21 1371/15 1529/22
obsolete [1] 1375/9
obtain [6] 1366/7 1367/8 1374/3 1630/7
1631/1 1632/23
obtained [6] 1373/11 1375/6 1383/4 1386/5
1386/15 1573/25
obvious [1] 1583/9
obviously [12] 1347/6 1350/5 1367/25
1369/1 1392/23 1409/8 1457/1 1517/18
1526/4 1581/10 1589/6 1651/7
occasion [3] 1508/14 1525/8 1599/11
occasional [1] 1512/2
occasionally [1] 1512/22
occasions [4] 1373/12 1511/16 1513/10
1558/3
occupation [1] 1478/13
occur [5] 1503/12 1505/19 1520/17 1520/22
1642/11
occurrence [2] 1583/24 1584/3
occurring [2] 1519/21 1520/3
occurs [3] 1522/21 1561/3 1574/16
October [1] 1372/23
October 2003 [1] 1372/23
odd [1] 1404/17
off [22] 1347/15 1402/14 1404/16 1444/7
1444/7 1447/13 1454/15 1454/17 1456/22
1464/16 1471/7 1473/2 1477/15 1497/8
1509/12 1527/22 1540/19 1571/14 1571/20
1572/23 1597/16 1608/4
offense [3] 1644/1 1645/11 1646/1
offer [3] 1409/9 1409/11 1524/10
offered [1] 1353/3
offering [2] 1368/10 1524/14
office [23] 1343/22 1344/1 1345/18 1374/21
1376/1 1495/19 1557/25 1577/14 1610/7
1610/11 1610/14 1610/22 1611/5 1611/11
1611/19 1611/22 1611/25 1612/1 1612/7
1630/22 1630/23 1630/24 1632/16
officers [4] 1502/3 1549/16 1549/19 1553/24
offices [1] 1495/15
offset [1] 1452/3
often [34] 1372/6 1385/24 1391/24 1404/14
1404/23 1431/7 1432/21 1438/10 1492/11
1509/4 1509/5 1509/14 1517/6 1522/2 1536/4

**often...** [19] 1537/1 1539/9 1563/18 1564/11
1565/20 1567/18 1584/5 1584/22 1596/5
1611/17 1628/18 1634/2 1634/7 1641/20
1642/4 1643/21 1645/20 1649/6 1650/21
**oh** [19] 1381/22 1385/17 1395/10 1396/1
1411/21 1507/16 1512/11 1532/5 1543/15
1545/6 1556/19 1570/24 1613/14 1613/16
1613/18 1616/8 1627/1 1654/17 1673/3
**Ohio** [1] 1493/1
**okay** [229] 1346/14 1348/20 1349/14
1350/14 1351/6 1352/11 1353/15 1353/22
1354/21 1355/20 1357/18 1357/23 1358/23
1360/17 1360/23 1363/17 1364/18 1364/22
1365/16 1367/11 1370/6 1371/13 1371/17
1371/18 1372/6 1373/9 1374/10 1381/3
1381/5 1382/23 1384/8 1384/13 1384/14
1387/21 1388/18 1389/18 1391/8 1392/3
1392/12 1392/25 1395/3 1397/2 1398/21
1399/11 1401/9 1402/17 1402/17 1403/9
1404/15 1407/8 1407/9 1407/17 1408/18
1410/6 1412/1 1412/5 1413/5 1413/22
1414/25 1417/19 1418/18 1425/7 1430/24
1434/17 1438/5 1440/14 1441/7 1444/16
1444/18 1445/13 1445/20 1460/2 1461/5
1462/13 1462/21 1463/3 1464/19 1465/4
1467/5 1468/13 1469/15 1470/9 1473/17
1475/8 1475/15 1476/11 1477/3 1477/25
1478/24 1483/21 1484/14 1484/25 1488/19
1489/6 1489/13 1489/20 1490/23 1491/4
1494/15 1495/3 1495/14 1495/20 1496/2
1496/7 1496/13 1496/20 1496/24 1497/3
1497/9 1497/15 1499/13 1508/9 1510/22
1513/5 1524/14 1527/7 1534/4 1545/2 1545/7
1546/18 1546/24 1548/10 1548/11 1551/15
1553/18 1554/1 1555/1 1555/9 1555/13
1556/4 1556/25 1557/8 1557/17 1558/5
1560/24 1561/4 1561/23 1562/7 1562/9
1562/21 1564/1 1565/3 1566/23 1567/25
1568/5 1569/10 1571/3 1572/12 1572/25
1573/24 1574/7 1574/14 1574/18 1575/7
1576/15 1578/14 1579/20 1580/10 1581/12
1582/12 1583/25 1585/6 1585/16 1585/20
1585/20 1586/12 1587/18 1589/22 1591/8
1591/23 1592/3 1592/4 1592/14 1592/18
1595/10 1595/15 1595/23 1597/10 1598/5
1600/21 1602/1 1603/1 1603/7 1605/2
1605/13 1607/6 1607/16 1609/23 1610/5
1610/20 1612/13 1613/12 1614/7 1614/18
1615/23 1616/2 1616/15 1616/17 1617/16
1623/9 1624/14 1625/19 1626/5 1627/4
1629/19 1632/19 1633/15 1634/13 1636/14
1639/19 1640/2 1641/7 1642/12 1647/16
1654/2 1654/17 1655/9 1656/10 1656/16
1657/11 1657/13 1657/24 1658/17 1660/12
1671/1 1671/7 1672/6 1673/14 1674/10
**old** [22] 1350/9 1423/4 1459/13 1459/16
1539/6 1539/6 1600/4 1600/4 1600/4 1600/4
1600/5 1600/5 1600/7 1600/7 1600/8 1600/8
1601/6 1601/8 1601/9 1640/3 1641/17
1651/20
**older** [8] 1513/14 1513/14 1514/12 1522/16
1531/20 1532/6 1539/6 1563/19
**Olley** [11] 1458/3 1458/9 1502/12 1559/1
1559/4 1573/8 1578/24 1587/19 1589/8
1660/22 1666/8
**Olley's** [3] 1460/4 1462/22 1462/23
**Omaha** [1] 1482/15
**Omar** [2] 1539/21 1540/15
**omnibus** [1] 1453/18
**once** [10] 1430/8 1430/13 1508/20 1508/20
1509/19 1532/8 1593/20 1608/1 1633/19
1633/21

**one** [185] 1346/10 1347/8 1353/7 1358/21
1364/1 1365/20 1365/21 1366/9 1366/13
1366/19 1366/22 1366/22 1366/25 1367/12
1367/25 1370/16 1371/9 1371/10 1371/10
1376/4 1377/13 1380/12 1380/23 1382/25
1384/16 1384/18 1385/13 1386/2 1387/4
1388/3 1389/5 1389/5 1389/6 1398/1 1398/9
1398/12 1401/6 1403/24 1405/21 1410/18
1410/20 1410/22 1411/16 1413/13 1414/25
1416/3 1416/13 1421/20 1422/10 1422/20
1423/17 1425/5 1425/10 1425/13 1427/15
1427/20 1428/4 1428/19 1429/15 1430/4
1430/5 1432/8 1432/10 1432/11 1434/18
1436/6 1440/4 1441/2 1450/11 1451/18
1453/11 1454/6 1455/13 1459/2 1460/24
1461/8 1463/10 1465/17 1467/19 1468/17
1469/17 1470/4 1470/19 1475/9 1487/10
1487/25 1492/13 1502/11 1503/15 1505/24
1507/1 1508/4 1508/5 1508/13 1509/7
1514/10 1514/16 1515/12 1516/6 1521/5
1523/13 1524/3 1524/22 1525/23 1525/8
1526/4 1527/6 1530/12 1530/20 1531/2
1532/19 1535/18 1535/18 1535/19 1536/25
1538/10 1539/20 1541/21 1543/3 1546/19
1550/17 1556/21 1566/11 1569/18 1571/25
1574/5 1574/19 1574/20 1575/14 1578/1
1580/22 1581/23 1582/24 1586/3 1586/4
1587/11 1590/14 1593/4 1594/10 1597/14
1599/10 1599/15 1609/19 1615/11 1616/12
1616/13 1616/15 1623/23 1624/18 1624/23
1628/3 1628/8 1636/1 1636/15 1639/13
1640/8 1640/17 1640/17 1641/15 1645/1
1645/14 1648/1 1648/12 1649/1 1649/2
1653/15 1653/15 1653/16 1658/22 1661/23
1662/10 1662/23 1663/1 1663/14 1664/6
1664/11 1664/24 1665/14 1667/8 1667/9
1667/10 1667/20 1668/21 1670/7 1672/18
**one's** [5] 1385/21 1416/1 1432/11 1541/23
1570/7
**one-to-one** [1] 1640/17
**ones** [12] 1365/4 1365/22 1385/5 1397/21
1405/20 1484/8 1539/22 1619/12 1626/9
1630/24 1631/6 1665/5
**ongoing** [2] 1482/10 1597/7
**only** [47] 1346/10 1348/15 1349/1 1353/6
1362/7 1362/11 1363/7 1363/7 1389/6 1393/6
1393/9 1404/8 1413/14 1422/21 1423/24
1424/6 1424/8 1440/24 1458/19 1467/21
1468/3 1486/24 1491/15 1492/13 1497/25
1498/3 1506/10 1516/15 1516/16 1517/19
1531/14 1533/10 1587/16 1591/22 1592/21
1599/10 1599/15 1609/16 1617/7 1617/13
1624/5 1624/22 1626/9 1629/25 1660/25
1662/2 1672/3
**onset** [7] 1487/10 1489/8 1489/11 1569/23
1575/23 1575/25 1631/4
**onward** [1] 1652/12
**open** [9] 1345/1 1345/2 1437/16 1473/23
1477/2 1495/16 1500/3 1532/18 1550/6
**open-ended** [1] 1473/23
**opened** [1] 1500/19
**operating** [1] 1367/4
**operation** [1] 1449/14
**opinion** [23] 1413/22 1414/1 1414/3 1414/7
1473/8 1503/7 1510/7 1510/11 1515/22
1532/2 1536/18 1537/23 1542/3 1542/4
1543/23 1544/1 1546/3 1546/4 1555/11
1564/8 1564/10 1567/22 1569/25
**opinions** [11] 1467/15 1468/4 1511/4 1518/1
1521/17 1537/21 1543/13 1544/4 1544/5
1544/5 1544/8
**opportunities** [1] 1615/8
**opportunity** [11] 1531/17 1531/18 1531/22
1531/24 1536/19 1536/20 1567/11 1614/19

1614/23 1615/3 1615/19
1620/3 1636/11 1653/24 1667/1
**opposing** [3] 1476/7 1476/11 1476/11
**opposite** [11] 1376/19 1376/20 1378/4
1394/5 1432/21 1448/13 1565/20 1593/12
1641/18 1646/11 1665/21
**oppositional** [20] 1518/12 1518/23 1519/3
1519/22 1520/1 1566/11 1566/15 1566/20
1567/1 1567/3 1567/5 1567/8 1568/2 1584/25
1639/1 1639/25 1640/11 1640/23 1641/19
1641/23
**optimum** [1] 1503/25
**options** [5] 1431/15 1515/24 1634/1 1653/9
1662/2
**or 70** [1] 1668/12
**oral** [2] 1407/10 1408/3
**orange** [1] 1612/14
**oranges** [1] 1461/25
**orchestrate** [1] 1593/10
**order** [19] 1374/14 1390/2 1391/3 1419/21
1427/19 1427/20 1427/25 1430/12 1445/18
1475/13 1481/21 1504/9 1537/5 1537/11
1537/11 1610/16 1633/11 1667/9 1668/20
**ordering** [1] 1549/1
**organization** [7] 1351/2 1372/19 1382/7
1401/8 1484/17 1485/17 1632/9
**organizations** [2] 1488/6 1584/22
**organize** [2] 1505/12 1505/15
**organized** [5] 1350/3 1350/15 1405/9
1412/10 1521/8
**organizing** [1] 1405/13
**oriented** [1] 1640/7
**original** [1] 1394/9
**originally** [1] 1404/12
**Osterrieth** [5] 1401/9 1401/10 1401/11
1401/12 1405/11
**other** [150] 1346/10 1346/17 1352/13
1355/15 1357/11 1360/13 1362/2 1365/2
1365/2 1366/15 1366/15 1374/9 1374/14
1380/20 1382/21 1383/9 1384/4 1384/5
1385/21 1385/25 1389/25 1401/24 1403/7
1404/18 1409/16 1410/8 1413/21 1414/5
1416/13 1419/18 1419/20 1425/13 1425/15
1425/21 1428/9 1430/14 1432/3 1436/6
1436/10 1436/12 1439/21 1444/2 1444/19
1446/9 1452/1 1452/5 1452/9 1452/10
1452/13 1457/25 1458/4 1458/21 1458/24
1470/11 1470/13 1471/15 1472/4 1473/18
1476/6 1486/11 1488/6 1491/16 1494/14
1506/7 1506/13 1508/23 1508/25 1510/16
1511/22 1512/9 1515/20 1515/22 1515/24
1520/2 1521/8 1521/10 1521/12 1525/22
1527/8 1531/6 1531/6 1531/7 1531/10
1531/10 1534/2 1535/14 1535/19 1540/7
1542/8 1542/16 1542/17 1543/1 1543/2
1543/8 1544/11 1545/14 1546/21 1551/17
1552/13 1553/6 1555/20 1558/5 1558/8
1560/2 1566/1 1566/25 1567/15 1572/17
1572/18 1574/3 1581/25 1583/21 1585/1
1586/18 1588/3 1588/16 1588/16 1593/13
1597/21 1599/16 1600/15 1603/13 1625/3
1625/11 1625/21 1625/23 1630/2 1631/2
1631/13 1632/18 1635/1 1636/6 1636/7
1636/9 1636/15 1640/9 1641/22 1644/14
1647/5 1649/9 1649/13 1649/22 1652/2
1652/5 1653/16 1653/22 1661/3 1663/6
1666/2 1672/4
**others** [11] 1366/3 1373/13 1412/24 1412/25
1413/24 1440/10 1440/18 1471/10 1502/12
1503/2 1531/25 1552/20 1596/3 1635/11
1646/17 1652/1 1662/11
**otherwise** [7] 1399/8 1547/25 1563/13
1598/14 1663/4 1663/4 1669/11
**our** [18] 1345/18 1347/8 1407/5 1411/17

**Q**

our... [14] 1488/10 1492/7 1525/6 1630/19
1631/7 1631/7 1640/2 1660/6 1663/10
1663/13 1665/14 1668/2 1670/17 1672/15
out [124] 1347/9 1348/14 1348/15 1349/8
1353/23 1354/1 1354/2 1361/3 1361/6 1361/7
1367/6 1388/5 1388/7 1388/16 1389/5
1389/12 1390/1 1402/1 1406/15 1425/23
1427/16 1427/23 1428/3 1428/9 1430/8
1430/8 1430/10 1430/18 1430/20 1430/23
1431/20 1440/14 1452/9 1454/4 1456/6
1458/4 1458/17 1458/20 1458/24 1461/8
1462/6 1470/8 1471/9 1476/3 1479/15 1487/2
1487/3 1488/15 1492/1 1495/16 1496/8
1498/24 1501/11 1508/24 1513/9 1513/16
1514/19 1517/5 1519/1 1520/14 1522/19
1525/4 1525/5 1525/12 1526/16 1526/22
1527/5 1527/7 1527/8 1530/6 1531/21 1538/7
1538/8 1540/16 1541/2 1541/16 1546/25
1551/10 1552/4 1552/7 1552/25 1553/7
1553/20 1553/21 1560/2 1560/15 1560/19
1561/20 1567/9 1574/4 1576/19 1576/23
1577/1 1577/2 1577/20 1579/9 1579/23
1586/9 1589/10 1589/11 1589/19 1591/1
1591/23 1593/2 1593/4 1615/2 1622/1
1627/25 1631/17 1631/22 1634/5 1634/8
1634/22 1635/17 1637/7 1647/12 1649/15
1650/24 1654/23 1662/18 1663/5 1663/14
1663/16 1667/18
out-of-court [5] 1526/16 1526/22 1527/5
1527/7 1527/8
outcome [1] 1473/5
outcomes [1] 1352/19
outdated [1] 1374/6
outfit [1] 1588/12
outlier [2] 1666/18 1666/19
outlined [1] 1490/24
outlines [1] 1502/6
outside [5] 1475/9 1545/18 1645/8 1647/13
1661/21
over [46] 1404/6 1424/10 1430/17 1430/17
1430/17 1430/17 1437/11 1446/9 1447/5
1448/1 1502/11 1507/14 1508/20 1509/2
1530/22 1531/15 1542/12 1542/12 1552/10
1552/14 1552/24 1553/21 1555/21 1558/16
1577/14 1577/19 1579/22 1581/20 1588/23
1594/15 1610/17 1629/3 1630/20 1630/24
1633/22 1633/24 1637/5 1638/22 1643/14
1646/20 1653/15 1653/17 1653/18 1662/21
1662/22 1666/17
overall [14] 1365/7 1366/13 1366/22 1370/2
1377/14 1400/25 1412/21 1415/11 1419/21
1433/23 1434/4 1447/20 1449/9 1451/22
overarching [2] 1405/12 1441/11
overcome [1] 1666/14
overcomes [1] 1669/11
overestimate [1] 1449/21
overlapping [1] 1470/4
overlearned [2] 1385/19 1385/22
oversaw [1] 1629/10
overshadowing [8] 1491/15 1491/21 1491/23
1492/9 1492/15 1514/9 1514/9 1515/12
overstate [1] 1509/5
overstatement [1] 1585/9
Overview [1] 1415/2
overwhelming [1] 1664/3
overwhelmingly [1] 1662/14
overworked [1] 1582/11
own [20] 1380/13 1414/2 1422/17 1423/24
1425/3 1444/2 1472/4 1472/12 1502/25
1509/10 1541/23 1548/2 1601/10 1616/24
1622/1 1631/7 1647/22 1655/21 1656/22
1668/8

**P**

P-o-l-l-o-w-a-y [1] 1486/21
P.C [1] 1343/19
p.m [3] 1500/2 1544/23 1545/8
P9 [2] 1563/1 1581/12
Pacific [1] 1480/25
paddy [2] 1541/12 1542/10
page [105] 1350/2 1350/3 1355/19 1356/4
1359/15 1359/18 1360/4 1362/6 1362/7
1363/11 1366/4 1366/8 1370/16 1373/9
1376/24 1376/8 1377/3 1377/4 1378/10
1379/4 1386/8 1389/3 1395/20 1396/7
1405/21 1415/16 1417/14 1417/17 1420/6
1420/8 1420/10 1421/10 1422/25 1426/2
1427/17 1431/17 1432/1 1432/3 1437/16
1438/6 1438/23 1438/24 1442/14 1458/11
1463/17 1463/21 1463/23 1463/23 1464/12
1464/21 1465/24 1466/1 1466/4 1467/21
1468/15 1476/1 1477/1 1499/17 1507/6
1510/15 1510/19 1510/20 1521/19 1532/4
1542/18 1557/15 1557/15 1559/24 1560/7
1560/9 1560/17 1571/3 1573/4 1573/11
1582/18 1585/23 1585/24 1591/16 1591/17
1591/24 1592/6 1592/12 1593/6 1593/11
1593/18 1593/20 1593/24 1593/25 1594/2
1594/6 1594/11 1594/12 1597/22 1604/11
1619/14 1639/6 1639/10 1639/18 1639/24
1641/1 1641/1 1641/16 1642/22 1648/25
1675/2
Page 124 [1] 1438/23
Page 126 [1] 1437/16
Page 15 [1] 1582/18
Page 17 [3] 1463/21 1585/23 1585/24
Page 18 [2] 1463/17 1597/22
Page 20 [1] 1464/12
Page 21 [2] 1464/21 1573/4
Page 3 [1] 1557/15
Page 41 [2] 1463/23 1463/23
Page 435 [1] 1571/3
Page 449 [1] 1465/24
Page 47 [4] 1559/24 1560/7 1560/9 1560/17
Page 51 [2] 1466/1 1466/4
Page 6 [2] 1442/14 1468/15
Page 9 [1] 1467/21
pages [4] 1368/1 1427/19 1634/14 1659/11
pain [4] 1515/17 1515/19 1515/19 1515/21
paired [2] 1406/4 1406/4
Palace [1] 1398/1
paper [3] 1355/25 1427/20 1427/24
papers [1] 1573/18
paperwork [1] 1624/19
paragraph [11] 1348/4 1348/5 1415/2
1415/3 1415/5 1417/11 1417/12 1417/19
1417/23 1582/19 1585/24
paragraphs [1] 1390/1
paralegal [5] 1344/8 1344/9 1345/18 1512/1
1514/22
paraphrasic [5] 1585/25 1586/6 1586/8
1586/10 1586/10
pardon [1] 1561/5
parenthetical [1] 1360/18
parents [1] 1652/1
part [42] 1349/12 1351/1 1351/4 1355/13
1356/1 1357/3 1358/2 1362/10 1372/3 1375/4
1382/11 1388/10 1396/14 1400/20 1401/12
1401/17 1402/21 1412/12 1414/7 1420/2
1431/14 1435/14 1441/3 1464/24 1483/1
1483/2 1486/25 1489/17 1490/9 1492/6
1497/22 1540/22 1553/25 1579/14 1602/6
1604/9 1604/10 1614/17 1642/8 1657/12
1668/2 1672/12
participate [1] 1615/8
participation [1] 1648/1

**P**

particular [31] 1354/11 1357/2 1366/20
1373/4 1386/3 1395/6 1406/15 1414/17
1419/1 1420/2 1420/14 1432/4 1445/6
1447/22 1454/8 1454/9 1463/14 1464/20
1464/22 1482/7 1482/7 1486/6 1486/21
1486/24 1524/25 1543/16 1544/1 1544/15
1576/1 1626/2 1669/15
particularize [1] 1533/16
particularly [26] 1369/11 1427/12 1448/17
1450/22 1490/17 1503/9 1509/15 1512/4
1515/2 1522/14 1522/16 1522/18 1530/22
1538/16 1539/19 1598/2 1600/8 1600/9
1601/2 1601/3 1620/14 1633/24 1647/4
1649/14 1650/18 1669/23
particulars [1] 1598/20
parties [4] 1533/11 1629/23 1630/8 1670/6
parts [1] 1487/25
past [6] 1361/24 1491/24 1554/24 1559/1
1589/8 1597/25
pat [1] 1538/13
paternal [3] 1511/13 1511/25 1513/11
patient [8] 1483/3 1483/5 1483/6 1508/1
1640/7 1640/14 1640/15 1640/16
patients [9] 1494/7 1494/10 1495/5 1495/6
1495/8 1495/9 1495/10 1495/19 1624/25
Patricia [2] 1511/25 1512/20
pattern [10] 1416/13 1416/15 1419/12
1421/20 1433/19 1465/9 1506/19 1645/25
1646/5 1664/22
patterns [5] 1417/24 1418/1 1441/4 1572/2
1648/1
Patterson [11] 1518/5 1518/21 1521/21
1566/13 1591/19 1599/15 1633/18 1670/17
1670/22 1670/24 1672/6
Patterson's [4] 1518/7 1599/7 1599/9
1599/20
Patton [1] 1486/21
PCI [1] 1439/1
peanut [1] 1651/14
pediatrics [1] 1481/14
peers [2] 1438/14 1641/17
penalty [24] 1374/22 1374/24 1376/2 1473/6
1483/16 1486/19 1486/23 1487/3 1488/17
1489/7 1492/21 1495/25 1497/23 1498/5
1498/9 1498/17 1498/20 1498/25 1571/7
1624/4 1637/24 1643/10 1654/13 1654/15
pencil [1] 1427/19 1427/24
pencil-and-paper [1] 1427/24
pending [2] 1484/6 1484/7
Pennsylvania [2] 1513/4 1513/13
people [114] 1350/22 1350/23 1371/25
1376/17 1380/24 1389/20 1391/20 1391/24
1399/1 1404/23 1413/24 1415/6 1416/6
1418/23 1432/13 1432/17 1435/3 1435/19
1436/10 1437/7 1444/19 1445/5 1483/10
1492/5 1495/16 1497/25 1498/15 1508/21
1509/14 1511/2 1512/9 1517/6 1520/18
1521/11 1523/11 1524/3 1531/10 1533/24
1536/4 1536/25 1539/7 1545/14 1547/2
1549/14 1550/24 1551/2 1553/4 1553/6
1553/13 1553/15 1556/17 1558/9 1564/11
1565/19 1566/24 1583/11 1583/20 1583/22
1584/2 1584/4 1584/9 1584/11 1584/13
1584/20 1584/23 1586/21 1586/25 1587/1
1588/24 1588/25 1589/18 1592/22 1592/24
1593/14 1593/16 1594/14 1594/20 1594/25
1595/12 1596/12 1600/12 1600/18 1614/8
1614/13 1619/7 1628/18 1630/24 1634/1
1635/20 1636/7 1636/9 1642/7 1645/19
1647/1 1647/5 1647/13 1648/7 1648/16
1649/3 1649/12 1649/15 1649/16 1649/18
1649/19 1649/21 1650/2 1650/8 1650/12
1650/13 1650/24 1652/2 1652/4 1652/5
1653/23

**P**

percent [13]  1395/16 1395/16 1408/3
1411/10 1483/5 1484/11 1484/13 1496/22
1496/23 1648/13 1648/14 1649/2 1657/18
percentage [1]  1484/2
percentile [10]  1385/10 1390/20 1392/2
1392/17 1395/22 1406/7 1407/3 1407/16
1408/4 1584/18
perception [1]  1543/10
perceptional [1]  1372/19
perceptual [1]  1468/21
Perfect [1]  1346/16
perfectly [3]  1524/13 1618/16 1618/20
perform [3]  1392/13 1647/11 1661/25
performance [73]  1354/15 1355/9 1360/21
1365/7 1372/12 1376/6 1376/15 1377/12
1377/14 1377/15 1377/18 1377/20 1377/21
1377/24 1378/2 1378/11 1378/20 1379/1
1379/12 1379/21 1380/2 1380/5 1380/8
1380/19 1380/21 1380/25 1393/8 1399/17
1399/17 1400/4 1400/5 1416/18 1416/19
1418/13 1419/6 1419/20 1421/5 1421/20
1421/25 1423/15 1428/10 1429/21 1430/7
1432/20 1433/15 1433/19 1434/13 1436/3
1436/3 1438/12 1438/14 1441/5 1446/7
1447/7 1447/11 1447/19 1448/18 1449/15
1449/16 1458/22 1459/3 1459/4 1459/7
1459/15 1461/23 1462/2 1462/3 1463/14
1464/2 1572/2 1642/23 1669/19 1669/21
performed [7]  1403/16 1453/11 1454/1
1562/10 1624/19 1661/21 1661/22
performing [1]  1450/14
performs [2]  1372/7 1453/23
perhaps [11]  1364/15 1492/12 1501/24
1505/17 1516/18 1531/15 1589/8 1590/24
1592/23 1594/7 1616/21
period [15]  1487/11 1489/8 1506/20 1507/14
1507/15 1512/5 1519/11 1524/12 1529/9
1531/1 1531/14 1544/19 1544/20 1581/20
1600/10
periods [6]  1522/19 1598/2 1598/19 1599/18
1634/19 1634/20
permission [1]  1659/3
permitted [1]  1615/8
perseverances [7]  1393/22 1393/25 1394/4
1394/6 1394/10 1410/20 1410/21
persistence [1]  1638/7
person [61]  1354/5 1364/4 1365/13 1370/25
1372/4 1372/7 1397/13 1399/24 1404/1
1404/15 1431/10 1439/22 1440/1 1450/14
1480/9 1486/2 1501/24 1510/9 1524/22
1524/23 1526/17 1528/17 1531/4 1547/15
1547/15 1561/16 1561/17 1562/3 1569/7
1576/21 1578/11 1579/17 1584/24 1585/2
1585/3 1587/24 1588/7 1593/12 1593/22
1593/23 1594/4 1594/23 1595/5 1595/14
1598/24 1598/24 1601/2 1607/19 1611/6
1614/23 1616/5 1616/10 1618/16 1619/3
1628/6 1645/7 1646/15 1653/5 1657/6 1661/8
1671/13
person -- I'm [1]  1562/3
person's [7]  1412/20 1439/20 1446/6
1466/15 1504/4 1527/10 1619/3
person's functioning [1]  1412/20
personal [2]  1605/2 1606/14
personality [13]  1518/17 1556/11 1556/12
1568/11 1568/16 1568/19 1568/21 1568/22
1568/24 1568/24 1569/1 1569/9 1627/8
personnel [1]  1502/3
persons [3]  1520/6 1602/2 1645/7
pervasive [5]  1366/7 1366/22 1367/1 1367/8
1367/22
PET [1]  1516/8 1516/10 1516/14

pharmacy [1]  1601/10
phase [11]  1552/17
phenomenon [3]  1491/23 1492/16 1597/2
phone [7]  1555/7 1555/10 1577/9 1577/11
1596/8 1596/11 1603/24
phonological [1]  1433/17
physical [5]  1477/23 1480/6 1491/25
1597/23 1598/4
physically [2]  1450/12 1588/14
physician [4]  1478/14 1481/6 1508/16
1628/3
pick [4]  1390/1 1435/4 1436/9 1564/25
picked [3]  1389/4 1389/9 1497/24
picking [2]  1601/7 1601/10
picture [9]  1355/4 1372/4 1389/9 1389/12
1419/21 1431/20 1443/25 1519/11 1654/23
pictures [6]  1389/5 1397/10 1397/13 1400/13
1431/18 1431/18
pie [1]  1440/22
piece [4]  1355/25 1360/15 1543/16 1544/2
pieces [1]  1353/21
piechart [2]  1411/14 1411/19
place [4]  1354/3 1358/21 1428/23 1669/1
placed [6]  1572/21 1653/2 1653/8 1653/10
1653/17 1669/10
placement [1]  1640/15
places [5]  1357/11 1527/4 1638/14 1650/17
1665/4
placing [2]  1529/23 1644/11
plan [2]  1350/23 1453/19
planned [1]  1368/23
planning [7]  1350/4 1350/16 1350/24 1351/2
1382/7 1382/17 1429/12
plans [2]  1429/14 1582/21
play [5]  1353/1 1361/19 1361/25 1446/21
1452/1 1507/2 1529/23 1634/13 1634/15
1634/24
played [1]  1511/22
playing [1]  1648/10
Plaza [3]  1343/4 1343/15 1344/12
please [16]  1345/10 1345/19 1433/7 1437/2
1455/23 1476/7 1477/3 1477/6 1477/10
1477/17 1477/25 1500/4 1545/4 1545/21
1572/15 1606/5
plenty [1]  1533/17
plug [1]  1439/14
point [60]  1349/9 1350/11 1355/15 1361/18
1364/7 1364/9 1365/21 1367/17 1371/17
1371/19 1372/22 1413/19 1434/18 1442/18
1449/9 1455/18 1459/8 1461/7 1471/7 1473/2
1479/10 1482/2 1482/23 1482/24 1498/4
1504/4 1504/14 1505/22 1507/2 1516/1
1516/5 1525/5 1530/12 1533/7 1538/8
1542/6 1554/8 1567/10 1568/9 1568/18
1571/19 1588/2 1596/5 1607/17 1608/4
1622/20 1631/21 1633/18 1639/16 1643/10
1645/14 1650/18 1660/2 1661/5 1663/7
1663/18 1664/19 1665/19 1667/11 1669/5
pointed [3]  1372/22 1461/8 1663/5
pointing [2]  1367/6 1666/14
points [14]  1349/2 1377/13 1377/14 1377/16
1377/21 1447/11 1447/11 1447/19 1451/16
1451/20 1464/15 1526/14 1669/19 1669/20
police [2]  1541/11 1541/17
policemen [1]  1541/1 1542/7 1542/8
policy [2]  1490/9 1632/12
Polk [1]  1559/9
Polloway [1]  1486/20
polysyllabic [1]  1587/12
poor [10]  1370/22 1394/20 1408/4 1424/21
1425/24 1428/11 1440/6 1640/4 1651/9
1651/22
poorly [12]  1396/21 1396/23 1397/1 1406/24
1407/15 1428/5 1432/18 1453/11 1453/23

1454/1 1608/19 1646/20
pop [3]  1355/17
Popp [23]  1347/16 1347/18 1347/20 1349/4
1349/9 1351/8 1351/13 1351/15 1351/17
1352/15 1352/18 1353/17 1365/18 1365/25
1365/25 1503/21 1575/5 1576/19 1576/21
1577/25 1579/5 1590/3 1623/21
Popp's [7]  1353/24 1353/24 1361/4 1361/7
1470/4 1578/4 1578/4
population [7]  1378/19 1378/22 1483/3
1483/5 1483/7 1502/1 1522/1
populations [2]  1420/23 1435/9
portion [1]  1608/20
portions [2]  1485/4 1485/5
poses [1]  1585/2
position [8]  1508/8 1508/9 1508/12 1522/22
1526/21 1547/10 1593/10 1625/22
positive [1]  1607/3
posits [1]  1541/21
possibilities [1]  1492/14
possibility [2]  1348/5 1636/23
possible [13]  1380/4 1391/16 1391/18
1431/20 1505/6 1508/20 1509/10 1515/12
1539/14 1566/12 1572/8 1625/16 1663/15
post [2]  1533/5 1556/7
post-report [1]  1533/5
posting [1]  1576/8
posttraumatic [1]  1520/21
potential [25]  1353/8 1365/11 1365/13
1365/19 1365/23 1366/9 1367/4 1367/14
1367/23 1367/24 1368/25 1369/6 1369/9
1369/19 1373/3 1374/15 1452/3 1452/8
1452/9 1472/24 1515/22 1516/3 1519/20
1535/4 1608/25
potentially [2]  1428/2 1614/15
potentials [1]  1480/9
potion [1]  1608/17
pour [5]  1505/6 1505/7 1505/8 1505/8
1505/9
powerful [1]  1418/1
PowerPoint [3]  1433/3 1478/25 1479/4
practical [1]  1449/8
practice [71]  1360/9 1361/19 1361/25
1366/20 1399/15 1412/15 1419/16 1446/16
1444/14 1446/14 1446/15 1446/20 1446/22
1446/23 1446/23 1447/9 1447/19 1447/22
1448/6 1448/13 1449/15 1451/14 1451/15
1451/20 1451/25 1452/2 1452/6 1452/11
1452/13 1473/14 1480/6 1481/19 1483/1
1483/2 1483/6 1483/13 1485/2 1485/3
1489/22 1490/13 1491/3 1494/3 1494/5
1494/19 1497/5 1497/5 1500/24 1501/15
1506/23 1507/2 1507/6 1507/11 1510/7
1570/23 1572/9 1623/10 1624/8 1624/24
1625/2 1625/3 1625/7 1625/7 1648/16 1665/8
1665/25 1666/1 1666/3 1666/8 1666/11
1669/17
practiced [1]  1530/25
practices [3]  1501/11 1502/6 1502/7
practicing [2]  1360/6 1481/25
practitioner [1]  1481/4
practitioners [2]  1490/15 1517/17
precursor [1]  1568/15
predecessors [1]  1484/22
predictable [1]  1368/10
prediction [1]  1516/2
predictions [1]  1649/4
preface [1]  1538/1
prefer [1]  1476/10
prejudice [1]  1670/11
premorbid [1]  1399/17
prepared [2]  1623/11 1674/3
preponderance [3]  1660/18 1663/22 1667/2
Presbyterian [1]  1481/1

**P**

preschool [1]  1514/20
prescribed [4]  1516/25 1517/1 1600/18 1600/24
prescription [1]  1601/7
presence [2]  1476/3 1561/21
present [5]  1344/6 1345/2 1500/3 1634/2 1672/22
presentation [4]  1530/5 1660/15 1661/15 1670/13
presented [3]  1547/3 1654/10 1670/8
preservations [2]  1394/24 1395/1
president [1]  1498/18
presiding [1]  1345/5
press [2]  1487/13 1496/5
presumably [1]  1369/24 1630/23
presumption [2]  1625/12 1625/14
pretty [18]  1382/25 1385/2 1396/21 1485/5 1502/20 1504/3 1514/20 1563/19 1574/4 1583/6 1583/9 1588/7 1596/3 1598/8 1598/10 1605/8 1605/10 1664/13
prevalence [2]  1378/13 1522/2
prevents [1]  1642/9
previous [8]  1351/21 1351/25 1361/9 1361/12 1378/12 1418/2 1598/1 1598/4
previously [1]  1447/1
PRI [1]  1439/1
primarily [5]  1468/25 1502/13 1512/24 1522/8 1581/25
primary [3]  1397/7 1518/17 1534/3 1572/1 1644/11 1665/4 1669/1
primer [1]  1481/18
principal [1]  1565/24
principle [2]  1387/16 1430/9
print [1]  1487/15
prior [5]  1377/3 1431/14 1451/13 1451/19 1598/15
prison [10]  1502/2 1586/16 1588/5 1588/7 1588/12 1589/5 1589/15 1592/12 1593/15 1652/10
private [1]  1624/8
probably [21]  1365/19 1480/13 1484/12 1494/9 1504/24 1515/9 1521/1 1534/22 1558/14 1569/6 1573/12 1574/13 1584/10 1587/24 1593/7 1622/20 1670/25 1671/2 1671/12 1671/22 1673/13
problem [27]  1386/19 1390/13 1408/12 1412/9 1454/5 1471/1 1472/24 1515/25 1527/6 1527/9 1527/10 1527/18 1532/22 1539/15 1588/17 1589/1 1589/7 1600/11 1602/17 1602/18 1603/15 1611/8 1622/12 1637/3 1637/6 1637/16 1666/23
problematic [4]  1365/5 1471/1 1524/20 1638/24
problems [28]  1391/1 1412/25 1425/13 1428/3 1428/9 1444/12 1449/23 1468/25 1477/24 1480/8 1503/10 1552/13 1564/6 1564/20 1564/25 1585/1 1587/10 1587/21 1587/25 1588/3 1588/21 1595/1 1595/6 1635/10 1635/11 1635/12 1646/22 1650/22
procedural [2]  1433/17 1464/23
procedure [1]  1409/20
proceed [1]  1478/7
proceedings [6]  1344/15 1544/24 1545/3 1571/7 1572/18 1674/15
process [7]  1382/5 1435/14 1488/18 1509/18 1509/19 1533/6 1663/17
processes [1]  1468/17
processing [3]  1442/23 1442/24 1443/13
produce [2]  1385/22 1451/10
produced [1]  1347/24
product [3]  1454/8 1454/9 1555/4
production [1]  1630/21

productive [1]  1346/1
inferred [1] 1532/5 1587/4
profession [2]  1500/15 1501/8
professional [4]  1503/7 1515/21 1516/2 1528/10
professionals [9]  1368/19 1558/9 1566/7 1566/25 1577/21 1580/2 1582/2 1629/3 1629/10
professor [3]  1486/20 1486/20 1490/5
profile [49]  1376/13 1376/15 1376/17 1377/13 1377/24 1378/2 1378/4 1379/7 1379/8 1379/16 1379/17 1379/17 1379/18 1379/20 1380/11 1380/14 1380/19 1395/12 1412/21 1415/10 1415/20 1416/7 1416/11 1416/12 1416/12 1416/18 1417/24 1418/5 1418/11 1419/1 1419/2 1419/7 1419/11 1419/12 1420/14 1420/17 1420/19 1420/20 1420/22 1420/25 1421/5 1421/8 1421/9 1422/1 1422/3 1441/3 1569/10 1650/24 1651/5
profiles [17]  1377/3 1377/20 1379/5 1379/6 1380/5 1417/10 1418/8 1418/23 1419/3 1419/4 1419/17 1420/4 1420/9 1421/1 1434/4 1434/14 1569/10
profound [1]  1415/8
program [9]  1565/25 1566/1 1581/17 1653/2 1653/6 1653/12 1653/13 1653/18 1653/22
programs [1]  1565/24
progress [1]  1632/2
progressive [5]  1391/3 1447/24 1447/25 1448/15 1472/19
project [3]  1486/18 1529/2 1529/4
Projecting [1]  1590/10
projects [1]  1512/15
promulgated [2]  1498/8 1498/11
promulgating [1]  1571/12
prong [39]  1443/21 1489/10 1489/11 1502/14 1502/19 1502/20 1503/6 1503/8 1503/12 1503/14 1503/23 1508/4 1508/5 1511/5 1511/5 1569/18 1573/2 1573/5 1573/7 1573/13 1574/5 1574/20 1575/23 1576/4 1576/5 1660/22 1660/24 1662/10 1662/23 1663/14 1664/11 1664/23 1665/14 1667/8 1667/8 1667/10 1667/20 1668/21 1668/22
prongs [10]  1490/20 1502/16 1502/19 1502/24 1543/14 1543/24 1569/14 1652/20 1664/1 1664/2
pronouncing [1]  1401/10
pronouns [1]  1476/7
proof [5]  1666/4 1666/14 1666/14 1666/21 1666/24
proper [4]  1502/17 1502/17 1526/22 1553/3
properly [8]  1418/16 1472/10 1472/15 1624/2 1642/9 1665/23 1667/18 1668/17
proportion [2]  1456/9 1458/17 1458/20 1458/24 1560/20
proposed [1]  1659/1
propriety [2]  1368/14 1368/15
prorated [9]  1355/21 1360/1 1360/14 1362/23 1362/24 1363/3 1363/4 1363/5 1663/5
prorating [4]  1355/16 1358/25 1360/10 1364/20
protocol [3]  1349/8 1357/15 1436/21
prove [1]  1662/24
proved [2]  1666/21 1667/2
proven [1]  1663/23
proverb [2]  1392/3 1392/23
provide [4]  1418/7 1418/12 1419/21 1438/12 1439/18 1439/19 1460/17 1468/1 1477/17 1486/18 1493/12 1497/25 1528/19 1578/9 1597/24 1597/25 1598/2 1598/3 1598/18 1598/19 1598/21 1613/9 1617/10 1619/1 1619/3 1619/9 1651/11

provided [10]  1352/18 1479/1 1499/12 1513/6 1531/3 1531/25 1630/14 1651/7 1656/12 1662/3
providers [1]  1523/8
provides [3]  1466/22 1467/22 1468/3
providing [2]  1597/20 1631/6
proving [1]  1668/10
provocation [3]  1641/18 1641/23 1642/5
provoking [2]  1456/4 1456/5
Prozac [1]  1599/16
prune [2]  1505/14 1505/15
pruning [1]  1505/13
pseudoword [1]  1407/1
psychiatric [32]  1479/22 1480/2 1480/7 1480/22 1480/25 1481/7 1481/10 1481/21 1481/23 1483/12 1498/10 1498/14 1498/19 1498/23 1500/15 1501/3 1501/4 1501/8 1501/13 1516/17 1517/1 1517/2 1523/22 1536/5 1565/17 1598/3 1598/4 1598/15 1623/10 1625/8 1639/7 1639/21
psychiatrically [2]  1598/17 1598/20
psychiatrist [9]  1479/20 1480/15 1482/13 1486/24 1497/22 1498/1 1498/3 1518/8 1617/23
psychiatry [13]  1481/19 1481/24 1481/25 1488/15 1490/5 1490/7 1490/8 1491/6 1495/15 1498/21 1501/2 1521/4 1571/13
psycho [1]  1635/3
psychodiagnostic [1]  1572/1
psychological [7]  1468/17 1498/8 1527/9 1558/9 1582/7 1598/15 1625/8
psychologist [12]  1347/20 1349/4 1351/8 1365/17 1373/18 1374/4 1375/15 1487/20 1501/10 1623/11 1623/12 1625/9
psychologists [6]  1365/2 1373/13 1582/5 1582/10 1625/4 1625/12
psychology [1]  1492/8
psychometric [1]  1347/4 1565/22
Psychopathic [1]  1417/13
psychopharmacology [1]  1481/10
psychotherapy [4]  1494/12 1494/13 1495/13 1531/13
psychotic [2]  1517/11 1517/14
public [2]  1468/15 1490/8
publication [5]  1420/7 1501/1 1501/3 1501/4 1501/6
publications [2]  1484/19 1486/8
published [14]  1459/10 1486/14 1486/16 1488/11 1488/15 1489/3 1491/5 1496/4 1496/5 1500/25 1501/1 1501/9 1550/6 1648/2
publishing [1]  1571/12
pull [1]  1540/18
pulled [1]  1456/6
pulling [1]  1457/17
Pulsifer [2]  1415/7 1415/15
punch [1]  1597/6
punching [1]  1641/17
punishment [1]  1614/15
pure [1]  1582/2
purely [1]  1661/21
purpose [5]  1456/3 1520/12 1520/14 1526/11 1533/23
purposes [4]  1422/20 1473/5 1530/20 1534/2
push [1]  1646/8
put [55]  1346/10 1352/3 1367/11 1381/8 1381/10 1391/19 1402/11 1402/12 1409/1 1409/4 1409/13 1410/3 1410/12 1410/14 1410/16 1410/19 1411/13 1411/16 1429/24 1449/22 1452/23 1463/24 1473/7 1493/11 1519/13 1525/17 1534/10 1534/23 1550/4 1551/2 1563/21 1565/5 1565/6 1569/2 1573/12 1574/9 1581/16 1591/18 1597/14 1597/19 1598/9 1606/13 1606/20 1618/6 1627/7 1627/10 1627/13 1627/20 1628/25

**P**

put... [6] 1630/9 1651/15 1652/7 1656/5
1661/1 1663/8
puts [1] 1409/5
putting [13] 1350/5 1363/14 1498/24
1525/20 1533/1 1541/4 1566/13 1582/6
1591/20 1603/8 1628/15 1665/25 1666/1
Pyle [1] 1509/12

**Q**

qualifications [1] 1485/8
qualified [1] 1473/6
qualifies [3] 1480/17 1503/6 1668/1
qualify [3] 1493/14 1664/23 1669/12
qualifying [1] 1503/6
qualitative [2] 1438/11 1438/12
qualities [1] 1351/2
quality [2] 1536/22 1590/19
quandary [1] 1474/1
quantified [2] 1650/2 1669/16
quantify [1] 1473/16
quantitative [2] 1442/22 1443/15
Queens [2] 1524/13 1529/2
Queensbridge [5] 1512/14 1523/24 1524/12
1529/2 1529/3
question [115] 1348/25 1349/15 1361/21
1363/2 1363/17 1363/17 1364/22 1373/7
1376/5 1380/16 1384/22 1388/21 1389/6
1389/7 1389/10 1390/2 1390/11 1391/8
1391/23 1391/24 1392/10 1398/21 1398/23
1399/4 1431/24 1434/19 1434/21 1435/2
1435/15 1435/15 1435/18 1441/14 1445/6
1447/16 1448/7 1451/6 1452/12 1463/21
1464/10 1473/23 1498/22 1500/14 1503/14
1503/17 1504/11 1506/25 1507/1 1513/19
1515/13 1518/25 1519/2 1522/14 1525/17
1533/11 1534/13 1534/14 1534/19 1534/21
1538/14 1541/25 1542/17 1543/4 1543/19
1545/10 1545/11 1545/20 1545/20 1546/25
1548/16 1562/3 1562/4 1562/6 1562/10
1565/16 1569/2 1569/3 1571/2 1577/22
1583/14 1585/5 1589/21 1590/13 1595/11
1606/19 1606/23 1606/24 1606/25 1609/23
1610/2 1610/2 1611/4 1611/5 1611/6 1613/1
1626/4 1629/22 1635/7 1652/16 1652/25
1653/1 1654/13 1654/15 1655/20 1655/23
1655/25 1656/3 1656/3 1656/5 1656/16
1656/18 1658/2 1661/10 1664/10 1666/6
1670/13
question -- the [1] 1545/20
question is [1] 1398/21
questioned [1] 1660/24
questioning [2] 1526/14 1652/15
questions [60] 1353/18 1363/24 1389/2
1389/4 1389/6 1389/9 1389/12 1391/23
1392/14 1411/2 1414/10 1414/22 1416/21
1419/13 1422/5 1430/25 1431/14 1431/17
1431/20 1433/2 1436/23 1446/13 1449/24
1454/24 1465/14 1494/2 1495/21 1499/11
1514/1 1525/14 1525/23 1533/19 1535/18
1542/16 1543/1 1543/8 1543/9 1543/12
1547/2 1548/8 1549/3 1569/14 1571/18
1605/17 1605/25 1606/17 1607/7 1609/3
1610/25 1611/1 1611/1 1611/2 1613/10
1613/10 1633/6 1638/25 1647/16 1647/17
1663/19 1672/4
quickly [5] 1447/14 1453/21 1505/1 1511/2
1511/6
QUINN [3] 1344/1 1344/3 1345/16
quite [8] 1390/23 1406/8 1453/9 1507/9
1536/19 1536/21 1562/5 1589/9
quotations [1] 1612/20
quote [3] 1365/3 1537/3
quote/unquote [1] 1365/3
quotes [3] 1368/15 1468/16

**R**

race [5] 1393/8 1399/14 1399/22 1435/21
1436/12
races [1] 1436/2
racial [1] 1436/19
raise [2] 1477/6 1663/20
raised [3] 1534/12 1652/16 1663/20
RAMIREZ [1] 1344/8
RAN [2] 1385/16 1386/3
RAN/RAS [2] 1385/16 1386/3
range [48] 1354/17 1355/2 1365/12 1366/1
1366/10 1367/15 1371/6 1371/12 1373/1
1377/10 1378/6 1383/3 1383/7 1383/11
1383/15 1383/16 1383/19 1383/20 1383/21
1396/3 1406/2 1407/4 1407/14 1408/17
1408/19 1410/4 1412/17 1412/18 1413/17
1423/14 1431/7 1438/19 1440/24 1465/12
1470/20 1564/7 1650/25 1654/25 1655/13
1656/12 1656/14 1658/5 1662/24 1663/23
1666/7 1667/4 1668/13 1669/22
ranged [1] 1423/11
ranging [2] 1395/10 1408/23
rank [2] 1441/8 1444/19
ranking [1] 1603/4
rapid [1] 1385/13
rapidly [1] 1385/22
rare [9] 1559/21 1559/22 1560/25 1561/3
1561/3 1583/24 1584/3 1584/6 1584/7
rarely [1] 1415/8
RAS [2] 1385/16 1386/3
rate [1] 1651/8
rather [14] 1415/10 1480/21 1540/23
1561/19 1562/11 1564/8 1569/6 1595/9
1599/11 1631/1 1634/5 1637/7 1645/21
1656/4
rating [1] 1440/10
ratings [1] 1614/4
raucous [1] 1541/16
raw [54] 1355/19 1355/23 1356/1 1357/1
1357/2 1357/4 1357/5 1357/8 1357/12
1358/10 1358/13 1360/4 1360/16 1361/23
1362/8 1362/11 1362/13 1362/25 1363/8
1363/9 1363/11 1363/15 1363/16 1363/20
1388/23 1469/21 1469/23 1478/22 1621/13
1621/14 1622/12 1623/3 1623/7 1623/13
1623/14 1623/16 1623/17 1623/19 1623/20
1623/25 1624/6 1624/9 1624/11 1624/13
1626/10 1626/12 1626/13 1626/17 1626/18
1626/22 1629/24 1629/25 1630/7 1667/25
raw data [1] 1357/12
RBANS [6] 1608/16 1608/17 1608/20 1620/5
1621/3 1661/18
reach [5] 1502/24 1527/11 1550/16 1558/20
1669/8
reached [3] 1532/22 1639/1 1669/3
reaching [3] 1362/12 1416/1 1528/11
reaction [2] 1456/4 1456/5
read [49] 1364/8 1366/21 1367/6 1368/4
1368/20 1369/4 1378/7 1378/8 1379/10
1379/15 1389/3 1416/9 1417/23 1421/18
1424/15 1454/7 1457/25 1458/7 1466/7
1467/14 1468/20 1471/22 1485/1 1485/3
1485/4 1485/5 1504/13 1506/23 1534/20
1537/22 1537/23 1537/24 1560/5 1560/15
1561/18 1561/19 1562/11 1571/16 1572/12
1572/14 1572/15 1572/16 1573/1 1573/9
1578/14 1595/24 1608/12 1608/23 1623/3
reader [1] 1607/2
reading [29] 1380/6 1380/8 1385/20 1386/5
1401/3 1406/22 1406/23 1407/10 1407/11
1407/20 1407/21 1422/15 1422/16 1423/12
1424/20 1424/20 1433/12 1433/13 1433/20
1433/21 1466/23 1506/16 1557/6
1590/3 1595/22 1648/9 1649/7 1667/1
reads [1] 1550/11
ready [1] 1345/20
real [11] 1382/14 1412/9 1428/4 1428/25
1453/10 1479/23 1521/7 1551/2 1636/1
1664/10 1666/12
reality [1] 1413/3
realize [8] 1482/16 1565/5 1578/17 1582/1
1594/10 1604/2 1623/24 1625/24
realized [1] 1563/5
really [94] 1360/3 1360/15 1364/3 1379/15
1384/6 1384/10 1388/5 1388/15 1391/18
1394/25 1403/7 1405/22 1412/20 1412/24
1419/18 1423/21 1428/20 1430/22 1432/2
1432/21 1434/3 1441/2 1442/24 1444/10
1444/10 1445/24 1460/16 1464/4 1480/2
1482/24 1491/23 1492/1 1492/9 1492/15
1496/14 1498/13 1499/1 1501/24 1504/3
1504/7 1505/4 1505/5 1506/4 1506/12
1507/18 1507/20 1508/6 1509/17 1515/11
1515/11 1521/3 1527/17 1535/5 1535/9
1537/12 1539/3 1539/4 1542/13 1542/14
1543/11 1554/16 1560/3 1561/9 1565/25
1569/6 1572/9 1575/23 1576/3 1578/17
1583/14 1584/19 1584/19 1585/5 1588/13
1588/24 1588/25 1589/18 1592/12 1595/3
1600/16 1604/4 1606/1 1613/5 1613/5
1634/21 1636/22 1638/20 1638/22 1641/18
1646/20 1649/24 1653/21 1657/6 1672/24
realm [2] 1514/3 1514/3
rearview [1] 1597/14
reason [27] 1348/23 1353/23 1361/3 1366/18
1371/4 1444/5 1456/6 1458/9 1504/25 1521/4
1522/2 1522/20 1522/20 1534/3 1534/19
1539/2 1553/23 1568/9 1594/23 1621/12
1623/17 1624/5 1633/20 1643/14 1652/13
1659/16 1664/19
reasonable [3] 1660/17 1663/1 1663/3
reasonably [1] 1667/1
reasoned [1] 1528/10
reasoning [1] 1442/22
reasons [14] 1354/4 1361/3 1361/8 1362/5
1385/23 1455/14 1492/14 1505/24 1515/20
1515/23 1569/4 1573/5 1663/17 1667/21
rebuttal [2] 1673/9 1673/11
recall [33] 1347/22 1347/25 1404/19 1405/1
1415/3 1416/21 1456/21 1463/5 1464/7
1513/10 1550/13 1550/21 1556/12 1565/9
1581/10 1594/8 1594/9 1597/22 1597/22
1599/17 1599/20 1599/21 1600/2 1602/25
1603/3 1608/21 1609/3 1623/8 1647/17
1653/3 1654/24 1655/4 1655/19
recalling [1] 1394/8
recap [2] 1351/7 1672/1
received [9] 1346/23 1346/25 1409/22
1409/24 1412/1 1412/3 1479/15 1488/5
1556/18
recent [2] 1493/6 1672/4
recently [2] 1557/6 1595/9
recess [3] 1414/17 1544/24 1545/3
recipe [1] 1424/16
recognition [5] 1386/18 1387/4 1387/15
1391/2 1430/18
recognized [3] 1581/24 1646/22 1647/13
recognizing [3] 1400/13 1479/25 1509/13
recollection [1] 1655/8
recollections [2] 1542/13 1542/15
recommend [5] 1501/18 1501/19 1501/21
1553/14 1553/16
recommendation [1] 1640/14
recommendations [6] 1361/11 1361/12
1620/23 1501/11 1501/15 1668/3

recommends [1] 1538/4
record [29] 1345/11 1346/15 1346/15 1347/2
1348/16 1437/2 1471/18 1476/2 1478/1
1517/11 1524/17 1527/21 1527/22 1532/18
1548/4 1551/8 1551/9 1561/25 1562/17
1563/22 1601/15 1630/13 1630/13 1632/1
1635/25 1642/3 1661/10 1667/1 1670/6
recorded [1] 1344/15
records [60] 1360/13 1374/1 1414/4 1414/5
1414/5 1448/22 1471/25 1515/3 1515/3
1516/7 1522/15 1522/17 1523/9 1523/21
1529/19 1531/4 1531/6 1544/2 1548/1
1548/18 1561/25 1565/5 1582/16 1588/20
1589/1 1600/11 1619/4 1619/5 1619/6 1619/6
1627/17 1630/14 1631/25 1632/13 1632/17
1632/18 1632/23 1634/13 1634/14 1634/15
1634/18 1634/19 1634/21 1634/25 1635/2
1635/7 1635/9 1635/9 1636/2 1636/4 1636/8
1636/10 1636/15 1637/8 1638/4 1639/20
1641/20 1644/15 1664/4 1669/4
recount [1] 1524/19
recounted [3] 1599/12 1599/15 1599/16
recounting [1] 1599/17
recover [1] 1404/14
recovered [1] 1399/24
RECROSS [1] 1454/25
RECROSS-EXAMINATION [1] 1454/25
red [5] 1388/15 1473/7 1473/9 1644/5
1645/24
Redding [1] 1513/13
redirect [12] 1392/15 1414/12 1414/18
1414/20 1427/3 1431/2 1455/9 1463/4
1465/15 1632/25 1633/2 1633/4
reduce [2] 1659/2 1659/21
reduces [2] 1441/1 1441/2
refer [6] 1415/16 1422/14 1442/8 1469/6
1479/2 1597/11
reference [13] 1415/15 1415/15 1416/24
1417/14 1422/7 1445/1 1488/20 1514/4
1531/9 1627/10 1627/13 1627/17 1649/8
referenced [3] 1442/1 1445/3 1659/6
references [1] 1618/7
referencing [4] 1403/21 1435/15 1462/4
1507/3
referral [1] 1522/3
referred [3] 1465/2 1550/6 1655/17
referring [5] 1449/5 1469/9 1516/20 1588/19
1588/20
refers [2] 1413/14 1623/10
reflect [9] 1351/21 1365/19 1459/21 1468/5
1468/8 1546/7 1564/4 1643/16 1657/17
reflected [4] 1460/11 1511/1 1564/8 1573/2
reflective [1] 1351/23
reflects [3] 1491/24 1532/20 1636/23
refresh [1] 1655/7
refused [1] 1519/19
regard [3] 1525/2 1629/24 1673/24
regarding [4] 1349/10 1523/9 1659/4 1659/5
regardless [2] 1552/24 1655/24
regional [1] 1584/22
regions [1] 1435/12
regular [2] 1488/7 1494/7
regularly [2] 1495/5 1495/19
regulations [1] 1553/11
reinforcement [1] 1640/19
reinforcements [1] 1368/10
reinterview [1] 1546/21
reinterviewed [1] 1513/8
Reitan [3] 1620/4 1621/2 1621/3
relate [6] 1384/4 1406/22 1441/11 1454/10
1551/7 1551/7
related [1] 1407/18 1407/20 1407/20

1424/18 1447/25 1475/14 1502/16 1547/24
1624/11 1592/7
relates [3] 1479/20 1606/8 1606/8
relation [6] 1422/12 1471/10 1503/22
1528/22 1648/5 1650/10
relationship [7] 1381/24 1403/6 1481/12
1481/15 1504/10 1550/18 1605/17
relationships [2] 1424/23 1505/10
relative [10] 1362/3 1363/13 1403/3 1415/10
1427/12 1434/11 1434/11 1438/14 1438/17
1465/10
relatively [4] 1507/12 1539/1 1582/9 1613/9
relatives [1] 1646/7
release [1] 1582/17
released [2] 1585/1 1585/4
releases [1] 1631/2
relevant [7] 1433/4 1495/7 1540/22 1571/8
1572/19 1620/23 1651/23
reliability [1] 1444/14 1504/24
reliable [7] 1440/11 1448/12 1506/1 1506/2
1527/13 1527/15 1528/6
reliance [3] 1526/16 1527/4 1669/1
relied [7] 1362/8 1362/16 1521/16 1550/16
1573/7 1661/3 1661/18
relies [1] 1661/9
rely [17] 1362/2 1362/2 1363/10 1467/14
1506/4 1524/14 1524/18 1620/20 1621/22
1621/23 1625/8 1625/19 1625/21 1625/22
1626/9 1626/10 1633/10
relying [23] 1353/6 1362/14 1362/15
1362/21 1363/18 1526/21 1527/7 1527/10
1528/6 1543/14 1543/16 1544/4 1620/16
1620/17 1621/12 1621/22 1622/1 1622/4
1622/4 1622/9 1622/15 1645/1 1662/25
remained [1] 1638/13
remarkable [4] 1389/22 1390/10 1392/8
1431/3
remember [22] 1365/22 1367/18 1389/11
1402/2 1434/21 1453/21 1530/8 1546/22
1552/10 1565/8 1566/16 1569/16 1571/9
1578/22 1583/3 1594/20 1598/6 1630/20
1639/6 1656/18 1672/22 1673/23
remembered [1] 1404/18
remembering [2] 1447/2 1595/8
remind [1] 1346/2 1500/8
reminded [1] 1631/23
render [2] 1368/6 1372/11
rendered [1] 1370/16
rendition [2] 1542/12 1542/14
rental [1] 1540/18
renting [2] 1540/10 1540/12
repartee [3] 1597/12 1597/13 1597/17
repeated [3] 1472/5 1473/1 1670/1
repeating [1] 1541/8
repetition [1] 1448/11
repetitive [1] 1539/9
rephrase [1] 1562/8
replete [1] 1627/17
replies [1] 1630/12
report [129] 1347/19 1348/2 1351/16
1351/17 1351/19 1351/20 1351/21 1351/24
1352/6 1352/12 1352/16 1353/6 1353/11
1353/12 1353/16 1353/24 1354/3 1361/8
1362/5 1362/6 1362/10 1362/18 1363/1
1363/9 1363/12 1363/18 1364/7 1365/6
1365/11 1369/15 1370/2 1370/17 1371/13
1376/23 1402/6 1403/7 1405/5 1405/10
1414/25 1415/1 1415/13 1422/25 1432/19
1432/19 1449/25 1450/7 1454/13 1471/11
1474/11 1474/24 1475/4 1478/21 1483/19
1499/12 1510/12 1510/13 1510/15 1510/17
1510/24 1511/1 1517/23 1517/23 1518/3
1532/19 1532/20 1532/24 1533/2 1533/5
1533/9 1533/25 1537/14 1544/6 1547/17

1548/2 1548/19 1549/5 1551/1 1557/14
1557/20 1561/3 1563/24 1568/10 1573/4
1573/6 1573/12 1576/13 1578/12 1581/16
1582/15 1582/18 1583/16 1585/15 1588/2
1595/18 1597/19 1598/9 1599/7 1599/9
1599/20 1602/1 1603/8 1603/16 1603/18
1603/18 1604/4 1604/5 1606/20 1607/2
1609/5 1612/3 1612/5 1614/13 1615/1 1615/4
1617/21 1618/6 1618/12 1618/15 1619/11
1622/24 1622/24 1628/25 1637/12 1638/20
1639/14 1639/21 1640/2 1642/22 1644/18
reported [7] 1373/13 1417/25 1450/9 1532/5
1618/10 1618/12 1618/14
reporter [3] 1344/11 1399/9 1618/18
reporting [1] 1635/21
reports [19] 1365/1 1451/4 1517/25 1518/4
1533/5 1533/14 1533/24 1547/3 1547/13
1547/14 1548/13 1548/25 1623/11 1642/16
1659/7 1659/11 1659/12 1672/2 1672/5
represent [3] 1358/4 1465/1 1631/19
representation [1] 1403/5
representations [1] 1527/11
represented [1] 1437/13
represents [1] 1442/24
reprinted [1] 1417/6
reproduce [2] 1657/7 1657/8
reproduction [1] 1406/8
request [1] 1537/14
requests [1] 1555/17
require [1] 1459/24
required [1] 1521/24
requirement [4] 1355/7 1355/8 1460/15
1662/11
requires [1] 1418/4
requiring [1] 1440/8
research [18] 1415/6 1416/17 1416/25
1417/1 1417/2 1421/16 1421/19 1442/17
1447/8 1460/9 1467/9 1485/12 1485/19
1485/22 1486/7 1486/9 1486/11 1486/18
researched [2] 1418/24 1419/4
researchers [1] 1419/10
resemble [1] 1522/3
reserve [1] 1475/7
residency [4] 1480/25 1481/3 1481/8
1481/20
resident [11] 1481/2 1508/17 1632/7 1639/8
1639/11 1639/13 1639/16 1639/17 1639/18
1639/20 1641/13
resistant [1] 1456/7
resources [8] 1581/21 1581/22 1581/25
1581/25 1582/1 1582/3 1584/21 1663/10
respect [5] 1355/16 1364/20 1364/25
1532/24 1626/22
respectfully [1] 1666/25
respond [2] 1589/14 1665/17
respondent [1] 1501/22
response [3] 1607/10 1610/4 1610/5
responses [1] 1608/7
responsibilities [3] 1529/10 1605/3 1606/15
responsive [1] 1516/17
rest [13] 1348/15 1349/8 1379/10 1379/23
1384/18 1466/11 1506/5 1540/15 1571/16
1607/25 1610/4 1660/10 1670/10
result [4] 1454/15 1468/25 1605/14 1662/15
results [10] 1349/6 1372/23 1373/10 1374/7
1381/11 1422/24 1438/15 1443/5 1507/7
1572/7
retained [1] 1496/11
retard [2] 1636/8 1636/10
retardation [129] 1349/23 1350/7 1350/17
1350/19 1350/22 1350/22 1350/23 1374/9
1375/17 1375/21 1375/24 1375/25 1376/20
1377/18 1377/22 1378/4 1378/25 1379/2
1379/13 1382/9 1415/8 1416/6 1419/24

# R

retardation... [106]  1421/6 1421/13 1421/22
1425/9 1425/14 1457/23 1458/5 1458/16
1458/17 1458/19 1458/21 1458/25 1461/15
1461/17 1461/22 1462/25 1463/7 1463/10
1463/13 1464/3 1464/6 1465/7 1465/21
1466/2 1466/3 1466/8 1466/12 1466/15
1466/19 1469/1 1469/12 1475/1 1487/23
1526/2 1530/7 1530/13 1530/15 1538/17
1546/9 1547/23 1549/2 1552/20 1555/21
1559/16 1559/21 1560/3 1560/19 1560/20
1561/2 1561/11 1563/7 1563/9 1563/10
1563/12 1563/16 1563/17 1563/18 1563/23
1564/11 1564/23 1566/9 1567/6 1569/16
1571/4 1571/8 1572/18 1573/14 1574/5
1574/11 1582/25 1583/20 1584/2 1584/5
1584/10 1584/13 1584/14 1584/15 1584/20
1584/21 1584/23 1585/3 1591/22 1593/23
1594/23 1594/25 1595/4 1595/5 1595/12
1607/19 1620/12 1620/15 1620/19 1620/21
1628/11 1628/19 1629/5 1634/24 1648/8
1649/3 1649/13 1650/12 1660/19 1662/11
1662/25 1663/16 1668/17
retarded [26]  1375/1 1377/24 1378/6 1379/7
1380/18 1420/19 1459/1 1482/17 1546/5
1559/25 1570/6 1570/8 1575/12 1575/16
1589/17 1594/4 1606/4 1606/6 1617/5
1628/22 1657/24 1658/1 1661/12 1662/8
1666/22 1667/7
retest [3]  1444/14 1507/7 1507/9
retrospection [1]  1516/6
return [1]  1640/14
Returning [1]  1433/1
reveal [1]  1609/18
revealed [1]  1640/3
reveals [1]  1642/23
reverse [3]  1393/24 1394/19 1394/20
review [34]  1346/7 1346/11 1381/7 1411/16
1412/2 1414/3 1414/4 1471/24 1518/4
1529/17 1537/15 1548/12 1549/8 1554/3
1555/2 1565/4 1570/1 1573/2 1573/13
1579/16 1581/12 1582/15 1594/18 1596/19
1596/21 1599/7 1608/16 1608/22 1619/11
1624/9 1624/17 1625/3 1626/3 1626/22
reviewed [14]  1396/16 1424/13 1448/21
1545/25 1554/2 1561/25 1562/17 1563/1
1573/7 1594/6 1620/22 1626/17 1626/18
1627/3
reviewing [4]  1417/9 1548/2 1548/18
1554/13
reviews [1]  1416/24
Reward [1]  1640/19
Rey [3]  1401/9 1405/11 1406/11
Rey-Osterrieth [2]  1401/9 1405/11
RF [1]  1556/21
riddle [1]  1391/4
right [404]
rise [1]  1345/3
risk [11]  1488/22 1488/22 1491/19 1491/19
1528/3 1528/4 1528/16 1541/20 1541/20
1541/23 1585/2
Ritalin [4]  1516/23 1600/2 1600/9 1601/3
Rm [1]  1344/12
road [1]  1541/13
rob [3]  1540/12 1540/13 1540/17
robbery [1]  1539/23 1539/25 1540/1
robbing [1]  1540/9
Robert [1]  1467/11
Rockaway [2]  1576/24 1632/15
Rodney [2]  1512/10 1512/11
role [9]  1502/11 1502/21 1510/4 1510/4
1511/18 1511/22 1529/23 1634/13 1634/14
roles [1]  1605/2 1606/14

---

RONELL [12]  1343/5 1345/9 1524/4
1528/24 1539/23 1543/25 1570/5 1582/22
1583/2 1585/8 1637/5 1646/20
Ronell's [1]  1350/2
Ronnie [1]  1493/5
room [4]  1480/24 1481/6 1577/2 1598/25
roommate [3]  1616/11 1616/11 1616/12
rosebush [1]  1505/3
rotating [1]  1480/21
ROTHMAN [1]  1343/19
roughly [1]  1529/9
routinely [1]  1494/19
routines [1]  1649/17
RPR [1]  1344/12
rsum [2]  1485/7 1485/10
ruined [1]  1549/21
rule [8]  1387/20 1388/5 1428/3 1428/9
1430/2 1524/15 1524/15 1567/9
rule-out [1]  1567/9
ruler [1]  1612/19
rules [1]  1453/21
run [5]  1498/22 1533/15 1592/11 1593/24
1632/8
running [3]  1592/5 1593/25 1653/5
Ruth [1]  1650/4

# S

s-c-a-l-d [1]  1418/19
S-w-i-t-z-k-y [1]  1489/1
said [137]  1351/15 1352/7 1361/2 1361/2
1361/4 1362/3 1362/5 1362/10 1362/15
1364/21 1365/18 1365/22 1365/25 1367/18
1369/18 1371/24 1372/10 1372/17 1373/1
1373/7 1373/10 1373/15 1375/6 1382/16
1387/4 1394/8 1395/25 1397/24 1406/11
1410/14 1414/25 1416/8 1423/16 1424/11
1427/3 1429/20 1429/23 1431/1 1431/3
1431/4 1434/9 1434/25 1435/6 1435/25
1450/19 1452/18 1454/4 1455/13 1456/22
1467/7 1471/2 1476/10 1479/18 1483/19
1487/6 1492/18 1494/5 1494/22 1502/13
1512/22 1515/18 1524/23 1525/24 1526/1
1526/8 1526/9 1528/17 1528/25 1531/25
1539/23 1540/1 1541/7 1542/11 1543/23
1545/14 1547/21 1549/14 1549/16 1549/17
1549/19 1554/3 1554/8 1562/13 1562/16
1565/25 1566/17 1566/18 1566/18 1566/22
1569/18 1572/12 1582/11 1582/19 1585/12
1585/24 1586/2 1598/5 1602/1 1604/7 1605/5
1606/16 1606/18 1606/22 1606/24 1610/9
1610/10 1612/8 1612/13 1612/19 1615/2
1617/1 1617/2 1617/3 1618/10 1618/14
1618/15 1618/22 1620/1 1625/25 1628/5
1628/7 1633/22 1636/17 1637/1 1646/13
1646/14 1646/15 1646/16 1646/17 1654/9
1654/20 1661/23 1665/11 1665/21 1667/24
1668/20 1669/1
Salt [1]  1480/20
same [45]  1355/16 1376/23 1381/9 1382/16
1389/3 1400/2 1410/24 1411/15 1411/23
1420/6 1428/19 1430/17 1430/20 1431/24
1432/1 1438/7 1438/14 1439/8 1451/12
1453/19 1466/19 1505/13 1505/21 1510/10
1510/11 1513/25 1520/20 1520/22 1534/22
1536/3 1553/15 1557/1 1560/1 1561/2 1568/3
1586/9 1591/15 1599/9 1635/4 1635/17
1641/1 1643/24 1647/5 1658/3 1658/5
same-age [1]  1438/14
samples [5]  1377/12 1377/16 1377/17
1377/19 1380/11
San [2]  1343/23 1481/1
San Francisco [1]  1481/1
sanction [2]  1656/8 1656/11
sandwich [1]  1651/14

---

sat [1]  1577/5
satisfied [1]  1667/22
satisfy [1]  1662/23
Saturday [7]  1345/24 1346/5 1346/19
1347/15 1369/11 1376/5 1673/5
saw [26]  1352/22 1443/8 1523/18 1523/25
1547/11 1547/15 1549/7 1582/16 1597/15
1600/11 1604/8 1617/10 1618/3 1629/3
1635/14 1635/18 1636/5 1638/10 1638/12
1638/15 1639/12 1645/24 1646/20 1647/4
1653/22 1653/23
say [134]  1350/8 1350/20 1363/4 1366/17
1366/25 1367/21 1367/22 1367/23 1369/18
1370/21 1371/2 1373/6 1373/8 1373/11
1375/5 1376/15 1379/8 1380/23 1381/20
1382/15 1394/7 1394/25 1395/14 1397/16
1398/14 1401/4 1402/2 1402/9 1405/10
1412/17 1415/23 1416/13 1419/13 1420/13
1420/17 1420/21 1421/4 1421/23 1422/15
1424/10 1425/2 1425/12 1427/10 1431/5
1433/16 1434/1 1436/13 1439/13 1440/16
1440/23 1442/16 1445/14 1445/22 1450/6
1450/13 1450/16 1450/19 1451/3 1453/17
1454/22 1458/22 1461/14 1461/23 1466/18
1466/20 1470/9 1470/13 1473/17 1474/5
1476/5 1485/10 1487/23 1491/2 1496/25
1497/6 1498/14 1504/17 1515/17 1522/19
1524/23 1525/12 1525/13 1526/19 1531/25
1532/1 1539/21 1540/2 1541/24 1552/6
1571/3 1572/5 1572/6 1575/23 1580/5
1581/22 1581/24 1582/9 1588/2 1588/13
1588/25 1589/11 1589/12 1590/14 1590/19
1595/18 1603/16 1603/18 1604/4 1606/24
1607/20 1611/3 1615/11 1615/12 1619/25
1621/12 1626/7 1632/3 1633/15 1637/5
1637/19 1640/11 1642/22 1644/2 1651/9
1656/24 1657/13 1657/19 1660/21 1662/7
1663/22 1665/1 1666/21 1667/18 1667/20
saying [60]  1362/1 1362/1 1363/9 1367/2
1367/2 1367/7 1367/9 1367/19 1369/2
1370/10 1371/5 1374/10 1375/5 1378/24
1378/25 1379/10 1379/18 1380/3 1380/4
1380/10 1382/2 1388/12 1393/10 1394/13
1395/6 1400/19 1410/21 1413/10 1416/8
1418/18 1439/5 1444/4 1444/15 1450/23
1456/20 1460/3 1460/5 1462/18 1470/10
1474/3 1524/22 1531/10 1538/2 1540/4
1541/7 1552/8 1566/24 1567/2 1567/4
1588/15 1596/12 1604/4 1620/17 1620/17
1624/4 1624/10 1624/10 1628/3 1646/19
1661/3
says [68]  1348/5 1352/7 1353/7 1362/7
1363/24 1364/8 1365/10 1365/13 1371/16
1377/3 1378/1 1378/10 1379/5 1379/15
1379/22 1379/23 1380/17 1392/22 1420/18
1436/12 1438/6 1438/10 1439/1 1439/24
1440/4 1448/14 1455/18 1455/19 1455/25
1458/14 1467/21 1467/24 1474/6 1507/6
1508/16 1508/17 1510/1 1516/3 1520/24
1521/19 1521/24 1532/5 1539/20 1539/24
1540/4 1540/5 1541/16 1542/9 1547/14
1559/24 1560/14 1560/16 1569/11 1572/10
1572/22 1603/18 1604/6 1614/21 1616/24
1619/25 1638/20 1638/20 1639/11 1639/13
1640/2 1643/20 1646/23 1669/16
scald [1]  1418/6
scale [28]  1349/1 1354/15 1355/8 1355/14
1358/13 1358/18 1360/21 1360/22 1360/24
1372/11 1374/3 1377/19 1378/13 1405/22
1439/3 1447/11 1447/14 1448/24 1449/1
1449/20 1449/20 1450/8 1450/9 1450/11
1451/4 1473/13 1622/7 1655/18
scaled [15]  1357/5 1357/6 1357/12 1357/14
1358/4 1358/16 1410/15 1412/12 1413/6

S

scaled... [6] 1439/10 1439/17 1439/18
1439/23 1446/11 1446/11
scales [2] 1410/8 1440/10
scan [3] 1427/17 1516/8 1516/14
scanning [3] 1384/2 1427/16 1428/12
scans [1] 1516/10
scene [1] 1541/3
schedule [4] 1670/13 1673/19 1673/20
1673/21
SCHEIDER [1] 1343/19
schematic [1] 1442/15
schizophrenia [1] 1520/21
school [38] 1352/4 1352/8 1368/13 1371/24
1373/13 1373/14 1424/11 1482/19 1511/20
1512/4 1512/23 1515/3 1519/8 1519/14
1519/19 1522/22 1531/22 1534/15 1534/16
1558/10 1563/6 1565/4 1576/23 1578/3
1581/20 1582/6 1597/21 1601/5 1601/21
1617/9 1618/11 1619/6 1632/11 1632/11
1632/14 1632/14 1634/19 1639/17
schooling [1] 1466/15
schools [1] 1562/23
science [3] 1424/23 1578/7 1590/4
scope [3] 1475/3 1545/19 1652/15
score [135] 1347/16 1347/18 1347/25
1348/12 1348/15 1348/16 1349/1 1349/1
1349/2 1354/24 1357/4 1357/5 1357/5 1357/6
1357/8 1357/12 1358/13 1358/16 1358/18
1359/3 1361/4 1361/7 1361/13 1361/15
1361/22 1362/14 1363/20 1366/6 1366/19
1366/25 1371/4 1374/8 1375/10 1377/18
1383/9 1385/8 1385/9 1385/11 1386/18
1386/24 1387/1 1387/2 1387/3 1387/5
1387/10 1387/14 1387/15 1387/21 1390/5
1390/22 1390/23 1391/12 1392/6 1392/18
1393/24 1394/11 1394/16 1394/19 1394/20
1398/20 1398/24 1400/25 1410/15 1413/2
1413/7 1423/19 1429/24 1436/17 1438/14
1439/13 1439/22 1439/23 1440/25 1441/22
1441/24 1441/25 1443/24 1444/8 1444/10
1446/5 1446/6 1446/11 1448/21 1449/11
1449/11 1449/19 1449/22 1451/10 1451/16
1451/21 1451/22 1451/23 1452/4 1453/13
1454/15 1454/17 1456/22 1461/16 1461/18
1461/19 1470/5 1471/6 1474/4 1503/18
1503/20 1503/21 1504/10 1507/24 1516/3
1571/5 1572/16 1625/16 1645/13 1645/14
1645/18 1646/1 1656/17 1656/25 1657/8
1658/3 1658/4 1662/12 1662/15 1662/15
1664/25 1665/9 1665/12 1665/12 1667/3
1667/6 1667/23 1668/5 1668/6 1668/6
1668/23
scored [17] 1390/19 1390/20 1392/4 1393/1
1393/19 1393/22 1393/23 1394/1 1394/4
1394/4 1394/17 1394/24 1396/21 1406/21
1406/22 1406/24 1407/1
scores [235] 1349/7 1353/24 1354/1 1354/2
1354/8 1354/10 1354/14 1357/14 1358/4
1360/25 1361/16 1361/24 1362/2 1363/14
1364/8 1364/23 1365/11 1365/12 1365/19
1366/15 1366/15 1366/17 1369/7 1370/3
1371/8 1371/11 1373/2 1373/11 1374/13
1375/6 1378/14 1378/17 1381/18 1382/3
1382/3 1382/21 1382/22 1382/24 1384/1
1384/1 1384/16 1385/3 1386/6 1386/15
1393/6 1393/14 1395/10 1395/13 1395/14
1396/3 1396/6 1396/16 1405/25 1405/25
1406/2 1408/23 1409/1 1409/6 1409/13
1410/1 1410/2 1410/19 1411/1 1411/3 1411/4
1411/11 1411/14 1411/20 1412/6 1412/12
1412/13 1412/13 1412/16 1412/23 1412/24
1413/1 1413/5 1413/9 1413/12 1413/13

1413/16 1413/21 1413/24 1418/24 1418/24
1419/3 1420/2 1420/9 1423/9 1423/9
1424/10 1425/3 1425/3 1427/11 1431/6
1431/8 1431/9 1431/13 1431/13 1436/12
1437/7 1437/10 1437/22 1437/23 1438/7
1438/10 1438/24 1439/1 1439/2 1439/3
1439/6 1439/8 1439/9 1439/10 1439/11
1439/13 1439/17 1439/17 1439/18 1440/2
1440/5 1440/16 1441/1 1441/7 1441/8
1441/11 1444/12 1444/13 1446/11 1446/15
1446/24 1447/4 1448/8 1448/9 1448/11
1448/14 1448/18 1450/13 1450/18 1450/19
1451/3 1454/18 1454/20 1470/7 1470/13
1470/17 1470/25 1471/2 1472/6 1473/7
1473/11 1473/11 1473/13 1473/15 1473/16
1473/21 1478/22 1503/6 1504/12 1504/13
1504/17 1504/18 1504/22 1504/22 1504/23
1504/23 1506/5 1506/5 1506/7 1506/9
1506/10 1506/11 1506/11 1506/13 1506/19
1506/22 1507/18 1507/19 1507/24 1514/2
1539/11 1571/4 1572/2 1572/6 1573/23
1573/24 1622/25 1623/2 1623/3 1623/5
1623/6 1623/8 1624/19 1625/8 1625/18
1625/21 1625/23 1626/1 1626/6 1626/8
1626/8 1630/2 1645/20 1645/22 1645/23
1645/25 1652/5 1657/17 1657/17 1657/19
1657/21 1657/25 1662/12 1664/17 1664/20
1664/22 1665/4 1665/6 1665/6 1666/15
1666/16 1666/16 1666/16 1666/17 1667/11
1668/9 1668/12 1668/13 1668/18 1669/12
1669/13 1669/19 1669/21 1669/21 1670/2
scoring [4] 1394/21 1400/9 1414/23 1434/19
scrambled [1] 1651/13
screen [2] 1357/19 1416/4
screenplay [1] 1590/5
search [5] 1355/5 1355/6 1355/11 1360/17
1360/24
seated [6] 1345/19 1414/19 1477/10 1477/17
1500/4 1545/4
second [33] 1352/10 1353/9 1366/5 1379/4
1392/2 1408/24 1420/21 1421/15 1423/11
1424/2 1424/11 1424/12 1442/21 1443/1
1455/25 1473/2 1478/24 1478/25 1487/10
1512/12 1513/2 1514/17 1524/5 1525/19
1537/23 1542/3 1542/4 1545/17 1550/10
1629/9 1629/12 1629/14 1648/20
Second Circuit [1] 1545/17
second-to-fifth-grade [1] 1352/10
secondary [4] 1364/3 1486/1 1530/9 1642/11
Secondly [1] 1412/16
section [9] 1351/25 1369/4 1417/5 1419/23
1419/24 1465/21 1465/24 1489/13 1602/1
secure [1] 1585/2
secured [1] 1649/16
security [1] 1505/25 1553/11 1632/22
1672/21
sedate [1] 1517/9
sedative [1] 1517/7
see [145] 1352/1 1352/1 1352/7 1354/1
1357/19 1358/7 1360/15 1369/20 1375/23
1377/5 1378/7 1378/25 1379/9 1379/11
1380/1 1380/6 1380/20 1385/8 1396/18
1399/21 1404/14 1411/2 1417/21 1417/22
1419/11 1419/16 1420/8 1421/13 1421/16
1421/17 1425/16 1433/19 1433/23 1434/4
1434/5 1434/6 1434/12 1434/14 1436/7
1437/17 1437/21 1441/6 1441/6 1448/2
1448/2 1450/24 1451/7 1451/23 1473/11
1481/14 1483/10 1492/7 1492/11 1494/1
1495/7 1495/11 1495/17 1495/18 1495/19
1501/25 1503/10 1506/18 1508/19 1509/2
1509/10 1514/5 1514/10 1514/17 1514/23
1515/3 1515/7 1515/11 1516/25 1516/25
1517/17 1519/11 1522/15 1522/18 1522/23

1526/4 1531/14 1531/15 1531/15 1531/17
1538/1 1538/11 1538/13 1538/14 1538/17 1538/18
1538/11 1538/23 1539/7 1539/12 1539/19
1540/7 1540/22 1550/2 1550/8 1550/14
1555/18 1560/4 1560/6 1567/16 1573/20
1583/17 1584/15 1584/16 1588/7 1589/17
1590/13 1593/12 1595/22 1597/17 1599/9
1601/1 1606/9 1615/4 1615/5 1615/6 1617/11
1634/25 1635/2 1637/21 1637/22 1638/22
1639/10 1640/20 1641/2 1641/18 1641/20
1642/2 1642/3 1642/6 1643/24 1645/15
1645/20 1646/5 1647/12 1649/5 1649/12
1650/21 1665/6 1668/22 1672/10 1674/13
seeing [19] 1357/25 1380/24 1494/7 1495/5
1517/15 1523/22 1523/23 1523/24 1531/21
1539/4 1539/6 1551/8 1588/5 1613/5 1613/5
1638/4 1638/5 1647/2 1654/12
seeing Dr [1] 1654/12
seek [2] 1374/21 1374/24
seem [5] 1351/21 1368/5 1378/3 1595/24
1596/16
seemed [5] 1349/16 1432/4 1456/3 1456/4
1596/2
seeming [2] 1350/4 1350/16
seems [5] 1367/8 1492/1 1522/24 1533/2
1672/10
seen [21] 1376/17 1376/21 1409/18 1415/21
1446/19 1447/1 1456/16 1495/6 1533/24
1539/10 1573/22 1573/23 1588/13 1592/24
1594/19 1597/13 1644/15 1644/18 1652/6
1652/11 1652/14
sees [2] 1542/10 1582/24
selected [1] 1389/13
selective [1] 1542/13
self [2] 1463/16 1587/23
self-care [1] 1463/16
self-professed [1] 1587/23
semantic [1] 1393/19
send [1] 1537/7
sense [21] 1374/12 1404/1 1412/24 1432/2
1447/9 1450/12 1488/23 1507/11 1507/19
1509/7 1578/13 1590/9 1594/3 1595/19
1595/20 1597/15 1597/18 1600/20 1633/23
1651/22 1672/7
sensitive [1] 1368/16 1516/10 1525/3
sent [1] 1625/4
sentence [21] 1350/2 1366/5 1366/5 1379/5
1379/15 1407/22 1407/25 1416/9 1417/19
1420/16 1420/21 1421/15 1421/18 1455/25
1458/14 1466/1 1572/12 1572/14 1572/16
1576/13 1586/11
sentences [2] 1390/1 1471/24
sentencing [5] 1408/6 1525/9 1537/23
1545/16 1581/4
separate [7] 1352/12 1532/6 1535/25 1536/8
1536/9 1620/10 1634/22
separated [2] 1396/12 1532/8
September [3] 1510/13 1532/2 1533/10
September 7th [1] 1510/13
sequence [3] 1427/20 1428/14 1428/19
sequences [2] 1385/19 1428/19
sequencing [13] 1348/8 1348/19 1348/25
1349/12 1384/3 1384/3 1427/18 1427/22
1427/24 1440/6 1453/9 1453/10 1453/12
series [4] 1454/18 1488/9 1523/13 1546/19
serious [4] 1525/1 1525/14 1567/17 1664/12
seriously [1] 1642/23
served [1] 1525/4
session [1] 1345/5
set [18] 1384/6 1409/22 1444/11 1446/11
1479/4 1490/12 1506/11 1510/15 1510/18
1510/23 1527/16 1544/5 1575/3 1630/14
1649/14 1673/20 1673/21 1674/2
sets [4] 1437/6 1437/7 1485/7 1650/24

**S**

setting [10] 1368/10 1456/8 1501/6 1553/5 1553/10 1589/5 1633/25 1633/25 1634/7 1640/10

settings [3] 1491/2 1553/15 1634/1

seven [29] 1355/23 1358/16 1359/10 1371/11 1383/14 1410/16 1411/7 1440/24 1445/19 1447/10 1447/20 1447/21 1483/20 1494/23 1505/5 1507/13 1516/21 1522/18 1523/19 1529/5 1555/15 1600/4 1600/7 1601/6 1601/8 1601/8 1653/12 1657/8 1658/4

seven-year-old [2] 1601/6 1601/8

sevens [2] 1607/8 1607/11

seventh [4] 1408/24 1423/12 1424/2 1424/12

Seventy [1] 1494/10

several [10] 1365/7 1389/17 1402/14 1404/16 1420/22 1453/19 1492/14 1558/5 1588/18 1618/3

severe [5] 1458/22 1482/11 1560/2 1564/6 1584/23

severely [2] 1378/6 1459/1

severity [5] 1458/17 1466/15 1560/20 1564/9 1564/16

shape [1] 1368/13

Shapiro [9] 1416/3 1507/3 1573/6 1578/17 1579/19 1587/19 1589/8 1660/21 1669/18

Shapiro's [1] 1651/2

share [2] 1616/11 1616/12

shared [1] 1628/2

she [209] 1346/2 1355/22 1355/23 1357/4 1357/5 1357/8 1357/11 1357/14 1362/15 1362/16 1362/23 1362/24 1362/25 1363/3 1363/4 1363/5 1363/23 1363/23 1363/24 1364/7 1364/9 1364/12 1364/18 1364/21 1365/12 1366/21 1367/14 1367/23 1367/25 1367/25 1368/4 1369/2 1369/24 1370/2 1370/15 1371/6 1371/14 1371/15 1371/16 1371/19 1371/22 1403/21 1409/19 1420/13 1427/3 1431/4 1435/15 1440/21 1440/22 1450/2 1450/6 1450/7 1450/9 1450/11 1450/19 1450/20 1451/3 1455/6 1455/18 1455/19 1455/19 1465/21 1469/19 1474/24 1502/13 1511/9 1511/18 1511/21 1512/15 1512/21 1512/22 1512/22 1513/3 1513/15 1513/20 1513/22 1513/22 1513/23 1513/24 1513/25 1523/16 1523/18 1523/20 1523/21 1523/24 1523/25 1524/5 1524/11 1525/4 1525/5 1525/5 1525/5 1525/9 1525/24 1527/18 1528/22 1528/23 1528/24 1529/3 1529/9 1529/18 1529/22 1530/1 1530/2 1530/3 1530/5 1530/24 1530/25 1530/25 1531/3 1531/9 1531/17 1531/18 1531/20 1531/22 1531/24 1532/1 1532/5 1548/16 1548/17 1549/7 1549/8 1549/12 1549/14 1549/16 1549/17 1549/19 1549/21 1549/23 1549/23 1549/24 1549/24 1549/25 1550/1 1550/17 1550/19 1564/9 1564/10 1564/15 1564/19 1564/22 1564/25 1577/2 1579/4 1579/7 1579/9 1579/11 1579/14 1579/22 1580/10 1580/12 1580/16 1580/20 1580/23 1580/23 1580/24 1581/1 1581/4 1581/4 1588/25 1610/18 1611/7 1616/24 1617/1 1617/2 1617/3 1617/3 1617/4 1617/6 1617/6 1617/7 1617/8 1617/10 1617/12 1617/13 1617/15 1617/18 1617/21 1617/22 1617/24 1618/1 1618/2 1618/4 1618/6 1618/10 1618/14 1618/15 1618/22 1618/23 1618/23 1619/4 1619/5 1619/6 1619/8 1619/9 1619/12 1625/25 1626/1 1638/20 1643/20 1643/21 1644/12 1659/10 1659/15 1659/15 1659/16 1661/3 1661/3

she's [27] 1362/15 1365/14 1369/7 1370/10 1371/3 1371/6 1371/13 1438/2 1438/7 1450/22 1451/12 1474/25 1511/11 1511/21 1521/15 1524/14 1550/12 1550/23 1562/22 1564/22 1565/11 1565/24 1579/17 1580/21 1581/1 1616/25 1617/2 1624/5

sheet [4] 1357/15 1622/25 1623/1 1623/2

shoes [2] 1485/20 1588/10

shooting [1] 1541/1

shore [1] 1533/15

short [11] 1347/21 1348/6 1348/10 1348/11 1349/10 1349/14 1349/16 1442/25 1443/11 1531/14 1538/22

short-term [7] 1347/21 1348/6 1348/10 1348/11 1349/10 1349/13 1349/16

shorter [5] 1609/9 1609/11 1609/11 1609/15 1609/17

shortly [2] 1513/16 1518/11

should [35] 1374/8 1375/17 1375/21 1384/2 1403/2 1411/5 1440/4 1450/17 1466/17 1473/6 1503/20 1515/9 1516/18 1534/13 1537/9 1538/5 1564/25 1566/19 1566/25 1568/3 1568/4 1571/14 1572/7 1581/24 1594/21 1640/15 1640/17 1640/18 1655/23 1663/18 1663/18 1668/20 1669/1 1671/10 1672/11

shouldn't [1] 1564/22

show [52] 1351/15 1360/13 1362/25 1411/22 1413/5 1475/5 1599/18 1608/21 1635/7 1635/9 1655/4 1655/7

showed [6] 1350/21 1482/19 1549/17 1635/10 1648/7 1661/19

showing [9] 1353/20 1377/19 1380/10 1417/9 1444/16 1549/14 1549/16 1620/7 1639/6

shown [10] 1378/15 1378/17 1397/13 1409/16 1415/7 1416/17 1469/23 1527/19 1549/19 1608/24

shows [6] 1363/20 1366/22 1397/10 1413/8 1455/10 1624/19

sibling [1] 1513/14

siblings [1] 1514/5

sic [1] 1607/23

side [15] 1402/13 1402/13 1409/16 1475/17 1476/2 1476/6 1476/14 1526/20 1542/17 1543/2 1601/24 1644/14 1653/12 1656/8 1656/8

sides [3] 1487/16 1526/19 1527/7

SIE [2] 1565/24 1565/24

SIE-7 [1] 1565/24

SIE-8 [1] 1565/24

sign [1] 1605/6

significance [12] 1384/20 1424/22 1427/7 1449/8 1450/10 1452/19 1514/4 1572/3 1600/23 1635/24 1641/12 1650/10

significant [21] 1385/9 1386/20 1406/6 1430/15 1463/25 1471/7 1471/25 1485/5 1495/11 1506/3 1511/18 1531/1 1563/14 1563/15 1591/22 1600/5 1600/10 1601/17 1606/21 1647/14 1658/9

significantly [5] 1395/20 1408/21 1408/22 1453/14 1466/14

significantly impaired [1] 1408/21

signs [5] 1508/17 1508/18 1628/6 1628/7 1639/14

similar [7] 1391/1 1406/19 1419/23 1438/16 1440/21 1513/20 1513/22

Similarly [2] 1418/11 1427/22

simple [13] 1350/12 1350/24 1350/24 1403/17 1406/23 1421/20 1424/16 1430/11 1453/9 1613/6 1613/9 1638/21 1638/21

simplistic [1] 1636/25

simply [5] 1363/2 1370/24 1384/23 1436/6 1436/9 1440/1 1440/15 1447/12 1662/25

simultaneously [1] 1517/24

since [25] 1351/24 1353/9 1357/16 1360/6

1362/25 1409/18 1445/22 1445/23 1481/25 1483/15 1488/3 1517/10 1521/8 1527/20 1533/13 1537/14 1544/8 1592/19 1600/8 1610/13 1631/4 1646/21 1646/22 1667/16 1672/4

single [5] 1413/2 1423/13 1425/7 1446/11 1573/11

sinks [1] 1398/7

sir [24] 1477/6 1477/25 1478/11 1499/2 1526/9 1546/17 1547/13 1553/3 1553/23 1563/15 1572/24 1574/6 1574/15 1578/3 1585/10 1589/11 1591/13 1593/12 1604/1 1613/3 1624/10 1626/4 1626/20 1658/18

sister [1] 1513/20

sit [4] 1545/5 1558/22 1598/25 1602/22

situation [13] 1400/8 1413/4 1431/12 1448/5 1448/15 1452/10 1454/5 1525/13 1535/3 1540/8 1540/24 1647/1 1651/24

situations [4] 1399/16 1399/25 1597/9 1597/9

six [38] 1371/11 1383/15 1387/11 1390/22 1410/16 1445/19 1484/3 1484/4 1492/18 1494/25 1504/23 1505/5 1505/23 1517/20 1557/8 1558/2 1599/11 1600/3 1600/7 1601/6 1601/8 1633/19 1636/2 1636/4 1638/1 1638/4 1638/11 1638/14 1638/16 1639/8 1639/22 1640/3 1641/17 1643/7 1643/13 1643/15 1651/20 1658/4

six-year-old [3] 1640/3 1641/17 1651/20

sixes [1] 1354/13

sixth [2] 1407/3 1449/12

skew [1] 1527/12

skewed [1] 1393/12

skill [2] 1596/23 1639/15

skills [15] 1352/3 1352/9 1389/21 1407/20 1407/21 1424/19 1433/18 1442/23 1443/16 1454/2 1463/16 1472/1 1639/25 1640/12 1642/24

Skype [2] 1495/9 1648/19

sleep [1] 1634/3

slide [10] 1416/4 1433/3 1433/4 1433/7 1433/9 1433/10 1461/7 1461/10 1651/2 1651/2

slides [3] 1416/4 1442/4 1479/8

slight [1] 1377/16

slims [1] 1668/5

slow [1] 1443/15

slowed [1] 1585/22

slower [1] 1539/9

small [1] 1431/18

smaller [2] 1346/18 1378/17

smart [1] 1482/12

snapshots [1] 1643/13

Snell [1] 1650/3

so [401]

sober [1] 1511/11

social [20] 1352/25 1366/11 1367/16 1424/25 1501/20 1504/8 1505/9 1505/24 1508/7 1522/11 1523/17 1523/18 1528/25 1529/1 1537/11 1550/15 1553/11 1564/22 1593/13 1632/22

socioeconomic [2] 1435/13 1651/6

software [1] 1649/5

sole [2] 1491/24 1497/21

solely [1] 1567/14

solid [2] 1581/16 1595/7

SOLOWAY [1] 1343/19

solve [1] 1430/12

solved [1] 1430/13

solving [2] 1390/14 1454/5

some [144] 1346/7 1353/13 1355/3 1361/25 1366/3 1366/18 1371/8 1372/6 1374/15 1377/22 1381/25 1385/3 1385/5 1385/5 1387/22 1390/15 1391/8 1391/10 1395/15

**some...** [125] 1397/10 1397/21 1397/22
1399/1 1400/13 1401/24 1403/4 1403/15
1404/14 1405/2 1405/12 1410/1 1410/2
1412/23 1412/24 1413/1 1413/1 1413/20
1417/21 1417/22 1417/24 1419/23 1420/3
1422/4 1427/3 1429/15 1430/14 1431/25
1432/3 1432/14 1435/21 1436/23 1443/15
1448/11 1449/24 1453/4 1454/10 1464/13
1466/12 1472/22 1473/12 1473/14 1484/6
1484/6 1484/7 1487/6 1488/3 1494/2 1495/7
1495/21 1498/9 1502/5 1509/3 1509/11
1509/24 1511/22 1514/11 1514/15 1516/1
1521/1 1521/2 1521/4 1523/3 1523/7 1525/25
1528/4 1528/13 1529/23 1530/23 1531/23
1533/7 1536/13 1536/22 1537/17 1538/7
1539/7 1539/11 1546/20 1551/11 1554/8
1562/22 1563/11 1563/12 1564/19 1564/19
1565/1 1569/13 1571/18 1577/14 1588/16
1588/16 1590/5 1596/2 1599/16 1600/17
1600/18 1601/12 1608/25 1609/1 1610/25
1614/7 1617/24 1618/5 1618/15 1619/2
1619/8 1623/17 1630/2 1632/20 1632/21
1633/6 1633/20 1637/1 1638/14 1638/15
1646/8 1646/8 1646/16 1658/6 1661/9
1661/16 1661/25 1666/6 1674/1 1674/2
**somebody** [16] 1350/6 1360/14 1398/12
1461/14 1463/7 1526/3 1533/1 1555/18
1562/10 1566/9 1572/21 1606/1 1623/10
1623/10 1645/24 1672/20
**somehow** [6] 1436/18 1547/10 1606/23
1618/25 1666/6 1666/6
**someone** [90] 1350/17 1350/19 1354/6
1361/17 1364/1 1376/10 1376/14 1380/7
1382/9 1399/19 1400/9 1400/11 1404/10
1404/11 1404/20 1425/19 1425/23 1433/20
1433/21 1446/18 1446/25 1447/12 1448/1
1450/25 1455/14 1457/10 1458/21 1459/1
1461/21 1461/23 1463/13 1463/15 1465/6
1495/12 1504/2 1508/20 1509/2 1515/15
1517/18 1522/20 1524/25 1530/16 1531/13
1531/14 1536/23 1537/7 1537/10 1538/13
1539/4 1539/6 1539/14 1553/9 1563/16
1563/17 1563/17 1569/11 1569/15 1578/8
1586/15 1587/15 1587/23 1590/23 1591/14
1591/17 1591/19 1591/21 1595/4 1595/8
1595/9 1597/1 1597/7 1605/13 1606/3 1608/5
1616/4 1618/21 1618/25 1633/22 1633/24
1640/22 1641/15 1641/25 1647/24 1649/10
1649/24 1651/11 1651/24 1656/5 1657/17
1667/6
**someone's** [16] 1352/9 1353/9 1366/13
1379/19 1379/20 1398/19 1398/23 1399/16
1400/3 1446/8 1492/3 1492/3 1492/4 1492/11
1536/1 1606/9
**something** [52] 1345/24 1350/18 1361/2
1380/4 1385/20 1389/4 1410/7 1412/14
1416/8 1418/19 1424/6 1425/16 1431/3
1442/1 1446/10 1447/1 1453/16 1458/23
1461/22 1462/15 1462/20 1491/14 1516/18
1517/5 1517/5 1528/18 1537/9 1541/17
1543/11 1545/13 1547/11 1548/17 1552/15
1552/18 1554/24 1556/15 1561/11 1565/11
1578/9 1589/24 1592/24 1597/11 1600/22
1628/3 1636/19 1636/20 1636/20 1641/25
1650/20 1654/6 1658/8 1658/12
**something's** [1] 1516/11
**sometime** [1] 1536/6
**sometimes** [11] 1380/7 1380/25 1381/1
1404/20 1404/25 1431/9 1431/10 1432/5
1432/5 1465/10 1465/11
**somewhat** [2] 1403/19 1513/24
**somewhere** [2] 1470/6 1534/20

**son** [6] 1511/25 1513/12 1514/13 1514/14
1651/16 1552/20
**sorry** [36] 1345/23 1354/23 1376/25 1383/24
1384/8 1393/23 1396/1 1396/25 1411/21
1417/16 1462/17 1470/16 1472/11 1490/2
1498/12 1511/7 1518/19 1519/12 1519/15
1536/12 1545/6 1550/13 1550/21 1562/3
1564/2 1565/16 1572/15 1575/6 1578/21
1589/21 1595/2 1601/1 1616/7 1620/25
1621/8 1654/18
**sort** [22] 1386/18 1387/4 1387/5 1387/8
1387/11 1387/15 1416/19 1416/24 1423/25
1435/21 1440/23 1452/15 1469/6 1514/5
1526/4 1560/1 1561/24 1563/12 1587/15
1590/9 1630/19 1674/2
**sorted** [7] 1387/13 1387/15 1387/17 1387/18
1388/8 1388/17 1430/17
**sorting** [12] 1386/11 1387/3 1387/10
1387/21 1388/4 1388/18 1391/2 1392/25
1429/21 1429/25 1430/18 1430/19
**sorts** [4] 1387/3 1387/9 1631/2 1669/24
**sought** [1] 1376/1
**sound** [4] 1441/16 1446/2 1524/19 1586/9
**sounded** [2] 1547/1 1585/20
**sounds** [1] 1572/21
**source** [1] 1528/5
**sources** [5] 1528/13 1531/7 1551/17 1572/8
1630/11
**Southern** [1] 1481/4
**spaced** [1] 1573/11
**span** [3] 1406/12 1406/13 1440/5
**spanning** [1] 1354/12
**spatial** [5] 1403/4 1403/6 1404/8 1406/12
1406/13
**speak** [8] 1349/4 1351/8 1360/12 1468/20
1471/24 1554/14 1565/18 1578/17
**speaking** [3] 1526/10 1526/11 1578/18
**special** [21] 1344/7 1345/14 1353/9 1370/12
1373/11 1424/1 1448/15 1452/24 1460/11
1485/11 1485/18 1485/21 1485/22 1485/23
1486/7 1486/10 1490/4 1514/14 1541/10
1640/15 1668/21
**Specialized** [1] 1485/15
**specializing** [1] 1478/14
**specific** [28] 1365/4 1379/25 1381/23 1382/1
1423/21 1430/7 1458/16 1462/1 1468/2
1468/16 1474/4 1474/4 1480/2 1481/13
1493/9 1516/10 1521/13 1559/20 1560/19
1599/17 1612/9 1615/6 1615/10 1645/18
1646/18 1651/15 1654/13 1654/15
**specifically** [14] 1374/17 1421/19 1422/14
1437/16 1447/25 1455/18 1481/12 1484/22
1490/19 1549/4 1551/7 1552/7 1582/8
1602/15
**specificity** [1] 1468/5
**specifics** [1] 1672/2
**Spectrum** [2] 1488/14 1491/12
**speculation** [2] 1666/2 1666/10
**speculatively** [2] 1657/2 1657/3
**speed** [3] 1383/24 1384/4 1443/13
**speeds** [1] 1442/24
**spell** [7] 1468/20 1477/25 1537/4 1554/9
1554/21 1554/22 1554/23
**spelling** [4] 1407/14 1422/15 1537/5 1555/3
**spend** [3] 1509/24 1512/3 1533/17
**spent** [6] 1416/16 1512/2 1535/5 1576/23
1576/25 1577/14
**spesh** [2] 1636/7 1636/10
**sphere** [1] 1372/20
**spheres** [1] 1640/7
**spite** [2] 1507/22 1540/20
**spoke** [5] 1372/10 1555/14 1581/12 1585/21
1618/2
**spoken** [1] 1468/18

**spontaneously** [1] 1397/17
**spur** [1] 1672/1
**SSI** [1] 1632/22
**stabilities** [2] 1464/1 1491/16
**stability** [1] 1513/24
**stable** [1] 1506/5
**stage** [1] 1642/15
**stakes** [1] 1510/8
**stamp** [1] 1403/21
**stand** [10] 1345/20 1419/2 1474/14 1474/18
1477/5 1478/16 1499/16 1637/3 1637/4
1658/18
**standard** [18] 1378/16 1398/22 1400/9
1400/25 1412/13 1439/2 1444/4 1444/9
1444/9 1471/3 1471/4 1474/7 1507/23
1620/18 1623/9 1624/24 1625/2 1657/9
**standardized** [2] 1418/14 1438/19
**standards** [8] 1479/4 1490/12 1500/15
1501/7 1501/16 1502/9 1553/12 1660/19
**standing** [8] 1406/17 1424/9 1445/25
1474/19 1474/20 1474/21 1487/18 1519/18
**standpoint** [1] 1470/12
**stands** [6] 1348/14 1348/15 1349/8 1406/15
1418/25 1471/9
**Stapleton** [5] 1512/13 1538/22 1541/5
1541/6 1541/11
**start** [8] 1482/13 1508/5 1509/17 1509/19
1523/22 1607/9 1607/20 1621/15
**started** [10] 1357/22 1481/19 1524/19 1530/6
1531/21 1607/14 1608/3 1631/10 1635/25
1638/8
**starting** [4] 1427/20 1427/22 1464/16 1607/8
**starts** [7] 1397/16 1463/21 1505/12 1505/14
1505/15 1508/6 1636/3
**state** [12] 1397/13 1458/3 1468/5 1468/8
1477/25 1483/17 1485/7 1493/6 1569/6
1617/20 1632/9 1632/10
**stated** [7] 1365/6 1367/14 1368/4 1464/9
1474/25 1573/5 1629/4
**statement** [14] 1366/13 1367/8 1371/3
1379/24 1409/23 1458/9 1522/13 1554/20
1571/11 1580/1 1583/15 1585/6 1598/7
1661/2
**statements** [6] 1455/4 1524/10 1524/18
1525/18 1526/24 1612/5
**Staten** [12] 1374/20 1375/25 1400/11
1512/13 1538/13 1602/9 1602/24 1603/1
1603/2 1610/6 1610/19 1630/22
**Staten Island** [4] 1602/9 1602/24 1603/1
1603/2
**states** [12] 1343/1 1343/2 1343/4 1343/10
1343/14 1343/15 1345/3 1345/8 1345/12
1345/13 1459/24 1460/15
**statistic** [2] 1445/2 1445/3
**statistical** [2] 1449/7 1520/16
**statistically** [2] 1449/6 1574/22
**status** [8] 1517/12 1585/13 1597/23 1597/24
1608/6 1613/7 1651/6 1652/7
**stay** [1] 1610/18
**stayed** [2] 1513/7 1513/8
**staying** [1] 1592/25
**steak** [1] 1651/16
**stenography** [1] 1344/15
**step** [3] 1470/10 1475/9 1514/19
**STERN** [3] 1343/19 1343/21 1345/17
**Steven** [5] 1487/17 1487/20 1488/25 1489/23
1491/8
**stick** [1] 1548/9
**still** [18] 1346/2 1362/21 1414/13 1434/14
1450/9 1460/22 1484/6 1484/7 1500/8
1507/12 1540/12 1628/22 1638/5 1638/11
1638/18 1639/17 1671/23 1672/19
**stipulate** [1] 1644/19
**stipulation** [3] 1658/23 1659/1 1659/9

**S**

stool [1] 1488/1
stop [2] 1401/15 1672/10
store [6] 1454/8 1540/9 1540/9 1540/13
1540/14 1540/18
stored [1] 1433/20
stories [2] 1551/5 1551/17
story [2] 1424/23 1636/9
straightened [1] 1622/1
straightforward [2] 1502/21 1596/3
strategic [1] 1391/17
strategize [3] 1387/17 1432/11 1454/11
strategy [5] 1391/13 1430/15 1432/4 1453/20
1454/12
stratum [1] 1442/21
stream [4] 1605/17 1605/20 1606/17 1607/4
streams [1] 1606/25
street [6] 1343/20 1343/23 1344/2 1519/18
1542/10 1604/3
strength [1] 1544/10
strengths [27] 1403/3 1412/19 1412/21
1413/20 1415/6 1415/10 1415/21 1415/23
1415/24 1416/14 1427/12 1434/10 1434/11
1434/14 1452/24 1454/19 1463/5 1463/8
1464/14 1464/14 1465/10 1465/11 1465/11
1492/13 1539/14 1539/17 1540/23
stress [2] 1520/22 1556/7
strictly [1] 1525/21
strike [5] 1399/8 1404/17 1451/6 1467/23
1474/22
strikes [1] 1522/19
striking [1] 1545/9
strong [1] 1544/16
strongest [1] 1377/19
struck [1] 1399/7
structure [8] 1392/11 1430/12 1436/9
1553/10 1553/11 1553/13 1589/14 1649/21
structured [5] 1368/9 1405/9 1589/12
1633/25 1640/10
struggled [2] 1391/6 1391/19
struggling [1] 1672/24
strung [1] 1630/19
stuck [2] 1430/16 1432/5
student [1] 1632/13
students [7] 1648/13 1648/13 1648/21
1649/1 1649/2 1649/6 1649/7
studied [2] 1425/22 1426/1
studies [14] 1376/14 1376/19 1378/10
1378/23 1379/25 1380/10 1380/14 1380/20
1420/3 1420/22 1421/4 1421/11 1424/25
1485/15
study [8] 1377/2 1377/4 1378/23 1420/10
1420/13 1420/14 1421/1 1507/7
stuff [1] 1401/24
subject [11] 1346/11 1381/2 1387/6 1409/9
1409/20 1409/22 1411/15 1411/17 1411/22
1412/2 1667/13
subjective [1] 1542/14
submission [2] 1460/18 1528/3
submit [6] 1661/6 1662/20 1662/21 1663/9
1663/17 1666/25
submits [1] 1660/16
submitted [1] 1672/5
subparts [1] 1442/13
subpoena [5] 1525/4 1525/4 1525/7 1549/18
1549/20
subpoenaed [1] 1525/5
subscores [10] 1506/12 1623/20 1623/20
1623/21 1623/21 1623/23 1624/1 1624/12
1624/14 1626/14
subsense [2] 1626/14 1626/15
substance [1] 1520/21
substantial [3] 1674/1 1674/5 1674/6

substantially [1] 1669/22
substituting [1] 1581/1
subtraction [2] 1408/19 1408/20
subtest [33] 1348/6 1348/10 1348/11 1349/3
1349/10 1355/22 1366/13 1378/16 1378/20
1405/22 1405/25 1434/24 1439/2 1439/8
1439/10 1439/13 1439/14 1440/2 1440/16
1441/7 1441/8 1441/10 1444/23 1445/6
1445/8 1446/5 1446/6 1623/3 1624/20
1625/18 1626/7 1630/2 1668/9
subtests [15] 1358/4 1372/7 1373/2 1384/5
1384/5 1384/11 1385/13 1386/2 1405/20
1419/2 1427/14 1437/8 1444/20 1571/24
1572/2
subtract [1] 1359/9
subtracting [1] 1451/21
subtraction [1] 1408/13
subway [6] 1429/13 1610/10 1610/11 1612/6
1612/6 1612/11
success [1] 1651/8
successful [1] 1514/21
such [24] 1374/9 1382/6 1393/7 1399/22
1401/7 1418/5 1418/13 1429/1 1464/22
1466/16 1468/21 1480/11 1482/3 1483/10
1491/16 1506/3 1525/18 1527/22 1572/6
1590/23 1598/1 1625/8 1631/1 1645/18
sudden [1] 1646/1
suffer [4] 1508/2 1568/19 1594/25 1595/12
suffered [3] 1422/21 1526/1 1568/22
suffering [4] 1563/12 1563/22 1589/23
1661/24
suffers [1] 1561/9 1618/18
suggest [7] 1366/19 1369/5 1369/8 1369/20
1373/2 1440/6 1538/3
suggested [3] 1445/22 1611/21 1652/19
suggesting [4] 1377/16 1377/21 1452/3
1470/5
suggestion [1] 1561/8
suggestive [2] 1372/20 1662/5
suggests [2] 1366/6 1367/7
suicidal [1] 1517/21
suicide [1] 1640/6
Suite [2] 1343/20 1343/23
sum [1] 1573/1
summarize [1] 1396/5
summary [7] 1360/24 1366/8 1367/12
1369/5 1370/6 1375/12 1417/1
summer [3] 1486/5 1502/1 1512/24
Summer/Fall [1] 1501/2
summers [1] 1512/2
sums [1] 1439/2
supervising [1] 1639/18
supervision [1] 1368/6
supplement [1] 1499/11
support [15] 1368/17 1371/7 1420/22
1420/24 1440/8 1442/17 1453/1 1509/15
1558/21 1558/24 1582/22 1625/18 1649/22
1650/18 1650/19
supported [2] 1458/10 1469/20
supports [12] 1453/1 1582/25 1589/17
1591/14 1591/22 1592/8 1592/9 1593/21
1593/21 1594/4 1634/2 1649/23
supposed [5] 1394/11 1402/13 1403/1
1572/13 1607/2
supposedly [3] 1548/2 1548/18 1601/16
Supreme [1] 1486/14
sure [54] 1345/25 1348/2 1352/22 1358/1
1360/16 1365/24 1366/4 1366/24 1368/21
1369/7 1369/8 1382/15 1403/23 1417/24
1433/8 1442/5 1459/20 1459/20 1460/19
1472/20 1475/6 1475/11 1476/9 1476/12
1477/19 1480/19 1500/22 1504/20 1506/14
1511/6 1518/10 1525/15 1528/8 1528/18
1535/16 1537/5 1545/22 1550/25 1551/17

1554/15 1554/19 1560/5 1583/18 1594/13
1597/17 1600/8 1618/16 1621/9 1627/5
1627/6 1631/11 1658/24 1666/22 1667/17
surely [1] 1507/8
surface [2] 1425/1 1522/3
surgery [1] 1480/22
surprised [1] 1592/1
surprising [1] 1390/3
surrounding [1] 1504/13
surrounding the [1] 1504/13
sustained [4] 1433/22 1644/8 1652/24
1665/14
Swadesh [1] 1638/19
switch [2] 1429/13 1429/16
switching [5] 1384/3 1386/9 1428/6 1428/16
1428/18
Switzky [1] 1488/25
sworn [2] 1477/8 1597/15
symbol [10] 1354/13 1355/5 1355/6 1355/11
1360/17 1360/23 1406/12 1406/13 1423/13
1445/16
symptoms [8] 1517/16 1519/5 1541/21
1563/7 1566/8 1634/18 1636/5 1644/1
Syndrome [1] 1491/16
synonymous [1] 1487/24
synopsis [1] 1480/16
synthesize [1] 1502/22
system [7] 1381/14 1558/10 1563/6 1565/4
1582/22 1632/14 1649/22
systematic [2] 1368/23 1471/17
systems [2] 1582/25 1632/11 1650/19
1650/19

**T**

tab [2] 1440/25 1458/11
Tab 1 [1] 1458/11
table [3] 1359/1 1359/6 1651/2
tainted [1] 1528/5
take [62] 1345/20 1349/13 1366/2 1376/9
1379/19 1379/20 1383/25 1411/4 1414/15
1439/12 1440/15 1462/6 1470/7 1470/10
1470/11 1480/12 1482/13 1487/9 1499/10
1507/12 1509/17 1510/11 1517/25 1519/24
1519/25 1519/25 1524/16 1531/5 1537/17
1538/2 1540/19 1540/24 1544/22 1550/24
1551/22 1553/16 1566/10 1575/19 1600/19
1600/20 1601/1 1601/3 1607/2 1610/9
1610/11 1612/11 1617/4 1618/16 1639/19
1642/3 1646/23 1650/17 1650/17 1657/18
1658/12 1665/11 1667/8 1667/8 1671/6
1671/9 1671/16 1673/12
taken [16] 1436/2 1437/14 1438/2 1492/2
1492/4 1506/20 1513/16 1513/16 1513/17
1515/5 1517/3 1537/9 1544/24 1545/3 1566/3
1570/25
taker [1] 1401/17
takes [7] 1345/6 1477/5 1592/10 1593/8
1593/19 1610/11 1669/20
taking [20] 1353/6 1404/11 1429/13 1444/11
1517/3 1528/16 1538/24 1541/2 1569/7
1578/8 1591/10 1599/22 1599/24 1600/2
1600/12 1601/4 1601/4 1612/5 1612/6
1635/17
tales [1] 1525/6
talk [26] 1374/14 1382/21 1382/24 1392/15
1405/4 1456/8 1464/9 1490/19 1509/3
1530/23 1532/7 1540/1 1548/25 1549/1
1549/13 1553/4 1553/6 1553/24 1572/3
1580/20 1585/11 1592/9 1619/13 1624/24
1643/2 1650/15
talked [32] 1346/5 1347/20 1352/19 1352/25
1354/2 1369/10 1374/15 1376/5 1376/5
1391/1 1401/9 1405/5 1405/7 1411/2 1444/13
1451/13 1455/9 1456/19 1457/21 1506/24

**T**

talked... [12]  1540/15 1549/9 1549/10 1570/13 1578/11 1589/8 1589/9 1589/23 1591/3 1602/15 1614/7 1646/12

talking [64]  1347/15 1347/18 1354/4 1354/5 1354/6 1361/16 1380/11 1382/15 1395/6 1395/6 1395/10 1395/16 1395/17 1396/6 1396/9 1399/13 1400/17 1408/23 1433/5 1435/3 1435/19 1435/22 1449/7 1455/2 1459/3 1459/4 1459/6 1459/8 1460/13 1461/25 1462/1 1462/7 1462/7 1462/9 1462/14 1462/15 1463/19 1507/13 1517/21 1520/13 1528/5 1535/6 1540/20 1552/6 1565/14 1585/9 1585/23 1587/8 1591/9 1595/6 1597/1 1597/6 1614/4 1616/23 1620/3 1620/4 1637/4 1644/16 1649/10 1650/11 1651/12 1658/2 1667/9 1668/24

talks [8]  1369/5 1373/6 1462/10 1467/24 1471/23 1505/25 1525/20 1649/3

tally [1]  1452/16

tap [5]  1351/2 1391/8 1401/2 1401/5 1571/23

tape [2]  1539/19 1546/2

tapes [7]  1539/13 1545/10 1545/12 1545/25 1546/3 1546/4 1546/7

taps [5]  1382/4 1387/22 1387/24 1390/13 1444/23

task [37]  1350/24 1364/2 1364/4 1388/14 1391/17 1393/9 1403/19 1404/9 1405/8 1405/9 1405/11 1406/23 1423/13 1427/18 1427/21 1427/24 1428/3 1428/4 1428/16 1428/20 1429/22 1430/2 1430/6 1430/9 1430/13 1430/22 1431/6 1431/10 1431/14 1431/16 1431/19 1443/14 1447/3 1450/15 1453/10 1453/22 1453/24

tasks [21]  1351/2 1352/20 1389/25 1403/17 1428/1 1428/2 1428/16 1430/4 1430/14 1432/13 1432/22 1436/4 1443/13 1450/23 1453/5 1453/6 1453/7 1453/9 1454/4 1454/10 1455/6

taxicab [2]  1538/23 1538/24

teacher [3]  1371/22 1514/20 1640/18

teaches [1]  1373/20

teaching [1]  1375/16

team [1]  1580/5

technologies [1]  1649/4

technology [9]  1495/9 1495/10 1537/2 1537/2 1537/11 1648/21 1648/23 1649/13 1649/14

Tel [1]  1344/13

telephone [8]  1513/3 1530/23 1577/19 1580/12 1580/13 1596/13 1610/18 1631/12

telephones [1]  1596/16

television [2]  1592/25 1592/25

tell [41]  1348/1 1355/25 1356/3 1417/23 1427/10 1443/24 1462/23 1470/23 1478/13 1478/19 1479/19 1482/6 1500/19 1511/2 1514/18 1516/11 1516/12 1536/17 1537/20 1546/2 1549/23 1549/23 1549/24 1549/25 1551/8 1558/22 1560/15 1580/23 1581/1 1581/4 1598/14 1598/25 1611/8 1612/12 1621/15 1638/7 1639/13 1643/12 1646/2 1649/19 1667/17

telling [23]  1443/5 1471/1 1490/15 1523/13 1530/2 1551/3 1551/5 1552/5 1552/9 1552/11 1553/7 1553/21 1590/3 1595/21 1596/15 1596/23 1596/25 1597/3 1597/4 1597/18 1600/19 1601/1 1673/2

tells [6]  1516/18 1580/20 1590/21 1591/11 1638/9 1641/25

temporal [1]  1588/2

ten [18]  1371/11 1377/12 1390/5 1414/15 1505/12 1511/15 1513/14 1522/18 1544/22 1594/16 1594/20 1600/4 1601/9 1608/3

1611/7 1640/17 1652/12 1664/6

ten-year-old [1]  1601/9

tend [5]  1415/24 1427/5 1434/18 1521/5 1539/9

tendency [3]  1377/17 1451/10 1589/14

tends [1]  1670/1

tenth [2]  1541/10 1617/19

tenth grade [2]  1541/10 1617/19

term [21]  1347/21 1348/6 1348/10 1348/11 1349/10 1349/13 1349/16 1359/22 1360/10 1442/7 1442/25 1442/25 1443/10 1443/10 1443/11 1468/21 1468/24 1505/13 1587/2 1595/7 1604/3

termed [1]  1571/5

termination [1]  1502/23

terminology [1]  1347/18

terms [67]  1361/16 1379/20 1406/15 1410/11 1421/1 1422/7 1422/17 1425/22 1429/6 1429/8 1435/23 1436/3 1438/7 1438/11 1438/13 1442/18 1443/5 1443/15 1443/17 1443/25 1444/13 1445/1 1445/3 1447/19 1451/22 1452/4 1452/23 1464/25 1467/9 1472/5 1472/24 1481/14 1483/4 1483/7 1495/2 1495/12 1508/3 1515/14 1520/12 1523/5 1524/3 1530/4 1530/5 1544/11 1546/7 1584/19 1585/17 1587/15 1595/7 1597/18 1597/23 1598/13 1599/19 1620/23 1626/9 1630/1 1634/16 1635/7 1635/21 1639/15 1641/4 1646/3 1646/19 1651/9 1664/20 1670/14 1672/3

test [189]  1347/21 1347/24 1348/1 1348/8 1348/18 1349/11 1349/13 1349/19 1349/19 1349/22 1349/22 1349/24 1350/9 1350/10 1350/11 1350/12 1350/17 1350/25 1351/7 1351/10 1351/11 1352/15 1352/16 1352/19 1354/8 1354/10 1355/7 1357/1 1357/1 1357/2 1360/20 1360/21 1369/12 1369/22 1374/20 1376/9 1381/6 1381/8 1381/1 1381/14 1381/16 1381/18 1382/4 1382/4 1382/19 1383/25 1384/9 1385/11 1385/14 1385/14 1385/15 1385/16 1385/18 1385/24 1386/3 1386/3 1386/11 1387/2 1388/21 1388/23 1390/4 1390/13 1390/16 1390/17 1390/21 1390/24 1390/25 1391/11 1391/13 1391/20 1391/25 1392/3 1392/23 1392/25 1393/2 1393/3 1393/4 1393/5 1393/11 1393/16 1395/21 1396/12 1396/18 1396/19 1396/21 1396/24 1397/3 1397/9 1397/10 1398/4 1398/24 1400/4 1400/8 1400/19 1400/20 1401/4 1401/6 1401/12 1401/17 1401/17 1402/21 1403/18 1406/18 1406/19 1406/21 1413/24 1423/5 1423/6 1427/7 1428/10 1428/12 1429/21 1429/25 1430/20 1430/25 1432/16 1432/18 1438/15 1440/9 1441/18 1441/19 1443/22 1444/14 1446/19 1447/23 1448/9 1451/12 1453/9 1453/17 1453/17 1455/17 1456/15 1456/16 1459/5 1459/7 1459/15 1472/6 1472/12 1472/15 1472/18 1472/22 1472/23 1490/21 1569/5 1569/6 1569/7 1571/22 1574/4 1578/8 1578/10 1579/24 1608/8 1608/16 1608/17 1608/20 1620/3 1620/6 1620/12 1620/13 1620/14 1620/16 1620/18 1620/20 1620/22 1620/22 1621/2 1621/3 1621/4 1621/4 1621/6 1621/19 1622/2 1626/18 1626/23 1626/24 1626/25 1645/17 1647/8 1661/9 1662/15 1662/20 1662/20 1663/1 1663/4 1665/20 1665/23 1669/25 1670/19

test/retest [1]  1444/14

tested [64]  1351/24 1424/3 1445/24 1663/12

testified [36]  1351/1 1374/19 1448/25 1463/4 1477/8 1483/25 1484/2 1484/3 1484/11 1492/18 1492/23 1496/15 1496/16 1496/21

1496/22 1496/25 1502/10 1555/14 1555/20 1558/1 1558/5 1559/6 1559/22 1559/23 1559/7 1569/25 1570/3 1578/24 1579/21 1587/20 1608/15 1625/24 1626/16 1656/20 1661/7 1661/8

testify [10]  1347/8 1496/10 1496/11 1497/5 1497/6 1497/7 1566/6 1659/10 1659/10 1659/15

testifying [7]  1556/12 1579/17 1624/3 1626/16 1629/14 1629/16 1668/7

testimony [57]  1370/19 1370/20 1370/21 1374/10 1375/3 1375/14 1375/18 1375/22 1383/6 1388/9 1448/20 1460/4 1462/22 1462/23 1464/7 1474/23 1475/14 1479/2 1504/13 1507/3 1524/15 1525/17 1526/7 1537/18 1537/24 1539/13 1539/19 1539/24 1540/2 1540/5 1541/8 1547/4 1547/9 1558/19 1559/14 1566/16 1569/16 1583/19 1596/1 1597/15 1608/12 1608/23 1624/8 1626/3 1660/22 1661/2 1661/5 1661/10 1664/4 1664/8 1669/13 1669/17 1669/18 1672/22 1672/25 1673/1 1673/11

testing [65]  1351/21 1352/2 1352/3 1352/13 1353/12 1362/7 1372/23 1374/20 1376/4 1381/11 1395/5 1403/16 1413/16 1413/23 1414/2 1414/5 1414/6 1414/8 1415/21 1422/5 1422/17 1422/18 1422/18 1422/20 1423/24 1432/23 1443/5 1443/8 1443/12 1444/2 1444/16 1469/24 1470/14 1472/5 1473/1 1480/13 1482/19 1507/15 1507/15 1507/17 1507/17 1509/20 1509/21 1509/21 1509/22 1509/22 1509/23 1509/25 1509/25 1515/10 1620/2 1620/4 1620/5 1624/22 1625/8 1630/2 1630/5 1631/20 1636/3 1637/16 1637/18 1637/21 1661/18 1665/22 1670/1

tests [73]  1350/5 1355/10 1357/12 1362/8 1362/11 1373/11 1373/25 1374/1 1385/19 1387/8 1398/11 1401/5 1414/23 1419/2 1421/21 1422/1 1422/8 1422/9 1422/10 1422/12 1422/13 1422/14 1422/14 1422/24 1423/25 1427/1 1429/7 1429/23 1435/8 1435/8 1435/24 1440/23 1441/4 1441/5 1441/12 1443/5 1448/7 1448/16 1452/16 1454/16 1454/20 1455/2 1455/5 1455/10 1455/11 1462/2 1469/18 1469/20 1469/22 1470/3 1470/22 1472/4 1472/4 1472/9 1501/19 1505/23 1505/25 1506/19 1515/7 1515/8 1549/1 1573/25 1608/25 1609/1 1620/23 1621/5 1621/5 1623/15 1623/24 1624/15 1626/17 1663/6 1669/24

Texas [1]  1592/2

text [2]  1554/14 1554/15

Textbook [1]  1520/6

than [101]  1348/18 1349/2 1360/13 1363/16 1376/16 1377/12 1377/14 1377/15 1377/18 1377/24 1378/2 1380/8 1380/19 1388/7 1402/20 1404/2 1412/23 1412/25 1416/8 1416/13 1416/18 1416/19 1418/5 1418/11 1419/7 1420/14 1420/22 1420/24 1421/5 1422/1 1422/8 1430/4 1430/5 1434/3 1447/14 1457/14 1472/23 1480/15 1480/21 1482/15 1496/17 1508/13 1510/8 1510/9 1513/24 1515/24 1521/8 1540/23 1547/16 1555/20 1561/19 1562/11 1563/17 1564/8 1565/11 1566/19 1569/6 1570/5 1571/15 1571/19 1572/13 1574/3 1583/21 1584/11 1585/3 1586/18 1590/10 1590/10 1594/3 1595/9 1596/19 1596/21 1596/23 1597/3 1599/6 1599/11 1609/4 1609/9 1609/11 1609/11 1609/25 1611/11 1615/13 1617/16 1624/18 1632/18 1633/20 1634/5 1634/7 1637/7 1645/21 1646/9 1655/6 1656/5 1656/13 1661/3 1661/25 1665/14 1666/5 1667/3 1673/13

thank [45]  1346/4 1368/8 1397/2 1403/25
1411/18 1437/5 1454/22 1465/13
1469/16 1474/13 1474/15 1474/17 1477/11
1478/8 1493/21 1494/15 1499/2 1499/8
1499/13 1499/14 1499/15 1500/7 1500/10
1528/20 1535/17 1544/21 1545/22 1546/10
1546/11 1546/13 1629/21 1632/25 1633/1
1645/2 1654/1 1655/9 1658/14 1658/16
1658/19 1658/21 1658/25 1660/14 1674/9
1674/14

Thanks [1]  1476/13
that [2118]
that -- then [1]  1452/5
that correct [1]  1375/4
that somebody [1]  1645/24
that'll [1]  1496/8
that's [449]
the -- there [1]  1434/1
the low [1]  1393/23
the Rey [1]  1406/11
their [53]  1365/2 1365/8 1379/20 1380/25
1399/17 1419/19 1419/19 1433/15 1457/11
1460/18 1461/23 1481/15 1486/8 1495/25
1501/15 1502/11 1505/2 1506/9 1506/14
1509/6 1509/10 1530/24 1533/13 1536/2
1539/1 1539/22 1550/24 1552/14 1568/4
1578/12 1578/12 1582/6 1583/11 1618/22
1625/4 1625/18 1629/16 1631/19 1633/23
1634/1 1649/10 1649/11 1650/21 1653/15
1653/17 1653/24 1653/25 1663/18 1663/21
1664/23 1666/23 1666/23 1667/20
them [109]  1346/19 1362/2 1365/4 1367/17
1368/22 1387/6 1387/9 1387/11 1387/13
1387/17 1387/19 1388/3 1388/8 1388/15
1388/15 1388/18 1389/3 1389/11 1389/17
1389/21 1389/24 1391/24 1392/14 1397/16
1397/19 1401/22 1410/12 1410/21 1413/6
1427/16 1427/16 1429/12 1430/19 1434/14
1440/16 1440/17 1441/8 1447/15 1447/15
1451/21 1453/22 1482/9 1484/6 1484/6
1485/1 1485/1 1485/3 1485/5 1495/11
1506/12 1506/15 1506/15 1509/10 1523/21
1530/23 1531/15 1531/15 1537/2 1540/3
1540/19 1540/20 1546/21 1551/16 1554/4
1554/13 1561/18 1561/19 1562/11 1568/11
1575/1 1578/12 1580/4 1580/6 1586/9
1594/15 1595/21 1595/25 1599/4 1600/19
1600/20 1601/1 1601/2 1601/25 1607/20
1607/21 1607/24 1618/17 1618/22 1624/23
1625/14 1625/19 1626/9 1638/23 1642/9
1645/5 1646/19 1649/9 1649/9 1649/11
1650/15 1650/15 1650/16 1653/22 1653/23
1663/9 1663/15 1663/20 1666/23 1669/21
themselves [17]  1350/18 1416/2 1418/8
1419/5 1473/16 1486/5 1503/11 1508/13
1509/8 1517/20 1531/13 1561/19 1562/12
1606/9 1618/17 1648/13 1648/15
then [118]  1346/17 1358/21 1367/22 1374/8
1377/3 1378/1 1380/14 1383/1 1387/11
1390/8 1391/5 1397/19 1401/20 1401/24
1402/1 1404/12 1404/13 1404/25 1405/17
1405/25 1406/8 1406/12 1407/22 1408/5
1408/9 1408/12 1409/10 1411/3 1414/16
1416/23 1416/25 1417/23 1421/10 1423/6
1427/18 1430/9 1430/10 1430/13 1435/2
1437/10 1438/15 1438/18 1438/23 1440/23
1442/21 1444/12 1444/15 1451/2 1452/5
1452/5 1453/24 1474/8 1477/16 1478/24
1480/20 1480/25 1481/19 1482/23 1497/7
1497/8 1499/10 1507/16 1507/16 1509/19
1509/24 1509/25 1513/15 1513/17 1515/18
1518/16 1527/1 1527/11 1528/14 1529/4

1530/7 1530/9 1532/10 1535/6 1545/20
1547/3 1552/2 1560/5 1562/10 1566/20
1569/21 1576/4 1577/1 1577/7 1577/16
1580/20 1589/22 1592/3 1593/10 1607/7
1609/7 1610/5 1610/10 1612/6 1613/10
1615/7 1616/3 1618/2 1623/16 1624/13
1628/5 1639/13 1639/14 1640/10 1650/1
1656/16 1660/23 1665/10 1671/6 1671/15
1672/14 1672/18 1673/17 1673/17
Theory [1]  1488/23
therapist [3]  1528/24 1528/25 1619/6
therapy [1]  1532/6
there [252]  1351/22 1352/1 1353/20 1353/20
1360/3 1361/15 1361/19 1362/7 1363/2
1363/15 1363/22 1364/19 1365/4 1365/11
1367/20 1368/1 1369/1 1369/8 1369/8
1369/21 1370/22 1371/17 1372/3 1372/11
1374/18 1376/19 1378/19 1379/8 1379/15
1379/16 1379/18 1381/23 1381/25 1383/8
1388/11 1390/25 1391/17 1395/2 1395/3
1396/7 1397/5 1397/8 1400/1 1400/7 1404/21
1404/24 1405/24 1406/9 1407/8 1407/25
1410/7 1411/4 1412/23 1412/24 1416/13
1416/13 1416/15 1418/18 1418/23 1419/3
1420/14 1420/23 1420/24 1421/9 1421/15
1421/15 1421/20 1421/23 1422/3 1423/2
1424/18 1424/21 1427/1 1427/2 1430/4
1430/9 1430/25 1431/3 1432/2 1432/23
1434/1 1435/19 1435/20 1435/25 1435/25
1436/5 1436/6 1437/17 1437/23 1444/5
1445/3 1446/20 1447/22 1447/22 1448/14
1452/1 1452/7 1452/8 1452/12 1453/5 1453/6
1453/12 1454/1 1456/20 1456/22 1459/4
1459/18 1463/25 1466/1 1471/15 1471/25
1473/9 1474/3 1482/9 1484/7 1486/18
1487/22 1487/25 1489/13 1490/9 1500/15
1500/18 1504/11 1504/16 1507/3 1508/17
1508/17 1508/22 1508/23 1508/24 1508/25
1510/8 1510/10 1512/16 1514/1 1514/11
1514/11 1514/15 1516/11 1517/2 1517/10
1518/25 1519/9 1519/20 1520/2 1521/4
1521/13 1522/9 1522/15 1522/19 1523/14
1529/13 1530/1 1530/4 1530/5 1530/10
1530/11 1530/12 1533/25 1534/2 1536/13
1541/11 1542/8 1543/12 1547/21 1547/22
1552/14 1553/23 1555/3 1560/7 1562/16
1563/5 1563/8 1563/11 1564/5 1565/24
1567/8 1567/15 1568/8 1569/10 1569/18
1572/6 1579/11 1580/1 1582/21 1588/2
1588/4 1593/2 1593/15 1595/16 1596/2
1600/14 1600/14 1600/18 1601/22 1601/22
1601/23 1608/6 1615/1 1617/24 1625/18
1625/18 1628/14 1631/17 1631/22 1631/22
1632/20 1632/21 1633/20 1634/22 1634/24
1634/25 1635/2 1635/3 1637/3 1637/4 1638/9
1638/12 1638/15 1638/18 1641/15 1641/21
1641/22 1642/15 1645/4 1646/8 1646/13
1646/16 1646/17 1646/18 1647/19 1647/23
1648/20 1650/2 1650/20 1653/19 1658/6
1658/11 1660/16 1661/23 1662/12 1663/14
1663/19 1663/21 1665/1 1666/25 1667/17
1667/18 1672/21 1673/10 1673/25 1674/4
there's [87]  1348/7 1352/12 1360/2 1362/22
1362/22 1363/4 1363/21 1364/18 1366/21
1367/2 1367/20 1369/1 1369/15 1371/19
1379/11 1383/9 1391/16 1392/21 1392/23
1395/13 1402/13 1403/1 1404/23 1405/21
1412/17 1460/14 1463/25 1465/24 1465/24
1466/1 1504/9 1508/15 1508/16 1515/10
1515/11 1515/13 1516/18 1519/2 1519/23
1519/23 1522/20 1527/22 1528/18 1533/5
1533/16 1536/2 1538/14 1539/2 1541/25
1544/7 1545/13 1545/15 1545/16 1553/12
1558/14 1559/14 1561/8 1561/16 1561/24

1563/14 1568/20 1569/8 1569/9 1569/10
1578/5 1584/1 1585/4 1585/16 1600/1
1601/12 1601/15 1639/14 1641/22 1662/12
1663/19 1664/3 1664/11 1666/4 1666/5
1666/18 1666/18 1666/20 1667/22 1669/7
1669/17 1669/18 1671/15
therefore [2]  1439/14 1440/18
there's [1]  1520/9
these [150]  1358/3 1360/13 1361/3 1361/16
1361/24 1362/2 1362/5 1371/25 1373/25
1374/13 1374/16 1378/23 1380/16 1382/8
1382/24 1383/8 1383/13 1384/6 1385/2
1388/13 1388/13 1388/14 1388/15 1389/5
1394/3 1394/17 1395/5 1395/12 1397/13
1398/11 1400/13 1401/5 1402/12 1407/18
1409/1 1410/2 1410/11 1410/14 1413/5
1413/11 1413/16 1413/21 1418/1 1422/1
1427/11 1428/1 1429/23 1433/24 1434/4
1434/12 1435/8 1435/8 1435/23 1437/22
1439/13 1440/15 1441/4 1441/4 1441/5
1447/1 1441/8 1441/10 1443/4 1443/9
1443/18 1444/19 1448/8 1453/5 1454/10
1460/25 1462/15 1467/24 1468/1 1470/7
1470/13 1470/25 1471/2 1472/21 1473/7
1473/10 1473/11 1473/15 1483/25 1493/8
1503/10 1507/23 1511/2 1520/12 1520/18
1520/20 1520/22 1521/10 1522/7 1525/12
1528/13 1536/21 1547/1 1551/11 1552/25
1554/2 1565/21 1566/24 1566/24 1567/14
1574/19 1574/22 1575/2 1575/7 1576/7
1577/20 1577/21 1579/18 1579/23 1581/7
1585/23 1589/16 1591/15 1594/5 1595/2
1599/21 1599/24 1600/9 1600/18 1610/25
1611/1 1611/2 1614/13 1622/4 1624/18
1630/12 1630/20 1631/25 1635/24 1636/4
1638/10 1638/12 1643/15 1643/25 1649/6
1649/15 1649/18 1649/23 1652/14 1657/19
1660/19 1664/4 1666/1 1669/13 1669/14
1669/21
These -- this [1]  1599/21
they [244]  1347/3 1347/6 1355/13 1355/13
1367/18 1374/24 1376/1 1376/21 1380/5
1380/25 1381/1 1384/4 1397/14 1397/19
1399/20 1399/20 1399/21 1404/17 1404/25
1405/2 1407/20 1410/23 1412/20 1419/17
1425/14 1425/20 1435/10 1436/8 1437/23
1438/7 1439/9 1450/17 1450/18 1450/25
1452/9 1459/24 1464/13 1465/9 1468/8
1468/11 1470/1 1485/18 1485/18 1485/21
1485/22 1485/23 1485/24 1486/3 1486/4
1486/11 1486/14 1486/16 1486/23 1487/24
1488/20 1490/15 1495/10 1497/24 1498/8
1501/16 1501/17 1501/19 1501/20 1501/24
1502/2 1502/3 1504/5 1507/19 1507/20
1509/6 1509/7 1509/7 1509/8 1510/4 1510/10
1511/3 1512/2 1512/3 1513/17 1514/5 1516/3
1516/11 1516/11 1516/17 1517/17 1517/18
1519/10 1521/6 1521/9 1522/19 1522/21
1528/2 1536/8 1539/8 1539/9 1539/22
1539/23 1539/24 1540/1 1540/1 1540/8
1540/12 1540/13 1540/16 1540/21 1541/6
1541/6 1541/11 1541/12 1542/4 1547/18
1547/8 1548/25 1549/1 1551/8 1553/14
1553/16 1555/10 1559/21 1561/19 1562/12
1564/6 1564/12 1565/21 1565/21 1565/22
1566/2 1566/10 1567/2 1567/7 1567/9
1567/11 1567/14 1567/17 1567/17 1567/19
1567/20 1567/22 1567/23 1568/1 1568/3
1569/5 1571/24 1575/24 1578/9 1582/11
1582/25 1584/6 1584/6 1585/1 1589/2 1589/3
1591/20 1593/14 1593/15 1594/21 1595/8
1595/13 1599/2 1599/5 1600/14 1600/15
1601/20 1602/14 1602/17 1602/19 1604/7
1604/7 1604/8 1604/9 1605/14 1606/11

T

they... [72] 1612/23 1614/11 1615/12 1624/1
1625/12 1625/14 1625/15 1629/2 1629/3
1629/3 1629/17 1630/14 1630/14 1631/5
1632/16 1632/23 1633/25 1634/2 1634/3
1634/3 1634/4 1634/7 1634/8 1634/19
1634/20 1635/5 1635/13 1635/21 1638/8
1638/8 1638/11 1638/23 1642/18 1643/16
1644/15 1645/1 1646/7 1646/14 1646/15
1646/21 1647/4 1647/7 1647/10 1647/11
1649/1 1649/16 1649/17 1649/23 1650/15
1650/15 1650/16 1650/16 1650/17 1650/17
1650/18 1650/19 1650/20 1650/23 1651/12
1651/14 1657/19 1662/23 1662/25 1663/12
1663/15 1664/24 1666/2 1666/3 1666/13
1666/17 1666/22 1667/2
they'll [1] 1496/5
they're [67] 1370/25 1379/10 1381/18
1381/19 1381/19 1402/22 1404/12 1404/21
1404/24 1405/1 1407/20 1408/7 1408/7
1412/22 1413/13 1413/14 1431/19 1435/10
1435/10 1435/11 1435/22 1436/8 1437/25
1447/2 1447/3 1450/16 1455/15 1459/3
1459/4 1459/6 1462/4 1465/4 1465/10
1466/20 1470/8 1470/10 1470/25 1495/18
1496/5 1501/17 1504/18 1507/20 1521/5
1524/10 1538/24 1539/5 1539/10 1541/4
1542/9 1551/5 1551/11 1552/14 1554/16
1554/16 1555/18 1557/1 1563/18 1565/20
1569/7 1597/8 1597/9 1602/10 1629/15
1634/5 1649/7 1649/10 1663/20
They're achievement [1] 1413/14
they've [9] 1446/19 1447/1 1459/23 1524/21
1524/21 1599/1 1651/11 1663/6 1663/23
thing [18] 1346/17 1355/16 1364/25 1381/7
1382/16 1430/5 1430/17 1439/8 1510/6
1527/22 1533/10 1557/1 1582/12 1591/15
1591/21 1621/25 1625/13 1625/15
things [68] 1374/14 1380/6 1382/8 1402/14
1414/25 1423/17 1429/6 1435/4 1436/7
1443/2 1444/2 1453/19 1453/20 1473/12
1480/11 1490/19 1501/24 1502/5 1505/19
1507/12 1514/10 1517/7 1525/12 1525/16
1525/24 1531/2 1536/25 1538/7 1538/10
1539/20 1549/6 1550/17 1552/25 1565/15
1566/25 1578/6 1581/7 1581/19 1582/9
1589/13 1589/16 1590/3 1590/9 1590/10
1591/15 1594/5 1595/22 1595/24 1616/11
1616/12 1617/11 1618/15 1634/4 1634/5
1634/6 1636/15 1637/7 1637/7 1638/23
1643/21 1643/22 1646/14 1646/14 1649/5
1661/23 1666/2 1667/10 1666/15
think [148] 1349/11 1354/2 1360/2 1361/15
1363/13 1363/22 1365/13 1365/25 1374/18
1375/10 1380/3 1380/22 1381/2 1392/8
1392/21 1404/4 1404/5 1404/5 1404/20
1406/10 1414/13 1422/4 1423/16 1425/6
1427/11 1431/3 1432/14 1434/3 1437/16
1441/6 1444/5 1444/6 1446/22 1447/14
1449/9 1450/21 1450/22 1452/7 1454/10
1454/11 1455/19 1461/25 1462/20 1463/12
1463/12 1463/13 1467/7 1468/20 1470/8
1471/20 1473/9 1473/10 1473/16 1475/3
1481/20 1487/2 1488/10 1493/9 1494/24
1502/13 1502/15 1502/21 1503/19 1505/16
1506/25 1507/2 1508/15 1511/1 1516/3
1518/21 1519/14 1521/3 1523/6 1524/2
1525/19 1525/19 1526/9 1526/20 1526/23
1527/3 1527/17 1527/19 1532/3 1539/22
1541/12 1542/14 1544/15 1564/14 1566/2
1566/17 1566/18 1571/22 1574/15 1575/18
1581/16 1581/23 1581/23 1582/14 1583/6
1583/6 1585/10 1588/1 1589/13 1590/4

1590/25 1594/7 1606/3 1606/7 1606/8 1611/2
1611/8 1615/10 1616/21 1617/18 1618/16
1618/20 1619/12 1620/13 1625/22 1627/22
1628/1 1632/10 1635/20 1637/17 1637/19
1638/19 1645/13 1652/8 1652/19 1654/13
1654/15 1655/23 1657/12 1657/16 1659/1
1664/2 1664/11 1664/13 1664/18 1664/20
1665/14 1667/24 1668/14 1668/17 1669/11
1670/3 1670/9 1673/21
think -- I [1] 1463/12
think is [1] 1657/12
thinker [1] 1643/2
thinking [23] 1382/12 1391/17 1392/24
1432/10 1454/18 1459/13 1459/17 1459/21
1460/8 1460/25 1462/12 1471/20 1536/1
1592/11 1593/9 1593/19 1593/23 1635/6
1636/24 1643/17 1643/18 1643/20 1643/24
third [14] 1348/4 1348/4 1366/4 1387/4
1387/14 1423/14 1451/18 1458/14 1489/10
1503/14 1503/23 1507/8 1671/13 1672/12
this [486]
this -- in [1] 1478/23
this has [1] 1381/20
Thomas [1] 1490/5
thor [1] 1597/3
Thorazine [1] 1516/23
thorough [1] 1599/5
thoroughly [1] 1624/1
those [137] 1347/2 1350/5 1350/17 1351/2
1353/17 1361/10 1364/8 1364/15 1364/23
1374/1 1377/23 1380/18 1382/17 1383/15
1384/5 1384/6 1384/16 1387/10 1389/18
1393/12 1393/14 1399/24 1404/18 1408/14
1410/23 1411/14 1415/23 1416/21 1419/4
1420/24 1422/12 1427/5 1428/2 1428/16
1429/7 1437/10 1444/13 1447/3 1447/12
1447/13 1464/3 1464/14 1465/11 1471/4
1471/21 1479/8 1483/8 1484/8 1485/20
1485/25 1486/3 1486/4 1492/23 1493/6
1495/5 1502/5 1502/7 1502/9 1504/18
1505/19 1506/4 1506/16 1506/22 1517/25
1518/19 1519/8 1519/24 1520/14 1521/20
1522/4 1522/17 1523/1 1523/11 1538/8
1538/14 1538/16 1539/12 1539/13 1539/18
1545/17 1547/24 1549/3 1549/6 1549/7
1555/3 1555/10 1555/17 1559/18 1560/1
1565/25 1566/1 1568/6 1568/9 1570/1 1580/1
1589/13 1596/2 1605/25 1614/4 1615/5
1615/6 1615/18 1621/5 1623/23 1624/1
1624/15 1626/8 1626/10 1626/17 1629/10
1629/11 1630/23 1631/3 1631/23 1632/23
1634/6 1634/14 1635/4 1639/19 1641/1
1642/24 1643/12 1647/17 1649/2 1649/23
1650/19 1662/2 1662/2 1662/5 1663/17
1665/6 1666/3 1666/9 1666/10 1667/21
1668/12 1668/12
though [17] 1346/10 1351/20 1415/22
1431/6 1431/24 1448/21 1462/21 1464/13
1471/8 1531/14 1532/17 1536/6 1608/2
1629/12 1629/13 1636/24 1638/11
thought [13] 1389/22 1396/1 1449/1 1482/21
1523/13 1523/19 1535/25 1598/6 1598/8
1606/20 1616/8 1636/23 1652/22
thousand [1] 1558/17
threatened [1] 1580/21
threats [3] 1549/24 1550/12 1550/19
three [33] 1365/12 1370/16 1371/11 1371/11
1377/19 1386/13 1388/9 1388/13 1388/13
1388/14 1388/15 1410/18 1447/18 1487/25
1488/1 1493/6 1502/24 1506/2 1517/12
1518/4 1521/3 1543/14 1543/24 1569/23
1621/21 1630/5 1640/7 1647/23 1647/23
1664/1 1664/2 1664/7 1669/12
threes [1] 1427/15

throat [1] 1490/2
three... [1] 1490/2
through [33] 1367/1 1367/12 1381/2
1392/15 1411/16 1424/2 1427/2 1429/2
1452/22 1479/7 1486/8 1503/9 1511/2
1514/24 1515/2 1522/15 1523/6 1525/21
1526/13 1533/17 1536/19 1536/21 1544/17
1544/17 1547/14 1551/8 1554/6 1554/9
1608/6 1630/11 1631/14 1631/24 1632/16
1632/22 1635/2 1641/1 1659/12 1659/12
1673/15
throughout [9] 1373/12 1376/14 1456/7
1524/22 1551/1 1632/21 1634/18 1645/25
1647/13
throw [3] 1525/12 1540/19 1550/2
thrust [1] 1451/5
thumb [1] 1640/4
thumbnail [1] 1672/22
thus [5] 1378/2 1378/19 1418/5 1660/21
1661/7
tied [1] 1455/11
time [118] 1346/1 1351/16 1351/17 1358/10
1361/10 1361/24 1362/18 1369/25 1370/12
1374/19 1381/9 1385/7 1404/6 1405/1
1409/11 1416/16 1423/8 1424/10 1428/19
1430/5 1431/24 1432/2 1445/18 1446/9
1446/18 1446/19 1447/5 1449/13 1451/12
1453/19 1456/13 1474/25 1477/7 1480/22
1481/25 1496/18 1501/25 1506/8 1506/8
1506/20 1507/14 1508/20 1509/2 1509/24
1510/5 1511/17 1512/2 1512/3 1512/12
1512/23 1513/15 1516/1 1519/11 1520/20
1520/23 1522/23 1522/23 1524/12 1525/10
1529/7 1529/9 1529/11 1529/11 1530/3
1531/1 1531/14 1531/15 1533/8 1533/9
1542/10 1544/5 1544/7 1544/8 1544/17
1544/17 1544/25 1549/9 1550/19 1551/4
1560/1 1561/2 1563/6 1563/18 1569/7
1576/23 1577/14 1580/15 1581/20 1586/25
1588/23 1595/8 1597/20 1600/10 1601/4
1609/9 1609/11 1609/15 1609/17 1621/11
1630/20 1633/23 1633/24 1634/3 1634/4
1634/4 1634/11 1638/12 1638/22 1640/22
1641/8 1643/14 1643/23 1646/20 1653/8
1654/9 1664/1 1665/10 1669/5
timed [5] 1391/18 1423/13 1427/21 1427/25
1443/14
timeline [1] 1652/10
times [52] 1350/12 1351/23 1361/17 1389/17
1389/24 1418/6 1424/4 1448/1 1448/3 1448/4
1448/5 1448/9 1448/16 1472/19 1487/23
1492/13 1492/18 1496/15 1497/1 1508/22
1508/23 1508/24 1509/1 1513/24 1516/16
1522/15 1549/12 1551/16 1556/14 1557/4
1557/5 1557/8 1572/6 1577/20 1588/3 1588/4
1596/7 1597/21 1597/21 1600/14 1600/15
1633/19 1640/5 1640/8 1641/21 1641/22
1647/9 1649/17 1657/8 1658/4 1658/5
1669/14
timing [1] 1670/14
to -- its [1] 1573/17
today [10] 1468/5 1468/8 1474/25 1496/2
1496/3 1544/18 1568/7 1586/3 1586/6
1602/22
together [14] 1391/19 1409/2 1409/4
1410/19 1415/11 1512/2 1512/3 1531/22
1559/4 1573/12 1588/14 1591/19 1591/20
1652/7
token [1] 1368/11
told [24] 1482/12 1482/13 1525/5 1525/6
1525/8 1525/9 1550/17 1551/21 1552/13
1553/1 1554/9 1581/15 1591/13 1592/22
1618/1 1618/2 1618/4 1618/6 1618/7 1619/12
1625/2 1632/23 1664/12 1674/5

**T**

tomorrow [5]  1659/25 1670/12 1672/12
  1674/7 1674/14
too [8]  1442/5 1449/22 1498/9 1512/12
  1515/20 1570/25 1606/23 1609/18
took [24]  1351/10 1351/16 1351/17 1367/25
  1369/21 1402/10 1403/8 1414/5 1480/22
  1480/23 1481/20 1562/12 1578/1 1598/5
  1599/2 1600/9 1600/9 1608/3 1617/6 1619/4
  1619/5 1630/25 1647/7 1647/11
top [6]  1348/7 1358/3 1366/4 1378/1 1488/5
  1585/24
topic [2]  1417/12 1534/4
toss [1]  1353/23
tossing [5]  1354/1 1354/2 1361/3 1361/6
  1361/7
total [8]  1372/4 1383/14 1392/6 1392/18
  1411/11 1524/1 1573/1 1573/13
totally [4]  1563/23 1563/24 1563/24 1564/9
touch [1]  1464/15
tough [1]  1456/8
toward [1]  1646/8
tower [10]  1391/11 1391/15 1395/21 1430/20
  1430/21 1432/13 1432/18 1443/14 1453/17
  1453/17
town [1]  1549/21
TR [4]  1459/10 1467/22 1468/3 1468/3
track [3]  1630/12 1631/20 1631/25
tracking [1]  1632/17
trade [1]  1526/10
tragic [1]  1540/24
trail [6]  1384/8 1411/2 1427/6 1427/14
  1428/4 1453/8
train [2]  1429/15 1611/9
trained [1]  1617/23
training [4]  1480/17 1565/1 1582/2 1639/18
trains [3]  1429/13 1610/15 1610/23
trait [1]  1569/5
transcript [2]  1343/9 1544/3
transcription [2]  1344/15 1344/15
transcripts [5]  1457/25 1537/15 1537/22
  1578/14 1579/16
transition [4]  1479/23 1504/5 1530/6 1549/2
transportation [2]  1431/19 1612/17
traumatic [2]  1483/11 1556/7
traveling [1]  1495/8
treat [2]  1625/11 1625/14
treatise [1]  1463/19
treatment [1]  1490/8
tree [2]  1508/6 1508/6
trellis [1]  1398/9
trial [6]  1525/9 1542/15 1543/6 1544/3
  1549/25 1550/12
trickery [3]  1534/8 1534/9 1534/10
tried [6]  1550/19 1551/16 1578/11 1618/14
  1631/18 1647/6
trip [1]  1477/22
Tripartite [1]  1487/21
trouble [7]  1388/24 1389/23 1402/7 1402/9
  1404/11 1429/15 1436/8
troubled [2]  1543/5 1669/24
troubles [1]  1430/3
truck [4]  1540/10 1540/12 1540/19 1541/2
true [35]  1370/8 1392/1 1414/13 1416/23
  1419/10 1432/17 1435/23 1441/15 1455/16
  1457/13 1470/5 1504/25 1515/4 1515/5
  1515/11 1516/1 1538/7 1552/6 1553/2 1553/2
  1553/8 1553/22 1554/20 1583/2 1583/24
  1585/7 1589/15 1622/20 1633/24 1649/14
  1650/18 1651/7 1653/1 1653/22 1668/23
truly [1]  1515/12
trust [2]  1450/3 1624/5
trust [1]  1547/6 1580/1

truthful [1]  1551/12
try [11]  1363/22 1390/4 1450/10 1493/23
  1504/2 1510/10 1520/3 1530/23 1531/2
  1531/8 1619/2 1623/16 1632/15 1632/23
  1643/14 1647/12 1673/23
trying [35]  1363/21 1380/22 1391/17
  1404/24 1423/18 1425/23 1429/4 1430/16
  1442/10 1442/21 1444/25 1477/23 1504/1
  1505/6 1505/7 1505/7 1505/8 1505/9 1511/19
  1521/9 1549/12 1567/10 1567/18 1595/3
  1625/5 1631/24 1632/2 1634/10 1645/13
  1646/8 1651/19 1656/24 1657/10 1663/20
  1671/19
Turkey [3]  1591/18 1591/23 1592/1
turn [8]  1350/1 1417/4 1420/10 1438/23
  1441/6 1445/21 1458/10 1639/19
turned [1]  1423/7
turning [1]  1393/16 1471/21
TV [1]  1606/9
Twenty [1]  1671/12
Twenty-five [1]  1671/12
two [66]  1352/2 1352/14 1357/11 1362/11
  1370/16 1371/10 1373/2 1378/23 1386/15
  1387/7 1387/8 1394/3 1394/17 1396/13
  1400/25 1410/17 1427/19 1428/16 1428/19
  1428/20 1444/4 1462/2 1474/7 1478/16
  1481/11 1482/9 1487/14 1488/16 1490/9
  1496/18 1496/21 1506/1 1511/16 1513/10
  1520/12 1520/14 1523/14 1523/23 1523/25
  1524/19 1529/4 1535/14 1541/1 1541/13
  1542/7 1543/12 1559/18 1560/1 1569/8
  1569/21 1576/3 1583/11 1586/8 1599/16
  1634/24 1641/15 1643/12 1659/12 1661/23
  1662/2 1664/2 1664/6 1668/22 1671/2
  1672/11 1673/10
two-part [1]  1490/9
two-year [1]  1481/11
type [21]  1447/22 1468/11 1486/1 1486/2
  1508/10 1510/11 1517/6 1520/25 1561/20
  1562/17 1574/11 1582/2 1582/3 1587/24
  1594/3 1595/7 1595/16 1599/10 1619/1
  1635/17 1668/19
typed [1]  1639/21
types [19]  1403/17 1418/23 1419/17 1433/10
  1433/16 1447/9 1462/3 1536/5 1572/3
  1581/25 1593/13 1594/5 1595/2 1595/6
  1595/17 1605/25 1614/19 1635/1 1666/10
typical [7]  1392/24 1366/20 1433/25 1447/12
  1462/16 1522/5 1525/13
typically [14]  1349/22 1378/25 1380/1
  1380/3 1380/20 1433/12 1434/13 1559/18
  1571/6 1571/20 1572/16 1595/13 1641/24
  1655/17

**U**

Uh [1]  1672/17
Uh-huh [1]  1672/17
ULERIO [2]  1344/9 1345/17
ultimate [1]  1442/20
ultimately [1]  1444/25
unable [3]  1387/17 1424/15 1598/3
unawareness [3]  1488/23 1491/19 1541/21
uncle [1]  1514/12
uncommon [2]  1440/10 1463/15
uncontested [1]  1666/19
uncooperative [2]  1640/3 1640/9
under [22]  1346/2 1360/21 1379/4 1396/7
  1420/9 1420/17 1455/25 1458/13 1500/9
  1513/20 1513/22 1520/25 1524/11 1525/3
  1560/11 1560/16 1582/12 1605/2 1628/13
  1663/1 1663/1 1664/23
underachievement [1]  1462/11
undercover [2]  1542/7 1542/8
underestimate [2]  1449/21 1452/4

underestimates [2]  1365/8 1669/13
  1387/11 1655/8
underlying [8]  1387/16 1387/18 1388/16
  1391/6 1430/1 1442/10 1443/6 1624/20
underperformance [2]  1364/5 1364/6
underperforming [1]  1371/1
underpinnings [1]  1480/3
understand [24]  1389/21 1424/22 1442/5
  1457/1 1482/24 1506/24 1509/23 1509/24
  1562/4 1562/5 1571/2 1595/25 1596/2 1597/5
  1597/8 1602/22 1603/5 1603/6 1606/14
  1624/15 1643/22 1645/17 1667/5 1668/25
understandable [1]  1541/24
understanding [27]  1388/24 1389/23
  1450/21 1468/18 1479/24 1492/7 1502/22
  1509/11 1510/3 1522/10 1523/3 1530/24
  1543/11 1564/5 1576/3 1583/23 1584/1
  1605/2 1619/2 1626/20 1628/13 1634/9
  1650/14 1653/11 1655/24 1656/6 1656/12
understood [4]  1437/1 1605/5 1605/8
  1612/16
undertaken [1]  1506/16
underway [1]  1486/18
unexpected [6]  1423/21 1425/20 1461/17
  1461/18 1461/19 1462/11
unfortunate [1]  1614/14
unfortunately [2]  1431/9 1621/6
uniform [2]  1415/9 1434/9
uninterested [1]  1456/4
UNITED [11]  1343/1 1343/2 1343/4 1343/10
  1343/14 1343/15 1345/3 1345/8 1345/12
  1345/13 1481/4
University [3]  1480/20 1490/7 1498/21
unnecessary [2]  1661/12 1663/13
unpack [1]  1583/17
unpredictable [1]  1640/9
unquote [1]  1365/3
unreliable [2]  1505/24 1528/14
unstable [1]  1418/5
unsuccessful [1]  1632/17
until [4]  1496/21 1532/19 1553/19 1636/4
untrue [1]  1547/12
untrustworthy [1]  1662/14
untruths [2]  1582/6 1582/8
unusual [11]  1378/13 1461/24 1519/17
  1536/22 1536/23 1554/12 1586/15 1590/24
  1598/22 1607/20 1645/4
unusually [1]  1394/6
up [71]  1346/5 1346/17 1348/7 1357/24
  1359/4 1381/8 1381/10 1381/18 1382/2
  1393/6 1393/16 1400/11 1402/11 1406/1
  1410/2 1416/6 1416/18 1427/3 1431/2 1434/4
  1435/4 1436/9 1437/22 1442/13 1443/7
  1451/3 1453/22 1463/24 1464/14 1465/17
  1467/8 1475/16 1477/4 1477/13 1477/18
  1495/21 1496/21 1496/23 1504/13 1513/15
  1513/20 1513/22 1514/24 1516/21 1524/24
  1526/5 1527/16 1527/19 1533/15 1534/1
  1540/18 1540/18 1549/14 1549/16 1549/17
  1549/19 1554/22 1556/21 1560/7 1564/25
  1570/25 1582/21 1600/1 1601/7 1601/10
  1607/21 1628/9 1629/17 1631/19 1649/14
  1654/3
upcoming [1]  1489/7
upon [21]  1353/6 1362/8 1456/1 1456/2
  1467/14 1506/4 1528/6 1549/4 1573/7
  1595/14 1595/16 1617/23 1621/22 1621/23
  1623/13 1626/9 1626/10 1637/17 1642/24
  1645/1 1646/12
us [30]  1345/14 1345/17 1355/25 1395/15
  1417/23 1419/13 1452/22 1463/24 1478/13
  1478/19 1500/19 1506/12 1511/3 1525/5
  1525/6 1525/8 1525/9 1528/19 1544/10
  1551/21 1558/23 1564/14 1614/4 1625/2

**U**

us... [6]  1628/2 1631/6 1639/13 1662/3
1662/21 1671/13
usage [1]  1505/9
use [57]  1365/2 1366/12 1366/19 1367/9
1379/16 1380/13 1397/5 1397/5 1409/9
1409/19 1410/1 1412/12 1427/19 1429/17
1430/11 1439/5 1440/21 1441/7 1444/11
1445/25 1450/6 1459/24 1460/15 1468/11
1473/17 1476/6 1476/7 1480/6 1481/17
1485/1 1490/24 1491/1 1495/9 1495/9
1501/18 1502/2 1505/13 1517/6 1537/1
1537/4 1537/4 1537/10 1537/11 1551/17
1586/9 1587/2 1587/14 1608/9 1608/11
1618/17 1618/20 1648/12 1648/20 1649/6
1649/13 1650/16 1663/10
useable [1]  1571/4
used [26]  1351/11 1364/12 1385/20 1385/24
1418/9 1418/16 1421/5 1431/23 1435/24
1442/7 1456/24 1479/5 1480/1 1485/3
1492/11 1495/8 1502/7 1517/8 1541/16
1551/21 1571/6 1572/16 1586/8 1589/20
1593/14 1620/18
useful [2]  1418/7 1472/8
user [1]  1484/24
user's [1]  1486/16
uses [1]  1554/9
using [31]  1367/20 1367/21 1369/16 1369/17
1375/3 1375/5 1391/2 1391/2 1411/6 1412/11
1424/16 1432/1 1438/2 1443/20 1443/25
1444/12 1444/15 1450/2 1454/21 1459/16
1460/6 1468/18 1471/7 1501/21 1554/21
1558/23 1587/6 1620/11 1648/14 1648/15
1662/4
Utah [1]  1480/20
utilize [1]  1537/2
utilized [1]  1481/17
Uzziah [5]  1531/18 1531/20 1531/21 1532/6
1532/7

**V**

vacation [1]  1512/24
valid [12]  1413/9 1441/7 1449/20 1449/20
1450/11 1460/1 1460/3 1473/5 1504/18
1527/17 1577/23 1663/4
validity [4]  1349/1 1504/24 1506/22 1579/17
validly [4]  1469/22 1470/1 1470/10 1470/23
valuable [1]  1577/22
value [3]  1506/9 1506/14 1658/9
Vanessa [5]  1513/6 1513/7 1514/21 1615/17
1647/11
variability [4]  1354/10 1378/19 1380/25
1395/12
variable [1]  1354/14
variables [3]  1399/22 1452/1 1452/3
variety [1]  1571/23
various [16]  1380/10 1414/23 1416/25
1417/10 1418/18 1419/17 1427/14 1427/19
1433/10 1437/7 1439/2 1569/14 1573/25
1606/10 1630/11 1632/2
varying [1]  1661/4
vast [1]  1662/8
veinlet [1]  1628/2
verbal [56]  1354/19 1354/23 1354/24
1354/25 1372/12 1372/18 1372/20 1376/6
1376/16 1377/13 1377/14 1377/15 1377/18
1377/20 1377/24 1378/2 1378/14 1379/1
1379/12 1379/21 1380/2 1380/5 1380/8
1380/19 1380/21 1390/24 1390/25 1391/8
1393/16 1396/5 1396/8 1396/10 1400/19
1400/20 1401/2 1401/3 1401/4 1401/5 1401/6
1406/4 1406/4 1416/18 1416/19 1419/7
1421/5 1422/1 1447/7 1447/14 1449/16

1458/22 1458/25 1459/3 1461/24 1462/3
1578/6 1663/23
verification [1]  1440/11
VERONICA [1]  1344/8
version [5]  1346/9 1346/13 1346/18 1459/16
1543/6
versions [1]  1378/12
versus [6]  1343/4 1394/10 1394/15 1452/24
1559/9 1634/23
very [122]  1345/23 1346/21 1349/7 1349/7
1349/8 1350/9 1350/9 1350/12 1350/13
1350/23 1350/24 1350/24 1353/5 1382/1
1384/21 1385/9 1386/20 1388/11 1390/4
1393/3 1394/20 1395/1 1396/21 1396/23
1397/1 1407/14 1407/17 1408/4 1416/6
1416/10 1417/8 1417/11 1421/10 1430/11
1443/15 1449/11 1449/17 1469/14 1470/25
1471/1 1471/2 1474/13 1474/15 1475/15
1477/11 1478/8 1481/16 1481/16 1501/17
1501/25 1503/11 1505/20 1505/23 1505/24
1506/17 1508/22 1509/15 1514/21 1514/25
1517/7 1517/11 1517/13 1518/10 1519/17
1526/10 1531/8 1532/24 1538/7 1538/12
1540/24 1541/24 1543/11 1544/15 1544/20
1544/20 1546/11 1568/22 1574/16 1575/8
1575/8 1576/9 1579/18 1579/18 1580/13
1588/5 1588/5 1589/6 1589/18 1597/8 1597/9
1607/21 1619/1 1619/1 1619/10 1619/10
1625/25 1629/9 1632/20 1633/3 1634/1
1635/18 1635/18 1636/25 1639/7 1640/7
1640/10 1643/22 1645/17 1646/21 1646/22
1647/22 1650/13 1650/13 1657/19 1660/21
1661/20 1661/20 1661/21 1661/22 1664/5
1665/3 1666/18
victimized [1]  1552/19
Viera [1]  1588/22
view [21]  1501/5 1505/22 1526/12 1528/14
1562/1 1564/19 1567/19 1567/19 1568/18
1571/11 1571/14 1584/9 1588/2 1615/7
1624/17 1628/8 1629/2 1629/7 1646/8 1660/6
1663/13
viewed [2]  1577/16 1663/15
views [3]  1351/18 1352/18 1533/16
violate [2]  1452/3 1525/19
violence [2]  1584/3 1584/11
violent [5]  1541/25 1542/1 1583/21 1584/7
1604/3
Virginia [3]  1500/23 1571/6 1572/17
virtually [5]  1458/4 1462/24 1463/1 1657/3
1666/19
visible [1]  1452/12
visiting [1]  1598/25
visual [5]  1349/19 1384/2 1403/4 1403/6
1403/15 1403/17 1404/8 1406/8 1406/16
1428/11 1433/18 1442/23 1468/25
Visual-Motor [1]  1349/19
visual-spatial [3]  1403/4 1403/6 1404/8
visually [1]  1427/16
vocabulary [13]  1354/11 1398/18 1433/18
1433/21 1440/7 1445/10 1445/11 1445/18
1446/7 1446/8 1447/16 1447/18 1587/4
voir [2]  1493/19 1493/22
vouch [1]  1409/19
VP [3]  1379/7 1379/17 1420/20
vulnerability [1]  1602/3

**W**

W-o-o-d-s [1]  1478/3
wagon [1]  1541/12 1542/10
WAIS [28]  1347/6 1347/9 1377/3 1377/3
1378/9 1378/24 1379/4 1379/4 1379/6 1379/6
1379/25 1380/17 1383/4 1383/8 1420/4
1420/4 1420/9 1420/9 1420/17 1420/17
1420/18 1420/19 1437/14 1437/22 1437/23

1437/25 1438/2 1473/3
WAIS-III [3]  1381/9 2438/25
WAIS-IV [12]  1347/6 1347/9 1378/9
1378/24 1379/25 1380/17 1383/4 1383/8
1437/14 1437/22 1437/23 1438/2
WAIS-R [7]  1377/3 1379/4 1379/6 1420/4
1420/9 1420/17 1420/19
waistband [2]  1541/4 1541/15
wait [3]  1401/20 1660/7 1660/7
waiting [3]  1475/17 1583/1 1585/7
waivers [1]  1631/14
walk [3]  1452/22 1538/22 1613/10
walked [1]  1455/16
walking [4]  1538/21 1540/25 1541/5 1542/10
want [48]  1346/5 1368/20 1368/21 1381/7
1389/5 1392/15 1399/7 1399/22 1416/5
1463/22 1465/17 1476/5 1493/11 1493/14
1494/2 1498/22 1504/7 1508/10 1509/4
1520/1 1523/1 1523/2 1525/17 1533/23
1535/11 1535/11 1538/8 1540/3 1540/5
1540/21 1543/8 1543/9 1545/11 1545/12
1545/19 1545/21 1550/2 1557/8 1565/22
1573/1 1580/5 1600/22 1609/18 1619/13
1621/9 1624/3 1655/25 1656/8
wanted [12]  1399/21 1431/1 1432/14
1462/19 1495/21 1534/1 1534/24 1547/23
1549/4 1580/4 1612/24 1657/1
wants [2]  1409/19 1526/23
warehoused [1]  1632/17
warranted [1]  1375/11
was [601]
was under [1]  1525/3
Washington [1]  1588/21
wasn't [11]  1352/23 1367/11 1513/25
1578/21 1605/16 1610/21 1620/17 1626/1
1653/1 1653/20 1668/10
wasnt [17]  1429/15 1432/23 1454/9 1471/8
1555/3 1570/24 1578/10 1578/13 1580/13
1580/15 1588/24 1589/4 1595/20 1595/21
1600/11 1602/12 1603/19
watch [3]  1606/9 1606/10 1612/19
watches [1]  1371/19
watching [1]  1592/25
water [1]  1460/16
way [65]  1355/15 1359/14 1360/2 1360/3
1360/23 1374/24 1381/16 1383/23 1383/25
1387/12 1392/2 1405/7 1412/17 1413/1
1421/23 1424/2 1427/21 1428/1 1430/20
1431/10 1446/22 1447/2 1452/18 1453/16
1454/5 1459/13 1460/6 1460/8 1460/23
1462/7 1471/17 1477/22 1479/25 1495/12
1505/13 1510/11 1517/3 1521/7 1534/6
1537/20 1539/3 1546/25 1546/25 1553/15
1555/4 1572/14 1581/19 1589/20 1592/21
1617/12 1644/14 1645/18 1648/17 1652/6
1654/21 1656/2 1656/3 1656/4 1660/17
1662/9 1663/15 1663/22 1666/6 1666/25
1670/7
ways [17]  1387/12 1413/1 1421/1 1432/3
1459/18 1460/24 1481/16 1486/4 1505/5
1505/15 1506/4 1509/14 1537/2 1593/2
1593/4 1593/16 1631/13
we [283]  1346/5 1346/9 1346/12 1347/8
1347/15 1347/15 1347/18 1347/19 1347/20
1347/24 1349/6 1349/6 1355/18 1355/21
1355/24 1357/22 1357/24 1358/10 1358/13
1358/25 1358/25 1359/9 1359/15 1359/18
1360/3 1361/19 1361/22 1362/1 1362/2
1362/25 1363/8 1363/14 1366/2 1368/4
1369/1 1369/10 1372/10 1372/10 1376/4
1376/5 1376/5 1376/9 1376/13 1376/24
1378/25 1379/16 1380/20 1381/9 1382/8
1382/15 1383/14 1387/14 1389/3 1391/1
1392/15 1393/5 1396/9 1399/9 1400/8

**W**

we... [224]  1400/16 1401/9 1403/20 1405/22
1405/24 1405/25 1406/2 1407/6 1408/12
1409/8 1409/10 1410/1 1410/12 1411/1
1411/2 1411/3 1411/6 1411/7 1411/16
1419/12 1419/13 1421/8 1428/12 1428/15
1431/7 1431/8 1431/8 1433/11 1433/23
1434/5 1434/6 1434/11 1434/13 1439/14
1439/15 1441/15 1441/18 1441/20 1442/10
1442/21 1444/13 1445/5 1448/2 1448/2
1448/8 1448/20 1449/14 1449/17 1450/3
1450/24 1452/3 1452/5 1452/5 1452/7 1452/8
1459/9 1460/13 1461/8 1462/15 1463/24
1470/1 1473/10 1473/11 1473/13 1473/15
1475/9 1477/12 1481/14 1488/16 1492/7
1495/9 1497/8 1497/16 1501/25 1503/20
1504/1 1504/2 1504/16 1504/23 1506/7
1506/10 1506/14 1506/15 1506/18 1508/21
1508/23 1508/24 1508/25 1514/10 1514/13
1514/17 1514/18 1515/12 1516/9 1516/18
1519/11 1521/1 1521/3 1521/4 1521/5
1523/21 1525/1 1525/4 1525/6 1525/10
1525/13 1525/15 1525/15 1525/16 1525/16
1525/23 1526/6 1528/13 1532/18 1533/4
1533/17 1536/25 1537/7 1538/10 1538/11
1538/11 1539/10 1550/4 1555/14 1564/14
1564/15 1567/16 1576/3 1580/5 1589/11
1591/14 1597/11 1597/14 1607/2 1620/24
1620/24 1621/6 1621/8 1621/14 1621/20
1621/25 1623/19 1624/5 1629/24 1630/2
1630/9 1630/11 1630/12 1630/18 1631/6
1631/7 1631/11 1631/14 1631/15 1631/17
1631/17 1631/21 1631/21 1631/25 1632/12
1632/15 1632/17 1632/18 1632/22 1636/1
1636/1 1636/3 1636/5 1636/23 1638/22
1640/16 1642/2 1642/2 1643/24 1649/12
1657/6 1657/16 1657/18 1658/2 1658/23
1659/1 1659/2 1659/22 1661/5 1661/6
1662/20 1662/20 1663/9 1663/17 1665/5
1666/11 1666/11 1666/13 1666/13 1666/21
1666/25 1667/8 1668/5 1668/6 1668/14
1668/24 1669/3 1669/4 1669/9 1669/16
1669/16 1669/17 1670/6 1670/9 1670/20
1670/21 1670/21 1672/6 1672/11 1672/18
1673/1 1673/14 1673/19 1673/20 1673/21
1674/2 1674/2 1674/6 1674/7

we just-- that [1]  1473/15

we'll [14]  1351/7 1381/5 1383/13 1400/16
1407/8 1411/16 1518/10 1644/19 1670/12
1670/22 1671/6 1672/21 1672/22 1674/13

we're [66]  1348/20 1355/19 1355/25 1356/1
1357/1 1357/2 1357/3 1357/16 1357/16
1357/25 1360/4 1361/16 1361/23 1363/11
1382/15 1384/22 1389/3 1395/6 1395/6
1395/6 1395/10 1395/16 1395/23 1396/5
1396/10 1401/15 1408/23 1433/4 1433/15
1442/4 1442/21 1444/24 1453/15 1461/25
1462/14 1462/15 1473/10 1473/15 1475/17
1477/23 1479/7 1488/17 1499/9 1504/1
1504/17 1506/13 1506/13 1506/15 1520/13
1525/2 1533/1 1543/15 1565/14 1583/7
1583/8 1585/9 1613/5 1613/5 1650/11 1660/5
1670/18 1672/19 1672/21 1672/24 1673/17
1673/18

we're really [1]  1672/24

we've [20]  1346/11 1346/11 1371/10 1381/2
1384/14 1396/16 1479/23 1488/13 1524/25
1532/21 1533/6 1573/24 1614/7 1614/10
1630/19 1631/4 1643/25 1660/20 1665/14
1670/9

weak [1]  1365/7

weakness [6]  1347/21 1348/6 1348/10
1374/16 1352/22 1464/22

weaknesses [19]  1412/19 1412/21 1415/11
1415/21 1415/23 1415/25 1425/9/16
1427/12 1434/10 1434/11 1434/14 1446/8
1463/5 1463/8 1464/15 1465/10 1465/11
1465/12

wears [1]  1447/13

Wechsler [12]  1361/17 1361/18 1361/25
1378/12 1405/21 1406/18 1410/8 1421/19
1448/4 1449/13 1451/18 1472/20

week [3]  1531/16 1603/25 1673/2

weekend [1]  1579/22

weekends [1]  1512/3

weekly [1]  1495/12

weigh [2]  1505/16 1642/10

weight [16]  1354/3 1362/4 1363/14 1363/14
1413/1 1413/2 1429/24 1452/23 1469/20
1511/3 1526/23 1527/3 1529/23 1644/11
1665/5 1669/10

weighted [2]  1375/21 1377/15

weights [1]  1429/24

well [217]  1346/21 1348/20 1348/25 1350/1
1351/19 1353/19 1353/24 1353/24 1354/1
1361/3 1362/24 1365/21 1367/6 1367/11
1367/25 1369/4 1371/8 1373/15 1374/1
1374/12 1378/4 1379/25 1380/16 1383/4
1384/6 1390/4 1391/10 1391/12 1392/24
1393/3 1393/10 1394/19 1395/2 1395/14
1395/15 1395/24 1398/9 1398/14 1398/19
1402/16 1404/4 1406/8 1407/15 1407/20
1408/14 1411/17 1412/11 1413/13 1413/23
1413/25 1414/6 1415/6 1415/19 1424/7
1425/15 1428/8 1428/12 1428/13 1428/15
1428/15 1429/5 1429/5 1429/6 1431/6
1433/12 1435/20 1436/13 1439/13 1440/17
1440/23 1445/22 1446/18 1448/7 1450/2
1457/16 1461/7 1473/9 1475/5 1479/22
1480/7 1480/13 1481/6 1482/9 1483/8
1484/24 1485/23 1486/12 1488/5 1491/16
1491/18 1491/20 1494/14 1495/18 1497/8
1499/10 1499/10 1501/17 1503/5 1503/8
1504/19 1507/11 1508/5 1509/6 1511/20
1513/16 1514/8 1514/15 1515/18 1516/6
1516/24 1517/20 1518/21 1520/25 1522/14
1522/23 1523/13 1523/18 1525/13 1526/3
1527/6 1529/2 1530/11 1530/22 1531/25
1534/5 1536/6 1536/8 1541/14 1544/18
1544/20 1547/13 1551/1 1552/9 1554/16
1556/17 1556/19 1559/1 1563/14 1564/19
1566/6 1567/16 1568/11 1569/3 1570/4
1571/3 1572/3 1572/12 1573/18 1574/15
1575/15 1575/20 1576/1 1577/16 1578/12
1581/9 1581/24 1583/8 1588/5 1588/5 1588/7
1588/8 1588/9 1588/25 1589/6 1589/18
1589/18 1590/21 1590/23 1592/15 1594/25
1601/5 1605/11 1608/22 1609/9 1609/11
1609/15 1610/5 1615/7 1616/19 1617/9
1618/2 1618/7 1619/7 1620/4 1620/6 1622/24
1628/13 1631/25 1634/18 1637/1 1637/5
1637/8 1637/17 1638/9 1640/19 1641/15
1643/14 1643/20 1646/3 1649/13 1656/6
1657/5 1657/21 1660/6 1660/24 1661/20
1661/21 1661/22 1664/13 1665/25 1666/22
1667/15 1668/10 1669/23 1671/3 1671/21
1672/9

went [29]  1386/21 1425/1 1427/2 1483/19
1513/7 1530/7 1530/10 1534/12 1534/14
1534/20 1534/21 1535/6 1541/10 1546/20
1547/1 1547/9 1550/22 1552/24 1553/19
1553/21 1576/19 1577/1 1579/4 1579/7
1608/6 1617/7 1617/13 1617/18 1662/16

were [215]  1346/6 1347/15 1347/18 1347/19
1352/25 1354/8 1355/13 1361/22 1365/4
1374/19 1376/24 1394/8 1394/13 1394/14

1394/15 1397/21 1399/20 1399/20 1399/21
1399/24 1399/4 1/17 1411/20 1412/1 1417/2
1414/22 1414/23 1419/23 1420/3 1422/4
1423/9 1424/18 1424/18 1424/19 1427/1
1427/2 1427/6 1427/10 1429/12 1430/4
1431/5 1432/13 1434/18 1434/18 1434/23
1435/2 1436/23 1437/10 1441/14 1443/8
1443/14 1443/19 1446/13 1448/7 1449/24
1450/2 1450/7 1450/19 1451/1 1451/4
1452/15 1452/25 1462/18 1463/19 1467/6
1469/9 1469/22 1470/1 1470/23 1471/15
1471/16 1471/25 1482/9 1487/6 1500/14
1500/15 1506/16 1508/22 1514/19 1514/19
1515/8 1515/16 1515/17 1515/25 1519/8
1519/9 1519/19 1523/5 1523/11 1523/14
1526/5 1529/17 1529/21 1529/23 1530/5
1531/10 1533/14 1534/1 1539/22 1539/23
1539/24 1540/12 1540/13 1544/5 1544/5
1547/24 1548/2 1548/18 1549/3 1549/14
1549/16 1553/6 1554/20 1555/17 1559/24
1562/11 1562/23 1563/5 1563/8 1563/11
1564/5 1564/6 1566/1 1566/2 1566/7 1566/8
1567/2 1567/15 1567/18 1567/19 1567/20
1567/22 1567/23 1568/1 1569/13 1577/20
1577/21 1578/6 1579/23 1580/2 1581/19
1582/5 1582/10 1582/11 1582/21 1588/4
1595/21 1596/2 1596/3 1596/3 1598/20
1599/10 1600/12 1600/14 1600/14 1600/15
1600/15 1601/16 1601/20 1601/22 1601/22
1601/23 1602/15 1602/17 1603/14 1604/9
1609/15 1612/14 1612/16 1616/8 1624/2
1626/10 1630/7 1630/24 1631/7 1631/20
1631/25 1632/6 1632/11 1632/12 1632/17
1632/23 1633/6 1634/9 1634/16 1635/1
1635/2 1635/3 1635/21 1636/8 1637/7 1637/9
1638/4 1638/5 1638/11 1638/11 1638/18
1638/25 1645/1 1646/13 1646/17 1647/16
1651/23 1653/1 1653/9 1653/22 1654/5
1657/18 1657/19 1658/2 1658/11 1662/2
1666/20 1672/5 1672/6 1674/15

weren't [2]  1519/10 1601/16

whack [1]  1560/2

what [370]
what's [24]  1441/9 1445/14 1473/1 1473/4
1478/19 1487/21 1490/12 1501/22 1503/11
1506/22 1508/19 1509/6 1517/4 1520/3
1523/3 1524/9 1526/10 1561/8 1589/15
1596/25 1597/1 1597/8 1660/3 1674/4

whatever [21]  1347/7 1366/6 1367/7 1450/7
1499/11 1524/11 1524/15 1526/23 1529/22
1529/23 1549/21 1555/2 1589/7 1600/3
1602/14 1602/19 1612/6 1618/6 1618/10
1618/14 1631/15

when [233]  1347/15 1349/6 1351/11 1351/24
1355/13 1358/25 1359/3 1359/4 1359/9
1361/16 1364/1 1365/16 1366/1 1369/7
1369/10 1369/11 1369/21 1370/15 1370/21
1371/13 1372/24 1374/20 1376/15 1379/23
1381/18 1382/2 1382/15 1388/1 1388/3
1388/18 1391/1 1392/11 1393/5 1393/8
1394/7 1395/14 1399/1 1399/23 1400/4
1401/17 1402/9 1403/2 1404/12 1404/15
1404/20 1404/23 1404/24 1405/4 1409/1
1410/7 1410/9 1410/19 1411/13 1412/21
1416/3 1423/4 1423/6 1423/17 1427/11
1430/4 1430/16 1431/23 1432/11 1432/15
1435/10 1436/17 1439/20 1443/19 1444/3
1445/24 1448/6 1450/25 1451/1 1451/7
1453/24 1454/8 1454/11 1454/13 1455/16
1457/10 1458/20 1461/14 1462/14 1466/22
1470/7 1471/2 1473/10 1476/6 1482/11
1484/17 1487/1 1487/23 1492/2 1492/2
1492/3 1492/4 1492/13 1495/8 1501/18
1501/20 1504/1 1504/5 1504/22 1507/13

## W

when... [129]   1507/22 1508/22 1508/22
1508/23 1508/25 1509/1 1511/23 1515/2
1515/15 1516/8 1516/13 1516/14 1516/14
1516/24 1517/6 1517/11 1517/23 1519/17
1519/19 1519/20 1519/20 1520/24 1521/17
1521/25 1522/16 1524/14 1524/14 1525/5
1529/6 1530/3 1530/16 1530/17 1532/12
1533/25 1538/19 1538/20 1538/24 1539/5
1539/18 1541/6 1541/6 1541/10 1541/10
1549/6 1549/9 1550/17 1551/21 1555/14
1563/21 1566/8 1572/6 1576/7 1578/4 1578/4
1579/4 1579/7 1579/22 1580/4 1582/24
1585/1 1585/16 1585/20 1588/4 1588/13
1589/2 1591/10 1591/11 1591/13 1591/19
1594/7 1595/3 1595/11 1595/24 1597/6
1598/5 1600/3 1600/14 1600/15 1600/23
1602/4 1602/12 1603/9 1603/19 1603/23
1604/2 1607/19 1609/15 1610/5 1612/8
1612/8 1614/21 1619/6 1624/11 1625/4
1625/4 1626/7 1631/9 1632/3 1633/22
1633/24 1635/1 1637/3 1637/12 1637/20
1638/8 1638/20 1640/19 1641/15 1641/21
1641/22 1641/24 1642/6 1642/12 1643/6
1643/12 1643/13 1644/2 1645/10 1645/19
1646/7 1647/3 1649/1 1649/14 1649/17
1650/18 1650/21 1657/13 1661/19 1674/2
where [99]   1347/2 1347/19 1351/15 1355/3
1371/6 1371/6 1371/6 1371/16 1371/19
1375/23 1383/4 1383/10 1386/19 1386/23
1388/18 1389/4 1389/25 1399/16 1403/16
1415/22 1417/5 1425/12 1427/2 1427/15
1427/24 1428/17 1428/22 1430/4 1430/14
1430/20 1431/17 1432/21 1435/3 1435/18
1440/23 1443/14 1452/10 1452/20 1453/7
1453/9 1453/11 1454/6 1455/18 1471/20
1471/23 1473/7 1473/21 1474/1 1475/5
1483/25 1492/23 1500/25 1508/16 1512/15
1515/7 1522/19 1523/7 1523/24 1524/2
1525/13 1528/22 1532/22 1536/7 1540/8
1544/11 1544/13 1552/9 1556/17 1561/1
1561/18 1561/19 1571/7 1572/18 1577/18
1586/8 1588/20 1589/12 1593/10 1597/13
1597/17 1599/24 1610/13 1611/19 1615/5
1615/6 1632/16 1633/10 1633/18 1639/10
1647/1 1649/16 1651/24 1653/9 1661/20
1664/24 1664/25 1665/5 1667/6 1668/22
Whereupon [1]   1674/15
wherever [1]   1577/2
whether [62]   1362/24 1363/3 1363/5
1364/19 1373/7 1374/21 1380/16 1390/11
1392/10 1398/21 1398/23 1410/23 1413/7
1422/21 1425/23 1432/13 1433/4 1443/6
1443/20 1444/1 1447/1 1450/2 1451/25
1452/12 1473/5 1497/7 1500/20 1503/18
1507/25 1514/6 1522/5 1522/10 1522/11
1528/10 1531/5 1534/23 1543/13 1543/17
1551/10 1553/7 1553/19 1553/21 1562/10
1575/12 1575/15 1576/9 1581/7 1583/15
1583/16 1594/21 1595/4 1595/11 1601/13
1601/17 1614/22 1618/18 1624/11 1634/15
1635/21 1665/12 1666/5 1672/19
which [124]   1346/18 1348/18 1349/2 1352/5
1354/3 1355/18 1362/8 1363/15 1365/22
1367/6 1371/12 1374/3 1374/8 1374/24
1378/9 1380/1 1381/6 1383/19 1383/21
1383/25 1384/12 1387/4 1387/13 1387/16
1387/18 1389/5 1389/12 1390/5 1390/8
1392/17 1400/1 1400/19 1401/12 1405/7
1405/25 1406/22 1415/1 1415/11 1416/4
1417/4 1417/11 1417/12 1418/4 1420/3
1420/24 1421/15 1422/11 1427/23 1428/3
1431/10 1431/25 1432/2 1437/6 1437/11

1437/17 1437/17 1438/2 1438/23 1441/12
1441/15 1442/4 1442/6 1442/22 1443/1
1444/23 1447/3 1447/14 1448/18 1449/16
1450/20 1450/24 1452/15 1454/2 1459/18
1459/22 1467/25 1468/14 1471/7 1472/9
1472/15 1475/13 1478/16 1478/22 1485/7
1488/10 1488/14 1496/18 1501/19 1510/12
1510/16 1511/22 1515/4 1515/5 1525/19
1526/11 1540/10 1566/2 1569/18 1572/8
1573/6 1581/10 1590/19 1593/16 1601/4
1619/4 1619/5 1619/7 1620/24 1632/7
1635/24 1640/25 1653/12 1661/23 1661/24
1663/12 1667/9 1667/25 1668/5 1668/19
1669/11 1669/25 1670/13 1672/2 1673/14
while [12]   1350/16 1371/19 1377/13 1456/6
1475/17 1511/8 1536/14 1592/16 1592/25
1624/8 1639/12 1663/19
white [2]   1388/15 1541/11
Whitten [2]   1538/25 1539/21
who [117]   1354/6 1361/17 1368/16 1373/13
1375/15 1379/6 1389/20 1391/20 1391/24
1393/12 1398/12 1400/9 1400/11 1400/12
1404/1 1404/11 1420/19 1425/17 1425/18
1432/13 1432/17 1433/11 1435/16 1459/1
1463/7 1464/15 1468/24 1487/16 1487/18
1490/6 1497/22 1498/3 1498/4 1498/8
1498/18 1498/20 1502/10 1511/3 1511/13
1511/24 1512/9 1513/6 1513/11 1513/13
1514/12 1517/20 1521/10 1521/11 1523/8
1523/8 1523/16 1524/25 1525/14 1525/22
1526/3 1528/21 1531/19 1541/17 1553/6
1565/23 1572/16 1576/21 1579/21 1579/23
1579/23 1582/5 1582/10 1584/2 1584/9
1584/11 1584/20 1584/23 1584/24 1586/19
1586/21 1587/13 1587/15 1587/23 1587/24
1588/7 1594/10 1594/11 1594/11 1594/14
1601/15 1605/5 1606/1 1614/6 1614/8 1614/8
1628/6 1629/3 1629/10 1630/24 1631/6
1636/17 1646/12 1649/15 1649/16 1649/19
1649/20 1650/3 1650/24 1653/5 1653/25
1657/17 1659/6 1660/25 1661/6 1661/7
1661/8 1664/22 1668/24 1670/18 1672/20
1672/20 1673/11
who has [1]   1525/14
who's [2]   1586/15 1611/6
whoever [1]   1580/8
whole [9]   1399/8 1443/25 1454/18 1519/11
1552/18 1558/8 1575/15 1644/2 1644/9
wholesale [2]   1524/16 1525/18
whom [1]   1629/24
whose [3]   1352/9 1377/10 1579/17
why [43]   1370/25 1399/1 1446/4 1471/14
1474/21 1497/8 1504/25 1505/5 1505/23
1505/24 1518/20 1530/5 1530/20 1531/12
1532/15 1533/4 1533/4 1534/14 1534/20
1534/21 1539/2 1546/6 1546/20 1547/24
1548/4 1548/16 1548/17 1549/6 1551/16
1568/25 1569/1 1594/23 1621/15 1625/19
1633/20 1639/2 1643/14 1645/16 1648/5
1648/24 1664/22 1666/19 1669/8
wife [2]   1482/10 1512/19
will [30]   1357/24 1358/7 1358/7 1361/25
1450/19 1459/21 1492/11 1493/13 1496/7
1506/5 1507/8 1527/23 1528/18 1540/5
1540/5 1602/5 1623/14 1623/15 1640/14
1656/11 1659/2 1659/13 1664/17 1665/6
1670/8 1670/23 1671/8 1671/16 1673/9
1674/6
Williams [2]   1493/5 1607/23
willing [5]   1603/14 1609/4 1611/11 1625/25
1658/6
willingness [1]   1606/9
WILSON [147]   1343/5 1345/9 1351/18
1351/22 1352/2 1352/6 1352/7 1353/7

1353/14 1361/10 1363/21 1364/15 1365/18
1368/20 1372/3 1372/11 1372/12 1372/16
1373/14 1374/25 1375/20 1381/1 1382/20
1382/24 1385/2 1386/5 1386/15 1388/24
1389/16 1390/4 1390/19 1391/11 1392/3
1393/1 1393/19 1396/21 1397/21 1400/23
1402/7 1402/11 1405/11 1406/21 1415/5
1421/24 1422/21 1424/1 1428/5 1430/3
1431/23 1437/7 1443/9 1448/3 1449/25
1450/21 1454/7 1454/14 1455/16 1456/13
1457/22 1460/25 1469/11 1502/23 1503/5
1503/7 1503/10 1508/21 1511/14 1511/19
1512/5 1512/10 1512/10 1512/15 1512/18
1512/21 1513/7 1513/7 1513/8 1513/14
1513/21 1518/25 1519/12 1519/17 1521/21
1523/9 1523/19 1523/22 1524/4 1528/22
1528/24 1529/5 1529/10 1530/3 1531/21
1532/5 1532/6 1532/7 1532/8 1536/14 1537/3
1538/11 1538/16 1538/25 1539/2 1540/10
1540/16 1540/20 1540/25 1541/3 1541/13
1541/25 1542/4 1544/16 1546/4 1547/16
1562/1 1565/5 1565/25 1573/7 1574/4 1583/2
1585/8 1586/12 1597/22 1602/2 1602/4
1633/8 1633/11 1633/19 1635/10 1636/21
1637/3 1637/20 1637/23 1639/7 1639/22
1641/21 1642/2 1643/9 1645/15 1651/5
1651/6 1651/10 1652/1 1659/16 1664/5
1669/2 1669/14
Wilson's [30]   1354/8 1365/6 1372/18 1373/3
1373/10 1402/23 1403/11 1415/2 1424/3
1432/20 1455/4 1455/5 1469/25 1511/7
1511/24 1514/7 1515/2 1515/23 1529/18
1531/20 1540/13 1544/18 1589/14 1617/9
1634/10 1635/2 1641/4 1641/8 1646/7
1653/24
WISC [10]   1359/3 1366/6 1437/25 1437/25
1449/13 1451/18 1473/2 1473/2 1473/3
1642/23
WISC-III [5]   1359/3 1437/25 1451/18
1473/3 1642/23
WISC-R [3]   1366/6 1437/25 1473/2
Wisconsin [5]   1392/25 1429/21 1429/24
1430/1 1430/6
wish [12]   1528/2
withdraw [4]   1462/19 1570/4 1589/22
1621/9
withdrawal [1]   1509/1
withdrawn [1]   1486/4
within [43]   1419/6 1427/12 1438/18 1465/9
1469/11 1469/12 1475/3 1500/15 1501/3
1501/7 1501/25 1502/4 1506/20 1507/24
1514/11 1517/19 1520/17 1538/4 1539/1
1540/23 1548/18 1559/20 1559/21 1563/5
1565/4 1588/25 1589/5 1603/21 1620/13
1620/14 1620/18 1629/16 1646/16 1647/1
1647/5 1647/14 1651/5 1657/9 1657/17
1658/4 1663/23 1665/13 1668/13
without [18]   1346/23 1356/2 1401/22
1423/22 1430/22 1436/9 1479/15 1505/1
1516/10 1526/6 1637/4 1641/17 1642/4
1650/21 1661/10 1665/7 1670/11 1672/23
witness [42]   1345/20 1346/2 1469/19
1474/14 1474/18 1474/18 1475/8 1475/8
1477/3 1477/5 1477/5 1477/12 1478/5
1478/15 1493/14 1499/12 1499/12 1499/16
1499/16 1500/6 1500/8 1500/11 1525/2
1525/20 1527/10 1533/19 1535/15 1542/16
1543/2 1543/5 1543/10 1543/13 1545/11
1545/18 1629/23 1639/4 1658/17 1660/25
1670/17 1672/18 1673/25 1674/8
witness's [3]   1474/22 1475/14 1493/8
witnesses [14]   1533/12 1533/12 1535/19
1645/1 1660/8 1660/20 1663/8 1663/11
1665/21 1670/14 1672/12 1673/11 1673/12

**W**

witnesses... [1]  1675/2
WMI [1]  1439/1
woman [2]  1525/14 1670/18
wonder [2]  1511/2 1514/15
wonderful [2]  1542/12 1542/14
wondering [1]  1477/14
wont [2]  1477/22 1559/13
Woodcock [1]  1406/19
Woodcock-Johnson [1]  1406/19
wooden [2]  1391/15 1391/15
woods [15]  1477/7 1478/2 1478/5 1495/15
1527/4 1528/4 1528/9 1528/21 1533/22
1545/25 1546/16 1550/8 1572/22 1574/5
1626/22
word [15]  1384/25 1386/5 1390/17 1391/6
1406/21 1524/16 1550/24 1551/23 1587/7
1587/11 1587/12 1591/11 1598/5 1643/16
1649/4
wording [1]  1347/18
words [21]  1368/21 1380/20 1382/21 1388/3
1394/8 1394/13 1394/14 1394/15 1417/20
1436/13 1458/21 1458/25 1541/16 1586/9
1586/11 1587/6 1635/17 1635/17 1636/9
1653/13 1656/5
work [19]  1350/3 1424/24 1432/22 1459/12
1460/11 1480/10 1497/16 1497/17 1523/18
1528/22 1529/1 1550/15 1567/18 1593/17
1593/17 1615/4 1625/3 1625/4 1647/7
worked [11]  1373/14 1373/22 1375/14
1480/24 1481/3 1481/6 1482/20 1529/1
1529/3 1529/4 1559/1
worker [3]  1523/18 1528/25 1564/22
workers [2]  1481/4 1511/20
working [18]  1401/7 1406/16 1406/16
1428/18 1428/22 1428/24 1428/25 1429/15
1429/18 1443/3 1452/10 1453/13 1453/20
1453/25 1582/6 1582/10 1582/11 1642/9
works [7]  1384/1 1428/1 1432/5 1457/1
1521/7 1552/10 1639/15
workup [4]  1521/2 1613/12 1640/25 1669/9
1521/7 1634/6
world [6]  1382/14 1436/10 1443/18 1459/12
1521/7 1634/6
worry [1]  1542/9
worse [4]  1404/2 1404/4 1404/5 1441/5
worst [1]  1395/6
would [290]  1348/10 1348/12 1349/24
1353/5 1354/3 1355/25 1359/22 1360/4
1360/5 1360/13 1363/7 1366/20 1368/5
1369/8 1369/20 1373/18 1373/24 1374/7
1374/8 1374/24 1375/10 1375/10 1376/1
1379/3 1379/8 1381/20 1382/12 1383/19
1384/16 1386/24 1390/13 1392/14 1392/19
1395/16 1395/19 1398/11 1398/14 1399/3
1399/3 1400/11 1401/2 1401/4 1401/6 1402/6
1402/20 1404/1 1404/2 1406/6 1410/3
1410/11 1410/12 1410/16 1410/17 1410/23
1410/23 1411/15 1411/17 1411/19 1412/16
1417/4 1419/10 1419/11 1419/13 1421/2
1425/2 1430/16 1434/15 1440/20 1441/7
1442/16 1446/1 1449/4 1451/9 1451/15
1452/22 1453/15 1453/17 1457/22 1458/11
1458/22 1458/24 1458/25 1459/1 1461/16
1461/24 1463/1 1463/10 1469/19 1469/25
1472/9 1472/15 1472/20 1472/22 1472/23
1473/7 1477/16 1478/19 1478/22 1479/10
1479/18 1480/15 1481/18 1482/13 1492/5
1493/16 1495/12 1496/25 1497/16 1497/18
1498/14 1498/23 1505/14 1507/25 1515/8
1515/13 1515/20 1519/5 1524/2 1525/11
1525/15 1525/15 1525/16 1525/19 1526/2
1526/6 1532/8 1534/11 1534/22 1537/4
1537/4 1538/2 1539/2 1544/3 1544/14 1546/8

1548/9 1549/13 1552/18 1552/18 1553/3
1554/23 1559/12 1559/23 1560/9 1560/12
1560/6 1560/25 1561/11 1561/15 1561/20
1561/24 1561/25 1562/12 1562/18 1563/6
1563/11 1564/14 1566/20 1568/8 1568/8
1568/14 1570/7 1570/10 1570/11 1570/25
1572/15 1572/21 1572/24 1572/24 1573/11
1573/16 1574/3 1574/6 1574/7 1574/9
1574/15 1574/25 1575/7 1575/8 1575/16
1577/22 1580/16 1580/18 1581/22 1582/18
1583/19 1584/2 1584/4 1584/24 1585/8
1585/11 1586/15 1587/15 1587/23 1589/11
1590/24 1592/1 1592/4 1592/10 1592/15
1594/14 1594/18 1594/24 1596/5 1596/11
1596/16 1598/24 1599/5 1600/22 1601/2
1601/6 1604/7 1610/6 1611/6 1611/8 1611/11
1613/1 1613/3 1613/3 1613/19 1613/24
1615/6 1615/8 1620/18 1620/24 1621/15
1621/22 1621/23 1624/9 1626/14 1630/10
1630/25 1631/1 1631/14 1633/14 1633/15
1634/8 1634/23 1637/3 1637/4 1637/4
1637/22 1640/5 1640/16 1645/7 1645/15
1645/17 1645/24 1646/2 1646/3 1651/7
1651/22 1651/22 1652/4 1653/12 1654/9
1654/22 1655/5 1655/16 1656/3 1656/4
1656/4 1656/13 1656/14 1656/14 1656/20
1656/24 1656/25 1657/2 1657/3 1657/3
1657/7 1658/8 1658/9 1658/12 1659/9
1659/10 1659/15 1661/5 1661/25 1662/5
1666/10 1670/20 1670/21 1671/20 1671/21
1672/20 1673/10 1673/11 1673/12
would -- if [1]  1561/24
wouldn't [14]  1350/8 1350/20 1380/22
1381/25 1399/6 1399/22 1400/6 1499/1
1605/25 1607/20 1628/14 1628/16 1628/21
1661/13
wouldnt [8]  1428/11 1435/4 1472/8 1472/14
1547/25 1580/10 1580/12 1593/4
wrap [1]  1540/18
write [10]  1351/16 1351/17 1351/24 1389/10
1415/13 1468/20 1487/6 1490/10 1570/13
1641/4
writes [2]  1591/20 1641/6
writing [26]  1351/20 1352/16 1443/10
1456/12 1488/18 1498/9 1529/18 1571/9
1572/22 1583/3 1590/5 1590/5 1590/17
1590/18 1590/19 1590/20 1590/21 1590/22
1590/23 1590/25 1591/2 1591/12 1647/23
1648/6 1659/2 1659/22
writings [1]  1647/22
written [11]  1348/20 1402/16 1407/21
1466/13 1468/19 1488/10 1498/15 1498/16
1498/19 1510/17 1641/20
written -- that [1]  1498/15
wrong [23]  1397/21 1398/1 1398/3 1398/5
1398/7 1430/7 1473/7 1509/6 1551/6 1563/25
1564/4 1564/9 1564/15 1567/2 1567/19
1567/20 1568/1 1592/7 1592/8 1609/13
1609/18 1619/10 1629/15
wrote [12]  1348/23 1415/5 1487/16 1503/15
1510/12 1517/23 1518/3 1530/2 1536/14
1537/14 1545/15 1547/17

**Y**

Yates [3]  1659/6 1659/10 1669/9
yeah [24]  1349/11 1392/8 1393/13 1395/4
1395/8 1398/17 1404/20 1408/23 1411/23
1415/18 1417/15 1422/3 1506/25 1510/21
1536/7 1583/8 1609/20 1611/16 1616/9
1623/2 1623/6 1626/25 1662/20 1673/3
year [19]  1347/16 1481/2 1481/11 1486/5
1486/16 1491/6 1494/25 1512/4 1512/7
1512/23 1533/17 1601/6 1601/8 1601/9
1610/17 1610/18 1640/3 1641/17 1651/20

years [65]  1360/9 1373/14 1373/22 1375/15
1379/5 1397/8 1397/14 1418/11 1447/21
1447/23 1447/24 1448/1 1448/3 1448/5
1448/5 1472/19 1479/23 1482/14 1482/14
1482/15 1483/19 1483/20 1494/23 1496/18
1496/21 1505/20 1506/1 1506/2 1511/12
1511/15 1513/14 1519/1 1523/19 1523/20
1523/23 1523/25 1524/1 1529/4 1529/5
1531/1 1539/5 1539/6 1555/15 1555/21
1588/18 1594/16 1594/20 1600/3 1600/4
1600/4 1600/4 1600/5 1600/5 1600/5 1600/7
1600/7 1600/7 1600/8 1611/7 1629/3 1629/11
1636/5 1636/11 1638/13 1638/14 1643/6
1643/7 1665/9 1666/17
yellow [1]  1388/13
yells [1]  1541/16
yes [475]
yes-or-no [2]  1548/8 1589/21
yes/no [1]  1389/12
yesterday [1]  1469/19
yet [2]  1514/23 1515/10
yield [2]  1379/7 1420/20
YORK [20]  1343/1 1343/16 1343/20
1343/20 1344/2 1344/2 1344/13 1345/4
1512/1 1512/17 1580/11 1609/8 1609/10
1609/14 1609/21 1609/24 1610/3 1632/4
1632/7 1632/11
you [1337]
you'd [7]  1365/21 1398/9 1412/5 1461/21
1465/6 1587/12 1615/5
you'll [1]  1450/13
you're [89]  1353/23 1359/14 1359/17
1359/22 1360/9 1361/2 1361/3 1362/1 1362/1
1362/1 1362/14 1362/21 1363/3 1363/9
1363/17 1365/16 1366/17 1367/7 1367/18
1374/10 1374/10 1384/7 1385/16 1391/4
1393/8 1394/11 1394/13 1399/13 1399/16
1400/3 1400/4 1400/5 1400/19 1402/13
1407/5 1413/2 1413/2 1413/11 1413/22
1421/4 1423/18 1450/12 1496/15 1500/20
1501/6 1504/12 1505/5 1505/7 1505/7 1505/8
1505/9 1507/13 1508/8 1508/9 1508/12
1516/20 1517/15 1524/14 1524/14 1530/17
1531/6 1532/21 1532/23 1541/18 1570/6
1571/12 1576/7 1615/10 1620/3 1620/16
1621/12 1621/16 1622/4 1622/9 1622/15
1624/3 1624/17 1625/5 1626/16 1627/4
1629/9 1629/14 1633/23 1644/11 1652/24
1657/25 1660/10 1672/1 1673/2
you've [34]  1351/1 1360/6 1364/22 1492/18
1494/22 1495/24 1504/13 1516/13 1516/14
1516/15 1542/11 1544/11 1555/14 1555/20
1555/23 1556/14 1556/17 1556/22 1557/3
1558/2 1566/3 1573/22 1576/16 1578/14
1586/21 1586/24 1588/15 1589/9 1594/6
1594/19 1596/8 1597/5 1644/18 1667/25
young [13]  1508/22 1510/9 1511/23 1519/17
1522/17 1523/4 1564/6 1567/18 1575/12
1589/2 1643/22 1646/21 1646/22
younger [3]  1482/15 1514/13 1514/14
your [335]
youre [50]  1427/16 1427/24 1429/9 1430/6
1430/10 1435/2 1435/18 1443/4 1446/5
1446/18 1448/16 1448/16 1451/22 1457/10
1460/3 1462/6 1462/7 1470/9 1474/8 1474/19
1478/4 1486/13 1494/19 1494/25 1495/5
1495/22 1498/3 1544/4 1552/6 1558/16
1558/23 1559/11 1566/24 1570/8 1582/4
1583/14 1588/15 1588/19 1590/9 1590/10
1590/11 1591/10 1591/10 1595/3 1595/6
1596/15 1597/6 1600/23 1604/2 1604/4
yourself [5]  1487/16 1488/25 1489/15
1489/22 1536/8
youth [2]  1522/18 1566/7
Yup [1]  1672/13