1  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK
2  ------------------------------x
   UNITED STATES OF AMERICA     :
3                               :      04-CR-1016 (NGG)
                                :
4          versus              :      United States Courthouse
                                :      225 Cadman Plaza East
5  RONELL WILSON,              :      Brooklyn, N.Y.  11201
                                :
6                               :
                                :      DECEMBER 4, 2012
7          DEFENDANT.     :      9:00 A.M.
   ------------------------------x

8

9                    TRANSCRIPT OF HEARING
          BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
10            UNITED STATES DISTRICT COURT JUDGE

11

   A P P E A R A N C E S :
12
   For the Government:
13
   LORETTA LYNCH
14 United States Attorney
   BY: JAMES G. McGOVERN, ESQ.
15 Assistant United States Attorney
   271 Cadman Plaza East
16 Brooklyn, New York  11201

17

18
   For the Defendant:
19
   ROTHMAN, SCHEIDER, SOLOWAY, STERN, P.C.
20 100 Lafayette Street - Suite 501
   New York, New York
21 BY: DAVID STERN, ESQ.

22
   LAW OFFICE OF MICHAEL BURT
23 1000 Brannan Street - Suite 400
   San Francisco, California 94103
24 BY: MICHAEL N. BURT, ESQ.

25

                CHARISSE KITT, CRI, CSR, RPR, FCRR
                     Official Court Reporter

```
 1
    LAW OFFICE OF COLLEEN QUINN BRADY
 2  99 Hudson Street - 8th Floor
    New York, New York 10013
 3  BY: COLLEEN QUINN BRADY, ESQ.

 4

 5

 6  ALSO PRESENT:

 7  SPECIAL AGENT KELTAR MUI

 8  VERONICA RAMIREZ, PARALEGAL

 9  MAYERLIN ULERIO, PARALEGAL

10

11  Court Reporter:

12  Charisse Kitt, CRI, CSR, RPR, FCRR
    225 Cadman Plaza East Rm N357
13  Brooklyn, New York  11201
    Tel: (718) 613-2606
14  Fax: (718) 613-2696

15  Proceedings recorded by mechanical stenography, transcription
    by computer-aided transcription.

16

17

18

19

20

21

22

23

24

25
```

Proceedings

1          (In open court; defendant not present.)

2          MS. COHEN:  Celia Cohen, James McGovern and

3    Keltar Mui, for the government.

4          Good morning, your Honor.

5          MR. BURT:  Michael Burt, Colleen Brady, and

6    David Stern, for Ronell Wilson.  The defendant will be present

7    momentarily.

8          Good morning, your Honor.

9          THE COURT:  Good morning.

10          (Defendant present.)

11          THE COURT:  All right, the defendant is present.

12          Okay, the government may call its first witness.

13          Oh, and by the way, all the expert reports should be

14    uploaded to ECF, please.

15              (Witness takes the stand.)

16                      **CARLA DREZNER,**

17    called as a witness, having been duly sworn, was examined and

18    testified as follows:

19          THE COURT:  Please be seated.

20          Please state and spell your full name for the

21    record.

22          THE WITNESS:  My name is Carla Drezner.  C-a-r-l-a;

23    Drezner, D-r-e-z-n-e-r.

24          THE COURT:  All right, you may inquire.

25    DIRECT EXAMINATION

Drezner - Direct/McGovern

1    BY MR. McGOVERN:

2    Q    Good morning, Ms. Drezner.

3    A    Hi.

4    Q    Ms. Drezner, are you currently employed?

5    A    No.

6    Q    And was there a time when you were employed?

7    A    Yes.

8    Q    And what were you employed as?

9    A    A school psychologist.

10   Q    And for how many years were you a school psychologist?

11   A    I was a school psychologist since, I believe, 1982 to

12   2003, but I did have childcare leave for about five years in

13   between that time.

14   Q    And why did you do that?

15   A    Why did I take the leave?

16   Q    Yes.

17   A    To raise two children.

18   Q    Oh, okay.  But then at some point you returned to the

19   New York City school system?

20   A    Yes.

21   Q    And how long in total would you say you were at the

22   school system?

23   A    Approximately 26 -- 26 years or so.  I began in 1968 as a

24   teacher.

25   Q    Okay.  Could you give us a brief statement of your

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner - Direct/McGovern

1    education in the area of psychology?

2    A     In psychology I went back to Queens College to get a

3    professional diploma in school psychology; that must have been

4    in 1979.  And then I -- and then I began working as a school

5    psychologist in 1982, I believe.

6    Q     Did you go to undergraduate college?

7    A     Queens College.

8    Q     Okay.  And after 1982, did you pursue any additional

9    education in psychology?

10   A     No.

11   Q     Okay.  And from 1982 on, were you working as a school

12   psychologist, other than that five years that you took a

13   break?

14   A     No.  Was I -- I'm sorry, was I working -- I'm sorry, I

15   was looking at the -- What did you say?  Could you repeat it.

16   Q     I know.  Have you ever testified before?

17   A     No.

18   Q     Okay.  So other than the five years you took off to raise

19   your children, did you work as a school psychologist from 1982

20   until you retired?

21   A     Yes.

22   Q     Okay.  And was there a time when you worked at a program

23   called P9/209?

24   A     Yes.

25   Q     And was that in District 75?

Drezner - Direct/McGovern

1    A    Yes.

2    Q    And where was that located?

3    A    P9 was located at 209 in Whitestone, Queens.

4    Q    How long were you at that program for?

5    A    I was in that program since -- let's see.  I must have

6    been there at least -- I began in 1986.  Probably from --

7    from -- from '89 to 2003, I believe.

8    Q    Okay.  And could you describe the P9 program?

9    A    The P9 program was a program for children with emotional

10   problems.

11   Q    And did it service just Whitestone or a larger area?

12   A    The entire Queens district.  It was a citywide program.

13   Actually, citywide probably meant that they could have been

14   bused from other boroughs than Queens, but I'm not 100 percent

15   sure about that.

16   Q    So there was actual busing available to bring children

17   from other areas, either Queens or elsewhere?

18   A    Yes.

19   Q    And could you describe the -- what the make up of the

20   emotionally disturbed program was at P9?

21   A    The children were -- were given an exam; they were in

22   various public schools and they were -- it was determined that

23   they had emotional or behavioral problems.  So they were

24   tested by the school psychologist at their particular school,

25   that would be the initial evaluation.  And if they were found

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner - Direct/McGovern

1  that it was the emotional problems that interfered with their

2  learning, they were then -- and they had to be fairly

3  significant problems, they were then referred to the program

4  for emotional disturbed kids.

5  Q    Okay.  As a school psychologist what was your role in the

6  P9 program?

7  A    I just did tri-annual test.

8  Q    What is tri-annual letter testing?

9  A    By law every three years the children had to be tested to

10 see if they were making progress, to see basically whether or

11 not they should still remain in the program or whether or not

12 we should be considering mainstreaming them.

13 Q    And to your -- based on your experience, if a child is in

14 P9 and you were giving a child tri-annual testing, did you

15 have an understanding whether they were tested previously?

16 A    They were tested previously, if they were P9.  I did not

17 do the initial evaluation, no.

18 Q    How could you say you are confident they did an initial

19 evaluation?

20 A    Because that's how they became -- that's how they got

21 into the program; otherwise, they would not have been able to

22 be there.

23 Q    Okay.  And so as part of your -- your duties with

24 tri-annual testing at P9, could I assume that involved IQ

25 testing?

Drezner - Direct/McGovern

1    A    Yes.

2    Q    And over the years about how many IQ tests would you say

3    you've administered?

4    A    Oh, gosh.  Well, you figure -- I don't -- 30, 40, 50 a

5    year.  I mean, initial testing was -- the initial testing was

6    maybe 25, 30 a year.  But if I was doing tri-annuals, that was

7    probably 20 a year.  But I'm not good with the math.

8    Q    Hundreds?

9    A    Yeah, I would say it's in the hundreds, I would say.

10   Q    When you're doing your tri-annual testing, would that

11   involve things other than IQ?

12   A    Yes.  It would involve -- I could give tests in reference

13   to emotional, like, you know, the Rorschach, something like

14   that.  So a little more than just IQ testing.

15   Q    How about something called the Bender Gestalt?

16   A    Yes.

17   Q    And did you give that test as well?

18   A    Yes.

19   Q    Were you working at P9 in December of 1991?

20   A    Yes.

21   Q    And have you come to learn that you administered an IQ

22   test to a young man by the name of Earl Wilson back in

23   December of 1991?

24   A    Yes.

25   Q    And have you been provided with a copy of the report that

Drezner - Direct/McGovern

1   you prepared for Earl Wilson?

2   A    Yes.

3   Q    And not necessarily today, have you seen it in the past?

4   A    I did see it in the past.

5   Q    And it's been -- I'm sure it was shown to you by defense

6   counsel in this case?

7   A    Yes.

8   Q    And was it shown to you by the government in this case?

9   A    That's -- that would be you?

10  Q    Yeah.

11  A    I had a copy, so yeah.

12  Q    You had it from the defense already?

13  A    Yeah.

14  Q    And you've had an opportunity to review that in advance

15  of coming here today?

16  A    Yes.

17        MR. McGOVERN:  Okay.  And just for the record, your

18  Honor, that -- Ms. Drezner's report and notes accompanying are

19  in evidence, and C1 of defense exhibit -- C5 of defense

20  exhibit, with the Bates number of GOV3927 [sic] through 3233.

21  Q    Now, Ms. Drezner, after looking at the -- your notes and

22  results of the December 1991 test, did that refresh your

23  recollection of the day that you actually sat down and gave

24  Earl Wilson a -- an IQ test?

25  A    Vaguely.  I mean, I don't really remember.  I -- I can't

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner - Direct/McGovern

1    say that I remember.  I honestly when I saw the tests, some

2    aspects of it came back.  But I don't remember what he looked

3    like, exactly; you know, except for the descriptions in my

4    report.

5    Q    Well, let me see if I can ask you something a little bit

6    fair.  When you look at this report, does it sort of transcend

7    you, bring you back to the point where you can say, Oh, I

8    remember that day.  That's the day Earl Wilson came in for

9    that test?

10   A    Not in that way, no.

11   Q    So for purposes of your testimony here, are you relying

12   predominantly for purposes of your recollection of what you're

13   seeing on your report?

14   A    Yes.

15   Q    Do you remember what Earl Wilson looked like?

16   A    Just by looking at the description of the report, but I

17   don't -- no, I don't remember.

18   Q    And during this period of time you were doing multiple IQ

19   tests on multiple children.  Right?

20   A    Right.

21   Q    Now, the IQ test that you did on Earl Wilson at that time

22   was when he was how old?

23   A    Nine and a half.

24   Q    And was this IQ test something special or was it

25   something of a tri-annual review?

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner - Direct/McGovern

1    A    It was just a tri-annual review.

2    Q    Was Mr. Wilson in the emotional program at that time?

3    A    Yes.

4    Q    Was there a cognitive delay program available?

5    A    There were, there were special classes for children with

6    learning disabilities.  Is that what you mean?  Yeah, there

7    were classes like that.

8    Q    And there were classes for children who were believed to

9    have some form of mental retardation?

10   A    Yes, there were.

11   Q    And that was all within the confines of the New York City

12   school system.  Correct?

13   A    Yes.

14   Q    And had you ever worked with children -- Well, I'll

15   withdraw that.

16         Other than the P9 school, have you worked at any

17   other schools?

18   A    Yes, I worked -- I worked -- When I was in District 29,

19   there must have been three schools that I was affiliated with.

20   When -- and in District 25 the only school was P9 and P209.

21         THE COURT:  I'm sorry, District 25 what?

22         THE WITNESS:  I worked at -- When I came back as a

23   school psychologist I worked at District 29 and there were

24   three schools I was affiliated, one being a junior high school

25   and two elementary schools.  I do not remember their numbers.

Drezner - Direct/McGovern

1  Then -- then I -- then I came -- and there was another school

2  on Guy -- Guy-something Boulevard.  As you go on the Cross

3  Island, there was another school there.  So there were other

4  schools besides P9, yes.

5  Q    And your affiliations of other schools was in the context

6  of being a school psychologist.  Right?

7  A    Yes.

8  Q    In your time working as a school psychologist in

9  connection with those other programs and even the P9 program,

10 had you come across children who had suffered from some form

11 of mental retardation?

12 A    The children that I -- I don't think I've ever classified

13 as an initial, when I did initial evaluations.  I don't think

14 I ever -- working, when I was working full time, there was no

15 one that I ever classified or, you know, that the team ever

16 classified as, as mentally retarded.  When I -- when I --

17 because I also worked part time after I retired.  Then I did

18 see many children with autism, and mental retardation is

19 sometimes a component of autism.  So at that time I was -- I

20 was probably, you know, at that time there were children with

21 mental retardation but it was never the primary diagnosis; it

22 was usually like autism at that time, or something.

23 Q    So had you seen other children in the New York City

24 school system who had been classified previously as having

25 mental retardation of some form?

Drezner – Direct/McGovern

1    A    I can't -- I can't remember when I was working full time

2    seeing someone that was classified with mental retardation.

3    Q    Okay.  I ask you to take a look at your report, if you

4    could.

5    A    Yeah.

6    Q    And you feel like you had enough time to review your

7    report before you came here to court today?

8    A    Did I review it?  Yes.

9    Q    Okay.  You prepared this report.  Did you do so to the

10   best of your ability?

11   A    Yes.

12   Q    And do you have any reason to believe anything in that

13   report is not an accurate reflection of the manner in which

14   you did your testing on, on December 11, 1991?

15   A    It's accurate.

16   Q    You note in the report, in the later pages of the

17   commentary section, some observations and impressions that you

18   had of Earl Wilson.  Is that right?

19   A    Yes.

20   Q    And could you tell us what the purpose of this commentary

21   is that you spent for --

22   A    Well, on the test results I basically commented on, you

23   know, on the type of -- how he did on all the different

24   subtests.  And then I imagine I tried to give also an

25   understanding of his -- emotionally how he was behaving and so

Drezner - Direct/McGovern

1    forth.

2    Q    Okay.  And is that standard practice for a school

3    psychologist?

4    A    Yes.

5    Q    And could you generally describe for us what your

6    impressions were of Mr. Wilson after you administered the, at

7    the very least, the WISC-III IQ test?

8    A    After I finished testing him?

9    Q    Tell us what your overall view of him was at that time.

10   A    Well, from just based on this report, I think I mentioned

11   that he was somewhat listless when he first came with me, when

12   we -- so that I tried to encourage him.  You know, I tried to

13   set him at ease and I tried to, you know, make it a friendly

14   environment so that he doesn't feel threatened.

15   Q    What was the purpose of that?

16   A    Well, because children generally when there's something

17   new, and when you're going to be, you know, asking questions

18   that, that may be they feel that they're -- they're sort of on

19   the line to respond correctly.  I just want to make it, you

20   know, an environment where he feels safe and where he's not

21   being judged or things like that.  So --

22   Q    And listless, is that something unusual to see in your

23   program?

24   A    Generally the -- many of the children at P9 were taking

25   medication.  I'm not sure what medication he was taking,

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner - Direct/McGovern

1    but -- so -- so sometimes the listlessness was the result of

2    the fact that there was medication.  Medications was in

3    reference to I imagine, to behaviors, to help them, to help

4    them control the behaviors, I suppose.

5    Q    Well, your tri-annual review of Mr. Wilson, was that the

6    full extent of your involvement, psychologically, in his in

7    his progression or regression in the P9 program?

8    A    It was the only involvement.  It was one hour to two

9    hours that I saw him, that was it.

10   Q    And did you ever do classroom observation of him?

11   A    I did do an observation, because that was part of the

12   procedure.

13   Q    Okay.  And were you in consultation with his --

14   A    The teacher?  Yes.

15   Q    -- teachers?

16   A    Is that what you meant?  Yeah, definitely.

17   Q    If you look at the bottom of government's -- the numbers

18   are in the bottom right-hand corner.

19   A    Yeah.

20   Q    3931; do you see that?

21   A    Is that -- I see 3253 --

22   Q    How about 3253?

23   A    Oh, okay.

24        MR. McGOVERN:  For the record, I guess the defense

25   has since Bates stamped this.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

1691

Drezner - Direct/McGovern

1   Q    Do you see the bottom of 3253?

2   A    Yeah.

3   Q    Do you see where it reads:  Medication also appears to

4   affect his mood, contributing to listlessness?

5   A    Yeah.

6   Q    Can you tell us what you were trying to convey at that

7   point?

8   A    That the reason he wasn't as engaged might have been due

9   to the medication.

10  Q    Okay.  And would this be a statement by you reflective of

11  the fact that you had come to learn that he was at least

12  prescribed or was taking medication?

13  A    I'm not -- I don't remember, yet, when learned that he

14  took -- that he was prescribed medication.  Because I probably

15  do speak to the teacher before, before I see the child and she

16  might have told me then or it might -- I don't remember if it

17  was before or after.  I don't remember.

18  Q    Okay.  But going back to your original statement, the

19  reason that you provide encouragement and sometimes when

20  you're faced with listlessness, the reason is because the

21  children are not responding as well sometimes due to

22  medication.  Right?

23  A    Yeah.  This particular population could be the

24  medication, yeah.

25  Q    And what types of encouragement would you provide?

Drezner - Direct/McGovern

1    A     When I was doing an interview I would -- I would just be

2    friendly and encourage them to respond.  When we were actually

3    taking the test, I would say, because I would say things to

4    the effect that, well, you know, you finished this test, we're

5    now going to move on to the next test.  You're probably going

6    to enjoy this test, because it has -- it has, like the, the

7    performance test are a little bit more -- the children can

8    actually manipulate objects, so that's a little bit more to --

9    they sort of prefer that.

10            That type of encouragement.  Just -- just -- and

11   also let him know, you know, we have -- you're not going to be

12   here for a long time now.  We're probably going to be here

13   another -- a few minutes or something like that, just so that

14   he can sort of hang in there.

15   Q     And does your commentary associates of the test results,

16   does that indicate whether Earl Wilson was responsive or not

17   responsive to that type of praise and --

18   A     He was responsive because he completed the test.  So I

19   think he was responsive and -- obviously it's not that

20   different from what he was doing in the classroom because he

21   was, you know, it isn't that 100 percent different.  And he

22   apparently had a para who worked with him.  So in a sense I

23   was a para working with him.

24   Q     We haven't talked about that issue in this case.  What's

25   a para?

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

1693

Drezner - Direct/McGovern

1  A    Sometimes children with emotional problems they feel that

2  they would be better -- they would be better aided if they had

3  a paraprofessional who -- who was basically assigned to sort

4  of help them get through the schoolwork and to make sure that

5  they, you know, that they follow the directions in the

6  classroom; and that's what the para is.

7  Q    In Earl Wilson's case, he had the New York City school

8  system assign a paraprofessional to work with him to help him

9  get through school?

10 A    Right.  Right.

11 Q    Okay.  Is there anything, as far as you know, based on

12 your training and your experience as a school psychologist, is

13 there anything wrong with providing children with praise and

14 encouragement, motivation to get through these tests?

15 A    No, there isn't.  My concern --

16 Q    That's a fine answer.

17 A    Yeah.

18 Q    Here I am, I'm providing praise and encouragement.

19        So there is a -- there's been a suggestion in this

20 case -- well, I'll withdraw that.

21        You were interviewed by the defense attorneys in

22 this case.  Right?

23 A    I was.

24 Q    And you were interviewed by Mr. Burt.  Do you remember

25 that?

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner - Direct/McGovern

1    A    Yes.

2    Q    And also a Dr. Olley interviewed you?

3    A    Yes.

4    Q    Dr. Woods interviewed you?

5    A    Yes.

6    Q    And these -- and I believe there was another woman who

7    came along?

8    A    There was a woman, yes.

9    Q    So these four people showed up at your house in April of

10   this past year.  Do you remember that?

11   A    I remember it being April, yes.

12   Q    And they all came in and they sat in your living room.

13   Right?

14   A    Yes.

15   Q    And they asked you a lot of questions about, about this

16   test that you did in December of 1991.  Right?

17   A    Right.

18   Q    There's been a suggestion that you told that group of

19   people that in the context of administering an IQ test that

20   you routinely or as a matter of practice would tell testees,

21   or the people, the children taking the test, that that's a

22   good answer.  I like that one.

23        Is that something that you would -- that you told

24   these folks in April of nineteen --

25   A    I can't --

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner - Direct/McGovern

1    Q    -- 2012?

2    A    I don't remember.  I honestly don't remember saying that.

3    But I -- and I don't remember when I -- when I said to a

4    child -- when I said to a child:  That's fine.  You're doing

5    fine.

6              I'm trying to encourage him to keep responding.  The

7    answer could be totally wrong, but my -- my objective is just

8    to get a response.  So that quote, as you already told me

9    about it, it's -- I'm not telling them that that's a correct

10   answer or that this is a wrong answer.  There would be no

11   point in my doing that, no.

12   Q    Okay.  Well, you have no recollection of telling the

13   defense, those folks who came to visit you, you have no

14   recollection of actually tell them --

15   A    Say the quote again, what is it?

16   Q    Do you have any recollection of telling the folks who

17   came to visit you in April, that that's the type of statement

18   that you would make to a student during the administration of

19   an IQ test?

20   A    The statement being that that's a correct answer?

21   Q    Yeah.  The statement being, and I want to be clear about

22   it.  "That's a good answer.  I like that one."

23   A    I -- the way you're saying it, I cannot remember that I

24   would say that to a student.

25   Q    Okay.  And why wouldn't you say that to a student, as a

Drezner - Direct/McGovern

1  psychologist?

2  A    It -- there's -- there's -- to me it's just -- it's sort

3  of like -- I'm not trying -- I'm not trying to get him to get

4  the correct answer, I'm just trying to get him to respond.  I

5  just can't remember saying something like that.

6  Q    Okay.  And during the -- during this examination did you

7  go with the, or did you administrator the standard WISC-III

8  administration of the IQ test?

9  A    Yes.

10  Q    Did you administrator mazes as part of that test?

11  A    Yes, I did.

12  Q    Okay.  Was that a substitution for another test?

13  A    I substituted that for the object assembly.

14  Q    Okay.  Was that in your view an appropriate thing to do?

15  A    You can do it, yeah.

16  Q    Okay.  Do these two subtests, do they have -- is there

17  any parity between them?

18  A    One is -- one is -- is a lot easier to administrator.  In

19  that the mazes, you just give him the mazes and he complete --

20  and there is no time limit.  The other test is a test where I

21  have to -- there's a screen, I have to set things up, and it

22  takes a little bit longer, which would mean he would have to

23  be waiting a bit longer and so forth.

24       So I just figured sometimes with this particular

25  population it's just easier to administrator the mazes.  It

Drezner - Direct/McGovern

1  just makes things faster and everything.  So I just did the

2  mazes.

3  Q    When you talk about this particular population, you're

4  talking about a population of emotionally disturbed children?

5  A    Yeah.

6  Q    And do -- in your experience, do the children tend to

7  enjoy the mazes test more than the block assembly?

8  A    Yeah, they do.

9  Q    Okay.  Is there -- as far as you understand, is there

10 anything inappropriate about giving the children tests that

11 are more enjoyable for them to perform?

12 A    No.  I have -- there's nothing wrong with doing that.

13 Q    Okay.

14       Ms. Drezner, in your report you make some -- offer

15 some impression about Earl Wilson's actual potential as it

16 relates to what you saw in the IQ test, that being a full

17 scale score of 78.  Do you remember that?

18 A    Yes.

19 Q    And could you describe for us what your view of his

20 actual potential was in this report?

21 A    Well, I administered ten subtests, and of the ten he had

22 six of them -- yeah, six, that were either low average or

23 average.  In -- in other words, if you looked at them

24 individually, they would -- they would -- they would lead one

25 to believe that his ability is more than just the borderline

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner - Direct/McGovern

1    IQ that he received.  Similarities, arithmetic, vocabulary,

2    picture completion, block design, and mazes were all average

3    or low average scores, if you took them individually.  When

4    you add them all together, you know, because of the low scores

5    in comprehension and information, for example, would bring the

6    score down.  So that's why I said his potential was greater

7    than the borderline score he was -- that he was -- that he

8    eventually achieved.

9    Q    Okay.  And did you, in his instance, administrator

10   additional tests besides the WISC?

11   A    From what I can see, I must have given the block design,

12   which he apparently performed adequate.  And I gave -- I

13   gave -- and the bender, and draw a person, house tree person,

14   those are all like tests that have to do with emotional type

15   of things and so forth.

16   Q    And are you looking at the face sheet of your report?

17   A    Yes.

18   Q    To remind yourself of what tests you performed?

19   A    Yeah.

20   Q    And if there were results in those other tests that

21   suggested that his intellectual ability was other than

22   depressed or other than not -- more so than his IQ was

23   reporting, would you have mentioned that in your report?

24   A    Yeah, I believe I would have.  But those tests, you know,

25   the IQ test is the best measure of intellectual ability, so I

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner – Direct/McGovern

1    probably wouldn't have touched on it very lengthy.

2    Q    Okay.  You did not apply the Flynn effect to your

3    results.  Are you familiar with --

4    A    No.

5    Q    Do you know what the Flynn effect is?

6    A    Maybe if you told me I would know.

7    Q    You retired in 2003.  Is that right?

8    A    Yes.

9    Q    As far as you knew the -- none of your colleagues in the

10   school system applied the Flynn effect --

11   A    I don't remember hearing about the Flynn effect, no.

12   Q    Now, you have a summary portion at the last page of your

13   report that is a -- you agree that that's sort of a

14   restatement of some of the things that you said in the body of

15   the report?

16   A    Yes.

17   Q    And you say that Earl's borderline IQ of 78, in the

18   parentheses, three, closed parentheses, appears depressed as a

19   function of emotional and cultural factors.  Earl's true

20   cognitive ability appears to be average -- low average to

21   average.

22   A    Yeah, I did say that.

23   Q    Was that an unusual impression to have in your experience

24   working in the P9 program?

25   A    Not at all.  It was very typical.

Drezner - Direct/McGovern

1    Q    Why?

2    A    It was very typical of that particular population.  They,

3    they -- the emotional problems tended to interfere with their,

4    you know, with their learning; and so it was -- it was very

5    typical.  Many -- you know, I hate to say that -- because I

6    don't really remember the IQs, but I would say many of the

7    IQs, and I'm not 100 percent sure, but many of the IQs were

8    either borderline to high borderline to low average in that

9    particular program, because -- they were there because they

10   weren't learning -- they were not doing well in school, that's

11   the reason that they were there.  And the objective was to try

12   to help them do well in school so that they would, you know,

13   that's the purpose of school, so that they can then later on,

14   you know, work and so forth.

15   Q    So if I understand what you're saying, this 78 by

16   Earl Wilson in December of 1991 was not a standout score among

17   the children in his P9 program?

18   A    Not from what I can recall and certainly, certainly

19   the -- I believe that if -- if he had come in with a retarded

20   IQ, with an IQ in the mentally deficient range, the program at

21   that time, I think I said that it was very specific to

22   children with emotional problems.  They did have classes for

23   children with, you know, children who had mental retardation.

24   And at that time, in 1991, I think things have totally

25   changed, but at that time the P9 was just for emotionally

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner - Direct/McGovern

1   disturbed kids, and this was his primary diagnosis.

2   Q    So if he were to -- posted a number in the 60s, for

3   instance?

4   A    If he was what?

5   Q    If he had received or obtained a full scale IQ score in

6   the 60s --

7   A    Yeah, 65 and under.

8   Q    Yeah, what would you have done?

9   A    Well, you have to look at the individual scores.  Again,

10  because it could still -- just because you get an IQ in the

11  60s, it doesn't mean you're mentally retarded.  You have to

12  look at the individual scores.  You have to be just more

13  thorough as to -- as to what you're going to do.

14           For example, if we -- we were told by supervisors

15  that if we saw -- even if a child was to be tested in the 60s,

16  let's say, if we saw any subtests which might indicate there

17  was morbidity, you really have to be very careful with the

18  classification with mental retardation, and we probably would

19  not have classified him mentally retarded.  I -- this is what

20  we were told by our supervisors.  You just had to be very

21  careful with that type of --

22  Q    Okay.  But was this, Earl Wilson's 78, even in the realm

23  of what you're just talking about?

24  A    No, it's -- there was no -- I didn't even think -- no one

25  thought mental retardation.

Drezner - Direct/McGovern

1    Q    Okay.  There's been a suggestion here that what we're

2    seeing here at the end of your report is boilerplate language?

3    A    Boilerplate, meaning, that it's just general?

4    Q    Yeah, that that's what Carla Drezner slaps on the end of

5    every report.

6    A    Well, I just -- I made it a very short summary.  You can

7    make a very more detailed summary, I made it very short.  But

8    basically that was -- that was the understanding, that he has

9    emotional problems, cultural factors that impact on his

10   ability to do well in school, according to his cognitive

11   ability, which is right below average to average; therefore,

12   they're significant enough that they're interfering with his

13   ability to do well in school.  I suppose that's what I said.

14   Q    Would you have written this if you didn't believe it to

15   be true?

16   A    No, not at all.

17   Q    Okay.  And just so I -- I have a final understanding of

18   what you're saying.  Is that in the P9 program, to get into P9

19   you got to be viewed as having emotional problems, such that

20   your -- it's disrupting your ability to learn in school.

21   Correct?

22   A    Right.

23   Q    And so when you're making references to his IQ scores

24   being depressed, you are cognizant of the fact that he already

25   has been diagnosed as having emotional problems that interfere

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

1703

Drezner - Direct/McGovern

1    with his ability to actually learn.  Right?

2    A    Yes.

3    Q    Based on your review of the WISC-III and the other

4    attendant tests that you performed, back in December of 1991,

5    your view was that there actually was something more there

6    with Earl Wilson intellectually than that 78 was painting him

7    as a borderline case?

8    A    Right.

9              MR. McGOVERN:  I have no other questions.

10             THE COURT:  Cross-examination.

11   CROSS-EXAMINATION

12   BY MR. BURT:

13   Q    Good morning.

14   A    Good morning.

15   Q    You and I met before back in April of this year?

16   A    Right.

17   Q    And opposing counsel said we just showed up.  We actually

18   called you and made an appointment and you invited us to your

19   house to talk to you.  Isn't that true?

20   A    It most likely is, because I can't imagine I would let

21   four people into my house.

22   Q    Right.  Now, do you have the records in front of you that

23   was referenced by opposing counsel?

24   A    I have the tests, yeah.

25   Q    Okay.  And --

Drezner – Cross/Burt

1    A    The report.

2    Q    Could I approach and -- because the page I have is cutoff

3    and I want to make sure --

4         THE COURT:  Why don't you do that, to facilitate

5    matters.  Just let me know what you're doing so I can check.

6         MR. BURT:  Sure.

7    Q    Yeah, the pages that you've been using to refresh your

8    memory, there are -- as counsel said, I think they believe it

9    starts at 3926, which is in C --

10   A    I have 3249.

11   Q    Yeah, those are other numbers.  3927.  And the copy you

12   have there at the very bottom of your notes, a lot of the

13   pages are cutoff.  Right?

14   A    Yeah, they are.

15   Q    Okay.

16        THE COURT:  Yeah, they're cutoff on my copy too,

17   Counsel.

18        MR. McGOVERN:  And ours.  There's another copy.

19        MR. BURT:  There is, and that's what I want to

20   clarify.

21   Q    In C1, at page nine twenty -- 626, Ms. Drezner's records

22   apparently got in the Elmhurst set of records.

23        THE COURT:  You mean they're complete in the

24   Elmhurst records?

25        MR. BURT:  Right.  So if you don't mind,

Drezner – Cross/Burt

1    Ms. Drezner, I'd like to put those in front of you so you can

2    actually --

3              MR. McGOVERN:  Could you -- with all due respect,

4    could you put those in front of us?  He's offered 10,000 pages

5    of documents in this case.  It would have been kind, at the

6    very least, to give us a copy.  If there were better copies of

7    the documents that he knows we've been relying on.

8              MR. BURT:  They've got all these copies.

9              THE COURT:  Hold on, now.  What pages in C-1 now,

10   six what?  I see.  You know what I'm going to do?  Do you have

11   C, Mr. McGovern?

12             MR. McGOVERN:  I think I -- this is C-1, but what's

13   the number?

14             THE COURT:  C-1, GOV626.

15             MR. BURT:  Correct.

16   BY MR. BURT:

17   Q    Ms. Drezner, I'm going to put this in front of you so you

18   can read along with us there.  And take a look at those pages.

19   Those appear to be your complete notes.  Right?  The pages

20   aren't cutoff at the bottom?

21   A    Yeah.  Right.

22   Q    Okay.  Now, to complicate matters just a little further,

23   you also wrote a classroom observation report.  Correct?

24   A    Right.

25   Q    And that is in C-5, which I'll also give to you.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner – Cross/Burt

1    MR. BURT:  And it's at page, for the Court's

2    benefit, 3926.

3    THE COURT:  That's the -- that's the version that

4    Mr. McGovern has been pointing to.  Do you have C-1?  Do you

5    want my copy of C-1 to follow along?

6    MR. McGOVERN:  Thank you.  Unless the defense has an

7    extra copy.

8    MR. BURT:  I think we do.

9    MR. McGOVERN:  Or maybe you can put it on the Elmo.

10   MR. BURT:  Sure, I can do that.  Let's start with

11   3926, which counsel, I believe, you have this one?

12   MR. McGOVERN:  Yes.

13   MS. COHEN:  Yeah.

14   BY MR. BURT:

15   Q    Ms. Drezner, page 3926 are your classroom observation

16   notes.  Correct?

17   A    Okay.

18   Q    You reviewed that before you came here today?

19   A    I didn't right before.  But I did when you handed it to

20   me, I looked at it.  I didn't review it this morning.

21   Q    Okay.

22        And if you look at that other volume that's in front

23   of you, it looks like the classroom observations took place?

24   A    3/14.

25   Q    Several months before your actual testing.  Correct?

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner - Cross/Burt

1  A    I tested him in 12 -- you mean after, was after the

2  testing?

3  Q    Well, according to 3926, your classroom observation took

4  place March 14, '91?

5  A    Yeah, then I don't know what that's in reference to

6  because -- because generally we do the observations like

7  concurrently.  So I'm not sure why I was doing this

8  observation, unless they asked me for some reason to do an

9  observation.  But this is -- like I said, it's a few months

10  apart.

11  Q    Right.  3/14/91 is a few months apart.  Actually, more

12  than --

13  A    Right.  Then I don't know why I did this observation.

14  The observation that I would do, it was either myself or the

15  educational evaluator.  One of us would do an observation.

16  Maybe she did the observation that was in conjunction with the

17  tri-annual, and I did -- but why I was asked to do this

18  observation, I'm not sure.

19  Q    Okay.  But the usual procedure would be that you do the

20  classroom observation right before the testing?

21  A    Generally is right before.  We would try to do it,

22  depending on our schedule; that way I can also speak to the

23  teacher.  But, you know, we had a social worker, an evaluator,

24  and a psychologist.  So one of -- it was usually me or the

25  educational evaluator that did the observation in conjunction

Drezner – Cross/Burt

1    with the tri-annual.  So I'm not sure why I did this

2    observation.

3    Q     Okay.  And the purpose of the classroom observation as

4    the tester, would be to get a sense of how the child is doing

5    in the actual classroom?

6    A     In the actual classroom, yeah.

7    Q     And what would that tell you, in terms of the testing?

8    A     Well, it should corroborate with what I'm finding in the

9    testing.  If he's having difficulty with behavior, I would

10   probably see that, during an observation.  There will be

11   observations amounted to about 40 minutes, and it's usually --

12   and we were required to do one observation.  And so, you know,

13   you might not necessarily see a whole range of behaviors with

14   the one observation.

15           This observation, which does not seem to be

16   associated with the testing, and I'm not sure why I did it

17   then, basically shows that he -- I don't know if that's what

18   this observation shows.  I don't know what you want to know.

19   Q     This is your report, though?

20   A     This is mine, because I see my name on it, it is my

21   handwriting.  Oh, here it tells you the reason for the

22   observation.  It's a type III; in other words, requesting

23   summer school.  So -- so to have -- for him to go into the

24   summer program, they have to back it -- you know, whatever the

25   bureaucratic things was, they had to back it up with some

Drezner - Cross/Burt

1  information as to why he would be eligible for summer school.

2  I suppose that's what this is.

3           THE COURT:  So that's independent --

4  A    That's independent.  It has nothing to do -- apparently,

5  the person who did the observation for him in reference to the

6  tri-annual might have been Phyllis Aaronson.

7           THE COURT:  What's the last name?

8           THE WITNESS:  Aaronson.  She lives in Florida.

9           THE COURT:  Doesn't worry about where she is.

10          THE WITNESS:  Aaronson.  She was the person on the

11  team who was the educational evaluator.  She did the

12  educational testing.  So she would give tests that had more to

13  do with reading and math, that type of thing.

14  Q    So for whatever reason you were doing this classroom

15  observation, there is no question you did do it.  Right?

16  A    Yeah.

17  Q    You wrote down some descriptions of Mr. Wilson at that

18  time.  Correct?

19  A    Okay, yeah.

20  Q    He's nine years old, nine years seven months, at this

21  point?

22  A    Right.

23  Q    And you wrote:  "He was an attractive slender black

24  youngster wearing a sweatshirt.  When examiner entered, Earl

25  was sucking his thumb and playing with his --" I can't read

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner - Cross/Burt

1    that word?

2    A    With his mouth.  It seems throughout the period.  In

3    other words, he appeared to be in that -- in that -- with that

4    behavior, he demonstrated that throughout the whole, say, half

5    an hour, 40 minutes -- well, half an hour it says.

6    Q    Why is that significant to note?

7    A    Well, because it's indicative of a very immature type of

8    behavior and dependency.  So it's just not typical of a child

9    in the fourth grade to be -- to be, you know, sucking his

10   thumb.

11   Q    Sure.

12        And then you wrote.  "He appeared very dependent on

13   adults in the room."

14        Do you recall why you wrote that?

15   A    From what I could see here, from what I see here, he

16   apparently -- when he was working, he wanted the para to be

17   with him, to assist him.  And when -- and it's -- and the para

18   frequently came to assist him.  Once she left, he raised his

19   hand.  So he's trying to follow the directions.  And he said,

20   "I'm raising my hand for help," and he wanted to be there for

21   her to help -- to help him with his work.

22   Q    Now, you then note that "the classroom itself appeared

23   disorganized and that the disorganization of the class --

24   classroom, appears to reflect the disorder of the group and

25   the fact that they had not bonded as a group."

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner - Cross/Burt

1      So what were you referencing there?

2   A    Well, okay, there are teachers who are -- who are -- with

3   this particular of population, at least I found that teachers

4   who were more organized and had set routines, that this would

5   help the children.  And this particular teacher, I don't know

6   if she was one of the younger teachers who was being trained,

7   did not appear to have that particular structure, which I

8   would have been -- which I thought would have been, you know,

9   would have been best in aiding these particular children and

10  so forth.

11  Q    Now, you next --

12  A    And maybe that's why -- and maybe that's why he keeps

13  calling over the para.  Because he -- they also have a

14  sense -- I mean, we're trying to bring order into their lives

15  which probably in many instances these children didn't have.

16  So it's important for a classroom to be like that.  And in a

17  sense I was sort of commenting on a teacher, which I probably

18  should have been a little bit more careful, but I did.

19  Q    That's okay.  We're just trying to get what you observed.

20  A    Yeah.

21  Q    You next write that "the children in this group call out

22  frequently, they need constant assistance to complete

23  assignments because they're severely academically delayed.

24  Also because they do not apply themselves."

25           Is that generally the population of this group, that

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner – Cross/Burt

1  Mr. Wilson got placed in, that they were severely academically

2  delayed?

3  A     Yeah, I suppose they were academically delayed; that's

4  why they were there.  I suppose it's true.  They were delayed.

5  They had to be delayed.  They had to be at least -- in order

6  to be in this type of a program you had to have significant

7  delays in your academic functioning, otherwise, you couldn't

8  be there.  Because they did have classes for emotionally

9  disturbed children that were not citywide.  So the kids -- and

10 really it's probably more the behaviors, more so, than --

11 than -- than the academic delays.

12         But the behaviors were such that it was really more

13 difficult to contain them in a regular school, even in a

14 school -- even in a class that was for emotionally disturbed

15 kids.  So they would send them to a citywide program and,

16 yeah, that's what I would say.

17 Q     Okay.  Now, I wanted to get at the next part of this,

18 which is actually your observations of Mr. Wilson when he was

19 nine years seven months.  Correct?

20 A     Yes.

21 Q     You said, "Earl sat in the back and appeared minimally

22 involved with proceedings.  Teacher reprimanded him for --" I

23 can't read --

24 A     Busting pencils.

25 Q     Busting?

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

1713

Drezner - Cross/Burt

1  A    Busting.  She must have said -- someone must have used

2  the phrase busting; breaking them.

3  Q    Okay.  And then you wrote:  "Para asked why you broke

4  pencil, and Earl had no response."

5          In other words, she directs a question to him, he

6  either cannot or does not respond.  Right?

7  A    Right.

8  Q    Is that right?

9  A    Yes.

10 Q    That's what you --

11 A    I would assume that that's what I meant.

12 Q    And you wrote, "With the para's help, Earl worked on a

13 lesson he was assigned.  He sat quietly trying to do his work,

14 thumb in mouth.  Para frequently came to assist him.  Once she

15 left him, hand went up and he said, quote, I'm raising my hand

16 for help, end quote.

17         "Earl appeared truly needy and a need of

18 individualized attention."

19         So based on that, what you observed is as soon as

20 the para left him, he raised his hand:  I need help?

21 A    I need help.

22 Q    And based on that you thought he was truly a needy child,

23 in terms of his ability to function in the classroom without

24 support?

25 A    Without support, yeah.

Drezner – Cross/Burt

1    Q    Was impaired?  Was it not?

2    A    Yes.

3    Q    Based on what you --

4    A    Based on what I'm reading here, yes.  However, it might

5    go back to the fact that had the teacher had more structure,

6    okay, that these children might have felt more comfortable and

7    felt that they could, you know, that they could do things on

8    their own.  Because I'm sort of indicating that they're all

9    somewhat needy.  And so, you know, the -- because I wasn't

10   observing the other kids, but the other kids might have felt

11   the same thing, that they would like to have individual help.

12   That, I can't say for sure.

13   Q    Thanks for clarifying that.

14            Now, if we could, we're going to look at that other

15   volume there, that begins at page 626?

16   A    Shall I close this one thing?

17            MR. BURT:  If I could approach and get that one out

18   of the way?

19            THE COURT:  Yes.

20            MR. BURT:  Thank you.

21   Q    Okay.  Now, on page 626 has your, what's called your

22   summary sheet.  Correct?

23   A    That's the one that you're -- at the very end?  The

24   summary?  The borderline IQ of 78.  ; It starts like that?

25            MR. BURT:  Your Honor, if I could use this as

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner – Cross/Burt

1    counsel has requested.

2            THE COURT:  Well, we're going to have to turn it on

3    first.

4    A    I see it on the screen, I also have it here.

5    Q    Okay.  And let's talk about that first page, because this

6    lists your tests that you actually gave here.  Correct?

7    A    Yes.

8    Q    With the summary scores?

9    A    Mm-hmm.

10   Q    Now, when you give this test, there is a testing booklet

11   that you fill out based on the answers that are given to you.

12   Right?

13   A    Right.

14   Q    And those are not in the records we have.  Do you happen

15   to know what happened to the testing booklet?

16   A    I think I'm required to hold them for a certain number of

17   years, but then I -- I don't have to hold onto all my notes

18   and stuff.  I don't have to hold on to them forever.  So

19   they're probably gone.

20   Q    And just in terms of the recordkeeping, the IQ report

21   that you filled out here, that's a record that goes to the

22   school district.  Correct?  It's part of their records?

23   A    Yes.

24   Q    But the actual testing booklets and things such as that,

25   they stay in your possession?

1716

Drezner - Cross/Burt

1    A    They stay in my possession.

2    Q    Okay.  And at certain period of time, after so many years

3    go by you just don't keep them?

4    A    I just don't keep them.

5    Q    You throw them away?

6    A    Yes.

7    Q    And that's what happened here?

8    A    Yes.

9    Q    Okay.  Now, was there any procedure -- you said on direct

10   examination you're not good at math.  A lot of us are not good

11   at math.  Is there any procedure, when you were giving these

12   tests, for somebody, a supervisor or somebody to check to make

13   sure you've got the correct scoring and math and everything

14   adds up the way it should be?

15   A    No.

16   Q    No.  I assume you have made errors and you yourself had

17   discovered them in the course of giving a lot of tests.

18   Correct?

19   A    I don't remember making errors, in terms of the

20   computation of the IQ and so forth.

21   Q    Yeah.  In other words, have you ever gone back -- let me

22   ask you that.  Do you go back, when you get these tests and

23   check them?  Or do you just kind of give them, report it, and

24   file them away, and move on to the next?

25   A    That's basically it, yes.

Drezner – Cross/Burt

1   Q    And you said you had some training to administrator these

2   tests.  Was that during your undergraduate training or --

3   A    That was undergraduate.

4   Q    And what was the training in?  Do they give you training

5   in all the IQ tests or this specific test?  What was it that

6   you --

7   A    Well, we -- we got trained in giving IQ tests.  It was

8   basically the Wecshler and the Stanford-Binet; and those were

9   the two that I primarily used.  And at this time I was just

10  using the Wecshler.  Later on, when I was doing perception, I

11  was using the Stanford-Binet.

12  Q    Is the training of theory of the test the -- give me some

13  sense of --

14  A    Administration, how to administrator the test,

15  interpreting the test.  You know, I don't -- I don't remember,

16  but it must have been something there about theory, but I

17  don't remember.

18  Q    Do you take -- is it one course or is it a whole program?

19  A    Okay, this was back in -- it was a two-year program.  It

20  probably -- it could have been -- like, one course might have

21  been, like, two semesters.  It could have been that, but I'm

22  not 100 percent sure.

23  Q    And you get some sort of a certificate?

24  A    I got a professional diploma in school psychology.

25  Q    Right.  And once you get that diploma in this state,

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner – Cross/Burt

1   you're then qualified as a school psychologist?

2   A    Right.

3   Q    It's not an advanced degree, it's just --

4   A    It's just a professional diploma.

5   Q    Okay.  So based on your training, though, you know that

6   there are certain subtests that you have to give in order to

7   get a complete battery.  Right?

8   A    I mean, you can get three and come up with, you know,

9   they have like a way where you don't get a full IQ or

10  something.  But I would always give at least five.

11  Q    Okay.  Well, this is the score between verbal and

12  performance.  Right?

13  A    Right.

14  Q    And on the left are the verbal scores?

15  A    Right.

16  Q    And you gave one, two, three -- you gave five, and then

17  Digit Span; is that part of the standard matter for the

18  verbal?

19  A    It's not part -- again, see like mazes would be like an

20  extra test you could choose to give or not give.  I chose not

21  to give Digit Span.  It's not part of the standard -- it's not

22  the five that you should be administering, no.

23  Q    So Digit Span is not part of the scan of battery for the

24  vocabulary side?

25  A    For the language part.  Yeah, for the verbal part.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner - Cross/Burt

1   Q     And then the performance part, you didn't give object

2   assembly.  Right?

3   A     Right.  I substituted the mazes.

4   Q     And is object assembly part of the standard battery for

5   the performance part of it?

6   A     It's the standard but, again, you can substitute the

7   mazes, so I did.

8   Q     And what was -- what were the rules, at least according

9   to when you could substitute one test for another?  Say, mazes

10  for object or something?

11  A     Oh, I don't remember if there are any rules.  I told you

12  why I did it.  But I don't recall specifically if there are

13  any rules.  I did it because I thought it was an easier test

14  to administrator and that it would be more -- and also it made

15  it easier.  If I'm trying -- if I'm -- if I have difficulty,

16  because it might be behavioral problems, it's easier for me to

17  administrator the mazes than object assembly, because you have

18  to set this up and it takes a while to set it up.  So it was

19  just easier.

20  Q     Sure.

21  A     But you can get an IQ score with just four subtests and,

22  you know, it's usually pretty reliable.  But I generally did

23  the five.

24  Q     You generally did five?

25  A     Mm-hmm.

Drezner – Cross/Burt

1    Q    And are you using the manual, the WISC --

2    A    The WISC-III manual.

3    Q    You got that there.  You brought --

4    A    Yeah, that's what I used.

5    Q    They talk in the manual about standard procedure.  Right?

6    Let me refresh your memory on that.

7            They say in the manual, this is in Exhibit L, this

8    is the WISC-III manual.  It says:  "The purpose of the

9    WISC-III is to assess a child's performance under a thick set

10   of conditions in order to obtain results that are

11   interpretable.  According to national norms, you should adhere

12   carefully to the administration and scoring directions given

13   in chapter four, because these procedures were used to

14   standardize the scale.  Changes in the phrasing or

15   presentation of a test site, modifications of time limits, or

16   other deviations from standard subtest direction could reduce

17   the validity of test results."

18   A    Absolutely.  And I never deviated from what you just

19   read.

20   Q    Okay.  And some of these tests, as it just indicated,

21   they are timed.  Correct?

22   A    Yes.

23   Q    The child only -- and how do you keep timing when you did

24   these tests?

25   A    With a stopwatch or sometimes I had a watch that had the

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner – Cross/Burt

1    second hand.  But generally I had a stop watch that made --

2    that didn't make any noise.

3    Q    Okay.  And do you record in your notes somewhere, when

4    the test, the time test start and when they stop?

5    A    Yeah.  I don't record it on this, but -- I don't know if

6    I record it.  I just know, for example, I just know that he's

7    taking -- I will tell him time is up if the -- if he goes over

8    the time limit or something.  I will say, Okay, this is -- you

9    did very well.  That's it.  We're stopping this now, and

10   that's it.

11   Q    In terms of recordkeeping, you don't put down on your

12   form, let's say, when a test starts and when it stops?

13   A    I don't recall doing that.  That would be in my notes,

14   not here.  I don't recall doing that.

15   Q    The notes would have been something that would have

16   done -- the test booklet would have been discarded?

17   A    Yes.

18   Q    You're saying you don't remember whether you did it in

19   this case?

20   A    I remember writing it down but I don't remember keeping

21   score.  I absolutely was very rigid about keeping score.

22   Q    Okay.  Now, in your conclusion in that section there --

23   A    Keeping time.

24   Q    Opposing counsel referred to, at the very end of the

25   report, and I think it's on page 630 there in front of you.

Drezner - Cross/Burt

1    A    Okay, the boiler, yeah.

2    Q    That's your summary.  Right?

3    A    Yes.

4    Q    You said, "Earl's borderline IQ of 78, WISC-III, appears

5    depressed as a function of emotional cultural factors"?

6    A    Mm-hmm.

7    Q    Is this the first time you wrote that particular phrasing

8    in a report for this particular group of kids or is that a

9    common thing you would write?

10   A    You know, I can't say for sure but -- but in general

11   that's -- that was the situation, that it was the -- it was

12   the emotional factors and the cultural factors that prevented

13   these children from learning to their ability, to their best

14   ability.  So I'm not -- I can't swear to it, but it's a

15   possibility that I did write that in many of the other tests.

16   Q    All right.

17   A    It's a possibility.

18   Q    And just in general as a school psychologist, was your

19   particular stance in these, writing these reports to say

20   something positive about the child's potential?

21   A    Well, we -- we did try to look for the positive, for

22   sure.  Because you want to encourage them to, you know, as a

23   teacher.  Also, that was always what I did, you know?  I was

24   never the one -- I was always the one who said, you know, you

25   could do more; you could do better; keep trying.  So I was

1723

Drezner - Cross/Burt

1    always encouraging them in that way.

2            I'm assuming that I did look for the positive.  But

3    it's also a lot of negative in here too.  So it's always good

4    to see the positive.  I'm saying an awful lot of negative

5    things too.

6    Q    And the negative had to do with his deficits.  Correct?

7    A    With his deficits, in terms of emotional deficits.

8    Q    Now --

9    A    And social deficits, yeah.

10   Q    Things like -- you wrote in this report that he had -- at

11   one point I think you wrote:  "His social understanding was at

12   the six-and-a-half-year level."

13           Do you see that, page 628?

14   A    That's the -- that's probably the comprehension subtest.

15   And what that test does -- that's probably, I think, his

16   lowest score; which was sort of like -- correlate to the --

17   that this testes social understanding, and that's where he had

18   his most difficult, was in that particular area.  That's what

19   he was here for, because of his emotional and social problems.

20   So it's no surprise that that's the score that he would --

21   that he would do -- that he wouldn't do as well in.

22   Q    And then you wrote on that same page, 628:  "In

23   conjunction with the cognitive deficits, this score also

24   reflects impaired judgment."

25           So the score indicated he had a lack of social

Drezner - Cross/Burt

1  understanding and impaired judgment?

2  A    And he's impulsive.  I didn't put that down, but it's

3  impulsive, yeah.

4  Q    And you wrote:  "In general, Earl tended to respond to

5  situations in the extreme, demonstrating a tendency towards

6  impulsively"?

7  A    Okay.  If I did, yeah.

8  Q    Right.

9  A    Mm-hmm.

10 Q    Now, you then quoted one of the questions from the

11 testing instrument.  Right?

12 A    Yes, I did.

13 Q    And you said that the answer to that question indicated

14 his impulsivity?

15 A    Right.

16 Q    Are you supposed to use answers to individual questions

17 on these tests, to infer a trait like impulsivity?

18 A    I -- I've -- I mean, I read the reports that did it also.

19 Yeah.  It actually describes him pretty well.  This is a

20 direct quote from him.

21 Q    Okay.  So you're using a direct quote on a single item on

22 the test to infer that he's impulsive here.  Correct?

23 A    Right.  And poor judgment.

24 Q    You said -- and then you use another answer to this

25 question to infer that he had a capacity for reflection?

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner - Cross/Burt

1    A    Again, I'm trying to show that apparently he can learn

2    and that, you know, that if that -- that if, that -- yeah,

3    that there's an ability to learn there, that's what I'm

4    trying -- I think that's what I'm trying to say.

5    Q    But based on an answer to a single question.  Right?

6    A    Yeah, on this answer, that's what it seems like here.

7    But the whole IQ shows that he has the ability to learn -- to

8    learn better than he was doing in school, so. . .

9    Q    What you wrote was:  However, the capacity for reflection

10   is also present.  This was seen in Earl's response to, quote,

11   what should you do if you find someone's wallet or purse in

12   the store, end quote.  Initially he said, 'See if you got

13   money.'  And then he added, 'No, no.  Go run and catch up with

14   him and give it back, and it might give -- give you some

15   money,' end quote.

16   A    He's still thinking in terms of what he can gain from it

17   and so forth.  But at least, you know, there's a little bit of

18   difference from that first response, and I wanted to show that

19   this has the ability to learn and to change.

20   Q    So as you're giving the test, you're giving scores for

21   those answers.  Right?

22   A    Oh, yeah.

23   Q    What score did he get for that one?

24   A    The first one he would have -- he would not have -- and

25   this one probably -- let me just think.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner - Cross/Burt

1     I think we have one to three, I believe.  There's a

2 one to three.  I'm not -- in other words, I'm trying to

3 recollect how we did it.  If he got three points, that would

4 be the best.  If you got two, that's middle answer.  One or --

5 I'm not sure how I would have scored that.  Because, you know,

6 I would refer back to the manual if I wasn't sure, because

7 they give you samples initially -- well, I might give him, I

8 might give him -- I mean, I might give him one point for that.

9 Q     A lot of judgment in how you score these things.  Right?

10 A     That's the test that -- absolutely.  In fact, if someone

11 was going to -- we were told if someone was really going to

12 try to, you know, manipulate, there's an awful lot of things

13 you can do with this test because there's many questions you

14 can ask.  You can have them clarify, you know, I did not do

15 that.  I mean, I really did stick to the standards and to what

16 the protocol was.

17 Q     Sure.  You said you were told that there are things that

18 could get done.  You sort of started to say something there.

19 I want to make sure you finish.

20 A     Well, for example, if a psychologist might be trying to

21 raise a score, okay?  And this was told, and I shouldn't --

22 this was told to me by a person who -- a teacher, I suppose,

23 was sort of saying if they continue -- they probably get like

24 someone to get a better score like in comprehension because

25 you have -- you have more leeway to question.  And whereas in

Drezner - Cross/Burt

1   the other test you really, really are strict and you can't

2   repeat this, you know.  This one you have a little bit more

3   leeway.  I can understand exactly how you say that.  I did not

4   do that.  I did not do that.

5          So he was just telling me that in reference to --

6   this actually happened to be in testing children who were

7   looking for gifted programs and -- and this particular

8   psychologist was telling me how sometimes that IQ might be,

9   you know, but it was still perfectly -- I mean, you know, it's

10  a gray area but I did not do that.

11  Q    Sure.  When you say "it's a gray area," you mean that

12  different examiners can look at the same answer and give

13  different scores, and the different scores can elevate?

14  A    Probably more so in this particular test.

15  Q    Sure.  Fair enough.

16         Now, you also write here:  "Knowledge of general

17  information is deficient.  What was that statement based on"?

18  A    Deficient, meaning that -- I think I thought, see the

19  things -- actually, it's a borderline score.  I believe five

20  would translate to a borderline score.  It's not -- but, in

21  other words, I suppose that's his relationship with the

22  environment, his understanding of -- of the environment was,

23  again, was -- that score also was one of the lowest scores.

24  Again, it correlates to the fact that he has emotional

25  problems.  And also the memory, if there is memory involved

Drezner - Cross/Burt

1  there.  So his memory might been a little compromised because

2  of his problems and so forth.

3  Q    Now, you didn't have any specific information that you

4  noted, that he had been taking Ritalin or anything else when

5  you gave him the test.  Correct?

6  A    This is what I can't remember.  I generally -- I

7  generally look at the social history beforehand.  And later on

8  I began, especially when I was testing with autistic kids, I

9  began including sections of the social history in my report.

10 A tri-annual is not an initial.  It's not as thorough as an

11 initial.  So maybe that's why I didn't include it.  But I

12 probably did have conversations -- I'm not sure if it was

13 before or after.

14         I probably had conversations with the teacher at

15 some point, and I knew that she said he was on medication,

16 many of them were.  So I -- and I might have -- I might have

17 inferred.  I don't know if I spoke to the teacher or if I

18 inferred that because of his behavior, the way he was, you

19 know, that there was -- the animation wasn't so great.

20 Generally kids are more animated, I just assumed he was on

21 medication.

22 Q    Okay, you assumed that.  Let me ask you this --

23 A    It could have been that I spoke to the teacher

24 beforehand.  I really don't know.

25 Q    Anything is possible.  Right?

Drezner - Cross/Burt

1    A    Yeah, I don't know.

2    Q    Was your general procedure if a kid in your estimation

3    was so zonked out on Ritalin or something else, that it was

4    affecting his test performance, would you go ahead and perform

5    an IQ anyway?

6    A    If he was so zonked out?  They're never that zonked out

7    because they're also in school.  If the school has determined

8    and the physician has determined he can be in school with that

9    type of medication, then I can do the IQ test.  In other

10   words, he would be zonked out in the classroom too.

11   Q    Right.

12   A    So he wasn't that zonked out.  I used the word listless

13   because at that age level I expected a little more animation.

14   Q    Now, you just referenced the term "borderline."  And

15   earlier in your testimony you talked about mental retardation.

16   Back in '91 when you were giving these tests, what was the

17   range for mental retardation?

18   A    Sixty-five and under, and we absolutely, absolutely it

19   had to be that.  And even, again, you really had to start

20   looking to see their subtests, significant subtests that maybe

21   the child did well.  That was a very difficult -- I mean, it's

22   a very difficult -- parents have a hard time with the mental

23   retardation thing.

24        And also we want to make sure that it's correct,

25   because you really -- you really -- so like, for example, most

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner - Cross/Burt

1  parents prefer emotionally disturbed, even if the kid was

2  mental retarded.  What they started doing later on with the

3  autistic children, some of them might have been more mentally

4  retarded.  But since there was some social problem they

5  labeled it as autism.  I never did that.

6  Q    What I'm interested in, you made a comment that the

7  supervisors or someone sort of came down that you had -- even

8  when you a 65, if there was a subtest that showed greater than

9  65, you're not supposed to classify the person as mentally

10  retarded, even if the scale was 65?

11  A    If I saw many other things, I had teachers reports and so

12  forth, you know, you could have made a case for it.  But

13  generally it would -- I would be alerted to the fact that

14  maybe I better look a lot more carefully.  I -- like I said,

15  at that time, when I was testing in -- when I was testing at

16  P9 and 209, I did not have -- I didn't -- I didn't have

17  many -- I didn't see children with mental retardation, except

18  for one child, which I think I mentioned, was actually at

19  the -- at P209.  And his IQ was 65.  There was no doubt that

20  he was mental retarded, but -- I think I said this to the

21  lawyers or both lawyers, but because the child -- again, this

22  goes to show about the family was very much involved with the

23  school.  The teacher somehow felt, okay, he's doing -- so they

24  maintained him there.

25           Once he got to junior high school, this child

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner - Cross/Burt

1    then -- there was no way he was able to stay.

2    Q    Is it fair to say there was a general reluctance to label

3    kids as mentally retarded, even when they were 65 or below?

4    A    They -- well, we had to be very careful.

5    Q    Okay.

6    A    But there still is that reluctance.  I mean, because I

7    was working for a session, like I told you, when I retired.

8    And, you know, there was -- there was a reluctancy, not so

9    much, I suppose, by -- by -- it was the parents also, you

10   know, that we had to deal with and so forth.  And, yeah, we --

11   we were very careful about that.

12   Q    So you said the mental retardation was 65 or below; what

13   was borderline?

14   A    Borderline was, I suppose, everything above 65 up to 79.

15   Q    So 79 was borderline?

16   A    Well, sixty-six, 78.

17   Q    Sixty-six to 78 was borderline?

18   A    Right.

19   Q    Okay.  And is it true that this group of -- that was in

20   this program, this SIE-VII program.

21   A    Yeah.

22   Q    They would have been people with IQs from 79 down to 66?

23   A    No, no.  Actually -- well, the IQs could have been low

24   average.  I don't think I ever saw a kid with an average IQ

25   there.  But, again, this -- this is just off the top of my

Drezner - Cross/Burt

1  head.  It could have been.

2          But generally if a -- if a kid is showing an average

3  IQ, it probably also means that he's doing average work in

4  school.  And then, you know, we -- in other words, the reason

5  they were -- they were failing in school, I mean significantly

6  failing if they're in this particular program and that's why

7  they're put into a special program.

8          So a child who had an average IQ, okay, then had to

9  have like -- but I suppose they could have behaviors which

10  were so -- so -- you know, so disruptive, that they might

11  still be able tackle the problem; that's a possibility.

12  Q    So average -- I think you refer to average and low

13  average.  What was the range of score for low average?

14  A    Low average would be 80 to -- I think that's changing.

15  But it's 80 to let's say 89.  Eighty to 89, I believe would be

16  the average.  I mean -- actually, a psychologist gave me -- I

17  won't look at it.  She -- let me just see what see said.

18          THE COURT:  Why don't we --

19          THE WITNESS:  It's about 88.

20          THE COURT:  Let's not refer to some extraneous

21  document.

22          THE WITNESS:  Yeah, it's --

23          THE COURT:  Let's just refer to the witness's

24  recollection, please.

25          THE WITNESS:  Yeah.  And 90 to 109 would be average.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Drezner - Cross/Burt

1    Q    So you're saying that someone with low average could be

2    in this group of students, if they were academically impaired.

3    Correct?

4    A    And behavioral problems.

5    Q    And the impairment would have to be across the board?  In

6    other words, you wouldn't put someone in this program if they

7    had -- let's say they were falling behind in math or a

8    particular subject?

9    A    No.  They would either go to -- they would either go to a

10   resource room, because it was one particular subject.  But

11   they -- they -- they also had learning disabled classes in

12   regular schools.

13          In other words, this was a citywide program but they

14   did have classes for emotionally disturbed and classes for, at

15   this time, I don't know if it's totally changed now, but at

16   this time they had classes for emotionally disturbed and

17   classes for learning disabled children in a regular school,

18   not a citywide program.  So it was just a district program.

19   Q    You say in your notes at page 629, "Earl's ability to

20   differentiate from essential to nonessential was

21   seven-and-a-half-year level."

22   A    I think that was low average.  Is that picture

23   completion?

24   Q    Mm-hmm.

25   A    Yeah, low average.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

1734

Drezner – Cross/Burt

1  Q     Now, when you write that his IQ of 78 appears to be

2  depressed as a function of emotional and cultural factors.

3  What do you mean by cultural factors?

4  A    Cultural factors I suppose I'm really talking about, you

5  know, his family life and maybe how much they value education.

6           I mean, you find, for example, the Asian population

7  at the time, okay?  They had -- they tended to be high

8  achievers.  At this time -- at this particular time, okay,

9  this wasn't valued, I believe, in this particular population.

10  So that's the cultural factor.

11          Education probably wasn't seen as some -- as a way

12  of trying to better your life, you know, that type of thing.

13  Q    And did you, after you write this, follow his progress in

14  the school to see if your prediction here is true?

15  A    That was our last contact; that's all we did.

16           MR. BURT:  That's all I have.  Thanks a lot.

17           THE WITNESS:  Okay.

18           THE COURT:  Mr. McGovern, anything else?

19                   REDIRECT EXAMINATION

20  BY MR. McGOVERN:

21  Q    During your evaluation of Mr. Wilson, Ms. Drezner, did

22  you observe evidence that he was suffering from emotional

23  disturbance?

24  A    Again, I saw him for that two-hour period and I saw him,

25  apparently, for that other observation and -- and of course

Drezner - Redirect/McGovern

1  that's why the school reports are so important and the teacher

2  reports are so important.  But, yes.  I mean, certainly some

3  of his responses would, you know, would tend me to believe

4  that he has emotional; that there were emotional problems

5  here.

6  Q    Okay.  And some of those things are highlighted in your

7  report.  I won't belabor the testimony with it, but there are

8  mentions, there is like a Bloody Mary story here on page one

9  of your report.

10 A    Yeah.  It triggered -- apparently I just asked him what

11 he was afraid of.  And generally when you ask somebody that

12 kind of a question, they would just probably say, you know,

13 afraid of the dark or something like that.  But he went on

14 to -- to this story about -- something about -- you know, it

15 was beyond -- you know, like if you give a Rorschach, you sort

16 of expect there to be boundaries in what some people will tell

17 you.

18       And when they can't control themselves or something,

19 there is more emotional stuff going on in this case.  It

20 seemed -- yeah, that there is an emotional issue going on.

21 Q    Okay.  And then I think in the third page of your report,

22 which you would have as 3252, you asked him:  "What should you

23 do if a boy much smaller than yourself start to fight with

24 you."

25       Earl said:  "Pick him up and throw him in the

Drezner - Redirect/McGovern

1    garbage?"

2    A    Right.

3    Q    Would that be indicative of the sort of emotional issues

4    we're talking about?

5    A    Yeah.  The poor judgment, the impulsive -- you know, he

6    was impulsive.  You know, somebody might -- might stop and

7    think:  Okay, let me think about this.  He didn't have -- he

8    did not -- he was not able to do that at the was time.

9    Q    Okay.  And did you determine that based on your review

10   here, albeit limited, that Earl Wilson was in the appropriate

11   program at the school?

12   A    Yes, there was no doubt that that was the appropriate

13   program.

14   Q    And references that you made to the unwillingness or the

15   lack of popularity of diagnosing children with mental

16   retardation, did they have any relevance to this analysis of

17   Mr. Wilson?

18   A    It never -- it never even occurred that there was any

19   mental retardation.  And like I said, the school at the time

20   there were no children with mental retardation at that school.

21   They were -- they had special programs with children, they

22   did.  And that's with a child with an IQ of 65 and under,

23   which is a true 65 and under IQ.

24   Q    And during your testimony with Mr. Burt, you made some

25   statements about your own personal sense of, I guess,

Drezner – Redirect/McGovern

1    responsibility to the protocols.  And you -- it said that you

2    heard things about other -- other school psychologists who had

3    manipulated, let's say, comprehension scores, things like

4    that?

5    A    That's easy to do in that particular subtest.

6    Q    So as to get into gifted programs and that sort of stuff?

7    A    Right.

8    Q    Would you describe your approach?

9    A    My approach would not be to do that.  There's no way I

10   stuck to -- stuck to the -- there's -- there's no advantage,

11   you know what I'm saying?  You do what you're supposed to do.

12   You stick to the protocol and that's what you do, and that's

13   what I did.

14         And I -- and I also will tell you that if for some

15   reason I wavered, okay?  Let's say that I wanted to -- that I

16   somehow felt that there was something that wasn't clear or

17   that the child had more ability, and this is what you would

18   probably do when you're testing somebody who is mentally

19   retarded.  You would abandon the protocols, okay?

20         But you would note it in your report.  You would say

21   that you tested limits.  So that even though this is what the

22   score is, okay.  Upon testing the limits, this is what you

23   get.  So there's probably something more.

24         But I did not -- every test, if I ever changed the

25   protocol, I would say that I -- that I did something to tests

Drezner - Redirect/McGovern

1    limits.  But I never -- but that was rarely that I did that,

2    and I didn't put it down in this report.

3              MR. McGOVERN:  All right, thank you, ma'am.

4              MR. BURT:  Nothing further, your Honor.  Thank you.

5              THE COURT:  All right.  Very well, the witness is

6    excused.  You may stand down.  Have a nice day.

7              THE WITNESS:  Thank you, you too.

8              THE COURT:  All right, the government may call its

9    next witness.

10             MR. McGOVERN:  We call Dr. Raymond Patterson.

11                  (Witness takes the stand.)

12                 **DR. RAYMOND PATTERSON,**

13   called as a witness, having been duly sworn, was examined and

14   testified as follows:

15             THE CLERK:  Please have a seat.

16             THE WITNESS:  Thank you very much.

17             THE CLERK:  Please state and spell your full name

18   for the record.

19             THE WITNESS:  My name is Raymond F. Patterson.

20   R-a-y-m-o-n-d, F, P-a-t-t-e-r-s-o-n.

21             THE COURT:  All right, you may inquire.

22             MR. McGOVERN:  Thank you, your Honor.  I'm actually

23   cleaning up here a little bit.

24             THE COURT:  Okay.

25             THE WITNESS:  Thank you sir.

Drezner – Redirect/McGovern

1        MR. McGOVERN:  Thank you.

2   DIRECT EXAMINATION

3   BY MR. McGOVERN:

4   Q    Dr. Patterson I prepared -- I prepared a binder for you,

5   it's got your report and your note there.  We're going to mark

6   it as Government's 102.  We previously provided a copy to

7   defense.

8        THE COURT:  All right.

9   Q    Dr. Patterson, are you employed?

10  A    Yes, I am.

11  Q    Can you tell us what your -- what your career is?

12  A    I am a psychiatrist.  I'm a general and forensic

13  psychiatrist.

14  Q    And could you give us a brief statement of your education

15  and your professional work history?

16  A    I'll do my best to be brief.

17       I attended Northwestern University in Evanston,

18  Illinois, from 1970, to 1973; I then attended the Howard

19  University College of medicine from 1973 to 1977, receiving a

20  degree of doctor of medicine.

21       I then began my internship and residency.  For the

22  first year my internship was a medical internship with a

23  variety of specialties, including psychiatry, pathology,

24  emergency medicine.  I believe internal medicine and possibly

25  OB/GYN; that was in 1977 to 1978.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Patterson - Direct/McGovern

1    My first year of psychiatric residency was at the

2  Howard University Hospital in psychiatry.  I then transferred

3  residencies to the National Institutes of Mental Health at

4  St. Elizabeth Hospital, which was then the only freestanding

5  federal psychiatric hospital in the country, from 1979 to

6  1981.  That completed my medical school and residency

7  training.

8  Q    Okay.  And have you had any professional appointments

9  since your taking over St. Elizabeth's Hospital?

10 A    Well, after my residency started as a staff psychiatrist

11 in the maximum security hospital -- maximum security component

12 of St. Elizabeth's Hospital, which was called the division of

13 forensic programs.  Staff psychiatrist from 1981 to 1983, I

14 then became medical director of that same program from 1983 to

15 1987.  During that time I was also appointed as an associate

16 superintendent for general clinical programs for approximately

17 a year, to a year and a half.

18        In 1987 the District of Columbia took over ownership

19 of St.  Elizabeth's Hospital from the federal government.  And

20 I became the first director of forensic services, the title I

21 believe was administrator of forensic services.  At that time

22 and I maintained that position from 1987 to 1992, when I

23 became the commissioner of mental health for the District of

24 Columbia.

25 Q    All right.  So St. Elizabeth's Hospital, is that -- is

Patterson – Direct/McGovern

1  that like the mental health hospital for the Washington D.C.,

2  Metropolitan area?

3  A    Well, it has a -- had admission as the federal facility

4  that included the local hospital for the District of Columbia,

5  what would be in most other jurisdiction state hospital.  It

6  also had acute care service, not just a chronic care service

7  serving the District of Columbia.  But because we are a

8  federal facility, we also serve the U.S. District Court as

9  well as the Superior Court of the District of Columbia for

10 forensic matters.  And given that the District of Columbia has

11 its component of political and other purposes, we also

12 receiving for White House cases, what were called White House

13 cases.  Which meant anyone who came from anyplace in the

14 country or from other countries to give their information to

15 the president or any other federal representatives of the

16 government, and there was a question of their mental health or

17 mental capacity they would come to St. Elizabeth's Hospital

18 for evaluation.

19 Q    And after serving as the commissioner for mental health

20 for the District of Columbia, did you continue on in this

21 area?

22 A    Yes.  Also during that time from 1985, beginning in 1985

23 through 1986, I was a consultant for the Joint Commission on

24 the Accreditation of Hospitals which is now the Joint

25 Commission of Accreditation of Healthcare Organizations.

Patterson – Direct/McGovern

1    That's a national accrediting body that goes to

2  hospitals, general hospitals with psychiatric units, state

3  hospitals.  And during my tenure there also prisons, to

4  inspect their mental health programs to see if their medical

5  accreditation stands.

6    But in 1992 I left the District of Columbia, became

7  the superintendent of a maximum security hospital in Maryland,

8  Clifton T. Perkin's Hospital Center, as well as director of

9  forensic services for the state of Maryland, which included

10 oversight of the state hospitals and their forensic units

11 specifically, as well as the -- what were called then

12 residential schools for mentally retarded individuals who were

13 committed to the state.

14 Q    Okay.  And after your work in Maryland, where did you go

15 from there?

16 A    I returned to the federal system at the Center for Mental

17 Health Services, which is a part of the Substance Abuse Mental

18 Health Services Administration, which is part of the

19 Department of Health and Human Services federal position as

20 the director of demonstration programs.

21    In that position I also was responsible for

22 oversight of children in adolescent programs, mental health

23 programs, geriatric mental health programs, and homeless

24 mental health programs, to allocate funding for research in

25 other programs to the states.

Patterson – Direct/McGovern

1    After that I returned to the state of Maryland as

2    the senior consulting psychiatrist at Metuchen (ph.)

3    Institution.  Metuchen Institution is a specialized

4    institution prison within the Department of Public Safety and

5    Corrections in Maryland.  It is the only prison in Maryland

6    that has, as its population men, women, and juveniles.  And it

7    is the location of residential mental health programs.

8    I also became the chief psychiatrist for the

9    department at the request of the secretary of public safety.

10   Q    Okay.  And since that time or does that bring us up to

11   2000?

12   A    Almost.  During the time that I was at the Chief

13   Psychiatry Department of Corrections for the Department of

14   Public Safety for Maryland, the D.C. jail went under federal

15   receivership and the federal receiver asked me to come and be

16   the director of the mental health program.

17   I then got permission from the secretary of public

18   safety to split my time as 20 hours a week in Maryland and 20

19   hours a week in D.C., detention center in the D.C. jail.

20   When I went there, it was in such disarray that I

21   told the receiver I could not possibly be the director,

22   because I was only there two days a week, Tuesdays and

23   Fridays, and I was essentially catching up every day that I

24   was there with what happened between the days that I was

25   there.

Patterson - Direct/McGovern

1      So I accepted being the chief psychiatrist at the

2   D.C. jail, which did not have the administrative duties of the

3   administrator or director but did have direct care

4   responsibilities for inmates at the D.C. jail.

5          Then I returned in 1998 to St. Elizabeth's Hospital

6   which was itself then under federal receivership, as director

7   of forensic services and remained there in 2001.  I think that

8   brings us up to date.

9          Concurrently from 1981 to the present, I had a

10  private practice in general forensic psychiatry.

11  Q    Okay.  Then is it fair to say you've had a fair amount of

12  experience in the evaluation of people within the criminal

13  justice system?

14  A    Yes.  In the past, particularly 15 years or so it has

15  intensified greatly.  I'm appointed by the federal court of

16  the Ninth Circuit in California as a special expert and

17  special master to evaluate the constitutionality of mental

18  health programs in the California Department of Corrections.

19  That was -- began in 1996, I am still there.

20         I also was appointed by state court of New Jersey to

21  be the monitor for a settlement agreement from 1999 to 2007.

22  I have also been retained by jurisdictions, Philadelphia

23  prison system which is actually the Philadelphia jail.  The

24  New York State Department of Corrections, the Louisiana

25  Department of Corrections, in civil matters by plaintiffs in

Patterson – Direct/McGovern

1   South Carolina for a class action lawsuit against the

2   South Carolina Department of Corrections for mental health

3   services, as wells as a consultant for the Department of

4   Justice on what are called CRIPA cases, which are Civil Rights

5   of Institutionalized Persons Act cases, and that applies to

6   any facility that houses anyone involuntarily.  And obviously

7   my role has been to take a look at the mental health services

8   provided to mentally ill individuals, mentally retarded

9   individuals, or anyone in particularly sex offenders.

10  Q    Are you board certified?

11  A    I am board certified in general psychiatry in 1983.  I

12  have two board certifications in forensic psychiatry, the

13  first on in 1989 by the American Board of forensic psychiatry

14  and subsequently in 1994 by the American Board of Psychiatry

15  in Neurology with added qualifications in forensic psychology.

16       The General Board of Psychiatry is life long;

17  however, the forensic certification requires recertification

18  every ten years.  So I was first certified in 1994.  In 2004 I

19  was recertified, and I took recertification early this year in

20  2012 and was again recertified.

21  Q    And with respect to the area of forensic psychiatry, did

22  you play any role in the actual development of the -- of the

23  protocol for someone becoming board certified?

24  A    Yes.  First, to become board certified in forensic

25  psychiatry you have to be board certified in general

Patterson - Direct/McGovern

1  psychiatry.  After my certification in general psychiatry I

2  was invited to become the examiner for psychiatrists who

3  wanted to take the oral boards to become board certified in

4  psychiatry.  So that was general psychiatry.

5         In 1992, the American Board of Psychiatry and

6  Neurology decided to take over the forensic certification from

7  the previous board, which was not a part of the AMA Board of

8  Medical Specialties.

9         So board certification in surgery, OB/GYN,

10  neurology, all were under the AMA; board certification of

11  forensic psychiatry was not.  So in 1992 the determination was

12  made to bring that in with the other boards.

13         The American Board of psychiatry in Neurology

14  requested nominations from the American Psychiatric

15  Association to form a committee to write the examinations that

16  other doctors would have to take and pass, in order to become

17  board certified by the American Board of Psychiatry in

18  Neurology.  They selected ten psychiatrists from the American

19  Psychiatric Association out of a membership of over 30,000,

20  and I was one of those ten.

21  Q    Have you ever testified in court before?

22  A    Many times.

23  Q    And have you ever testified as the result of examinations

24  that you've performed?

25  A    Absolutely.

Patterson - Direct/McGovern

1   Q    And have you testified for the government in cases?

2   A    I have been called to testify by the government.  I have

3   been called to testify by the defense.  In criminal cases it

4   has been largely, probably 95 percent by the government since

5   I've been in private practice.

6              I've also been retained to perform evaluations by

7   both the government and the defense, where I have not been

8   requested to testify.  And in District of Columbia,

9   particularly involving insanity determination for my opinion,

10  when I've been retained by the prosecution and my opinion has

11  been that the individual does meet the criteria for insanity,

12  then it usually results in an uncontested insanity plea and

13  determination and, therefore, there is no testimony that is

14  offered.

15  Q    So have there been cases where you've been retained to

16  provide an opinion and ultimately you provide an opinion that

17  is not of any use to the person who hired you?

18  A    Well, that would be their determination, but I really

19  don't care who hires me, that's who I send my bill to, the

20  opinion belongs to me.

21  Q    And have you ever been asked to testify as an expert in

22  for any other reason or by other parties other than defense

23  attorneys and government lawyers?

24  A    I've been appointed by judges to perform evaluations in

25  the.  U.S. District Court for the Eastern District of

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Patterson – Direct/McGovern

1  Virginia; U.S. District Court for the District of Columbia;

2  and superior court for the District of Columbia.

3  Q    And how did you receive those appointments to testify?

4  A    One of two ways.  In some cases both the prosecution and

5  the defense have been requested by the Court to submit names

6  of experts for appointment; in other cases the judges have

7  called me directly and requested that I perform an evaluation.

8  Q    And in the Eastern District of Virginia what cases did

9  you work on?

10 A    There were two.  One of them was a case involving a civil

11 matter in which the Judge called me directly and asked if I

12 could do a risk assessment because the individual, the

13 plaintiff in the case had made some statements that appeared

14 to the Court to be threatening, and the Court wanted a risk

15 assessment, dangerous assessment of those threats.

16      The other was the case of United States versus

17 Zacharias Moussaoui, M-o-u-s-s-a-o-u-i, I believe, who was the

18 20th highjacker in 9/11.  He was arrested in August before

19 September 11th, and was to be on the plane that went down in

20 Pennsylvania, intended to strike the White House.

21 Q    And were you appointed by the judge in that case?

22 A    I was appointed by the Honorable Judge Leona Brinkema.

23 Q    And there have been, as you said, other instances where

24 the courts have asked you to do evaluations.  Correct?

25 A    Yes.  I have one right now where both the defense and the

Patterson - Direct/McGovern

1    prosecution submitted my name for evaluation to be performed.

2    Q    And in your assessment of the 95 percent of the times

3    that you've testified on behalf of the government, is that

4    effected by the fact that you used to be the psychologist at

5    St. Elizabeth's Hospital, which was a governmentally

6    controlled facility?

7    A    I don't think so.  As a psychiatrist there -- for the

8    full time that I was there I wasn't retained by either the

9    prosecution or the defense.  These were court ordered

10   examinations by the court.

11          So for the time that I was at St. Elizabeth's from

12   1981 to 1992, again, from 1998 to 2001, I did not take

13   criminal cases from either prosecution or defense in the

14   District of Columbia.  I did, however, in other jurisdictions.

15   Q    Okay.  And in the cases that you've testified, have you

16   ever not been qualified to testify as an expert?

17   A    No.

18          MR. McGOVERN:  Your Honor, at this time the

19   government moves Dr. Patterson qualified in this court to

20   testify as an expert in the area of general psychiatry and

21   forensic psychiatry.

22          THE COURT:  Voir dire?

23          MR. BURT:  Yes, if the court doesn't mind.

24          THE COURT:  Go ahead.

25   VOIR DIRE EXAMINATION

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Patterson – Voir Dire /Burt

1750

1   BY MR. BURT:

2   Q    Good morning, Dr. Patterson.

3   A    Good morning.

4   Q    You heard opposing counsel say that he's attempting to

5   qualify you in general psychology.  Correct?

6   A    General forensic psychology, my understanding.

7   Q    I take it from that you don't claim to be an expert in

8   intellectually disabled?

9   A    I'm an expert in psychiatry, which includes mental

10  disorders, mental disability, other conditions that may be a

11  focus of mental health inquiry.

12  Q    So the general field would qualify you as an expert in

13  anything relating to any type of mental disorder.  Correct?

14  A    Yes.

15  Q    Or disability?

16  A    Yes.

17  Q    And you would consider yourself an expert in any and all

18  disabilities, including intellectual disability?

19  A    With some exception.  The exception for me would be with

20  children.  I am not a child psychiatrist.  I was retained by

21  the state of California to conduct a review with a child

22  psychologist.  And the two of us, a forensic psychiatrist and

23  a child psychologist reviewed the California youth authority,

24  recommended it be closed, and it was.

25  Q    My question was, do you claim expertise in intellectual

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

1751

Patterson - Voir Dire /Burt

1    disabilities.  And I think your answer was:  Except for

2    children.  So for -- in the area of children, you don't have

3    any expertise in diagnosing intellectual disability?

4    A    No, I wouldn't say that.  I would say I have expertise in

5    doing mental status examinations, psychosocial histories, the

6    same things I would do with other people; however, I would

7    engage a child psychologist to get their input with regard to

8    children, as I don't have specific training in child

9    psychiatry; and that's not limited intellectual disability.

10   Q    Do you have specific training in intellectually

11   disability?

12   A    Of course.  It's part of residency training.  My

13   experience in administering programs, evaluating defendants

14   referred by the courts includes evaluating their intellectual

15   capacities.

16   Q    So intellectual capacities is equivalent, in your mind,

17   to intellectual disability?

18   A    Intellectual capacity includes intellectual functioning,

19   intellectual disability.  In some cases, intellectual

20   superiority.

21   Q    Now, Doctor, you said that you attended the Northwestern

22   University from 1970 to '73.  Correct?

23   A    That's correct.

24   Q    However, you didn't graduate from that university, did

25   you?

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Patterson – Voir Dire /Burt

1    A    No, I was accepted to medical school after three years.

2    Q    And you got into Howard University despite some

3    recommendations in your academic file that there might be some

4    problems.  Correct?

5    A    Not that I'm aware of.  If you know that, tell me what

6    they are.

7    Q    You haven't reviewed your academic files to see the

8    recommendations that you're undergraduate teachers wrote about

9    you?

10   A    Thirty-five years ago?  No.

11   Q    That hasn't come up in litigation before?

12   A    What has come up in litigation has been my medical school

13   performance.

14   Q    Which was at the bottom of your class.  Right?

15   A    Well, I was in the lower third.  The first year of

16   medical school was very difficult, for me, the first semester.

17   So I did not pass two courses in the first semester, which I

18   made up in the summer, and then I received honors in

19   psychiatry, internal medicine, and OB/GYN during my third and

20   fourth years.

21   Q    So you were initially placed on academic probation in

22   medical school?

23   A    No.

24   Q    You mentioned failing some tests?

25   A    Yes.

Patterson - Voir Dire /Burt

1    Q    And how -- how did that come up?

2    A    It came up because I didn't pass the test so I had to

3    make up the courses in summer school, which I did.

4    Q    Okay.

5         Now, you said you've been in private practice since

6    1981.  Correct?

7    A    That's correct.

8    Q    However, you continued to work at St. Elizabeth's until

9    2001.  Correct?

10   A    No.  I last worked at St. Elizabeth's from 1998 to 2001.

11   Q    1998 to --

12   A    -- 2001.

13   Q    -- to 2001.

14   A    And I initially worked at St. Elizabeth's first as a

15   resident in 1979, I was chief resident in 1980, and then as a

16   staff psychiatrist, medical director, forensic director and

17   commissioner from 1981 to 1992.  So the gap is from 1992 to

18   1998, when I worked for other facilities, as Mr. McGovern

19   inquired.

20   Q    And your private consulting work really picked up in the

21   early '80s.  Correct?

22   A    That's probably true, particularly in Maryland and in

23   Virginia.  When I was -- and I guess in some correction

24   settings, although I would have to go back and take a look at

25   those.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Patterson - Voir Dire /Burt

1    As I mentioned as a staff psychiatrist in

2 St. Elizabeth's I did not take private criminal case but I did

3 take private civil cases in the District of Columbia.

4        My role in St. Elizabeth's as a staff psychiatrist

5 was to manage and evaluate defendants on two pretrial wards.

6 Those wards consisted 26 beds each; the turnover was 60 to 90

7 days; and I testified in most of those cases.  In some of them

8 the Court did not require testimony.  But that was my role

9 then.

10        So I assume I was -- I became known in the District

11 of Columbia because I spent a fair amount of time in court.

12 Q    All right.  And you spent a fair amount of time in court

13 testifying about competency evaluations and insanity

14 evaluations.  Correct?

15 A    And insanity release hearings; that's right.

16 Q    And you're talking about the time period now --

17 A    1981 through 1987.  That declined after I became medical

18 director and director of volume; because I would usually

19 provide testimony in high profile cases or in cases where

20 there were considerable complexities to the case.

21 Q    Right.  So is it fair to say after '87 you were primarily

22 an administrator for a certain period of time, but you would

23 appear in select cases?

24 A    In select cases.  I began appearing in the case of the

25 *United States versus John Hinckley* in 1989.  I last appeared

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Patterson - Voir Dire /Burt

1    in that case after I had gone into full-time private practice

2    earlier this year, 2012.

3    Q     And when you say you last appeared in that case, are you

4    counting your appearance in the civil case where you were sued

5    for pressuring one of your employees to not testify in the

6    Hinckley case for the defense?

7    A     That's not quite accurate.  First, there was no

8    appearance by me in court.  Second --

9    Q     You were deposed in that case.  Correct?

10   A     I was deposed in that case.

11   Q     And you eventually settled the case for $800,000, did you

12   not?

13   A     I don't know.  The District of Columbia was sued.  And

14   because I was the administrator of forensic and the up line,

15   third line supervisor from the employee, the employee sued the

16   first line supervisor, the second, and me as the third, as a

17   head of that service.  But the District of Columbia was sued.

18   And the District of Columbia made whatever decision to settle

19   that case.

20   Q     You were sued, too, though.  Right?

21   A     I was named as a named defendant in that case in my role

22   as the administrator for forensic services, yes.

23   Q     And there was some allegations that you had, on June 26,

24   1999, Dr. Lori Stone, acting under defendant Patterson's

25   direction filed an ethics charge against the plaintiff,

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Patterson - Voir Dire /Burt

1    claiming she had violated Mr. Hinckley's rights.

2             That was part of her -- the plaintiff in that case

3    was a Dr. Susan Learner.  Correct?

4    A    That's correct.

5    Q    She was working under your supervision and she claimed

6    that you and others in your organization were pressuring her

7    not to testify for the defense in the Hinckley case.  Isn't

8    that what she was claiming?

9    A    I don't know what she was claiming.  The allegation

10   against her was that she gave an interview to the New Yorker

11   Magazine making specific comments about Mr. Hinckley's care

12   and treatment, which we felt was a violation of his

13   confidentiality and privacy.  That was the basis of any

14   corrective actions that were proposed.

15   Q    But despite your feeling, you settled that case and she

16   received about $800,000?

17            MR. McGOVERN:  Objection to that question, your

18   Honor.  These suits were settled by somebody else, and

19   Dr. Patterson testified that he doesn't even know about the

20   settlement.

21            MR. BURT:  I'll move on, if I could.  Thank you.

22            THE COURT:  All right.

23   Q    You said you have testified about 95 percent for the

24   government.  Correct?

25   A    I've been called by 95 percent by the government for

Patterson - Voir Dire /Burt

1    testimony.

2    Q    And has that been since you've been in private practice

3    in '81, onward?

4    A    No.  I think that would be more since probably 2001.

5    From '81 until '92 -- excuse me.  Criminal cases I was called

6    to testify in were primarily in Maryland.  And there was about

7    a 50/50 split of my being called by defense versus prosecution

8    in those kinds of cases.

9    Q    I'm talking about your private forensic cases?

10   A    I am too.

11   Q    Okay, good.

12   A    And then after I left the District of Columbia in 2001,

13   there were a number of cases where I was retained by the

14   prosecution.  As I said, I was called to testify in some and

15   not in others.

16        There were also cases where I was contacted or

17   retained by defense, and based on my opinions was asked not to

18   testify.

19   Q    Now, you said you've testified in many cases.  Correct?

20   A    I have.

21   Q    Is it true, that as of February 2011, you had testified,

22   civil and criminal, in 32 cases?

23   A    In the last five years?

24   Q    Right.

25   A    That's correct.

Patterson - Voir Dire /Burt

1    Q    Okay.  And how many -- do you have that list?  You filed

2    that list in other cases.  Correct?

3    A    Sure.

4    Q    It's part of your CV?

5    A    Yes.

6              MR. BURT:  May I approach the witness, your Honor?

7              THE COURT:  Yes, you may.

8    Q    Let me give you what I have premarked as Exhibit T, as in

9    Tom.

10             You're familiar with that.  Right?  With that list?

11   A    I am, yes.

12   Q    Okay.  This is a list that you filed in the *Anderson*

13   case, right, out in Colorado?

14   A    That's very likely.

15   Q    Okay.  A lot of the work that you do for plaintiffs and

16   defendants in these civil cases are in the field of

17   correctional psychiatry.  Right?

18   A    As a part of forensic psychiatry, yes.

19   Q    Like in the *Anderson* case you were evaluating a prisoner

20   trying to see what his mental condition is?

21   A    That was part of the evaluation.

22   Q    And a lot of the other work you do is involved in

23   prisoner rights litigation?  Or systematic review of prison

24   systems.  Correct?

25   A    That is a substantial amount of work I do, yes.

Patterson - Voir Dire /Burt

1  Q    Is it fair to say that in your CV most of your

2  consultations relate to prison related psychiatric issues?

3  A    Well, consultations to prisons, jails, to secure

4  hospitals, and I think I have it under -- I'm note sure if

5  it's consultations, but I'll tell you in a moment.

6         There are other consultations that have to do with

7  other kinds of activities.  For example, consulting examiner

8  in general psychiatry.  That's what I was speaking of when I

9  was talking about examining candidates for board

10 certification.  That doesn't have anything to do with prisons

11 or forensic psychiatry.

12        But you're right, the majority of them have to do

13 with consultations and correctional and secured hospitals.

14 There's another one, in May of 1995, it is a special task

15 committee at Guantanamo Bay to review Cuban and Haitian

16 migrants that were being housed at Guantanamo Bay at that

17 time.  That's not a correctional issue, that's migrants that

18 were attempting to come to the United States that were housed

19 in Guantanamo Bay.

20 Q    Is there anything in your CV that relates to teaching

21 about or writing about mental retardation --

22 A    Teaching about, yes, there --

23 Q    And where is that in your CV?

24 A    I'll do my best to tell you.  I don't think you'll

25 necessarily glean it from the CV, but I was a faculty member

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Patterson - Voir Dire /Burt

1    of a basic course given at the -- I believe the American --

2    either the American Academy of Psychiatry Law or the American

3    Psychiatric Association on correctional psychiatry, which

4    includes dealing with not only mentally ill individuals in

5    corrections, but also individuals with intellectual

6    disabilities, which were then referred to as mentally

7    retarded.  I also gave an advanced course two years later, I

8    believe.

9    Q    What I'm trying to focus on is other than saying that

10   prisons often include people who are mentally retarded and you

11   have worked with the prison population, is there anything

12   specific about your experience with mental retardation in your

13   CV?

14   A    I will look to see if I can give you those kinds of --

15   that kind of information.  I was a presenter in Tulane -- I'm

16   sorry, Tulane University Medical Center in 1996, on regulatory

17   agencies and mental healthcare service delivery systems.  That

18   includes -- it's not related to corrections specifically.

19   That included a review of accrediting accreditation manuals

20   and accreditation systems for various groups which included

21   accreditation of facilities for the mentally retarded.

22   Q    But that's a systematic focus.  Right?  You focus on the

23   facility not on individuals.  My question is:  Is there

24   anything on your resume that relates specifically to assessing

25   people with intellectual disabilities, teaching about it,

Patterson - Voir Dire /Burt

1   writing about it?

2          MR. McGOVERN:  Objection, your Honor.  This voir

3   dire is -- seems a little bit over -- a great deal of over

4   breath to it.  And also it's not really dispositive of whether

5   or not he's got something on his resume or not.  He's already

6   testified that he's board certified in psychiatry, which is

7   more than, frankly, most of the defense experts.  And that

8   psychiatry encompasses evaluations of people with mental

9   retardation.

10          This is fine cross, if he was wants to cross on it,

11  the fact that he hasn't published as prolifically as the

12  un-board certified Dr. Olley.  But for voir dire purposes we'd

13  object to this line of questioning.

14          THE COURT:  What was the last question.  Read back

15  the question, please.

16          (Requested question read.)

17  A    Yes.  June 2001 I was a speaker at partnerships, the

18  title:  Partnerships Behind Walls Behind Mental Health

19  Disabilities Among Offender Populations at the Lieutenant

20  Joseph P. Kennedy Institute in Washington D.C.  That

21  particular focus had to do with mental retardation and

22  treatment of persons with mental retardation.

23  Q    And where are you on your resume?

24  A    I'm on page nine -- I'm sorry, I think that's -- yeah.

25  Q    And you're referring to --

Patterson - Voir Dire /Burt

1    A    I'm sorry, one second.  Let me make sure that's the right

2    page, what's in the book.  It's on page nine, it's the second

3    entry, June 2001.

4    Q    So mental health disabilities was referring specifically

5    to only intellectual disabilities or all disabilities?

6    A    All disabilities.  It included mental health

7    disabilities.

8    Q    And that would include mental disorders?  Any sort of

9    disabilities?

10   A    Sure.

11   Q    Okay.  Anything else, other than that?

12   A    This is going back to, on page eight, March 2002,

13   assessment in management of access one and access two

14   disorders and forensic disorders in forensic patients.  Access

15   two disorders include personality disorders and mental

16   retardation.

17          And that was statewide grounds and New York State

18   office of Mental Health in Albany.

19   Q    And, again, that's a very general -- you're saying that

20   since -- you were talking there about access two and mental

21   retardation is on access two.  That was a talk about mental

22   retardation?

23   A    In part, yes.

24   Q    What did you say about that?

25          THE COURT:  We're not going into that.  That's

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Patterson - Voir Dire /Burt

1  ridiculous.

2  Q    Now, is this list that you gave to us, Exhibit T, marked

3  as Exhibit T, was that accurate when it was made in February

4  of 2011?

5          MR. McGOVERN:  Objection.

6  A    As far as --

7          MR. McGOVERN:  He didn't give us this list.

8          THE COURT:  I'm sorry?

9          MR. BURT:  He's right, I'll rephrase it.  He's

10 correct.

11 Q    Is the list, Exhibit T, accurate as of February 2011?

12 A    As far as I can recall, yes.

13 Q    And have there been other cases since February 2011 that

14 you've testified at?

15 A    Yes.  I testified, again, in *United States versus John*

16 *Hinckley* in November, December, and February.  November,

17 December of 2011, and February of 2012.  You mentioned the

18 case of -- in Colorado that you mentioned a moment ago, that I

19 don't believe is on this list.

20 Q    Any others?

21 A    I've probably given a deposition or two since then, but I

22 would have to look at an updated list to tell you that.

23 Q    Okay.  How many of these cases did you testify that --

24 did you assess the client for mental retardation?

25 A    Very likely all of them.  Part of the assessment process

Patterson - Voir Dire /Burt

1   in a psychiatric evaluation includes assessment for

2   intellectual disability cognitive functioning, et cetera.  So

3   when I'm requested to do an evaluation, I don't approach it

4   and say, Well, I guess I'm looking for this or that.  I'm

5   doing a full assessment to try to get an idea of the

6   individual's mental health functioning, and that includes

7   mental health, mental illness; that includes mental

8   disability; that includes intellectual disability; that

9   includes personality disorder.  In some cases it includes no

10  mental disorder and maybe a person who was malingering systems

11  for other reasons.

12  Q    I see.  So your view is if you're doing any sort of

13  mental health assessment, you were, by definition, doing a

14  mental retardation evaluation, therefore, you're an expert on

15  mental retardation?

16  A    I'm not sure how you connect the dots.  What I'm saying

17  is I'm an expert in general and forensic psychiatry.  So I do

18  a full evaluation which includes a review analysis of

19  intellectual functioning.

20  Q    Intellectual --

21  A    Functioning and intellectually disability as a part of

22  that.

23  Q    And you're familiar with the literature and the standards

24  for assessing intellectual disabilities?

25  A    I'm familiar with some of those standards.  Because the

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Patterson - Voir Dire /Burt

1   standards exist does not make them the only way to assess

2   intellectually disability or intellectual functioning.

3   Q    My only question was:  Are you aware of them?

4   A    Yes.

5        MR. BURT:  Okay, good.  That's all I have.  Thank

6   you.

7        I have no objection to general psychiatry.  I do

8   have an objection if he's being offered specifically as an

9   intellectual disability expert.

10       MR. McGOVERN:  That wasn't our application.

11       THE COURT:  The application, please.

12       MR. McGOVERN:  Our application was a -- that he be

13   permitted to testify as an expert in psychiatry and in

14   forensic psychiatry.

15       THE COURT:  So is there an objection to the

16   application?

17       MR. BURT:  No, your Honor.

18       THE COURT:  All right, the motion is granted.  The

19   witness is designated as an expert in general psychiatry and

20   forensic psychiatry.

21       Why don't we take a ten-minute break.  Thank you.

22       (Recess.)

23       (Continued on the next page.)

24

25

Patterson - Voir Dire /Burt

1       (In open court; defendant present.)

2       THE COURT:  All right.  I remind the witness that

3  he's still under oath.

4       Mr. McGovern, about how long do you think your

5  direct?

6       MR. McGOVERN:  I'd say about half an hour, your

7  Honor.

8       THE COURT:  Go ahead.

9  DIRECT EXAMINATION (Resumed)

10  BY MR. McGOVERN:

11  Q    Dr. Patterson, you were asked to do a review of the

12  defendant Ronell Wilson in this case.  Is that right?

13  A    An examination, yes.

14  Q    Did you review some documents?

15  A    I did.

16  Q    And did those documents include academic records, medical

17  records, prison records, any and all information that -- that

18  was provided to you electronically in this case?

19  A    Yes.  I believe it's listed accurately in my report.

20  Q    Okay.  And did you conduct a full review of those

21  documents?

22  A    Yes.

23  Q    Did you request a meeting with the defendant in this

24  case?

25  A    Yes.

Patterson - Direct/McGovern

1    Q    Why?

2    A    It's important to examine the individual who's the

3    subject of essentially the forensic question in this case, the

4    forensic question has to do with a diagnosis.

5    Q    Okay.

6         Would you -- have you ever offered a diagnosis of a

7    defendant where you were not -- you did not actually sit down

8    and meet with the person before you issued your diagnosis?

9    A    I actually did not offer a diagnosis in United States

10   versus Zacharia Moussaoui, because I went to see him four

11   times and he refused to talk to me.  So I informed Judge

12   Brinkema that I could not offer a diagnosis because he was not

13   complying with her order.

14        Two other clinicians, a psychiatrist and

15   psychologist offered diagnosis, but never examined him.  And

16   the judge gave me seven days to go back and see him and

17   respond to their report.  They based their report on my

18   report, which gave no diagnosis, and on his writing.  So I

19   went back to see him, and he was agreed to talk to me I was

20   able to provide a diagnosis to the Court.  I was appointed by

21   the court for that purpose.

22        The only two exceptions where a diagnosis in my

23   opinion may be offered without examination, may be in child

24   custody matters, where it would not be appropriate to examine

25   one of the parties or one of the other parties, but you may

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Patterson - Direct/McGovern

1 draw some inferences in testamentary.  Testamentary capacity

2 has to do with competence to provide a will.  And in those

3 cases the individual has already passed away.

4 Q    But other than those circumstances that you just listed,

5 you personally, as a psychiatrist, would not offer a diagnosis

6 without actually having sat down and met with -- with the

7 defendant?

8 A    That's right.

9 Q    Have you ever testified in an Atkins case before?

10 A    Not specifically Atkins as far as I can recall.  I've

11 testified in death penalty cases before where, of course, part

12 of the evaluation has to do with the individual's intellectual

13 capacity and possible intellectual deficits.  This is the

14 first time I can recall where specifically about United States

15 versus Atkins.

16 Q    So in general, it would -- the amount of money you charge

17 for your services in this case be the extent of the money that

18 you've made from Atkins related litigation?

19 A    No.

20 Q    Okay.

21 A    It's related to this particular examination and review.

22 Q    Okay.  But what I'm asking you is since you say you had

23 no other *Atkins* cases, would this case be the sum total of

24 your *Atkins* billing work?

25 A    Oh, I see, yes.

Patterson – Direct/McGovern

1  Q    And back in 2001, let's say before *Atkins* came down, were

2  you working as a -- as a forensic expert?

3  A    Yes.

4  Q    And approximately how much money would you say you made

5  in 2001, separate and a part from your regular salary as an

6  employee of the government at that time?

7  A    Back in 2001 I was full time with St. Elizabeth's

8  Hospital for most of that year, I think I left in October

9  2001.  So my private work would have been less, than it is

10  currently.  Private work, maybe 100 to $200,000.

11  Q    Okay.  Doctor, I want to talk to you about your meeting

12  with the defendant.  It occurred on July 20th of this year.

13  Is that right?

14  A    That's correct.

15  Q    Before meeting with the defendant, did you review all of

16  the records that have been provided to you?

17  A    Yes.

18  Q    And I'd like to focus you with that meeting right now,

19  where did it occur?

20  A    It occurred at MDC in the visiting room in one of the

21  attorney-client visiting rooms, which has sound

22  confidentiality but can be seen by correctional staff.

23  Q    Was anyone present for this meeting?

24  A    No.

25  Q    And could you tell us, were you happy with the

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Patterson – Direct/McGovern

1   arrangements for the meeting?

2   A    Yes, I'm very familiar with those kinds of arrangements.

3   I prefer them, actually, in correctional settings as compared

4   to an office setting where the observation is not as vigilant

5   and possibly offices can become distractive, so it is

6   preferrable.  But some confidentiality is very important.

7   Q    And as part of your review of the data related to the

8   case, the IQ test, the prior IQ test of the defendant that you

9   reviewed?

10  A    Yes.

11              (Continued on the next page.)

Patterson - Direct/McGovern

1    BY MR. McGOVERN:

2    Q    And do they affect the way that you perform during an

3    interview?

4    A    Not the way that I perform my interview.  I had some idea

5    of what the IQ testing had been since the age six of six, up

6    until 003 at that point.

7         I should say, when you asked me what documents, I

8    have seen additional documents, the expert reports in the

9    case, after I filed my report.

10   Q    Okay.  But there's been questions raised by the attorneys

11   and by the Court about whether there is a sort of bright line

12   rule of where the IQ has to be for the purpose of an

13   evaluation of mental retardation.  Do you have a view on that?

14   A    Yes, I do.

15   Q    Could you inform us what your view is?

16   A    Certainly.  The DSM-IV criteria for diagnosis of mental

17   retardation classifies mild mental retardation as having an IQ

18   of between 50 and 55, up to approximately 70.  For moderate

19   mental retardation, it's 30 to 35 to approximately 50 to 55,

20   and then it on to severe retardation with the numbers.

21   Q    Okay.  And so for the purposes of determining whether a

22   person is mildly mentally retarded, in your view, are there IQ

23   requirements that are necessary to be in place before one can

24   issue a valid diagnosis of mild mental retardation?

25   A    Yes, in my view, the number is 70.  There is the plus or

Patterson - Direct/McGovern

1    minus five and many times, the statements had been that, well,

2    that means one could be mentally retarded -- mildly mentally

3    retarded with an IQ up to 75. It also means one could not be

4    mildly mental retarded with a IQ as low as 65.  So the

5    benchmark number is 70.

6    Q    Okay.  And the fact that -- the meeting that you had with

7    the defendant, could you take us through that meeting?

8    Initially, how did you come to meet the defendant?

9    A    Well, I went to MDC with the intention of meeting him at

10   about nine o'clock, so I got there a little before that.

11          There was -- for my notes, Lisa Orloff, who

12   identified herself as a litigation specialist for the defense,

13   who was in the visiting room when I came in.  She introduced

14   herself to me.  I introduced myself to her.  She said she had

15   been waiting for her client.  Her client came down.  She

16   wanted to touch base with him.  So she met with him about ten

17   minutes before I started my examination.

18   Q    Okay.

19   A    And then I started my examination in the room that I just

20   described.

21   Q    Okay.  Could you tell us how the examination began or

22   what your observations were upon meeting the defendant?

23   A    Oh, sure.  All of my forensic evaluations begin with what

24   we refer to and what we're teaching residents and fellows

25   about forensic psychiatry is what the consider the forensic

Patterson - Direct/McGovern

1  Miranda.  The foreign Miranda essentially is to explain the

2  nature and purpose of the evaluation, that the results of the

3  evaluation are not confidential, that we don't have a doctor/

4  patient relationship, and I'm not providing any treatment.

5          In addition, Is always tell whoever I am examining

6  who I've been retained by or appointed by.  It's not a

7  requirement.  I think it's good practice.

8  Q    Did you ever make any observations about the defendant

9  physically upon meeting him?

10 A    Oh, yes.  Mr. Wilson was, in prison terms, very smartly

11 dressed for an inmate, meaning that he had on the prison issue

12 khakis, shirt and pants.  He also had some pristinely-clean

13 white Nike tennis shoes.

14          I mention that because appearance is a part of the

15 Mental Status Examination evaluation, and in my experience in

16 correctional facilities, when I see an inmate who is dressed

17 like that, unless they are huge and nobody's about to try to

18 take their tennis shoes or do anything to them, it raises at

19 least some questions for me as to where their status is within

20 the prison population.

21 Q    Okay.  Is it indicative of anything related to what their

22 cognitive deficits are or intellectual abilities are?

23 A    It's usually the other way.  Somebody comes in.  They are

24 very disheveled, their hygiene is poor.  They're malodorous.

25 That may indicate they have more significant dysfunction.

Patterson - Direct/McGovern

1  That may be mental illness.  That may be intellectual

2  disability.  It may be a medical condition.  But in this case,

3  that was not the case.  Mr. Wilson looked good for an inmate.

4  Q    Okay.  Did you ask him about his sneakers?

5  A    I did.  During the course of the interview, I did -- not

6  when we first started to talk, but when we first started to

7  talk, I explained, I asked him if he understood why I was

8  here, and he said, "Yes.  I know why you're here.  There's an

9  Atkins claim.  There's an Atkins issue."

10       And I was a little taken aback for the moment about

11  that, because the issue is mental retardation.  And so I

12  pursued that with him and I asked, well, tell me that means,

13  and he went on to explain it quite thoroughly, that it has to

14  do with my sentencing.  My sentence was vacated.  Has to do

15  with resentencing, and if he finds that I was incompetent

16  before the age 18, then I won't be sentenced to death, and I

17  thought that was a very clear and concise essentially

18  rendition of what the Atkins matter is about.

19       Later in the interview, I made a comment about his

20  dress and his shoes, and he smiled, and he told me, well, I

21  would never wear these out in the street, but that's the best

22  I can get here, meaning the tennis shoes.

23  Q    What did you take that to mean, that he wouldn't wear the

24  same brand of tennis shoes?

25  A    Too cheap.

LISA SCHMID, CCR, RMR
Official Reporter

Patterson - Direct/McGovern

1   Q    Oh, okay.  So after this initial conversation with him

2   about the Atkins, his explanation to you about what the

3   purpose of the Atkins inquiry was, how did you proceed with

4   your interview?

5   A    I proceeded with a structured clinical interview, and

6   that means that it's begins with a psychosocial history,

7   taking information from Mr. Wilson as to his childhood, his

8   schooling, his mental health history, criminal justice

9   history, military history, work history, et cetera --

10  substance abuse, alcohol use history, gang affiliation or gang

11  involvement history.  All those things are part of

12  psychosocial.  It's followed by a Mental Status Examination,

13  which is a more formalized series of questions that are

14  essentially asked to almost anyone, that cover areas of mental

15  status, orientation.  Ask him how he's feeling, his mood,

16  observations of his affect, of his psychomotor activities, his

17  eye contact, questions about his perception, whether he's ever

18  had hallucinations, et cetera, questions about his start

19  content.  Does have delusional thoughts?  Is he paranoid?  Is

20  he grandiose?  Does he believe he has special powers?  Are

21  people out to harm him?  Questions about observation of his

22  thought stream, meaning how he talks, not necessarily what he

23  says per se, but whether or not his sentences are connected.

24  Are they respond responsive to the questions?  Does he have

25  circumstantial speech, meaning going about excessive detail

Patterson - Direct/McGovern

1   about issues that don't require that detail.  Tangential

2   speech, going off on a tangent.  You asked someone about one

3   thing, they end up talking about something else entirely.

4   Questions about his judgment about his current activities, his

5   suicidal ideation or homicidal ideation or risk.

6   Q    With respect to history, you told us you reviewed or had

7   the opportunity to review his records before you got there.

8   Did you tell him what his history was?

9   A    No, he told me.

10  Q    Is that recounted in your notes?

11  A    It is.

12  Q    And what were you able to -- what were your impressions

13  of his ability to recount his history?

14  A    Well, I asked him before when we first sat down to give

15  me his date of birth, and I started off with a psychosocial

16  history.  You told me when you were born.  Now tell me where

17  you were born, and let's take it from there.

18            So he responded, "Coney Island Hospital."  He went

19  on to tell me that he was the middle of five siblings, gave,

20  me their ages.  Also told me that he had been raised by his

21  mother, primarily.  His father was not in his life very much

22  his first five years.  That this mother was using alcohol and

23  drugs.  When I asked what drugs, he replied essentially

24  everything, or whatever she could get.

25            That he did not have any information about there

Patterson - Direct/McGovern

1  being any complications or problems during her pregnancy or

2  his labor or her labor and delivery with him.  That he had

3  gone to live with his grandmother about the age of three, had

4  gone to live with his paternal aunt, Ms. Barnes, about the age

5  of five, and then returned to living with his mother at about

6  aim 15, after she had become clean and sober.

7  Q    Is he also recounted his hospitalization history, that he

8  had been at Elmhurst hospital twice, but he gave me the ages

9  of about six and the second time about nine, and he said maybe

10 seven.  He at first wasn't quite sure why he had gone there.

11 Then later in the interview, he said that he -- he had said

12 that he wanted to hurt himself, that he didn't really mean

13 that.  He just wanted to be heard -- his words, be heard.  He

14 also said that a second time, it had been because he had said

15 words to the effect that he hoped his aunt died or he

16 threatened to kill her.

17       He gave me information about his schooling, the

18 schools that he had attended, the approximate grades.  He also

19 gave me information about his criminal activities and arrests,

20 beginning about age 12.  And up to the instant offense,

21 meaning this offense, in 2003.

22       He told me that he had been told by his attorneys

23 not to discuss that with me.  And I said to him at that point,

24 you shouldn't discuss anything that your attorneys have told

25 you not to or that you think might be privileged.  And

Patterson - Direct/McGovern

1    certainly, you should talk to them before you talk to me.

2           And he -- when I asked him if he could tell me what

3    at least the charges he was convicted of, if not the details

4    of that day, and he went on to give me murder, carjacking,

5    attempt robbery and I believe one other offense that he could

6    recall at that time, which was close to what the records

7    indicated, as well.

8           I asked him about military history.  He told me he

9    didn't have any.  Work history, that after 9-11, he had tried

10   to get a job picking up debris, but that didn't work out, that

11   he had been a member of the Bloods since age 13.

12   Q    Doctor, is it fair to say that the history that you took

13   from the defendant is encompassed in the Government's binder

14   that we marked as 102, but it's an exhibit within that binder

15   marked 72, those are your notes.

16          MR. McGOVERN:  And we'd offer that entire binder

17   with the notes and the report and the CV, if that is okay with

18   Mr. Burt.

19          MR. BURT:  No objection, Your Honor.

20          THE COURT:  All right.  Government Exhibit 102 is

21   received in evidence, without objection.

22          MR. McGOVERN:  Thank you, Your Honor.

23   BY MR. McGOVERN:

24   Q    So Doctor, would you agree that your notes set forth your

25   interview with the defendant as far as history goes?

Patterson - Direct/McGovern

1    A    Yes.  He also -- I'm just glancing at it right now.  He

2    told me arrest history began, he thought, at age 11.  I think

3    the records are more like age 12.

4         But he also told me about taking Ritalin, and he

5    didn't think he had taken any other medication, but he had

6    taken Ritalin, he told thought from age 12 or 13 to about 14

7    or 15, but that he would hide it.  He would spit it out.  When

8    I asked him why, he relied it would make him sleepy, drowsing,

9    and his mother and brother would tell him not to take it.  It

10   makes him more slow.

11        So he was giving me just not just answers, he was

12   giving me details and details historically.  Now, his memory

13   as far as I was concerned was pretty good.  The idea that he

14   might not remember about the other medications, particularly

15   when he was being encouraged not to take them does not

16   surprise me, especially since he began taking them when he was

17   six years old.

18        So those are the kinds of details that I would not

19   expect necessarily that anyone would remember, but his detail

20   was particularly impressive, and it was on track.  When I

21   mention thought process, thought stream, one of the things

22   that psychiatrists, psychologists, mental health evaluators

23   are looking for, as I said, not only what you say, but how you

24   say it.  And he was very articulate in what he was saying, and

25   it was not derailed.  He didn't go offtrack somewhere.  He was

Patterson - Direct/McGovern

1    on point with what we were talking about.

2    Q    Oh.  So your notes would give a fuller picture of the

3    actual information that was provided -- or comprehensive

4    picture of the information that was provided to you by the

5    defendant during that interview?

6    A    I believe they were.  They're contemporaneous notes.  I'm

7    writing as we're talking.

8    Q    And during that interview, is it your testimony that you

9    did not provide him with any information yourself, that you

10   said, oh, you went to P9 or went to P2?

11   A    No.  I asked him to tell me about whatever I was asking

12   about.  He responded by telling me.

13   Q    Okay.  And during your interaction with the defendant,

14   did you have any problems communicating with him?

15   A    No, none.  When I -- let me elaborate.  What I mean by no

16   problems, I didn't have to explain the question extensively.

17   I simply asked the question.

18        He only got to Mental Status Examination.  Part of

19   the Mental Status Examination is examining the individual for

20   proverb interpretation, old sayings.  So I gave Mr. Wilson

21   several proverbs and in a couple of them, he said, I would

22   have to think about that one.  "A stitch in time saves nine,"

23   that's essentially before my time, so it's an age issue.  So I

24   gave him another one he said he would have to think about.

25        I gave him a couple others that he was absolutely on

LISA SCHMID, CCR, RMR
Official Reporter

Patterson - Direct/McGovern

1 point, meaning that his abstraction ability was quite good.

2 One of them was, "People in glass houses shouldn't throw

3 stones." And his response was -- so let me make sure I have it

4 correct (peruses document).  "People that can't take the

5 consequence shouldn't dish out anything."

6          "The stitch in time," pass my time, age.  "Rolling

7 stone gathers no moss."  Never heard it.  "I would have to

8 think about it decipher it."  One that I think is, I've

9 learned over time is particularly relevant in some cultures,

10 "A hard head," before I could finish it, he finished it for

11 me, and said he heard that all his life, growing up.  The

12 saying is, "A hard head makes for a soft behind," but and his

13 finishing it was, "Makes for a soft ass."  And when I asked

14 him to tell me what that means, he said, "Heard my whole

15 life."  He finished it, "If you're not listening, it doesn't

16 pay," basically.  I gave him another one, "If you can't run

17 with the big dogs, don't get off the porch."  Can do what, he

18 said.  And he responded, "If you can't handle it, you

19 shouldn't step out there."

20          Those are very good responses to old sayings that in

21 and of themselves may not mean much, and why I'm saying that's

22 good abstraction is because for people who have intellectual

23 deficits, many times they are very concrete, meaning in

24 response to people who live in glass houses shouldn't throw

25 stones, I have many times gotten back, "The glass will break."

Patterson - Direct/McGovern

1    It's a concrete response.  It's not an abstraction with the

2    application.  That to me indicates a level of intellectual

3    functioning that is at least low average, if not average,

4    based on the examination itself.

5    Q    All right.  So just following up on the issue, could you

6    just give us a real simple definition of what you're talking

7    about by abstraction?

8    A    Yeah.  It's an executive function.  It is a higher

9    functioning in the brain.  It is believed to be in the frontal

10   lobe.  So the idea that someone who is able to abstract reason

11   means that they can hear something, apply what that actually

12   means and give it back to you.  And people who have trouble

13   doing that, as I said, many times, they're very concrete or

14   simply can't respond at all.

15   Q    Okay.  And what was the significance of the -- of the

16   defendant's finishing the proverb of, "Hard heads make for

17   soft bottoms," are whatever it is.

18   A    Well, it's one he had heard before.  He's familiar with

19   it, and I think that's important development within mental

20   health examinations.  There are in -- when I was training back

21   in the seventies and eighties, there were the standards,

22   proverbs and other standard questions you had to ask, and if

23   you didn't ask those questions, then people would be

24   classified as mentally ill or mentally deficient.

25            Many times, it was a matter of their not being

Patterson - Direct/McGovern

1   familiar with the language, it being an education issue, it

2   being a cultural issue.  It wasn't a mental defect or mental

3   illness issue.

4          I asked him a couple of judgment questions.  If you

5   were in the movie theater and you saw smoke you were the first

6   one to see it, what would you do?  His response, "I yell fire

7   and look for a fire extinguisher."  If you found a stamped

8   letter on the ground, what would you do?  "I'd pick it up and

9   mail it, put it in the mailbox."

10          I heard another response I would say in the

11   courtroom that I have heard frequently during the course of my

12   career in response to that question:  If you found a letter on

13   the ground, what would you do?  "I'd open it and see if there

14   was any money about it.  If there wasn't, then I'd mail it."

15   Well, that maybe a culturally-determined factor or

16   socioeconomic-determined factor, not at all necessarily

17   indicative of mental illness or mental defect or mental

18   retardation.

19   Q    Okays.  Is it indicative of the absence of those

20   conditions, that being mental retardation?

21   A    In my opinion, taken in toto with the other examination

22   components, yes.  I wouldn't base a diagnosis on a single

23   statement or a single perimeter.  You want to look at the

24   global picture.

25   Q    Did you do a cognitive assessment during the course of

Patterson - Direct/McGovern

1    your interview?

2    A    The cognitive assessment is ongoing during the course of

3    the interview.

4    Q    Okay.

5    A    The idea of several things that I already mentioned, his

6    ability to abstract, his attention span.  He was never

7    inattentive.  He was never offtrack.  His use of language, he

8    was using language appropriately and well.

9            One of things he told me that he's been doing since

10   he was returned to MDC from Terre Haute was that he has been

11   reading, and he's been talking to younger Bloods about not

12   making the mistakes he has made in his life, and he reads and

13   memorizes quotations, so that his words will have impact.  I

14   mean, this is this is frontal lobe functioning, which is

15   really good.

16   Q    Okay.  And what about -- what's he reading?  Did he tell

17   you?

18   A    He told me he was reading The Alchemist at that time,

19   which was a self-help book.  I've seen other documents about

20   reading T. D. Jakes and a couple of other authors.

21   Q    And during the interview, did you get a sense of his

22   sense of humor or his ability to appreciate humor?

23   A    Oh, yes.  As I said, he smiled with me when I made the

24   comment about his gym shoes or his tennis shoes, and how

25   immaculate he was for someone who is incarcerated.

Patterson - Direct/McGovern

1    He smiled about his nicknames, his monikers, as

2  "Double R," and "Rated R."  And he said that his brother gave

3  him those nicknames.  He didn't really know why he gave him,

4  but they fit and he kind of laughed and smiled about that.

5  Capacity for humor is another important perimeter that is part

6  of a Mental Status Examination.

7    I didn't ask him about serial sevens, meaning

8  subtract seven from one hundred and continue to subtract it

9  from there.  That's a question that I've had to explain to

10  people to get them to understand what I'm asking them to do.

11  Many times, they'll say 93.  And I'll say, "And."  And they'll

12  say, "And what?"  It doesn't -- it's just that process.

13  Doesn't have to do necessarily with intellectual capacity or

14  intellectual deficit.

15    What I was impressed by was that even though he may

16  have said 103 as the first response, he then got them right.

17  That is, again, a calculation process that he was able to do,

18  not with me, but with another examiner.

19  Q    So you're talking about the items that you saw in

20  Dr. Wood's report, where Dr. Woods asked him to count

21  backwards from a hundred by sevens.  Is that what you're

22  discussing?

23  A    Essentially, yes.

24  Q    And based on that -- well, first, in your experience,

25  have you seen people who are asked to count backwards from a

Patterson - Direct/McGovern

1   hundred, starting at a different number than a hundred?

2   A    Well, they start at hundred, but many times, they miss

3   one of the first three numbers, and then they start to miss

4   from that point on or they're hesitant.  They take time.  It's

5   almost like you can see the wheels turning.  I've had people

6   ask me, "Can I use my fingers?"  So it is not an easier task

7   as one might think.

8   Q    Okay.  Did you have a since of or talk to the defendant

9   about -- in a such a way to get a sense of his grandiosity?

10  A    I wouldn't call it grandiosity.  I would call it some

11  narcissistic traits.

12  Q    Could you explain?

13  A    Yes.  Narcissistic traits are part of personality.  We

14  all have various traits that make up our personality.  And

15  sometimes, that kind of guides a lot of what we do.

16       By example, attorneys, psychiatrists, doctors tend

17  to have some pretty obsessive traits.  You have to, to be able

18  to spend the time we have to spend going through documents,

19  reading, law school, medical, et cetera.  Actors and actresses

20  tend to have a number of narcissistic traits.  They want to

21  shine.  They want to be the star.  They want to look good.

22       Mr. Wilson wants to look good.  That's not

23  necessarily a negative thing.  It simply is a narcissistic

24  trait.  He has a sense of entitlement.  He believes, in my

25  opinion, that's he entitled to get things because of who he

Patterson - Direct/McGovern

1   is.  Those are traits.  I didn't diagnose a narcissistic

2   personality disorder, because I didn't believe that it reached

3   the level of disorder, but they are traits.

4   Q    And how would those narcissistic traits compare with

5   something that has been bandied around this courtroom quite a

6   bit about a cloak of confidence?

7   A    Well, in my opinion, Mr. Wilson doesn't have a cloak of

8   confidence.  A cloak of confidence, in my experience has to do

9   with someone attempting to present themselves as knowing what

10  they're talking about or knowing what you're talking about,

11  when indeed they don't.

12         And many individuals that I've examined who have

13  intellectual disabilities and -- formally called mental

14  retardation, the tendency to smile and to answer yes, to many

15  questions when they really don't know the answer or they're

16  concerned about looking dumb or not smart, is one of the

17  things that we observe for.  Mr. Wilson doesn't have that.

18  Q    And how can you say that he didn't?  How were you able to

19  determine that he actually knew what it was that you were

20  talking about or what he was talking about?

21  A    Because of his answers, because of the way that he uses

22  language.  He useless it quite well.

23  Q    Okay.  And is it fair to say that your report captures

24  and your notes capture the remainder of your interview as it

25  relates to the your psychiatric evaluation of the defendant?

Patterson - Direct/McGovern

1    A    It does.  The report contains my diagnoses that is not

2    contained in my notes.  At the time I took the -- did the

3    examination, I did not make diagnostic inclusions based on the

4    notes alone.  I also wanted to look at, again, at the

5    documents, the medical records, et cetera, that I had already

6    reviewed and reviewed them in context of what Mr. Wilson had

7    told me.

8    Q    Doctor, could you tell us how your interview with the

9    defendant ended?

10   A    Yes.  At the end of the interview, after the Mental

11   Status Examination, I asked Mr. Wilson if he had anything else

12   that would help me understand his life, his situation, his

13   mental state and he replied no.

14        So then I asked him what he thought would happen

15   next.  And his response was, "You give your interpretation to

16   the government, and it's in their court to flip your words or

17   give it raw and uncut.  It's in their court.  I'm just being

18   honest.  Full description of my recollection, of what I

19   remembered to the best of my ability.  I know the things I'm

20   not -- I'm not supposed to talk about," and that was the end

21   of our interview.

22   Q    And did you exchange pleasantries at the end of the

23   interview?

24   A    Yes.

25   Q    Can you describe that for us?

Patterson – Direct/McGovern

1  A    I believe we shook hands at the end of the interview.  It

2  is my custom to do that.  There are some individuals -- I get

3  a variety of responses to that.  Many individuals do shake my

4  hand.  Mr. Moussaoui during his examination, would not and

5  said since I'm an American, he would rather kill me.  So I"m

6  not quite sure what responses I might get, but it's my custom.

7  Q    And those final comments that Mr. Wilson made to you, did

8  you take them to mean that he was angry with you or unhappy

9  with the way that you conducted the interview?

10  A    No.  I took him to underscore that he understood the

11  purpose of the interview, my role in the interview.  That he

12  also was concerned, I think, about what would happen with the

13  results of my interview and what the government might do with

14  it.  But that he stated to me essentially that he was being

15  honest and giving me his best recollection.

16  Q    Okay.  And was that consistent with what you observed

17  during the interview?

18  A    Yes.

19  Q    Did you administer any tests to him or anything like

20  that, any psychologist tests?

21  A    No, I'm a psychiatrist.  I don't administer psychological

22  tests.  I'm not qualified by my training as a physician and

23  psychiatrist to either administer or interpret psychological

24  tests.  That is in the purview and domain of clinical

25  psychologists.

                    Patterson - Direct/McGovern

1  Q    And Doctor, do you recall how much time you asked to have

2  to meet with the defendant?

3  A    Initially, when I spoke with you, I said one to maybe

4  three interviews, I might need to do that.  At the end of this

5  interview -- and this interview -- this examination was for an

6  hour and 20 minutes.  That's all it took.

7         I certainly could have been there much longer.  I

8  could have gone back for multiple interviews.  I believed the

9  one interview examination was certainly sufficient for the

10 forensic question, diagnoses in concert with my review of the

11 available records, medical records, et cetera.

12 Q    Did you realize there were four hours set aside on the

13 first day for you to meet with him?

14 A    I would not be surprised at that.  I believe I said up to

15 four hours or at least two hours.

16 Q    Okay.  And what about this interview gave you the

17 confidence or the ability to evaluate him appropriately for

18 mental retardation?

19 A    Mr. Wilson, himself, his responses, his participation in

20 the examination process.  I already had reviewed records, and

21 he was pretty close on most of the things he reported to me

22 from his memory.  I didn't have any papers.  I've had

23 individuals come in with a stack of papers, and they're

24 flipping through and telling me.  He didn't do any of that.

25         So I was very confident and still am about the

Patterson - Direct/McGovern

1  diagnosis that I rendered in my report, and that he does not

2  have now or in the past, mental retardation.

3  Q    Well, I want to talk about your diagnostic impressions.

4  A    Okay.

5  Q    On Axis I, you diagnosed the defendant as having conduct

6  disorder by history, oppositional defiant disorder by history,

7  attention deficit disorder by history and learning disorder

8  NOS.

9         Could you explain each of those?

10 A    I would be happy to.  The first diagnosis for Mr. Wilson,

11 oppositional disorder and attention deficit disorder when he

12 was six years old.  That was based on the information that was

13 provided in Elmhurst Hospital regarding his behavior in the

14 class room, as well as his behaviors at home, as reported by

15 his aunt.

16        Those behaviors included his defiance of authority.

17 It included his opposition to rules.  It included some

18 experiences or examples of his refusing to get out of the

19 street, refusing to get off the bus, refusing to follow

20 directions in the classroom.  The oppositional defiant

21 disorder was clear to me from the records, because the

22 symptoms that were described would provide and be consistent

23 with that diagnosis.

24        The attention deficit disorder, Mr. Wilson was

25 described and he described himself when he talked about school

Patterson - Direct/McGovern

1   as being AWOL, that he would get up and run out of the

2   classroom.  He preferred to be in hallway and other places.

3   He had trouble focusing on some classes, but he did well

4   according to him in classes where he could use his hands,

5   where there was activity that he could focus on.

6          He described, in contrast to the records, that he

7   didn't have any trouble with the teachers.  They liked him and

8   he liked them.  The records don't say that.  The records

9   describe him biting teachers, threatening teachers.  The

10  records describe him punching students, and in a couple of

11  records, for no apparent reason.

12         Kids -- adolescents with attention deficit disorder,

13  hyperactivity disorder, let's understand what that is.

14  Attention deficit is inattentive.  They're not paying

15  attention.  There's easily distracted.  So the teacher is

16  telling them something.  They're over here.  They're talking

17  to classmates.  They're making jokes.  They're doing other

18  kinds of stuff.  They're inattentive.

19         The hyperactivity is they're on the move.  They're

20  getting up.  They're going places.  But part of the

21  hyperactivity is impulsivity.  So it may appear that they may

22  not have a reason for what they do, but most of the time, they

23  do.  They don't think it through.

24         So a kid gives them a dirty look and they punch him.

25  They want the attention of the teacher or a parent, so they do

Patterson - Direct/McGovern

1  something to get the attention.  May be inappropriate.  It's

2  impulsive.

3        Those diagnoses, in my opinion, are absolutely on

4  point.  They're reinforced by the description of his

5  improvement when he was taking Ritalin and particularly when

6  he was taking Ritalin and Prozac, despite their being the

7  discouragement that he says and that the records also support

8  of his family, his mother and his brother, not to take the

9  medication.  That does not surprise me, particularly, back in

10 the eighties and nineties.

11       As they describe him or he described himself as

12 being sleepy and it was slowing him down, that's what it's

13 supposed to do.  It's supposed to slow a hyperactive kid down,

14 because they're on the go.  They're on the move.  That is a

15 therapeutic response.  A side effect may be the sleepiness,

16 the listlessness, the drowsiness, so you try to adjust the

17 dosage appropriately.  But you try to make it consistent, so

18 you can treat the disorder.

19       And there, the records have several incidences where

20 or examples of where his behavior improved, his participation

21 improved when he was taking the medications.  When he's not,

22 then the record also supports that his behavior deteriorated.

23 When he moved to a different school, putting the desk in the

24 closet.  Mr. Wilson has had difficulty in socialization -- not

25 surprising when he has attention deficit disorder and

Patterson - Direct/McGovern

1    oppositional defiant disorder.

2           So I'm very confident those diagnoses were correct.

3    They're not -- those symptoms are not indicative of mental

4    retardation.  They're not indicative of intellectual

5    deficiency or dysfunction.  They are indicative of those two

6    diagnoses.

7           By the time he gets to early adolescence, twelve, 13

8    and certainly moving on from that, he starts to have symptoms

9    of conduct disorder.  Conduct disorder is more severe.  It has

10   to do with bullying.  It has to do with having no respect for

11   the rights of others, no empathy for other people.  It has to

12   do with wanting to do what you want to do and unfortunately,

13   the rule breaking escalates to breaking the law, which is what

14   Mr. Wilson began doing, and particularly with his association

15   with a street gang, the Bloods, and his use of alcohol,

16   marijuana at ten and 12, respectively, and Ecstasy in 2001,

17   when he's approximately 17 or 18.  Those also contribute to

18   there being some dysfunction, but not because of the mental

19   retardation.

20   Q    Okay.

21   A    The learning disorder -- I'm sorry, just to complete

22   those four --

23   Q    Okay.

24   A    -- the learning disorder NOS.  Mr. Wilson has had a

25   number of diagnoses, which again, are reflected in the record

Patterson - Direct/McGovern

1    as he was growing up.  One of them that was mentioned a couple

2    of times was academic skills disorder.  Academic skills

3    disorder is the old term for learning disorder.  So I'm not

4    the first person to suggest that he had a learning disorder

5    and may still have a learning disorder.  That was also

6    suggested by people who evaluated him back then.

7             And that is part of what a forensic evaluation is

8    supposed to be.  You look at the records and the information.

9    I didn't find it necessary to do collateral interviews, to go

10   back and talk to the family members, to go back and talk to

11   the school people, et cetera, because the records, they are,

12   if I understood the earlier quote, ten thousand-plus pages of

13   records.  There are lots of records in this case.

14            So looking at those records, it is important to take

15   into account whether or not the diagnoses that were given

16   match with the symptoms that were described, and if there was

17   a therapeutic response to the medications that were prescribed

18   and in my opinion, there were.

19   Q    And if you would found evidence during your interview of

20   the defendant that suggested that he legitimately suffered

21   from intellectual disabilities, would you have then moved into

22   collateral interviews?

23   A    Very likely, but I didn't find that.

24   Q    Okay.  And Axis II, you diagnose him as haven't

25   antisocial personal disorder with narcissistic features?

Patterson - Direct/McGovern

1    A    Yes.

2    Q    Could you explain that to us?

3    A    Yeah.  I would happy to.

4         The personality disorders, generally, are disorders

5    when they are traits that become exaggerated to the extent

6    that they cause problems in social, occupational or

7    educational functioning.

8         The antisocial personality disorder essentially the

9    features is that the individual does not conform to societal

10   norms with respect to lawful behavior by repeatedly performing

11   acts that are grounds for arrest.  They may have deceitfulness

12   by repeatedly lying or conning other for personal profit or

13   pleasure.  They may also have irritability and aggressiveness,

14   as indicated by repeated physical fights or self.  Reckless

15   disregard for the safety of others and a lack of remorse or

16   being indifferent or rationalizing having a hurt or mistreated

17   other people.

18        In my opinion these are choices.  They are choices

19   that are goal-directed and that is part of personality

20   disorders.  The individuals who have these disorders are

21   making choices.  They may be disturbed by the choices, but

22   they're not because they have some delusion or they have some

23   voice telling them to do this or they don't have an

24   intellectual capacity to make choices.  They're making

25   choices.

Patterson - Direct/McGovern

1    Mr. Wilson has made those choices, and he is in a
2  situation now, in my opinion, that is reflective of those
3  choices.
4  Q    All right.  And the stressors are on the next level of
5  the Axis, which is obviously that he's exacerbated the
6  situation by facing the death penalty, correct?
7  A    Yes, and his incarceration.  Although I would add that in
8  terms of the incarceration, Mr. Wilson has made quite an
9  adjustment to his incarceration.  He described to me that
10  after his arrest in 2003 at MDC and at Rikers, that he was, in
11  an own words, I believe he said "horrible." Let me make sure I
12  have it correctly.  (Peruses document.)
13    He was reckless, horrible.  He would curse out
14  staff.  He had small vocabulary.  He was ignorant.  He said,
15  "Ignorant.  I was basically rough.  Ignorant until Indiana."
16  After Indiana, he said he that met older inmates from 2007 to
17  2011.  They mentored him, he credits them for some
18  responsibility of who he's become, his self-image, that he has
19  become someone worthwhile, that he now has more appropriate
20  interactions with correctional staff.  He has a job in
21  correction, in MDC, and I believe not until recently, he had
22  not gotten disciplinary infractions, whereas before, he was
23  getting them frequently.
24  Q    Okay.  And is that significant that he was able to, by
25  his own words, learn during his time while he was in jail?

Patterson - Direct/McGovern

1    A    Of course.  Of course it's significant, because it again

2    indicates some degree of close.  He no longer has symptoms of

3    attention deficit hyperactivity disorder.  Fortunately, many

4    people outgrow it.  They may have it as children.  They don't

5    have it as adults.  He doesn't have symptoms of attention

6    deficit hyperactivity disorder now.

7    Q    Okay?

8    A    But now, the issue of his making those kind of choices,

9    in my experience in interviewing thousands of inmates, many on

10   death row and San Quentin and other places in New York and

11   Louisiana, also interviewing individuals who have life without

12   parole sentences, they have taught me a lot about their

13   adjustments to prison.

14          It's not uncommon for inmates to -- particularly

15   older inmates to say, "I'm not an inmate.  I'm a convict.

16   That was my job.  That's what I did.  And that I live as a

17   convict.  This the consequence.  And I don't want to mess

18   around with those knuckleheads over here who get in trouble

19   and get in segregation and all that.  Just let me alone and

20   let me live my life."

21          Mr. Wilson, I think, is probably on that track.

22   Q    Okay.  And your final piece of your diagnosis is a GAF

23   score?

24   A    Yes.

25   Q    Would you explain to us what that score is and how you

1    arrived at a number of 75 to 80 for Mr. Wilson?

2    A    Absolutely.  GAF means Global Assessment of Functioning.

3    That is a scale of zero to one hundred.  And there are

4    criteria that go along with that, that have to do with

5    symptoms of mental illness or suggest a distress.

6            So the lower number, the more symptomatic.  When

7    you're in the twenties and 25s and thirties, most of the time,

8    you should be in a hospital, because there are active

9    psychotic symptoms or active suicidal thoughts or intent.

10   When you get up to the forties and fifties, you may be okay at

11   a residential facility, certainly with mental health care.

12   When you get over to 50 to about 70, sometimes even a little

13   lower than that, then we're talking about outpatient

14   treatment.

15           Many people that I see in my practice have GAFs in

16   that range, sometimes a little higher as outpatients and they

17   respond to therapy and medication, but they don't need a

18   hospital.

19           When you get up to 75 or 80, you're actually doing

20   pretty well.  You are not having significant symptoms of

21   mental illness or mental dysfunction.  It should be correlated

22   with your circumstances.

23           When I asked Mr. Wilson to rate himself on a scale

24   of one to ten, how he feels most of the time, with one being

25   awful, terrible life sucks and ten being on top of the world,

Patterson - Direct/McGovern

1    everything is great.  He said about a five, and then he went

2    on to add, "Given my circumstances."  So I asked him, do you

3    feel like you're depressed and he said, no, he's not

4    depressed.  He has a rational understanding of his

5    circumstances, and what he's facing.

6            So 75 to 80 says to me that basically, he's doing

7    pretty well.  He may have sometimes when he feels depressed or

8    he looks at his situation or himself and feels badly.  But

9    he's not getting mental health treatment.  He's not taking

10   medications.  He's not requesting mental health treatment.  He

11   is doing his job.

12           He is essentially at this point, his job is being an

13   inmate, and being an inmate that doesn't get into trouble and

14   gets the best that he may be able to get in the circumstances

15   he's in.  He appears to be doing that.

16   Q    And so, to a reasonable degree of psychiatric certainty

17   and foreign psychiatric certainty, do you have an opinion

18   about whether or not this defendant was mentally retarded at

19   the time of the crime?

20   A    I certainly do.

21   Q    And what is it?

22   A    I don't believe he was.

23           MR. McGOVERN:  All right.  Thank you.

24           THE COURT:  Cross-examination?

25   CROSS-EXAMINATION

LISA SCHMID, CCR, RMR
Official Reporter

Patterson - Cross/Burt

1   BY MR. BURT:

2   Q    Good morning again?

3   A    Good morning again -- no, good afternoon.

4   Q    You're right.

5   A    There we go.

6   Q    Okay.  Have you given us the entire basis for your

7   opinion that Mr. Wilson is not intellectually disabled?  Is

8   there anything else that you are relying on other than what's

9   in your report and what you testified about today?

10           MR. McGOVERN:  Objection to this question, Your

11  Honor.  The government has been asked to circumscribe their

12  direct here as to just have the reports go in and supplement

13  in some meaningful way the expert's testimony.

14           THE COURT:  Are you including the report?

15           MR. BURT:  I said the report, yeah.

16           THE COURT:  The report.

17           MR. McGOVERN:  Okay.

18           THE COURT:  And the witness has already said what he

19  looked at in connection with the report.  So everything is

20  included in that, that he would have looked at, correct?

21           MR. BURT:  Yeah.

22  BY MR. BURT:

23  Q    The question is, is there anything else other than what's

24  in the report or what you testified here today that you're

25  relying on to form your opinion that Mr. Wilson is not

LISA SCHMID, CCR, RMR
Official Reporter

Patterson - Cross/Burt

1    intellectually disabled?

2            THE COURT:  The report and what he looked at in

3    preparing the report, is that what you're asking him?

4            You know, I just asked -- I just wanted to -- the

5    witness testified that he looked at certain documents and

6    materials in preparing his report.  And your question is

7    narrower then that, so I just want to make sure that when you

8    say the report, you mean what he looked at to prepare the

9    report and the report and what he testified to.

10           MR. BURT:  Could I break it down a little bit to

11   respond to the Court's concerns?

12           THE COURT:  Yes.  Go ahead.  I just want to

13   delineate it as carefully as possible.

14   BY MR. BURT:

15   Q    Your report has various things that you reviewed,

16   correct?

17   A    Yes.

18   Q    And then it sets forth the reasoning for your opinion?

19   A    Yes.

20   Q    And here today, you have stated some additional reasons

21   that may or may not be contained in your report, correct?

22   A    I don't think so.  I think what I stated is what's in my

23   report and what's in the notes, and I have made some reference

24   to testimony I've heard in this courtroom.

25   Q    Right.  And other than what you said here today and what

Patterson - Cross/Burt

1  you stated in your report as to your reasoning, is there any

2  other reasoning you have for why you think Mr. Wilson is not

3  intellectually disabled?

4  A    The only other documents are the expert reports prepared

5  by other clinicians who are involved in the case, and

6  transcripts of testimony.  None of those change my opinions

7  that are reflected in my report.

8  Q    Transcripts and testimony, are you referring to the

9  hearing testimony here?

10  A    Yes.

11  Q    And what have you read in that regard?

12  A    I've read transcript is of Dr. Ollie's testimony.  I was

13  not here for that, part of Dr. Drob's and part of Dr. James.

14  And I was here for part of her testimony.

15  Q    Anything else you've read?

16  A    I have also read a couple of articles about the Flynn

17  Effect, to increase my knowledge base.  I think that's

18  probably it.

19  Q    All right.  Now, you said during -- when we were talking

20  before during the voir dire section that you were aware of the

21  standards -- the literature setting forth guidelines on how

22  you do intellectual assessments, but that you didn't

23  necessarily think that was the only way to do it.  Do you

24  recall that testimony?

25  A    Yes.

1804

Patterson - Cross/Burt

1  Q    Tell me what your knowledge is of what the guidelines

2  are, and then we'll talk about whether you think they're

3  correct or not.

4  A    Well, the issue of the -- looking at the functioning, the

5  adaptive functioning, as I understood it conceptually,

6  socially and practically, were parts of the guidelines.

7          The DSM-IV criteria I think I've already mentioned

8  there are 11 criteria that are reflected in DSM-IV that should

9  be part of looking at adaptive functioning.  Those are the

10  things that I'm essentially referencing.

11  Q    What are those 11 areas?

12  A    I can look at the book.  I don't memorize them.

13  Q    Do you know any of them?

14  A    Sure.  There's socialization.  There is functional

15  education.  Leisure time, safety, health, communication.

16  That's six.  The others, I'd look for.

17  Q    I understood you to be saying you didn't really have to

18  go through considering whether any of those deficits were

19  there because after your interview, you were firmly of the

20  opinion that Mr. Wilson was not intellectually disabled,

21  correct?

22  A    No, that's not what I said.  I said that's not the only

23  way to assess functioning or intellectual disability.  You can

24  do that without going through the checklists that are

25  reflected in the guidelines.  That's part of a Mental Status

LISA SCHMID, CCR, RMR
Official Reporter

Patterson - Cross/Burt

1  Examination.

2           For example, in the Mental Status Examination,

3  Mr. Wilson describes quite well his socialization.  He

4  describes quite well his work -- his working as a gang member.

5  He describes it.

6           One of problems that I have, since we're talking

7  about this, with the guidelines and even the DSM-IV criteria,

8  there is a presumption that if somebody has a problem in one

9  those areas, that must mean they have intellectual disability,

10  and that's simply not the case.

11          For someone to have a problem functioning in the

12  educational system, can be because of ADHD, and can be because

13  of opposition disorder.  It can be because they don't go to

14  school.  It doesn't necessarily mean that it's because they

15  have an intellectual disability.

16  Q    I see.  And so you basically disagree with the diagnostic

17  criteria as set forth in the DSM, correct?

18  A    No, that's not what I said.

19  Q    You don't?

20  A    I said that's not the only way to get the information

21  that's necessary.

22  Q    Right.  But you just said something else, which is that

23  the DSM is incorrect in assuming that if you have a deficit in

24  one area, that necessarily means you have an intellectual

25  disability, because it could be caused by a bunch of other

Patterson - Cross/Burt

1    things?

2    A    That's my opinion as to how the DSM criteria are applied.

3    Q    I see.

4    A    It is not to say that the DSM criteria are incorrect, but

5    simply that they should be applied in context.

6         For example, work history, if you are -- if you're

7    work is as a gang member and becoming a criminal, but you

8    never had an organized job, you might be seen as having a

9    dysfunction in work, when that may not at all be true.

10   Q    You say that based on what?  Where is that -- when you

11   say -- other than you saying it, that's not true, who else

12   says that in your field?

13   A    Oh, in my field?  Many correctional psychiatrists say

14   that, because we have dealt with inmates.  We have dealt with

15   gang members.  We have dealt with shot-caller and OGs,

16   original gangsters, who have never had an organized job, who

17   had thousands to millions of dollars that they made illegally.

18   Q    So is there a separate standard for OGs for diagnosing

19   intellectual disability?

20   A    Actually, there isn't.  But it doesn't take into account

21   that if someone's job is an illegal enterprise, that doesn't

22   mean that they never had a work history.

23   Q    And where is this guidelines written down somewhere

24   within the field of correctional psychiatrist, that if someone

25   is in an OG, that they cannot be diagnosed as mentally

Patterson - Cross/Burt

1   retarded or intellectually disabled?

2   A    No, I don't know of any guideline that says if someone is

3   OG, they can't be diagnosed.  My experience in interviewing

4   thousands of inmates, is that gangs do not accept someone who

5   is intellectually deficient as their leader.  That's simply

6   common sense.

7   Q    All right.  And common sense as you see, correct?

8   A    I'm not the only one who sees it that way.

9   Q    Now, what does the DSM-IV TR say about differential

10  diagnosis, because you mention that the DSM didn't have it

11  right whether they identify something like socialization, lack

12  of socialization as a deficit because that could be caused by

13  lots of things, right?

14  A    That could be caused by lots of things.

15  Q    And what does -- not your views, but what does the DSM-IV

16  TR say about differential diagnosis as it relates to

17  intellectual disability?

18  A    I would assume, without looking at it, that it says the

19  same things it says for other diagnoses.

20  Q    Which is what?

21  A    That you need to consider other diagnoses and rule them

22  out.  That's for pretty much any diagnosis in the DSM-IV.

23  Q    So your understanding of the DSM is, like any other

24  diagnosis, that you have to rule out other causes before you

25  can diagnose MR, correct?  You have to be able to say it's not

Patterson – Cross/Burt

1    caused by attention deficit disorder.  It's not caused by

2    antisocial personality disorder.

3    A    Well, you have to consider them.  It doesn't mean that

4    you can't have both.

5    Q    Okay.  Can you have both?

6    A    Sure.

7    Q    In what situation can you have both antisocial

8    personality disorder and mild mental retardation?

9    A    Oh, you can certainly be a criminal who is not very

10   bright and gets caught in doing things that you shouldn't do.

11   That might qualify you as antisocial personality disorder and

12   you might be mildly mentally retarded.

13   Q    So you can have both.  And what does the DSM say to do in

14   that situation?  Do you rule out mental retardation?

15   A    You try to consider both diagnoses and you make the most

16   appropriate one, and that is consistent across diagnoses in

17   DSM-IV.  But if you want me to quote the DSM-IV, you're going

18   to have show it to me.  That's why we have the book.  We don't

19   memorize the book.

20   Q    Well, I'm just asking your general knowledge of what the

21   standards are.

22   A    That's what I'm telling you.

23   Q    You're telling me what?

24   A    I'm telling you my general knowledge.

25   Q    All right.  And as far as you recall, there is a no

Patterson - Cross/Burt

1  language in the DSM that says there's no exclusion criteria

2  for mental retardation?

3  A    There may be exclusion criteria, but I don't memorize

4  them.  I would need to look them up.

5  Q    Do you think you can diagnose mental retardation even

6  when say a personality disorder is present.

7  A    Sure.

8  Q    So you don't rule it out just because somebody may have

9  another disorder?

10 A    No, you consider it.

11 Q    All right.  Now, I asked you what your understanding of

12 the guidelines were.  And let me ask you what your

13 understanding of the AAIDD guidelines are.  Do you what the

14 AAIDD is?

15 A    Yes.

16 Q    What is it?

17 A    It's American Association of Intellectual and

18 Disfunctional Disabilities.

19 Q    Disfunctional disability?

20 A    Yeah.  I can't recall the actual title.  It's been used

21 in this courtroom so much, that I just don't recall the date.

22 Q    How many the American Association of Intellectual and

23 Developmental Disabilities?

24 A    Developmental?

25 Q    Sound about right?

1810

Patterson - Cross/Burt

1   A     That sounds good.

2   Q     Now, have you read and carefully studied their manual?

3   A     No, I have not read and carefully studied.  I've seen it.

4   I've looked at it, but no, I haven't read and carefully

5   studied it.

6   Q     When did you see it?

7   A     This would have been probably a couple of years ago.  I'm

8   not sure if it's even in that manual, may have been the

9   predecessor.

10  Q     A couple of years ago, you read this green book?

11  A     I said, it may not have been that manual.  It may have

12  been the predecessor.

13  Q     But my question is, when did you see, if there was such a

14  time, this green book?  What year?

15  A     I can't tell you that.  I don't recall.

16  Q     Well, have you read it?

17  A     I haven't read thorough, no.

18  Q     Have you ever looked at it before you made your diagnosis

19  in this case?

20  A     Yes.

21  Q     And when did you look at it?

22  A     That would have been months to probably up to two years

23  ago, just like I said.

24  Q     Up to two years ago?

25  A     I don't recall if it was that particular manual or if it

Patterson - Cross/Burt

1    was another guidelines.  That's what I just said.

2    Q    So you wouldn't be able to tell me when you saw this

3    manual in relation to your exam?

4    A    No.

5    Q    It could have been another one?

6    A    It could have been.  I haven't looked at that manual

7    regarding the examination, because this exam didn't require me

8    really to look at that manual.

9    Q    Why is that?

10   A    Because I had seen the medical records and the IQ scores,

11   and the -- in my understanding of the criteria for U. S.

12   versus Atkins, first, the age criteria of being diagnosed or

13   being present under age 18.

14   Q    Uh-hum (affirmative response).

15   A    My opinion, Mr. Anderson -- Mr. Wilson does not meet that

16   criteria.  There is no one, in all of the evaluations that he

17   had, with the exception of Ms. Guerrero, who made a diagnosis

18   of mental retardation, and the diagnosis was wrong.

19   Q    All right.

20   A    So under 18, nobody did that.  What is happening is that

21   there's been a review of all of that, with assertions that the

22   IQ scores are either wrong or there is a range that would

23   somehow fall within 75 to justify that there should have been

24   a diagnosis of mental retardation, but in terms of the record,

25   it's not there.

Patterson - Cross/Burt

1     The second criteria about the --

2  Q    Let me stop you right there and then we'll go on to --

3          MR. McGOVERN:  Objection to stopping the witness'

4  answer.

5          MR. BURT:  Well, I think we're into a narrative.  I

6  would like to break it down.

7          THE COURT:  Well, we have a lot of narrative here.

8  He's only gone one-eighth into the narrative that we have had

9  with some of the other witnesses.

10         You can finish.

11         THE WITNESS:  Thank you, sir.

12 A    The second prong would have to do with the IQ scores.

13 When I look at the IQ scores that Mr. Wilson has had from age

14 six up until age 17 -- I believe there's six -- they're

15 essentially very close in almost every case, with one

16 exception, with the range from about 78 to 84.

17         The other part of the record review, because we have

18 heard in this courtroom clinical judgment, and that it's

19 important to use clinical judgment, but it seems that the

20 clinical judgment of the people who are doing the testing has

21 essentially been ignored.  Most of them, based on my review,

22 have said that they believe that the IQ scores underestimate,

23 not over estimate Mr. Wilson's potential --

24         THE COURT:  Stop.  Is there some reason why you

25 decided to sit down?  Because if there is, I'll go to lunch.

Patterson – Cross/Burt

1    MR. BURT:  No, Your Honor.  I just wanted to get my

2  notes.

3    THE COURT:  No.  You at down.  I think it's

4  insulting to the witness.  You belong up there.

5    MR. BURT:  I'm just --

6    THE COURT:  You know better.  Don't mess with me.

7  Get up there.  What do you mean you're going to sit down.  I

8  didn't give you permission to sit down.  I gave you permission

9  to stand up.

10    Sidebar.

11    (Continued on the next page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                    Sidebar

 1              (Sidebar conference.)

 2              THE COURT:  Listen.  I want to do this in the most

 3     dignified way I possibly can.

 4              You don't listen to me.  You ask leading questions,

 5     put words in the mouth of the witness, after I go through a

 6     whole litany of discussion about what needs to happen.

 7              I mean, I don't understand this at all.  I've given

 8     you all the latitude you need to try your case.  And I'm

 9     really, you know, at my wit's end about this.  I really don't

10     know what to say.

11              But the idea that you would, you know, if you want

12     a moment, all you need to do is say, "Your Honor, could we

13     have a -- could I have a moment to check my paperwork?"  Or

14     could I have a moment to review something, and that would be

15     fine.

16              But the witness is answering your question and you

17     move from the podium and sit down at the table, it's just not

18     appropriate in my courtroom, period.  There's no excuse for

19     it.  It's just not acceptable.

20              And I tried on one occasion at a sidebar to say how

21     I thought it would be appropriate to describe the opposing

22     counsel, because I don't want to embarrass you, but this is

23     ridiculous.

24              This is a long hearing.  This is a difficult case.

25     I want to get everything in, but I want it to be the way I run

Sidebar

1    the courtroom, not the way you run my courtroom.

2              MR. BURT:  I understand.

3              THE COURT:  Thank you.

4              (End of side bar conference.)

5              (Continued on the next page.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LISA SCHMID, CCR, RMR
Official Reporter

1816

Patterson - Cross/Burt

```
 1                    (In open court.)
 2                    THE COURT:  Did you finish, sir?  Do you remember
 3        where you were?
 4                    THE WITNESS:  I believe.
 5                    THE COURT:  Please finish up and then we need
 6        another question.
 7                    THE WITNESS:  Thank you, sir.  I believe I was in
 8        mid-sentence about the IQ scores.
 9                    THE COURT:  Go ahead.
10        A     And the IQ scores range in full scale between 78 and 84,
11        for those examiners who administered the tests, and if I
12        include the two that were done after Mr. Wilson turned 18,
13        Dr. Drob and Dr. Denny, then their full scale IQs are 76 and
14        80.
15                    So with Dr. Abramson in 1989, when he was six, the
16        IQ was 84.  The next when he was nine is 78, the next one when
17        he was 11 was 80.  The one with Dr. Nagler is 71.  That's the
18        lowest.  The next is with Dr. Popp, when it's 84.  Dr. Drob is
19        76.  Dr. Denny is 80.
20                    The IQ scores, in my opinion, don't come close to
21        actually meeting the criteria required for mental retardation,
22        and they don't take into account that the examiners themselves
23        in most cases have said they believed these are underestimates
24        because of the emotional or cultural factors.  And we -- at
25        least I believe, my opinion, from reviewing the record, is
```

Patterson - Cross/Burt

1    that is precisely the case.

2              Mr. Wilson, during much of this time has symptoms of

3    attention deficit hyperactivity disorder.  He had oppositional

4    defiant disorder.  He had conduct disorder.  He also had

5    problems at home with fights with his brother, his cousins,

6    hospitalizations.  Substance abuse, alcohol abuse.

7              So those are all factors that in my opinion would

8    contribute to the scores being underestimate, not an

9    overestimate of his actual ability.  So in my opinion, he's at

10   least low average and in some areas, I would think average

11   intelligence, and that was reinforced by my examination of

12   Ronell Wilson himself.

13             THE COURT:  Okay.

14             THE WITNESS:  That would be --

15             THE COURT:  Next question.

16             THE WITNESS:  -- my answer.

17   BY MR. BURT:

18   Q    Okay.  Let me go back to the age of onset prong of this.

19   You said in your opinion, that that prong was not met because

20   nobody diagnosed him with mental retardation before age 18?

21   A    That's right, except one.

22   Q    You referenced United States versus Atkins?

23   A    I did.

24   Q    You did?

25   A    I believe I did.

1818

Patterson - Cross/Burt

1  Q    Okay.  Where did you get that the diagnosis has to be

2  made before age 18?  What is that based on?  Is that based on

3  United States versus Atkins or on something else?

4  A    Well, the DSM-IV certainly makes that criteria, and I

5  think it was my understanding that U. S. versus Atkins relied

6  on the DSM-IV, and the predecessor to AAIDD, the American

7  Association of Mental Retardation, to developing the Atkins

8  standards.  That's my understanding.

9  Q    Okay.  And the AAIDD standard in the green book says

10 disability, at page 27 -- this is in evidence, I believe in

11 Exhibit A -- "Disability does not necessarily have to have

12 been formally identified in relation to the age of onset

13 prong."  Did you know that?

14 A    I may have seen that.  I did not consider that in terms

15 of the age criteria.  I've heard the age criteria stated as

16 one of three prongs by other experts in this court.  So I

17 don't believe I'm the only one who thought the age of onset

18 should be prior to age 18.

19 Q    And you said that in the DSM, they make it clear that the

20 diagnosis has to be made before 18?

21 A    The condition should exist before the age of 18.

22 Q    If I showed you the book, would you be able to point to

23 where that says that?

24 A    Well, I got my mini, if you'd let me look at that.

25 Q    Okay.  Thanks.

Patterson - Cross/Burt

1819

1  A    (Peruses document.)

2         "Mental retardation Criteria C, the onset is before

3  age 18 years."

4  Q    And where -- can you give me a page reference?

5  A    Well, I've got the mini.  You have got the big one.  Look

6  up under mental retardation, and it has Criteria A,

7  significantly subaverage intellectual functioning and IQ of

8  approximately 70 or below; B, concurrent deficits or

9  impairments in present adaptive function; and C, the onset is

10  before age 18.

11  Q    The onset is what, Doctor?

12  A    It says, "The onset is before age 18 years."  That, in my

13  opinion, implies if not what, it doesn't directly state that

14  the onset of mental retardation is before age 18.

15  Q    Well, the first two criteria are significant subaverage

16  intellectual functioning, correct?  That's Criteria A.

17  A    And an IQ of approximately 70 or below.  That's right.

18  Q    And then B is concurrent deficits or impairments in

19  present adaptive functioning, right?

20  A    That's right.  That's the 11 that I made reference to

21  before.

22  Q    And C, the onset is before age 18.  Isn't that referring

23  to the onset of the deficits in both realms?

24  A    The onset of the deficit and the diagnosis, as far as I'm

25  concerned.

Patterson – Cross/Burt

1   Q    Okay.  So when they say onset, your view of that means

2   diagnosis has to be made before age 18?

3   A    Yes.  If you're looking at the adaptive functioning IQ

4   scores, why would you look at them unless you're attempting to

5   make a diagnosis that mental retardation existed at that time.

6   Q    And you're relying on that understanding in forming your

7   opinions here, correct, and in your report?

8   A    In part.

9   Q    All right.  Now, you also said on direct examination, I

10  believe, that your understanding was that you needed a score

11  of 70 or below, correct?

12  A    I'm sorry.  Would you repeat that question?

13  Q    I think you said on direct examination that your

14  understanding was, that you needed a score of 70 or below?

15  A    I believe I said the criteria is the range of 50 to 55,

16  to approximately 70.

17  Q    And then you said something about there is this plus or

18  minus five points, which would mean that at the low end, you

19  might not be mentally retarded even if you had a 65?

20  A    Yes.

21  Q    That's your understanding?

22  A    Well, that's my understanding of the plus or minus five

23  points.  That if the score is 70, but it could be 65, then you

24  might not have mental retardation.  It could be 75 and you

25  might.  Giving the most generous interpretation of that.

Patterson - Cross/Burt

1    Q     So what is the -- is there a fixed cutoff score that you

2    rely on in forming your opinions in this case?

3    A     No.  The score that I'm relying on is approximately 70.

4    Q     Okay.

5    A     And that if it goes up to 75 and has the functional

6    impairments, then -- or adaptive impairments, then mental

7    retardation certainly should be considered.  And my point in

8    making reference to the IQ scores is that they don't go below

9    75, with one exception.

10   Q     I see.  And you said that you had been doing some reading

11   on Flynn Effect.  I assume from that -- or can I assume from

12   that you didn't know much about it before the issue was

13   brought up in this case?

14   A     No, I didn't know much about it.  One of the things, as I

15   stated in this courtroom, I've done forensic evaluations on a

16   number of different venues, et cetera.  The Flynn Effect

17   appears, from my reading to be applied nearly exclusively in

18   capital death penalty sentencing.

19          So when I have been in involved in sanity

20   determinations, competency evaluations, et cetera, the Flynn

21   Effect has never been mentioned as something that should be

22   considered to demonstrate whether or not someone has

23   intellectual disability.

24   Q     And what reading have you done that indicates that the

25   Flynn Effect is applied in death penalty, Atkins types of

Patterson - Cross/Burt

1    cases?

2    A    There is an article in the <u>Journal of Psycho-educational</u>

3    <u>Assessment</u>, published in 2010 by Lee Hagen, Eric Drogan and

4    Thomas Guilmette, G-U-I-L-M-E-T-T-E.  And there is another

5    article by those same authors that was published in 2008, in

6    the <u>Professional Psychology Research and Practice</u>, a journal

7    of the American Psychological Association.

8            The first article says, the title is, "IQ Scores

9    Should Not Be Adjusted for the Flynn Effect in Capital

10   Punishment Cases."  The second article titled, "Adjusting IQ

11   scores for the Flynn Effect, consistent with the standard of

12   practice?"  And the office concluded that it is not consistent

13   with the standard of practice to adjust IQ scores for the

14   Flynn Effect.

15   Q    And so based on those two articles, you have done no

16   adjustments in this case?  Would that be fair to say?

17   A    Oh, I've done no adjustments with or without the

18   articles.  That's not what I do.

19   Q    How did you happen on those two articles?  Did you

20   research the issue or were those articles given to you by

21   someone.

22   A    Those articles were given to me after a discussion with

23   Dr. Denny, because I asked him questions about the Flynn

24   Effect, and he responded there's some controversy in the field

25   of psychology because it seems to be used primarily, if not

Patterson - Cross/Burt

1  exclusively in capital cases.  But other branches of

2  psychology don't use it.

3          And that second article that I mentioned, consistent

4  with the standard of practice, was an article that essentially

5  polled other psychology providers, schools, programs, et

6  cetera, and it appears they don't use it.

7  Q    And what does the AAIDD say about it?

8  A    I don't know.

9  Q    Did Dr. Denny tell you what the AAIDD said about it?

10 A    I don't know if he did.  I don't believe I asked him.

11 Q    Have you read -- you said you're affiliated with the

12 psychiatry and law organization?

13 A    American Academy of Psychiatry and Law.

14 Q    And do you read their publication, their journal?

15 A    I'm a reviewer for their journal.

16 Q    You are?

17 A    Yes.  Ezra Griffith is the editor.  He sends me articles

18 in my area of expertise, asking if I will review them, and

19 give him opinions as to whether or not they should be

20 published.

21 Q    I see.

22          MR. BURT:  Your Honor, could I approach the witness?

23          THE COURT:  Sure.

24 BY MR. BURT:

25 Q    I'm showing you Exhibit C, and directing your attention

LISA SCHMID, CCR, RMR
Official Reporter

1824

Patterson - Cross/Burt

1  to an article called, "Atkins versus Virginia:  Implications

2  and Recommendation For Forensic Practice," published in the

3  Journal of Psychiatry and Law, in 2009.  Have you ever read

4  that article?

5  A    I don't recall reading this specific article.

6  Q    Do you know what the standards are that are published in

7  your journal, as reflected in that article about the Flynn

8  Effect?

9  A    I don't recall having read this article.

10 Q    Okay.  So you wouldn't know what standards are set forth

11 in it, and you certainly didn't apply those standards in the

12 case, correct?

13 A    I don't recall having read this article, so I couldn't

14 apply standards that I haven't read.

15 Q    All right.  Now, you mentioned United States versus

16 Atkins.  What does United States versus Atkins say about the

17 score for the first prong?

18 A    My impression was that it is 70 or approximately 70, and

19 that's my impression.

20 Q    You have read the decision, correct?

21 A    I did read the decision prior to taking my forensic

22 boards, and I believe there was, what, my recertification in

23 forensic boards in February, and I believe there was a

24 question on the boards about it.

25 Q    February of --

LISA SCHMID, CCR, RMR
Official Reporter

Patterson - Cross/Burt

1   A    2012.

2   Q    2012?  Okay.

3           And are you familiar with the confidence interval?

4   Have you ever heard that term?

5   A    I have.

6   Q    Could you define it for me, as you understand it.

7   A    I believe that it defines the confidence in a particular

8   score.  And if say, a relative scoring, 95 percent confidence

9   that the score is accurate, within this range.

10  Q    95 percent that the score is accurate?

11  A    Within a arrange.

12  Q    So say you have a score of 70.  What does the confidence

13  interval mean in relation to that score?

14  A    I'm not sure of the exact confidence level in that score,

15  if it's 95 percent confidence or 90 percent confidence or

16  98 percent confidence.  The range could vary as to where the

17  actual window would be for that score to be accurate.

18  Q    For that score to be accurate or for the person's true

19  score to be within that range?

20  A    The latter.

21  Q    The latter?

22  A    Yes.

23  Q    So if you have a confidence interval, it means the

24  person's true score is somewhere within that range, whatever

25  that confidence interval is?

Patterson – Cross/Burt

1  A    That's essentially my understanding.  I will remind

2  counsel that I'm not a clinical psychologist.  I don't do

3  this.

4  Q    You don't do this, meaning?

5  A    I don't do IQ testing.  I don't do psychological testing.

6  That is why I consult with clinical psychologists because

7  they're the experts in that area.

8  Q    Okay.  Now, before you, in fact, fair to say that your

9  understanding of what IQ tests measure is pretty rudimentary?

10 Would that be fair to say?

11 A    Pretty rudimentary?  I'm not sure what you mean by that.

12 Q    Well, can you tell me that an IQ test measures?

13 A    My understanding is, it measures relative intelligence,

14 but that may not be.  I've seen in these articles that it may

15 or may not actually give you a true measure of intelligence,

16 but that is what is used in the field to give some input from

17 testing as to what someone's intellectual functioning is.

18 Q    And you don't purport to be an expert in administering

19 those tests or in interpreting them,  correct?

20 A    Oh, absolutely, I am not.  I don't believe that any

21 psychiatrist is an expert at administering or interpreting

22 psychological testing, because we're not trained to do that.

23         An example of that is when I have reviewed notes as

24 well as the reports by other experts in this case, I've not

25 reviewed the raw data, because I'm not qualified to interpret

Patterson - Cross/Burt

1    the raw data.  Psychiatrists are not qualified to do that.

2    Q    That would be the realm of psychologists?

3    A    Yes, sir.

4    Q    Now, when you interviewed Mr. Wilson, do your notes

5    reflect actually when the interview started and when it

6    began -- when it started and when it ended?

7    A    Yes, it does.

8    Q    Could you tell me what your notes show in that regard?

9    A    (Peruses document.)  My notes show that I arrived at the

10   facility at 8:50.  That Ms. Orloff met with the defendant for

11   approximately 9:30 (sic) to 9:12.  I began my interview at

12   9:12 and I ended it at approximately 10:32.

13   Q    So roughly an hour and-a-half, correct?

14   A    An hour and 20 minutes.

15   Q    In terms of your forensic practice, that's somewhat

16   unusual in terms of the amount of time that you spend with say

17   criminal defendants, before you rendered opinion.

18   A    No.

19   Q    Fair to say?

20   A    No, that's not fair to say.  The amount of time that I

21   spend in examination of a defendant depends on the complexity

22   of the forensic question, and the actual examination of the

23   defendant.

24   Q    I see?

25   A    So I've examined defendants for less time than that.

Patterson - Cross/Burt

1    I've examined defendants for substantially more time than

2    that.  I have no clue of why it would take five or six

3    sessions of examination of Ronell Wilson by anybody to

4    determine his diagnosis.

5    Q    Now, you mentioned the guidelines.  You relied primarily

6    on your interview with Mr. Wilson to rule out intellectual

7    disability, correct?

8    A    No.

9    Q    You didn't rely on that information?

10   A    I relied on that, but not primarily or entirely.  That

11   was part of the information I relied on.  I already specified

12   in my report the information that I reviewed, and I relied on

13   that as well.

14   Q    I thought you said on direct examination that you left

15   that interview with a clear impression that this man was not

16   intellectually disabled?

17   A    That's right.  And I already reviewed the records.  I

18   went back and I reviewed them again to make sure that I had a

19   clear understanding.  So my conclusion, as I said, I did not

20   render diagnosis at the time of the interview.  I left there

21   with that clear understanding, and I went back and I went over

22   the records to be sure that my understanding was correct.

23   Q    Okay.  And when did you first review the records?

24   A    I don't know.  Mr. McGovern contacted me sometime in I

25   believe April.  So it was between April and July when I saw

Patterson - Cross/Burt

1    Mr. Wilson.

2    Q    So sometime between April and July, you reviewed

3    approximately ten thousand pages or more of documents?

4    A    I would think that's pretty close.  There were a few

5    other documents that I think that were placed in a Dropbox, so

6    that I got those by come computer.  They included emails.

7    They included other documents that I may not have had prior to

8    my seeing Mr. Wilson, but you'll note that my report is dated

9    September, not July.

10   Q    Yeah?

11   A    So I took the time to review everything I had already

12   reviewed, in addition to information that I received

13   subsequent to the interview, and none of it was contrary to my

14   opinions and diagnoses in this report.  Most of it, as far as

15   without exception, confirm and supported my impressions based

16   on the interview, as well as the documents.

17   Q    Including your analysis that Mr. Wilson had improved with

18   medication?

19   A    Yes.

20   Q    When did he first get this medication?

21   A    His first use of Ritalin was between the ages of six and

22   eight, from my review of the records.  The second use was

23   around age 11 to 14.  In between, he also was prescribed

24   Imipramine, which is an antidepressant.  It is used, excuse

25   me, off-label for the treatment of ADHD, and it was

Patterson - Cross/Burt

1    discontinued because he had some decrease in his blood cell

2    count.

3    Q    So your opinion was that he first was given Ritalin at

4    age eight?

5    A    Six.

6    Q    Six.  I'm sorry, and when did he show improvement?

7    A    The records begin to note his improvement not long after

8    he was taking Ritalin, and I would have to look at them and

9    give you specific dates, but that's during the time that he

10   was showing improvement.

11           He then also, however, was being encouraged not to

12   take it by his aunt and by his brother and eventually

13   discontinued it.

14   Q    You reviewed the educational -- the Individualized

15   Education Programs?

16   A    Plans?  Yes.

17   Q    And did that show improvements at a point in time after

18   he started take Ritalin?

19   A    I'm not talking about improvements in his educational

20   plans.  I'm talking about improvements in his emotional

21   behaviors in the classroom.

22   Q    How about improvements in his basic academic function?

23   Did that improve after he took Ritalin?

24   A    I don't recall if it improved after he took Ritalin.  The

25   purpose of taking the Ritalin would help to improve his

LISA SCHMID, CCR, RMR
Official Reporter

Patterson - Cross/Burt

1    concentration, which would then help facilitate his utilizing

2    the educational process more effectively.

3    Q    So your testimony is when he started taking Ritalin at

4    age six, it helped him improve his conduct, so that his

5    behavioral disorders were less, correct?

6    A    That's correct.  Symptoms were less, yes.

7    Q    How many times was he admitted to Elmhurst?

8    A    Three.

9    Q    When was he admitted?

10   A    January of '89.  I believe April, a second time in '89,

11   and then I believe October of '93.

12   Q    And what was he admitted for?

13   A    Varying descriptions.  First in January of '89 was

14   because he was punching other children and because he had

15   threatened to kill himself, according to the records.

16   Q    And that's when they first started giving him Ritalin,

17   correct.

18   A    They diagnosed -- actually, they started giving him

19   Ritalin before they diagnosed ADHD.  They diagnosed

20   oppositional defiant disorder.

21   Q    When you say they diagnosed, who diagnosed him with that

22   disorder.

23   A    The staff at Elmhurst.

24   Q    The staff at Elmhurst?  Who specifically?

25            MR. McGOVERN:  Objection, Your Honor.  Is this a

Patterson - Cross/Burt

1   test of a ten thousand page record.

2              THE COURT:  You remember who it was?

3              THE WITNESS:  No, Your Honor.  I've not memorized

4   the names of the treating doctors.

5              THE COURT:  Go ahead.

6   BY MR. BURT:

7   Q    Were you in court yesterday when the records from a

8   Dr. Dupree were reviewed with Dr. Woods?

9   A    I did hear that testimony.

10  Q    You heard that he was a resident?

11  A    Yes.

12  Q    And was he the one that when Mr. Wilson was age six, who

13  first diagnosed him with oppositional defiant disorder and

14  also an academic disorder?

15  A    That may be so.  I would have to look at the record to

16  recall that.

17  Q    And you said after that point in time, he came back two

18  more times, correct?

19  A    That's correct.

20  Q    And he was -- around the first admission was when he

21  started getting Ritalin?

22  A    That's my understanding from the record.

23  Q    And even though he was admitted two more times, you

24  considered that to be improvement in his behaviors?

25  A    If he were taking the medications consistently and he

LISA SCHMID, CCR, RMR
Official Reporter

Patterson - Cross/Burt

1    didn't have improvements, then I would say no.  If he was

2    taking the medication sporadically and variably and according

3    to his statements to me, was spitting it out and not taking

4    it, and his family was encouraging him not to take it, my

5    impression would be he wasn't taking it consistently.  So when

6    he was taking it consistently, the improvement appears to be

7    reflected in the records.  When he wasn't, he got worse.

8    Q    And how did you determine that?  How did you determine

9    when he was taking it consistently so you can look and see his

10   conduct and say, oh, here's an improvement.  We know he was

11   taking it consistently, in view of the fact that he's telling

12   you that he wasn't taking it?

13   A    That's my opinion based upon my experience in treating

14   people with ADHD.  When they take their medication, their

15   symptoms improve.  They also may have some side effects of

16   sedation and feeling slowed down.

17   Q    When you say your experience with treating ADHD, your

18   experience in that area is very limited, is it not?

19   A    My experience if treating individuals with ADHD is

20   related to my experience back in St. Elizabeth's hospital when

21   I was a resident and when I was a staff psychiatrist.

22          The other experience I have is reviewing people who

23   have ADHD, interviewing them in prison, as well as reviewing

24   the records.

25          You mentioned a case of Anderson versus Colorado.

LISA SCHMID, CCR, RMR
Official Reporter

Patterson - Cross/Burt

1   That's a case about an inmate who has ADHD and was not being

2   treated for it appropriately, in my opinion, and who continued

3   to have emotional and behavioral difficulties.

4   Q     So you determined that he was in fact taking the

5   medication in some point and that allowed you to compare his

6   behavior?

7   A     That's correct.

8   Q     And can you tell me what point you determined that he was

9   taking it, at was period of his life?

10  A     He was taking it during sometime between the ages of six

11  and eight and sometime between the ages of 11 and 14.  That's

12  according to his aunt, when she makes the statement that he

13  got so much better to the Queens County staff, when he was

14  taking the Ritalin and Prozac.

15  Q     Now, is that the only thing that, in your opinion,

16  improved his behavior?  Did his academic achievement improve,

17  based on your reading of the records?

18  A     I don't know.  I don't recall if he improved or not.  The

19  purpose of the Ritalin is to treat ADHD.  That's to treat his

20  emotional disorder.

21  Q     Well, you diagnosed him with a learning disability NOS,

22  correct?

23  A     Yes, I did.

24  Q     In order to make that diagnosis, don't you to have look

25  at what his achievement is, his academic achievement?

Patterson - Cross/Burt

1    A    I have looked at the academic achievement.  That's not

2    what you asked me.  You asked me whether or not his Ritalin

3    improved his academic achievement.  That's a different

4    question.

5    Q    I see.  What did his academic achievement -- how did you

6    use his academic achievement or lack thereof to diagnose him

7    with a learning disability?

8    A    I was attempting to find, based on my examination of him

9    and the records, what my might be responsible for his

10   nonachievement.  And the ADHD, I think the oppositional

11   defiant disorder was certainly factors in that.  But he also

12   was noted as being behind his grade level.  So the best

13   explanation for that from my perspective, is a learning

14   disability, not AD -- not intellectual disability.

15   Q    Can learning disorders and intellectual disability share

16   symptoms?

17   A    Can they share symptoms?  Yeah, I expect they could.

18   Q    What are the common symptoms?

19   A    There may be some difficulties in academic performance,

20   some difficulties in reading.  That would be about it.

21   Q    And in this case, Mr. Wilson, in your view had academic

22   deficits across the board, right?  It wasn't just one failing.

23   It was in all areas of his academic achievement?

24   A    I don't think so.  I thing there were some areas where he

25   was doing better in academics and other areas where he wasn't.

Patterson - Cross/Burt

1

2    Q     Did you diagnosis him with a specific learning disorder?

3    A     No, I didn't.  That's why I said, NOS, Not Otherwise

4    Specified.  That category is using when there is not enough

5    information to apply a specific learning disorder.

6    Q     Right.

7    A     That was based on part of the educational records and on

8    part of the diagnoses that were offered by some of the

9    clinicians who saw him with academic skills disorder, which is

10   learning disorder.

11   Q     Did his academic achievement fall off behind his peer

12   group as he began to age, in your view?

13   A     I think it did.

14   Q     And isn't that symptomatic of mild mental retardation?

15   A     Could be.

16   Q     As well as other disorders, correct.

17   A     Alcohol abuse, marijuana abuse, not attending school.

18   Yeah.

19        THE COURT:  Okay, Mr. Butler.  I think we ought to

20   take a lunch break now.

21        MR. BURT:  Sure.

22        THE COURT:  Is it an okay time to break?

23        MR. BURT:  Perfect time, yes.

24        (Continued on the next page.)

25

Patterson – Cross/Burt

1    THE COURT:  Okay.  Let's take an hour for lunch,

2  'til 2:15.  Very well.

3    (Lunch recess.)

4    (Continued on the next page.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Patterson – Cross/Burt

1     A F T E R N O O N   S E S S I O N

2                      2:15 P.M.

3

4          THE COURT:  Let's continue.

5          Mr. Burt, about how long will your cross be?

6          MR. BURT:  About half an hour, your Honor.

7          THE COURT:  Are you ready with your next witness?

8          MS. COHEN:  Yes.

9          THE COURT:  Please continue.

10          The witness is reminded that he's still under oath

11   CROSS-EXAMINATION (Cont'd.)

12   BY MR. BURT:

13   Q    Before I broke, I was asking you about your experience

14   with people that have things like ADHD.

15   A    Yes.

16   Q    And I wanted to ask you to distinguish forensic

17   evaluations that you do from a patient perspective.

18          You don't see many patients, do you?

19   A    No.

20   Q    You travel so much that it's really hard to have some

21   sort of a patient basis?

22   A    Right.  I keep my patients low for the last probably two

23   or three years because of exactly that.  I think if I'm going

24   to be treating patients, I should be available to them at the

25   time.

Patterson – Cross/Burt

1    THE COURT:  Would you keep your voice up.

2    THE WITNESS:  Yes, sir.  Sorry.

3    THE COURT:  Thank you.

4  Q    Okay.

5         Since about 2004, at least, you said the last couple

6  of years since at least 2004, you only had about five patients

7  at any one time; is that correct?

8  A    That may be true.  I try to do that.  Occasionally it

9  will go up, but I try to keep it at that.

10  Q    The patients that you see, that small number of people

11  that you see, are patients who have diagnoses that range from

12  serious and persistent mental illnesses, such as schizophrenia

13  and bipolar disorder, dangerous depression, posttraumatic

14  stress disorder; is that correct?

15  A    At the time, whenever that signal was made, that's

16  probably accurate.  I'm certainly open to see other patients

17  with other disorders, including --

18  Q    This is from your testimony in the Anderson case in April

19  19, 2011.

20  A    Okay.

21  Q    You say that:  I see patients who have personality

22  disorders, patients who have substance abuse or dependency

23  disorders.  I don't see children.

24  A    That's right.

25  Q    The youngest patients I see are usually about 17.

Patterson - Cross/Burt

1    Occasionally I will see someone for an evaluation that may be

2    as young as 16, but I don't see children.

3            Then you said, I rarely treat forensic patients in

4    my private practice.

5    A    That's correct.

6    Q    And I think you also said that you don't, as a general

7    rule, see patients with ADHD?

8    A    At that time, that's right.

9    Q    Okay.

10           You occasionally diagnose a prisoner in your

11   forensic evaluation with ADHD, correct?

12   A    On more than occasionally.

13   Q    Would it be fair to say the same thing holds true for

14   mild mental retardation?  In other words, as a general rule,

15   that small patient population you see don't include people who

16   have been diagnosed by you or anybody else with mild mental

17   retardation?

18   A    If so, then they have dual diagnoses, someone who has

19   schizophrenia and mental retardation, bipolar disorder and

20   mental retardation, personality disorder and mental

21   retardation.  I don't see patients for treatment that have a

22   sole diagnosis of mental retardation.

23   Q    And is it true that in general for mild mentally

24   retarded, the patients you've had -- the inmate folks you've

25   had contact with who have had mild mental retardation, are in

Patterson – Cross/Burt

1 connection with your work at St. Elizabeth's?

2 A    No, that's not correct.  Mild or moderate mental

3 retardation, that's in connection with some of the prisons

4 that I have gone to.  Some consultations with prisons are a

5 one time visit.  For example, Angola in Louisiana I went to

6 once and evaluated several patients while I was there.  I was

7 retained by the state, because they were anticipating a visit

8 from the Department of Justice, wanted to have an overview of

9 their programs.  Other systems, the Philadelphia jail system,

10 the California system, the New Jersey system, South Carolina

11 system, I visited their prisons multiple times.

12 Q    Right.  But when you are evaluating systems, and you've

13 done a lot of work in that area, correct, all over the

14 country?

15 A    Yes, I have.

16 Q    And usually when you are evaluating a prison system, you

17 are looking at the system.  You are not there for the purpose

18 of rendering a diagnosis on a particular inmate?

19 A    Oh, yes, I am.  I'm evaluating the system to get an idea

20 of how the system is organized, their policies and procedures,

21 their quality management programs, their staffing, those kinds

22 of systems issues.  But I interview and examine patients in

23 every place that I go, because I want their perspectives on

24 how the program is working, and I don't simply go by the

25 papers presented.  I also interview officers and clinical

Patterson - Cross/Burt

1    staff.

2    Q    And is it your testimony that whenever you interview an

3    inmate, that you are always evaluating for all disorders, not

4    just mental retardation, but any other disorder that might be

5    applicable?

6    A    Sure.  And in most cases, probably 75 percent plus,

7    reviewing their records after I've seen them, to see if the

8    records support what they told me what their depressions are,

9    and if the treatment being applied is appropriate.

10   Q    And would it be fair to say that your methodology in all

11   of those cases is the same, right, and it's the methodology

12   you used in this case, the kind of basic "I know it when I see

13   it" approach?

14   A    I wouldn't call that a methodology, no.  My methodology

15   is essentially conducting a structured clinical interview.

16   That may be a short interview; it may be very long, depending

17   on the individual patient.  There are some instances where I

18   will evaluate a group of patients, particularly with regard to

19   group therapy they may be receiving, or community meetings.

20   In prisons, most prisons now have designated mental health

21   units.  Sometimes those units are labeled Mental Health

22   Residential Unit, and they have mentally ill individuals, as

23   well as mentally retarded individuals.  They also have

24   protective custody administrative segregation units.  They

25   have mental health crisis beds for people who are acutely ill,

Patterson – Cross/Burt

1    and then they have general population.

2    Q    I don't want to get too far afield here.

3    A    Okay.  But what I'm saying is from all of those, I

4    interview inmates in each of those areas.

5    Q    What I'm focusing on is your technique in interviewing

6    and diagnosis, not prisons or prison systems.

7    A    Right.  That's my understanding.  The technique may vary,

8    depending upon the circumstances.

9    Q    Right.  And the technique you described is a structured

10   interview, correct?

11   A    Usually, yes.

12   Q    Does that mean that you follow a –– there are such things

13   in psychiatry as structured interviews which actually have

14   written protocols and you follow the protocols, right?

15   A    Yes.

16   Q    Like SIRS, you are familiar with that?

17   A    Yes.  The SIRS is a psychological test, and it's a test

18   –– that's not what I'm talking about.

19   Q    But there are structured interviews in psychiatry that

20   you can use to do a structured clinical interview, correct?

21   A    Sure.

22   Q    You don't do that, though, do you?

23   A    No.  I follow a prototype that's recommended in the DSM.

24   The DSM has what's called a SCID, structured clinical

25   interview according to DSM.

Patterson - Cross/Burt

1    Q    Structured clinical --

2    A    Interview according to DSM.  So it has decision trees in

3    its various diagnoses to pursue.  I don't follow that

4    specifically.

5    Q    You don't follow that?

6    A    No.  I follow it generally, because of the experience I

7    had in interviewing people.  And because sometimes in prisons,

8    I have to interview people in their cell or at cell front.

9    There are some high security risks in segregated housing

10   units, SHUs, Death Row, and they are with officers when they

11   come out of their cell.  It's better for me to go to them,

12   then for them to be brought to me.

13   Q    So you vary your own protocol, depending upon the

14   situation, roughly?

15   A    Roughly.

16   Q    Okay.

17        I also think you made reference to things like

18   proverbs, correct?

19   A    Yes.

20   Q    Now, in the literature there are set proverbs that most

21   psychiatrists use, correct?  They are sort of a structured set

22   of proverbs, traditionally, and we'll get to what you do, but

23   this is a yes or no.

24   A    There are.  The part that I can answer yes or no to is

25   whether most psychiatrists use them.  Certainly their training

Patterson – Cross/Burt

1  programs they teach residents some basic proverbs, examples of

2  proverbs, et cetera.  Over time, I've added some that you

3  heard me speak of today, because I think they are more

4  relevant.

5  Q    Right.  And my point is your own personal way of doing

6  things is a little bit different than what other people do;

7  would that fair to say?

8  A    Probably.

9  Q    And to your knowledge within psychiatry, is there any

10 protocol which says in assessing intellectual disability, you

11 take into account any particular factor, such as whether

12 somebody's sneakers are new?  Is there anything out there that

13 says that, other than what you told us today, that was a

14 highly significant fact that his sneakers were brand new?

15 A    Well, it was important.  I didn't say it was a highly

16 significant fact.  I said it was an important part of my

17 evaluation.  But I always referenced the DSM-4 that has the

18 eleven criterians you asked me about earlier today.

19 Q    And the eleven criterians were what?

20 A    Intellectual disability, mental retardation.  You asked

21 me if I could recall them.  I think I was able to name six off

22 the top of my head.  It's in my book.  It's in my Mini D.  I

23 will read them to you.

24 Q    Is the cleanliness of the sneakers related to the

25 intellectual functioning prong, to adaptive deficit prong, or

Patterson - Cross/Burt

1    both?

2    A     It relates to both.

3    Q     Okay.

4            In fact, you, in your report, you kind of tie those

5    two prongs together, don't you, on the conclusion page, at

6    page 18, where you say:  In my opinion, he does not

7    demonstrate evidence of mental retardation, and his

8    intellectual abilities appear to be at least within the low

9    average to average range of intellectual functioning based on

10   his adaptive life skills and function.

11           You wrote that, right, under Conclusions and

12   Recommendations?

13   A     I'm sorry, what is the page?

14   Q     Page 18.

15   A     Page 18?  One second.

16   Q     I think it says, the second sentence.

17   A     Yes.

18   Q     So, as I'm understanding that sentence, and correct me if

19   I'm wrong, you are saying that he does not meet the

20   intellectual disability prong, based on his adaptive life

21   skills and function?

22   A     That's in part what I'm saying.

23   Q     Okay.

24           So in this case are you saying you take into account

25   such things as the cleanliness of his sneakers, in deciding

Patterson – Cross/Burt

1  whether he has both low intellectual functioning and low

2  adaptive functioning?

3  A     In part, yes, that's true, as well as the records that I

4  keep.

5  Q     Now, and the records that you keep mentioning indicated

6  to you that he had low -- average intellectual functioning,

7  because the records indicate to you that he had adaptive

8  skills and functioning, correct?

9  A     The records indicate adaptive skills and functioning.

10 He, himself, certainly indicates adaptive skills and

11 functioning.  And the IQ scoring is the other part of the

12 records that I include in that determination.

13 Q     And in all of those records you interviewed from age six

14 onward, did you see evidence of any adaptive skill deficit in

15 any of the domains that are mentioned in the DSM?

16 A     Yes, in the educational functioning, and I will give you

17 the proper term.

18 Q     Sure.

19 A     I'm sorry, functional academic skills.

20 Q     Okay.

21        So you think he had a deficit in that domain,

22 correct?

23 A     I do because of his ADHD and opposition defiant disorder.

24 Q     That's what you attribute the deficit to?

25 A     Yes, as well as learning disability.

FREDERICK R. GUERINO, CSR
Official Court Reporter

1848

Patterson – Cross/Burt

1   Q    And I'm focusing on whether he had the deficit.  We'll

2   talk about causation, but my question is, do you believe he

3   had a deficit in the area of academics, correct?

4   A    Functional academic skills, yes.

5   Q    Okay.

6        How about some of the other eleven that are listed

7   in the DSM in terms of, you know – and put aside for the

8   moment what the deficits were caused by – what other deficits

9   in those eleven areas did you see as reflected in your

10  records?

11  A    I don't think he has any other deficits.  In fact, I

12  think he has considerable strengths in some of those areas.

13  Q    Now, could someone with mild MR have both strengths and

14  weaknesses?

15  A    Of course.

16  Q    And do strengths outweigh weaknesses in the diagnosis of

17  MR?

18  A    I think it depends on the degree of the strength and the

19  degree of the weakness.

20  Q    All right.

21       You mentioned the eleven areas.  So it's your

22  opinion that looking at those records, you didn't see any

23  evidence that he had a deficit in social and interpersonal

24  skills, which was one of the eleven?

25  A    Oh, I understand now.  Looking at the records and the

Patterson – Cross/Burt

1  examination of him, I don't think he had social and

2  interpersonal skills attributable to mental retardation.  And

3  I understand you want me to break them apart as to the deficit

4  without causation, but that is just poor practice.  There's a

5  reason to tie the deficit, if there is one, to causation.

6  Q    And so as I'm understanding it, are you saying he did

7  have those deficits, but it was caused by something else?

8  A    Yes.

9  Q    All right.

10         So you would say he had deficits in social and

11  interpersonal skills, but those deficits were attributed in

12  your mind to some other disorders?

13  A    Up to a point, yes, the ADHD and the oppositional defiant

14  disorder.  By the time he's a member of the Bloods, and his

15  social and interpersonal skills have improved.

16  Q    In other words, being a member of a gang improves social

17  and interpersonal skills?

18  A    For gang members, many times it does.

19  Q    Many times.

20         Does it always do that?

21  A    I think it does for Mr. Wilson.

22  Q    Is it always the case that -- well, strike that.

23         Do people with mild mental retardation get involved

24  with gangs?

25  A    Occasionally they may get involved in gangs where the

1850

Patterson - Cross/Burt

1  gangs use them for various activities, as drug runners on

2  street corners, sometimes as gophers to go get beer and other

3  things like that.  But in my experience, they never rise to

4  leadership positions in gangs.

5  Q    And what is the evidence that you have that he in your

6  view was in a leadership position, where does that come from?

7  A    His self report, as well as records that I reviewed about

8  his wife being -- considering himself an OG, an original

9  gangster.

10 Q    Tell me in your notes, because I unfortunately can't read

11 them, where specifically do you reference his indicating any

12 leadership in the Bloods?

13 A    Oh, I don't know if I wrote it down as indicating

14 leadership.  It was my impression from talking with him, and

15 actually is relevant to what you raised at first, his snow

16 white new sneakers and his immaculate dress.

17 Q    I lost you there.

18 A    Okay.

19 Q    His snow white sneakers --

20 A    And his immaculate dress, right, in prison.

21 Q    Made you think that he was a leader in a gang?

22 A    Yes, that he has high status in the gang.  He is a Blood

23 member and he has high status in the gang.  And people who

24 have high status have special things in prison.

25 Q    Let me ask you a hypothetical.

Patterson - Cross/Burt

1    Suppose I'm a non-gang member, I'm in prison.  I

2    hear that Dr. Patterson is coming to see me.  I want to look

3    sharp.  I go out and buy a brand new pair of sneakers and walk

4    into the room.

5    Am I a gang leader?

6    A    Based on that alone?

7    Q    Yes?

8    A    Not necessarily.

9    Q    But I might be?

10   A    You might be.

11   Q    I see.

12   Now, you mentioned his scores.

13   At some point before you wrote your report, did you

14   consult with Dr. Denney?

15   A    I believe I talked with Dr. Denney maybe within a week

16   before writing my report, because I wanted a verbal report of

17   what his scores were showing.

18   Q    Okay.

19   Is what Dr. Denney told you accurately summarized at

20   the bottom of page 17 of your report?

21   A    I believe it is.  I hope I understood him correctly.

22   Q    Did he tell you anything else that is not reflected at

23   the bottom of that page?

24   A    I don't think so.

25   Q    And you relied on what he was telling you as it related

Patterson - Cross/Burt

1    to his scores?

2    A    In part, sure.  It was consistent with the other scores

3    that I had reviewed.

4    Q    And, again, what you were trying to figure out was

5    whether that score or the scores were below 70, correct?

6    A    And at that point I was trying to figure out whether or

7    not the scores were consistent, whether they were consistent

8    from the age of six to the age of thirty, and in my opinion

9    they are.

10   Q    Were you looking at just the scores or were you looking

11   at confidence areas?

12   A    I was looking at the full scale IQs.

13   Q    Not confidence scores?

14   A    No.

15   Q    Is there anything that says you should look at those?

16   A    There may be something in the AAID that says you should

17   look at those.

18   Q    How about the DSM?

19   A    The DSM may say that.  I don't know if it does.

20   Q    If it does, you would be following what is in the DSM?

21   A    If it says that, I would be asking for that information

22   from someone who was more qualified than I to review

23   confidence level, who is a psychologist doing psychological

24   testing, that's what they do.

25   Q    In the historical scores that you saw and reviewed, did

Patterson − Cross/Burt

1    anyone compute confidence intervals for any of those scores

2    that you recall?

3    A    The ones, a slide or the display, that I saw about

4    confidence levels was computed to my understanding by Dr.

5    James.

6    Q    I'm sorry, I didn't get the last part of that.

7    A    It was computed by Dr. James, what I recall seeing.

8    Q    But you didn't see Dr. James' scores before you concluded

9    in your own report that he didn't meet any of the three

10   prongs, did you?

11   A    No, I did not.

12   Q    What you had in front of you was an oral report from Dr.

13   Denney as to what his scores were?

14   A    Yes.

15   Q    Did he actually tell you what his scores were or did he

16   characterize it as you have it at page 17?

17   A    I don't remember if he actually told me the number.  It's

18   characterized in my report as to where they fell.

19   Q    What he told you was that his psychological evaluation

20   testing results were borderline below average on the WAIS

21   score, correct?

22   A    I believe so.

23   Q    So he didn't give you the benefit of a number when you

24   spoke to him, correct?

25   A    I don't recall if he did or not.

Patterson - Cross/Burt

1  Q    Were you taking any notes of what he was telling you?

2  A    I was taking some notes, but it was a very brief

3  conversation.

4  Q    Okay.

5        But you don't recall him giving you a score?

6  A    I don't.

7  Q    And the other scores you had were the ones that were in

8  the records, correct?

9  A    That's correct, yes.

10 Q    Up to Dr. Drob's scores?

11 A    That's right.

12 Q    And what you were looking at there was that none of those

13 scores were below 70?

14 A    That's essentially correct.

15 Q    Okay.

16 A    I was also looking at what the scores actually were and

17 what the conclusions from the administrator of the scores and

18 their conclusions about what that meant, whether it meant that

19 the individual, Mr. Wilson, was mentally retarded, at low

20 average, borderline, or average.

21 Q    And so the particular labels that were being employed by

22 the historical testers were of significance to you?

23 A    Of course, as well as their clinical judgments.

24 Q    Did you know what metric they were using in terms of what

25 borderline mentally retarded meant?

1855

Patterson - Cross/Burt

1    A    I had the scores and I had their conclusions about what

2    they meant.  And according to the scores, they did not meet

3    mental retardation.  And also according to their clinical

4    judgment, the scores underestimated Mr. Wilson's intellectual

5    ability.

6    Q    Were you sitting in court when Ms. Drezner testified this

7    morning?

8    A    I was.

9    Q    Did you hear her testify that she was assessing whether

10   -- in part whether he had potential for the answer to a single

11   question on an IQ test?

12   A    I heard her say that.

13   Q    Is that clinically justified?

14   A    I don't know.

15   Q    You don't know.  Outside your expertise?

16   A    I would say so.

17            (Continued on the next page.)

18

19

20

21

22

23

24

25

Patterson - Cross/Burt

1   EXAMINATION BY

2   MR. BURT:

3   Q    Outside your expertise?

4   A    I would say so.

5   Q    If that is the basis for her language that he was

6   underperforming, and somebody else testified that's not

7   appropriate clinical practice, would that be something you'd

8   want to take into account?

9   A    I would certainly consider whatever they want to say.

10  Q    Last area which is -- two more areas, actually.

11  You said youre placing significance on your interview with

12  Mr. Wilson?

13  A    Absolutely.

14  Q    What does the AAIDD say about self-reports?  How you

15  should view self-reports in diagnosing mild MR?

16          MR. McGOVERN:  Objection to the word "self-report."

17          THE COURT:  I'm sorry.

18          MR. McGOVERN:  This is not a self-report for the

19  purposes of the AAID.  Its an unfair question to posed to the

20  witness.  My recollection is that Dr. Woods met with the

21  defendant six times that wasnt viewed as a self-report as for

22  AAIDD purposes.  What the AAIDD is talking about is the use of

23  testing the adaptive functioning as a result of a self-report.

24          THE COURT:  Interviews are not self-reports, so

25  sustained.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Patterson – Cross/Burt

1  EXAMINATION BY

2  MR. BURT:

3  (Continuing.)

4  Q    You were relying on Mr. Wilson's answers to the questions

5  that you were posing to him to make your diagnosis; correct?

6  A    In part.  As I mentioned, the psychiatric examination

7  relies on the answers, the actual content.  It also relies on

8  the process, how the content is related.  It relies on the

9  observations of the examiner of the examinee.  All of those

10  are relevant.

11  Q    Right.

12  And in self-report, you are relying on self-report in the

13  sense -- you know what I mean by that; correct?

14  A    No, I don't know what you mean by "self-report."  I'm

15  relying on his responses to my questions and his descriptions

16  of his psychosocial history as well as responses to mental

17  status questions, et cetera.

18  Q    Well, for instance, you said on direct examination that

19  you relied in part on your questions to him about why you were

20  here.  And he said, you quoted in your report the words he

21  used as, "its an Atkins issue."

22  A    That's right, I did identity quote that in my report.

23  Q    What was the quote, if you have a quote in your notes,

24  about what he said in answer to your question, "Do you know

25  why we are here?"

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Patterson - Cross/Burt

1    A    I believe I said on direct, "Its an Atkins issue, its an

2    Atkins claim."  In my notes, to says issue dash quote "its an

3    Atkins claim," unquote.

4    Q    Can you tell me where in your notes to says that again?

5    A    Its on Page 1.

6    Q    Page 1.  And could you tell me where on Page 1?

7    A    At the top of the page.

8         MR. BURT:  May I approach the witness and have him

9    point it out?

10        THE COURT:   Sure.

11        MR. BURT:  Thank you.

12        THE WITNESS:    Its right here.  It says, "Issue,"

13   and right up here, which you can't make out, to says, "Issue,"

14   right up here which you may not be make out very well.  "I

15   know why youre here, its an Atkins claim."

16   Q    Does it say, "Its an," in your notes?

17   A    He said it.  I may not have written it in my.  Notes

18   these are contemporaneous notes.

19   Q    They're --

20   A    That's what he said.

21   Q    Well, your notes don't say he said, "Its an Atkins

22   claim."  What your notes say, "Atkins claim."  Right?

23   A    It says, "I know why youre here, Atkins claim."

24   Q    What do you got in quotes in your notes?

25   A    I'm not saying I know why youre here, I didn't put

Patterson - Cross/Burt

1    quotation marks around, "I know why youre here." That's what

2    he said. He also said, "Its an Atkins claim." I am trying to

3    get down as much of what he says, but its not going to be like

4    transcribing word for word. I recall what he said.

5    Q     And what your recollections differ than what you got

6    quoted in your notes; correct?

7    A     My notes say, "Its an Atkins claim." It doesn't include,

8    "Its an Atkins issue." I'm sorry, my notes say that, my

9    report says, "Its an Atkins issue." It doesn't include -- let

10   me start over.

11   My notes say, "I know why youre here, its an Atkins claim"

12   after the word "issue." My report says, "Its an Atkins

13   issue."

14   Q     In quotes, right, in your report?

15   A     Yes, that's right.

16   Q     And I just want to make sure that in your notes what's

17   quoted is the term what, what do you have in quotes in your

18   notes?

19   A     "I know why youre here, its an Atkins claim."

20   Q     The words, "I know why youre here," is in quotes?

21   A     I'm sorry, its not in quotes. It says, "I know why youre

22   here." I didn't put quotations around what he said. There

23   are other places in my notes where I don't put quotations

24   around what he said.

25   Q     And what you also have quoted in your report is, "I had

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Patterson - Cross/Burt

1    the death sentence, it was vacated," and, "this is part of

2    resentencing if he finds I was incompetent before the age of

3    18."

4    Is that in your notes?

5    A    Its in my notes, yes.

6    Q    And you thought that when he said if he -- I guess

7    referring to the judge -- finds he was incompetent before the

8    age of 18 you thought that that perfectly captured what Atkins

9    was about; right?

10   A    I would say it very well captures.  If for someone who is

11   incarcerated who may have low average intellectual

12   functioning, the idea that he would know its an Atkins case, a

13   claim, is pretty good.  And then to go on to say, "It has to

14   do with resentencing," is certainly accurate.  And then to go

15   on to say, "That if he finds, referring to the judge, I was

16   incompetent before 18" is very, very close to the matter at

17   hand.

18   Q    How is it different?

19   A    How is it different?

20   Q    Yes.

21   A    He doesn't say, "If he finds I was mentally retarded

22   before age 18."

23   Q    Is there a difference between incompetence and Atkins?

24   A    Sure.

25   Q    What's the difference?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Patterson – Cross/Burt

1  A    The difference is if we all know that Atkins has to do

2  with mental retardation.  I don't expect that lay people,

3  whatever their intellect, necessarily know that distinction.

4  Q    But, in this case, you thought it was so close that it

5  indicated some great ability on his part?

6  A    I thought it was so close that it certainly indicated

7  that he had a higher level of intelligence than might have

8  been assumed by someone who has mild mental retardation.

9  Q    I see.  Now, in your work at St. Elizabeth's, and in your

10 private practice, you've done a lot competency evaluations;

11 correct?

12 A    I have.

13 Q    And you said during voir dire that that list of cases up

14 there in Exhibit P.  Every one of those you were assessing

15 whether somebody was mildly mentally retarded because you were

16 doing an examination of them?

17 A    That's what I said.

18 Q    One of the people on that list is Clarice Blackman;

19 correct?

20 A    Yes.

21 Q    And she was someone who had been diagnosed as mildly

22 mentally retarded within your institution?

23 A    That may very well be.

24 Q    Do you remember that case?

25 A    I don't remember the diagnosis of everybody on that list,

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Patterson - Cross/Burt

1    no.

2    Q    And do you remember testifying that, although she was

3    mildly mentally retarded, you agreed she was mildly mentally

4    retarded because your staff had designated her as such that

5    she was nevertheless competent to stand trial?

6    A    I don't recall that specifically, but if your question is

7    someone could be mildly mentally retarded and competent to

8    stand trial they most certainly can.

9    Q    And you've had that come up a lot of times, haven't you?

10   A    Its come up sometimes.

11   Q    Well, more than once in the years you were at

12   St. Elizabeth; right?

13   A    A lot of times it's very different that more than once.

14   It's comes up one time.

15   Q    In the population of St. Elizabeth, you don't have a

16   large proportion of mildly mentally retarded inmates who never

17   gain competency do you?

18   A    At St. Elizabeth, we don't have inmates, we have

19   patients.  And the proportion of people who never regain

20   competence, some of them are indeed mentally retarded.  Some

21   of them are profoundly psychotic.  It varies with the

22   individual and some do not regain competence.

23   Q    Especially in the mildly mentally retarded group.  That

24   group can be competent to stand trial; correct?

25   A    They can be.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Patterson – Cross/Burt

1   Q    And you've done lots of competency evaluations; correct?

2   A    I have.

3   Q    And one thing that's involved in that is the ability to

4   understand sometimes complicated legal concepts; correct?

5   A    Not really.

6   Q    No?

7   A    No.  What's involved in competence for trial is

8   U.S. versus Dusky.  The ability to assist your attorney in

9   your defense; that you understand factually and rationally the

10  charges, the consequences, and the role of court personnel.

11  Q    I see.

12  And in Ms. Blackburn's case do you remember this testimony.

13          "QUESTION:  Is Ms. Blackman capable of being taught

14  legal concepts and principles that she does not understand?"

15          And you said:

16          "ANSWER:  In my opinion, absolutely.  Ms. Blackman,

17  not only legal concepts that she doesn't understand but

18  concepts generally.  Her school records indicate that she

19  graduated from the Kennedy Institute, that is significant.

20  During the course of these her stay St. Elizabeth Hospital she

21  was able to incorporate new knowledge and learn."

22  Do you remember that testimony?

23  A    No.

24  Q    Do you want to look at it?

25  A    I will take you at your word.  I don't remember that

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

1864

Patterson - Cross/Burt

1    testimony, no.

2    Q    And you remember testifying that?

3            MR. McGOVERN:   Objection, your Honor.

4    Before we go any further, I am trying to find out what the

5    relevance of this is.  It doesn't appear to be relevant.  He's

6    just questioned the expert about his understanding of what the

7    competency standard is and I think that answer was fully

8    answered.

9    Now, we're going off into another case that has not been shown

10   to be anything inconsistent with what the expert has testified

11   to here or in any way related to the issue of mental

12   retardation, particularly, with this defendant.

13           MR. BURT:  I understand that part of his testimony

14   on direct was that if there was great significance in the fact

15   that, or some significance in the fact, that Mr. Wilson was

16   able to understand the Atkins concept, he stressed that point.

17   So here's a situation where he is saying this woman is mildly

18   mentally retarded, and yet, she is capable of understanding

19   legal concepts generally, and she's capable of incorporating

20   new knowledge and learning even though he says she's mildly

21   mentally retarded.  So I think that is a proper area of

22   inquiry and in terms of it being referenced to another case.

23   There's lots of examination about other cases during the

24   defense experts.  So I don't think that part of it is a proper

25   objection.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Patterson – Cross/Burt

1       MR. McGOVERN:  Your Honor, he has not established

2  that what he's talking about right now is a mental retardation

3  case.  He's asked the expert if he recognizes this woman's

4  name and then he personally opines about what the case is

5  about of which the expert says, I don't specifically recall.

6  What the Government did was the Government cross-examined

7  their experts with transcripts specifically related to Atkins

8  versus Virginia claims.  This is a competency transcript, it

9  is wholly irrelevant to the issue here.

10      THE COURT:  Is this an Atkins?

11      MR. BURT:  This is a competency evaluation where

12  this witness says, I don't believe Ms. Blackman has any major

13  mental illness or major mental defect or neurological disease.

14  She has mild mental retardation, that's it.  And so, its --

15      THE COURT:  So can you lay the foundation for using

16  that?

17      MR. BURT:  I have copies for the Court if the Court

18  would like.

19      THE COURT:  Lay the foundation, meaning, if you ask

20  the witness whether someone can have mild intellectual

21  disability and still be capable of ascertaining legal concepts

22  that would be a good start.

23      MR. BURT:  Sure.

24  EXAMINATION BY

25  MR. BURT:

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Patterson - Cross/Burt

1    (Continuing.)

2    Q    Doctor, you would agree that someone with mild

3    intellectual disability is still capable of comprehending

4    legal concepts; correct?

5    A    It would depend on the individual.  I would not for a

6    moment say a group simply because they may be classified as

7    mildly mentally retarded can or cannot understand legal

8    concepts or become competent.  It depends on the individual.

9    Q    Right.

10   And so, it does depend on the individual and, therefore, you

11   cannot say that because somebody understands a legal concept;

12   that, therefore, that person is always going to be mentally --

13   is always going to be intellectually -- is always not going to

14   have an intellectual disability; correct?  You'd agree with

15   that?

16   A    I'm not sure what that question was.

17   Q    All right.

18         THE COURT:    I understood the question.  Ask it

19   again.

20   Q    You would agree that you cannot say that just because

21   somebody understands a legal concept that they don't

22   have -- they can't have an intellectual disability?

23   A    I think it largely depends on the degree of disability,

24   and it also depends on the legal concept.  The case that youre

25   referencing, if I understand it correctly, has to do with

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

1867

Patterson – Cross/Burt

1   competence for trial and assisting her attorney at a trial.

2   That's different.

3   Q    It also has to do with you saying that this woman is,

4   number one, mildly mentally retarded; and, number two, that

5   she can understand concepts generally, not only legal concepts

6   but concepts generally, and that she was able to incorporate

7   new knowledge and learning.

8   Do you agree with that statement or not?

9   A    If that's the statement I made, of course I agree with

10  it.

11  Q    Do you want to see it to make sure?

12  A    Sure.

13            MR. BURT:  May I approach, your Honor.

14            THE COURT:  Where is it from, by the way?

15            MR. BURT:  This is United States versus Blackman,

16  February 4, 2002, Superior Court of the District of Columbia,

17  Criminal Division.

18            THE COURT:  Do we have that in the record?

19            MR. BURT:  I have the transcript.

20            THE COURT:  So youre going to offer it?

21            MR. BURT:  I would offer those questions and

22  answers, yes, once he's had a chance to look at it.

23            THE COURT:  Okay.

24            (Approaching the witness.)

25            (Handing to the witness.)

Patterson – Cross/Burt

1 EXAMINATION BY

2 MR. BURT:

3 (Continuing.)

4 Q    And then if you look at the top of Page 31, first couple

5 of lines there.

6 Do you recall saying at Page 31, "I don't believe Ms. Blackman

7 has any major mental illness or major mental defect or

8 neurological disease.  She has mild mental retardation, that's

9 it."

10 Do you remember saying that?

11 A    That's what the transcript says that I said.

12 Q    Okay.

13 A    So, no, I don't recall it but Ill tell you that that's

14 accurate.

15 On Page 29, the other highlighted area that you had me read it

16 also says, "Ms. Blackman does not like to be refer it herself

17 as mentally retarded which is not at all uncommon from suffer

18 from these kinds of issues.  She refers to herself as, 'people

19 like me,' and people like me have to work hard, have to study,

20 and have to go over things.

21 And with sensitivity and attention from her counsel, I think

22 that she can certainly keep abreast of what's going on in the

23 courtroom situation and go with whatever changes may come

24 about."

25 Q    Right.

Patterson – Cross/Burt

1  A     That's what it says.

2  Q     Then at Page 28, youre asked, "Now, is Ms. Blackman

3  capable of being taught legal concepts and principles that she

4  does not understand?"

5  And your answer, "In my opinion, absolutely.  Ms. Blackman,

6  not only legal concepts that she doesn't understand but

7  concepts generally.  Her school record indicates that she

8  graduated from the Kennedy Institute, that is significant.

9  During the course of these, her stay at St. Elizabeth's

10  Hospital, she was able to incorporate new knowledge and

11  learn."

12  Do you remember saying that?

13  A     That's what it says.

14  Q     Okay.

15  And you agree with that, those statements?

16  A     If this is what I said during this trial, then I agree

17  that that's what I said.  I don't disagree with the

18  statements.

19  Q     Now, do you think Mr. Wilson, like Ms. Blackman, was,

20  with sensitivity and attention from her counsel, certainly

21  able to keep abreast of what's going on in his case?

22  A     I think he -- I don't know if it was because of

23  sensitivity from his counsel.  I think that he is able to keep

24  abreast of this case because I don't think he's mentally

25  retarded.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

1870

Patterson - Cross/Burt

1    Q     Was it significant to you that he knew the name "Atkins"

2    in light of the context he was in with lawyers representing

3    him who have raised an Atkins claim?

4    Do you think they might have talked to him about it and that

5    he may have been able, as Ms. Blackman was, to be educated

6    enough to understand what Atkins meant at least in the way you

7    have quoted in your report?

8    A     I don't know that.

9    Q     Wouldnt that be important to know?

10   A     I think that's possible that he could have been educated

11   by his attorneys.  I think its also possible he could have

12   educated himself, that they told him what the concepts were

13   and that he has the mental ability to abstract what those

14   concepts mean and to tell them directly to me which is what he

15   did.

16   Q     Right.

17   And just like Ms. Blackman and she was mentally retarded?

18   A     She was mentally retarded.

19   Q     Mildly mentally retarded?

20   A     She was mildly mentally retarded.  Mr. Wilson is not.

21   Q     And she was able to incorporate new knowledge and

22   learning while she was in custody at St. Elizabeth's?

23   A     That's what it says.

24   Q     Just like Mr. Wilson was capable of doing that; correct?

25   A     Except that he's not mentally retarded.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Patterson – Cross/Burt

1   Q    In your opinion.

2   But the information youre relying on is what we're addressing

3   here.  Not your ultimate opinion, but what is you relied upon.

4   And you relied upon in part what he told you about Atkins;

5   right?

6   A    In part.  And with Ms. Blackman, one of the things that's

7   not present here is what her I.Q. scores actually were.

8   Q    Right.  And so your back to the I.Q. scores, not adaptive

9   functioning.  And you told me earlier that the intellectual

10  functioning prong was determined in part by you based on

11  adaptive functions.  That's what you wrote in your report?

12  A    That's what I wrote in my report.

13  Q    Right?

14  A    In part.

15  Q    And now youre telling me that the adaptive functioning

16  part of it, even though he might not -- even though he might

17  be mildly mentally retarded and still be able to understand

18  legal concepts now youre back to the scores; right?

19         MR. McGOVERN:  Objection.  That's a tad

20  argumentative.

21         THE COURT:  Your point is made.

22         MR. BURT:  Okay.

23  Q    Now, you, in terms of Mr. Wilson's ability to learn, you

24  pointed out in your report that he had made, had made or was

25  making an adequate adjustment to his incarceration; correct?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

1872

Patterson – Cross/Burt

1   A    I believe that's correct, yes.

2   Q    You felt that at the time that you evaluated him he had

3   adjusted properly to his custodial environment; correct?

4   A    Yes.

5   Q    And based on your clinical interview, your prediction is

6   he will continue to do so; correct?

7   A    I would hope so.

8   Q    Not only you hope, youre using your best clinical

9   judgment and that's your opinion?

10  A    I'm using my best clinical judgment, but whether or not

11  that judgment proves to be true has to do with what he chooses

12  to do.  It's not an ability issue, its what he chooses to do.

13  Q    You emphasize a lot of his behavior was based on choices;

14  correct?

15  A    Certainly.

16  Q    Did he choose to be conceived by a woman who was drunk

17  and cocaine addict?  Is that a choice he made?

18  A    No more choice for him than it is for any in utero fetus

19  as who they are going to be born to.

20  Q    Did he choose to be abandoned by his mother at the age he

21  was abandoned by her?

22  A    I can't imagine he would have made that choice any more

23  than any other child chooses to be abandoned.

24  Q    Did he choose to be born into poverty?

25  A    I can't imagine anyone chooses to be born into poverty.

Patterson – Cross/Burt

1    Q    Did he choose to have meningitis?

2    A    I can't imagine anyone chooses to have meningitis.

3    Q    And, in your opinion, he had a significant developmental

4    history, did he not?  You wrote that in your report?

5    A    Of course I did.

6    Q    It was significant because he had many of the risk

7    factors that can result in serious neurocognitive disorders

8    such as learning disabilities; correct?

9    A    That's not what I wrote in my report.

10   Q    I'm asking --

11   A    That's not what I meant by him having serious

12   developmental issues.  The issues that, an important part of

13   this is, as a forensic expert or opinion expert my job is to

14   try to assist the Court.  So that means that I'm going to

15   report the information that I've been apprised from the

16   records and from the individual I examined.

17   So I'm certainly not going to leave out that he had an

18   addicted mother.  I'm not going to leave out that he had

19   meningitis.  I'm not going to leave out that he born into

20   poverty.  I'm not going to leave out that he had a chaotic

21   home life even after he went to his aunt's home.  All those

22   things are important for me to share as an expert with the

23   Court so the Court can determine what the Court needs to

24   determine.

25   I believe that's what a forensic expert should do.  So I don't

1874

Patterson - Cross/Burt

1  leave out things like oppositional defiance disorder or

2  hyperactivity or conduct disorder because perhaps I disagreed

3  with it.  Its part of the record in this case, I don't

4  disagree with it.  But if I did, I wouldnt leave it out.

5  Q    Well, that's good, you wouldnt leave it out.  But you

6  also believe that he had a serious neurocognitive disorder;

7  that is, a learning disorder?

8  A    I believe he had a learning disorder, the seriousness of

9  it I'm not sure of only because that has not been determined

10 and that's why its a learning disorder NOS.

11 Q    Did you think that disorder was present from a very early

12 age?

13 A    I think it may have been.  It certainly was revealed when

14 he was in school.

15 Q    Did you think it was related to his -- what you termed

16 "serious developmental history" including the factors I just

17 enumerated for you?

18 A    I don't know.

19 Q    But you certainly thought they were significant in the

20 terms of your report, right?  You said they were significant.

21 A    They're significant for the Court to know.  It does not

22 mean that there was a linkage from that to his learning

23 disability by fiat, it doesn't mean that.  It means that

24 there's information the Court should know.

25 Q    You, lastly, talked about frontal lobe and abstract

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Patterson - Cross/Burt

1   thinking.

2   Do you remember that?

3   A      I recall that.

4   Q      Okay.  Did you take a look at the PET testing?

5   A      The PET Scan, sure.

6   Q      Yes.

7   A      I didn't look at the scan, I looked at the report.

8   Q      And are you an expert in interpreting PET Scans?

9   A      No.

10  Q      Do you remember where the area of the brain was that

11  Dr. Bucksman said the defect was?

12  A      Frontal lobe.

13  Q      Frontal lobe.

14  Part of the brain that is affected -- abstract thinking;

15  correct?

16  A      Yes.

17  Q      Okay.

18  A      And he also said the causation could be meningitis or

19  ADHD or developmental disability or schizophrenia.  So

20  whatever he found he did not have a conclusion as to what

21  caused it.

22  Q      Right.  In medicine, we never have a one-to-one cause

23  between any symptom as a causative factor, do we?

24  A      Nonsense.

25  Q      We don't?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

1876

Patterson – Cross/Burt

1   A    Nonsense.  We certainly do.

2   Q    You tell me one thing that is caused by another to the

3   exclusion of all her things thought?

4   A    You fall down those stairs and break your leg, you broke

5   you leg because you fell down the stairs.

6   Q    Okay.  In the area of mental disregards?

7   A    You said "in medicine."  In mental disorders, if you are

8   intoxicated on PCP and you break your arm because you can't

9   feel pain, you broke your arm because you had an anesthetic

10  effect from PCP.

11  Q    And in that situation you still take into account all of

12  the evidence you have in determining what youre dealing with?

13  A    Of course.

14  Q    Okay.

15        MR. BURT:  Thank you.  That's all I have.

16        THE WITNESS:    Youre welcome.

17        THE COURT:  Redirect?

18        MR. McGOVERN:  No redirect.

19        THE COURT:  All right.  The witness is excused.  You

20  may stand down, sir.

21        THE WITNESS:    Thank you, your Honor.

22        THE COURT:  Youre most welcome.

23        (Witness leaves the witness stand.)

24        THE COURT:  All right.  You may call your next

25  witness.

Patterson – Cross/Burt

1    MR. McGOVERN:  Your Honor, at this time the

2    Government calls Dr. Robert Denney.

3    (Witness takes the witness stand.)

4    MR. STERN:  Can I interrupt for one second?

5    THE COURT:  Yes.  Just one moment, Dr. Denney.

6    MR. STERN:  It's all right.  I have a doctor's

7    appointment tomorrow morning at 8:00 o'clock which I have to

8    cancel if I can't go.  So I would probably not get here until

9    10:00.  I told my client but if its not okay with you, I'll go

10   cancel it.

11   THE COURT:  Is it all right with your client?

12   MR. STERN:  It is.

13   THE COURT:  Is that all right you, Mr. Wilson?

14   THE DEFENDANT:  Yes.

15   THE COURT:   He can go.

16   THE DEFENDANT:  Yes.

17   THE COURT:  Youre giving him permission?

18   THE DEFENDANT:  Through you.

19   MR. STERN:  I'm glad to have permission from the

20   both of you.

21   THE COURT:  I appreciate that you've asked both of

22   us.  I would note that you haven't been actively engaged in

23   trying this hearing so I don't want to say we wont miss you

24   but I think Mr. Burt can handle it.

25   COURTROOM DEPUTY:  Sir, please raise your right

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

1878

Patterson – Cross/Burt

1  hand.

2  ROBERT L. DENNEY, called by the Government, having been first

3  duly sworn, was examined and   testified as follows:

4           THE WITNESS:  Yes, I do.

5           COURTROOM DEPUTY:  Please have a seat.  Please state

6  and spell your full name for the record.

7           THE WITNESS:    Robert L. Denney.  D-e-n-n-e-y.

8           THE COURT:  All right.

9  Mr. McGovern, yesterday when we had your motion, did I

10  understand, or didnt I understand, that you were conceding the

11  existence of prong two, a deficit in adaptive functioning or

12  was that I just didn't understand?

13           MR. McGOVERN:  That was not my intention to

14  communicate.

15           THE COURT:   Okay.

16           MR. McGOVERN:  No.

17           THE COURT:  Just checking.

18           MR. McGOVERN:  No, no.

19           THE COURT:  Because that certainly would cut down on

20  the amount of testimony from here on out.

21           MR. McGOVERN:  It may well, your Honor.  However,

22  the Government is not conceding the existence of deficits for

23  Mr. Wilson.

24  I think Dr. Patterson captured it most appropriately which was

25  to say that its, to the extent that he had problems or

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Patterson – Cross/Burt

1    whatever his problems were, regardless if they meet the

2    standard for deficits as a matter of psychology or psychiatry,

3    the causation is really the issue whether or not they caused a

4    mild mental retardation or something else.  But we would not

5    be in a position to concede that he had deficits.

6              THE COURT:  The burden is still on the defense to

7    prove that the second prong has been met.  Is what youre

8    saying?

9              MR. McGOVERN:  That's right.

10             THE COURT:  Okay.  Just checking.

11             MS. COHEN:  Okay.

12             THE COURT:  You may inquire.

13             MR. McGOVERN:  Thank you.

14   DIRECT EXAMINATION

15   BY MR. McGOVERN:

16   Q    Good afternoon.

17   A    Good afternoon.

18   Q    Dr. Denney, are you employed?

19   A    Yes, I am.

20   Q    And what do you do?

21   A    I have split my time.  I am an Associate Professor and

22   Director of Neuropsychology at the Forest Institute of

23   Professional Psychology in Springfield, Missouri.  And I also

24   maintain an independent private practice.  And I also teach at

25   the adjunct level at the Evangel University.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Direct/McGovern

1    Q    How long have you been a psychologist?

2    A    I've been a licensed psychologist since 1991.

3    Q    Okay.

4    And do you have a special branch of psychology that you

5    practice in?

6    A    I practice in two main areas -- forensic psychology and

7    clinical neuropsychology.

8    Q    And are you board certified in each of those disciplines?

9    A    Yes, I am.

10   Q    Could you explain to us what the significance of that is

11   for our purposes.

12   What's the board certification in those particular areas?

13   A    Well, of course, board certification means that one's had

14   one's credentials and work samples and knowledge base reviewed

15   by experts in the field and found qualified to function within

16   that area.  The fact that I've got board certification in both

17   forensic psychology and clinical neuropsychology is relatively

18   rare.

19   Q    How rare is that?

20   A    There are seven with that dual board certification.

21   Q    And could you give us a brief statement of your

22   educational history?

23   A    Yes.  I graduated with a Bachelors Degree in Youth

24   Ministry from the Lutheran Bible Institute.  And then, in

25   1989, I completed a Masters Degree in Psychology at the

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Direct/McGovern

1  Forest Institute.  And then I completed my Doctor of

2  Psychology in 1991 at the Forest Institute after having

3  completed all the requirements of the degree as well as a

4  clinical internship at the U.S. Medical Center For Federal

5  Prisoners.

6  Q    And between 1991 and 2011, what were you doing?

7  A    Well, after my clinical internship, I was hired as a

8  staff psychologist at the U.S. Medical Center For Federal

9  Prisoners to perform pretrial forensic evaluations and also

10 provide services on the Diagnostic and Observation Unit where

11 we triage incoming sentenced inmates.

12 Q    And where is that located?

13 A    The U.S. Medical Center is located in Springfield,

14 Missouri.

15 Q    And during your time, those 20-plus years in Springfield,

16 did you have occasion to evaluate persons who potentially had

17 some form of mental retardation?

18 A    Yes.  I need to clarify.  I was on the Forensic Unit

19 from -- actually, I was in Medical and Surgical from the fall

20 of '91 until January of 1992.  And then from 1992 until I

21 believe it was January or February of 2000, I was on the

22 Forensic Evaluation Unit.  And then after -- at that point, I

23 switched over back to the medical and surgical side of the

24 hospital.

25 The U.S. Medical Center is a 1,100 or 1,200 bed fully

Denney – Direct/McGovern

1    accredited medical-surgical psych hospital.  So my role then

2    over on the medical and surgical side was to develop a

3    neuropsychology service for the institution.

4    Q    Did you do that?

5    A    Yes, I did.

6    Q    During your time at the Medical Center, did you have

7    occasion to evaluate people who perhaps were suffering from

8    some form of mental retardation?

9    A    Yes, I did.

10   Q    And on how many occasions -- well, a bigger question is

11   how many people would you have examined or evaluated over the

12   course of your career?

13   A    I wouldnt be able to answer that, its beyond the

14   hundreds.  I suspect its well over a thousand.  We had a

15   thousand people in the institution and I was the only mental

16   health professional for the medical and surgical part of the

17   hospital.  So it was a lot.

18   Q    All right.

19   So how many examinations would you say you've done over the

20   years of people for cognitive deficits involving intellectual

21   disability and other forms of intellectual problems?

22   A    Several hundred if not over a thousand.

23   Q    Okay.

24   And since leaving the hospital, have you taken on a forensic

25   private practice?

Denney - Direct/McGovern

1   A    Yes.  I should say that I retired out from the

2   U.S. Medical Center at the end of December 2012 and now I've

3   started to expand my work in the criminal forensic setting

4   which I was not allowed to do when I was an employee of the

5   Bureau of Prisons.

6   Q    Okay.

7   Have you been retained to work on any Atkins cases?

8   A    Yes, I have.

9   Q    And how many cases have you worked on?

10  A    Including this one?

11  Q    Yes.

12  A    Two.

13  Q    And back in 2001, were you doing any private practice

14  work at all?

15  A    I was doing private practice work.  It was largely

16  insurance-related evaluations, you know, independent mental or

17  independent neuropsychological examinations.  I may have

18  picked up a civil forensic case.  That was mostly in the early

19  '90s, I didn't do much later than that.  So, no, I was not

20  doing criminal work outside of the Bureau of Prisons.

21  Q    Okay.

22  And have you ever testified in court before?

23  A    Yes, I have.

24  Q    And on how many occasions have you testified in court?

25  A    I've lost track.  Its, I believe, just past the 100 mark.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Direct/McGovern

1    Q    Okay.

2    And have you testified in state courts and in federal courts?

3    A    Yes.

4    Q    And have you always testified for the Government or

5    always testified for the defense?

6    A    No, its been a mix.  Its whoever calls me to testify.

7    Q    Okay.

8    And how many cases have you done for defense?

9    A    I have no idea.  I know that when I was doing forensic

10   studies, a lot of those evaluations were competency to stand

11   trial.  And all of those studies were court-ordered studies,

12   so they were referrals from the U.S. district courts.  And in

13   about 25 percent of those competency to stand trial studies,

14   my opinion was that the individual was not competent to

15   proceed.

16   And so, in those instances, I would more likely be called by

17   the defense.  In opinions where I opined the person was

18   competent to proceed, then I was more likely to be called by

19   the Government.

20   Q    So over the 20-some years that you've been doing forensic

21   work or working as a psychologist you would say that there is

22   some substantial percentage of times that you've been

23   testifying as a defense witness?

24   A    I believe so.

25   Q    And your seeming ignorance about that number is because

Denney – Direct/McGovern

1   you didnt even realize who was calling you, is that what it

2   was?

3   Like, when you got called to court, you just got called in as

4   the guy from the Medical Center; is that right?

5   A    Well, right.  For example, there was some instances

6   where, you know, neither the defense nor the prosecution

7   wanted my opinion.  It was a judge's order that I evaluate the

8   individual, and frankly, neither side was happy with my

9   opinion.

10  Q    Okay.

11        MR. McGOVERN:  Your Honor, at this time, the

12  Government is going to offer Dr. Denney as an expert in

13  clinical psychology and forensic psychology.

14        THE COURT:  Voir dire?

15        MR. BURT:  Just very briefly.

16        THE COURT:  Very well.

17  VOIR DIRE EXAMINATION

18  BY MR. BURT:

19  Q    Good afternoon, Dr. Denney.

20  A    Good afternoon, sir.

21  Q    Doctor, you and I have met before in the courtroom;

22  correct?

23  I don't know if you recall the Oregana case out in

24  San Francisco.

25  A    Did we?  Very good I remember that you asked me about the

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

                     Denney - Voir Dire/Burt

1    Libertore case.

2    Q     Yes.

3    A     I remember that.

4          THE COURT:  Mr. Burt made an impression on you, is

5    that what youre saying?

6          THE WITNESS:    The question he asked --

7          THE COURT:  Okay.

8          THE WITNESS:  -- actually made an impression on me.

9          THE COURT:  Now he's going to ask you more

10   questions.

11         THE WITNESS:    I didn't realize that was you.  Good

12   to see you again.

13         MR. BURT:  Good to see you.

14   EXAMINATION BY

15   MR. BURT:

16   (Continuing.)

17   Q     Could you, for the record, explain the difference between

18   your degree and a Ph.D. degree in clinical psychology because

19   that's a confusing thing to me and I want to make sure we

20   understand that.

21   A     Sure.  A Ph.D. is a Doctor of Philosophy, and in

22   psychology it can be an in clinical psychology or counseling

23   psychology or school psychology or, you know, industrial

24   organizational psychology, various different things.

25   The Psy.D. typically is a clinical psychology degree.  And the

Denney - Voir Dire/Burt

1   other difference, basically, is the Ph.D. degree tends to have

2   more credit hours geared towards research than the Psy.D.

3   degree does.  However, in reality, there's a tremendous amount

4   of overlap because there are Psy.D. programs that require

5   doctoral research dissertations, research dissertations, just

6   as they do in Ph.D. programs.

7   So, generally speaking, the Psy.D. degree has more clinical

8   hours involved, and the Ph.D. has more research hours involved

9   but there's considerable overlap.

10  Q    And I read somewhere, I can't remember where, it said

11  something like it was directed toward people who were thinking

12  of going into psychology.  And it said if you want to a

13  practitioner, get a degree like you have, the Doctor of

14  Psychology.  If you want to be a researcher and/or a

15  practitioner, go the Ph.D. route.  Is that --

16  A    Well, that's, roughly speaking, that that's reasonably

17  accurate although its not that artificial because many

18  Psy.D.'s perform research and even teach in university.  So

19  it's not necessarily that limited.

20  Q    Okay.

21  And the other area is you worked at Springfield for a long

22  period of time; correct?

23  A    Yes, sir.

24  Q    At least in Oregana cases that I came into contact with

25  you before, you didnt actually do the I.Q. testing in that

Denney - Voir Dire/Burt

1  case, rather, you had assistants or juniors who sort of did

2  the work-up and you were the guy who came in and evaluated the

3  actual testing instrument; do you recall that?

4  A    That may very well have been the case there because we

5  often did that.

6  Q    And is that generally was -- is that generally your

7  experience at Springfield?  In other words, that you were not

8  the tester in terms of giving the I.Q. tests but youre the

9  synthesizer of the information after the testing is done by,

10 say, a graduate student or a psych tech who actually

11 administers the test?

12 A    It really varied.  I mean, its a mix.  Oftentimes, I had

13 psychology interns who were our doctoral interns.  We had a,

14 excuse me, we had a psychology internship training program at

15 the U.S. Medical Center, actually, the one that I graduated

16 from.  And so, we had interns there learning the practice and

17 I also had practicing students helping me with some testing in

18 neuropsychological testing and such.  But then I also did

19 cases on my own so it was mix.

20 Q    When you first came to Springfield, you were kind of at

21 the bottom of the totem pole there and youre the one who has

22 to do the testing, and the testing is then fed up the food

23 chain to somebody higher up?

24 A    Well, as interns, we would work on a case together.  Its

25 not like the interns were, you know, psychometricians that all

1889

Denney - Voir Dire/Burt

1  they did was testing and they hand over the results.  The

2  intern would be brought into the case alongside you like it

3  was in the Oregana case.

4  Q    Right.

5  A    I remember.  And we would then interview him together.  I

6  would sometimes sit in on the testing, it depended on where

7  the intern was in the trainings process, and then we would

8  interview the defendant together.  We both reviewed all of the

9  information.  And then the intern would write the first draft

10 of the report, I would get the report, I would change it and

11 edit send it back to the intern.  We worked the report out

12 together to the point where both of us were pleased with it

13 and then that became the final report that we both signed.

14 And then like in the Oregana case where we both -- I believe

15 my intern testified in that case.

16 Q    Right, she did.

17 So would you say youre an expert in both giving the I.Q.

18 instruments and in interpreting it, or more so just in the

19 interpretation part of it?

20 A    Oh, I've given -- I've probably given over a thousand.

21 Q    A thousand WAIS-IVs?

22 A    Not WAIS-IVs, it hasn't been in existence that long.

23 Wechsler Scales starting from the late '80s.

24 Q    Okay.

25 And then, in terms of the issue that we're here on today, you

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Voir Dire/Burt

1   said you only testified or been involved in one other Atkins

2   case?

3   A     Yes.

4   Q     And that was the Northingham case recently down in

5   Philadelphia?

6   A     That's correct.  And let me say I said, "Over a

7   thousand."  I think that's probably an overstatement.  I think

8   it was probably more like, realistically, somewhere over 800.

9   Q     Testimony cases?

10  A     No, no. 800 Wechsler Scales that I've administered

11  myself.

12  Q     Okay?

13  A     I don't want to overstate is it.

14  Q     And the testimony you've done is generally competency to

15  stand trial issues from Springfield?

16  A     Competency to stand trial is the most common although

17  insanity, dangerousness, and retrospective competencies were

18  occasionally happening.  And then that's just the forensic

19  study cases, that's not including my more broad clinical work

20  with the other sentenced inmates.

21  Q     Right.

22  And now your emphasis is on private practice; correct?

23  A     And teaching, yes.

24        MR. BURT:  Great.  That's all I have.

25        THE COURT:  All right.

                    Denney – Voir Dire/Burt

1             MR. BURT:  I have no objection.

2             THE COURT:  And the motion is.

3             MR. McGOVERN:   Granted?

4             THE COURT:  Motion.

5             MR. McGOVERN:  The motion.  I move to, again, to

6    have him qualified as an expert in the areas of forensic

7    psychology and clinical psychology.

8             THE COURT:  How about neuropsychology?

9             MR. McGOVERN:  And neuropsychology.

10   Neuropsychology, yes, neuropsychology.  Neuropsychology,

11   clinical psychology, and forensic psychology.

12            THE COURT:  Any objection?

13            MR. BURT:  No objection.

14            THE COURT:  Your motion is granted.

15   DIRECT EXAMINATION BY

16   MR. McGOVERN:

17   Q    Doctor, you were just asked some questions about the

18   difference between a Ph.D. and a Psy.D, what were you

19   referring to as a Psy.D. or a psychological doctor?

20   A    Doctor of psychology is the actual degree.

21   Q    Doctor of psychology.

22   And I think Mr. Burt had asked you some questions about people

23   who have Ph.D.s being more research oriented.

24   Do you remember that question?

25   A    Yes.

Denney - Direct/McGovern

1  Q     Have you done some research over your time as a
2  psychologist?
3  A     Yes, I have.
4  Q     And have you published any articles surrounding that?
5  A     Yes.
6  Q     And does your CV set out several pages of peer-reviewed
7  articles that you've been an author of?
8  A     Yes.
9  Q     And chapters in books that you've been author of?
10 A     Yes.
11 Q     And have you written books yourself?
12 A     Yes.
13 Q     And are they related to the issue of psychology?
14 A     Yes.
15 Q     Dr. Denney, were you asked to do a comprehensive
16 neuropsychological evaluation of the defendant in this case as
17 it relates to the issue of mental retardation?
18 A     Yes.  Reasonably comprehensive, I think.
19 Q     And why do you say "reasonably comprehensive" rather than
20 fully comprehensive?
21 A     Well, I don't believe that I had necessarily full reign
22 to come in and do whatever testing I would want to do in this
23 instance.
24 Q     Could you explain that?
25 A     Well, I was contacted initially about the idea of

Denney - Direct/McGovern

1    completing a neuropsychological evaluation particularly

2    focused on the issue of intellect and discussed the idea of

3    including other tests.  And I got the sense that there was

4    some limits to that because of the nature of the adversarial

5    process that I would probably be somewhat limited in what

6    tests I could use.

7    Q    Was it brought to your attention that there was some

8    litigation going on in the court about what tests would be

9    appropriate administration for the purposes of an Atkins

10   hearing?

11   A    Yes.  And, ultimately, I received the -- I believe they

12   would be called motions from the defense.

13   Q    And you reviewed those?

14   A    Yes, I did.

15   Q    So do you feel that as if you got to administer every

16   psychological test that you would have liked to have

17   administered to the defendant so that you could have gotten a

18   full picture of him psychologically as it relates to the

19   question of mental retardation?

20   A    I would like to have had more.  But I think what I have

21   is adequate although I would like to have had more.

22   Q    Okay.

23   Now, I'm not going to get into all the minutia of your 50-page

24   report, 49-page report, that you compiled in this case.  But

25   is it fair to say that you did a full review of the 10,000

1894

Denney – Direct/McGovern

1  plus records in this case?

2  A    Yes.

3  Q    And you reviewed all the prior I.Q. scoring?

4  A    Yes, I did.

5  Q    And you also engaged in an adaptive functioning

6  assessment?

7  A    Yes, I did.

8  Q    And are all of the results of those different analyses in

9  your report?

10  A    Yes.

11  Q    And did you reach a diagnosis in this case?

12  A    Yes, I did.

13  Q    And could you tell us what your diagnosis was of this

14  defendant as it relates to the issue of mental retardation

15  within a reasonable degree of neuropsychological and clinical

16  psychological and forensic psychological certainty?

17  A    Yes.

18  Its my professional opinion that Mr. Wilson does not have

19  intellectual disability and that he does have antisocial

20  personality disorder.

21  I put in the text of my report that I suspect he may have had

22  attention deficit hyperactivity disorder when he was younger

23  although he's largely grown out of that, and that he also had

24  a significant verbally based learning disability which looks

25  like he may have grown out of most of it.  I didn't see enough

Denney - Direct/McGovern

1    of it there to diagnose him myself but I could concede it

2    could exist potentially.

3    Q      Okay.

4    And your adaptive functions assessment that you did in this

5    case.  If this were a clinical case of yours, would you have

6    engaged in adaptive functioning assessments?

7    A      Yes, to some degree or other.

8    Q      Okay.

9    And in your report setting out the adaptive functioning

10   assessment, how does that bear upon your opinion that the

11   defendant is not mentally retarded?

12   A      Well, let me rephrase that answer, if I may, before we go

13   on.  Correct it a little bit.

14   I said -- you asked me, would I have gone ahead with an

15   adaptive function.  To some degree I would have, I don't know

16   that -- I don't think that I would have done formal adaptive

17   function measures.  I would have looked at it more generally

18   given the nature of the I.Q. scores that were before me if it

19   were just a clinical -- in a clinical setting.

20   Q      Can you explain that to us.

21   A      Well, after reviewing the records and seeing my own test

22   results and, again, transposing this out of this setting and

23   into a clinical setting, I don't believe the need for formal

24   adaptive function assessment exists in this case --

25   Q      Why is that?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

1896

Denney - Direct/McGovern

1    A      -- given the findings.

2    Because if you look at the history of the record regarding the

3    intelligence scores, by and large they all fall above the

4    range that I would consider appropriate for intellectual

5    disability.  But also just as important is the pattern of

6    those scores, the VIQ/PIQ split.

7    Q     That's the verbal performance split?

8    A     The verbal I.Q. and the performance-related I.Q.s The

9    split between the two of them at any one assessment was always

10   in the favor of the performance being significantly higher.

11   In seven out of eight cases, there was a significant split

12   there and that pattern is, frankly, not consistent with

13   intellectual disability in my opinion.

14   Q     Okay.  What is it consistent with?

15   A     Its consistent with a verbally mediated learning

16   disability.

17   Q     And when you said you would not have done as an involved

18   adaptive functioning assessment as you took on in this case,

19   why did you take on such an involved adaptive functioning

20   assessment here?

21   A     Well, you have to understand the nature of this

22   situation, okay?  Its -- I was told to do an evaluation and

23   when I enter into an evaluation I want to do the best work I

24   can.  And also mindful of what's going on in the environment

25   of the case as it were, and in this instance, I told you that

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Direct/McGovern

1  you -- I believe it was you, Mr. McGovern -- that I would need

2  to interview individuals that knew Mr. Wilson closely enough

3  to get some formal measures of adaptive function.  But I

4  wasnt, you know, that's always a difficult thing to figure out

5  who is that going to be.

6  Q    Were you provided with the identities of persons who are

7  identified by the defense as people who were going to speak

8  about adaptive functioning in this courtroom?

9  A    Yes, and that's what ultimately happened.  I got a list

10  of the individuals that the defense were relying on to look at

11  adaptive function.  And I thought it important to interview

12  those same people.

13  If the defense were going to rely on those people, then I want

14  to be able to at least gauge their level of credibility and

15  obtain that same information as well.  Plus, try to identify

16  am somebody, you know -- ideally, you want family members as

17  well as you would like to have people, respondents, that are

18  maybe not as close family wise with the defendant because its

19  a difficult issue to deal with because of the dynamics.

20  Q    Are the dynamics that youre talking about bias and things

21  like that?

22  A    Yes, the potential for either exaggeration or minimizing

23  difficulties depending upon who it might be.

24  Q    And were there instances during your interviews of folks

25  for adaptive functioning purposes where you saw evidence of

Denney - Direct/McGovern

1   biases perhaps coming out?

2   A    Yes.  I think, again, I have to look at the overall

3   picture of all of the results after I've got them.  But in the

4   midst of two of them, there were some, well, one of them

5   particularly more than the other, my assessment with Monica

6   Cook was going on reasonably fine.  We ran out of time and so

7   I needed to follow up on the phone and then with the last

8   section of the ABAS-II instrument and the last section of

9   social functioning with her on the phone.

10  And, in going through those questions, she answered a couple

11  of them in a way that surprised me at the time.  And I thought

12  I was thinking, well, maybe she misunderstood the question.

13  And so, I asked her about it and she became rather intense

14  with me.

15  You have to understand, when youre evaluating adaptive

16  function there is really five things, particularly, in a case

17  like this where its retrospective, that's very difficult.

18  Youre taking a standardized instrument now and then youre

19  having it projected back in time and that's rather difficult.

20  And there's five things that, for example, I will ask

21  additional questions in five particular instances.

22  One would be if the person has questions.  For example, in

23  ABAS, the instructions tell you that if a person asks a

24  question they don't understand an item its okay to explain

25  what that item is bu then youre encouraged not to give

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Direct/McGovern

1    information that would potentially bias them.

2    So if they ask the question like that, or if they forget --

3    appear to be slipping out of the timeframe because keep in

4    mind we're talking about a very specific point in time in the

5    past; and so, the respondent has to keep their mind in that

6    period of time as they're answering the questions.  And,

7    occasionally, it becomes clear that the person has slipped out

8    of that timeframe.  For example, they'll say, well, or they'll

9    give an example of something that clearly is not inside that

10   timeframe and I would have to then intervene and say, "Now

11   remember, we're talking about this timeframe back here."  So

12   there is question, there is slipping out of the timeframe, and

13   there is also the issue of guessing because the instructions

14   with these instruments are that they're not supposed, well,

15   basically they're not supposed to guess, they're supposed to

16   be giving you their recollection of what events really were.

17   In reality, what events are now, but when we're

18   retrospectively putting it back then you have to twist that a

19   little bit and help them understand that they need to give

20   ratings based on their recollections of the person's behavior

21   at the time.

22   And so, if they are saying such things as, well, I suppose he

23   could do this.  I need to say, well, again, not what you

24   suppose the person can do but what you really saw them do or

25   experienced at the time.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Direct/McGovern

1   And so, again, going back to that trying to limit the amount
2   of guessing, or at the very least, identify when guessing is
3   occurring when it is not and that's rather difficult to do as
4   well.
5   Then the fourth thing would be, well, there's two other
6   points, I'm sorry, I can't think what they are.  When those
7   happen I will stop and --
8   Q    Are there other instances where you would have to maybe
9   ask a follow-up question of a person who youre administering
10  the ABAS to; is that right?
11  A    Yes, there are.  And in looking back over my
12  administration with Monica Cook, there were two -- those two
13  questions that she kind of caught me off guard on the phone
14  and I responded in a way that now, in retrospect, I could see
15  it being potentially biassing and I regret the potential for
16  people to think I was biassing.  Luckily, in this instance, it
17  didnt cause her to change her opinion on those items so I
18  don't think it made a difference.  But I'm mindful of that and
19  certainly don't want to inappropriately bias the test one way
20  or the other.
21  Q    And there's been a suggestion during this hearing that
22  you overadministered ABAS-II testing to informants that
23  perhaps were not as informed as they needed to be to offer a
24  credible opinion of the defendant's adaptive functioning.
25  Have you learned of that?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Direct/McGovern

1    A    I think I heard something to that effect.  I'm not sure I

2    heard that but that may have been proposed.

3    Q    Can you tell us why it is that you did ABAS

4    questionnaires with virtually everybody who the defense

5    identified as being persons upon whose accounts they were

6    going to rely on for the purpose of this hearing?

7    A    Yes.  There's two important issues with that.  One is I

8    had not seen the defense's reports.  I didn't know who they

9    administered assessments to and who they did not.  I went into

10   that list hoping to be able to meet with as many as of those

11   individuals as I possibly could.  But before I actually sit

12   down and administer that instrument with them, I interview

13   them first to find out how much -- how much they recollect the

14   defendant at periods of time and their relationship together

15   over the years, and what period of time that would have been.

16   I mean, in other words I'm not speaking clearly, I'm sorry.

17   What period of time in their recollection would have been the

18   most memorable for them, what they remember the best.  And

19   then try to identify whether that appears to be a good enough

20   knowledge base to administer the instrument.  And in three

21   instances, I chose not to administer the instrument because I

22   didn't believe the individual had enough information about the

23   defendant to give a decent rating.

24   And for those that I did choose to administer the instrument,

25   the instruments have a little bit of room for identifying

Denney - Direct/McGovern

1   guessing on them because there's, particularly in ABAS there

2   is spots where the individuals can indicate where they're

3   guessing or making their best estimate as opposed to being

4   actual recollections.  And on the Vineland there is also a

5   place for marking that its -- that its clear that the

6   individual doesn't really know regarding that particular item.

7   So there is a little bit of a safeguard with it as well.

8   Because if the person doesn't know them that -- or well

9   enough -- then it will come across as maybe too much guessing;

10  or, if they don't remember them well enough.

11  Q    And did you know as you were preparing to do your

12  evaluation of this defendant which of that list of potential

13  witnesses the defense experts be it Dr. Olley or whomever were

14  going to administer ABAS tests to?

15  A    No.  I knew they were meeting with those individuals but

16  I didn't know if they were going to be giving them formal

17  measures I had no idea.

18  Q    So if they were going to be using formal measures, you

19  wanted to be in a position where you would use formal measures

20  as well if it was appropriate?

21  A    Yes.  I wanted to have as robust a picture as I could

22  possibly have.

23  Q    Okay.

24  Doctor, in light of your testimony that you would not

25  have -- given what you understand about the information that

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Direct/McGovern

1  you learned from the defendant's evaluation and your

2  assessment that he is not mentally retarded, and that you

3  would not have conducted formal adaptive functioning testing

4  in this case, if this were in your private practice or in your

5  clinical practice.

6  You made mention before that this is a difficult undertaking

7  to take the clinical practice and then transpose it, I think

8  was the word you used, into what it is that we're doing here.

9  Do you remember saying that a little bit earlier?

10 A    Yes.

11 Q    What were you talking about?

12 What are you talking about when you said you are trying to

13 apply the standards of clinical practice and then use them in

14 the circumstances of this hearing?

15 A    Well, I mean, that's the real art of forensic psychology.

16 I think, is to apply good clinical skills and practice into

17 the forensic setting and that's a sometimes a difficult thing

18 to do because of opposing dynamics and issues.

19 So my goal as a provider, or as a psychologist, is to do the

20 best work that I can; the most effective and reasonable work

21 that I can, and to apply that inside this setting with the

22 limits that are laid out for me.  Like, for example, we

23 mentioned earlier I may have chosen to use some other tests or

24 some of the things, or I may not have done quite as exhaustive

25 of an adaptive function assessment, but I felt the need to do

Denney - Direct/McGovern

1  that given the nature of this case but I still want to adhere

2  to good, solid clinical practice.

3  Q    So your hope was to adhere to the standards of good,

4  solid clinical practice regardless of what forum we're in?

5  A    Ideally, although there is -- I would concede that there

6  was one particular area that you need to do more than just

7  good clinical practice and that is obtaining additional

8  information.

9  You really need to use a thorough, or what I've written about

10 it being a multidata source model.  And you need to have

11 information from various sources that you wouldnt necessarily

12 need in a clinical evaluation.  For example, youre talking

13 about past mental state.  Youre going to have to have records

14 pertaining to that person's behavior at that time in order to

15 help put together what their mental state was in the past.

16 That's a very unique setting.  It requires additional

17 information.

18 Q    Well, I guess my question is -- would you advocate for

19 the use of different standards than those that are applicable

20 to good clinical practice in the forensic setting?

21 A    No.

22          MR. McGOVERN:  I have no other questions.

23          THE COURT:  Cross-examination.

24 CROSS-EXAMINATION

25 BY MR. BURT:

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1  Q    Dr. Denney, let me start by laying some common ground

2  here.

3  First of all, would you agree with the defense experts that

4  the I.Q. prong cannot be assessed based on a fixed point

5  score?

6  A    A fixed point score, yes.  If we define it just to

7  specifically that, yes.  I would say a fixed point score.

8  Q    In other words, there's no magic number out there that

9  you can latch on to and say, this is the number which defines

10  a deficit in intellectual functioning.  You always have to use

11  clinical judgment when youre assessing the first prong;

12  correct?

13  A    I wouldnt go that far.

14  Q    Okay.

15  A    That is where the line is, I guess.  I would say there is

16  a fixed point when we're talking about an I.Q. score of 70,

17  however, I concede there is a confidence interval around that

18  that one must be mindful of, but one has to understand what

19  that confidence interval means.  And so, it's theoretically

20  possible that the score could be higher or lower than 70

21  because of error on the measure.

22  Q    And you acknowledge in the standards that we spent a lot

23  of time on that the word "approximately" is emphasized in the

24  sense that both the DSM-IV-TR and the AAIDD manual appear to

25  place some emphasis on things like measurement here and not

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Cross/Burt

1    get fixated on score?

2    A    Well it says, "Approximately two standard deviations

3    below the mean."

4    Q    Right.

5    A    So that brings you down to -- using Wechsler Scales, that

6    brings you down to 70.  Okay.  And then we need to think

7    about, okay, what's the approximately mean?  And my judgment

8    is that means we're talking about standard error.

9    Q    Okay.

10   You testified about in this the Northingham case; correct?

11   A    Yes.

12   Q    And I think at one point you talked about score fixation,

13   remember that?

14   A    I don't remember but I...

15   Q    Do you know what that term means?

16   A    Well, I would -- I may have made it up at the time, but

17   it sounds to me like the notion of getting too overly fixated

18   on scores and ignoring the rest of the information in the

19   record.

20   Q    And do you also agree that the two prongs are not

21   completely separate; that is, the intellectual functioning

22   prong and the adaptive deficit prong must be evaluated equally

23   according to the guidelines?

24   A    I would parse that out and make it in two parts.  They

25   are certainly related in my mind as I believe, and at least in

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Cross/Burt

1  my clinical judgment, the adaptive functioning deficits if

2  they have exist need to be tied to the decrease in

3  intellectual fudging as a condition.  But I also accept the

4  fact that I believe they both need to be met in order to

5  identify a diagnosis of intellectual disability.

6  Q    But one can inform the other; correct?

7  In other words there is some ambiguity about the score you can

8  look to the deficits to maybe clear up that ambiguity?

9  A    Yes.  Depending on how one defines ambiguity, okay?  In

10  extreme cases, no, I think its probably irrelevant.  But in

11  close type of situations I think that that can be of

12  assistance.

13  Q    Okay.  And I think the way you put it in Northingham you

14  were asked a question at Page 219 of that transcript and the

15  question was:

16       "QUESTION:  Of course, in determining whether

17  someone is mentally retarded you don't just rely on the one

18  test alone, do you?"

19  Your answer was:

20       "ANSWER:  No, you can't rely only on test scores

21  even.  You can't become what some people called "testbound."

22  You have to look at the entire information, the whole clinical

23  picture, but certainly test results are important."

24  Is that your position in this case as well as in the other

25  case where you testified in the Atkins context?

Denney - Cross/Burt

1  A    Yes, it is.

2  Q    So what you need to look at in determining whether

3  somebody meets any particular prong is the whole picture?

4  A    Well, I mean, to a certain degree.  I mean, there's

5  degrees in all of this so I can't absolutely say yes to that

6  without -- it depends on the situation.  You do need to look

7  at the larger picture.

8  Q    Right.

9  A    But it also depends on another case if the I.Q. were, you

10 know, up in the 90s, for example.  The picture may be easier

11 to see if that makes sense.

12 Q    Sure.

13 In other words, if you got a score so far away from the

14 approximately 75, like a 90, and you know the 90 is an

15 accurate score, then, in that situation, probably going to

16 say, I don't need to do adaptive functioning testing because

17 its not going to inform whether the person can meet prong one

18 because he's so far over the line that its just its kind of

19 useless.

20 A    I understand your point but I don't think I would agree

21 with you because you altered what I was saying.  You inserted

22 "approximately 75," I wouldnt say that.  I mean, approximately

23 70.

24 Q    So you would like to move it down to 70?

25 A    I didn't realize it moved.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Cross/Burt

1    Q    You would like to move the score from, well, does the DSM

2    say, "approximately 70 to 75"?

3    A    I said "approximately 70," give or take the confidence

4    interval up to 75 potentially, or lower.  You said,

5    "Approximately 75."  I think there's a subtle difference there

6    that implies there's a confidence interval around 75 and I

7    wouldnt go that far because then that would bring it up to 80.

8    So maybe I'm misunderstanding your question.

9    Q    Sure.

10   You acknowledge that 75 is a qualifying score?

11   A    Potentially.

12   Q    Okay.

13   And you also acknowledge that the AAIDD says there is no fixed

14   cut-off score.  They don't mention 75 or any other score.

15   A    Well, they say, "Approximately two standard deviations

16   below the mean."

17   Q    Right?

18   A    That would be 70 in a Wechsler Scale, or 68 or 70 all

19   around.

20   Q    And both sources emphasize the word "approximately" two

21   standard deviations below the mean action; correct?

22   A    Correct.

23   Q    And approximately two standard deviations below the mean

24   -- two standard deviations below the mean is what?

25   A    Well, as I said, I think that that encompasses the idea

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Cross/Burt

1    of the confidence interval.

2    Q    Two standard deviations -- two standard deviations below

3    the mean is 75, isnt it?

4    A    No.

5    Q    Its not?

6    A    No.

7    Q    So where does the DSM come up with 75?

8    A    Its the confidence interval up from 70.  Two standard

9    deviations below the mean, if the mean is 100 and the standard

10   deviation is 15, that's 30 points from 100 that brings me to

11   70.  And then, if you consider the confidence interval, that

12   70 could potentially creep up to maybe 75 but there's the

13   limit of things right there.  Unless my math is wrong that's

14   my understanding.

15   Q    Sure.

16   So you need a score of 75, in your view, or below it qualify

17   for the first prong; right?

18   A    Yes.

19   Q    Was doctor -- you sat and heard Dr. Patterson testify;

20   correct?

21   A    Yes.

22   Q    Was he right that the confidence interval means that plus

23   or minus five means that 65 cannot qualify?

24   A    I don't think that's what he was saying.  My

25   interpretation of what he was saying is that its possible a

Denney - Cross/Burt

1    person could have an I.Q. down as low as 65.  He's looking at

2    it from the other side, that the score could potentially

3    deviate down to 65 because of the confidence interval; and

4    yet, if a person's adaptive functioning is such that they

5    would not be considered intellectually disabled.  Does that

6    make sense?

7    I don't know if that really holds true as solidly going down

8    like that because, theoretically, if somebody's adaptive

9    function is completely good then they don't meet that prong,

10   and so it makes the I.Q. score moot in that terms.

11   Q    But he was talking about the score.  What he was saying

12   was, well, to me, confidence interval means the score can be

13   five above or five below 70, and that means that the 65 might

14   not qualify either.

15   You don't agree with that, do you?

16   A    I don't --

17   Q    Just looking at the score?

18   A    I don't understand based on the way youre describing it.

19   Q    Well, well let the record speak for itself.

20   But if he was saying 65 might not qualify as a score either

21   based on the confidence interval.  If that was his

22   interpretation, you don't agree with that, do you?

23   A    That 65 would not qualify for what?

24   Q    For prong one?

25   A    As I said, just make sure I clearly understand you.

Denney - Cross/Burt

1    An individual -- we're hypothetically saying an individual

2    with I.Q. score of 65 would not meet the prong to be

3    considered intellectually disabled for just the I.Q. prong?

4    Q    Would not meet prong one?

5    A    No, I would not agree with that if that's the way he

6    meant it.  I don't know if that's the way he meant it.

7    Q    So if he did mean that, that would be incorrect in your

8    view?

9    A    In my opinion.

10   Q    And similarly, prong three, the age of onset.  You don't

11   believe that you need to be diagnosed as mentally retarded

12   before the age of 18 in order to qualify under that third

13   prong, do you?

14   A    I believe there has to be clear indications that the

15   condition was present --

16   Q    Right.

17   A    -- prior to 18.

18   Q    Doesn't have to be diagnosed, does it?

19   A    Well, I mean, I think that what we're saying is can I

20   look at the record and diagnose it prior to 18?

21   Its like a retrospective, looking back in the record and

22   saying, okay, there it is in the record prior to 18.  That

23   would be diagnosing prior to 18 and I wouldnt term it that way

24   myself.  But I am saying that I think the condition needs to

25   be present prior to 18.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1   Q    Sounds like youre agreeing with me but I want to make

2   sure.

3   You agree that it does not have to be diagnosed.  There does

4   not have to be a diagnosis by someone else before age 18

5   before you can retrospectively diagnose MR?

6   A    In other words, a person doesn't have to have it

7   diagnosed in the record prior to them being 18?

8   Q    Right.

9   A    Correct, I agree with that.

10  Q    Okay.

11  And just to get it out of the way.  You heard the testimony of

12  Ms. Drezner, right?  You were seated in the back of the

13  courtroom when she was testifying?

14  A    Yes, sir.

15  Q    When she picked out the answer to a particular question

16  on the WISC–III and used it diagnostically, you don't believe

17  you can use the answer to a particular question as

18  diagnostically, do you?

19  A    I didn't hear her doing that.

20  Q    Whether you heard her do it or not, you don't believe

21  that you can use the answer to single questions

22  diagnostically.

23  That's not proper procedure, is it?

24  A    Well, what do you mean by diagnostically?

25  Q    Diagnostic, like, take a single answer to a question on a

Denney - Cross/Burt

1    WAIS and say, based on that single answer, I'm going to infer

2    some diagnostic characteristic of the person you're

3    evaluating.  Like, oh, based on that answer the client is

4    impulsive.  You can't do that.

5    A    See, impulsive, I wouldnt -- youre using the term

6    "diagnostic" and I wouldnt say that concluding a person is

7    impulsive is diagnostic.  I'm saying --

8    Q    Lets not quibble with wording here.

9    You cannot infer traits like impulsivity from the answer to a

10   single question?

11   A    I think you can if its consistent with the rest of the

12   record sure.

13   Q    Is that across the board on all psychological testing?

14   A    Well, it depends on the test.  I wouldnt be able to say

15   its across the board on all psychological testing.

16   The principle is reasonable.  If you see items and they are

17   consistent with other various factors in the case.  Yes, it

18   can help support that as a conclusion say, for example,

19   impulsivity.  Sure.

20   Q    You were in here when I read that portion from Kaplan's

21   book saying you cannot use subtests diagnostically; correct,

22   you remember that quote?

23   A    I don't.  But again, diagnostically --

24   Q    Right.

25   A    Yes.  And that implies in absence of the rest of the

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Cross/Burt

1    record.  You can't just use this one item.  It would be like

2    taking the 567 items from the MMPI and taking one item and

3    saying this item indicates a person has schizophrenia.

4    Q    Right.  You can't do that?

5    A    No, you can't go that extreme but that's the use of the

6    term "diagnostic."  I don't think that.  You can use single

7    items to help inform the rest of the test data, clearly.  We

8    do that all the time.

9    Q    You can use the answer to a question to inform a lot of

10   things, right?  But you can't use the answer to a question on

11   a test instrument and say, that based on that answer,

12   Mr. Wilson is schizophrenic or he's mentally retarded or

13   anything else that is not proper procedure, is it?

14   A    I wouldnt agree with you when you say "anything else,"

15   that's extremely broad.  I can use the information I gained

16   from individual items to help me understand a person's

17   behavior, okay?  Maybe their behavior is impulsive.  Maybe

18   their behavior is -- or whatever.  And then I would use that

19   information to help inform me regarding diagnostic

20   conclusions.

21   Q    And the key to what you just said is help in forming,

22   that's not using it as a standalone diagnostic tool.  Youre

23   simply saying its information to consider along with

24   everything else; right?

25   A    Correct.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Cross/Burt

1    Q    And you don't read what she said as doing that in terms

2    of drawing conclusions from the answer to single questions.

3    You don't see it that way?

4    A    If I understand correctly from your initial question,

5    using one item to infer impulsivity that's reasonable.  If

6    that's consistent with the rest the record, sure.

7    Q    If its consistent with the rest of the record; right?

8    A    Yes, I would look for other findings in the protocol, for

9    example, or other testing if I've got it, that would help

10   inform that judgment.  Its a hypothesis testing process.  So

11   you look at the scores and this looks like impulsivity.  And I

12   look over here and its over here, too.  And I look at this and

13   look at that, and it seems to all fit.  That's, I think, good

14   clinical judgment.

15   Q    Now, you just said on the stand that there was

16   significance to you that the pattern of scores was

17   consistently showing a performance greater than verbal

18   profile; correct?

19   A    Yes.

20   Q    Do you have that analysis in your report that the pattern

21   of scores of performance greater than verbal indicated to you

22   that Mr. Wilson was not intellectually disabled is that part

23   of your report?

24   A    I don't recall describing that specific aspect of the

25   data in my report.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Cross/Burt

1    Q    When did you come up with that opinion?

2    A    I have had that opinion for years.

3    Q    Your opinion about this case for years?

4    A    No, the notion of -- that a large verbal and performance

5    split is not consistent with intellectual deficiency.  You can

6    see that in multiple different papers and you can see if in

7    the norms on the I.Q. test.

8    As the global I.Q. score drops, the standard error in the

9    various subscales of the test decrease.  And this big split

10   decreases and decreases and decreases because there is a floor

11   to this test.  You can only get so low on the items, and on

12   certain subtests and scales.  And so, as they start to get

13   lower, the ones that are higher start creeping down, too.  Its

14   really not a matter of opinion, its a matter of data.  Its the

15   way it is.

16   Q    I see.

17   A    Yes.

18   Q    And I guess you disagree with Dr. Kaufman on this point;

19   right?

20   A    I don't disagree with Dr. Kaufman if you interpret what

21   he's saying properly.  I don't believe he's saying, you can

22   have various amount of variation between the VIQ and PIQ

23   split.  But a large split we're talking ranges like, you know,

24   9, 12, 14, 25, 15,, 14, 12.  No, that's simply not the case.

25   That's not consistent with the way intellectual disability

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Cross/Burt

1    looks on I.Q. tests.

2    Q    And what source do you rely on to say that if you have a

3    performance greater than verbal profile of some set amount

4    that that is not diagnostic of a mild mental retardation.

5    A    Well --

6    Q    What can you point me to that supports that view?

7    A    Sure.  I can point you to the big blue binder where

8    Kaufman's book is in there talking about studies showing this

9    to be the case, and I can point you to the actual WAIS

10   technical manual that describes the norms because they

11   actually had a group of intellectually disabled individuals

12   that they tested in order to validate the WAIS-IV.  And the

13   normative data are the, I guess you can call it normative

14   data, the data of the individuals with intellectual disability

15   clearly show that as the overall I.Q. score falls, the

16   variability among the subscales decreases.

17   Q    So when Kaufman says, "In general," this is under the

18   section for mental retardation.

19   "In general none of the variables that are supposedly

20   associated with high performance I.Q.s have been adequately

21   validated for adult samples and certainly not for the WAIS-III

22   profile?"

23   That's the portion of Kaufman youre relying on?

24   A    I would have to look at the context of that.  I don't

25   recognize that sentence.

Denney – Cross/Burt

1  Q    How about this sentence.

2  "The research on I.Q., specifically Wechsler I.Q., has

3  indicated that there is not one simple pattern of performance

4  on I.Q. tests that is consistent across individuals with

5  mental retardation?"

6  That's directly contrary to what you just told me?

7  A    I don't think it is.  There can be variability.  I'm

8  saying that within that variability youre not going to see

9  large discrepancies of 14, 15, 25 in the VIQ/PIQ scores.

10  That's because people with genuine intellectual disability do

11  not put their performance scores up into the average range.

12  It simply doesn't occur.

13  Q    And you said we know that from the WAIS-IV

14  standardization sample; right?

15  A    And there are research papers as well that support that,

16  but we see it very clearly in the WAIS data.

17  Q    Yes.  And in the WAIS data, were they giving the

18  instruments eight and nine times?  Is that the database you're

19  using?

20  A    No.

21  Q    Right.  That's a problem, isnt it?

22  A    Well, its an issue to think about.  Eight and nine times,

23  youre clearly talking about test/retest effects and its

24  particular influence on the performance scales.

25  Q    Right?

Denney - Cross/Burt

1    A    And that's a very interesting and important thing to look

2    to at.   And when you look at that, the research tends to show

3    that the performance effects, or the retest effects, excuse

4    me, on the performance I.Q. tends to fall away when you move

5    past about seven years.

6    In some or rare instances, it can go up to maybe 12 or 13 but

7    it falls away.   When we're looking at test/retest scores, and

8    what was mentioned earlier in the week about the typical

9    test/retest finding of about seven to nine points for the

10   performance and about three points for verbal, that was like

11   for one week apart in the test/retest standardization.

12   So it's different when you look at test/ retest over a short

13   period of time and test/retest over an extended period of time

14   that's greater than one, two, three, four, five, six, seven,

15   ten years.

16   Q    Right.   And what does Kaufman say about -- are you aware

17   of the distinction between a test/retest and what he calls

18   "progressive error"?

19   A    Yes.

20   Q    What is the difference?

21   A    Yes.   Progressive error is the notion of a compounding of

22   that retest effect over time with multiple administrations.

23   Q    Okay.

24   You agree that there is no minimum period of time after which

25   you can say, well, we're not going to do the practice effect?

Denney – Cross/Burt

1    A      Well, generally speaking, there is.  Generally speaking,

2    youre not going to get much practice effect when you move past

3    seven years, and certainly not when you get past 12 or

4    13 years.  That's what the research tends to show.

5    Q      Which research?

6    A      I mean, we can always have liars.  But, generally

7    speaking, that's the case.

8    Q      After seven years, you'd expect in a single retest

9    situation are you talking about?  Is that what the research

10   shows?

11   A      Yes.

12   Q      So you can still have practice effects seven years out?

13   A      Potentially.

14   Q      Okay.

15   And how about in a situation where you've not got just

16   test/retest but seven or eight retests.  What does the

17   research show about that?

18   That's progressive error; right?

19   A      Well, yeah, if you overlap it, that would be progressive

20   error.  We don't know that a person is going to have

21   test/retest effects.  It can happen but we don't know that it

22   is for sure, I think I heard that testimony earlier this week.

23   Q      You said you don't know, but Kaufman apparently thinks he

24   know; right?

25          MR. McGOVERN:  Objection.  Maybe if they had called

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Cross/Burt

1    Kaufman as a witness this would not be going on.

2              MR. BURT:  I will rephrase.

3              MR. McGOVERN:  I would object.  I don't understand

4    how an individual expert can be cross-examined with a book

5    that nobody has agreed is authoritative on this topic.  So

6    it's not like he's being cross-examine with the DSM.  He's

7    being cross-examined by Dr. Kaufman's book that, frankly, is

8    seven, eight hundred pages and this witness has never been

9    shown the book and said, "Do you think that Dr. Kaufman knows

10   better than you Dr. Denney?"

11   The basic rules of cross-examining experts with other experts'

12   opinions that have not testified on a case is that this expert

13   has to accept Dr. Kaufman as being authoritative on this issue

14   and that has not happened, and this has been going on

15   constantly in this courtroom.

16             MR. BURT:  Your Honor, Ms. Cohen cross-examined

17   Dr. James extensively using Dr. Kaufman's book.  Other experts

18   have testified this is an authoritative text in the field; and

19   so, I think the foundation for the use of this book has long

20   been laid, number one.

21   Number two, its already in evidence.  So I don't see how I

22   can't cross-examine him on a portion of the book that has been

23   cited to other experts that's already in the record and that

24   other experts have commented that this particular book is an

25   authoritative source.  I would be glad to ask him if he

Denney - Cross/Burt

1   agrees.  If he doesn't I still don't think that me includes

2   it.

3               THE COURT:  You can ask him after the break.

4               MR. BURT:  Okay.

5               THE COURT:  Well take ten minutes.

6               (A recess in the proceedings was taken.)

7               (Defendant exits from courtroom.)

8               THE COURT:  All right.  Please be seated.

9   About how much longer will your -- I know -- how much longer

10  will your cross be do you think?

11              MR. BURT:  It might extend beyond 5:30.

12              THE COURT:  I'm trying to get a sense of it.  An

13  hour?

14              MR. BURT:  An hour and a half.

15              THE COURT:  Okay.  And who is your next witness?

16              MS. COHEN:  Dr. Mapou.

17              THE COURT:  How long on direct will you be with him?

18              MS. COHEN:  Half an hour.

19              THE COURT:  Is that your last witness?

20              MS. COHEN:  That is, your Honor.  You can see the

21  end.

22              MR. BURT:  Then we're not going to have any rebuttal

23  so that will be it.

24              (Defendant enters the courtroom.)

25              THE COURT:  Don't disappoint me now.  All right.

1  The defendant is present.

2  You can continue your cross-examination.

3           MR. BURT:  Thank you.

4  EXAMINATION BY

5  MR. BURT:

6  (Continuing.)

7  Q    Dr. Denney, you sat in court.  I want to get one issue

8  out of the way.

9  Some questioning was done of Dr. Woods about the amount of

10 money he was paid in this case, and we've been given

11 information by opposing counsel that when we started this

12 hearing your tab was at about $85,000 and I assume its much

13 greater than that now at this point; correct?

14 A    Well, I haven't totaled up my time since I've been here

15 but its going to increase it, yes.

16 Q    All right.

17 And do you think the Court should discount your testimony or

18 anybody else's testimony because they're getting paid for

19 their time here?

20 A    No.  The amount of money --

21          THE COURT:  Of course he doesn't think so.

22          MR. BURT:  I just wanted to balance that out.  I

23 didn't want the Court to think that Dr. Woods was out of line

24 in terms of the billing here and that's all I'm going to say

25 about that.

Denney - Cross/Burt

1        THE COURT:  I'm not going to -- the amount that is

2   paid to the experts is not relevant in the Court's view --

3        MR. BURT:  Okay.

4        THE COURT:  -- to the merit or the weight of the

5   expert's opinion.  That's not a component of the analysis for

6   the Court.

7        MR. BURT:  I didn't think it would be but I just

8   wanted to either.

9        THE COURT:  Either way.

10        MR. BURT:  Yes, I'm glad to hear that.

11   EXAMINATION BY

12   MR. BURT:

13   (Continuing.)

14   Q    Now, back to the substance which you heard the

15   questioning referring to Dr. Kaufman's book by various people;

16   right?

17   Various experts, in the course of this hearing.

18   A    Yes.

19   Q    And whether you agree with him or not on particular

20   points, his textbook is an authoritative source on Wechsler

21   testing; correct?

22   A    Call it authoritative.  There can be a lot of

23   connotations with that.  Its an excellent resource, yes.

24   Q    Okay.

25   And he's written a number of books, not only this one, but

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1    there's something called, "Essentials of WAIS-III."  Correct?

2    A    Yes.

3    Q    And, "Essentials of WAIS-IV."  Correct?

4    A    Yes, sir.

5    Q    And people in the field use his textbooks on a day-to-day

6    basis in terms of actually administering these Wechsler tests?

7    A    Interpreting them mostly, but yes.

8    Q    And, in fact, Dr. Kaufman was Dr. Wechsler's student and

9    basically took over the WAIS-R, getting the WAIS-R published

10   and then moving beyond that, did it not?

11   A    I don't know.

12   Q    Okay.

13   On the issue that we're talking about, progressive error.  He

14   says, "The practice of," and this is at Page 146 in evidence

15   in that C binder there.

16            THE COURT:  Which binder?

17            MR. BURT:  C, exhibit C.

18            THE COURT:  C what?

19            MR. BURT:  I'm sorry, your Honor, B.

20            THE COURT:  B.

21            MR. BURT:  Thank you.

22            THE COURT:  Okay.  With a page were you saying.

23            MR. BURT:  164.

24   EXAMINATION BY

25   MR. BURT:

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1    (Continuing.)

2    Q    Let me know, Doctor, when you've had a chance to look at

3    that.

4    A    Yes, sir.  Where are you looking on the page?

5    Q    The sentence that I was going to focus on was the one in

6    the first column there, end of the first paragraph, which

7    says:

8    "The Practice Effect may not impede the results of the first

9    test in a longitudinal study but it surely will not disappear

10   by the third, fourth, or fifth retest and may be quite large

11   even for elderly individuals."

12   Do you see that?

13   A    Yes, it says that.

14   Q    And its true, is it not, that in general, as you give

15   this test more and more times, youre going to get an increase

16   especially in the performance aspect of the test?

17   A    That's where increase would be most obvious although

18   there are some exception, for example, the Matrix Reasoning

19   Subtest is one of the subtests that is least likely to be

20   affected by retest and it is on that side.  But, generally

21   speaking, youre right.

22   But I think the reality is the proof is in the pudding.  And

23   there's from this same book on Page 209 where we're talking

24   about clinical research and implication of practice effects he

25   cites Matarazzo and Herman and question them twice saying:

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Cross/Burt

1   "Unless other corollary clinical or behavioral evidence is

2   also available to corroborate that patients change in a WAIS

3   scores..."

4   And then it goes on:

5   "The burden of proof that the change is mirroring a clinically

6   significant effect quite likely has not been met."

7   And then follows with the up quote:

8   "If a large WAIS-R I.Q. change from test to retest is a truly

9   meaningful finding, it typically also will be corroborated in

10  one or more of the other neuropsychological tests which are

11  administered to the patient."

12  And so, I would say I think that what even Kaufman is saying

13  here that, yes, that's a possibility but the proof is in the

14  pudding.  And in this, bringing it back to this particular

15  case, we don't see significant practice effects even long term

16  repeat practice effects as youre referencing.  We see a

17  performance I.Q. of 90 then 81 then 93 then 80 then 93 then

18  91, 83, 91.

19  I don't see a steady increase in those performance I.Q.s. So I

20  can't say that there's a significant effect a practice effect.

21  And the split that I'm talking about was even present on the

22  very first administration.

23  Q    And what you just did there in answering that question

24  you shifted from Kaufman's discussion of progressive error

25  into his discussion of practice effects in a single

Denney - Cross/Burt

1   test/retest situation, didnt you?

2   A    I don't know that I did, I may have.

3   Q    Take a look and see if that is true.

4   A    I may have made a mistake.  We're talking about practice

5   effects.

6   Q    Right.  He's got a separate section on what he terms

7   "progressive error" which is a special kind of practice

8   effect.

9   And if the section I quoted you from was under a term called

10  "progressive error" on 163, and you then jumped ahead to a

11  section dealing with test/retest practice effects in a single

12  situation, and that's what the Matarazzo study deals with,

13  too, doesn't it?

14  A    I'm not familiar with the exact specifics of the

15  Matarazzo and Herman study, I just read it in here.

16  Q    Am I right, though, that you skipped into a different

17  section?

18  A    I may have bu I certainly didnt mean to.

19  Q    Sure.

20  A    Its talking about practice effects.

21  Q    Right.

22  And he also says --

23  You would agree that you can't just look at the absolute

24  scores to see if there is the effect of practice effect,

25  right, because there are other variables at play; correct?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Cross/Burt

1   A    Well, there's always error at play and we can't judge, so

2   that so we have to look at what we have before us --

3   Q    Right.

4   A    -- to try to gauge whether or not that's a significant

5   effect.

6   Q    Right.

7   But you cannot look at an absolute score to say, well, here he

8   go a 90 on a practice -- on one performance and then the next

9   one's an 80 so there was no practice effect because there are

10  other variables that can go into that 80, right?  Effort,

11  other errors besides practice effects?

12  A    Other things such as error -- as effort as you mentioned

13  can have way more effects sized than practice effect can --

14  Q    Right?

15  A    -- so that certainly.

16  So if we're saying that Mr. Wilson produced these scores after

17  not putting forth appropriate error or effort, excuse me, I

18  mean that's a whole another issue.  Effort would overrun the

19  potential practice effect.

20  Q    Right.

21  They might cancel each other out, but youre masking the

22  performance bump-up there if you get, say, hypothetically a

23  guy who is not having a good day, he's not performing up to

24  par, and he's given a test repeatedly.  Youre going to have

25  performance effect there, but it may not show up in your total

Denney – Cross/Burt

1  score because there are other factors at play; right?

2  A    So, in essence, then you would be having a score that is

3  underestimating his real ability because he's not putting

4  forth his optimal effort that would be the result.

5  Q    Well, not if The Practice Effect -- I mean, there's no

6  way to really sort that out, is there?  You can't conclude if

7  The Practice Effect is overestimating and the performance is

8  underestimating, is there some way you can say, well, then

9  that score understatements his ability?

10 Do you know the precise effects of each?

11 A    It becomes very clouded.  I will agree with that and what

12 we see is a split between the verbal and performance that is

13 long lasting and doesn't particularly increase any more.

14 Q    Right.

15 A    So even if we look at that starting from '93 on to 2003,

16 there's a pretty solid split which reminds me, if I may, you

17 mentioned that I had not mentioned this in my report.

18 Q    Well, I asked you if you had?

19 A    And I forgot that I actually had, although I didn't

20 discuss it to the extent that we had here.

21 On the top of Page 45 of my report, I said, "The repeated

22 pattern of language-related scores falling much lower than

23 performance measures is consistent with a language-based

24 learning disorder and very likely pulls his general

25 intellectual summary score down below its true level."

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Cross/Burt

1   Q    That's not really the same thing as saying that that

2   pattern is what youre relying on to say that he is not MR,

3   that there's a characteristic pattern which is what I heard

4   you moving toward in the testimony here.

5   A    Well, I hope I didn't imply that that's the only thing I

6   was relying on because I didn't rely just on that.

7   Q    Right.

8   A    I said the overall scores and, of course, the information

9   based on the entire record.  But even the I.Q. test itself is

10  more consistent with a verbally mediated learning disability

11  than it is with MR and I'm simply saying that the data support

12  that.

13  Q    And you were here when one of the other experts, I think

14  it was Dr. James, was read the portion of Kaufman which says,

15  "Not only is there no P versus V pattern in MR, there's also

16  no diagnostic utility to performance greater than verbal in

17  learning disabilities."

18  A    I disagree with the characterizations of those quotes.

19  Q    You disagree that he says that you cannot use that

20  diagnostically to assess learning disabilities?

21  A    I don't disagree with the notion of using that

22  diagnostically.  What we're talking about there is say, for

23  example, an I.Q. versus achievement test differences than for

24  diagnostic purposes.

25  Q    What he's talking about is he's saying you cannot take a

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1    performance greater than verbal profile and use it

2    diagnostically to assess either mental retardation or learning

3    disability.

4    Do you disagree with that?

5    A    Of course not because I agree with that in principle

6    because you could have no VIQ/PIQ split at 85 or 80 and it

7    wouldnt be indicative of intellectual deficiency.

8    So it's apples and oranges.  You have to put if in context of

9    I.Q. scores are low enough to make people start to worry about

10   the possibility of intellectual disability.  When you start

11   talking about lower scores then it settles down the subscale

12   scores, yes.

13   Q    I'm not sure what you just said but he doesn't say that a

14   performance greater than verbal profile of a certain

15   disparity, score disparity, is diagnostic, does he?  Which is

16   what you seem to be implying.

17   A    Well, in and of itself its not diagnostic.

18   Q    Okay.

19   A    Its consistent with that.

20   Q    Right.

21   And you understand that we're not here to figure out whether a

22   particular pattern is consistent with something.  We're trying

23   to figure out what the diagnosis is; right?

24   A    Exactly.  Which is why we look at the individual I.Q.

25   scores and see the pattern among them as I mentioned in my

Denney – Cross/Burt

1    report.  When you look at the overwhelming pat of them -- --

2    Q    They're consistent.

3    A    -- it becomes pretty clear.

4    Q    Pretty clear that they're consistent with a profile you

5    think is diagnostic.  Is that what youre saying?

6    A    Not just the profile, I'm not saying the profile is

7    diagnostic.  The overall data to me strongly suggests that

8    this is not a case of intellectual disability.

9    Q    And what I'm trying to get at is that because of this P

10   greater than V analysis or for some other reason that youre

11   now focused on?

12   A    Because the scores themselves.

13   Q    All right?

14   A    And the patterns of scores.

15   Q    Now, we're not talking about P versus greater than V,

16   we're talking about the scores themselves.  That's now what

17   youre saying is the thing that youre using to rule out prong

18   one; right?

19   A    I'm looking at all of this.  I'm looking at the scores,

20   and I'm looking at the patterns, and I'm also comparing that

21   with what I know in the record in its entirety that I can hold

22   in my mind at any moment; and it is consistent in my

23   professional opinion with an individual who has more of a

24   verbally mediated learning disability rather than an

25   intellectual disability.

Denney – Cross/Burt

1    Q    Even though in your report you don't diagnose him with

2    learning disability; correct, in your diagnostic section?

3    A    I'm saying we're looking back over the I.Q. scores.  I

4    said in my text that he likely had a learning disability

5    throughout his educational years; however, he has

6    substantially improved in those skills that the question of

7    whether it warrants a learning disability currently may not be

8    there.

9    And so, I did not diagnose it although I would concede now

10   that he may have a verbal learning disability still based upon

11   new information I've learned about the nature of how learning

12   disabilities are potentially being diagnosed now.

13   But looking at the classic disparity model of I.Q. versus

14   achievement scores, it looks like he kind of worked his way

15   out of learning disability from that perspective but I will

16   concede he may have one.

17            (Continued on the next page.)

18

19

20

21

22

23

24

25

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

1936

Denney – Cross/Burt

1    BY MR. BURT:

2    Q    Yeah, okay.  It sounds like from what you just said, you

3    agree with Dr. James, that that disparity analysis in the DSM

4    is not the way currently people are looking at learning

5    disabilities.  Correct?

6    A    Well, it's somewhat influx.  I think the current

7    researchers are looking at -- at more fine detail, in terms of

8    the presence of learning disability rather than a larger

9    patterns.  And I think we'll probably hear that when we hear

10   Dr.  Mapou.

11   Q    Sure.  And you agree that a learning disability is a

12   serious neuro-cognitive disorder?  It's a developmental

13   disorder.  Correct?

14   A    It can be a developmental disorder, yes.

15   Q    And is it in this case?

16   A    It would be, yes.

17   Q    He acquired it during the period prior to 18?

18   A    Yes, sir.

19   Q    And do you have any opinion as to the etiology of the

20   disorder, given his developmental history?

21   A    Well, it's, you know, going back in time it's very

22   difficult to say for sure.  I suspect some of it may have been

23   just biologic predisposition.  It could have been that.

24   Although I think the meningitis probably played a role in it

25   as well.

Denney - Cross/Burt

1  Q    Okay.

2  A    Basically, a learning disability, particularly when it's

3  severe, is a -- is an indication of sort of neurologic

4  reorganization that isn't organized the way that it

5  customarily would be organized.  Sometimes it's just -- birth

6  is that way.  Sometimes it's an insult that can result in

7  that.

8  Q    It could be the alcohol or drug during the pregnancy?  It

9  could be that in combination with the meningitis.  We just

10 don't know?

11 A    Again, potentially.  Although, my recollection is he had

12 excellent Apgar scores when he was born.  But that doesn't

13 necessarily completely rule out the subtle effects

14 of neurological reorganization.

15 Q    So meningitis, alcohol during pregnancy, drug use during

16 pregnancy, you agree that those are risk factors for

17 developmental disorders?

18 A    Yes, they are.

19 Q    And you agree that those are serious disorders.

20 They're -- in other words, it's not a -- not something that

21 does not cause impairment in functioning?

22 A    I'm sorry?

23 Q    You agree that the dis -- a learning disorder is a

24 serious disorder causing impairment in functioning, by

25 definition?

Denney - Cross/Burt

1    A    Well, by definition I was going to say if it's considered

2    a disorder, then it must have risen to the order that it's

3    causing some difficulty in their daily function.

4    Q    And you also agree that the deficits that are symptomatic

5    of learning disability are -- overlap with the symptoms or

6    deficits you see with mild mental retardation?

7    A    They can, if you carve out the significant strengths that

8    you wouldn't typically see in intellectual deficiency.  You'll

9    see strengths, yes, but not to average-level strengths --

10   Q    Do you agree with Dr. Patterson, that Mr. Wilson has a

11   deficit in academic skills, regardless of what you attribute

12   those deficits to.  But just looking at the deficits, does he

13   have a long standing deficit in academic skills?

14   A    Yes.

15   Q    And do you agree with him that he also has long standing

16   deficits in social skills, regardless of what cause those

17   skills?

18   A    I believe he's got deficits in communication skills that

19   may very well be related to the verbal disability, and he

20   certainly has the emotional disability that would cause

21   problems for his social functioning.

22   Q    So he'd have a deficit in social interpersonal skills as

23   that term is used in the DSM?

24   A    Potentially.  Potentially.  The issue for me is, you

25   know, trying to parse out what the cause is.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Denney - Cross/Burt

1   Q    Right.

2   A    That's where I would disagree with the AAIDD manual,

3   saying that you can have these deficits for any reason and --

4   and it would attribute to intellectual disability.

5   Q    Okay.  So two things you said there:  One, you

6   acknowledge the manual says you don't parse out causation?

7   A    Correct, it does say that.

8   Q    And you simply disagree with that?

9   A    That's correct.

10  Q    How about any of the other 11 areas?  Do you see, again,

11  regardless of what you think caused the deficits, how about in

12  the other deficit areas in the DSM?  I'll read them to you.

13        Communication I think you said he did self care?

14  A    Less so.  Less so.

15  Q    Home living?

16  A    Less so.

17  Q    Social interpersonal skills I think --

18  A    We talked about social interaction.

19  Q    Use of community resources?

20  A    No, I don't believe that's impaired.

21  Q    Self direction?

22  A    No.

23  Q    Functional academic sills?

24  A    Yes.

25  Q    Work?

Denney - Cross/Burt

1    A    I disagree with characterization too where work, just

2    because somebody is not working that it automatically is

3    considered a deficit for them.  I think that's a little bit --

4    Q    The manual says that, but you disagree with that?

5    A    I disagree with that.  If the manual says that -- I'm not

6    sure the manual says that.  If it does say that, then I would

7    disagree with it.

8    Q    All right.  Leisure?

9    A    No.

10   Q    Health and safety?

11   A    No.

12   Q    And how about looked at it from the perspective of the

13   AAIDD, the three prong:  Conceptual, social, and practical?

14   A    You know, I think he's probably got some weaknesses in

15   the conceptual portion, as it relates to communication.  But I

16   don't -- I don't believe that if you were to pool them

17   together into three large areas, that overall looking at the

18   data that one of those areas would fall in the impaired range

19   in total.

20   Q    How about --

21   A    I don't agree with that.

22   Q    Not looking at them individually but looking at the sort

23   of overall deficit approach that they take?  In other words,

24   they say one and three or overall impairment?

25   A    Largely not.  And I -- I gage that a lot from my results

Denney - Cross/Burt

1  here.  I don't think it necessarily indicates that across the

2  board.

3  Q    All right.  But you would agree that reasonable minds

4  might differ about that?

5  A    Generally speaking, reasonable minds can differ.

6  Q    I don't mean generally speaking, I mean as it applies to

7  this case.

8            MR. McGOVERN:  Objection.

9            THE COURT:  Sustained.

10  Q    Okay.

11           Now, you also agree, do you not, Doctor, that IQ can

12  go up a little bit over time?  For instance, a person can go

13  to school and learn a lot more facts and details about the

14  world, and that can actually bump their IQ score up a little

15  bit?

16  A    Again, these are vague terms:  "Bump up."  "Little bit."

17           I think that it is possible that it could increase

18  to a small margin.  What's interesting about intelligence is

19  that it's probably the most -- it is; it's the most stable

20  psychological construct that's been identified in the

21  20th century, as far as its change goes.  It's surprisingly

22  resilient to change and typically stays the same.

23  Q    By that you mean intellect or by that do you mean IQ

24  scores?  The construct of intellect is supposed to be stable,

25  right, in theory?

Denney - Cross/Burt

1    A    Yes.

2    Q    But IQ scores vary all the time, don't they?  From one

3    administration to the next?

4    A    Well, they certainly vary via error.

5    Q    They vary as a function of many sources of error.

6    Correct?

7    A    Yes.  But to say that they -- they can increase based

8    upon education, theoretically they could if the education was

9    very particularly focused and you would see bump ups then in

10   certain areas predominantly language based skills of --

11   highlighted by subtests such as vocabulary, information, and

12   things like that.

13   Q    And you said, you know, what I said was vague.  But the

14   way you put it in Northernton was you said at page 28, "But

15   the notion of IQ and research over the years has shown that at

16   the -- that the IQ is a relatively stable characteristic of

17   somebody.  It doesn't change much over the years.

18        "Now, a person can go to school and learn a lot more

19   facts and details about the world.  They could actually bump

20   up their IQ scores a little bit, because of simply knowledge

21   that they gain.  But it's not going to necessarily improve

22   their brains, speed the mental processing and fluidity to be

23   able to analyze problems and think quickly and make decisions

24   like that, which could -- which would come across on the IQ

25   test."

Denney – Cross/Burt

1    Do you remember saying that?

2   A    Yes, I agree with that.  I hope I described that just now

3   here.

4   Q    Yeah, I think you did.  I wanted to key you in on the

5   language that you used.  So there can be a little bit of a

6   bump up in score?  We're not talking about adaptive

7   functioning, we're talking about score, here, right?

8   A    Yes, it's possible.

9   Q    And in a structured setting, for instance, where

10  somebody's getting focus, attention on their educational

11  efforts, you would -- that wouldn't be surprised that someone

12  scored, after so many years at that sort of sustained effort,

13  is going to increase.  Right?

14  A    It could.  Due to that reason you mentioned, I think to,

15  again, a little bit.  I think the larger effect size would be

16  the fact that now the individual is focusing their attention

17  on learning and wanting to do well, which would include doing

18  well on IQ tests.  And that we're going to see -- again, an

19  effort has a much greater effect size on these scores than

20  even brain injury.

21  Q    Now, you said the scores themselves can vary as a source

22  of errors.  Correct?

23  A    Yes.

24  Q    The kind of error you're talking about, are the very

25  kinds that defense witnesses outline in their PowerPoint.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Denney – Cross/Burt

1    Correct.  Administrative errors, using different versions of

2    tests, things of that nature?

3    A    Error is broad.  I don't know if I necessarily would list

4    all of those or not, I'd have to see it and think about it.

5    Q    Sure.  Let me, if I could, this is from Exhibit 1 and

6    this is slide 42 from Dr. Shapiro's presentation.

7              Do you have that in front of the screen?

8    A    Yes, I do.

9    Q    In front of you there on the screen?

10   A    Yes.

11   Q    First of all, you agree that scores from one point to the

12   next can be influenced by measurement error?

13   A    Yes.

14   Q    And that's a function of each instrument you're using.

15   Right?

16   A    Every instrument has some degree of measurement error to

17   it.

18   Q    Now, in your tables, in your report, you calculated the

19   measurement error.  You used the standard error of measurement

20   to compute confidence intervals.  Correct?

21   A    I did not.

22   Q    You did not?

23   A    I did not.

24   Q    Anywhere in your report?

25   A    That's correct.

1945

Denney - Cross/Burt

1    Q    AAIDD suggests that that be done.  Correct?  That you not

2    report a single score but report it in terms of a confidence

3    interval?

4    A    Yes, I believe it does.

5    Q    And as does DSM-IV-TR.  Correct?

6    A    I don't know that DSM says that.

7    Q    Well, they discuss:  "It should be noted that there is a

8    measurement error of approximately five points in assessing

9    IQ, although this may vary from instrument to instrument.

10   Thus, it is possible to diagnosis MR in individuals with IQs

11   between 70 and 75."

12        So they talk about it in that context.  Right?

13   A    As we're talking about that here.

14        THE COURT:  Could you just tell me what, for the

15   record, what page that's on and what document that's in?

16        MR. BURT:  DSM which is Exhibit B.  It's in Exhibit

17   B, and it's page 41 and 42 of the DSM.

18        THE COURT:  Thank you.

19   BY MR. BURT:

20   Q    The manual, the AAIDD manual actually says:  "As a

21   guideline, don't report a single score, report a confidence

22   interval"?

23   A    Well, in my text I reported ranges.  The text describing,

24   it's a borderline range, low average range, and knowing that I

25   would be explaining it further.

Denney – Cross/Burt

1    Q    Right.  But what they say is:  "Don't report a single

2    score, report confidence interval for your obtained score."

3    Correct?

4    A    I don't recall, but it wouldn't surprise me if it does

5    say that.

6    Q    Okay.  And it's correct, is it not, as Dr. James did,

7    that there are two ways to compute that confidence interval:

8    One is to take average value and the other is to take age

9    adjusted values?

10   A    There's actually more ways to compute it than that.

11   There is a standard error of measure, a standard of estimate.

12   It can get very, very complicated very, very quickly.

13   Q    Because I don't understand.  We're not going to talk

14   about it.  Standard SEE is another method.  Right?

15   A    Yes.

16   Q    It's supposed to avoid regression to a mean?

17   A    It doesn't avoid it, it's supposed to take it into

18   consideration.

19   Q    So we don't want to go that deep.  Let's just stick with

20   standard error of measure.

21        There's two ways you can do it.  You can take an

22   average value for what the SEM is or you can take it by age?

23   A    Yes.

24   Q    And that varies by each instrument?

25   A    Well, I mean, the standard error of measure varies

1947

Denney – Cross/Burt

1    by each instrument.

2    Q    And it varies by each age in which you're giving the

3    test?

4    A    It can by a minute amount.

5    Q    You don't have any dispute in the way in which computed

6    confidence intervals, in terms of how she did it.  You may not

7    agree that you should use 95 or 90, but just in terms of how

8    she did it, you don't have a problem with that?

9    A    No, I don't believe so.  Although I didn't check her

10   scores on that confidence, just appear -- looking at

11   appearances, it looked to me like she tended to kind of round

12   it up to almost -- more than a 95, maybe to 97 or 98 percent

13   confidence interval, but I don't want to speculate on that.

14   Q    Actually, she computed three, 90, 95, and 99.

15   A    Oh, no wonder.  Okay.  Because it's like, I think

16   Mr. McGovern said, it's like predicting the weather.  I can

17   say that I've got 99 percent confidence that the temperature

18   tomorrow is going to be somewhere between zero and a hundred,

19   but it becomes pretty useless when it gets to predictive

20   accuracy.

21        Because really the standard error of measure is a

22   measure that gives us an idea of what the test's retest

23   variabilities are going to be.  How often it's going to occur

24   in a test retest situation.  And -- and we can deduce from

25   that, that the real score is going to fall in there.  But

Denney - Cross/Burt

1  that's a very different concept than the issue of the test

2  predictive accuracy and it's error rate, in that sense.  So

3  you got to be careful of that.

4  Q    And your definition is different than what the manual

5  says.  Right?  You just gave a definition of your own

6  definition, that's not what the manual says, standard error of

7  measurement, is at page 224, again, in Exhibit B.  "Standard

8  error of measurement:  The variation around a hypothetical

9  true score for the person."

10  A    Yes, that's a superficial and somewhat flawed view of it.

11  Q    In your opinion?

12  A    In my opinion.

13  Q    Okay.  But that's the definition set forth in this

14  guidebook?

15  A    That's what the green book says, yes.

16  Q    Okay.  So you don't have any disagreement that number

17  one, a score can be affected by standard error of

18  measurement --

19  A    And we have to --

20  Q    -- in measurement error?

21  A    And we have to understand how that is going to come

22  across.  We all are hopefully familiar with the bell shape

23  curve.

24          When you take a score like, any score, let's take

25  80.  Although, actually, the overall IQ is on a bell-shape

Denney - Cross/Burt

1  curve.  Right?  With 100 being in the center part of it and

2  the scores deviate out from that, but most the scores huddle

3  around the mean, you know, 68 percent within one standard of

4  deviation, you know, and it gets further out.  And further out

5  where eventually it encompasses a hundred percent.

6          That's the same kind of idea that's in the standard

7  error of measure.  But instead of the entire distribution, now

8  we take one score and there's a bell-shape curve around that

9  distribution.  The error is mostly going to huddle around that

10 predicted score, and it becomes less likely and less likely

11 and less likely as we move out towards the tail of that

12 confidence interval.

13         Additionally, and it gets even a little more

14 confusing.  As that score gets further and further from the

15 mean, you mentioned regression of the mean, which is spot on.

16 Regression of the mean tends to pull that distribution up.  So

17 it's no longer a normal distribution, it's skewed and it

18 huddles closer to 100 than it does to the score.  Therefore,

19 if you're going to look at confidence interval, you have to

20 understand that people really don't appreciate the fact that

21 most of this error is going to huddle around that center

22 score.

23 Q    Now, did you -- did you use a particular confidence

24 interval when you were stating your ranges in this case?

25 A    I used the standard ranges where the score fell based on

Denney - Cross/Burt

1   the interpretive classification.

2   Q    But I mean confidence, you used the confidence interval

3   concept in your -- in your reporting of ranges?  Or am I

4   incorrect on that?

5   A    No.

6   Q    You don't have any ranges for your scores?

7   A    Correct.  I just -- I mentioned where -- what the title

8   or what the label for that range would be to communicate where

9   it fell.

10  Q    And do you use a 90 percent confidence interval somewhere

11  in your report, is that your report or someone else's; maybe I

12  misread?

13  A    I frankly don't recall at this moment.  Customarily I

14  think 90 is from a predictive accuracy, probably more

15  reasonable than a 95.  But I understand a 95, and it's

16  certainly acceptable.  Pushing it out further I think makes

17  things more confusing.

18  Q    Ninety-five is the inceptive standard, say, for

19  publication of research findings, is it not?

20  A    Well, that's a totally different issue.  That's where we

21  talk about the null hypothesis and the alpha level where one

22  does a research study where you're trying to identify whether

23  we're finding real significant results from this research

24  study.  If it goes beyond 95 percent confidence or, in

25  essence, less than a point oh five alpha error, we're going to

Denney - Cross/Burt

1  get technical --

2  Q     Let's not get to deep into this.

3  A     That's apples and oranges.

4  Q     In this case where you got your WAIS-IV results, you used

5  a computer program to do the scoring.  Correct?

6  A     Yes, I did.

7  Q     And that computer program has a default confidence

8  interval built into it, does it not?

9  A     Yeah, it has a switch.  You can chose which one you want

10 to do, 90 and 95.

11 Q     And the report you did in this one was 95?

12 A     I believe so, that's my recollection.

13 Q     That's the default predictions, at least according to

14 these people that did the --

15 A     I don't recall if that's the default one or not.  It may

16 be.

17 Q     Do you have your report there?  Could you take a look at

18 that?

19 A     Well, that's not going to be the default one, because I

20 may have selected 95.  It may have defaulted to 90 and I may

21 have selected 95.  My point is, I'm not sure which one of the

22 software has as a default.

23 Q     And if you did choose it, did you do it for a particular

24 reason here?  Because you thought that was the appropriate

25 level of confidence you wanted to have or --

Denney – Cross/Burt

1  A    Because that's the confidence I wanted to use in this

2  particular issue with IQ scores in this case.

3  Q    Okay, great.  That's good.

4         So you don't have any problem with the first point

5  he's got here measurement error.  You agree that measurement

6  error is a concern in looking at scores --

7  A    It's something we need to be mindful of, yes.

8  Q    And the second factor there, examiner error, you agree

9  that that's, given the research about the prevalence of errors

10 in administration, that that is a concern separate and apart

11 from standard error of measurement?

12 A    It's a concern to some degree.  I think it's been vastly

13 over blown here this week, frankly.  The number of errors that

14 occur, yes, there's a lot of errors that occur, but most of

15 the time they have little impact in the overall results.

16 There is some research saying that once in a while they can

17 have potentially larger effect.  But generally speaking, they

18 don't have a lot of effect.

19 Q    The studies there as cited show just the opposite.  They

20 show that the effect that it has is to inflate the scores?

21 A    I'm saying I wouldn't agree with you, that they say just

22 the opposite.  I say they tend to.  It depends on the type of

23 error.  Most errors don't typically make much difference.

24        Occasionally they can make changes.  Like we're

25 talking clerical errors or if -- if you're referencing studies

Denney – Cross/Burt

1  saying that the error in choosing a two point over a one point

2  response when one makes that kind of error, then it's more

3  likely to inflate the score.  But that's not necessarily

4  pervasive across all these errors we're talking about.

5  Q     Right.  This is Dr. Shapiro's slide 51.  Are you familiar

6  with this study, *The Slate Huntington Article on Examiner*

7  *Errors on the Wechsler Scales?*

8  A     Yes.

9  Q     And it's true, is it not, that they conclude that one of

10  the most common errors that examiners make is assigning too

11  much credit to an examinee's responses?

12  A     Well, that may well be true.  Back in the mid '80s, I

13  don't know that it's always true.  But yes, they found that.

14  Q     Okay.  And that would tend to inflate as you found in the

15  studies?

16  A     Potentially inflate them.  But, again, when we start to

17  get to the larger summary scores, I don't believe it makes a

18  huge difference, I mean beyond standard error.

19  Q     Do you remember reading in that study that they found

20  that it did make a difference, increasing the scores?

21  A     Beyond the standard of the center of measurement, no.

22  Q     All right.  We'll talk about that maybe tomorrow.  But

23  you said that was more of a concern in the mid '80s, not so

24  much now?

25  A     Well, it may not be now; I don't know that for sure.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Denney – Cross/Burt

1    Q      Right.   In the mid '80s is when some of these scores were

2    obtained.   Correct?

3    A      That's true.

4    Q      Now, you have standards in your profession, do you not,

5    that call for crosschecking of scores, things of that sort?

6    A      I'm not sure what you mean, "crosschecking of scores."

7    Q      Well, you belong to the American Academy of Clinical

8    Neuropsychology?

9    A      Yes, I do.

10   Q      You're familiar with their journal:   The Clinical Error

11   of Psychologists?

12   A      Yes, I am.

13   Q      And they have a document, do they not, called practice

14   guidelines for neuropsychological assessment and consultation?

15   A      Yes.

16   Q      Published in their clinical neuropsychologist in 2007?

17   A      Yes.

18   Q      The purpose of these guidelines is to guide practice in

19   the area of neuropsychology.   Correct?

20   A      Yes.

21   Q      And is it true that they say they're -- when read the

22   heading called:   *Test Administration and Scoring,* the

23   following:  "Accuracy of scoring is essential for appropriate

24   interpretation of test results.   The neuropsychologist is

25   familiar with scoring methods in criteria for specific items,

Denney - Cross/Burt

1    procedures for aggregating scores, and the meaning of the

2    scores, i.e., the normative base used for converting raw

3    standard of broad scores.  Scoring is performed with care,

4    with double checking of scores, sums, and conversion tables

5    ensure accuracy."

6              Are you familiar with that standard in the

7    guideline?

8    A    Yes.

9    Q    Okay.  So at least within your profession of

10   neuropsychology, the standard of practice is double checking

11   the scores.  Right?

12   A    Yes.  And I'm sorry I didn't realize that that's what you

13   were talking about when you said "crosschecking."  Absolutely.

14   I mean, I hope that I'm not communicating that willie nilly

15   practice where one doesn't do the best they can and double

16   check their scores is accepted.  I'm not implying that.  I

17   don't mean to imply that.

18   Q    And would you agree with the testimony of Ms. Drezner

19   this morning that certain parts of these IQ scores can be

20   fairly subjective, in terms of scoring?

21   A    I wouldn't go so far as saying fairly subjective.  That's

22   a characterization that maybe -- they're somewhat subjective.

23   But the tests are designed with items that try to minimize the

24   subjectiveness of that, based upon their manual.  But there is

25   some variability there, sure.

Denney - Cross/Burt

1    Q    In especially in the vocabulary subpart.  Right?

2    A    Yes.  It would be -- vocabulary would be the most common

3    spot for difficult.

4    Q    Comprehension would be another one?

5    A    Yes.  Less so, but still a possibility, yeah.

6    Q    Similarities?

7    A    And similarities.  I would say less so in similarities.

8    But those are scored on a zero, one, two type --

9    Q    Okay.  And it's true, too, is it not, that as time has

10   gone by the manuals have gotten a little bit better in giving

11   clinicians a little better guidance on what score to give, in

12   terms of whether it should be a zero or a one or a two?

13   A    I suspect that to be true, although I don't know that it

14   is for sure.  But I suspect that it's true.

15   Q    And you'd also agree that in order to crosscheck whether

16   someone is giving an accurate score, you got to know what the

17   answers are to be able to do a crosschecking.  Right?

18   A    Yes, you can't cross check unless you know the score.

19   Q    And you -- you'd also agree that all these IQ tests have

20   certain timing requirements, for instance, on some of the

21   subject tests.  Correct?

22   A    Yes.

23   Q    And that's an important thing to crosscheck, too; isn't

24   it?

25   A    I don't know how you would crosscheck the timing.

Denney – Cross/Burt

1    Q    Well, aren't you suppose to view, when you're giving one

2    of these tests, keep records and forms itself, in terms of

3    when the test start and when they stop, for the ones that are

4    timed?

5    A    Well, for each item, if it's a start to stop watch and

6    you stop it, and you write down the time.  But as far as

7    crosschecking if that time that was written in there was

8    accurate, there's no way to crosscheck that.  It is what it

9    is.

10   Q    There would be a way to show, by looking at the times,

11   whether they exceeded what the time limits are.  Right?

12   A    Yes.  Oh, certainly.  You could see whether it was scored

13   correctly in that sense, but that's not specific to timing;

14   that would be true on all of the subtests.

15   Q    And there are also, in these tests, discontinued rules.

16   Right?

17   A    Yes.

18   Q    And that can cause scoring errors if you don't follow

19   those discontinue rules properly?

20   A    Yes, that's possible.

21   Q    And, again, you need the raw data to be able to

22   crosscheck that.  Right?

23   A    If you were planning to crosscheck it, yes, you would

24   need the raw data, yeah.

25   Q    Third source of error on your -- the Flynn error.  You

Denney – Cross/Burt

1 didn't compute any -- you didn't use a Flynn computation in

2 looking at the scores here.  Correct?

3 A    That's correct.

4 Q    And you agree that apart from some of the literature

5 that's been cited, there are standards within your profession

6 about using updated norms.  Correct?

7 A    Yes, you want to use the most available norms for the

8 time.

9 Q    For instance, this book, you're familiar with this book:

10 "Standards for Educational and Psychological Testing Published

11 by the American Educational Research Association and the

12 American Psychological Association in 1999"?

13 A    '99, yes.

14 Q    And this is a prevailing standard within the profession

15 of psychology, is it not?

16 A    Yes, it is.

17 Q    You were ethically obligated to follow these standards.

18 Aren't you?  By the --

19 A    Yes.

20 Q    -- guidelines of your profession?

21 A    Yes, we are.

22 Q    And they have a section on norms, do they not?

23 A    Yes.

24 Q    And it says:  "Moreover, the appropriateness of norms

25 based on a given sample may diminish over time; thus, for

Denney - Cross/Burt

1   tests that have been used for a number of years, periodic

2   review is generally required to assure the continued validity

3   of norms.  Re-norming may be required to maintain the validity

4   of norm reference test scores interpretation?"

5   A    That's correct.

6   Q    And you agree with that?

7   A    Yes.

8   Q    And the WAIS is a normal reference test, is it not?

9   A    Yes, it is.

10  Q    And the scores in this case, the first IQ score that was

11  given, the normals were way out of date when that test was

12  given.  Correct?

13  A    Well, if you -- way out of date?  They were older than

14  the norms of more recent testing.

15  Q    Way out of date in reference to when the tests was norm

16  and when it was given?

17  A    I don't know how to answer that, frankly.  I -- way out

18  of date?  They were older and the tests, the publishers are

19  publishing more tests often now than they were, to help

20  address that issue.

21  Q    Right.  And --

22  A    If that answers the question.

23  Q    No, I don't think it does.  We're focused on the first

24  test, the one that Dr. Mapou says is the best indicator of

25  Mr. Wilson's IQ.  You disagree with that, don't you?

Denney - Cross/Burt

1    A    That Abramson's result is the best predicter?

2    Q    Right.

3    A    I disagree with it?

4    Q    I'm asking?

5    A    Not necessarily.  I think there are some weaknesses with

6    it.  But I think it's a good predicter, particularly placed in

7    context with all of the other scores.

8    Q    What are the weaknesses of it?

9    A    Well, to some degree IQ scores obtained at earlier ages,

10   this is more true when you get to, you know, less than five

11   years of age.  But it can be true for ages up to, you know,

12   six, seven, eight, nine, and ten.

13        There is less confidence that it's going to be a

14   stable IQ score for the person's life.  So I think that that's

15   something to consider.  But, again, the answer to that is in

16   its consistency with the rest of the scores.

17        MR. BURT:  This would be a good place.

18        THE COURT:  I think it would be.  All right, about

19   how much will you have for the witness?

20        MR. BURT:  I'd say about half an hour.

21        THE COURT:  So we should be able to complete the

22   testimony tomorrow, is your sense, Ms. Cohen?

23        MS. COHEN:  Yes, Your Honor.  I mean, unless the

24   cross of Dr. Mapou is going to be extensive.

25        MR. BURT:  I don't think it's going to be as nearly

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

1961

Denney - Cross/Burt

1  as long as this one.  I think he's going to be fairly focused,

2  and I will be fairly focused.  So I don't anticipate it's

3  going to be --

4          THE COURT:  All right.  And at the end of all of

5  that, if there is no rebuttal, we'll set a schedule for

6  briefing.

7          MR. BURT:  Thank you.

8          THE COURT:  All right, thank you very much.  We'll

9  see you tomorrow at 9 a.m.

10          MS. COHEN:  Thank you, your Honor.

11          THE COURT:  Except for Mr. Stern, who will be late.

12          MR. STERN:  Shortly thereafter.

13          THE COURT:  All right.

14          (Whereupon, proceedings were adjourned to December

15  5, 2012 at 9 a.m.)

16

17

18

19

20

21

22

23

24

25

**I N D E X**

**WITNESSES:**                                                    **PAGE**

Carla Drezner
Direct/McGovern ..............................1679
Cross/Burt ...................................1703
Redirect/McGovern ............................1734

Dr. Raymond Patterson
Direct/McGovern ..............................1739
Voir Dire/Burt ...............................1750
Direct/McGovern ..............................1766
Cross/Burt ...................................1800

Robert Denney
Direct/McGovern ..............................1879
Cross/Burt ...................................1885
Direct/McGovern ..............................1891
Cross/Burt ...................................1904


**GOVERNMENT'S EXHIBITS:**

102 .........................................1778

**$**

$200,000 [1]  1769/10
$800,000 [2]  1755/11 1756/16
$85,000 [1]  1924/12

**'**

'73 [1]  1751/22
'80s [5]  1753/21 1889/23 1953/12 1953/23
1954/1
'81 [2]  1757/3 1757/5
'81 until [1]  1757/5
'87 [1]  1754/21
'89 [4]  1681/7 1831/10 1831/10 1831/13
'89 to [1]  1681/7
'90s [1]  1883/19
'91 [3]  1707/4 1729/16 1881/20
'92 [1]  1757/5
'93 [2]  1831/11 1931/15
'99 [1]  1958/13
'No [1]  1725/13
'people [1]  1868/18
'See [1]  1725/12
'til [1]  1837/2

**-**

-- actually [1]  1886/8
-- given [1]  1896/1
-- it [1]  1934/3
-- prior [1]  1912/17
-- so [1]  1930/15
-- to [2]  1925/4 1930/4
------------------------------x [2]  1676/2 1676/7

**0**

003 [1]  1771/6
04-CR-1016 [1]  1676/3

**1**

1,100 [1]  1881/25
1,200 [1]  1881/25
10,000 [2]  1705/4 1893/25
100 [7]  1676/20 1769/10 1883/25 1910/9
1910/10 1949/1 1949/18
100 percent [4]  1681/14 1692/21 1700/7
1717/22
1000 [1]  1676/23
10013 [1]  1677/2
1016 [1]  1676/3
102 [4]  1739/6 1778/14 1778/20 1962/13
103 [1]  1785/16
109 [1]  1732/25
10:00 [1]  1877/9
10:32 [1]  1827/12
11 [11]  1688/14 1748/18 1778/9 1779/2
1804/8 1804/11 1816/17 1819/20 1829/23
1834/11 1939/10
11201 [3]  1676/5 1676/16 1677/13
11th [1]  1748/19
12 [9]  1707/1 1777/20 1779/3 1779/6
1794/16 1917/24 1917/24 1920/6 1921/3
13 [4]  1778/11 1779/6 1794/7 1920/6
13 years [1]  1921/4
14 [8]  1706/24 1707/4 1779/6 1829/23
1834/11 1917/24 1917/24 1919/9
146 [1]  1926/14
15 [6]  1744/14 1777/6 1779/7 1910/10
1917/24 1919/9
16 [1]  1840/2
163 [1]  1929/10
164 [1]  1926/23
17 [5]  1794/17 1812/14 1839/25 1851/20
1853/16
18 [32]  1774/16 1794/17 1811/13 1811/20

1816/12 1817/20 1818/2 1818/18 1818/20
1818/21 1818/3 1819/11 1819/21 1819/14
1819/22 1820/2 1846/6 1846/14 1846/15
1860/3 1860/8 1860/16 1860/22 1912/12
1912/17 1912/20 1912/22 1912/23 1912/25
1913/4 1913/7 1936/17
19 [1]  1839/19
1968 [1]  1679/23
1970 [2]  1739/18 1751/22
1973 [2]  1739/18 1739/19
1977 [2]  1739/19 1739/25
1978 [1]  1739/25
1979 [3]  1680/4 1740/5 1753/15
1980 [1]  1753/15
1981 [7]  1740/6 1740/13 1744/9 1749/12
1753/6 1753/17 1754/17
1982 [5]  1679/11 1680/5 1680/8 1680/11
1680/19
1983 [3]  1740/13 1740/14 1745/11
1985 [2]  1741/22 1741/22
1986 [2]  1681/6 1741/23
1987 [4]  1740/15 1740/18 1740/22 1754/17
1989 [4]  1745/13 1754/25 1816/15 1880/25
1991 [11]  1683/19 1683/23 1684/22 1688/14
1694/16 1700/16 1700/24 1703/4 1880/2
1881/2 1881/6
1992 [9]  1740/22 1742/6 1746/5 1746/11
1749/12 1753/17 1753/17 1881/20 1881/20
1994 [2]  1745/14 1745/18
1995 [1]  1759/14
1996 [2]  1744/19 1760/16
1998 [5]  1744/5 1749/12 1753/10 1753/11
1753/18
1999 [3]  1744/21 1755/24 1958/12

**2**

20 [5]  1683/7 1743/18 1743/18 1790/6
1827/14
20-plus [1]  1881/15
20-some [1]  1884/20
2000 [2]  1743/11 1881/21
2001 [16]  1744/7 1744/12 1753/9 1753/10
1753/12 1753/13 1757/4 1757/12 1761/17
1762/3 1769/1 1769/5 1769/7 1769/9 1794/16
1883/13
2002 [2]  1762/12 1867/16
2003 [6]  1679/12 1681/7 1699/7 1777/21
1797/10 1931/15
2004 [3]  1745/18 1839/5 1839/6
2007 [3]  1744/21 1797/16 1954/16
2008 [1]  1822/5
2009 [1]  1824/3
2010 [1]  1822/3
2011 [8]  1757/21 1763/4 1763/11 1763/13
1763/17 1797/17 1839/19 1881/6
2012 [9]  1676/6 1695/1 1745/20 1755/2
1763/17 1825/1 1825/2 1883/2 1961/15
209 [4]  1680/23 1681/3 1730/16 1927/23
20th century [1]  1941/21
20th highjacker [1]  1748/18
219 [1]  1907/14
224 [1]  1948/7
225 [2]  1676/4 1677/12
25 [5]  1683/6 1686/20 1686/21 1917/24
1919/9
25 percent [1]  1884/13
25s [1]  1799/7
26 [4]  1679/23 1679/23 1754/6 1755/23
2606 [1]  1677/13
2696 [1]  1677/14
27 [1]  1818/10
271 [1]  1676/15
28 [2]  1869/2 1942/14
29 [3]  1686/18 1686/23 1868/15

**2:15** [2]  1837/2 1838/2

**3**

3/14 [1]  1706/24
3/14/91 is [1]  1707/11
30 [3]  1683/4 1683/6 1771/19
30 points [1]  1910/10
30,000 [1]  1746/19
31 [2]  1868/4 1868/6
32 [1]  1757/22
3233 [1]  1684/20
3249 [1]  1704/10
3252 [1]  1735/22
3253 [3]  1690/21 1690/22 1691/1
35 [1]  1771/19
3926 [2]  1704/9 1706/2 1706/11 1706/15
1707/3
3927 [1]  1704/11
3931 [1]  1690/20

**4**

40 [3]  1683/4 1708/11 1710/5
400 [1]  1676/23
41 [1]  1945/17
42 [2]  1944/6 1945/17
45 [1]  1931/21
49-page [1]  1893/24

**5**

50 [6]  1683/4 1757/7 1771/18 1771/19
1799/12 1820/15
50-page [1]  1893/23
50/50 [1]  1757/7
501 [1]  1676/20
51 [1]  1953/5
55 [3]  1771/18 1771/19 1820/15
567 [1]  1915/2
5:30 [1]  1923/11

**6**

60 [1]  1754/6
60s [4]  1701/2 1701/6 1701/11 1701/15
613-2606 [1]  1677/13
613-2696 [1]  1677/14
626 [3]  1704/21 1714/15 1714/21
628 [2]  1723/13 1723/22
629 [1]  1733/19
630 [1]  1721/25
65 [20]  1701/7 1730/8 1730/9 1730/10
1730/19 1731/3 1731/12 1731/14 1736/22
1736/23 1772/4 1820/19 1820/23 1910/23
1911/1 1911/3 1911/13 1911/20 1911/23
1912/2
66 [1]  1731/22
68 [1]  1909/18
68 percent [1]  1949/3

**7**

70 [30]  1771/18 1771/25 1772/5 1799/12
1819/8 1819/17 1820/11 1820/14 1820/16
1820/23 1821/3 1824/18 1824/18 1825/12
1852/5 1854/13 1905/16 1905/20 1906/6
1908/23 1908/24 1909/2 1909/3 1909/18
1909/18 1910/8 1910/11 1910/12 1911/13
1945/11
71 [1]  1816/17
718 [2]  1677/13 1677/14
72 [1]  1778/15
75 [23]  1680/25 1772/3 1799/1 1799/19
1800/6 1811/23 1820/24 1821/5 1821/9
1842/6 1908/14 1908/22 1909/2 1909/4
1909/5 1909/6 1909/10 1909/14 1910/3
1910/7 1910/12 1910/16 1945/11
76 [2]  1816/13 1816/19

**7**

78 [13]  1697/17 1699/17 1700/15 1701/22
1703/6 1714/24 1722/4 1731/16 1731/17
1734/1 1812/16 1816/10 1816/16
79 [3]  1731/14 1731/15 1731/22

**8**

80 [14]  1732/14 1732/15 1799/1 1799/19
1800/6 1816/14 1816/17 1816/19 1909/7
1928/17 1930/9 1930/10 1933/6 1948/25
800 [2]  1890/8 1890/10
81 [1]  1928/17
83 [1]  1928/18
84 [4]  1812/16 1816/10 1816/16 1816/18
85 [1]  1933/6
88 [1]  1732/19
89 [2]  1732/15 1732/15
8:00 o'clock [1]  1877/7
8:50 [1]  1827/10
8th [1]  1677/2

**9**

9 a.m [1]  1961/9
9-11 [1]  1778/9
9/11 [1]  1748/18
90 [11]  1732/25 1754/6 1908/14 1908/14
1928/17 1930/8 1947/7 1947/14 1950/14
1951/10 1951/20
90 percent [2]  1825/15 1950/10
90s [1]  1908/10
91 [2]  1928/18 1928/18
93 [3]  1785/11 1928/17 1928/17
94103 [1]  1676/23
95 [11]  1756/25 1825/8 1947/7 1947/12
1947/14 1950/15 1950/15 1951/10 1951/11
1951/20 1951/21
95 percent [6]  1747/4 1749/2 1756/23
1825/10 1825/15 1950/24
97 [1]  1947/12
98 [1]  1947/12
98 percent [1]  1825/16
99 [2]  1677/2 1947/14
99 percent [1]  1947/17
9:00 [1]  1676/7
9:12 [2]  1827/11 1827/12
9:30 [1]  1827/11

**A**

a.m [3]  1676/7 1961/9 1961/15
AAID [2]  1852/16 1856/19
AAIDD [15]  1809/13 1809/14 1818/6 1818/9
1823/7 1823/9 1856/14 1856/22 1856/22
1905/24 1909/13 1939/2 1940/13 1945/1
1945/20
Aaronson [3]  1709/6 1709/8 1709/10
aback [1]  1774/10
abandon [1]  1737/19
abandoned [1]  1872/20 1872/21 1872/23
ABAS [7]  1898/8 1898/23 1900/10 1900/22
1901/3 1902/1 1902/14
ABAS-II [2]  1898/8 1900/22
abilities [2]  1773/22 1846/8
ability [34]  1688/10 1697/25 1698/21
1698/25 1699/20 1702/10 1702/11 1702/13
1702/20 1703/1 1713/23 1722/13 1722/14
1725/3 1725/7 1725/19 1733/19 1737/17
1776/13 1781/1 1784/6 1784/22 1788/19
1790/17 1817/9 1855/5 1861/5 1863/3 1863/8
1870/13 1871/23 1872/12 1931/3 1931/9
able [33]  1682/21 1731/1 1732/11 1736/8
1767/20 1776/12 1782/10 1785/17 1786/17
1787/18 1797/24 1800/14 1807/25 1811/2
1818/22 1845/21 1863/21 1864/16 1867/6

1869/10 1869/21 1869/23 1870/5 1870/21
1881/17 1882/3 1897/14 1901/19 1911/14
1942/23 1956/17 1957/21 1960/21
about [259]  1679/12 1681/15 1683/2 1683/15
1690/22 1692/24 1694/15 1694/15 1695/9
1695/21 1697/3 1697/4 1697/10 1697/15
1699/11 1701/23 1708/11 1709/9 1715/5
1717/16 1720/5 1721/21 1722/20 1729/15
1730/22 1731/11 1732/19 1734/4 1735/14
1735/14 1736/4 1736/7 1736/25 1737/2
1752/8 1754/13 1754/16 1756/11 1756/16
1756/19 1756/23 1757/6 1757/9 1759/9
1759/21 1759/21 1759/22 1760/12 1760/25
1761/1 1762/20 1762/21 1762/24 1766/4
1766/6 1768/14 1769/11 1771/11 1772/10
1772/16 1772/25 1773/8 1773/17 1774/4
1774/10 1774/18 1774/19 1775/2 1775/2
1775/17 1775/18 1775/21 1775/25 1776/1
1776/2 1776/3 1776/4 1776/4 1776/25 1777/3
1777/4 1777/5 1777/9 1777/9 1777/17
1777/19 1777/20 1778/8 1779/4 1779/6
1779/14 1780/1 1780/11 1780/12 1780/22
1780/24 1781/8 1782/7 1783/14 1784/11
1784/16 1784/19 1784/24 1785/1 1785/4
1785/7 1785/19 1786/9 1787/6 1787/10
1787/10 1787/16 1787/20 1787/20 1788/20
1789/12 1790/16 1790/25 1791/3 1791/25
1798/12 1799/12 1799/13 1800/1 1800/18
1801/9 1803/16 1804/2 1805/7 1807/9
1807/16 1809/25 1812/1 1812/16 1814/6
1814/9 1816/8 1820/17 1821/12 1821/14
1822/23 1823/7 1823/9 1824/7 1824/16
1824/24 1830/19 1830/20 1830/22 1834/1
1835/20 1838/5 1838/6 1838/13 1839/5
1839/6 1839/25 1843/18 1845/18 1848/2
1848/6 1850/7 1852/18 1853/3 1854/18
1855/1 1856/14 1856/24 1857/19 1857/24
1860/9 1864/6 1864/23 1865/2 1865/4 1865/5
1868/24 1870/4 1871/4 1874/25 1884/13
1884/25 1885/25 1891/8 1891/17 1891/22
1892/25 1893/8 1897/8 1897/20 1898/13
1899/4 1899/11 1901/22 1902/25 1903/11
1903/12 1904/9 1904/13 1905/16 1906/7
1906/8 1906/10 1906/12 1907/7 1911/11
1917/3 1918/8 1919/1 1919/22 1919/23
1920/5 1920/18 1920/9 1920/10 1920/16
1921/9 1921/15 1921/17 1923/9 1924/9
1924/12 1924/25 1926/13 1927/24 1928/21
1929/4 1929/20 1932/22 1932/25 1933/9
1933/11 1934/15 1934/16 1935/11 1939/10
1939/11 1939/18 1940/12 1940/20 1941/4
1941/13 1941/18 1942/19 1943/6 1943/7
1943/24 1944/4 1945/12 1945/13 1946/14
1950/21 1952/9 1953/4 1953/22 1955/13
1958/6 1960/18 1960/20
about or [1]  1759/21
above [3]  1731/14 1896/3 1911/13
Abramson [1]  1816/15
Abramson's [1]  1960/1
abreast [3]  1868/22 1869/21 1869/24
absence [2]  1783/19 1914/25
absolute [2]  1929/23 1930/7
absolutely [15]  1720/18 1721/21 1726/10
1729/18 1729/18 1746/25 1780/25 1793/3
1799/2 1826/20 1856/13 1863/16 1869/5
1908/5 1955/13
abstract [5]  1782/10 1784/6 1870/13 1874/25
1875/14
abstraction [4]  1781/1 1781/22 1782/1
1782/7
abuse [7]  1742/17 1775/10 1817/6 1817/6
1836/17 1836/17 1839/22
academic [26]  1712/7 1712/11 1752/3 1752/7
1752/21 1756/16 1795/2 1759/22 1830/22

1832/14 1834/16 1834/25 1835/1 1835/3
1835/9 1835/10 1835/17 1835/21 1835/24
1836/9 1836/11 1847/19 1848/4 1938/11
1938/13 1939/23
academically [4]  1711/23 1712/1 1712/3
1733/2
academics [2]  1835/25 1848/3
Academy [3]  1760/2 1823/13 1954/7
accept [3]  1807/4 1907/3 1922/13
acceptable [2]  1814/19 1950/16
accepted [3]  1744/1 1752/1 1955/16
access [5]  1762/13 1762/13 1762/14 1762/20
1762/21
accompanying [1]  1684/18
according [14]  1702/10 1707/3 1719/8
1720/11 1792/4 1831/15 1833/2 1834/12
1843/25 1844/2 1855/2 1855/3 1906/23
1951/13
account [7]  1795/15 1806/20 1816/22
1845/11 1846/24 1856/8 1876/11
accounts [1]  1901/5
accreditation [6]  1741/24 1741/25 1742/5
1760/19 1760/20 1760/21
accredited [1]  1882/1
accrediting [2]  1742/1 1760/19
accuracy [5]  1947/20 1948/2 1950/14
1954/23 1955/5
accurate [16]  1688/13 1688/15 1755/7
1763/3 1763/11 1825/9 1825/10 1825/17
1825/18 1839/16 1860/14 1868/14 1887/17
1908/15 1956/16 1957/8
accurately [2]  1766/19 1851/19
achieved [1]  1698/8
achievement [11]  1834/16 1834/25 1834/25
1835/1 1835/3 1835/5 1835/6 1835/23
1836/11 1932/23 1935/14
achievers [1]  1734/8
acknowledge [4]  1905/22 1909/10 1909/13
1939/6
acquired [1]  1936/17
across [12]  1687/10 1733/5 1808/16 1835/22
1902/9 1914/13 1914/15 1919/4 1941/1
1942/24 1948/22 1953/4
Act [1]  1745/5
acting [1]  1755/24
action [2]  1745/1 1909/7
actions [1]  1756/14
active [2]  1799/8 1799/9
actively [1]  1877/22
activities [5]  1759/7 1775/16 1776/4 1777/19
1850/1
activity [1]  1792/5
Actors [1]  1786/19
actresses [1]  1786/19
acts [1]  1796/11
actual [18]  1681/16 1697/15 1697/20
1706/25 1708/5 1708/6 1715/24 1745/22
1780/3 1809/20 1817/9 1825/17 1827/22
1857/7 1888/3 1891/20 1902/4 1918/9
actually [54]  1681/13 1684/23 1692/2 1692/8
1695/14 1703/1 1703/5 1703/17 1705/2
1707/11 1712/18 1715/6 1724/19 1727/6
1727/19 1730/18 1731/23 1732/16 1738/22
1744/23 1767/7 1767/9 1768/6 1770/3
1782/11 1787/19 1799/19 1806/20 1816/21
1826/15 1827/5 1831/18 1843/13 1850/15
1853/15 1853/17 1854/16 1856/10 1871/7
1881/19 1886/8 1887/25 1888/10 1888/15
1901/11 1918/11 1926/6 1931/19 1941/14
1942/19 1945/20 1946/10 1947/14 1948/25
acute [1]  1741/6
acutely [1]  1842/25
AD [1]  1835/14
adaptive [42]  1804/5 1804/9 1819/9 1819/19

**A**

adaptive... [38]  1820/3 1821/6 1845/25
1846/10 1846/20 1847/2 1847/7 1847/9
1847/10 1847/14 1856/23 1871/8 1871/11
1871/15 1878/11 1894/5 1895/4 1895/6
1895/9 1895/15 1895/16 1895/24 1896/18
1896/19 1897/3 1897/8 1897/11 1897/25
1898/15 1900/24 1903/3 1903/25 1906/22
1907/1 1908/16 1911/4 1911/8 1943/6
add [3]  1698/4 1797/7 1800/2
added [3]  1725/13 1745/15 1845/2
addict [1]  1872/17
addicted [1]  1873/18
addition [2]  1773/5 1829/12
additional [7]  1680/8 1698/10 1771/8
1802/20 1898/21 1904/7 1904/16
Additionally [1]  1949/13
address [1]  1959/20
addressing [1]  1871/2
adds [1]  1716/14
adequate [3]  1698/12 1871/25 1893/21
adequately [1]  1918/20
ADHD [16]  1805/12 1829/25 1831/19
1833/14 1833/17 1833/19 1833/23 1834/1
1834/19 1835/10 1838/14 1840/7 1840/11
1847/23 1849/13 1875/19
adhere [3]  1720/11 1904/1 1904/3
adjourned [1]  1961/14
adjunct [1]  1879/25
adjust [2]  1793/16 1822/13
adjusted [3]  1822/9 1872/3 1946/9
Adjusting [1]  1822/10
adjustment [2]  1797/9 1871/25
adjustments [3]  1798/13 1822/16 1822/17
administer [9]  1789/19 1789/21 1789/23
1893/15 1901/12 1901/20 1901/21 1901/24
1902/14
administered [9]  1683/3 1683/21 1689/6
1697/21 1816/11 1890/10 1893/17 1901/9
1928/11
administering [7]  1694/19 1718/22 1751/13
1826/18 1826/21 1900/9 1926/6
administers [1]  1888/11
administration [11]  1695/18 1696/8 1717/14
1720/12 1742/18 1893/9 1900/12 1928/22
1942/3 1952/10 1954/22
administrations [1]  1920/22
administrative [3]  1744/2 1842/24 1944/1
administrator [15]  1696/7 1696/10 1696/18
1696/25 1698/9 1717/1 1717/14 1719/14
1719/17 1740/21 1744/3 1754/22 1755/14
1755/22 1854/17
admission [2]  1741/3 1832/20
admitted [4]  1831/7 1831/9 1831/12 1832/23
adolescence [1]  1794/7
adolescent [1]  1742/22
adolescents [1]  1792/12
adult [1]  1918/21
adults [2]  1710/13 1798/5
advance [1]  1684/14
advanced [2]  1718/3 1760/7
advantage [1]  1737/10
adversarial [1]  1893/4
advocate [1]  1904/18
affect [3]  1691/4 1771/2 1775/16
affected [3]  1875/14 1927/20 1948/17
affecting [1]  1729/4
affiliated [3]  1686/19 1686/24 1823/11
affiliation [1]  1775/10
affiliations [1]  1687/5
affirmative [1]  1811/14
afield [1]  1843/2
afraid [1]  1735/11 1735/13

after [51]  1680/8 1684/21 1687/17 1689/6
1698/8 1725/3 1727/16 1727/22 1728/3
1728/13 1734/13 1740/10 1741/19 1742/14
1743/1 1746/1 1752/1 1754/17 1754/21
1755/1 1757/12 1771/9 1775/1 1777/6 1778/9
1788/10 1797/10 1797/16 1804/19 1814/5
1816/12 1822/22 1830/7 1830/17 1830/23
1830/24 1832/17 1842/7 1859/12 1873/21
1881/2 1881/7 1881/22 1888/9 1895/21
1898/3 1920/24 1921/8 1923/3 1930/16
1943/12
afternoon [5]  1801/3 1879/16 1879/17
1885/19 1885/20
again [41]  1695/15 1701/9 1718/19 1719/6
1725/1 1727/23 1727/24 1729/19 1730/21
1731/25 1734/24 1745/20 1749/12 1762/19
1763/15 1785/17 1788/4 1794/25 1798/1
1801/2 1801/3 1828/18 1852/4 1858/4
1866/19 1886/12 1891/5 1895/22 1898/2
1899/23 1900/1 1914/23 1937/11 1939/10
1941/16 1943/15 1943/18 1948/7 1953/16
1957/21 1960/15
against [3]  1745/1 1755/25 1756/10
age [51]  1729/13 1771/5 1774/16 1777/3
1777/4 1777/20 1778/11 1779/2 1779/3
1779/6 1780/23 1781/6 1811/12 1811/13
1812/13 1812/14 1817/18 1817/20 1818/2
1818/12 1818/15 1818/15 1818/17 1818/18
1818/21 1819/3 1819/10 1819/12 1819/14
1819/22 1820/2 1829/3 1830/4 1831/4
1832/12 1836/12 1847/13 1852/8 1852/8
1860/2 1860/8 1860/22 1872/20 1874/12
1912/10 1912/12 1913/4 1946/8 1946/22
1947/2 1960/11
agencies [1]  1760/17
AGENT [1]  1677/7
ages [7]  1776/20 1777/8 1829/21 1834/10
1834/11 1960/9 1960/11
aggregating [1]  1955/1
aggressiveness [1]  1796/13
ago [6]  1752/10 1763/18 1810/7 1810/10
1810/23 1810/24
agree [45]  1699/13 1778/24 1866/2 1866/14
1866/20 1867/8 1867/9 1869/15 1869/16
1905/3 1906/20 1908/20 1911/15 1911/22
1912/5 1913/3 1913/9 1915/14 1920/24
1925/19 1929/23 1931/11 1933/5 1936/3
1936/11 1937/16 1937/19 1937/23 1938/4
1938/10 1938/15 1940/21 1941/3 1941/11
1943/2 1944/11 1947/7 1952/5 1952/8
1952/21 1955/18 1956/15 1956/19 1958/4
1959/6
agreed [3]  1767/19 1862/3 1922/5
agreeing [1]  1913/1
agreement [1]  1744/21
agrees [1]  1923/1
ahead [8]  1729/4 1749/24 1766/8 1802/12
1816/9 1832/5 1895/14 1929/10
aided [2]  1677/15 1693/2
aiding [1]  1711/9
aim [1]  1777/6
Albany [1]  1762/18
albeit [1]  1736/10
Alchemist [1]  1784/18
alcohol [7]  1775/10 1776/22 1794/15 1817/6
1836/17 1937/8 1937/15
alerted [1]  1730/13
all [127]  1678/11 1678/13 1678/24 1686/11
1688/23 1694/12 1696/2 1698/4 1698/14
1699/25 1702/16 1705/3 1705/8 1714/8
1715/17 1717/5 1722/16 1734/15 1734/16
1738/3 1738/5 1738/8 1738/21 1739/8
1740/25 1746/10 1750/17 1754/12 1756/22
1762/5 1762/6 1763/25 1765/5 1765/18

1766/2 1766/17 1769/15 1772/23 1775/11
1778/20 1781/3 1785/4 1785/8 1784/11
1786/14 1790/6 1797/4 1798/19 1800/23
1803/19 1806/9 1807/7 1808/25 1809/11
1811/16 1811/19 1811/21 1814/7 1814/8
1814/12 1817/7 1820/9 1824/15 1835/23
1841/13 1842/3 1842/10 1843/3 1847/13
1848/20 1849/9 1857/9 1861/1 1866/17
1868/17 1873/21 1876/3 1876/11 1876/15
1876/19 1876/24 1877/6 1877/11 1877/13
1878/8 1881/3 1882/18 1883/14 1884/11
1888/25 1889/8 1890/24 1890/25 1893/23
1894/3 1894/8 1896/3 1898/3 1905/3 1908/5
1909/18 1914/13 1914/15 1915/8 1916/13
1923/8 1923/25 1924/16 1924/24 1934/13
1934/19 1940/8 1941/3 1942/2 1944/4
1944/11 1948/22 1953/4 1953/22 1956/19
1957/14 1960/7 1960/18 1961/4 1961/4
1961/8 1961/13
allegation [1]  1756/9
allegations [1]  1755/23
allocate [1]  1742/24
allowed [2]  1834/5 1883/4
almost [5]  1743/12 1775/14 1786/5 1812/15
1947/12
alone [4]  1788/4 1798/19 1851/6 1907/18
along [5]  1694/7 1705/18 1706/5 1799/4
1915/23
alongside [1]  1889/2
alpha [2]  1950/21 1950/25
already [15]  1684/12 1695/8 1702/24 1761/5
1768/3 1784/5 1788/5 1790/20 1801/18
1804/7 1828/11 1828/17 1829/11 1922/21
1922/23
also [107]  1677/6 1687/17 1688/24 1691/3
1692/11 1694/2 1705/23 1705/25 1707/22
1711/13 1711/24 1715/4 1719/14 1722/23
1723/3 1723/23 1724/18 1725/10 1727/16
1727/23 1727/25 1729/7 1729/24 1731/9
1732/3 1733/11 1737/14 1740/15 1741/6
1741/8 1741/11 1741/22 1742/3 1742/21
1743/8 1744/20 1744/22 1746/6 1757/16
1760/5 1760/7 1761/4 1772/3 1773/12
1776/20 1777/7 1777/14 1777/18 1779/11
1779/4 1788/4 1789/12 1793/7 1793/22
1794/17 1795/5 1796/13 1798/11 1803/16
1817/4 1820/9 1829/23 1830/11 1832/14
1833/15 1835/11 1840/6 1841/25 1842/23
1844/17 1854/16 1855/3 1857/7 1859/2
1859/25 1866/24 1867/3 1868/16 1870/11
1874/6 1875/18 1879/23 1879/24 1881/9
1888/17 1888/18 1894/5 1894/23 1896/5
1896/24 1899/13 1902/4 1906/20 1907/3
1908/9 1909/13 1928/2 1928/9 1929/22
1932/15 1934/20 1938/4 1938/15 1941/11
1956/15 1956/19 1957/15
altered [1]  1908/21
although [17]  1753/24 1797/7 1862/2
1887/17 1890/16 1893/21 1894/23 1904/5
1927/17 1931/19 1935/9 1936/24 1937/11
1945/9 1947/9 1948/25 1956/13
always [21]  1718/10 1722/23 1722/24 1723/1
1723/3 1773/5 1842/3 1845/17 1849/20
1849/22 1866/12 1866/13 1866/13 1884/4
1884/5 1896/9 1897/4 1905/10 1921/6 1930/1
1953/13
am [23]  1693/18 1739/10 1739/12 1744/19
1745/11 1750/20 1757/10 1758/11 1773/5
1790/25 1826/20 1841/19 1851/5 1859/2
1864/4 1879/19 1879/21 1880/9 1897/16
1912/24 1929/16 1950/3 1954/12
AMA [2]  1746/7 1746/10
ambiguity [3]  1907/7 1907/8 1907/9
AMERICA [1]  1676/2

**A**

**American** [19]  1745/13 1745/14 1746/5 1746/13 1746/14 1746/17 1746/18 1760/1 1760/2 1760/2 1789/5 1809/17 1809/22 1818/6 1822/7 1823/13 1954/7 1958/11 1958/12

**among** [4]  1700/16 1761/19 1918/16 1933/25

**amount** [16]  1744/11 1754/11 1754/12 1758/25 1768/16 1827/16 1827/20 1878/20 1887/3 1900/1 1917/22 1918/3 1924/9 1924/20 1925/1 1947/4

**amounted** [1]  1708/11

**analyses** [1]  1894/8

**analysis** [7]  1736/16 1764/18 1829/17 1916/20 1925/5 1934/10 1936/3

**analyze** [1]  1942/23

**and-a-half** [1]  1827/13

**and/or** [1]  1887/14

**Anderson** [5]  1758/12 1758/19 1811/15 1833/25 1839/18

**anesthetic** [1]  1876/9

**Angola** [1]  1841/5

**angry** [1]  1789/8

**animated** [1]  1728/20

**animation** [2]  1728/19 1729/13

**annual** [12]  1682/7 1682/8 1682/14 1682/24 1683/10 1685/25 1686/1 1690/5 1707/17 1708/1 1709/6 1728/10

**annuals** [1]  1683/6

**another** [26]  1687/1 1687/3 1692/13 1694/6 1696/12 1704/18 1719/9 1724/24 1759/14 1780/24 1781/16 1783/10 1785/5 1785/18 1809/9 1811/1 1811/5 1816/6 1822/4 1864/9 1864/22 1876/2 1908/9 1930/18 1946/14 1956/4

**answer** [40]  1693/16 1694/22 1695/7 1695/10 1695/10 1695/20 1695/22 1696/4 1724/13 1724/24 1725/5 1725/6 1726/4 1727/12 1751/1 1787/14 1787/15 1812/4 1817/16 1844/24 1855/10 1857/24 1864/7 1869/5 1882/13 1895/12 1907/19 1913/15 1913/17 1913/21 1913/25 1914/1 1914/3 1914/9 1915/9 1915/10 1915/11 1916/2 1959/17 1960/15

**answered** [2]  1864/8 1898/10

**answering** [3]  1814/16 1899/6 1928/23

**answers** [10]  1715/11 1724/16 1725/21 1779/11 1787/21 1857/4 1857/7 1867/22 1956/17 1959/22

**anticipate** [1]  1961/2

**anticipating** [1]  1841/7

**antidepressant** [1]  1829/24

**antisocial** [6]  1795/25 1796/8 1808/2 1808/7 1808/11 1894/19

**any** [88]  1680/8 1686/16 1688/12 1695/16 1696/17 1701/16 1716/9 1716/11 1719/11 1719/13 1721/2 1728/3 1736/16 1736/18 1740/8 1741/15 1745/6 1745/22 1747/17 1747/22 1750/13 1750/17 1751/3 1756/13 1762/8 1763/20 1764/12 1766/17 1773/4 1773/8 1776/25 1777/1 1778/9 1779/5 1780/9 1780/14 1783/14 1789/19 1789/20 1790/22 1790/24 1792/7 1803/1 1804/13 1804/18 1807/2 1807/22 1807/23 1826/20 1839/7 1842/4 1845/9 1845/11 1847/14 1847/15 1848/11 1848/22 1850/11 1853/1 1853/9 1854/1 1864/4 1864/11 1865/12 1868/7 1872/18 1872/22 1872/23 1875/23 1883/7 1883/13 1891/12 1892/4 1896/9 1908/3 1909/14 1923/22 1931/13 1934/22 1936/19 1939/3 1939/10 1947/5 1948/16 1948/24 1950/6 1952/4 1958/1

**anybody** [3]  1828/3 1840/16 1924/18

**anyone** [9]  1741/13 1745/6 1745/9 1769/23 1775/11 1799/9 1855/6 1927/9 1941/6

**anyplace** [1]  1741/13

**anything** [28]  1688/12 1693/11 1693/13 1697/10 1728/4 1728/25 1734/18 1750/13 1759/10 1759/20 1760/24 1762/11 1773/18 1773/21 1777/24 1781/5 1788/11 1789/19 1801/8 1801/23 1803/15 1845/12 1851/22 1852/15 1864/10 1915/13 1915/14

**anyway** [1]  1729/5

**Anywhere** [1]  1944/24

**apart** [6]  1707/10 1707/11 1849/3 1920/11 1952/10 1958/4

**Apgar** [1]  1937/12

**apparent** [1]  1792/11

**apparently** [9]  1692/22 1698/12 1704/22 1709/4 1710/16 1725/1 1734/25 1735/10 1921/23

**appear** [9]  1705/19 1711/7 1754/23 1792/21 1846/8 1864/5 1899/3 1905/24 1947/10

**appearance** [3]  1755/4 1755/8 1773/14

**appearances** [1]  1947/11

**appeared** [8]  1710/3 1710/12 1710/22 1712/21 1713/17 1748/13 1754/25 1755/3

**appearing** [1]  1754/24

**appears** [11]  1691/3 1699/18 1699/20 1710/24 1722/4 1734/1 1800/15 1821/17 1823/6 1833/6 1901/19

**apples** [2]  1933/8 1951/3

**applicable** [2]  1842/5 1904/19

**application** [5]  1765/10 1765/11 1765/12 1765/16 1782/2

**applied** [6]  1699/10 1806/2 1806/5 1821/17 1821/25 1842/9

**applies** [2]  1745/5 1941/6

**apply** [9]  1699/2 1711/24 1782/11 1824/11 1824/14 1836/5 1903/13 1903/16 1903/21

**appointed** [8]  1740/15 1744/15 1744/20 1747/24 1748/21 1748/22 1767/20 1773/6

**appointment** [3]  1703/18 1748/6 1877/7

**appointments** [2]  1740/8 1748/3

**appreciate** [3]  1784/22 1877/21 1949/20

**apprised** [1]  1873/15

**approach** [11]  1704/2 1714/17 1737/8 1737/9 1758/6 1764/3 1823/22 1842/13 1858/8 1867/13 1940/23

**Approaching** [1]  1867/24

**appropriate** [16]  1696/14 1736/10 1736/12 1767/24 1797/19 1808/16 1814/18 1814/21 1842/9 1856/7 1893/9 1896/4 1902/20 1930/17 1951/24 1954/23

**appropriately** [5]  1784/8 1790/17 1793/17 1834/2 1878/24

**appropriateness** [1]  1958/24

**approximate** [1]  1777/18

**approximately** [27]  1679/23 1740/16 1769/4 1771/18 1771/19 1794/17 1819/8 1819/17 1820/16 1821/3 1824/18 1827/11 1827/12 1829/3 1905/23 1906/2 1906/7 1908/14 1908/22 1908/22 1909/2 1909/3 1909/5 1909/15 1909/20 1909/23 1945/8

**April** [10]  1694/9 1694/11 1694/24 1695/17 1703/15 1828/25 1828/25 1829/2 1831/10 1839/18

**are** [226]  1679/4 1682/18 1684/18 1685/11 1690/18 1691/21 1692/7 1697/11 1698/14 1698/16 1699/3 1702/24 1704/8 1704/11 1704/13 1704/14 1706/15 1711/2 1712/7 1711/12 1715/11 1715/14 1716/10 1718/6 1718/14 1719/11 1719/12 1720/1 1720/10 1720/21 1724/16 1726/17 1727/1 1728/20 1735/1 1735/2 1735/6 1735/7 1739/9 1741/7 1745/4 1745/4 1745/10 1752/6 1755/3 1758/16 1759/6 1760/10 1761/23 1765/3

**anyone** [9]  1741/13 1745/6 1745/9 1769/23 ... 

**1771/22 1771/23 1773/3 1773/17 1773/22 1773/22 1774/7 1774/16 1774/18 1774/21 1775/23 1775/24 1778/15 1779/3 1779/18 1779/23 1781/20 1781/23 1782/17 1782/20 1785/25 1786/13 1787/1 1787/3 1789/2 1793/3 1794/3 1794/5 1794/25 1795/11 1795/13 1796/4 1796/5 1796/11 1796/18 1796/19 1796/20 1797/4 1799/3 1799/8 1799/20 1801/8 1801/14 1803/4 1803/5 1803/7 1803/8 1804/2 1804/8 1804/8 1804/9 1804/11 1804/24 1806/2 1806/4 1806/6 1808/21 1809/13 1811/22 1812/20 1816/13 1816/23 1817/7 1819/15 1823/16 1824/6 1824/6 1824/10 1825/3 1827/1 1835/18 1838/7 1839/11 1839/25 1840/25 1841/4 1841/12 1841/16 1841/17 1841/17 1842/3 1842/8 1842/17 1842/21 1842/25 1843/12 1843/16 1843/19 1844/9 1844/10 1844/20 1844/21 1844/24 1845/3 1845/12 1846/19 1846/24 1847/15 1848/6 1849/6 1852/9 1856/24 1857/10 1857/12 1857/25 1858/18 1859/23 1862/20 1862/21 1872/19 1873/22 1875/8 1876/7 1879/18 1880/8 1880/20 1887/4 1892/13 1894/8 1897/6 1897/17 1897/20 1899/14 1899/17 1899/22 1900/6 1900/8 1900/11 1903/12 1903/12 1903/22 1904/19 1906/20 1906/25 1907/23 1914/16 1917/13 1918/13 1918/19 1919/15 1920/16 1921/9 1927/4 1927/18 1928/10 1929/25 1930/9 1931/1 1933/9 1935/12 1936/4 1936/7 1937/16 1937/18 1937/19 1938/4 1938/5 1941/16 1943/24 1946/7 1947/23 1948/22 1953/5 1955/6 1955/23 1956/8 1956/17 1957/3 1957/11 1957/15 1958/5 1958/21 1959/18 1960/5 1960/8

**area** [25]  1680/1 1681/11 1723/18 1727/10 1727/11 1741/2 1741/21 1745/21 1749/20 1751/2 1805/24 1823/18 1826/7 1833/18 1841/13 1848/3 1856/10 1864/21 1868/15 1875/10 1876/6 1880/16 1887/21 1904/6 1954/19**

**areas** [22]  1681/17 1775/14 1804/11 1805/9 1817/10 1835/23 1835/24 1835/25 1843/4 1848/9 1848/12 1848/21 1852/11 1856/10 1880/6 1880/12 1891/6 1939/10 1939/12 1940/17 1940/18 1942/10

**aren't** [3]  1705/20 1957/1 1958/18

**argumentative** [1]  1871/20

**arithmetic** [1]  1698/1

**arm** [2]  1876/8 1876/9

**around** [15]  1787/5 1798/18 1829/23 1832/20 1859/1 1859/22 1859/24 1905/17 1909/6 1909/19 1948/8 1949/3 1949/8 1949/9 1949/21

**arrange** [1]  1825/11

**arrangements** [2]  1770/1 1770/2

**arrest** [3]  1779/2 1796/11 1797/10

**arrested** [1]  1748/18

**arrests** [1]  1777/19

**arrived** [2]  1799/1 1827/9

**art** [1]  1903/15

**article** [13]  1822/2 1822/5 1822/8 1822/10 1823/3 1823/4 1824/1 1824/4 1824/5 1824/7 1824/9 1824/13 1953/6

**articles** [10]  1803/16 1822/15 1822/18 1822/19 1822/20 1822/22 1823/17 1826/14 1892/4 1892/7

**articulate** [1]  1779/24

**artificial** [1]  1887/17

**as** [356]

**ascertaining** [1]  1865/21

**Asian** [1]  1734/6

**aside** [2]  1790/12 1848/7

**ask** [24]  1685/5 1688/3 1716/22 1726/14

**A**

ask... [20]  1728/22 1735/11 1774/4 1775/15 1782/22 1782/23 1785/7 1786/6 1809/12 1814/4 1838/16 1850/25 1865/19 1866/18 1886/9 1898/20 1899/2 1900/9 1922/25 1923/3
asked [54]  1694/15 1707/8 1707/17 1713/3 1735/10 1735/22 1743/15 1747/21 1748/11 1748/24 1757/17 1766/11 1771/7 1774/7 1774/12 1775/14 1776/2 1776/14 1776/23 1778/2 1778/8 1779/8 1780/11 1780/17 1781/13 1783/4 1785/20 1785/25 1788/11 1802/4 1809/11 1822/23 1823/10 1835/2 1835/2 1845/18 1845/20 1865/3 1869/2 1877/21 1885/25 1886/6 1891/17 1891/22 1892/15 1895/14 1898/13 1907/14 1931/18
asking [11]  1689/17 1768/22 1780/11 1785/10 1802/3 1808/20 1823/18 1838/13 1852/21 1873/10 1960/4
asks [1]  1898/23
aspect [2]  1916/24 1927/16
aspects [1]  1685/2
ass [1]  1781/13
assembly [5]  1696/13 1697/7 1719/2 1719/4 1719/17
assertions [1]  1811/21
assess [6]  1720/9 1763/24 1765/1 1804/23 1932/20 1933/2
assessed [1]  1905/4
assessing [7]  1760/24 1764/24 1845/10 1855/9 1861/14 1905/14 1945/8
assessment [24]  1748/12 1748/15 1748/15 1749/2 1762/13 1763/25 1764/1 1764/5 1764/13 1783/25 1784/2 1799/2 1822/3 1894/6 1895/24 1895/10 1895/24 1896/9 1896/18 1896/20 1898/5 1903/2 1903/25 1954/14
assessments [3]  1803/22 1895/6 1901/9
assign [1]  1693/8
assigned [2]  1693/3 1713/13
assigning [1]  1953/10
assignments [1]  1711/23
assist [5]  1710/17 1710/18 1713/14 1863/8 1873/14
assistance [2]  1711/22 1907/12
Assistant [1]  1676/15
assistants [1]  1888/1
assisting [1]  1867/1
associate [2]  1740/15 1879/21
associated [2]  1708/16 1918/20
associates [1]  1692/15
association [10]  1746/15 1746/19 1760/3 1794/14 1809/17 1809/22 1818/7 1822/7 1958/11 1958/12
assume [8]  1682/24 1713/11 1716/16 1754/10 1807/18 1821/11 1821/11 1924/12
assumed [3]  1728/20 1728/22 1861/8
assuming [2]  1723/2 1805/23
assure [1]  1959/2
at St. Elizabeth's [1]  1861/9
Atkins [51]  1768/9 1768/10 1768/15 1768/18 1768/23 1768/24 1769/1 1774/9 1774/9 1774/18 1775/2 1775/3 1811/12 1817/22 1818/3 1818/5 1818/7 1821/25 1824/1 1824/16 1824/16 1857/21 1858/1 1858/2 1858/3 1858/15 1858/21 1858/22 1858/23 1859/2 1859/7 1859/8 1859/9 1859/11 1859/12 1859/19 1860/8 1860/12 1860/23 1861/1 1864/16 1865/7 1865/10 1870/1 1870/3 1870/6 1871/4 1883/7 1890/1 1893/9 1907/25
attempt [1]  1778/5
attempting [1]  1750/4 1759/18 1787/9 1804/1 1853/3
attendant [1]  1703/4
attended [4]  1739/17 1739/18 1751/21 1777/18
attending [1]  1836/17
attention [22]  1713/18 1784/6 1791/7 1791/11 1791/24 1792/12 1792/14 1792/15 1792/25 1793/1 1793/25 1798/3 1798/5 1808/1 1817/3 1823/25 1868/21 1869/20 1893/7 1894/22 1943/10 1943/16
attorney [5]  1676/14 1676/15 1769/21 1863/8 1867/1
attorney-client [1]  1769/21
attorneys [7]  1693/21 1747/23 1771/10 1777/22 1777/24 1786/16 1870/11
attractive [1]  1709/23
attributable [1]  1849/2
attribute [3]  1847/24 1938/11 1939/4
attributed [1]  1849/11
August [1]  1748/18
aunt [5]  1777/4 1777/15 1791/15 1830/12 1834/12
aunt's [1]  1873/21
author [2]  1892/7 1892/9
authoritative [6]  1922/5 1922/13 1922/18 1922/25 1925/20 1925/22
authority [2]  1750/23 1791/16
authors [2]  1784/20 1822/5
autism [4]  1687/18 1687/19 1687/22 1730/5
autistic [1]  1728/8 1730/3
automatically [1]  1940/2
available [6]  1681/16 1686/4 1790/11 1838/24 1928/2 1958/7
average [41]  1697/22 1697/23 1698/2 1698/3 1699/20 1699/20 1699/21 1700/8 1702/11 1702/11 1731/24 1731/24 1732/2 1732/3 1732/8 1732/12 1732/12 1732/13 1732/13 1732/14 1732/16 1732/25 1733/1 1733/22 1733/25 1782/3 1782/3 1817/10 1817/10 1846/9 1846/9 1847/6 1853/20 1854/20 1854/20 1860/11 1919/11 1938/7 1945/24 1946/8 1946/22
average-level [1]  1938/9
avoid [2]  1946/16 1946/17
aware [6]  1752/5 1765/3 1803/20 1920/16 1920/4 1920/7
away [6]  1716/5 1716/24 1768/3 1908/13 1920/4 1920/7
awful [1]  1723/4 1726/12 1799/25
AWOL [1]  1792/1
Axis [3]  1791/5 1795/24 1797/5

**B**

Bachelors [1]  1880/23
back [55]  1680/2 1683/22 1685/2 1685/7 1686/22 1691/18 1703/4 1703/15 1708/24 1708/25 1712/21 1714/5 1716/21 1716/22 1717/19 1725/14 1726/6 1729/16 1753/24 1761/14 1762/12 1767/16 1767/19 1769/1 1769/7 1781/25 1782/12 1782/20 1790/8 1793/9 1795/6 1795/10 1795/10 1817/18 1828/18 1828/21 1832/17 1833/20 1871/8 1871/18 1881/23 1883/13 1889/11 1898/19 1899/11 1899/18 1900/1 1900/11 1912/21 1913/12 1925/14 1928/14 1935/3 1936/21 1953/12
backwards [2]  1785/21 1785/25
badly [1]  1800/8
balance [1]  1924/22
bandied [1]  1787/5
bar [1]  1815/4
Barnes [1]  1777/4
base [6]  1772/16 1783/22 1803/17 1880/14 1901/20 1955/2
based [51]  1682/13 1689/10 1693/11 1703/3 1715/20 1715/23 1717/3 1717/5 1717/5 1718/5 1725/5 1727/17 1736/9 1757/17 1767/17 1782/4 1785/24 1788/3 1791/12 1806/10 1812/21 1818/2 1818/2 1822/15 1829/15 1833/13 1834/17 1835/8 1836/7 1846/9 1846/20 1851/6 1871/10 1872/5 1872/13 1894/24 1899/20 1905/4 1911/18 1911/21 1914/1 1914/3 1915/11 1931/23 1932/9 1935/10 1942/7 1942/10 1949/25 1955/24 1958/25
basic [5]  1760/1 1830/22 1842/12 1845/1 1922/11
basically [15]  1682/10 1688/22 1693/3 1702/8 1708/17 1716/25 1717/8 1781/16 1797/15 1800/6 1805/10 1887/1 1899/15 1926/9 1937/2
basis [2]  1756/13 1801/6 1838/21 1856/5 1926/6
Bates [2]  1684/20 1690/25
battery [3]  1718/7 1718/23 1719/4
Bay [3]  1759/15 1759/16 1759/19
be [337]
bear [1]  1895/10
became [10]  1682/20 1740/14 1740/20 1740/23 1742/6 1743/8 1754/10 1754/17 1889/13 1898/13
because [164]  1682/20 1687/17 1689/16 1690/11 1691/14 1691/20 1692/3 1692/6 1692/18 1692/20 1698/4 1700/5 1700/9 1700/9 1701/10 1701/10 1703/20 1704/2 1707/6 1707/6 1708/20 1710/7 1711/13 1711/23 1711/24 1712/8 1714/8 1714/9 1715/5 1719/13 1719/16 1719/17 1720/13 1722/22 1723/19 1726/5 1726/6 1726/13 1726/24 1728/1 1728/18 1729/7 1729/13 1729/25 1730/21 1731/6 1733/10 1741/7 1743/22 1748/12 1753/2 1754/11 1754/18 1755/14 1764/25 1767/10 1767/12 1773/14 1774/11 1777/14 1781/22 1786/25 1787/2 1787/21 1787/21 1791/21 1793/14 1794/18 1795/11 1796/22 1798/1 1799/8 1804/19 1805/12 1805/12 1805/13 1805/14 1805/25 1806/14 1807/10 1807/12 1809/8 1811/7 1811/10 1812/17 1812/25 1814/22 1816/24 1817/19 1822/23 1822/25 1826/6 1826/22 1826/25 1830/1 1831/14 1831/14 1838/23 1841/7 1841/23 1844/6 1844/7 1845/3 1847/7 1847/23 1850/10 1851/16 1861/15 1862/4 1866/6 1866/11 1866/20 1869/22 1869/24 1873/6 1874/2 1874/9 1876/5 1876/8 1876/9 1878/19 1884/25 1886/18 1887/4 1887/17 1888/4 1893/4 1896/2 1897/18 1897/19 1899/3 1899/13 1901/21 1902/1 1902/8 1903/18 1905/21 1908/16 1908/18 1908/21 1909/7 1911/3 1911/8 1917/10 1918/10 1919/10 1924/18 1929/25 1930/9 1931/1 1931/3 1932/6 1933/5 1933/6 1934/9 1934/12 1940/2 1942/20 1946/13 1947/15 1947/21 1951/19 1951/24 1952/1
become [11]  1745/24 1746/2 1746/3 1746/16 1770/5 1777/6 1796/5 1797/19 1797/19 1866/8 1907/21
becomes [5]  1899/7 1931/11 1934/3 1947/19 1949/10
becoming [2]  1745/23 1806/7
bed [1]  1881/25
beds [2]  1754/6 1842/25
been [134]  1678/17 1680/3 1681/6 1681/13 1682/21 1683/25 1684/5 1686/19 1687/24 1691/8 1693/19 1694/18 1702/1 1702/25 1704/7 1705/5 1705/7 1706/4 1709/6 1711/8 1711/8 1711/9 1711/18 1717/16 1717/20 1717/21 1717/21 1721/15 1721/15 1728/1

Case 1:04-cr-01016-NGG   Document 1763   Filed 02/20/07   Page 293 of 330 PageID #: 18947

**B**

been... [104]  1728/4 1728/23 1730/3 1731/22
1731/23 1732/1 1738/13 1744/22 1745/7
1747/2 1747/3 1747/4 1747/5 1747/6 1747/7
1747/10 1747/11 1747/15 1747/21 1747/21
1747/24 1748/5 1748/23 1749/16 1752/12
1753/5 1756/25 1757/2 1757/2 1763/13
1769/9 1769/16 1771/5 1771/10 1772/1
1772/15 1773/6 1776/20 1777/8 1777/14
1777/22 1778/11 1784/9 1784/10 1784/11
1787/5 1790/7 1801/11 1809/20 1810/7
1810/8 1810/11 1810/12 1810/22 1811/5
1811/6 1811/21 1811/23 1812/21 1818/12
1821/10 1821/19 1821/21 1840/16 1861/8
1861/21 1864/9 1870/5 1870/10 1873/15
1874/9 1874/13 1877/22 1878/2 1879/7
1880/1 1880/2 1883/7 1884/6 1884/20
1884/22 1888/4 1889/22 1890/1 1892/7
1892/9 1900/21 1901/2 1901/15 1901/17
1918/20 1922/8 1922/14 1922/20 1922/22
1924/10 1924/14 1928/6 1936/22 1936/23
1941/20 1952/12 1958/5 1959/1

beer [1]  1850/2

before [70]  1676/9 1680/16 1688/7 1691/15
1691/15 1691/17 1703/15 1706/18 1706/19
1706/25 1707/20 1707/21 1728/13 1746/21
1748/18 1752/11 1767/8 1768/9 1768/11
1769/1 1769/15 1771/23 1772/10 1772/17
1774/16 1776/7 1776/14 1778/1 1780/23
1781/10 1782/18 1797/22 1803/20 1807/24
1810/18 1817/20 1818/2 1818/20 1818/21
1819/2 1819/10 1819/12 1819/14 1819/21
1819/22 1820/2 1821/12 1826/8 1827/17
1831/19 1838/13 1851/13 1851/16 1853/8
1860/2 1860/7 1860/16 1860/22 1864/4
1883/22 1885/21 1887/25 1895/12 1895/18
1901/11 1903/6 1912/12 1913/4 1913/5
1930/2

beforehand [2]  1728/7 1728/24

began [15]  1679/23 1680/4 1681/6 1728/8
1728/9 1729/21 1744/19 1754/24 1772/21
1779/2 1779/16 1794/14 1827/6 1827/11
1836/12

begin [2]  1772/23 1830/7

beginning [2]  1741/22 1777/20

begins [2]  1714/15 1775/6

behalf [1]  1749/3

behaving [1]  1688/25

behavior [16]  1708/9 1710/4 1710/8 1728/18
1791/13 1793/20 1793/22 1796/10 1834/6
1834/16 1872/13 1899/20 1904/14 1915/17
1915/17 1915/18

behavioral [6]  1681/23 1719/16 1733/4
1831/5 1834/3 1928/1

behaviors [10]  1690/3 1690/4 1708/13
1712/10 1712/12 1732/9 1791/14 1791/16
1830/21 1832/24

behind [6]  1733/7 1761/18 1761/18 1781/12
1835/12 1836/11

being [55]  1686/24 1687/6 1689/21 1694/11
1695/20 1695/21 1697/16 1702/24 1711/6
1744/1 1757/7 1759/16 1765/8 1777/1
1779/15 1782/25 1783/1 1783/2 1783/20
1788/17 1789/14 1792/1 1793/6 1793/12
1794/18 1796/16 1799/24 1799/25 1800/12
1800/13 1811/12 1811/13 1817/8 1830/11
1834/1 1835/12 1842/9 1849/16 1850/8
1854/21 1863/13 1864/22 1869/3 1891/23
1896/10 1900/15 1901/5 1902/3 1904/10
1913/7 1922/6 1922/7 1922/13 1935/12
1949/1

belabor [1]  1735/7

believe [84]  1679/11 1680/5 1681/7 1688/12

1694/6 1697/25 1698/24 1700/19 1702/14
1704/8 1706/3 1706/17 1729/9 1733/5
1734/9 1735/3 1739/24 1740/21 1748/17
1760/1 1760/8 1763/19 1766/19 1775/20
1778/5 1780/6 1787/2 1789/1 1790/14
1797/11 1797/21 1800/22 1812/14 1812/22
1816/4 1816/7 1816/25 1817/25 1818/10
1818/17 1820/10 1820/15 1823/10 1824/22
1824/23 1825/7 1826/20 1828/25 1831/10
1831/11 1848/2 1851/15 1851/21 1853/22
1858/1 1865/12 1868/6 1872/1 1873/25
1874/6 1874/8 1881/21 1883/25 1884/24
1889/14 1892/21 1893/11 1895/23 1897/1
1901/22 1906/25 1907/4 1912/11 1912/14
1913/16 1913/20 1917/21 1938/18 1939/20
1940/16 1945/4 1947/9 1951/12 1953/17

believed [4]  1686/8 1782/9 1790/8 1816/23

believes [1]  1786/24

bell [3]  1948/22 1948/25 1949/8

bell-shape [2]  1948/25 1949/8

belong [2]  1813/4 1954/7

belongs [1]  1747/20

below [21]  1702/11 1731/3 1731/12 1819/8
1819/17 1820/11 1820/14 1821/8 1852/5
1853/20 1854/13 1906/3 1909/16 1909/21
1909/23 1909/24 1910/2 1910/9 1910/16
1911/13 1931/25

benchmark [1]  1772/5

bender [2]  1683/15 1698/13

benefit [2]  1706/2 1853/23

besides [3]  1687/4 1698/10 1930/11

best [21]  1688/10 1698/25 1711/9 1722/13
1726/4 1739/16 1759/24 1774/21 1788/19
1789/15 1800/14 1835/12 1872/8 1872/10
1896/23 1901/18 1902/3 1903/20 1955/15
1959/24 1960/1

better [15]  1693/2 1693/2 1705/6 1722/25
1725/8 1726/24 1730/14 1734/12 1813/6
1834/13 1835/25 1844/11 1922/10 1956/10
1956/11

between [23]  1679/13 1696/17 1718/11
1743/24 1771/18 1816/10 1828/25 1829/2
1829/21 1829/23 1834/10 1834/11 1860/23
1875/23 1881/6 1886/17 1891/18 1896/9
1917/22 1920/17 1931/12 1945/11 1947/18

beyond [7]  1735/15 1882/13 1923/11
1926/10 1950/24 1953/18 1953/21

bias [3]  1897/20 1899/1 1900/19

biases [1]  1898/1

biassing [2]  1900/15 1900/16

Bible [1]  1880/24

big [4]  1781/17 1819/5 1917/9 1918/7

bigger [1]  1882/10

bill [1]  1747/19

billing [2]  1768/24 1924/24

binder [7]  1739/4 1778/13 1778/14 1778/16
1918/7 1926/15 1926/16

Binet [2]  1717/8 1717/11

biologic [1]  1936/23

bipolar [2]  1839/13 1840/19

birth [2]  1776/15 1937/5

bit [26]  1685/5 1692/7 1692/8 1696/22
1696/23 1711/18 1725/17 1727/2 1738/23
1761/3 1787/6 1802/10 1845/6 1895/13
1899/19 1901/25 1902/7 1903/9 1940/3
1941/12 1941/15 1941/16 1942/20 1943/5
1943/15 1956/10

biting [1]  1792/9

black [1]  1709/23

Blackburn's [1]  1863/12

Blackman [13]  1861/18 1863/13 1863/16
1865/12 1867/15 1868/6 1868/16 1869/2
1869/5 1869/19 1870/5 1870/17 1871/6

block [3]  1697/7 1698/2 1698/11

blood [2]  1830/1 1850/22

bloody [2]  1830/17 1830/18 1841/6 1849/47
1850/12

Bloody [1]  1735/8

blown [1]  1952/13

blue [1]  1918/7

board [31]  1733/5 1745/10 1745/11 1745/12
1745/13 1745/14 1745/16 1745/23 1745/24
1745/25 1746/3 1746/5 1746/7 1746/7 1746/9
1746/10 1746/13 1746/17 1746/17 1759/9
1761/6 1761/12 1835/22 1880/8 1880/12
1880/13 1880/16 1880/20 1914/13 1914/15
1941/2

boards [5]  1746/3 1746/12 1824/22 1824/23
1824/24

body [2]  1699/14 1742/1

boiler [1]  1722/1

boilerplate [2]  1702/2 1702/3

bonded [1]  1710/25

book [24]  1762/2 1784/19 1804/12 1808/18
1808/19 1810/10 1810/14 1818/9 1818/22
1845/22 1914/21 1918/8 1922/4 1922/7
1922/9 1922/17 1922/19 1922/22 1922/24
1925/15 1927/23 1948/15 1958/9 1958/9

booklet [1]  1715/10 1715/15 1721/16

booklets [1]  1715/24

books [3]  1892/9 1892/11 1925/25

borderline [19]  1697/25 1698/7 1699/17
1700/8 1700/8 1703/7 1714/24 1722/4
1727/19 1727/20 1729/14 1731/13 1731/14
1731/15 1731/17 1853/20 1854/20 1854/25
1945/24

born [7]  1776/16 1776/17 1872/19 1872/24
1872/25 1873/19 1937/12

boroughs [1]  1681/14

both [25]  1730/21 1747/7 1748/4 1748/25
1808/4 1808/5 1808/7 1808/13 1808/15
1819/23 1846/1 1846/2 1847/1 1848/13
1877/20 1877/21 1880/16 1889/8 1889/12
1889/13 1889/14 1889/17 1905/24 1907/4
1909/20

bottom [9]  1690/17 1690/18 1691/1 1704/12
1705/20 1752/14 1851/20 1851/23 1888/21

bottoms [1]  1782/17

Boulevard [1]  1687/2

boundaries [1]  1735/16

boy [1]  1735/23

BRADY [3]  1677/1 1677/3 1678/5

brain [4]  1782/9 1875/10 1875/14 1943/20

brains [1]  1942/22

branch [1]  1880/4

branches [1]  1823/1

brand [3]  1774/24 1845/14 1851/3

Brannan [1]  1676/23

break [11]  1680/13 1765/21 1781/25
1802/10 1812/6 1836/20 1836/22 1849/3
1876/4 1876/8 1923/3

breaking [3]  1713/2 1794/13 1794/13

breath [1]  1761/4

brief [5]  1679/25 1739/14 1739/16 1854/2
1880/21

briefing [1]  1961/6

briefly [1]  1885/15

bright [2]  1771/11 1808/10

bring [7]  1681/16 1685/7 1698/5 1711/14
1743/10 1746/12 1909/7

bringing [1]  1928/14

brings [4]  1744/8 1906/5 1906/6 1910/10

Brinkema [2]  1748/22 1767/12

broad [4]  1890/19 1915/15 1944/3 1955/3

broke [4]  1713/3 1838/13 1876/4 1876/9

Brooklyn [3]  1676/5 1676/16 1677/13

brother [5]  1779/9 1785/2 1793/8 1817/5
1830/12

**B**

brought [5]  1720/3 1821/13 1844/12 1889/2
1893/7
bu [2]  1898/25 1929/18
Bucksman [1]  1875/11
built [1]  1951/8
bullying [1]  1794/10
bump [6]  1930/22 1941/14 1941/16 1942/9
1942/19 1943/6
bump-up [1]  1930/22
bunch [1]  1805/25
burden [2]  1879/6 1928/5
Bureau [2]  1883/5 1883/20
bureaucratic [1]  1708/25
BURT [22]  1676/22 1676/24 1678/5 1693/24
1736/24 1778/18 1838/5 1838/6 1838/12
1856/2 1857/2 1865/25 1868/2 1877/24
1885/18 1886/4 1886/15 1891/22 1904/25
1924/5 1925/12 1926/25
bus [1]  1791/19
bused [1]  1681/14
busing [1]  1681/16
busting [4]  1712/24 1712/25 1713/1 1713/2
Butler [1]  1836/19
buy [1]  1851/3
by each [1]  1947/1

**C**

C-1 [5]  1705/9 1705/12 1705/14 1706/4
1706/5
C-5 [1]  1705/25
C-a-r-l-a [1]  1678/22
C1 [2]  1684/19 1704/21
C5 [1]  1684/19
Cadman [3]  1676/4 1676/15 1677/12
calculated [1]  1944/18
calculation [1]  1785/17
California [6]  1676/23 1744/16 1744/18
1750/21 1750/23 1841/10
call [11]  1678/12 1711/21 1738/8 1738/10
1786/10 1786/10 1842/14 1876/24 1918/13
1925/22 1954/5
called [33]  1678/17 1680/23 1683/15
1703/18 1714/21 1738/13 1740/12 1741/12
1742/11 1745/4 1747/2 1747/3 1748/7
1748/11 1756/25 1757/5 1757/7 1757/14
1787/13 1824/1 1843/24 1878/2 1884/16
1884/18 1885/3 1885/3 1893/12 1907/21
1921/25 1926/1 1929/9 1954/13 1954/22
caller [2]  1806/15
calling [2]  1711/13 1885/1
calls [3]  1877/2 1884/6 1920/17
came [23]  1685/2 1685/8 1686/22 1687/1
1688/7 1689/11 1694/7 1694/12 1695/13
1695/17 1706/18 1710/18 1713/14 1730/7
1741/13 1753/2 1769/1 1772/13 1772/15
1832/17 1887/24 1888/2 1888/20
can [156]  1685/5 1685/7 1691/6 1692/7
1692/14 1696/15 1698/11 1700/13 1700/18
1702/6 1704/5 1705/1 1705/18 1706/9
1706/10 1707/22 1718/8 1719/6 1719/21
1725/1 1725/16 1726/13 1726/14 1726/14
1727/3 1727/12 1727/13 1729/8 1729/9
1739/11 1760/14 1763/12 1768/10 1768/14
1769/22 1770/5 1771/23 1774/22 1781/17
1782/11 1786/5 1786/6 1787/18 1788/25
1793/18 1804/12 1804/23 1805/12 1805/12
1805/13 1807/25 1808/5 1808/7 1808/9
1808/13 1809/5 1812/10 1814/3 1819/4
1821/11 1826/12 1833/9 1834/8 1835/15
1835/17 1843/20 1844/24 1858/4 1862/8
1862/24 1862/25 1865/15 1865/20 1866/7
1867/5 1868/4 1873/7 1873/23 1877/4

1877/15 1877/24 1886/22 1895/20 1896/24
1899/24 1900/3 1901/2 1903/20 1904/8
1905/9 1907/6 1907/7 1907/11 1908/17
1911/12 1912/13 1913/3 1913/17 1913/21
1914/11 1914/18 1915/6 1915/9 1915/15
1915/7 1917/6 1917/11 1917/21 1918/6
1918/7 1918/9 1918/13 1919/7 1920/6
1920/25 1921/6 1921/12 1921/21 1922/4
1923/3 1923/20 1924/2 1925/22 1930/10
1930/13 1930/13 1931/8 1934/21 1936/14
1937/6 1938/7 1939/3 1941/5 1941/11
1941/12 1941/14 1942/7 1942/18 1943/5
1943/21 1944/12 1946/12 1946/21 1946/21
1946/22 1947/4 1947/16 1947/24 1948/17
1951/9 1952/16 1952/24 1955/15 1955/19
1957/18 1960/11
can't [46]  1684/25 1688/1 1688/1 1694/25
1696/5 1703/20 1709/25 1712/23 1714/12
1722/10 1722/14 1727/1 1728/6 1735/18
1781/4 1781/16 1781/18 1782/14 1807/3
1808/4 1809/20 1810/15 1850/10 1858/13
1866/22 1872/22 1872/25 1873/2 1876/8
1877/8 1887/10 1900/6 1907/20 1907/21
1908/5 1914/4 1915/1 1915/4 1915/5 1915/10
1922/22 1928/20 1929/23 1930/1 1931/6
1956/18
cancel [3]  1877/8 1877/10 1930/21
candidates [1]  1759/9
cannot [13]  1695/23 1713/6 1806/25 1866/7
1866/11 1866/20 1905/4 1910/23 1914/9
1914/21 1930/7 1932/19 1932/25
capable [7]  1863/13 1864/18 1864/19
1865/21 1866/3 1869/3 1870/24
capacities [2]  1751/15 1751/16
capacity [9]  1724/25 1725/9 1741/17
1751/18 1768/1 1768/13 1785/5 1785/13
1796/24
capital [3]  1821/18 1822/9 1823/1
capture [1]  1787/24
captured [2]  1860/8 1878/24
captures [2]  1787/23 1860/10
care [8]  1741/6 1741/6 1744/3 1747/19
1756/11 1799/11 1939/13 1955/3
career [3]  1739/11 1783/12 1882/12
careful [6]  1701/17 1701/21 1711/18 1731/4
1731/11 1948/3
carefully [6]  1720/12 1730/14 1802/13
1810/2 1810/3 1810/4
carjacking [1]  1778/4
CARLA [3]  1678/16 1678/22 1702/4
Carolina [3]  1745/1 1745/2 1841/10
carve [1]  1938/7
case [119]  1684/6 1684/8 1692/24 1693/7
1693/20 1693/22 1703/7 1705/5 1721/19
1730/12 1735/19 1748/10 1748/13 1748/16
1748/21 1754/2 1754/20 1754/24 1755/1
1755/3 1755/4 1755/6 1755/9 1755/10
1755/11 1755/19 1755/21 1756/2 1756/7
1756/15 1758/13 1758/19 1763/18 1766/12
1766/18 1766/24 1767/3 1768/9 1768/17
1768/23 1770/8 1771/9 1774/2 1774/3
1795/13 1803/5 1805/10 1810/19 1812/15
1814/8 1814/24 1817/1 1821/2 1821/13
1822/16 1824/12 1826/24 1833/25 1834/1
1835/21 1839/18 1842/12 1846/24 1849/22
1860/12 1861/4 1861/24 1863/12 1864/9
1864/22 1865/3 1865/4 1866/24 1869/21
1869/24 1874/3 1883/18 1885/23 1886/1
1888/1 1888/4 1888/24 1889/2 1889/3
1889/14 1889/15 1890/2 1890/4 1892/16
1893/24 1894/1 1894/1 1895/5 1895/25
1895/24 1896/18 1896/25 1898/16 1903/4
1904/1 1906/10 1907/24 1907/25 1908/9
1914/17 1917/3 1917/24 1918/9 1921/7

1922/12 1924/10 1928/15 1934/8 1936/15
1947/7 1949/23 1951/4 1954/3 1959/10
cases [51]  1741/12 1741/13 1745/4 1745/5
1747/1 1747/3 1747/15 1748/4 1748/6 1748/8
1749/13 1749/15 1751/19 1754/3 1754/7
1754/19 1754/19 1754/23 1754/24 1757/5
1757/8 1757/9 1757/13 1757/16 1757/19
1757/22 1758/2 1758/16 1763/13 1763/23
1764/9 1768/3 1768/11 1768/23 1816/23
1822/1 1822/10 1823/1 1842/6 1842/11
1861/13 1864/23 1883/7 1883/9 1884/8
1887/24 1888/19 1890/9 1890/19 1896/11
1907/10
catch [1]  1725/13
catching [1]  1743/23
category [1]  1836/4
caught [2]  1808/10 1900/13
causation [6]  1848/2 1849/4 1849/5 1875/18
1879/3 1939/6
causative [1]  1875/23
cause [8]  1796/6 1875/22 1900/17 1937/21
1938/16 1938/20 1938/25 1957/18
caused [11]  1805/25 1807/12 1807/14 1808/1
1808/1 1848/8 1849/7 1875/21 1876/2 1879/3
1939/11
causes [1]  1807/24
causing [1]  1937/24 1938/3
Celia [1]  1678/2
cell [4]  1830/1 1844/8 1844/8 1844/11
center [15]  1742/8 1742/16 1743/19 1760/16
1881/4 1881/8 1881/13 1881/25 1882/6
1883/2 1885/4 1888/15 1949/1 1949/21
1953/21
century [1]  1941/21
certain [11]  1715/16 1716/2 1718/6 1754/22
1802/5 1908/4 1917/12 1933/14 1942/10
1955/19 1956/20
certainly [41]  1700/18 1700/18 1735/2
1771/16 1778/1 1790/7 1790/9 1794/8
1799/11 1800/20 1808/9 1818/4 1821/7
1824/11 1835/11 1839/16 1844/25 1847/10
1856/9 1860/14 1861/6 1862/8 1868/22
1869/20 1872/15 1873/17 1874/13 1874/19
1876/1 1878/19 1900/19 1906/25 1907/23
1918/21 1921/3 1929/18 1930/15 1938/20
1942/4 1950/16 1957/12
certainty [3]  1800/16 1800/17 1894/16
certificate [1]  1717/23
certification [10]  1745/17 1746/1 1746/6
1746/9 1746/10 1759/10 1880/12 1880/13
1880/16 1880/20
certifications [1]  1745/12
certified [11]  1745/10 1745/11 1745/18
1745/23 1745/24 1745/25 1746/3 1746/17
1761/6 1761/12 1880/8
cetera [12]  1764/2 1775/9 1775/18 1786/19
1788/5 1790/11 1795/11 1821/16 1821/20
1823/6 1845/2 1857/17
chain [1]  1888/23
chance [2]  1867/22 1927/2
change [10]  1725/19 1803/6 1889/10
1900/17 1928/2 1928/5 1928/8 1941/21
1941/22 1942/17
changed [3]  1700/25 1733/15 1737/24
changes [3]  1720/14 1868/23 1952/24
changing [1]  1732/14
chaotic [1]  1873/20
chapter [1]  1720/13
chapters [1]  1892/9
characteristic [3]  1914/2 1932/3 1942/16
characterization [2]  1940/1 1955/22
characterizations [1]  1932/18
characterize [1]  1853/16
characterized [1]  1853/18

C

charge [2]  1755/25 1768/16
charges [2]  1778/3 1863/10
Charisse [1]  1677/12
cheap [1]  1774/25
check [7]  1704/5 1716/12 1716/23 1814/13
 1947/9 1955/16 1956/18
checking [4]  1878/17 1879/10 1955/4
 1955/10
checklists [1]  1804/24
chief [4]  1743/8 1743/12 1744/1 1753/15
child [24]  1682/13 1682/14 1691/15 1695/4
 1695/4 1701/15 1708/4 1710/8 1713/22
 1720/23 1729/21 1730/18 1730/21 1730/25
 1732/8 1736/22 1737/17 1750/20 1750/21
 1750/23 1751/7 1751/8 1767/23 1872/23
child's [2]  1720/9 1722/20
childcare [1]  1679/12
childhood [1]  1775/7
children [52]  1679/17 1680/19 1681/9
 1681/16 1681/21 1682/9 1685/19 1686/5
 1686/8 1686/14 1687/10 1687/12 1687/18
 1687/20 1687/23 1689/16 1689/24 1691/21
 1692/7 1693/1 1693/13 1694/21 1697/4
 1697/6 1697/10 1700/17 1700/22 1700/23
 1700/23 1711/5 1711/9 1711/15 1711/21
 1712/9 1714/6 1722/13 1727/6 1730/3
 1730/17 1733/17 1736/15 1736/20 1736/21
 1742/22 1750/20 1751/2 1751/2 1751/8
 1798/4 1831/14 1839/23 1840/2
choice [3]  1872/17 1872/18 1872/22
choices [10]  1796/18 1796/18 1796/21
 1796/21 1796/24 1796/25 1797/1 1797/3
 1798/8 1872/13
choose [7]  1718/20 1872/16 1872/20 1872/24
 1873/1 1901/24 1951/23
chooses [5]  1872/11 1872/12 1872/23
 1872/25 1873/2
choosing [1]  1953/1
chose [3]  1718/20 1901/21 1951/9
chosen [1]  1903/23
chronic [1]  1741/6
Circuit [1]  1744/16
circumscribe [1]  1801/11
circumstances [7]  1768/4 1799/22 1800/2
 1800/5 1800/14 1843/8 1903/14
circumstantial [1]  1775/25
cited [3]  1922/23 1952/19 1958/5
cites [1]  1927/25
City [4]  1679/19 1686/11 1687/23 1693/7
citywide [6]  1681/12 1681/13 1712/9
 1712/15 1733/13 1733/18
civil [8]  1744/25 1745/4 1748/10 1754/3
 1755/4 1757/22 1758/16 1883/18
claim [15]  1750/7 1750/25 1774/9 1858/2
 1858/3 1858/15 1858/22 1858/22 1858/23
 1859/2 1859/7 1859/11 1859/19 1860/13
 1870/3
claimed [1]  1756/5
claiming [3]  1756/1 1756/8 1756/9
claims [1]  1865/8
Clarice [1]  1861/18
clarify [3]  1704/20 1726/14 1881/18
clarifying [1]  1714/13
class [5]  1710/23 1712/14 1745/1 1752/14
 1791/14
classes [12]  1686/5 1686/7 1686/8 1700/22
 1712/8 1733/11 1733/14 1733/14 1733/16
 1733/17 1792/3 1792/4
classic [1]  1935/13
classification [2]  1701/18 1950/1
classified [8]  1687/12 1687/15 1687/16
 1687/24 1688/2 1701/19 1782/24 1866/6

classifies [1]  1771/17
classify [15,330/9]
classmates [1]  1792/17
classroom [20]  1690/10 1692/20 1693/6
 1705/23 1706/15 1706/23 1707/3 1707/20
 1708/3 1708/5 1708/6 1709/14 1710/22
 1710/24 1711/16 1713/23 1729/10 1791/20
 1792/2 1830/21
clean [2]  1773/12 1777/6
cleaning [1]  1738/23
cleanliness [2]  1845/24 1846/25
clear [14]  1695/21 1737/16 1774/17 1791/21
 1818/19 1828/15 1828/19 1828/21 1899/7
 1902/5 1907/8 1912/14 1934/3 1934/4
clearly [7]  1899/9 1901/16 1911/25 1915/7
 1918/15 1919/16 1919/23
clerical [1]  1952/25
client [7]  1763/24 1769/21 1772/15 1772/15
 1877/9 1877/11 1914/3
Clifton [1]  1742/8
clinical [54]  1740/16 1775/5 1789/24
 1812/18 1812/19 1812/20 1826/2 1826/6
 1841/25 1842/15 1843/20 1843/24 1844/1
 1854/23 1855/3 1856/7 1872/5 1872/8
 1872/10 1880/7 1880/17 1881/4 1881/7
 1885/13 1886/18 1886/22 1886/25 1887/7
 1890/19 1891/7 1891/11 1894/15 1895/5
 1895/19 1895/19 1895/23 1903/5 1903/7
 1903/13 1903/16 1904/2 1904/4 1904/7
 1904/12 1904/20 1905/11 1907/1 1907/22
 1916/14 1927/24 1928/1 1954/7 1954/10
 1954/16
clinical -- in [1]  1895/19
clinically [2]  1855/13 1928/5
clinicians [4]  1767/14 1803/5 1836/9 1956/11
cloak [3]  1787/6 1787/7 1787/8
close [12]  1714/16 1778/6 1790/21 1798/2
 1812/15 1816/20 1829/4 1860/16 1861/4
 1861/6 1897/18 1907/11
closed [2]  1699/18 1750/24
closely [1]  1897/2
closer [1]  1949/18
closet [1]  1793/24
clouded [1]  1931/11
clue [1]  1828/2
cocaine [1]  1872/17
cognitive [10]  1686/4 1699/20 1702/10
 1723/23 1764/2 1773/22 1783/25 1784/2
 1882/20 1936/12
cognizant [1]  1702/24
Cohen [4]  1678/2 1838/8 1922/16 1960/22
collateral [2]  1795/9 1795/22
colleagues [1]  1699/9
COLLEEN [3]  1677/1 1677/3 1678/5
college [4]  1680/2 1680/6 1680/17 1739/19
Colorado [3]  1758/13 1763/18 1833/25
Columbia [19]  1740/18 1740/24 1741/4
 1741/7 1741/9 1741/10 1741/20 1742/6
 1747/8 1748/1 1748/2 1749/14 1754/3
 1754/11 1755/13 1755/17 1755/18 1757/12
 1867/16
column [1]  1927/6
combination [1]  1937/9
come [26]  1683/21 1687/10 1691/11 1700/19
 1718/8 1741/17 1743/15 1752/11 1752/12
 1753/1 1759/18 1772/8 1790/23 1816/20
 1829/6 1844/11 1850/6 1862/9 1862/10
 1868/23 1892/22 1902/9 1910/7 1917/1
 1942/24 1948/21
comes [2]  1773/23 1862/14
comfortable [1]  1714/6
coming [3]  1684/15 1851/2 1898/1
comment [3]  1730/6 1774/19 1784/24
commentary [3]  1688/17 1688/20 1692/15

commented [2]  1688/22 1922/24
commenting [1,208 and 1831/17]
comments [2]  1756/11 1789/7
Commission [2]  1741/23 1741/25
commissioner [3]  1740/23 1741/19 1753/17
committed [1]  1742/13
committee [2]  1746/15 1759/15
common [8]  1722/9 1807/6 1807/7 1835/18
 1890/16 1905/1 1953/10 1956/2
communicate [2]  1878/14 1950/8
communicating [2]  1780/14 1955/14
communication [4]  1804/15 1938/18
 1939/13 1940/15
community [2]  1842/19 1939/19
compare [2]  1787/4 1834/5
compared [1]  1770/3
comparing [1]  1934/20
competence [5]  1768/2 1862/20 1862/22
 1863/7 1867/1
competencies [1]  1890/17
competency [12]  1754/13 1821/20 1861/10
 1862/17 1863/1 1864/7 1865/8 1865/11
 1884/10 1884/13 1890/14 1890/16
competent [6]  1862/5 1862/7 1862/24 1866/8
 1884/14 1884/18
compiled [1]  1893/24
complete [7]  1696/19 1704/23 1705/19
 1711/22 1718/7 1794/21 1960/21
completed [5]  1692/18 1740/6 1880/25
 1881/1 1881/3
completely [3]  1906/21 1911/9 1937/13
completing [1]  1893/1
completion [2]  1698/2 1733/23
complexities [1]  1754/20
complexity [1]  1827/21
complicate [1]  1705/22
complicated [2]  1863/4 1946/12
complications [1]  1777/1
complying [1]  1767/13
component [4]  1687/19 1740/11 1741/11
 1925/5
components [1]  1783/22
compounding [1]  1920/21
comprehending [1]  1866/3
comprehension [5]  1698/5 1723/14 1726/24
 1737/3 1956/4
comprehensive [5]  1780/3 1892/15 1892/18
 1892/19 1892/20
compromised [1]  1728/1
computation [2]  1716/20 1958/1
compute [5]  1853/1 1944/20 1946/7 1946/10
 1958/1
computed [4]  1853/4 1853/7 1947/5 1947/14
computer [4]  1677/15 1829/6 1951/5 1951/7
computer-aided [1]  1677/15
concede [6]  1879/5 1895/1 1904/5 1905/17
 1935/9 1935/16
conceding [2]  1878/10 1878/22
conceived [1]  1872/16
concentration [1]  1831/1
concept [6]  1864/16 1866/11 1866/21
 1866/24 1948/1 1950/3
concepts [17]  1863/4 1863/14 1863/17
 1863/18 1864/19 1865/21 1866/4 1866/8
 1867/5 1867/5 1867/6 1869/3 1869/6 1869/7
 1870/12 1870/14 1871/18
conceptual [2]  1940/13 1940/15
conceptually [1]  1804/5
concern [5]  1693/15 1952/6 1952/10 1952/12
 1953/23
concerned [4]  1779/13 1787/16 1789/12
 1819/25
concerns [1]  1802/11
concert [1]  1790/10

**C**

concise [1]  1774/17
conclude [2]  1731/6 1953/9
concluded [2]  1822/12 1853/8
concluding [1]  1914/6
conclusion [5]  1721/22 1828/19 1846/5
 1875/20 1914/18
conclusions [6]  1846/11 1854/17 1854/18
 1855/1 1915/20 1916/2
concrete [3]  1781/23 1782/1 1782/13
concurrent [2]  1819/8 1819/18
concurrently [2]  1707/7 1744/9
condition [6]  1758/20 1774/2 1818/21
 1907/3 1912/15 1912/24
conditions [3]  1720/10 1750/10 1783/20
conduct [9]  1750/21 1766/20 1791/5 1794/9
 1794/9 1817/4 1831/4 1833/10 1874/2
conducted [2]  1789/9 1903/3
conducting [1]  1842/15
Coney [1]  1776/18
conference [2]  1814/1 1815/4
confidence [50]  1787/6 1787/8 1787/8
 1790/17 1825/3 1825/7 1825/8 1825/12
 1825/14 1825/15 1825/15 1825/16 1825/23
 1825/25 1852/11 1852/13 1852/23 1853/1
 1853/4 1905/1 1905/19 1909/3 1909/6
 1910/1 1910/8 1910/11 1910/22 1911/3
 1911/12 1911/21 1944/20 1945/2 1945/21
 1946/2 1946/7 1947/6 1947/10 1947/13
 1947/17 1949/12 1949/19 1949/23 1950/2
 1950/2 1950/10 1950/24 1951/7 1951/25
 1952/1 1960/13
confident [3]  1682/18 1790/25 1794/2
confidential [1]  1773/3
confidentiality [3]  1756/13 1769/22 1770/6
confines [1]  1686/11
confirm [1]  1829/15
conform [1]  1796/9
confusing [3]  1886/19 1949/14 1950/17
conjunction [3]  1707/16 1707/25 1723/23
connect [1]  1764/16
connected [1]  1775/23
connection [4]  1687/9 1801/19 1841/1
 1841/3
conning [1]  1796/12
connotations [1]  1925/23
consequence [2]  1781/5 1798/17
consequences [1]  1863/10
consider [12]  1750/17 1772/25 1807/21
 1808/3 1808/15 1809/10 1818/14 1856/9
 1896/4 1910/11 1915/23 1960/15
considerable [1]  1754/20 1848/12 1887/9
consideration [1]  1946/18
considered [7]  1821/7 1821/22 1832/24
 1911/5 1912/3 1938/1 1940/3
considering [3]  1682/12 1804/18 1850/8
consisted [1]  1754/6
consistency [1]  1960/16
consistent [27]  1789/16 1791/22 1793/17
 1808/16 1822/11 1822/12 1823/3 1852/2
 1852/7 1852/7 1896/12 1896/14 1896/15
 1914/11 1914/17 1916/6 1916/7 1917/5
 1917/25 1919/4 1931/23 1932/10 1933/19
 1933/22 1934/2 1934/4 1934/22
consistently [6]  1832/25 1833/5 1833/6
 1833/9 1833/11 1916/17
constant [1]  1711/22
constantly [1]  1922/15
constitutionality [1]  1744/17
construct [2]  1941/20 1941/24
consult [2]  1826/6 1851/14
consultant [2]  1741/23 1745/3
consultation [2]  1690/13 1954/14

consultations [6]  1759/2 1759/3 1759/5
 1759/6 1759/8 1811/6
consulting [3]  1743/2 1753/20 1759/7
Cont'd [1]  1838/11
contact [4]  1734/15 1775/17 1840/25
 1887/24
contacted [3]  1757/16 1828/24 1892/25
contain [1]  1712/13
contained [2]  1788/2 1802/21
contains [1]  1788/1
contemporaneous [2]  1780/6 1858/18
content [3]  1775/19 1857/7 1857/8
context [10]  1687/5 1694/19 1788/6 1806/5
 1870/2 1907/25 1918/24 1933/8 1945/12
 1960/7
continue [7]  1726/23 1741/20 1785/8 1838/4
 1838/9 1872/6 1924/2
continued [11]  1753/8 1765/23 1770/11
 1813/11 1815/5 1834/2 1836/24 1837/4
 1855/17 1935/17 1959/2
Continuing [7]  1857/3 1866/1 1868/3
 1886/16 1924/6 1925/13 1927/1
contrary [2]  1829/13 1919/6
contrast [1]  1792/6
contribute [2]  1794/17 1817/8
contributing [1]  1691/4
control [2]  1690/4 1735/18
controlled [1]  1749/6
controversy [1]  1822/24
conversation [2]  1775/1 1854/3
conversations [2]  1728/12 1728/14
conversion [1]  1955/4
converting [1]  1955/2
convey [1]  1691/6
convict [2]  1798/15 1798/17
convicted [1]  1778/3
Cook [2]  1898/6 1900/12
copies [3]  1705/6 1705/8 1865/17
copy [9]  1683/25 1684/11 1704/11 1704/16
 1704/18 1705/6 1706/5 1706/7 1739/6
corner [1]  1690/18
corners [1]  1850/2
corollary [1]  1928/1
correct [153]  1686/12 1695/9 1695/20
 1696/4 1702/21 1705/15 1705/23 1706/16
 1706/25 1709/18 1712/19 1714/22 1715/6
 1715/22 1716/13 1716/18 1720/21 1723/6
 1724/22 1728/5 1729/24 1733/3 1748/24
 1750/5 1750/13 1751/22 1751/23 1752/4
 1753/6 1753/7 1753/9 1753/21 1754/14
 1755/9 1756/3 1756/4 1756/24 1757/19
 1757/25 1758/2 1758/24 1763/10 1769/14
 1781/4 1794/2 1797/6 1801/20 1802/16
 1802/21 1804/3 1804/21 1805/17 1807/7
 1807/25 1819/16 1820/7 1820/11 1824/12
 1824/20 1826/19 1827/13 1828/7 1828/22
 1831/5 1831/6 1831/17 1832/18 1832/19
 1834/7 1834/22 1836/16 1839/7 1839/14
 1840/5 1840/11 1841/2 1841/13 1843/10
 1843/20 1844/18 1844/21 1846/18 1847/8
 1847/22 1848/3 1852/5 1853/21 1853/24
 1854/8 1854/9 1854/14 1857/5 1857/13
 1859/6 1861/11 1861/19 1862/24 1863/1
 1863/4 1866/4 1866/14 1870/24 1871/25
 1872/1 1872/3 1872/6 1872/14 1873/8
 1875/15 1885/22 1887/22 1890/6 1890/22
 1895/13 1905/12 1906/10 1907/6 1909/21
 1909/22 1910/20 1913/9 1914/21 1915/25
 1916/18 1924/13 1925/21 1926/1 1926/3
 1929/25 1935/2 1936/5 1936/13 1939/7
 1939/9 1942/6 1943/22 1944/1 1944/20
 1944/25 1945/1 1945/5 1946/4 1946/6 1950/7
 1951/5 1954/2 1954/19 1956/21 1958/2
 1958/3 1958/6 1959/5 1959/12

correction [2]  1753/23 1797/21
corrections [2]  1750/15 1759/13 1759/23
 1760/3 1769/22 1770/3 1773/16 1797/20
 1806/13 1806/24
corrections [8]  1743/5 1743/13 1744/18
 1744/24 1744/25 1745/2 1760/5 1760/18
corrective [1]  1756/14
correctly [6]  1689/19 1797/12 1851/21
 1866/25 1916/4 1957/13
correlate [1]  1723/16
correlated [1]  1799/21
correlates [1]  1727/24
corroborate [2]  1708/8 1928/2
corroborated [1]  1928/9
could [116]  1679/25 1680/15 1681/8 1681/13
 1681/19 1682/18 1682/24 1683/12 1688/4
 1688/20 1689/5 1691/23 1695/7 1697/19
 1701/10 1704/2 1705/3 1705/4 1710/15
 1714/7 1714/7 1714/14 1714/17 1714/25
 1717/20 1717/21 1718/20 1719/9 1720/16
 1722/25 1722/25 1726/18 1728/23 1730/12
 1731/23 1732/1 1732/9 1733/1 1739/14
 1743/21 1748/12 1756/21 1767/12 1769/25
 1771/15 1772/2 1772/3 1772/7 1772/21
 1776/24 1778/2 1778/5 1781/10 1782/5
 1786/12 1788/8 1790/7 1790/8 1791/9 1792/4
 1792/5 1796/2 1802/10 1805/25 1807/12
 1807/14 1811/5 1811/6 1814/12 1814/13
 1814/14 1820/23 1820/24 1823/22 1825/6
 1825/16 1827/8 1835/17 1836/15 1845/21
 1848/13 1858/6 1862/7 1870/10 1870/11
 1875/18 1880/10 1880/21 1886/17 1892/24
 1893/6 1893/17 1894/13 1895/1 1895/2
 1899/23 1900/14 1901/11 1902/21 1905/20
 1910/12 1911/1 1911/2 1933/6 1936/23
 1937/8 1937/9 1941/17 1942/8 1942/19
 1942/24 1943/14 1944/5 1945/14 1951/17
 1957/12
couldn't [2]  1712/7 1824/13
counsel [15]  1684/6 1703/17 1703/23 1704/8
 1704/17 1706/11 1715/1 1721/24 1750/4
 1814/22 1826/2 1868/21 1869/20 1869/23
 1924/11
counseling [1]  1886/22
count [3]  1785/20 1785/25 1830/2
counting [1]  1755/4
countries [1]  1741/14
country [3]  1740/5 1741/14 1841/14
County [1]  1834/13
couple [12]  1780/21 1780/25 1783/4 1784/20
 1792/10 1795/1 1803/16 1810/7 1810/10
 1839/5 1868/4 1898/10
course [28]  1716/17 1717/18 1717/20
 1734/25 1751/12 1760/1 1760/7 1768/11
 1774/5 1783/11 1783/25 1784/2 1798/1
 1798/1 1848/15 1854/23 1863/20 1867/9
 1869/9 1873/5 1876/13 1880/13 1882/12
 1907/16 1924/21 1925/17 1932/8 1933/5
courses [2]  1752/17 1753/3
court [55]  1676/1 1676/10 1677/11 1678/1
 1688/7 1741/8 1741/9 1744/15 1744/20
 1746/21 1747/25 1748/1 1748/2 1748/5
 1748/14 1748/14 1749/9 1749/10 1749/19
 1749/23 1754/8 1754/11 1754/12 1755/8
 1766/1 1767/20 1767/21 1771/11 1788/16
 1788/17 1816/1 1818/16 1832/7 1838/9
 1839/3 1855/6 1863/10 1865/17 1865/17
 1867/16 1873/14 1873/23 1873/23 1873/23
 1874/21 1874/24 1883/22 1883/24 1884/11
 1885/3 1893/8 1924/7 1924/17 1924/23
 1925/6
Court's [3]  1706/1 1802/11 1925/2
court-ordered [1]  1884/11
Courthouse [1]  1676/4

**C**

courtroom [16]  1783/11 1787/5 1802/24
1809/21 1812/18 1814/18 1815/1 1815/1
1821/15 1868/23 1885/21 1897/8 1913/13
1922/15 1923/7 1923/24
courts [5]  1748/24 1751/14 1884/2 1884/2
1884/12
cousins [1]  1817/5
cover [1]  1775/14
CR [1]  1676/3
credentials [1]  1880/14
credibility [1]  1897/14
credible [1]  1900/24
credit [2]  1887/2 1953/11
credits [1]  1797/17
creep [1]  1910/12
creeping [1]  1917/13
CRI [1]  1677/12
crime [1]  1800/19
criminal [14]  1744/12 1747/3 1749/13
1754/2 1757/5 1757/22 1775/8 1777/19
1806/7 1808/9 1827/17 1867/17 1883/3
1883/20
CRIPA [1]  1745/4
crisis [1]  1842/25
criteria [25]  1747/11 1771/16 1799/4 1804/7
1804/8 1805/7 1805/17 1806/2 1806/4 1809/1
1809/3 1811/11 1811/12 1811/16 1812/1
1816/21 1818/4 1818/15 1818/15 1819/2
1819/6 1819/15 1819/16 1820/15 1954/25
criterians [2]  1845/18 1845/19
cross [22]  1687/2 1703/10 1703/11 1761/10
1761/10 1800/24 1800/25 1838/5 1838/11
1865/6 1904/23 1904/24 1922/4 1922/6
1922/7 1922/11 1922/16 1922/22 1923/10
1924/2 1956/18 1960/24
cross-examination [8]  1703/10 1703/11
1800/24 1800/25 1838/11 1904/23 1904/24
1924/2
cross-examine [2]  1922/6 1922/22
cross-examined [4]  1865/6 1922/4 1922/7
1922/16
cross-examining [1]  1922/11
crosscheck [6]  1956/15 1956/23 1956/25
1957/8 1957/22 1957/23
crosschecking [5]  1954/5 1954/6 1955/13
1956/17 1957/7
CSR [1]  1677/12
Cuban [1]  1759/15
cultural [10]  1699/19 1702/9 1722/5 1722/12
1734/2 1734/3 1734/4 1734/10 1783/2
1816/24
culturally [1]  1783/15
culturally-determined [1]  1783/15
cultures [1]  1781/9
current [2]  1776/4 1936/6
currently [4]  1679/4 1769/10 1935/7 1936/4
curse [1]  1797/13
curve [1]  1948/23 1949/1 1949/8
custodial [1]  1872/3
custody [3]  1767/24 1842/24 1870/22
custom [2]  1789/2 1789/6
customarily [2]  1937/5 1950/13
cut [2]  1878/19 1909/14
cut-off [1]  1909/14
cutoff [5]  1704/2 1704/13 1704/16 1705/20
1821/1
CV [8]  1758/4 1759/1 1759/20 1759/23
1759/25 1760/13 1778/17 1892/6

**D**

D-e-n-n-e-y [1]  1878/7
D-r-e-z-n-e-r [1]  1678/23

D.C [7]  1741/1 1743/14 1743/19 1743/19
1744/2 1745/17 1767/10
daily [1]  1938/3
dangerous [2]  1748/15 1839/13
dangerousness [1]  1890/17
dark [1]  1735/13
dash [1]  1858/2
data [16]  1770/7 1826/25 1827/1 1915/7
1916/25 1917/14 1918/13 1918/14 1918/14
1919/16 1919/17 1932/11 1934/7 1940/18
1957/21 1957/24
database [1]  1919/18
date [7]  1744/8 1776/15 1809/21 1959/11
1959/13 1959/15 1959/18
dated [1]  1830/9
dates [1]  1830/9
DAVID [2]  1676/21 1678/6
David Stern [1]  1678/6
day [10]  1684/23 1685/8 1685/8 1738/6
1743/23 1778/4 1790/13 1926/5 1926/5
1930/23
day-to-day [1]  1926/5
days [4]  1743/22 1743/24 1754/7 1767/16
deal [3]  1731/10 1761/3 1897/19
dealing [3]  1760/4 1876/12 1929/11
deals [1]  1929/12
dealt [3]  1806/14 1806/14 1806/15
death [8]  1768/11 1774/16 1797/6 1798/10
1821/18 1821/25 1844/10 1860/1
debris [1]  1778/10
deceitfulness [1]  1796/11
DECEMBER [12]  1676/6 1683/19 1683/23
1684/22 1688/14 1694/16 1700/16 1703/4
1763/16 1763/17 1883/2 1961/14
December 11 [1]  1688/14
December 1991 [1]  1684/22
decent [1]  1901/23
decided [2]  1746/6 1812/25
deciding [1]  1846/25
decipher [1]  1781/8
decision [4]  1755/18 1824/20 1824/21 1844/2
decisions [1]  1942/23
declined [1]  1754/17
decrease [3]  1830/1 1907/2 1917/9
decreases [4]  1917/10 1917/10 1917/10
1918/16
deduce [1]  1947/24
deep [2]  1946/19 1951/2
default [5]  1951/7 1951/13 1951/15 1951/19
1951/22
defaulted [1]  1951/20
defect [5]  1783/2 1783/17 1865/13 1868/7
1875/11
defendant [48]  1676/7 1676/18 1678/1
1678/6 1678/10 1678/11 1755/21 1755/24
1766/1 1766/12 1766/23 1767/7 1768/7
1769/12 1769/15 1770/18 1772/7 1772/8
1772/22 1773/8 1778/13 1778/25 1780/5
1780/13 1786/8 1787/25 1788/9 1790/2
1791/5 1795/20 1800/18 1827/10 1827/21
1827/23 1856/21 1864/12 1889/8 1892/16
1893/17 1894/14 1895/11 1897/18 1901/14
1901/23 1902/12 1923/7 1923/24 1924/1
defendant's [2]  1782/16 1900/24 1903/1
defendants [6]  1751/13 1754/5 1758/16
1827/17 1827/25 1828/1
defense [38]  1684/5 1684/12 1684/19
1684/19 1690/24 1693/21 1695/13 1706/6
1739/7 1747/3 1747/7 1747/22 1748/5
1748/25 1749/9 1749/13 1755/6 1756/7
1757/7 1757/17 1761/7 1772/12 1863/9
1864/24 1879/6 1884/5 1884/8 1884/17
1884/23 1885/6 1893/12 1897/7 1897/10
1897/13 1901/4 1902/13 1905/3 1943/25

defense's [1]  1901/8
defined [2]  1830/1 1830/18
defiant [9]  1791/6 1791/20 1794/1 1817/4
1831/20 1832/13 1835/11 1847/23 1849/13
deficiency [4]  1794/5 1917/5 1933/7 1938/8
deficient [5]  1700/20 1727/17 1727/18
1782/24 1807/5
deficit [33]  1785/14 1791/7 1791/11 1791/24
1792/12 1792/14 1793/25 1798/3 1798/6
1805/23 1807/12 1808/1 1817/3 1819/24
1845/25 1847/14 1847/21 1847/24 1848/1
1848/3 1848/23 1849/3 1849/5 1878/11
1894/22 1905/10 1906/22 1938/11 1938/13
1938/22 1939/12 1940/3 1940/23
deficits [33]  1723/6 1723/7 1723/7 1723/9
1723/23 1768/13 1773/22 1781/23 1804/18
1819/8 1819/18 1819/23 1835/22 1848/8
1848/8 1848/11 1849/7 1849/10 1849/11
1878/22 1879/2 1879/5 1882/20 1907/1
1907/8 1938/4 1938/6 1938/12 1938/12
1938/16 1938/18 1939/3 1939/11
define [2]  1825/6 1905/6
defines [3]  1825/7 1905/9 1907/9
definitely [1]  1690/16
definition [8]  1764/13 1782/6 1937/25
1938/1 1948/4 1948/5 1948/6 1948/13
degree [25]  1718/3 1739/20 1798/2 1800/16
1848/18 1848/19 1866/23 1880/23 1880/25
1881/3 1886/18 1886/18 1886/25 1887/1
1887/3 1887/7 1887/13 1891/20 1894/15
1895/7 1895/15 1908/4 1944/16 1952/12
1960/9
degrees [1]  1908/5
delay [1]  1686/4
delayed [5]  1711/23 1712/2 1712/3 1712/4
1712/5
delays [2]  1712/7 1712/11
delineate [1]  1802/13
delivery [2]  1760/17 1777/2
delusion [1]  1796/22
delusional [1]  1775/19
demonstrate [2]  1821/22 1846/7
demonstrated [1]  1710/4
demonstrating [1]  1724/5
demonstration [1]  1742/20
Denney [15]  1851/14 1851/15 1851/19
1853/13 1877/2 1877/5 1878/2 1878/7
1879/18 1885/12 1885/19 1892/15 1905/1
1922/10 1924/7
Denny [4]  1816/13 1816/19 1822/23 1823/9
department [11]  1742/19 1743/4 1743/9
1743/13 1743/13 1744/18 1744/24 1744/25
1745/2 1745/3 1841/8
depend [2]  1866/5 1866/10
depended [1]  1889/6
dependency [2]  1710/8 1839/22
dependent [1]  1710/12
depending [6]  1707/22 1842/16 1843/8
1844/13 1897/23 1907/9
depends [9]  1827/21 1848/18 1866/8
1866/23 1866/24 1908/6 1908/9 1914/14
1952/22
deposed [2]  1755/9 1755/10
deposition [1]  1763/21
depressed [8]  1698/22 1699/18 1702/24
1722/5 1734/2 1800/3 1800/4 1800/7
depression [1]  1839/13
depressions [1]  1842/8
derailed [1]  1779/25
describe [10]  1681/8 1681/19 1689/5
1697/19 1737/8 1788/25 1792/9 1792/10
1793/11 1814/21
described [10]  1772/20 1791/22 1791/25
1791/25 1792/6 1793/11 1795/16 1797/9

Case 1:04-cr-01016-NGG   Document 358-20   Filed 04/05/13   Page 298 of 330 PageID #: 17652

**D**

described... [2]  1843/9 1943/2
describes [5]  1724/19 1805/3 1805/4 1805/5 1918/10
describing [3]  1911/18 1916/24 1945/23
description [3]  1685/16 1788/18 1793/4
descriptions [4]  1685/3 1709/17 1831/13 1857/15
design [2]  1698/2 1698/11
designated [3]  1765/19 1842/20 1862/4
designed [1]  1955/23
desk [1]  1793/23
despite [3]  1752/2 1756/15 1793/6
detail [4]  1775/25 1776/1 1779/19 1936/7
detailed [1]  1702/7
details [6]  1778/3 1779/12 1779/12 1779/18 1941/13 1942/19
detention [1]  1743/19
deteriorated [1]  1793/22
determination [5]  1746/11 1747/9 1747/13 1747/18 1847/12
determinations [1]  1821/20
determine [7]  1736/9 1787/19 1828/4 1833/8 1833/8 1873/23 1873/24
determined [9]  1681/22 1729/7 1729/8 1783/15 1783/16 1834/4 1834/8 1871/10 1874/9
determining [4]  1771/21 1876/12 1907/16 1908/2
develop [1]  1882/2
developing [1]  1818/7
development [2]  1745/22 1782/19
developmental [10]  1809/23 1809/24 1873/3 1873/12 1874/16 1875/19 1936/12 1936/14 1936/20 1937/17
deviate [2]  1911/3 1949/2
deviated [1]  1720/18
deviation [2]  1910/10 1949/4
deviations [9]  1720/16 1906/2 1909/15 1909/21 1909/23 1909/24 1910/2 1910/2 1910/9
diagnose [11]  1787/1 1795/24 1807/25 1809/5 1835/6 1840/10 1895/1 1912/20 1913/5 1935/1 1935/9
diagnosed [20]  1702/25 1791/5 1806/25 1807/3 1811/12 1817/20 1831/18 1831/19 1831/19 1831/21 1831/21 1832/13 1834/21 1840/16 1861/21 1912/11 1912/18 1913/3 1913/7 1935/12
diagnoses [16]  1788/1 1790/10 1793/3 1794/2 1794/6 1794/25 1795/15 1807/19 1807/21 1808/15 1808/16 1829/14 1836/8 1839/11 1840/18 1844/3
diagnosing [5]  1736/15 1751/3 1806/18 1856/15 1912/23
diagnosis [48]  1687/21 1701/1 1767/4 1767/6 1767/8 1767/9 1767/12 1767/15 1767/18 1767/20 1767/22 1768/5 1771/16 1771/24 1783/22 1791/1 1791/10 1791/23 1798/22 1807/10 1807/16 1807/22 1807/24 1810/18 1811/17 1811/18 1811/24 1818/1 1818/20 1819/24 1820/2 1820/5 1828/4 1828/20 1834/24 1836/2 1840/22 1841/18 1843/6 1848/16 1857/5 1861/25 1894/11 1894/13 1907/5 1913/4 1933/23 1945/10
diagnostic [19]  1788/3 1791/3 1805/16 1881/10 1913/25 1914/2 1914/6 1914/7 1915/6 1915/19 1915/22 1918/4 1932/16 1932/24 1933/15 1933/17 1934/5 1934/7 1935/2
diagnostically [9]  1913/16 1913/18 1913/22 1913/24 1914/21 1914/23 1932/20 1932/22 1933/2

did [243]  1679/12 1679/14 1679/15 1680/6 1680/8 1680/13 1681/21 1682/9 1682/12 1682/14 1682/16 1682/18 1683/17 1684/4 1684/22 1685/21 1687/13 1687/17 1688/8 1688/9 1688/14 1688/23 1690/10 1690/11 1694/16 1696/6 1696/7 1696/10 1696/11 1697/1 1698/9 1699/2 1699/22 1700/22 1706/19 1707/13 1707/16 1707/17 1707/25 1708/1 1708/16 1709/5 1709/11 1709/15 1711/7 1711/18 1712/8 1719/17 1719/12 1719/12 1719/22 1719/24 1720/23 1721/9 1721/18 1722/15 1722/21 1722/23 1723/2 1724/7 1724/12 1724/18 1725/23 1726/3 1726/14 1726/15 1727/3 1727/4 1727/10 1728/12 1729/21 1730/5 1730/16 1733/14 1734/13 1734/15 1734/21 1736/8 1736/9 1736/16 1736/22 1737/13 1737/24 1737/25 1738/1 1741/20 1742/14 1744/2 1744/3 1745/21 1748/3 1748/8 1749/12 1749/14 1751/24 1752/17 1753/1 1753/3 1754/2 1754/2 1754/8 1755/11 1762/24 1763/23 1763/24 1766/14 1766/15 1766/16 1766/20 1766/23 1767/7 1767/9 1769/15 1769/19 1772/8 1773/8 1774/4 1774/5 1774/5 1774/23 1775/3 1776/8 1776/25 1780/9 1780/14 1783/25 1784/16 1784/21 1786/8 1788/2 1788/3 1788/22 1789/7 1789/19 1790/12 1792/3 1798/16 1810/6 1810/13 1810/21 1811/20 1816/2 1817/23 1817/24 1817/25 1818/1 1818/13 1818/14 1822/19 1822/19 1823/9 1823/10 1824/21 1828/19 1828/23 1829/20 1830/6 1830/17 1830/23 1832/9 1833/8 1833/8 1834/16 1834/23 1835/5 1835/5 1836/2 1836/11 1836/13 1847/14 1848/9 1849/6 1851/13 1851/22 1852/25 1853/10 1853/11 1853/15 1853/15 1853/25 1854/24 1855/2 1855/9 1857/22 1865/6 1870/15 1872/16 1872/20 1872/24 1873/1 1873/4 1873/5 1874/4 1874/11 1874/15 1875/4 1875/20 1878/9 1881/16 1882/4 1882/5 1882/6 1882/9 1885/25 1888/1 1888/5 1888/18 1889/1 1889/16 1893/14 1893/25 1894/4 1894/7 1894/11 1894/12 1895/4 1896/19 1901/3 1901/9 1901/24 1902/11 1912/7 1917/1 1926/10 1928/23 1929/2 1935/9 1939/13 1943/4 1944/21 1944/22 1944/23 1946/6 1947/6 1947/8 1949/23 1949/23 1951/6 1951/11 1951/14 1951/22 1951/23 1953/20
didn't [73]  1701/24 1702/14 1706/19 1706/20 1711/15 1719/1 1721/2 1724/2 1728/3 1728/11 1730/16 1730/16 1730/17 1736/7 1738/2 1751/24 1753/2 1763/7 1777/12 1778/9 1778/10 1779/5 1779/25 1780/16 1782/23 1785/3 1785/7 1787/1 1787/2 1787/18 1790/22 1790/24 1792/7 1795/9 1795/23 1803/22 1804/17 1807/10 1811/7 1813/8 1821/12 1821/14 1824/11 1828/9 1833/1 1836/3 1845/15 1848/22 1853/6 1853/8 1853/9 1853/23 1858/25 1859/22 1875/7 1878/12 1883/19 1886/11 1894/25 1901/8 1902/11 1902/16 1908/25 1913/19 1924/23 1925/7 1931/19 1932/5 1932/6 1947/9 1955/12 1958/1 1958/1
didnt [6]  1878/10 1885/1 1887/25 1900/17 1929/1 1929/18
died [1]  1777/15
differ [3]  1859/5 1941/4 1941/5
difference [13]  1725/18 1860/23 1860/25 1861/1 1886/17 1887/1 1891/18 1900/18 1909/5 1920/20 1952/23 1953/18 1953/20
differences [1]  1932/23
different [25]  1688/23 1692/20 1692/21 1727/12 1727/13 1727/13 1786/1 1793/25

821/16 1835/3 1845/6 1860/18 1860/19 1862/23 1867/2 1886/24 1904/5 1904/17 1917/6 1920/12 1929/16 1944/1 1948/1 1948/4 1950/20
differential [2]  1807/9 1807/16
differentiate [1]  1733/20
difficult [15]  1712/13 1723/18 1729/21 1729/22 1752/16 1814/24 1897/4 1897/19 1898/17 1898/19 1900/3 1903/6 1903/17 1936/22 1956/3
difficulties [4]  1834/3 1835/19 1835/20 1897/23
difficulty [4]  1708/9 1719/15 1793/24 1938/3
Digit [3]  1718/17 1718/21 1718/23
dignified [1]  1814/3
diminish [1]  1958/25
diploma [4]  1680/3 1717/24 1717/25 1718/4 1803/20 1861/13 1885/14 1885/17
dire [8]  1749/22 1749/25 1761/3 1761/12 1803/20 1861/13 1885/14 1885/17
direct [18]  1678/25 1716/9 1724/20 1724/21 1739/2 1744/3 1766/5 1766/9 1801/12 1820/9 1820/13 1828/14 1857/18 1858/1 1864/14 1879/14 1891/15 1923/17
directed [2]  1796/19 1887/11
directing [1]  1823/25
direction [3]  1720/16 1755/25 1939/21
directions [4]  1693/5 1710/19 1720/12 1791/20
directly [5]  1748/7 1748/11 1819/13 1870/14 1919/6
director [13]  1740/14 1740/20 1742/8 1742/20 1743/16 1743/21 1744/3 1744/6 1753/16 1753/16 1754/18 1754/18 1879/22
directs [1]  1713/5
dirty [1]  1792/24
dis [1]  1937/23
disabilities [22]  1686/6 1750/18 1751/1 1760/6 1760/25 1761/19 1762/4 1762/5 1762/5 1762/6 1762/7 1762/9 1764/24 1787/13 1795/21 1809/18 1809/23 1873/8 1932/17 1932/20 1935/12 1936/5
disability [70]  1750/10 1750/15 1750/18 1751/3 1751/9 1751/11 1751/17 1751/19 1764/2 1764/8 1764/8 1764/21 1765/2 1765/9 1774/2 1804/23 1805/9 1805/15 1805/25 1806/19 1807/17 1809/19 1818/10 1818/11 1821/23 1828/7 1834/21 1835/7 1835/14 1835/14 1835/15 1845/10 1845/20 1846/20 1847/25 1865/21 1866/3 1866/14 1866/22 1866/23 1874/23 1875/19 1882/21 1894/19 1894/24 1896/5 1896/13 1896/16 1907/5 1917/25 1918/14 1919/10 1932/10 1933/3 1933/10 1934/8 1934/24 1934/25 1935/2 1935/4 1935/7 1935/10 1935/15 1936/8 1936/11 1937/2 1938/5 1938/19 1938/20 1939/4
disabled [18]  1733/11 1733/17 1750/8 1801/7 1802/1 1803/3 1804/20 1807/1 1828/16 1911/5 1912/3 1916/22 1918/11
disagree [17]  1805/16 1869/17 1874/4 1917/18 1917/20 1932/18 1932/19 1932/21 1933/4 1939/2 1939/8 1940/1 1940/4 1940/5 1940/7 1959/25 1960/3
disagreed [1]  1874/2
disagreement [1]  1948/16
disappear [1]  1927/9
disappoint [1]  1923/25
disarray [1]  1743/20
discarded [1]  1721/16
disciplinary [1]  1797/22
disciplines [1]  1880/8
discontinue [1]  1957/19
discontinued [3]  1830/1 1830/13 1957/15
discount [1]  1924/17

**D**

discouragement [1] 1793/7
discovered [1] 1716/17
discrepancies [1] 1919/9
discuss [4] 1777/23 1777/24 1931/20 1945/7
discussed [1] 1893/2
discussing [1] 1785/22
discussion [4] 1814/6 1822/22 1928/24 1928/25
disease [2] 1865/13 1868/8
Disfunctional [2] 1809/18 1809/19
dish [1] 1781/5
disheveled [1] 1773/24
disorder [76] 1710/24 1750/13 1764/9 1764/10 1787/22 1787/3 1791/6 1791/6 1791/7 1791/7 1791/11 1791/11 1791/21 1791/24 1792/12 1792/13 1793/18 1793/25 1794/1 1794/9 1794/9 1794/21 1794/24 1795/2 1795/3 1795/3 1795/4 1795/5 1795/25 1796/8 1798/3 1798/6 1805/13 1808/1 1808/2 1808/8 1808/11 1809/6 1809/9 1817/3 1817/4 1817/4 1831/20 1831/22 1832/13 1832/14 1834/20 1835/11 1836/2 1836/5 1836/9 1836/10 1839/13 1839/14 1840/19 1840/20 1842/4 1847/23 1849/14 1874/1 1874/2 1874/6 1874/7 1874/8 1874/10 1874/11 1894/20 1894/22 1931/24 1936/12 1936/13 1936/14 1936/20 1937/23 1937/24 1938/2
disorders [22] 1750/10 1762/8 1762/14 1762/14 1762/15 1762/15 1796/4 1796/4 1796/20 1796/20 1831/15 1835/15 1836/16 1839/17 1839/22 1839/23 1842/3 1849/12 1873/7 1876/7 1937/17 1937/19
disorganization [1] 1710/23
disorganized [1] 1710/23
disparity [4] 1933/15 1933/15 1935/15 1936/3
display [1] 1853/3
dispositive [1] 1761/4
dispute [1] 1947/5
disregard [1] 1796/15
disregards [1] 1876/6
disrupting [1] 1702/20
disruptive [1] 1732/10
dissertations [2] 1887/5 1887/5
distinction [2] 1861/3 1920/17
distinguish [1] 1838/16
distracted [1] 1792/15
distractive [1] 1770/5
distress [1] 1799/5
distribution [4] 1949/7 1949/9 1949/16 1949/17
district [36] 1676/1 1676/1 1676/10 1680/25 1681/12 1686/18 1686/20 1686/21 1686/23 1715/22 1733/18 1740/18 1740/23 1741/4 1741/7 1741/8 1741/9 1741/10 1741/20 1742/6 1747/8 1747/25 1747/25 1748/1 1748/1 1748/2 1748/8 1749/14 1754/3 1754/10 1755/13 1755/17 1755/18 1757/12 1867/16 1884/12
disturbance [1] 1734/23
disturbed [10] 1681/20 1682/4 1697/4 1701/1 1712/9 1712/14 1730/1 1733/14 1733/16 1796/21
division [2] 1740/12 1867/17
do [289]
doctor [22] 1739/20 1751/21 1769/11 1773/3 1778/12 1778/24 1788/8 1790/1 1819/11 1866/2 1881/1 1885/21 1886/21 1887/13 1891/17 1891/19 1891/20 1891/21 1902/24 1910/19 1927/2 1941/11
doctor's [1] 1877/6
doctor's [25] 1875/25 1888/13

doctors [3] 1746/16 1786/16 1832/4
documents [5] 1731/3 1784/10 1790/15 1819/1 1827/9 1945/15 1954/13
documents [16] 1705/5 1705/7 1766/14 1766/16 1766/21 1771/7 1771/8 1784/19 1786/18 1788/5 1802/5 1803/4 1829/3 1829/5 1829/7 1829/16
does [68] 1685/6 1692/15 1692/16 1708/15 1713/6 1723/15 1743/10 1747/11 1765/1 1775/19 1775/20 1775/24 1779/15 1788/1 1791/1 1793/9 1796/9 1807/9 1807/15 1807/15 1808/13 1811/15 1818/11 1823/7 1824/16 1825/12 1827/7 1843/12 1846/6 1846/19 1849/18 1849/20 1849/21 1850/6 1852/19 1852/20 1856/14 1858/16 1863/14 1866/10 1868/16 1869/4 1874/21 1887/3 1892/6 1894/18 1894/19 1895/10 1909/1 1910/7 1911/5 1912/18 1913/3 1913/3 1920/16 1921/16 1935/13 1937/21 1938/12 1939/7 1940/6 1945/4 1945/5 1946/4 1949/18 1950/22 1951/8 1959/23
doesn't [39] 1689/14 1701/11 1709/9 1749/23 1756/19 1759/10 1781/15 1785/12 1785/13 1787/7 1787/17 1798/5 1800/13 1805/14 1806/20 1806/21 1808/3 1819/13 1859/7 1859/9 1860/21 1863/17 1864/5 1869/6 1874/23 1902/6 1902/8 1912/18 1913/6 1919/12 1923/1 1924/21 1929/13 1931/13 1933/13 1937/12 1942/17 1946/17 1955/15
dogs [1] 1781/17
doing [50] 1683/6 1683/10 1685/18 1692/1 1692/20 1695/4 1695/11 1697/12 1700/10 1704/5 1707/7 1708/4 1709/14 1717/10 1721/13 1721/14 1725/8 1730/2 1730/23 1732/3 1751/5 1764/5 1764/12 1764/13 1782/13 1784/9 1792/17 1794/14 1799/19 1800/6 1800/11 1800/15 1808/10 1812/20 1821/10 1835/25 1845/5 1852/23 1861/16 1870/24 1881/6 1883/13 1883/15 1883/20 1884/9 1884/20 1903/8 1913/19 1916/1 1943/17
dollars [1] 1806/17
domain [2] 1789/24 1847/21
domains [1] 1847/15
don't [245] 1683/4 1684/25 1685/2 1685/17 1685/17 1687/12 1687/13 1691/13 1691/16 1691/17 1695/2 1695/2 1695/3 1699/11 1700/6 1704/4 1704/25 1707/5 1707/13 1708/17 1708/18 1711/5 1715/17 1715/18 1716/3 1716/4 1716/19 1717/15 1717/15 1717/17 1718/9 1719/11 1719/12 1721/5 1721/5 1721/11 1721/13 1721/14 1721/18 1721/20 1728/17 1728/24 1729/1 1731/24 1732/18 1733/15 1747/19 1749/17 1750/7 1751/2 1751/8 1755/13 1756/9 1759/24 1763/19 1764/3 1765/21 1773/3 1776/1 1781/17 1787/11 1787/15 1789/21 1792/8 1792/23 1796/23 1798/4 1798/17 1799/17 1800/22 1802/22 1804/12 1805/13 1805/19 1807/2 1808/18 1809/3 1809/8 1809/21 1810/15 1810/25 1813/6 1814/4 1814/7 1814/9 1814/22 1816/20 1816/22 1818/17 1821/8 1823/2 1823/8 1823/10 1823/10 1824/5 1824/9 1824/13 1826/2 1826/4 1826/5 1826/18 1826/20 1828/24 1830/24 1834/18 1834/18 1834/24 1835/24 1838/18 1839/23 1840/2 1840/6 1840/15 1840/21 1841/24 1843/2 1843/22 1844/3 1844/5 1846/5 1848/11 1849/1 1850/13 1851/24 1852/19 1853/17 1853/25 1854/5 1854/6 1855/14 1855/15 1857/14 1858/21 1859/23 1861/2 1861/25 1862/6 1862/15 1862/18 1863/25 1864/24 1865/5

1865/12 1866/21 1868/6 1868/13 1869/17 1869/21 1869/23 1873/8 1873/25 1874/1 1874/18 1875/25 1877/23 1885/23 1890/13 1892/21 1895/15 1895/16 1895/23 1898/24 1900/18 1900/19 1902/10 1906/14 1907/17 1908/16 1908/20 1909/14 1910/24 1911/7 1911/9 1911/15 1911/16 1911/18 1911/22 1912/6 1912/10 1913/16 1913/20 1914/23 1915/6 1916/1 1916/3 1916/24 1917/20 1917/21 1918/24 1919/7 1921/20 1921/21 1921/23 1922/3 1922/21 1923/1 1923/25 1926/11 1928/15 1928/19 1929/2 1932/21 1935/1 1937/10 1939/6 1939/20 1940/16 1940/16 1940/21 1941/1 1941/6 1942/2 1944/3 1945/6 1945/21 1946/1 1946/4 1946/13 1946/19 1947/5 1947/8 1947/9 1947/13 1948/16 1949/20 1950/6 1950/13 1951/15 1952/4 1952/18 1952/23 1953/13 1953/17 1953/25 1955/17 1956/13 1956/25 1957/18 1959/17 1959/23 1959/25 1960/25 1961/2
done [21] 1701/8 1721/16 1726/18 1816/12 1821/15 1821/24 1822/15 1822/17 1841/13 1861/10 1863/1 1882/19 1884/8 1888/9 1890/14 1892/1 1895/16 1896/17 1903/24 1924/9 1945/1
dosage [1] 1793/17
dots [1] 1764/16
double [4] 1785/2 1955/4 1955/10 1955/15
doubt [2] 1730/19 1736/12
down [45] 1684/23 1698/6 1709/17 1721/11 1721/20 1724/2 1730/7 1731/22 1738/2 1738/6 1748/19 1767/7 1768/6 1769/1 1772/15 1776/14 1793/12 1793/13 1802/10 1806/23 1812/6 1812/25 1813/3 1813/7 1813/8 1814/17 1833/16 1850/13 1859/3 1876/4 1876/5 1876/20 1878/19 1890/4 1901/12 1906/5 1906/6 1908/24 1911/1 1911/3 1911/7 1917/13 1931/25 1933/11 1957/6
down to [1] 1906/5
Dr [13] 1694/2 1732/12 1816/13 1851/2 1851/14 1851/15 1851/19 1853/4 1853/7 1853/8 1853/12 1854/10 1936/10
Dr. [61] 1694/4 1738/10 1739/4 1739/9 1749/19 1750/2 1755/24 1756/3 1756/19 1761/12 1766/11 1785/20 1785/20 1803/12 1803/13 1803/13 1816/13 1816/15 1816/17 1816/18 1816/18 1816/19 1822/23 1823/9 1832/8 1832/8 1856/20 1875/11 1877/2 1877/5 1878/24 1879/18 1885/12 1885/19 1892/15 1902/13 1905/1 1910/19 1917/18 1917/20 1922/7 1922/9 1922/10 1922/12 1922/17 1923/16 1924/7 1924/9 1924/23 1925/15 1926/8 1926/8 1932/14 1936/3 1938/10 1944/6 1946/6 1953/5 1959/24 1960/24
Dr. Abramson [1] 1816/15
Dr. Bucksman [1] 1875/11
Dr. Denney [8] 1877/5 1879/18 1885/12 1885/19 1892/15 1905/1 1922/10 1924/7
Dr. Denny [3] 1816/19 1822/23 1823/9
Dr. Drob [2] 1816/13 1816/18
Dr. Drob's [1] 1803/13
Dr. Dupree [1] 1832/8
Dr. James [5] 1803/13 1922/17 1932/14 1936/3 1946/6
Dr. Kaufman [5] 1917/18 1917/20 1922/9 1922/13 1926/8
Dr. Kaufman's [3] 1922/7 1922/17 1925/15
Dr. Lori [1] 1755/24
Dr. Mapou [3] 1923/16 1959/24 1960/24
Dr. Nagler [1] 1816/17
Dr. Olley [2] 1761/12 1902/13

**D**

Dr. Ollie's [1]  1803/12
Dr. Patterson [9]  1739/4 1739/9 1749/19
1750/2 1756/19 1766/11 1878/24 1910/19
1938/10
Dr. Popp [1]  1816/18
Dr. Raymond [1]  1738/10
Dr. Robert [1]  1877/2
Dr. Shapiro's [2]  1944/6 1953/5
Dr. Susan [1]  1756/3
Dr. Wechsler's [1]  1926/8
Dr. Wood's [1]  1785/20
Dr. Woods [6]  1694/4 1785/20 1832/8
1856/20 1924/9 1924/23
draft [1]  1889/9
draw [2]  1698/13 1768/1
drawing [1]  1916/2
dress [3]  1774/20 1850/16 1850/20
dressed [2]  1773/11 1773/16
DREZNER [15]  1678/16 1678/22 1678/23
1679/2 1679/4 1684/21 1697/14 1702/4
1705/1 1705/17 1706/15 1734/21 1855/6
1913/12 1955/18
Drezner's [2]  1684/18 1704/21
Drob [2]  1816/13 1816/18
Drob's [2]  1803/13 1854/10
Drogan [1]  1822/3
Dropbox [1]  1829/5
drops [1]  1917/8
drowsiness [1]  1793/16
drowsing [1]  1779/8
drug [3]  1850/1 1937/8 1937/15
drugs [2]  1776/23 1776/23
drunk [1]  1872/16
DSM [41]  1771/16 1804/7 1804/8 1805/7
1805/17 1805/23 1806/2 1806/4 1807/9
1807/10 1807/15 1807/22 1807/23 1808/13
1808/17 1808/17 1809/1 1818/4 1818/6
1818/19 1843/23 1843/24 1843/25 1844/2
1845/17 1847/15 1848/7 1852/18 1852/19
1852/20 1905/24 1909/1 1910/7 1922/6
1936/3 1938/23 1939/12 1945/5 1945/6
1945/16 1945/17
DSM-4 [1]  1845/17
DSM-IV [11]  1771/16 1804/7 1804/8 1805/7
1807/9 1807/15 1807/22 1808/17 1808/17
1818/4 1818/6
DSM-IV-TR [2]  1905/24 1945/5
dual [2]  1840/18 1880/20
due [4]  1691/8 1691/21 1705/3 1943/14
duly [3]  1678/17 1738/13 1878/3
dumb [1]  1787/16
Dupree [1]  1832/8
during [45]  1685/18 1695/18 1696/6 1696/6
1708/10 1717/2 1734/21 1736/24 1740/15
1741/22 1742/3 1743/12 1752/19 1771/2
1774/5 1777/1 1780/5 1780/8 1780/13
1783/11 1783/25 1784/2 1784/21 1789/4
1789/17 1795/19 1797/25 1803/19 1803/20
1817/2 1830/9 1834/10 1861/13 1863/20
1864/23 1869/9 1869/16 1881/15 1882/6
1897/24 1900/21 1936/17 1937/8 1937/15
1937/15
Dusky [1]  1863/8
duties [2]  1682/23 1744/2
dynamics [3]  1897/19 1897/20 1903/18
dysfunction [5]  1773/25 1794/5 1794/18
1721/24 1806/9

**E**

each [11]  1754/6 1791/9 1843/4 1880/8
1930/21 1931/10 1944/14 1946/24 1947/1
1947/2 1957/5

Earl [21]  1683/22 1684/1 1684/24 1685/8
1685/15 1685/21 1686/8 1692/09/07
1697/15 1700/16 1701/22 1703/6 1709/24
1712/21 1713/4 1713/12 1713/17 1724/4
1735/25 1736/10
Earl Wilson [1]  1700/16
Earl's [5]  1699/17 1699/19 1722/4 1725/10
1733/19
earlier [10]  1729/15 1755/2 1795/12 1845/18
1871/9 1903/9 1903/23 1920/8 1921/22
1960/9
early [5]  1745/19 1753/21 1794/7 1874/11
1883/18
ease [1]  1689/13
easier [8]  1696/18 1696/25 1719/13 1719/15
1719/16 1719/19 1786/6 1908/10
easily [1]  1792/15
East [3]  1676/4 1676/15 1677/12
EASTERN [3]  1676/1 1747/25 1748/8
easy [1]  1737/5
ECF [1]  1678/14
Ecstasy [1]  1794/16
edit [1]  1889/11
editor [1]  1823/17
educated [3]  1870/5 1870/10 1870/12
education [10]  1680/1 1680/9 1734/5
1734/11 1739/14 1783/1 1804/15 1830/15
1942/8 1942/8
educational [17]  1707/15 1707/25 1709/11
1709/12 1796/7 1805/12 1822/2 1830/14
1830/19 1831/2 1836/7 1847/16 1880/22
1935/5 1943/10 1958/10 1958/11
effect [41]  1692/4 1699/2 1699/5 1699/10
1699/11 1777/15 1793/15 1803/17 1821/11
1821/16 1821/21 1821/25 1822/9 1822/11
1822/14 1822/24 1824/8 1876/10 1901/1
1920/22 1920/25 1921/2 1927/8 1928/6
1928/20 1928/20 1929/8 1929/24 1929/24
1930/5 1930/9 1930/13 1930/19 1930/25
1931/5 1931/7 1943/15 1943/19 1952/17
1952/18 1952/20
effected [1]  1749/4
effective [1]  1903/20
effectively [1]  1831/2
effects [17]  1833/15 1919/23 1920/3 1920/3
1921/12 1921/21 1927/24 1928/15 1928/16
1928/25 1929/5 1929/11 1929/20 1930/11
1930/13 1931/10 1937/13
effort [7]  1930/10 1930/12 1930/17 1930/18
1931/4 1943/12 1943/19
efforts [1]  1943/11
eight [10]  1762/12 1829/22 1830/4 1834/11
1896/11 1919/18 1919/22 1921/16 1922/8
1960/12
eighth [1]  1812/8
eighties [2]  1782/21 1793/10
Eighty [1]  1732/15
either [18]  1681/17 1697/22 1700/8 1707/14
1713/6 1733/9 1733/9 1749/8 1749/13 1760/2
1789/23 1811/22 1887/22 1911/14 1911/20
1925/8 1925/9 1933/2
elaborate [1]  1780/15
elderly [1]  1927/11
electronically [1]  1766/18
elementary [1]  1686/25
elevate [1]  1717/3
eleven [6]  1845/18 1845/19 1848/6 1848/9
1848/21 1848/24
eligible [1]  1709/1
Elizabeth [5]  1740/4 1862/12 1862/15
1862/18 1863/20
Elizabeth's [19]  1740/9 1740/12 1740/19
1740/25 1741/17 1744/5 1749/5 1749/11
1753/8 1753/10 1753/14 1754/2 1754/4

1769/7 1833/20 1841/1 1861/9 1869/9
1870/20
Elmhurst [7]  1704/22 1704/24 1777/8
1791/13 1831/7 1831/23 1831/24
Elmo [1]  1706/9
else [22]  1728/4 1729/3 1734/18 1756/18
1762/11 1776/3 1788/11 1801/8 1801/23
1803/15 1805/22 1806/11 1818/3 1840/16
1849/7 1851/22 1856/6 1879/4 1913/4
1915/13 1915/14 1915/24
else's [2]  1924/18 1950/11
elsewhere [1]  1681/17
emails [1]  1789/6
embarrass [1]  1814/22
emergency [1]  1739/24
emotional [31]  1681/9 1681/23 1682/1
1682/4 1683/13 1686/2 1693/1 1698/14
1699/19 1700/3 1700/22 1702/9 1702/19
1702/25 1722/5 1722/12 1723/7 1723/19
1727/24 1734/2 1734/22 1735/4 1735/4
1735/19 1735/20 1736/3 1816/24 1830/20
1834/3 1834/20 1938/20
emotionally [9]  1681/20 1688/25 1697/4
1700/25 1712/8 1712/14 1730/1 1733/14
1733/16
empathy [1]  1794/11
emphasis [2]  1890/22 1905/25
emphasize [2]  1872/13 1909/20
emphasized [1]  1905/23
employed [6]  1679/4 1679/6 1679/8 1739/9
1854/21 1879/18
employee [4]  1755/15 1755/15 1769/6 1883/4
employees [1]  1755/5
encompassed [1]  1778/13
encompasses [3]  1761/8 1909/25 1949/5
encourage [4]  1689/12 1692/2 1695/6
1722/22
encouraged [3]  1779/15 1830/11 1898/25
encouragement [5]  1691/19 1691/25 1692/10
1693/14 1693/18
encouraging [2]  1723/1 1833/4
end [20]  1702/2 1702/4 1713/16 1714/23
1721/24 1725/12 1725/15 1776/3 1788/10
1788/20 1788/22 1789/1 1790/4 1814/9
1815/4 1820/18 1883/2 1923/21 1927/6
1961/4
ended [3]  1788/9 1827/6 1827/12
engage [1]  1751/7
engaged [4]  1691/8 1877/22 1894/5 1895/6
enjoy [2]  1692/6 1697/7
enjoyable [1]  1697/11
enough [12]  1688/6 1702/12 1727/15 1836/4
1870/6 1894/25 1897/2 1901/19 1901/22
1902/9 1902/10 1933/9
ensure [1]  1955/5
enter [1]  1896/23
entered [1]  1709/24
enterprise [1]  1806/21
enters [1]  1923/24
entire [6]  1681/12 1778/16 1801/6 1907/22
1932/9 1949/7
entirely [2]  1776/3 1828/10
entirety [1]  1934/21
entitled [1]  1786/25
entitlement [1]  1786/24
entry [1]  1762/3
enumerated [1]  1874/17
environment [6]  1689/14 1689/20 1727/22
1727/22 1872/3 1896/24
equally [1]  1906/22
equivalent [1]  1751/16
Eric [1]  1822/3
error [47]  1905/21 1906/8 1917/8 1920/18
1920/21 1921/18 1921/20 1926/13 1928/24

**E**

error... [38]  1929/7 1929/10 1930/1 1930/12
1930/17 1942/4 1942/5 1943/24 1944/3
1944/12 1944/16 1944/19 1944/19 1945/8
1946/11 1946/20 1946/25 1947/21 1948/2
1948/6 1948/8 1948/17 1948/20 1949/7
1949/9 1949/21 1950/25 1952/5 1952/6
1952/8 1952/11 1952/23 1953/1 1953/2
1953/18 1954/10 1957/25 1957/25
errors [14]  1716/16 1716/19 1930/11
1943/22 1944/1 1952/9 1952/13 1952/14
1952/23 1952/25 1953/4 1953/7 1953/10
1957/18
escalates [1]  1794/13
especially [5]  1728/8 1779/16 1862/23
1927/16 1956/1
ESQ [4]  1676/14 1676/21 1676/24 1677/3
essence [2]  1931/2 1950/25
essential [2]  1733/20 1954/23
essentially [18]  1743/23 1767/3 1773/1
1774/17 1775/14 1776/23 1780/23 1785/23
1789/14 1796/8 1800/12 1804/10 1812/15
1812/21 1823/4 1826/1 1842/15 1854/14
Essentials [2]  1926/1 1926/3
established [1]  1865/1
estimate [3]  1812/23 1902/3 1946/11
estimation [1]  1729/2
et [12]  1764/2 1775/9 1775/18 1786/19
1788/5 1790/11 1795/11 1821/16 1821/20
1823/5 1845/2 1857/17
ethically [1]  1958/17
ethics [1]  1755/25
etiology [1]  1936/19
evaluate [7]  1744/17 1754/5 1790/17
1842/18 1881/16 1882/7 1885/7
evaluated [6]  1795/6 1841/6 1872/2 1882/11
1888/2 1906/22
evaluating [9]  1751/13 1751/14 1758/19
1841/12 1841/16 1841/19 1842/3 1898/15
1914/3
evaluation [33]  1681/25 1682/17 1682/19
1734/21 1741/18 1744/12 1748/7 1749/1
1758/21 1764/1 1764/3 1764/14 1764/18
1768/12 1771/13 1773/2 1773/13 1773/15
1787/25 1795/7 1840/1 1840/11 1845/17
1853/19 1865/11 1881/22 1892/16 1893/1
1896/22 1896/23 1902/12 1903/1 1904/12
evaluations [17]  1687/13 1747/6 1747/24
1748/24 1754/13 1754/14 1761/8 1772/23
1811/16 1821/15 1821/20 1838/17 1861/10
1863/1 1881/9 1883/16 1884/10
evaluator [4]  1707/15 1707/23 1707/25
1709/11
evaluators [1]  1779/22
Evangel [1]  1879/25
Evangel University [1]  1879/25
Evanston [1]  1739/17
even [37]  1687/9 1701/15 1701/22 1701/24
1712/13 1712/14 1729/19 1730/1 1730/7
1730/10 1731/3 1736/18 1737/21 1756/19
1785/15 1799/12 1805/7 1809/5 1810/8
1820/19 1832/23 1864/20 1871/16 1871/16
1873/21 1885/1 1887/18 1907/21 1927/11
1928/12 1928/15 1928/21 1931/15 1932/9
1935/1 1943/20 1949/13
events [2]  1899/16 1899/17
eventually [4]  1698/8 1755/11 1830/12
1949/5
ever [22]  1680/16 1686/14 1687/12 1687/14
1687/15 1687/15 1690/10 1716/21 1731/24
1737/24 1746/21 1746/23 1747/21 1749/16
1767/6 1768/9 1773/8 1775/17 1810/18
1824/3 1825/4 1883/22

every [10]  1682/9 1702/5 1737/24 1743/23
1765/18 1832/3 1844/3 1862/9 1913/25
1944/16
everybody [2]  1861/25 1901/4
everything [9]  1697/1 1716/13 1731/14
1776/24 1800/1 1801/19 1814/25 1829/11
1915/24
evidence [14]  1684/19 1734/22 1778/21
1795/19 1818/10 1846/7 1847/14 1848/23
1850/5 1876/12 1897/25 1922/21 1926/14
1928/1
exacerbated [1]  1797/5
exact [2]  1825/14 1929/14
exactly [4]  1685/3 1727/3 1838/23 1933/24
exaggerated [1]  1796/5
exaggeration [1]  1897/22
exam [3]  1681/21 1811/3 1811/7
examination [61]  1678/25 1696/6 1703/10
1703/11 1716/10 1734/19 1739/2 1749/25
1766/9 1766/13 1767/23 1768/21 1772/17
1772/19 1772/21 1773/15 1775/12 1780/18
1780/19 1782/4 1783/21 1785/6 1788/3
1788/11 1789/4 1790/5 1790/7 1790/20
1800/24 1800/25 1805/1 1805/2 1811/7
1817/11 1820/9 1820/13 1827/21 1827/22
1828/3 1828/14 1835/8 1838/11 1849/1
1856/1 1857/1 1857/6 1857/18 1861/16
1864/23 1865/24 1868/1 1879/14 1885/17
1886/14 1891/15 1904/23 1904/24 1924/2
1924/4 1925/11 1926/24
examinations [7]  1746/15 1746/23 1749/10
1751/5 1782/20 1882/19 1883/17
examine [5]  1767/2 1767/24 1841/22 1922/6
1922/22
examined [13]  1678/17 1738/13 1767/15
1787/12 1827/25 1828/1 1865/6 1873/16
1878/3 1882/11 1922/4 1922/7 1922/16
examinee [1]  1857/9
examinee's [1]  1953/11
examiner [7]  1709/24 1746/2 1759/7 1785/18
1857/9 1952/8 1953/6
examiners [4]  1727/12 1816/11 1816/22
1953/10
examining [4]  1759/9 1773/5 1780/19
1922/11
example [24]  1698/5 1701/14 1721/6
1726/20 1729/25 1734/6 1759/7 1786/16
1805/2 1806/6 1826/23 1841/5 1885/5
1898/20 1898/22 1899/8 1899/9 1903/22
1904/2 1908/10 1914/18 1916/9 1927/18
1932/23
examples [3]  1791/18 1793/20 1845/1
exceeded [1]  1957/11
excellent [2]  1925/23 1937/12
except [6]  1685/3 1730/17 1751/1 1817/21
1870/25 1961/11
exception [7]  1750/19 1750/19 1811/17
1812/16 1821/9 1829/15 1927/18
exceptions [1]  1767/22
excessive [1]  1775/25
exchange [1]  1788/22
exclusion [3]  1809/1 1809/3 1876/3
exclusively [1]  1821/17 1823/1
excuse [6]  1757/5 1814/18 1829/24 1888/14
1920/3 1930/17
excused [2]  1738/6 1876/19
executive [1]  1782/8
exhaustive [1]  1903/24
exhibit [17]  1684/19 1684/20 1720/7 1758/8
1763/2 1763/3 1763/11 1778/14 1778/20
1818/11 1823/25 1861/14 1926/17 1944/5
1945/16 1945/16 1948/7
Exhibit [1]  1944/5
EXHIBITS [1]  1962/12

exist [4]  1765/1 1818/21 1895/2 1907/2
existence [3]  1878/11 1878/22 1889/22
exists [1]  1895/24
exits [1]  1923/7
expand [1]  1883/3
expect [5]  1735/16 1779/19 1835/17 1861/2
1921/8
expected [1]  1729/13
experience [22]  1682/13 1693/12 1697/6
1699/23 1744/12 1751/13 1760/12 1773/15
1785/24 1787/8 1798/9 1807/3 1833/13
1833/17 1833/18 1833/19 1833/20 1833/22
1838/13 1844/6 1850/3 1888/7
experienced [1]  1899/25
experiences [1]  1791/18
expert [33]  1678/13 1744/16 1747/21
1749/16 1749/20 1750/7 1750/9 1750/12
1750/17 1764/14 1764/17 1765/9 1765/13
1765/19 1769/2 1771/8 1803/4 1826/18
1826/21 1864/6 1864/10 1865/3 1865/5
1873/13 1873/13 1873/22 1873/25 1875/8
1885/12 1889/17 1891/6 1922/4 1922/12
expert's [2]  1801/13 1925/5
expertise [6]  1750/25 1751/3 1751/4 1823/18
1855/15 1856/3
experts [17]  1748/6 1761/7 1818/16 1826/7
1826/24 1864/24 1865/7 1880/15 1902/13
1905/3 1922/11 1922/17 1922/23 1922/24
1925/2 1925/17 1932/13
experts' [1]  1922/11
explain [13]  1773/1 1774/13 1780/16 1785/9
1786/12 1791/9 1796/2 1798/25 1880/10
1886/17 1892/24 1895/20 1898/24
explained [1]  1774/7
explaining [1]  1945/25
explanation [2]  1775/2 1835/13
extend [1]  1923/11
extended [1]  1920/13
extensive [1]  1960/24
extensively [2]  1780/16 1922/17
extent [5]  1690/6 1768/17 1796/5 1878/25
1931/20
extinguisher [1]  1783/7
extra [2]  1706/7 1718/20
extraneous [1]  1732/20
extreme [3]  1724/5 1907/10 1915/5
extremely [1]  1915/15
eye [1]  1775/17
Ezra [1]  1823/17

**F**

face [1]  1698/16
faced [1]  1691/20
facilitate [2]  1704/4 1831/1
facilities [3]  1753/18 1760/21 1773/16
facility [7]  1741/3 1741/8 1745/6 1749/6
1760/23 1799/11 1827/10
facing [2]  1797/6 1800/5
fact [25]  1690/2 1691/11 1702/24 1710/25
1714/5 1726/10 1727/24 1730/13 1749/4
1761/11 1772/6 1826/8 1833/11 1834/4
1845/14 1845/16 1846/4 1848/11 1864/14
1864/15 1880/16 1907/4 1926/8 1943/16
1949/20
factor [6]  1734/10 1783/15 1783/16 1845/11
1875/23 1952/8
factors [16]  1699/19 1702/9 1722/5 1722/12
1722/12 1734/2 1734/3 1734/4 1816/24
1817/7 1835/11 1873/7 1874/16 1914/17
1931/1 1937/16
facts [2]  1941/13 1942/19
factually [1]  1863/9
faculty [1]  1759/25

**F**

failing [4]  1732/5 1732/6 1752/24 1835/22
fair [20]  1685/6 1727/15 1731/2 1744/11
  1744/11 1754/11 1754/12 1754/21 1759/1
  1778/12 1787/23 1822/16 1826/8 1826/10
  1827/19 1827/20 1840/13 1842/10 1845/7
  1893/25
fairly [5]  1682/2 1955/20 1955/21 1961/1
  1961/2
fall [8]  1811/23 1836/11 1876/4 1881/19
  1896/3 1920/4 1940/18 1947/25
falling [2]  1733/7 1931/22
falls [2]  1918/15 1920/7
familiar [16]  1699/3 1758/10 1764/23
  1764/25 1770/2 1782/18 1783/1 1825/3
  1843/16 1929/14 1948/22 1953/5 1954/10
  1954/25 1955/6 1958/9
family [7]  1730/22 1734/5 1793/8 1795/10
  1833/4 1897/16 1897/18
far [19]  1693/11 1697/9 1699/9 1763/6
  1763/12 1768/10 1778/25 1779/13 1808/25
  1819/24 1829/14 1843/2 1905/13 1908/13
  1908/18 1909/7 1941/21 1955/21 1957/6
faster [1]  1697/1
father [1]  1776/21
favor [1]  1896/10
Fax [1]  1677/14
FCRR [1]  1677/12
features [2]  1795/25 1796/9
February [10]  1757/21 1763/3 1763/11
  1763/13 1763/16 1763/17 1824/23 1824/25
  1867/16 1881/21
February 2011 [3]  1757/21 1763/11 1763/13
February 4 [1]  1867/16
fed [1]  1888/22
federal [14]  1740/5 1740/19 1741/3 1741/8
  1741/15 1742/16 1742/19 1743/14 1743/15
  1744/6 1744/15 1881/4 1881/8 1884/2
feel [7]  1688/6 1689/14 1689/18 1693/1
  1800/3 1876/9 1893/15
feeling [3]  1756/15 1775/15 1833/16
feels [4]  1689/20 1799/24 1800/7 1800/8
fell [4]  1853/18 1876/5 1949/25 1950/9
fellows [1]  1772/24
felt [8]  1714/6 1714/7 1714/10 1730/23
  1737/16 1756/12 1872/2 1903/25
fetus [1]  1872/18
few [4]  1692/13 1707/9 1707/11 1829/4
fiat [1]  1874/23
field [10]  1750/12 1758/16 1806/12 1806/13
  1806/24 1822/24 1826/16 1880/15 1922/18
  1926/5
fifth [1]  1927/10
fifties [1]  1799/10
fight [1]  1735/23
fights [2]  1796/14 1817/5
figure [6]  1683/4 1852/4 1852/6 1897/4
  1933/21 1933/23
figured [1]  1696/24
file [2]  1716/24 1752/3
filed [4]  1755/25 1758/1 1758/12 1771/9
files [1]  1752/7
fill [1]  1715/11
filled [1]  1715/21
final [4]  1702/17 1789/7 1798/22 1889/13
find [7]  1725/11 1734/6 1795/9 1795/23
  1835/8 1864/4 1901/13
finding [4]  1708/8 1920/9 1928/9 1950/23
findings [3]  1896/1 1916/8 1950/19
finds [5]  1774/15 1860/2 1860/7 1860/15
  1860/21
fine [7]  1693/16 1695/4 1695/5 1761/10
  1814/15 1898/6 1936/7

fingers [1]  1786/6
finish [5]  1729/19 1781/10 1813/20 1816/2
  1816/5
finished [4]  1689/8 1692/4 1781/10 1781/15
finishing [2]  1781/13 1782/16
fire [2]  1783/6 1783/7
firmly [1]  1804/19
first [61]  1678/12 1689/11 1715/3 1715/5
  1722/7 1725/18 1725/24 1739/22 1740/1
  1740/20 1745/13 1745/18 1745/24 1752/15
  1752/16 1752/17 1753/14 1755/7 1755/16
  1768/14 1774/6 1774/16 1776/14 1776/22
  1777/10 1783/5 1785/16 1785/24 1786/3
  1790/13 1791/10 1795/4 1811/12 1819/15
  1822/8 1824/17 1828/23 1829/20 1829/21
  1830/3 1831/13 1831/16 1832/13 1832/20
  1850/15 1868/4 1878/2 1888/20 1889/9
  1901/13 1905/3 1905/11 1910/17 1927/6
  1927/6 1927/8 1928/22 1944/11 1952/4
  1959/10 1959/23
fit [2]  1785/4 1916/13
five [32]  1679/12 1680/12 1680/18 1718/10
  1718/16 1718/22 1719/23 1719/24 1727/19
  1729/18 1752/10 1757/23 1772/1 1776/19
  1776/22 1777/5 1800/1 1820/18 1820/22
  1828/2 1839/6 1898/16 1898/20 1898/21
  1910/23 1911/13 1911/13 1920/14 1945/8
  1950/18 1950/25 1960/10
fixated [2]  1906/1 1906/17
fixation [1]  1906/12
fixed [6]  1821/1 1905/4 1905/6 1905/7
  1905/16 1909/13
flawed [1]  1948/10
flip [1]  1788/16
flipping [1]  1790/24
floor [2]  1677/2 1917/10
Florida [1]  1790/8
fluidity [1]  1942/22
Flynn [16]  1692/1 1699/5 1699/10 1699/11
  1803/16 1821/11 1821/16 1821/20 1821/25
  1822/9 1822/11 1822/14 1822/23 1824/7
  1957/25 1958/1
focus [9]  1750/11 1760/9 1760/22 1760/22
  1761/21 1769/18 1792/5 1927/5 1943/10
focused [6]  1893/2 1934/11 1942/9 1959/23
  1961/1 1961/2
focusing [4]  1792/3 1843/5 1848/1 1943/16
folks [5]  1694/24 1695/13 1695/16 1840/24
  1897/24
follow [15]  1693/5 1706/5 1710/19 1734/13
  1791/19 1843/12 1843/14 1843/23 1844/3
  1844/5 1844/6 1898/7 1900/9 1957/18
  1958/17
follow-up [1]  1900/9
followed [1]  1775/12
following [3]  1782/5 1852/20 1954/23
follows [4]  1678/18 1738/14 1878/3 1928/7
food [1]  1888/22
foreign [2]  1773/1 1800/17
forensic [68]  1739/12 1740/13 1740/20
  1740/21 1741/10 1742/9 1742/10 1744/7
  1744/10 1745/12 1745/14 1745/17 1745/17
  1745/21 1745/24 1746/6 1746/11 1749/21
  1750/6 1750/22 1753/16 1755/14 1755/22
  1757/9 1758/18 1759/11 1762/14 1762/14
  1764/17 1765/14 1765/20 1767/3 1767/4
  1769/2 1772/23 1772/25 1772/25 1790/10
  1795/7 1821/15 1824/2 1824/21 1824/23
  1827/15 1827/22 1838/16 1840/3 1840/11
  1873/13 1873/25 1880/6 1880/17 1881/9
  1881/18 1881/22 1882/24 1883/3 1883/18
  1884/9 1884/20 1885/13 1890/18 1891/6
  1891/11 1894/16 1903/15 1903/17 1904/20
Forest [3]  1879/22 1881/1 1881/2

Forest Institute [3]  1879/22 1881/1 1881/2
forget [1]  1899/2
forgot [1]  1931/19
form [8]  1686/9 1687/10 1687/25 1721/12
  1746/15 1801/25 1881/17 1882/8
formal [7]  1895/16 1895/23 1897/3 1902/16
  1902/18 1902/19 1903/3
formalized [1]  1775/13
formally [2]  1787/13 1818/12
forming [3]  1820/6 1821/2 1915/21
forms [2]  1882/21 1957/2
forth [18]  1689/1 1696/23 1698/15 1700/14
  1711/10 1716/20 1725/17 1728/2 1730/12
  1731/10 1778/24 1802/18 1803/21 1805/17
  1824/10 1930/17 1931/4 1948/13
forties [1]  1799/10
Fortunately [1]  1798/3
forum [1]  1904/4
found [10]  1681/25 1711/3 1783/7 1783/12
  1795/19 1875/20 1880/15 1953/13 1953/14
  1953/19
foundation [3]  1865/15 1865/19 1922/19
four [9]  1694/9 1703/21 1719/21 1720/13
  1767/10 1790/12 1790/15 1794/22 1920/14
fourth [4]  1710/9 1752/20 1900/5 1927/10
fourth grade [1]  1710/9
Francisco [2]  1676/23 1885/24
frankly [7]  1761/7 1885/8 1896/12 1922/7
  1950/13 1952/13 1959/17
freestanding [1]  1740/4
frequently [5]  1710/18 1711/22 1713/14
  1783/11 1797/23
Fridays [1]  1743/23
friendly [2]  1689/13 1692/2
from -- actually [1]  1881/19
front [10]  1703/22 1705/1 1705/4 1705/17
  1706/22 1721/25 1844/8 1853/12 1944/7
  1944/9
frontal [5]  1782/9 1784/14 1874/25 1875/12
  1875/13
fudging [1]  1907/3
full [22]  1678/20 1687/14 1688/1 1690/6
  1697/16 1701/5 1718/9 1738/17 1749/8
  1755/1 1764/5 1764/18 1766/20 1769/7
  1788/18 1816/10 1816/13 1852/12 1878/6
  1892/21 1893/18 1893/25
full-time [1]  1755/1
fuller [1]  1780/2
fully [3]  1864/7 1881/25 1892/20
function [21]  1699/19 1713/23 1722/5
  1734/2 1782/8 1819/9 1830/22 1846/10
  1846/21 1880/15 1895/15 1895/17 1895/24
  1897/3 1897/11 1898/16 1903/25 1911/9
  1938/3 1942/5 1944/14
functional [5]  1804/14 1821/5 1847/19
  1848/4 1939/23
functioning [56]  1712/7 1751/18 1764/2
  1764/6 1764/19 1764/21 1765/2 1782/3
  1782/9 1784/14 1796/7 1799/2 1804/4 1804/5
  1804/9 1804/23 1805/11 1819/7 1819/16
  1819/19 1820/3 1826/17 1845/25 1846/9
  1847/1 1847/2 1847/6 1847/8 1847/9 1847/11
  1847/16 1856/23 1860/12 1871/9 1871/10
  1871/15 1878/11 1894/5 1895/6 1895/9
  1896/18 1896/19 1897/8 1897/25 1898/9
  1900/24 1903/3 1905/10 1906/21 1907/1
  1908/16 1911/4 1937/21 1937/24 1938/21
  1943/7
functions [2]  1871/11 1895/4
funding [1]  1742/24
further [9]  1705/22 1738/4 1864/4 1945/25
  1949/4 1949/4 1949/14 1949/14 1950/16

# G

GAF [2] 1798/22 1799/2
GAFs [1] 1799/15
gage [1] 1940/25
gain [3] 1725/16 1862/17 1942/21
gained [1] 1915/15
gang [13] 1775/10 1775/10 1794/15 1805/4
 1806/7 1806/15 1849/16 1849/18 1850/21
 1850/22 1850/23 1851/1 1851/5
gangs [5] 1807/4 1849/24 1849/25 1850/1
 1850/4
gangster [1] 1850/9
gangsters [1] 1806/16
gap [1] 1753/17
GARAUFIS [1] 1676/9
garbage [1] 1736/1
gathers [1] 1781/7
gauge [1] 1897/14 1930/4
gave [26] 1684/23 1698/12 1698/13 1715/6
 1718/16 1718/16 1728/5 1732/16 1756/10
 1760/7 1763/2 1767/16 1767/18 1776/19
 1777/8 1777/17 1777/19 1780/20 1780/24
 1780/25 1781/16 1785/2 1785/3 1790/16
 1813/8 1948/5
geared [1] 1887/2
general [36] 1702/3 1722/10 1722/18 1724/4
 1727/16 1729/2 1731/2 1739/12 1740/16
 1742/2 1744/10 1745/11 1745/16 1745/25
 1746/1 1746/4 1749/20 1750/5 1750/6
 1750/12 1759/8 1762/19 1764/17 1765/7
 1765/19 1768/16 1808/20 1808/24 1840/6
 1840/14 1840/23 1843/1 1918/17 1918/19
 1927/14 1931/24
generally [35] 1689/5 1689/16 1689/24
 1707/6 1707/21 1711/25 1719/22 1719/24
 1721/1 1728/6 1728/7 1728/20 1730/13
 1732/2 1735/11 1796/4 1844/6 1863/18
 1864/19 1867/5 1867/6 1869/7 1887/7 1888/6
 1888/6 1890/14 1895/17 1921/1 1921/1
 1921/6 1927/20 1941/5 1941/6 1952/17
 1959/2
generous [1] 1820/25
genuine [1] 1919/10
geriatric [1] 1742/23
Gestalt [1] 1683/15
get [85] 1680/2 1693/4 1693/9 1693/14
 1695/8 1696/3 1696/9 1696/4 1701/10
 1702/18 1708/4 1711/19 1712/17 1714/17
 1716/22 1717/23 1717/25 1718/7 1718/8
 1718/9 1719/21 1725/23 1726/18 1726/23
 1726/24 1737/6 1737/23 1751/7 1764/5
 1774/22 1776/24 1778/10 1781/17 1784/21
 1785/10 1786/9 1786/25 1789/2 1789/6
 1791/18 1791/19 1792/1 1793/1 1798/18
 1798/19 1799/10 1799/12 1799/19 1800/13
 1800/14 1805/20 1813/1 1813/7 1814/25
 1818/1 1829/20 1841/19 1843/2 1844/22
 1849/23 1849/25 1850/2 1853/6 1859/3
 1877/8 1887/13 1889/10 1893/23 1897/3
 1906/1 1913/11 1917/11 1917/12 1921/2
 1921/3 1923/12 1924/7 1927/15 1930/22
 1934/9 1946/12 1951/1 1951/2 1953/17
 1960/10
gets [7] 1794/7 1800/14 1808/10 1947/19
 1949/4 1949/13 1949/14
getting [8] 1792/20 1797/23 1800/9 1832/21
 1906/17 1924/18 1926/9 1943/10
gifted [2] 1727/7 1737/6
give [55] 1679/25 1683/12 1683/17 1688/24
 1696/19 1705/6 1705/25 1709/12 1715/10
 1716/23 1717/4 1717/12 1718/6 1718/10
 1718/20 1718/20 1718/21 1719/1 1725/14
 1725/14 1725/14 1726/7 1726/7 1726/8

1726/8 1727/12 1735/15 1739/14 1741/14
 1754/1 1780/3 1781/17 1781/21 1780/1
 1780/2 1782/6 1782/12 1788/15 1788/17
 1813/8 1819/4 1823/19 1826/15 1826/16
 1830/9 1847/16 1853/23 1880/21 1898/25
 1899/9 1899/19 1901/23 1909/3 1927/14
 1956/11
given [28] 1681/21 1698/11 1715/11 1720/12
 1741/10 1760/1 1763/21 1795/15 1800/2
 1801/6 1814/7 1822/20 1822/22 1830/3
 1889/20 1889/20 1895/18 1896/1 1902/25
 1904/1 1924/10 1930/24 1936/20 1952/9
 1958/25 1959/11 1959/12 1959/16
gives [2] 1792/24 1947/22
giving [25] 1682/14 1697/10 1716/11
 1716/17 1717/7 1725/20 1725/20 1729/16
 1779/11 1779/12 1789/15 1820/25 1831/16
 1831/18 1854/5 1877/17 1888/8 1889/17
 1899/16 1902/16 1919/17 1947/2 1956/10
 1956/16 1957/1
glad [3] 1877/19 1922/25 1925/10
glancing [1] 1779/1
glass [3] 1781/2 1781/24 1781/25
glean [1] 1759/25
global [3] 1783/24 1799/2 1917/8
go [60] 1680/6 1687/2 1696/7 1708/23
 1714/5 1716/3 1716/22 1725/13 1729/4
 1733/9 1733/9 1742/14 1749/24 1753/24
 1766/8 1767/16 1779/25 1793/14 1795/9
 1795/10 1799/4 1801/5 1801/12 1802/12
 1804/18 1805/13 1812/2 1812/25 1814/5
 1816/9 1817/18 1821/8 1832/5 1839/9
 1841/23 1841/24 1844/11 1850/2 1851/3
 1860/13 1860/14 1864/4 1868/20 1868/23
 1877/8 1877/9 1877/15 1887/15 1895/12
 1905/13 1909/7 1915/5 1920/6 1930/8
 1930/10 1941/12 1941/12 1942/18 1946/19
 1955/21
goal [2] 1796/19 1903/19
goal-directed [1] 1796/19
goes [9] 1715/21 1721/7 1730/22 1742/1
 1778/25 1821/5 1928/4 1941/21 1950/24
going [95] 1689/17 1691/18 1692/5 1692/5
 1692/11 1692/12 1701/13 1705/10 1705/17
 1714/14 1715/2 1726/11 1726/11 1735/19
 1735/20 1739/5 1762/12 1762/25 1775/25
 1776/2 1786/18 1792/20 1804/24 1808/17
 1813/7 1838/23 1859/3 1864/9 1866/12
 1866/13 1866/13 1867/20 1868/22 1869/21
 1872/19 1873/14 1873/17 1873/18 1873/19
 1873/20 1885/12 1886/9 1887/12 1893/8
 1893/23 1896/24 1897/5 1897/7 1897/13
 1898/6 1898/10 1900/1 1901/6 1902/14
 1902/16 1902/18 1904/13 1908/15 1908/17
 1911/7 1914/1 1919/8 1920/25 1921/2
 1921/20 1922/1 1922/14 1923/22 1924/15
 1924/24 1925/1 1927/5 1927/15 1930/24
 1936/21 1938/1 1942/21 1943/13 1943/18
 1946/13 1947/18 1947/23 1947/23 1947/25
 1948/21 1949/9 1949/19 1949/21 1950/25
 1951/19 1960/13 1960/24 1960/25 1961/1
 1961/3
gone [11] 1715/19 1716/21 1755/1 1777/3
 1777/4 1777/10 1790/8 1812/8 1841/4
 1895/14 1956/10
good [51] 1678/4 1678/8 1678/9 1679/2
 1683/7 1694/22 1695/22 1703/13 1703/14
 1716/10 1716/10 1723/3 1750/2 1750/3
 1757/11 1765/5 1773/7 1774/3 1779/13
 1781/1 1781/20 1781/22 1784/15 1786/21
 1786/22 1801/2 1803/1 1803/1 1810/1
 1860/13 1865/22 1874/5 1879/16 1879/17
 1885/19 1885/20 1885/25 1886/11 1886/13
 1901/19 1903/16 1904/2 1904/3 1907/6

1904/20 1911/9 1916/13 1930/23 1952/3
 1956/3 1960/1
gophers [1] 1850/2
gosh [1] 1683/4
got [47] 1682/20 1702/19 1704/22 1705/8
 1712/1 1716/13 1717/7 1717/24 1720/3
 1725/12 1726/3 1726/4 1730/25 1739/5
 1743/17 1752/2 1761/5 1772/10 1776/7
 1780/18 1785/16 1818/24 1819/5 1819/5
 1829/6 1833/7 1834/13 1858/24 1859/5
 1880/16 1885/3 1885/3 1893/3 1893/15
 1897/9 1898/3 1908/13 1916/9 1921/15
 1929/6 1938/18 1940/14 1947/17 1948/3
 1951/4 1952/5 1956/16
gotten [2] 1781/25 1797/22 1893/17 1956/10
GOV3927 [1] 1684/20
GOV626 [1] 1705/14
government [29] 1676/12 1678/3 1678/12
 1684/8 1738/8 1740/19 1741/16 1747/1
 1747/2 1747/4 1747/7 1747/23 1749/3
 1749/19 1756/24 1756/25 1769/6 1778/20
 1788/16 1789/13 1801/11 1865/6 1865/6
 1877/2 1878/2 1878/22 1884/4 1884/19
 1885/12
government's [4] 1690/17 1739/6 1778/13
 1962/12
governmentally [1] 1749/5
grade [2] 1710/9 1835/12
grades [1] 1777/18
graduate [2] 1751/24 1888/10
graduated [4] 1863/19 1869/8 1880/23
 1888/15
grandiose [1] 1775/20
grandiosity [2] 1786/9 1786/10
grandmother [1] 1777/3
granted [3] 1765/18 1891/3 1891/14
gray [2] 1727/10 1727/11
great [7] 1728/19 1761/3 1800/1 1861/5
 1864/14 1890/24 1952/3
greater [13] 1698/6 1730/8 1916/17 1916/21
 1918/3 1920/14 1924/13 1932/16 1933/1
 1933/14 1934/10 1934/15 1943/19
greatly [1] 1744/15
green [4] 1810/10 1810/14 1818/9 1948/15
Griffith [1] 1823/17
ground [3] 1783/8 1783/13 1905/1
grounds [2] 1762/17 1796/11
group [15] 1694/18 1710/24 1710/25
 1711/21 1711/25 1722/8 1731/19 1733/2
 1836/12 1842/18 1842/19 1862/23 1862/24
 1866/6 1918/11
groups [1] 1760/20
growing [2] 1781/11 1795/1
grown [2] 1894/23 1894/25
Guantanamo [3] 1759/15 1759/16 1759/19
guard [1] 1900/13
Guerrero [1] 1811/17
guess [10] 1690/24 1736/25 1753/23 1764/4
 1860/6 1899/15 1904/18 1905/15 1917/18
 1918/13
guessing [6] 1899/13 1900/2 1900/2 1902/1
 1902/3 1902/9
guidance [1] 1956/11
guide [1] 1954/18
guidebook [1] 1948/14
guideline [3] 1807/2 1945/21 1955/7
guidelines [14] 1803/21 1804/1 1804/6
 1804/25 1805/7 1806/23 1809/12 1809/13
 1811/1 1828/5 1906/23 1954/14 1954/18
 1958/20
guides [1] 1786/15
Guilmette [1] 1822/4
guy [5] 1687/2 1687/2 1885/4 1888/2
 1930/23

## G

Guy-something [1] 1687/2
gym [1] 1784/24
GYN [3] 1739/25 1746/9 1752/19

## H

had [200] 1681/23 1682/2 1682/9 1684/11
1684/12 1684/14 1686/14 1687/10 1687/10
1687/23 1687/24 1688/6 1688/18 1691/11
1692/22 1693/2 1693/7 1697/21 1700/19
1700/23 1701/5 1701/20 1707/23 1708/25
1709/12 1710/25 1711/4 1712/5 1712/5
1712/6 1713/4 1714/5 1714/5 1716/16 1717/1
1720/25 1720/25 1721/1 1723/6 1723/10
1723/17 1723/25 1724/25 1728/4 1728/14
1729/19 1729/19 1730/7 1730/11 1731/4
1731/10 1732/8 1732/8 1733/7 1733/11
1733/16 1734/7 1736/21 1737/2 1737/17
1740/8 1741/3 1741/6 1744/9 1744/11
1748/13 1753/2 1755/1 1755/23 1756/1
1757/21 1761/21 1768/22 1771/4 1771/5
1772/1 1772/6 1772/14 1773/11 1773/12
1775/18 1776/6 1776/20 1777/2 1777/3
1777/6 1777/8 1777/10 1777/11 1777/14
1777/14 1777/18 1777/22 1778/9 1778/11
1779/5 1779/5 1782/18 1782/22 1785/9
1786/5 1788/5 1788/6 1788/11 1790/20
1790/22 1792/3 1793/24 1794/24 1795/4
1797/14 1797/21 1806/8 1806/16 1806/17
1806/22 1811/10 1811/17 1812/8 1812/13
1817/3 1817/4 1817/4 1820/19 1821/10
1828/18 1829/7 1829/11 1829/17 1830/1
1831/14 1835/21 1839/6 1840/24 1840/25
1840/25 1844/7 1847/6 1847/7 1847/21
1848/1 1848/3 1848/23 1849/1 1849/10
1852/3 1853/12 1854/7 1855/1 1855/1
1855/10 1859/25 1861/7 1861/21 1862/4
1862/9 1867/22 1868/15 1871/24 1871/24
1872/2 1873/3 1873/6 1873/17 1873/18
1873/20 1874/6 1874/8 1876/9 1878/9
1878/25 1879/5 1880/13 1881/16 1882/14
1888/1 1888/12 1888/13 1888/14 1888/16
1888/17 1891/22 1892/21 1893/20 1893/21
1894/21 1894/23 1901/8 1901/22 1902/17
1917/2 1918/11 1921/25 1927/2 1931/17
1931/18 1931/19 1931/20 1935/4 1937/11
Hagen [1] 1822/3
Haitian [1] 1759/15
half [12] 1685/23 1710/4 1710/5 1723/12
1733/21 1740/17 1766/6 1827/13 1838/6
1923/14 1923/18 1960/20
hallucinations [1] 1775/18
hallway [1] 1792/2
hand [11] 1690/18 1710/19 1710/20 1713/15
1713/15 1713/20 1721/1 1789/4 1860/17
1878/1 1889/1
handed [1] 1706/19
Handing [1] 1867/25
handle [2] 1781/18 1877/24
hands [2] 1789/1 1792/4
handwriting [1] 1708/21
hang [1] 1692/14
happen [7] 1715/14 1788/14 1789/12 1814/6
1822/19 1900/7 1921/21
happened [6] 1715/15 1716/7 1727/6
1743/24 1897/9 1922/14
happening [2] 1811/20 1890/18
happy [4] 1769/25 1791/10 1796/3 1885/8
hard [6] 1729/22 1781/10 1781/12 1782/16
1838/20 1868/19
harm [1] 1775/21
has [124] 1690/25 1692/6 1692/6 1702/8
1702/25 1706/4 1706/6 1709/4 1714/21

1715/1 1725/7 1725/19 1727/24 1729/7
1729/8 1735/8 1741/10 1742/20 1743/6
1744/14 1745/7 1747/4 1747/10 1752/12
1752/12 1757/2 1767/4 1768/2 1768/3
1768/12 1769/21 1771/12 1774/13 1774/14
1775/20 1784/10 1784/12 1786/24 1787/5
1787/8 1793/24 1793/25 1794/9 1794/10
1794/11 1794/24 1797/1 1797/8 1797/12
1797/19 1797/20 1798/2 1800/4 1801/11
1801/18 1802/15 1805/8 1812/13 1812/20
1817/2 1818/1 1818/20 1819/6 1820/2 1821/5
1821/21 1821/22 1834/1 1840/18 1843/24
1844/2 1845/17 1847/1 1848/11 1848/12
1850/22 1850/23 1860/13 1861/1 1861/8
1864/9 1864/10 1865/1 1865/12 1865/14
1866/25 1867/3 1868/7 1868/8 1870/13
1872/11 1874/9 1879/7 1887/7 1887/8
1888/21 1898/22 1899/5 1899/7 1905/18
1912/14 1915/3 1919/2 1922/5 1922/8
1922/13 1922/14 1922/14 1922/19 1922/22
1928/6 1934/23 1935/5 1938/10 1938/15
1938/20 1942/15 1943/19 1944/16 1951/7
1951/9 1951/22 1952/20 1956/9
hasn't [3] 1752/11 1761/11 1889/22
hate [1] 1700/5
Haute [1] 1784/10
have [499]
have -- given [1] 1902/25
have -- they [1] 1866/22
haven't [10] 1692/24 1752/7 1795/24 1810/4
1810/17 1811/6 1824/14 1862/9 1877/22
1924/14
having [21] 1678/17 1687/24 1702/19
1702/25 1708/9 1738/13 1768/6 1771/17
1791/5 1794/10 1796/14 1799/20 1806/8
1824/9 1824/13 1873/11 1878/2 1881/2
1898/19 1930/23 1931/2
he [501]
he -- I [1] 1869/22
he'd [1] 1938/22
he's [66] 1689/20 1705/4 1708/9 1709/20
1710/19 1721/6 1724/2 1724/22 1725/16
1730/23 1732/3 1750/4 1761/5 1761/5 1761/6
1763/9 1763/9 1765/8 1766/3 1775/15
1775/17 1782/18 1784/9 1784/11 1793/21
1794/17 1797/5 1797/18 1800/3 1800/5
1800/6 1800/9 1800/9 1800/10 1800/15
1812/8 1817/9 1833/11 1838/10 1849/14
1864/5 1865/2 1865/3 1867/22 1869/24
1870/25 1886/9 1894/23 1908/18 1911/1
1915/12 1917/21 1917/21 1922/6 1922/6
1925/25 1929/6 1930/23 1930/24 1931/3
1932/5 1932/25 1938/18 1940/14 1952/5
1961/1
head [5] 1732/1 1755/17 1781/10 1781/12
1845/22
heading [1] 1954/22
heads [1] 1782/16
health [37] 1740/3 1740/23 1741/1 1741/16
1741/19 1742/4 1742/17 1742/18 1742/19
1742/22 1742/23 1742/24 1743/7 1743/16
1744/18 1745/2 1745/7 1750/11 1761/18
1762/4 1762/6 1762/18 1764/6 1764/7
1764/13 1775/8 1779/22 1782/20 1799/11
1800/9 1800/10 1804/15 1842/20 1842/21
1842/25 1882/16 1940/10
healthcare [2] 1741/25 1760/17
hear [8] 1782/11 1832/9 1851/2 1855/9
1913/19 1925/10 1936/9 1936/9
heard [25] 1737/2 1750/4 1777/13 1777/13
1781/7 1781/11 1781/14 1782/18 1783/10
1783/11 1802/24 1812/18 1818/15 1825/4
1832/10 1845/3 1855/12 1901/1 1901/2
1910/19 1913/11 1913/20 1921/22 1925/14

1932/3
hearing [14] 1730/7 1740/11 1803/9 1816/13
1877/23 1893/10 1900/21 1901/6 1903/14
1924/12 1925/17
hearings [1] 1754/15
help [27] 1690/3 1690/3 1693/4 1693/8
1700/12 1710/20 1710/21 1710/21 1711/5
1713/12 1713/16 1713/20 1713/21 1714/11
1784/19 1788/12 1830/25 1831/1 1899/19
1904/15 1914/18 1915/7 1915/16 1915/19
1915/21 1916/9 1959/19
helped [1] 1831/4
helping [1] 1888/17
her [33] 1710/21 1756/2 1756/6 1756/10
1767/13 1772/14 1772/15 1772/15 1777/1
1777/2 1777/16 1803/14 1855/9 1855/12
1856/5 1862/4 1863/18 1863/20 1867/1
1868/21 1869/7 1869/9 1869/20 1871/7
1872/21 1876/3 1898/9 1898/13 1900/17
1900/17 1913/19 1913/20 1947/9
here [90] 1684/15 1685/11 1688/7 1692/12
1692/12 1693/18 1702/1 1702/2 1706/18
1708/21 1710/15 1710/15 1714/4 1715/4
1715/6 1715/21 1716/7 1721/14 1723/3
1723/19 1724/22 1725/6 1727/16 1734/14
1735/5 1735/8 1736/10 1738/23 1774/8
1774/8 1774/22 1792/16 1798/18 1801/12
1801/24 1802/20 1802/25 1803/9 1803/13
1803/14 1812/7 1820/7 1843/2 1857/20
1857/25 1858/12 1858/13 1858/14 1858/15
1858/23 1858/25 1859/1 1859/11 1859/19
1859/20 1859/22 1864/11 1865/9 1871/3
1871/7 1877/8 1878/20 1889/25 1896/20
1899/11 1903/8 1905/2 1905/25 1914/8
1914/20 1916/12 1916/12 1924/14 1924/19
1924/24 1928/13 1929/15 1930/7 1931/20
1932/4 1932/13 1933/21 1941/1 1941/3
1943/7 1945/13 1951/24 1952/5 1952/13
1958/2
here's [2] 1833/10 1864/17
Herman [2] 1927/25 1929/15
herself [4] 1772/12 1772/14 1868/16 1868/18
hesitant [1] 1786/4
Hi [1] 1679/3
hide [1] 1779/7
high [10] 1686/24 1700/8 1730/25 1734/7
1754/19 1844/9 1850/22 1850/23 1850/24
1918/20
higher [7] 1782/8 1799/16 1861/7 1888/23
1896/10 1905/20 1917/13
highjacker [1] 1748/18
highlighted [3] 1735/6 1868/15 1942/11
highly [2] 1845/14 1845/15
him [138] 1689/8 1689/9 1689/12 1689/13
1690/9 1690/10 1692/11 1692/22 1692/23
1693/8 1693/8 1695/6 1696/3 1696/4 1696/19
1701/19 1703/6 1707/1 1708/23 1709/5
1710/17 1710/17 1710/18 1710/21 1712/22
1713/5 1713/14 1713/15 1713/20 1721/7
1724/19 1724/20 1725/14 1726/7 1726/8
1726/8 1728/5 1730/24 1734/24 1734/24
1735/10 1735/22 1735/25 1735/25 1767/10
1767/15 1767/16 1767/19 1772/9 1772/16
1772/16 1773/9 1774/4 1774/7 1774/12
1775/1 1775/15 1775/21 1776/8 1776/14
1777/2 1777/23 1778/2 1778/8 1779/8 1779/8
1779/9 1779/10 1780/9 1780/11 1780/14
1780/24 1780/25 1781/14 1781/16 1783/4
1785/3 1785/3 1785/7 1785/20 1788/14
1789/10 1789/19 1790/13 1790/17 1792/4
1792/7 1792/9 1792/10 1792/24 1793/11
1793/12 1795/6 1795/24 1797/17 1800/2
1802/3 1817/20 1822/23 1823/10 1823/19
1831/4 1831/16 1831/18 1831/21 1832/13

# H

him... [32]  1833/4 1834/21 1835/6 1835/8
1836/2 1836/9 1849/1 1850/14 1851/21
1853/24 1854/5 1857/5 1857/19 1858/8
1870/3 1870/4 1870/12 1872/2 1872/18
1873/11 1877/17 1889/5 1891/6 1893/18
1895/1 1922/22 1922/25 1923/3 1923/17
1925/19 1935/1 1938/15
himself [11]  1777/12 1790/19 1791/25
1793/11 1799/23 1800/8 1817/12 1831/15
1847/10 1850/8 1870/12
Hinckley [4]  1754/25 1755/6 1756/7 1763/16
Hinckley's [2]  1756/1 1756/11
hired [2]  1747/17 1881/7
hires [1]  1747/19
his [234]  1688/25 1690/6 1690/7 1690/13
1691/4 1697/19 1697/25 1698/6 1698/9
1698/21 1698/22 1700/17 1701/1 1702/9
1702/10 1702/12 1702/23 1703/1 1709/25
1709/25 1710/2 1710/9 1710/18 1710/21
1713/13 1713/20 1713/23 1723/6 1723/7
1723/11 1723/15 1723/18 1723/19 1724/14
1727/21 1727/22 1728/1 1728/2 1728/18
1729/4 1730/19 1734/1 1734/5 1734/13
1735/3 1756/12 1758/20 1761/5 1767/18
1774/4 1774/19 1774/20 1775/2 1775/7
1775/7 1775/8 1775/15 1775/16 1775/16
1775/16 1775/17 1775/18 1775/21 1775/23
1776/4 1776/4 1776/4 1776/7 1776/8 1776/13
1776/13 1776/15 1776/20 1776/21 1776/21
1776/22 1777/2 1777/3 1777/4 1777/5 1777/7
1777/13 1777/15 1777/17 1777/19 1777/22
1779/9 1779/12 1779/19 1781/1 1781/3
1781/11 1781/12 1783/6 1784/5 1784/6
1784/7 1784/12 1784/13 1784/21 1784/22
1784/24 1784/24 1785/1 1785/1 1785/2
1786/9 1787/21 1788/12 1788/12 1788/12
1788/15 1789/4 1789/15 1790/19 1790/19
1790/22 1791/13 1791/14 1791/15 1791/16
1791/17 1791/18 1792/4 1793/4 1793/8
1793/8 1793/8 1793/20 1793/20 1793/22
1794/14 1794/15 1797/7 1797/9 1797/10
1797/18 1797/25 1797/25 1798/8 1800/4
1800/8 1800/11 1800/12 1802/6 1805/3
1805/4 1805/4 1817/5 1817/5 1817/9 1828/4
1829/21 1830/1 1830/7 1830/12 1830/12
1830/19 1830/20 1830/22 1830/25 1831/1
1831/4 1831/4 1832/24 1833/3 1833/4 1833/9
1834/5 1834/9 1834/12 1834/16 1834/16
1834/19 1834/25 1834/25 1835/2 1835/3
1835/5 1835/6 1835/9 1835/12 1835/23
1836/11 1836/11 1845/14 1846/7 1846/10
1846/20 1846/25 1847/23 1849/14 1850/7
1850/8 1850/11 1850/25 1850/16 1850/19
1850/20 1851/12 1851/17 1852/1 1853/13
1853/15 1853/19 1857/15 1857/15 1857/16
1861/5 1864/6 1864/13 1869/21 1869/23
1870/11 1871/25 1872/3 1872/13 1872/20
1873/21 1874/15 1874/22 1879/1 1911/21
1925/20 1926/5 1928/25 1931/3 1931/4
1931/9 1931/24 1935/5 1935/14 1936/20
1938/21
historical [2]  1852/25 1854/22
historically [1]  1779/12
histories [1]  1751/5
history [31]  1728/7 1728/9 1739/15 1775/6
1775/8 1775/9 1775/9 1775/9 1775/10
1775/11 1776/6 1776/8 1776/13 1776/16
1777/7 1778/8 1778/9 1778/12 1778/25
1779/2 1791/6 1791/6 1791/7 1806/6 1806/22
1857/16 1873/4 1874/16 1880/22 1896/2
1936/20
hmm [5]  1715/9 1719/25 1722/6 1724/9

1733/24
hold [5] 1505? 1?7/7d 172/09715-18
1934/21
holds [2]  1840/13 1911/7
home [5]  1791/14 1817/5 1873/21 1873/21
1939/15
homeless [1]  1742/23
homicidal [1]  1776/5
honest [2]  1788/18 1789/15
honestly [2]  1685/1 1695/2
Honor [33]  1678/4 1678/8 1684/18 1714/25
1738/4 1738/22 1749/18 1756/18 1758/6
1761/2 1765/17 1766/7 1778/19 1778/22
1801/11 1813/1 1814/12 1823/22 1831/25
1832/3 1838/6 1864/3 1865/1 1867/13
1876/21 1877/1 1878/21 1885/11 1922/16
1923/20 1926/19 1960/23 1961/10
HONORABLE [2]  1676/9 1748/22
honors [1]  1752/18
hope [7]  1851/21 1872/7 1872/8 1904/3
1932/5 1943/2 1955/14
hoped [1]  1777/15
hopefully [1]  1948/22
hoping [1]  1901/10
horrible [2]  1797/11 1797/13
hospital [29]  1740/2 1740/4 1740/5 1740/9
1740/11 1740/12 1740/19 1740/25 1741/1
1741/4 1741/5 1741/17 1742/7 1742/8 1744/5
1749/5 1769/8 1776/18 1777/8 1791/13
1799/8 1799/18 1833/20 1863/20 1869/10
1881/24 1882/1 1882/17 1882/24
hospitalization [1]  1777/7
hospitalizations [1]  1817/6
hospitals [7]  1741/24 1742/2 1742/2 1742/3
1742/10 1759/4 1759/13
hour [14]  1690/8 1710/5 1710/5 1734/24
1766/6 1790/6 1827/13 1827/14 1837/1
1838/6 1923/13 1923/14 1923/18 1960/20
hours [9]  1690/9 1743/18 1743/19 1790/12
1790/15 1790/15 1887/2 1887/8 1887/8
house [7]  1694/9 1698/13 1703/19 1703/21
1741/12 1741/12 1748/20
housed [2]  1759/16 1759/18
houses [3]  1745/6 1781/2 1781/24
housing [1]  1844/9
how [94]  1679/10 1679/21 1681/4 1682/18
1682/20 1682/20 1683/2 1683/15 1685/22
1688/23 1688/25 1690/22 1708/4 1717/14
1720/23 1726/3 1726/5 1726/9 1727/3 1727/8
1734/5 1748/3 1753/1 1753/1 1758/1 1763/23
1764/16 1766/4 1769/4 1772/8 1772/21
1775/3 1775/15 1775/22 1779/23 1784/24
1787/4 1787/18 1787/18 1788/8 1790/1
1798/25 1799/24 1803/21 1806/2 1809/22
1814/20 1822/19 1830/22 1831/7 1833/8
1833/8 1835/5 1838/5 1841/20 1841/24
1848/6 1852/18 1856/14 1857/8 1860/18
1860/19 1880/1 1880/19 1882/10 1882/11
1882/19 1883/9 1883/24 1884/8 1891/8
1895/10 1901/13 1901/13 1907/9 1919/1
1921/15 1922/4 1922/21 1923/9 1923/9
1923/17 1935/11 1939/10 1939/11 1940/12
1940/20 1947/6 1947/7 1947/23 1948/21
1956/25 1959/17 1960/19
Howard [3]  1739/18 1740/2 1752/2
however [12]  1714/4 1725/9 1745/17
1749/14 1751/6 1751/24 1753/8 1830/11
1878/21 1887/3 1905/17 1935/5
huddle [3]  1949/2 1949/9 1949/21
huddles [1]  1949/18
Hudson [1]  1677/2
huge [2]  1773/17 1953/18
hum [1]  1811/14
Human [1]  1742/19

humor [2]  1784/22 1784/22 1785/5
humorous [1]  1784/22
humor... [3] 1357 1?85 02/09713 117859
1786/2 1799/3 1882/22 1922/8 1947/18
1949/5
hundreds [3]  1683/8 1683/9 1882/14
Huntington [1]  1953/6
hurt [2]  1777/12 1796/16
hygiene [1]  1773/24
hyperactive [1]  1793/13
hyperactivity [8]  1792/13 1792/19 1792/21
1798/3 1798/6 1817/3 1874/2 1894/22
hypothesis [2]  1916/10 1950/21
hypothetical [2]  1850/25 1948/8
hypothetically [2]  1912/1 1930/22

# I

I didn't [1]  1701/24
I'd [9]  1705/1 1766/6 1769/18 1783/8
1783/13 1783/14 1804/16 1944/4 1960/20
I'll [12]  1686/14 1693/20 1705/25 1739/16
1756/21 1759/5 1759/24 1763/9 1785/11
1812/25 1877/9 1939/12
I'm [168]  1680/14 1680/14 1681/14 1683/7
1684/5 1686/21 1689/25 1691/13 1693/18
1695/6 1695/9 1696/3 1696/3 1696/4 1700/7
1705/10 1705/17 1707/7 1707/18 1708/1
1708/8 1708/16 1710/20 1713/15 1714/4
1714/8 1715/16 1717/21 1719/15 1719/15
1722/14 1723/2 1723/4 1725/1 1725/3 1725/4
1726/2 1726/2 1726/5 1728/12 1730/6 1734/4
1737/11 1738/22 1739/12 1744/15 1750/9
1752/5 1757/9 1759/4 1760/9 1760/15
1761/24 1761/24 1762/1 1763/8 1764/3
1764/4 1764/4 1764/16 1764/16 1764/17
1764/25 1768/22 1770/2 1773/4 1779/1
1780/6 1781/21 1785/10 1788/17 1788/19
1788/20 1789/5 1789/21 1789/22 1794/2
1794/21 1795/3 1798/15 1798/15 1804/10
1807/8 1808/20 1808/22 1808/24 1810/7
1813/5 1814/8 1818/17 1819/24 1820/12
1821/3 1823/15 1823/25 1825/14 1826/2
1826/11 1826/25 1830/6 1830/19 1830/20
1838/23 1839/16 1841/19 1843/3 1843/5
1843/18 1846/13 1846/18 1846/19 1846/22
1847/19 1848/1 1849/6 1851/1 1851/1 1853/6
1856/17 1857/14 1858/25 1859/8 1859/21
1866/16 1872/10 1873/10 1873/14 1873/17
1873/18 1873/19 1873/20 1874/9 1877/19
1893/23 1900/6 1900/18 1901/1 1901/16
1901/16 1909/8 1914/1 1914/7 1919/7
1923/12 1924/24 1925/1 1925/10 1926/19
1928/21 1929/14 1932/11 1933/13 1934/6
1934/9 1934/19 1934/19 1934/20 1934/20
1935/3 1937/22 1940/5 1951/21 1952/21
1954/6 1955/12 1955/14 1955/16 1960/4
I've [47]  1687/12 1724/18 1747/5 1747/6
1747/10 1747/24 1756/25 1763/21 1768/10
1773/6 1781/8 1784/19 1785/9 1786/5
1787/12 1790/22 1802/24 1803/12 1804/7
1810/3 1810/4 1814/7 1818/15 1819/5
1821/15 1822/17 1826/14 1826/24 1827/25
1828/1 1832/3 1842/7 1845/2 1873/15 1880/2
1880/16 1883/2 1883/25 1889/20 1889/20
1890/10 1898/3 1904/9 1916/9 1924/14
1935/11 1947/17
i.e [1]  1955/2
I.Q [31]  1871/7 1871/8 1887/25 1888/8
1889/17 1894/3 1895/18 1896/8 1905/4
1905/16 1908/9 1911/1 1911/10 1912/2
1912/3 1917/7 1917/8 1918/1 1918/15 1919/2
1919/2 1919/4 1920/4 1928/8 1928/17 1932/9
1932/23 1933/9 1933/24 1935/3 1935/13
I.Q.s [3]  1896/8 1918/20 1928/19
idea [15]  1764/5 1771/4 1779/13 1782/10

**I**

idea... [11]  1784/5 1814/11 1841/19 1860/12 1884/9 1892/25 1893/2 1902/17 1909/25 1947/22 1949/6
ideally [2]  1897/16 1904/5
ideation [2]  1776/5 1776/5
identified [5]  1772/12 1818/12 1897/7 1901/5 1941/20
identify [6]  1807/11 1897/15 1900/2 1901/19 1907/5 1950/22
identifying [1]  1901/25
identities [1]  1897/6
identity [1]  1857/22
ignorance [1]  1884/25
ignorant [3]  1797/14 1797/15 1797/15
ignored [1]  1812/21
ignoring [1]  1906/18
II [3]  1795/24 1898/8 1900/22
III [11]  1689/7 1696/7 1703/3 1708/22 1720/2 1720/8 1720/9 1722/4 1913/16 1918/21 1926/1
ill [6]  1745/8 1760/4 1782/24 1842/22 1842/25 1868/13
illegal [1]  1806/21
illegally [1]  1806/17
Illinois [1]  1739/18
illness [8]  1764/7 1774/1 1783/3 1783/17 1799/5 1799/21 1865/13 1868/7
illnesses [1]  1839/12
image [1]  1797/18
imagine [6]  1688/24 1690/3 1703/20 1872/22 1872/25 1873/2
Imipramine [1]  1829/24
immaculate [3]  1784/25 1850/16 1850/20
immature [1]  1710/7
impact [3]  1702/9 1784/13 1952/15
impaired [6]  1714/1 1723/24 1724/1 1733/2 1939/20 1940/18
impairment [4]  1733/5 1937/21 1937/24 1940/24
impairments [4]  1819/9 1819/18 1821/6 1821/6
impede [1]  1927/8
implication [1]  1927/24
Implications [1]  1824/1
implies [3]  1819/13 1909/6 1914/25
imply [2]  1932/5 1955/17
implying [2]  1933/16 1955/16
important [20]  1711/16 1735/1 1735/2 1767/2 1770/6 1782/19 1785/5 1795/14 1812/19 1845/15 1845/16 1870/9 1873/12 1873/22 1896/5 1897/11 1901/7 1907/23 1920/1 1956/23
impressed [1]  1785/15
impression [9]  1697/15 1699/23 1824/18 1824/19 1828/15 1833/5 1850/14 1886/4 1886/8
impressions [5]  1688/17 1689/6 1776/12 1791/3 1829/15
impressive [1]  1779/20
improve [6]  1830/23 1830/25 1831/4 1833/15 1834/16 1942/21
improved [9]  1793/20 1793/21 1829/17 1830/24 1834/16 1834/18 1835/3 1849/15 1935/6
improvement [7]  1793/5 1830/6 1830/7 1830/10 1832/24 1833/6 1833/10
improvements [5]  1830/17 1830/19 1830/20 1830/22 1833/1
improves [1]  1849/16
impulsive [10]  1724/2 1724/3 1724/22 1736/5 1736/6 1793/2 1914/4 1914/5 1914/7 1915/17

impulsively [1]  1724/7
impulsivity [15]  1714/11 1724/9 1724/21 1914/9 1914/19 1916/5 1916/11
inappropriate [2]  1697/10 1793/1
inappropriately [1]  1900/19
inattentive [3]  1784/7 1792/14 1792/18
incarcerated [2]  1784/25 1860/11
incarceration [4]  1797/7 1797/8 1797/9 1871/25
inceptive [1]  1950/18
incidences [1]  1793/19
include [11]  1728/11 1760/10 1762/8 1762/15 1766/16 1816/12 1840/15 1847/12 1859/7 1859/9 1943/17
included [11]  1741/4 1742/9 1760/19 1760/20 1762/6 1791/16 1791/17 1791/17 1801/20 1829/6 1829/7
includes [13]  1750/9 1751/14 1751/18 1760/4 1760/18 1764/1 1764/6 1764/7 1764/8 1764/9 1764/9 1764/18 1923/1
including [10]  1728/9 1739/23 1750/18 1801/14 1829/17 1839/17 1874/16 1883/10 1890/19 1893/3
inclusions [1]  1788/3
incoming [1]  1881/11
incompetence [1]  1860/23
incompetent [4]  1774/15 1860/2 1860/7 1860/16
inconsistent [1]  1864/10
incorporate [4]  1863/21 1867/6 1869/10 1870/21
incorporating [1]  1864/19
incorrect [4]  1805/23 1806/4 1912/7 1950/4
increase [9]  1803/17 1924/15 1927/15 1927/17 1928/19 1931/13 1941/17 1942/7 1943/13
increasing [1]  1953/20
indeed [2]  1787/11 1862/20
independent [5]  1709/3 1709/4 1879/24 1883/16 1883/17
Indiana [2]  1797/15 1797/16
indicate [7]  1692/16 1701/16 1773/25 1847/7 1847/9 1863/18 1902/2
indicated [10]  1720/20 1723/25 1724/13 1778/7 1796/14 1847/5 1861/5 1861/6 1916/21 1919/3
indicates [7]  1782/2 1798/2 1821/24 1847/10 1869/7 1915/3 1941/1
indicating [3]  1714/8 1850/11 1850/13
indication [1]  1937/3
indications [1]  1912/14
indicative [9]  1710/7 1736/3 1773/21 1783/17 1783/19 1794/3 1794/4 1794/5 1933/7
indicator [1]  1959/24
indifferent [1]  1796/16
individual [28]  1701/9 1701/12 1714/11 1724/16 1747/11 1748/12 1767/2 1768/3 1780/19 1796/9 1842/17 1854/19 1862/22 1866/5 1866/8 1866/10 1873/16 1884/14 1885/8 1901/22 1902/6 1912/1 1912/1 1915/16 1922/4 1933/24 1934/23 1943/16
individual's [2]  1764/6 1768/12
individualized [2]  1713/18 1830/14
individually [3]  1697/24 1698/3 1940/22
individuals [25]  1742/12 1745/8 1745/9 1760/4 1760/5 1760/23 1787/12 1789/2 1789/3 1790/23 1796/20 1798/11 1833/19 1842/22 1842/23 1897/2 1897/10 1901/11 1902/2 1902/15 1918/11 1918/14 1919/4 1927/11 1945/10
industrial [1]  1886/23
infer [6]  1724/17 1724/22 1724/25 1914/1 1914/9 1916/5

inferences [1]  1768/1
inferential [1]  1768/1
inflate [4]  1952/20 1953/3 1953/14 1953/16
influence [1]  1919/24
influenced [1]  1944/12
influx [1]  1936/6
inform [7]  1771/15 1907/6 1908/17 1915/7 1915/9 1915/19 1916/10
informants [1]  1900/22
information [44]  1698/5 1709/1 1727/17 1728/3 1741/14 1760/15 1766/17 1775/7 1776/25 1777/17 1777/19 1780/3 1780/4 1780/9 1791/12 1795/8 1805/20 1828/9 1828/11 1828/12 1829/12 1836/5 1852/21 1871/2 1873/15 1874/24 1888/9 1889/9 1897/15 1899/1 1901/22 1902/25 1904/8 1904/11 1904/17 1906/18 1907/22 1915/15 1915/19 1915/23 1924/11 1932/8 1935/11 1942/11
informed [2]  1767/11 1900/23
infractions [1]  1797/22
initial [11]  1681/25 1682/17 1682/18 1683/5 1683/5 1687/13 1687/13 1728/10 1728/11 1775/1 1916/4
initially [7]  1725/12 1726/7 1752/21 1753/14 1772/8 1790/3 1892/25
injury [1]  1943/20
inmate [10]  1773/11 1773/16 1774/3 1798/15 1800/13 1800/13 1834/1 1840/24 1841/18 1842/3
inmates [12]  1744/4 1797/16 1798/9 1798/14 1798/15 1806/14 1807/4 1843/4 1862/16 1862/18 1881/11 1890/20
input [2]  1751/7 1826/16
inquire [3]  1678/24 1738/21 1879/12
inquired [1]  1753/19
inquiry [3]  1750/11 1775/3 1864/22
insanity [6]  1747/9 1747/11 1747/12 1754/13 1754/15 1890/17
inserted [1]  1908/21
inside [2]  1899/9 1903/21
inspect [1]  1742/4
instance [10]  1698/9 1701/3 1857/18 1892/23 1896/25 1900/16 1941/12 1943/9 1956/20 1958/9
instances [10]  1711/15 1748/23 1842/17 1884/16 1885/5 1897/24 1898/21 1900/8 1901/21 1920/6
instant [1]  1777/20
instead [1]  1949/7
Institute [7]  1761/20 1863/19 1869/8 1879/22 1880/24 1881/1 1881/2
Institutes [1]  1740/3
institution [6]  1743/3 1743/3 1743/4 1861/22 1882/3 1882/15
Institutionalized [1]  1745/5
instructions [2]  1898/23 1899/13
instrument [15]  1724/11 1888/3 1898/8 1898/18 1901/12 1901/20 1901/21 1901/24 1915/11 1944/14 1944/16 1945/9 1945/9 1946/24 1947/1
instruments [4]  1889/18 1899/14 1901/25 1919/18
insult [1]  1937/6
insulting [1]  1813/4
insurance [1]  1883/16
insurance-related [1]  1883/16
intellect [1]  1861/3 1893/2 1941/23 1941/24
intellectual [86]  1698/21 1698/25 1750/18 1750/25 1751/3 1751/9 1751/14 1751/16 1751/17 1751/18 1751/18 1751/19 1751/19 1760/5 1760/25 1762/5 1764/2 1764/8 1764/19 1764/20 1764/24 1765/2 1765/9 1768/12 1768/13 1773/22 1774/1 1781/22

**I**

intellectual... [58] 1782/2 1785/13 1785/14
1787/13 1794/4 1795/21 1796/24 1803/22
1804/23 1805/9 1805/15 1805/24 1806/19
1807/17 1809/17 1809/22 1819/7 1819/16
1821/23 1826/17 1828/6 1835/14 1835/15
1845/10 1845/20 1845/25 1846/8 1846/9
1846/20 1847/1 1847/6 1855/4 1860/11
1865/20 1866/3 1866/14 1866/22 1871/9
1882/20 1882/21 1894/19 1896/4 1896/13
1905/10 1906/21 1907/3 1907/5 1917/5
1917/25 1918/14 1919/10 1931/25 1933/7
1933/10 1934/8 1934/25 1938/8 1939/4
intellectually [17] 1703/6 1750/8 1751/10
1764/21 1765/2 1801/7 1802/1 1803/3
1804/20 1807/1 1807/5 1828/16 1866/13
1911/5 1912/3 1916/22 1918/11
intellectually -- is [1] 1866/13
intelligence [6] 1817/11 1826/13 1826/15
1861/7 1896/3 1941/18
intended [1] 1748/20
intense [1] 1898/13
intensified [1] 1744/15
intent [1] 1799/9
intention [2] 1772/9 1878/13
interaction [2] 1780/13 1939/18
interactions [1] 1797/20
interested [1] 1730/6
interesting [2] 1920/1 1941/18
interfere [2] 1700/3 1702/25
interfered [1] 1682/1
interfering [1] 1702/12
intern [5] 1889/2 1889/7 1889/9 1889/11
1889/15
internal [2] 1739/24 1752/19
interns [5] 1888/13 1888/13 1888/16 1888/24
1888/25
internship [2] 1739/21 1739/22 1739/22
1881/4 1881/7 1888/14
interpersonal [7] 1848/23 1849/2 1849/11
1849/15 1849/17 1938/22 1939/17
interpret [3] 1789/23 1826/25 1917/20
interpretable [1] 1720/11
interpretation [8] 1780/20 1788/15 1820/25
1889/19 1910/25 1911/22 1954/24 1959/4
interpreting [6] 1717/15 1826/19 1826/21
1875/8 1889/18 1926/7
interpretive [1] 1950/1
interrupt [1] 1877/4
interval [26] 1825/3 1825/13 1825/23
1825/25 1905/17 1905/19 1909/4 1909/6
1910/1 1910/8 1910/11 1910/22 1911/3
1911/12 1911/21 1945/3 1945/22 1946/2
1946/7 1947/13 1949/12 1949/19 1949/24
1950/7 1950/10 1951/8
intervals [3] 1853/1 1944/20 1947/6
intervene [1] 1899/10
interview [57] 1692/1 1756/10 1771/3 1771/4
1774/5 1774/19 1775/4 1775/5 1777/11
1778/25 1780/5 1780/8 1784/1 1784/3
1784/21 1787/24 1788/8 1788/10 1788/21
1788/23 1789/1 1789/9 1789/11 1789/11
1789/13 1789/17 1790/5 1790/5 1790/9
1790/16 1795/19 1804/19 1827/5 1827/11
1828/6 1828/15 1828/20 1829/13 1829/16
1841/22 1841/25 1842/2 1842/15 1842/16
1843/4 1843/10 1843/20 1843/25 1844/2
1844/8 1856/11 1872/5 1889/5 1889/8 1897/2
1897/11 1901/12
interviewed [6] 1693/21 1693/24 1694/2
1694/4 1827/4 1847/13
interviewing [6] 1798/9 1798/11 1807/3
1833/23 1843/5 1844/7

interviews [8] 1790/4 1790/8 1795/9 1795/22
1841/3 1841/6 1841/11 1843/17
intoxicated [1] 1876/8
introduced [2] 1772/13 1772/14
invited [2] 1703/18 1746/2
involuntarily [1] 1745/6
involve [2] 1683/11 1683/12
involved [16] 1682/24 1712/22 1727/25
1730/22 1758/22 1803/5 1821/19 1849/23
1849/25 1863/3 1863/7 1887/8 1887/8 1890/1
1896/17 1896/19
involvement [3] 1690/6 1690/8 1775/11
involving [3] 1747/9 1748/10 1882/20
IQ [89] 1682/24 1683/2 1683/11 1683/14
1683/21 1684/24 1685/18 1685/21 1685/24
1689/7 1694/19 1695/19 1696/8 1697/16
1698/1 1698/22 1698/25 1699/17 1700/20
1700/20 1701/5 1701/10 1702/23 1714/24
1715/20 1716/20 1717/5 1717/7 1718/9
1719/21 1722/4 1725/7 1727/8 1729/5 1729/9
1730/19 1731/24 1732/3 1732/8 1734/1
1736/22 1736/23 1770/8 1770/8 1771/5
1771/12 1771/17 1771/22 1772/3 1772/4
1811/10 1811/22 1812/12 1812/13 1812/22
1816/8 1816/10 1816/16 1816/20 1819/7
1819/17 1820/3 1821/8 1822/8 1822/10
1822/13 1826/5 1826/9 1826/12 1847/11
1855/11 1941/11 1941/14 1941/23 1942/2
1942/15 1942/16 1942/20 1942/24 1943/18
1945/9 1948/25 1952/2 1955/19 1956/19
1959/10 1959/25 1960/9 1960/14
IQs [8] 1700/6 1700/7 1700/7 1731/22
1731/23 1816/13 1852/12 1945/10
irrelevant [2] 1865/9 1907/10
irritability [1] 1796/13
is [711]
Island [2] 1687/3 1776/18
isn't [9] 1692/21 1693/15 1703/19 1756/7
1806/20 1819/22 1836/14 1937/4 1956/23
isnt [2] 1910/3 1919/21
issue [46] 1692/24 1735/20 1759/17 1771/24
1773/11 1774/9 1774/11 1780/23 1782/5
1783/1 1783/2 1783/3 1798/8 1804/4 1821/12
1822/20 1857/21 1858/1 1858/2 1858/12
1858/13 1859/8 1859/9 1859/12 1859/13
1864/11 1865/9 1872/12 1879/3 1889/25
1892/13 1892/17 1893/2 1894/14 1897/19
1899/13 1919/22 1922/13 1924/7 1926/13
1930/18 1938/24 1948/1 1950/20 1952/2
1959/20
issued [1] 1767/8
issues [10] 1736/3 1759/2 1776/1 1841/22
1868/18 1873/12 1873/12 1890/15 1901/7
1903/18
it [709]
it's [153] 1683/9 1684/5 1688/15 1692/19
1695/9 1696/2 1696/2 1696/25 1701/24
1702/3 1702/20 1706/1 1707/9 1708/11
1708/22 1710/7 1710/8 1710/17 1711/16
1712/4 1712/10 1715/22 1718/3 1718/3
1718/4 1718/19 1718/21 1718/21 1719/6
1719/16 1719/22 1721/25 1722/14 1722/17
1723/3 1723/3 1723/20 1724/2 1727/9
1727/11 1727/19 1727/20 1728/10 1729/21
1729/24 1732/15 1732/19 1732/22 1733/15
1739/5 1751/12 1758/4 1759/5 1760/18
1761/4 1762/2 1762/2 1766/19 1767/2
1768/21 1771/9 1773/6 1773/7 1773/23
1775/6 1775/12 1778/14 1780/23 1782/1
1782/1 1782/8 1782/18 1785/12 1786/4
1788/16 1788/17 1789/6 1793/1 1793/12
1793/13 1798/1 1798/14 1805/14 1807/25
1808/1 1809/17 1809/20 1810/8 1811/25
1812/18 1813/3 1814/17 1814/19 1816/18

1825/15 1838/20 1842/11 1843/17 1844/11
1845/6 1845/7 1848/3 1857/17 1857/25
1862/14 1872/12 1877/6 1887/19 1905/19
1920/12 1922/6 1933/8 1936/6 1936/12
1936/21 1936/21 1937/2 1937/5 1937/6
1937/20 1938/1 1938/2 1941/19 1941/19
1941/21 1942/21 1943/8 1945/16 1945/17
1945/24 1946/6 1946/16 1946/17 1947/15
1947/16 1947/23 1948/2 1949/17 1949/17
1950/15 1952/7 1952/12 1952/12 1953/2
1953/9 1953/13 1956/9 1956/14 1957/5
1960/6 1960/13 1960/25 1961/2
it's just [1] 1937/5
item [9] 1724/21 1898/24 1898/25 1902/6
1915/1 1915/2 1915/3 1916/5 1957/5
items [9] 1785/19 1900/17 1914/16 1915/2
1915/7 1915/16 1917/11 1954/25 1955/23
its [81] 1678/12 1738/8 1741/11 1743/6
1844/3 1856/19 1857/21 1858/1 1858/1
1858/2 1858/5 1858/12 1858/15 1858/16
1858/21 1859/2 1859/3 1859/7 1859/8 1859/9
1859/11 1859/12 1859/19 1859/21 1860/5
1860/12 1862/10 1865/14 1870/11 1872/12
1874/3 1874/10 1877/9 1878/25 1882/13
1882/14 1883/25 1884/6 1884/6 1887/17
1888/12 1888/24 1894/18 1896/15 1896/22
1897/18 1898/17 1898/24 1902/5 1902/5
1907/10 1908/17 1908/18 1908/18 1910/5
1910/8 1910/25 1912/21 1914/11 1914/15
1915/23 1916/7 1916/10 1916/12 1917/13
1917/14 1917/14 1919/22 1919/23 1922/21
1924/12 1924/15 1925/23 1927/14 1929/20
1931/25 1933/17 1933/19 1934/21 1941/21
1960/16
Its -- I [1] 1896/22
itself [7] 1710/22 1744/6 1782/4 1911/19
1932/9 1933/17 1957/2
IV [17] 1771/16 1804/7 1804/8 1805/7
1807/9 1807/15 1807/22 1808/17 1808/17
1818/4 1818/6 1905/24 1918/12 1919/13
1926/3 1945/5 1951/4
IVs [2] 1889/21 1889/22

**J**

jail [7] 1743/14 1743/19 1744/2 1744/4
1744/23 1797/25 1841/9
jails [1] 1759/3
Jakes [1] 1784/20
JAMES [9] 1676/14 1678/2 1803/13 1853/5
1853/7 1922/17 1932/14 1936/3 1946/6
James' [1] 1853/8
January [4] 1831/10 1831/13 1881/20
1881/21
Jersey [2] 1744/20 1841/10
job [9] 1778/10 1797/20 1798/16 1800/11
1800/12 1806/8 1806/16 1806/21 1873/13
John [2] 1754/25 1763/15
Joint [2] 1741/23 1741/24
jokes [1] 1792/17
Joseph [1] 1761/20
journal [7] 1822/2 1822/6 1823/14 1823/15
1824/3 1824/7 1954/10
judge [9] 1676/14 1748/11 1748/21 1748/22
1767/11 1767/16 1860/7 1860/15 1930/1
judge's [1] 1885/7
judged [1] 1689/21
judges [2] 1747/24 1748/6
judgment [19] 1723/24 1724/1 1724/23
1726/9 1736/5 1776/4 1783/4 1812/18
1812/19 1812/20 1855/4 1872/9 1872/10
1872/11 1905/11 1906/7 1907/1 1916/10
1916/14
judgments [1] 1854/23
July [4] 1769/12 1828/25 1829/2 1829/9

**J**

July 20th of [1]  1769/12
jumped [1]  1929/10
June [3]  1755/23 1761/17 1762/3
June 2001 [1]  1762/3
junior [2]  1686/24 1730/25
juniors [1]  1888/1
jurisdiction [1]  1741/5
jurisdictions [2]  1744/22 1749/14
just [146]  1681/11 1682/7 1683/14 1684/17
1685/16 1686/1 1689/10 1689/19 1692/1
1692/10 1692/10 1692/13 1695/7 1696/2
1696/4 1696/5 1696/19 1696/24 1696/25
1697/1 1697/1 1697/25 1700/25 1701/10
1701/12 1701/20 1701/23 1702/3 1702/6
1702/17 1703/17 1704/5 1705/22 1710/8
1711/19 1715/20 1716/3 1716/4 1716/23
1717/9 1718/3 1718/4 1719/19 1719/21
1720/18 1720/20 1721/6 1721/6 1722/18
1725/25 1727/5 1728/20 1729/14 1731/25
1732/17 1732/23 1733/18 1735/10 1735/12
1741/6 1768/4 1772/19 1777/13 1779/1
1779/11 1779/11 1782/5 1782/6 1785/12
1788/17 1794/21 1798/19 1801/12 1802/4
1802/4 1802/7 1802/12 1805/22 1808/20
1809/8 1809/21 1810/23 1811/1 1813/1
1813/5 1814/17 1814/19 1835/22 1842/4
1849/4 1852/10 1859/16 1864/6 1866/20
1870/17 1870/24 1874/16 1877/5 1878/12
1878/17 1879/10 1883/25 1885/3 1885/15
1887/5 1889/18 1890/18 1891/17 1895/19
1896/5 1904/6 1905/6 1907/17 1908/18
1911/17 1911/25 1912/3 1913/11 1915/1
1915/21 1916/15 1919/6 1921/15 1924/22
1925/7 1928/23 1929/15 1929/23 1932/6
1933/13 1934/6 1936/2 1936/23 1937/5
1937/9 1938/12 1940/1 1943/2 1945/14
1946/19 1947/7 1947/10 1948/5 1950/7
1952/19 1952/21
justice [4]  1744/13 1745/4 1775/8 1841/8
justified [1]  1855/13
justify [1]  1811/23
juveniles [1]  1743/6

**K**

Kaplan's [1]  1914/20
Kaufman [12]  1917/18 1917/20 1918/17
1918/23 1920/16 1921/23 1922/1 1922/9
1922/13 1926/8 1928/12 1932/14
Kaufman's [5]  1918/8 1922/7 1922/17
1925/15 1928/24
keep [16]  1695/6 1716/3 1716/4 1720/23
1722/25 1838/22 1839/1 1839/9 1847/4
1847/5 1868/22 1869/21 1869/23 1899/3
1899/5 1957/2
keeping [3]  1721/20 1721/21 1721/23
keeps [1]  1711/12
KELTAR [2]  1677/7 1678/3
Keltar Mui [1]  1678/3
Kennedy [3]  1761/20 1863/19 1869/8
key [2]  1915/21 1943/4
khakis [1]  1773/12
kid [6]  1729/2 1730/1 1731/24 1732/2
1792/24 1793/13
kids [11]  1682/4 1701/1 1712/9 1712/15
1714/10 1714/10 1722/8 1728/8 1728/20
1731/3 1792/12
kill [3]  1777/16 1789/5 1831/15
kind [18]  1705/5 1716/23 1735/12 1760/15
1785/4 1786/15 1798/8 1842/12 1846/4
1888/20 1900/13 1908/18 1929/7 1935/14
1943/24 1947/11 1949/6 1953/2
kinds [9]  1757/8 1759/7 1760/14 1770/2

1779/18 1792/18 1841/21 1868/18 1943/25
Kiss [1]  1924/11
knew [6]  1699/9 1728/15 1787/19 1870/1
1897/2 1902/15
know [180]  1680/16 1683/13 1685/3 1687/15
1687/20 1688/23 1689/12 1689/13 1689/17
1689/20 1692/4 1692/11 1692/11 1692/21
1693/5 1693/11 1698/4 1698/24 1699/5
1699/6 1700/4 1700/5 1700/12 1700/14
1700/23 1704/5 1705/10 1707/5 1707/13
1707/23 1708/12 1708/17 1708/18 1708/18
1708/24 1710/9 1711/5 1711/8 1714/7 1714/9
1715/15 1717/15 1718/5 1718/8 1719/22
1721/5 1721/6 1721/6 1722/10 1722/22
1722/23 1722/24 1725/2 1725/17 1726/5
1726/12 1726/14 1727/2 1727/9 1727/9
1728/17 1728/19 1728/24 1729/1 1730/12
1731/8 1731/10 1732/4 1732/10 1733/15
1734/5 1734/12 1735/3 1735/12 1735/14
1735/15 1736/5 1736/6 1737/11 1752/5
1755/13 1756/9 1756/19 1774/8 1785/3
1787/15 1788/19 1802/4 1804/13 1807/2
1813/6 1814/9 1814/10 1814/11 1818/13
1821/12 1821/14 1823/8 1823/10 1824/6
1824/10 1828/24 1833/10 1834/18 1842/12
1848/7 1850/13 1852/19 1854/24 1855/14
1855/15 1857/13 1857/14 1857/24 1858/15
1858/23 1858/25 1859/1 1859/11 1859/19
1859/20 1859/21 1860/12 1861/1 1861/3
1869/22 1870/8 1870/9 1874/18 1874/21
1874/24 1883/16 1884/9 1885/6 1885/23
1886/23 1888/25 1895/15 1897/4 1897/16
1901/8 1902/6 1902/8 1902/21 1902/16
1906/15 1908/10 1908/14 1911/7 1912/6
1917/23 1919/13 1921/20 1921/21 1921/23
1921/24 1923/9 1926/11 1927/2 1929/2
1931/10 1934/21 1936/21 1937/10 1938/25
1940/14 1942/13 1944/3 1945/6 1949/3
1949/4 1953/13 1953/25 1956/13 1956/16
1956/18 1956/25 1959/17 1960/10 1960/11
know -- how [1]  1923/9
knowing [3]  1787/9 1787/10 1945/24
knowledge [14]  1727/16 1803/17 1804/1
1808/20 1808/24 1845/9 1863/21 1864/20
1867/7 1869/10 1870/21 1880/14 1901/20
1942/20
known [1]  1754/10
knows [2]  1705/7 1922/9
knuckleheads [1]  1798/18

**L**

label [3]  1731/2 1829/25 1950/8
labeled [2]  1835/5 1842/21
labels [1]  1854/21
labor [2]  1777/2 1777/2
lack [5]  1723/25 1736/15 1796/15 1807/11
1835/6
Lafayette [1]  1676/20
laid [2]  1903/22 1922/20
language [12]  1702/2 1718/25 1783/1 1784/7
1784/8 1787/22 1809/11 1856/5 1931/22
1931/23 1942/10 1943/5
language-based [1]  1931/23
language-related [1]  1931/22
large [8]  1862/16 1896/3 1917/4 1917/23
1919/9 1927/10 1928/8 1940/17
largely [5]  1747/4 1866/23 1883/15 1894/23
1940/25
larger [6]  1681/11 1908/7 1936/8 1943/15
1952/17 1953/17
last [15]  1699/12 1709/7 1734/15 1753/10
1754/25 1755/3 1757/23 1761/14 1838/22
1839/5 1853/6 1856/10 1898/7 1898/8
1923/19

lasting [1]  1931/13
late [2]  1889/23 1961/11
latch [1]  1905/9
later [9]  1688/16 1700/13 1717/10 1728/7
1730/2 1760/7 1774/19 1777/11 1883/19
latitude [1]  1814/8
latter [2]  1825/20 1825/21
laughed [1]  1785/4
law [9]  1676/22 1677/1 1682/9 1760/2
1786/19 1794/13 1823/12 1823/13 1824/3
lawful [1]  1796/10
lawsuit [1]  1745/1
lawyers [4]  1730/21 1730/21 1747/23 1870/2
lay [3]  1861/2 1865/15 1865/19
laying [1]  1905/1
lead [1]  1697/24
leader [3]  1807/5 1850/21 1851/5
leadership [4]  1850/4 1850/6 1850/12
1850/14
leading [1]  1841/4
learn [15]  1683/21 1691/11 1702/20 1703/1
1725/1 1725/3 1725/7 1725/8 1725/19
1797/25 1863/21 1869/11 1871/23 1941/13
1942/18
learned [5]  1691/13 1781/9 1900/25 1903/1
1935/11
Learner [1]  1756/3
learning [51]  1682/2 1686/6 1700/4 1700/10
1722/13 1723/11 1733/17 1791/7 1794/21
1794/24 1795/3 1795/4 1795/5 1834/21
1835/7 1835/13 1835/15 1836/2 1836/5
1836/10 1847/25 1864/20 1867/7 1870/22
1873/8 1874/7 1874/8 1874/10 1874/22
1888/16 1894/24 1896/15 1931/24 1932/10
1932/17 1932/20 1933/2 1934/24 1935/2
1935/4 1935/7 1935/10 1935/11 1935/15
1936/4 1936/8 1936/11 1937/2 1937/23
1938/5 1943/17
least [26]  1681/6 1689/7 1691/11 1705/6
1711/3 1712/5 1718/10 1719/8 1725/17
1773/19 1778/3 1782/3 1790/15 1816/25
1817/10 1839/5 1839/6 1846/8 1870/6
1887/24 1897/14 1900/2 1906/25 1927/19
1951/13 1955/9
leave [9]  1679/12 1675/19 1873/17 1873/18
1873/19 1873/20 1874/1 1874/4 1874/5
leaves [1]  1876/23
leaving [1]  1882/24
Lee [1]  1822/3
leeway [2]  1726/25 1727/3
left [9]  1710/18 1713/15 1713/20 1718/14
1742/6 1757/12 1769/8 1828/14 1828/20
leg [2]  1876/4 1876/5
legal [14]  1863/4 1863/14 1863/17 1864/19
1865/21 1866/4 1866/7 1866/11 1866/21
1866/24 1867/5 1869/3 1869/6 1871/18
legitimately [1]  1795/20
Leisure [2]  1804/15 1940/8
lengthy [1]  1699/1
Leona [1]  1748/22
less [15]  1769/9 1827/25 1831/5 1831/6
1939/14 1939/14 1939/16 1949/10 1949/10
1949/11 1950/25 1956/5 1956/7 1960/10
1960/13
lesson [1]  1713/13
let [29]  1685/5 1692/11 1703/20 1704/5
1716/21 1720/6 1725/25 1728/22 1732/17
1736/7 1758/8 1762/1 1780/15 1781/3
1797/11 1798/19 1798/20 1809/12 1812/2
1817/18 1818/24 1850/25 1859/9 1890/6
1895/12 1905/1 1911/19 1927/2 1944/5
let's [19]  1681/5 1701/16 1706/10 1715/5
1721/12 1732/15 1732/20 1732/23 1733/7

# L

**let's...** [10]  1737/3 1737/15 1769/1 1776/17
1792/13 1837/1 1838/4 1946/19 1948/24
1951/2
**Lets** [1]  1914/8
**letter** [3]  1682/8 1783/8 1783/12
**level** [16]  1723/12 1729/13 1733/21 1782/2
1787/3 1797/4 1825/14 1835/12 1852/23
1861/7 1879/25 1897/14 1931/25 1938/9
1950/21 1951/25
**levels** [1]  1853/4
**liars** [1]  1921/6
**Libertore** [1]  1886/1
**licensed** [1]  1880/2
**Lieutenant** [1]  1761/19
**life** [16]  1734/5 1734/12 1745/16 1776/21
1781/11 1781/15 1784/12 1788/12 1798/11
1798/20 1799/25 1834/9 1846/10 1846/20
1873/21 1960/14
**light** [2]  1870/2 1902/24
**like** [107]  1683/13 1683/13 1685/3 1685/15
1686/7 1687/22 1688/6 1689/21 1692/6
1692/13 1694/22 1695/22 1696/3 1696/5
1698/14 1705/1 1706/23 1707/6 1707/9
1711/16 1714/11 1714/24 1717/10 1717/21
1718/9 1718/19 1718/19 1723/10 1723/16
1724/17 1725/6 1726/23 1726/24 1729/25
1730/14 1731/7 1732/9 1735/8 1735/13
1735/15 1736/19 1737/3 1741/1 1758/19
1769/18 1773/17 1779/3 1786/5 1789/19
1800/3 1807/11 1807/23 1810/23 1812/6
1838/14 1843/16 1844/17 1850/3 1859/3
1865/18 1868/16 1868/19 1868/19 1869/19
1870/17 1870/24 1874/1 1885/3 1887/11
1887/13 1888/25 1889/2 1889/14 1890/8
1893/20 1893/21 1894/25 1897/17 1897/21
1898/17 1899/2 1903/22 1905/25 1906/17
1908/14 1908/24 1909/1 1911/8 1912/21
1913/1 1913/25 1914/3 1914/9 1915/1
1916/11 1917/23 1920/10 1922/6 1935/14
1936/2 1942/12 1942/24 1947/11 1947/15
1947/16 1948/24 1952/24
**liked** [3]  1792/7 1792/8 1893/16
**likely** [14]  1703/20 1758/14 1763/25 1795/23
1884/16 1884/18 1927/19 1928/6 1931/24
1935/4 1949/10 1949/10 1949/11 1953/3
**limit** [4]  1696/20 1721/8 1900/1 1910/13
**limited** [5]  1736/10 1751/9 1833/18 1887/19
1893/5
**limits** [7]  1720/15 1737/21 1737/22 1738/1
1893/4 1903/22 1957/11
**line** [9]  1689/19 1755/14 1755/15 1755/16
1761/13 1771/11 1905/15 1908/18 1924/23
**lines** [1]  1868/5
**linkage** [1]  1874/22
**Lisa** [1]  1772/11
**list** [16]  1758/1 1758/2 1758/10 1758/12
1763/2 1763/7 1763/11 1763/19 1763/22
1861/13 1861/18 1861/25 1897/9 1901/10
1902/12 1944/3
**listed** [3]  1766/19 1768/4 1848/6
**listen** [2]  1814/2 1814/4
**listening** [1]  1781/15
**listless** [3]  1689/11 1689/22 1729/12
**listlessness** [1]  1690/1 1691/4 1691/20
1793/16
**lists** [1]  1715/6
**litany** [1]  1814/6
**literature** [4]  1764/23 1803/21 1844/20
1958/4
**litigation** [6]  1752/11 1752/12 1758/23
1768/18 1772/12 1893/8
**little** [35]  1683/14 1685/5 1692/7 1692/8

**1696/22** 1705/22 1711/18 1725/17 1727/2
1731/11 1733/3 1758/10 1767/20 1772/9
1774/10 1799/12 1799/16 1802/10 1845/6
1895/13 1899/19 1901/25 1902/7 1903/9
1940/3 1941/12 1941/14 1941/16 1942/20
1943/5 1943/15 1949/13 1952/15 1956/10
1956/11
**live** [5]  1777/3 1777/4 1781/24 1798/16
1798/20
**lives** [2]  1709/8 1711/14
**living** [3]  1694/12 1777/5 1939/15
**lobe** [5]  1782/10 1784/14 1874/25 1875/12
1875/13
**local** [1]  1741/4
**located** [4]  1681/2 1681/3 1881/12 1881/13
**location** [1]  1743/7
**long** [19]  1679/21 1681/4 1692/12 1745/16
1766/4 1814/24 1830/7 1838/5 1842/16
1880/1 1887/21 1889/22 1922/19 1923/17
1928/15 1931/13 1938/13 1938/15 1961/1
**longer** [7]  1696/22 1696/23 1790/7 1798/2
1923/9 1923/9 1949/17
**longitudinal** [1]  1927/9
**look** [73]  1685/6 1688/3 1690/17 1701/9
1701/12 1705/18 1706/22 1714/14 1722/21
1723/2 1727/17 1728/7 1730/14 1732/17
1745/7 1753/24 1760/14 1763/22 1783/7
1783/23 1786/21 1786/22 1788/4 1792/24
1795/8 1804/12 1804/16 1809/4 1810/21
1811/8 1812/13 1818/24 1819/5 1820/4
1830/8 1832/15 1833/9 1834/24 1851/2
1852/15 1852/17 1863/24 1867/22 1868/4
1875/4 1875/7 1896/2 1897/10 1898/2 1907/8
1907/22 1908/2 1908/6 1912/20 1916/8
1916/11 1916/12 1916/14 1916/13 1918/24
1920/1 1920/2 1920/12 1927/2 1929/3
1929/23 1930/2 1930/7 1931/15 1933/24
1934/1 1949/19 1951/17
**looked** [18]  1685/2 1685/15 1697/23 1706/20
1774/3 1801/19 1801/20 1802/2 1802/5
1802/8 1810/4 1810/18 1811/6 1835/1 1875/7
1895/17 1940/12 1947/11
**looking** [43]  1680/15 1684/21 1685/16
1698/16 1727/7 1729/20 1764/4 1779/23
1787/16 1795/14 1804/4 1804/9 1807/18
1820/3 1841/17 1848/22 1848/25 1852/10
1852/10 1852/12 1854/12 1854/16 1900/11
1911/1 1911/17 1912/21 1920/7 1927/4
1934/19 1934/19 1934/20 1935/3 1935/13
1936/4 1936/7 1938/12 1940/17 1940/22
1940/22 1947/10 1952/6 1957/10 1958/2
**looks** [6]  1706/23 1800/8 1894/24 1916/11
1918/1 1935/14
**LORETTA** [1]  1676/13
**Lori** [1]  1755/24
**lost** [2]  1850/17 1883/25
**lot** [30]  1694/15 1696/18 1704/12 1716/10
1716/17 1723/3 1723/4 1726/9 1726/12
1730/14 1734/16 1758/15 1758/22 1786/15
1798/12 1812/7 1841/13 1861/14 1862/9
1862/13 1872/13 1882/17 1884/10 1905/22
1915/9 1925/22 1940/25 1941/13 1942/18
1952/14 1952/18
**lots** [5]  1795/13 1807/13 1807/14 1863/1
1864/23
**Louisiana** [3]  1744/24 1798/11 1841/5
**low** [27]  1697/22 1698/3 1698/4 1699/20
1700/8 1731/23 1732/12 1732/13 1732/14
1733/1 1733/22 1733/25 1772/4 1782/3
1817/10 1820/18 1838/22 1846/8 1847/1
1847/1 1847/6 1854/19 1860/11 1911/1
1917/11 1933/9 1945/24
**lower** [8]  1752/15 1799/6 1799/13 1905/20
1909/4 1917/13 1931/22 1933/11

**lowest** [3]  1723/16 1727/23 1816/18
**lucid** [1]  1914/4
**Luciano** [1]  1676/13
**lunch** [4]  1812/25 1836/20 1837/1 1837/3
**Lutheran** [1]  1880/24
**lying** [1]  1796/12
**LYNCH** [1]  1676/13

# M

**M-o-u-s-s-a-o-u-i** [1]  1748/17
**ma'am** [1]  1738/3
**made** [46]  1702/6 1702/7 1703/18 1716/16
1719/14 1721/1 1730/6 1730/12 1736/14
1736/24 1746/12 1748/13 1752/18 1755/18
1763/3 1768/18 1769/4 1774/19 1784/12
1784/23 1789/7 1797/1 1797/8 1802/23
1806/17 1810/18 1811/17 1818/2 1818/20
1819/20 1820/2 1839/15 1844/17 1850/21
1867/9 1871/21 1871/24 1871/24 1872/17
1872/22 1886/4 1886/8 1900/18 1903/6
1906/16 1929/4
**Magazine** [1]  1756/11
**magic** [1]  1905/8
**mail** [2]  1783/9 1783/14
**mailbox** [1]  1783/9
**main** [1]  1880/6
**mainstreaming** [1]  1682/12
**maintain** [2]  1879/24 1959/3
**maintained** [2]  1730/24 1740/22
**major** [4]  1865/12 1865/13 1868/7 1868/7
**majority** [1]  1759/12
**make** [46]  1681/19 1689/13 1689/19 1693/4
1695/18 1697/14 1702/7 1704/3 1716/12
1721/2 1726/19 1729/24 1753/3 1762/1
1765/1 1773/8 1779/8 1781/3 1782/16
1786/14 1788/3 1793/17 1796/24 1797/11
1802/7 1808/15 1818/19 1820/5 1828/18
1834/24 1857/5 1858/13 1858/14 1859/16
1867/11 1886/19 1906/24 1911/6 1911/25
1913/1 1933/9 1942/23 1952/23 1952/24
1953/10 1953/20
**makes** [11]  1697/1 1779/10 1781/12 1781/13
1818/4 1834/12 1908/11 1911/10 1950/16
1953/2 1953/17
**making** [12]  1682/10 1702/23 1716/19
1756/11 1784/12 1792/17 1796/21 1796/24
1798/8 1821/8 1871/25 1902/3
**malingering** [1]  1764/10
**malodorous** [1]  1773/24
**man** [2]  1683/22 1828/15
**manage** [1]  1754/5
**management** [2]  1762/13 1841/21
**manipulate** [2]  1692/8 1726/12
**manipulated** [1]  1737/3
**manner** [1]  1688/13
**manual** [25]  1720/1 1720/2 1720/5 1720/7
1720/8 1726/6 1810/2 1810/8 1810/11
1810/25 1813/3 1811/6 1811/8 1905/24
1918/10 1939/2 1939/6 1940/4 1940/5 1940/6
1945/20 1945/20 1948/4 1948/6 1955/24
**manuals** [2]  1760/19 1956/10
**many** [48]  1679/10 1683/2 1687/18 1689/24
1700/5 1700/6 1700/7 1711/15 1716/2
1722/15 1726/13 1728/16 1730/11 1730/17
1746/22 1757/19 1758/1 1763/23 1772/1
1781/23 1781/25 1782/13 1782/25 1785/11
1786/2 1787/12 1787/14 1789/3 1798/3
1798/9 1799/15 1806/13 1809/22 1831/7
1838/18 1849/18 1849/19 1873/6 1882/10
1882/11 1882/19 1883/9 1883/24 1884/8
1887/17 1901/10 1942/5 1943/12
**Mapou** [4]  1923/16 1936/10 1959/24
1960/24
**March** [2]  1707/4 1762/12
**March 14** [1]  1707/4

**M**

March 2002 [1] 1762/12
margin [1] 1941/18
marijuana [2] 1794/16 1836/17
mark [2] 1739/5 1883/25
marked [3] 1763/2 1778/14 1778/15
marking [1] 1902/5
marks [1] 1859/1
Mary [1] 1735/8
Maryland [10] 1742/7 1742/9 1742/14
 1743/1 1743/5 1743/5 1743/14 1743/18
 1753/22 1757/6
masking [1] 1930/21
master [1] 1744/17
Masters [1] 1880/25
Matarazzo [3] 1927/25 1929/12 1929/15
match [1] 1795/16
materials [1] 1802/6
math [7] 1683/7 1709/13 1716/10 1716/11
 1716/13 1733/7 1910/13
Matrix [1] 1927/18
matter [9] 1694/20 1718/17 1748/11 1774/18
 1782/25 1860/16 1879/2 1917/14 1917/14
matters [5] 1704/5 1705/22 1741/10 1744/25
 1767/24
maximum [3] 1740/11 1740/11 1742/7
may [102] 1678/12 1678/24 1689/18 1738/6
 1738/8 1738/21 1750/10 1758/6 1758/7
 1759/14 1767/23 1767/23 1767/25 1773/25
 1774/1 1774/1 1774/2 1781/21 1785/15
 1792/21 1792/21 1793/1 1793/15 1795/5
 1796/11 1796/13 1796/21 1798/4 1799/10
 1800/7 1800/14 1802/21 1802/21 1806/9
 1809/3 1809/8 1810/8 1810/11 1810/11
 1818/14 1826/14 1826/14 1826/15 1829/7
 1832/15 1833/15 1835/19 1839/8 1840/1
 1842/16 1842/16 1842/19 1843/7 1849/25
 1852/16 1852/19 1858/8 1858/14 1858/17
 1860/11 1861/23 1866/6 1867/13 1868/23
 1870/5 1874/13 1876/20 1876/24 1878/21
 1879/12 1883/17 1888/4 1894/21 1894/25
 1895/12 1901/2 1903/23 1903/24 1906/16
 1908/10 1927/8 1927/10 1929/2 1929/4
 1929/18 1930/25 1931/16 1935/7 1935/10
 1935/16 1936/22 1938/19 1945/9 1947/6
 1951/15 1951/20 1951/20 1951/20 1953/12
 1953/25 1958/25 1959/3
maybe [31] 1683/6 1699/6 1706/9 1707/16
 1711/12 1711/12 1728/11 1729/20 1730/14
 1734/5 1764/10 1769/10 1777/9 1783/15
 1790/3 1851/15 1897/18 1898/12 1900/8
 1902/9 1907/8 1909/8 1910/12 1915/17
 1915/17 1920/6 1921/25 1947/12 1950/11
 1953/22 1955/22
MAYERLIN [1] 1677/9
mazes [12] 1696/10 1696/19 1696/19
 1696/25 1697/2 1697/7 1698/2 1718/19
 1719/3 1719/7 1719/9 1719/17
McGOVERN [13] 1676/14 1678/2 1705/11
 1706/4 1734/18 1753/18 1766/4 1828/24
 1878/9 1879/15 1891/16 1897/1 1947/16
MDC [5] 1769/20 1772/9 1784/10 1797/10
 1797/21
me [173] 1685/5 1689/11 1691/16 1695/8
 1696/2 1699/9 1701/25 1706/20 1707/8
 1707/24 1716/21 1717/12 1719/16 1720/6
 1725/25 1726/22 1727/8 1728/22 1728/22
 1732/16 1732/17 1735/3 1736/7 1743/15
 1747/19 1747/20 1748/7 1748/11 1750/19
 1752/5 1752/16 1755/8 1755/16 1757/5
 1758/8 1762/1 1767/11 1767/16 1767/19
 1771/7 1772/14 1773/19 1774/12 1774/20
 1776/9 1776/16 1776/16 1776/16 1776/19

1776/20 1776/20 1777/8 1777/17 1777/19
 1777/21 1778/3 1778/4 1778/23 1778/6
 1778/8 1779/2 1779/4 1779/11 1779/12
 1779/16 1780/11 1780/12 1780/15 1781/3
 1781/11 1781/14 1782/2 1784/9 1784/18
 1784/23 1785/18 1786/6 1788/7 1788/12
 1789/5 1789/14 1789/15 1790/21 1790/24
 1791/21 1793/9 1797/9 1797/11 1798/12
 1798/19 1798/20 1800/6 1804/1 1808/17
 1808/18 1808/23 1809/12 1811/2 1811/7
 1812/2 1813/6 1814/4 1817/18 1818/24
 1819/4 1822/22 1823/17 1825/6 1826/12
 1827/8 1828/24 1829/25 1833/3 1834/8
 1835/2 1835/2 1842/8 1844/11 1844/12
 1845/3 1845/18 1845/21 1846/18 1849/3
 1850/10 1850/25 1851/2 1853/17 1858/4
 1858/6 1859/10 1868/15 1868/19 1870/14
 1871/9 1871/15 1873/22 1876/2 1884/6
 1885/25 1886/8 1886/19 1888/14 1888/17
 1890/6 1895/12 1895/14 1895/18 1898/11
 1898/14 1900/13 1903/22 1905/1 1906/17
 1910/10 1911/12 1913/1 1915/16 1915/19
 1918/6 1919/6 1920/4 1923/1 1923/25 1927/2
 1930/17 1931/16 1934/7 1938/24 1944/5
 1945/14 1946/4 1947/11
me,' [1] 1868/19
mean [81] 1683/5 1684/25 1686/6 1696/22
 1701/11 1704/23 1707/1 1711/14 1718/8
 1724/18 1726/8 1726/15 1727/9 1727/11
 1729/21 1731/6 1732/5 1732/16 1734/3
 1734/6 1735/2 1774/23 1777/12 1780/15
 1781/21 1784/14 1789/8 1802/8 1805/9
 1805/14 1806/22 1808/3 1813/7 1814/7
 1820/18 1825/13 1826/11 1843/12 1857/13
 1857/14 1870/14 1874/22 1874/23 1888/12
 1901/16 1903/15 1906/3 1906/7 1908/4
 1908/4 1908/22 1909/16 1909/21 1909/23
 1909/24 1910/3 1910/9 1910/9 1912/7
 1912/19 1913/24 1921/6 1929/18 1930/18
 1931/5 1941/6 1941/6 1941/23 1941/23
 1946/16 1946/25 1949/3 1949/15 1949/15
 1949/16 1950/2 1953/18 1954/6 1955/14
 1955/17 1960/23
meaning [13] 1702/3 1727/18 1773/11
 1774/22 1775/22 1775/25 1777/21 1781/1
 1781/23 1785/7 1826/4 1865/19 1955/1
meaningful [2] 1801/13 1928/9
means [22] 1732/3 1772/2 1772/3 1774/12
 1775/6 1781/14 1782/11 1782/12 1799/2
 1805/24 1820/1 1825/23 1873/14 1874/23
 1880/13 1905/19 1906/8 1906/15 1910/22
 1910/23 1911/12 1911/13
meant [12] 1681/13 1690/16 1713/11
 1741/13 1854/18 1854/18 1854/25 1855/2
 1870/6 1873/11 1912/6 1912/6
measure [10] 1698/25 1826/9 1826/15
 1905/21 1946/11 1946/20 1946/25 1947/21
 1947/22 1949/7
measurement [14] 1905/25 1944/12 1944/16
 1944/19 1944/19 1945/8 1948/7 1948/8
 1948/18 1948/20 1952/5 1952/5 1952/11
 1953/21
measures [8] 1826/12 1826/13 1895/17
 1897/3 1902/17 1902/18 1902/19 1931/23
mechanical [1] 1677/15
mediated [3] 1896/15 1932/10 1934/24
medical [31] 1739/22 1740/6 1740/14 1742/4
 1746/8 1752/1 1752/12 1752/16 1752/22
 1753/16 1754/17 1760/16 1766/16 1774/2
 1786/19 1788/5 1790/11 1811/10 1881/4
 1881/8 1881/13 1881/19 1881/23 1881/25
 1882/1 1882/2 1882/6 1882/16 1883/2 1885/4
 1888/15
medical-surgical [1] 1882/1

medication [20] 1689/25 1689/25 1690/2
 1690/3 1691/7 1691/8 1691/8 1691/9 1691/21
 1691/24 1728/15 1728/21 1729/9 1779/5
 1793/9 1799/17 1829/18 1829/20 1833/2
 1833/14 1834/5
medications [6] 1690/2 1779/14 1793/21
 1795/17 1800/10 1832/25
medicine [7] 1739/19 1739/20 1739/24
 1739/24 1752/19 1875/22 1876/7
meet [15] 1747/11 1767/8 1772/8 1790/2
 1790/13 1811/15 1846/19 1853/9 1855/2
 1879/1 1901/10 1908/17 1911/9 1912/2
 1912/4
meeting [13] 1766/23 1769/11 1769/15
 1769/18 1769/23 1770/1 1772/6 1772/7
 1772/9 1772/22 1773/9 1816/21 1902/15
meetings [1] 1842/19
meets [1] 1908/3
member [8] 1759/25 1778/11 1805/4 1806/7
 1849/14 1849/16 1850/23 1851/1
members [4] 1795/10 1806/15 1849/18
 1897/16
membership [1] 1746/19
memorable [1] 1901/18
memorize [3] 1804/12 1808/19 1809/3
memorized [1] 1832/3
memorizes [1] 1784/13
memory [7] 1704/8 1720/6 1727/25 1727/25
 1728/1 1779/12 1790/22
men [1] 1743/6
meningitis [7] 1873/1 1873/2 1873/19
 1875/18 1936/24 1937/9 1937/15
mental [167] 1686/9 1687/11 1687/18
 1687/21 1687/25 1688/2 1700/23 1701/18
 1701/25 1729/15 1729/17 1729/22 1730/2
 1730/17 1730/20 1731/12 1736/15 1736/19
 1736/20 1740/3 1740/23 1741/1 1741/16
 1741/17 1741/19 1742/4 1742/16 1742/17
 1742/22 1742/23 1742/24 1743/7 1743/16
 1744/17 1745/2 1745/7 1750/9 1750/10
 1750/11 1750/13 1751/5 1758/20 1759/21
 1760/12 1760/17 1761/8 1761/18 1761/21
 1761/22 1762/4 1762/6 1762/8 1762/15
 1762/18 1762/20 1762/21 1763/24 1764/6
 1764/7 1764/7 1764/7 1764/10 1764/13
 1764/14 1764/15 1771/13 1771/16 1771/17
 1771/19 1771/24 1772/4 1773/15 1774/1
 1774/11 1775/8 1775/12 1775/14 1779/22
 1780/18 1780/19 1782/19 1783/2 1783/2
 1783/17 1783/17 1783/17 1783/20 1785/6
 1787/13 1788/10 1788/13 1790/18 1791/2
 1794/3 1794/18 1799/5 1799/11 1799/21
 1799/21 1800/9 1800/10 1804/25 1805/2
 1808/8 1808/14 1809/2 1809/5 1811/18
 1811/24 1816/21 1817/20 1818/7 1819/2
 1819/6 1819/14 1820/5 1820/24 1821/6
 1836/14 1839/12 1840/14 1840/16 1840/19
 1840/20 1840/20 1840/22 1840/25 1841/2
 1842/4 1842/20 1842/21 1842/25 1845/20
 1846/7 1849/2 1849/23 1855/3 1857/16
 1861/2 1861/8 1864/11 1865/2 1865/13
 1865/13 1865/14 1866/2 1867/8 1868/8
 1870/13 1876/6 1876/7 1879/4 1881/17
 1882/8 1882/15 1883/16 1892/17 1893/19
 1894/14 1904/13 1904/15 1918/4 1918/18
 1919/5 1933/2 1938/6 1942/22
mentally [56] 1687/16 1700/20 1701/11
 1701/19 1703/3 1730/9 1731/3 1737/18
 1742/12 1745/8 1745/8 1760/4 1760/6
 1760/10 1760/21 1771/22 1772/2 1772/2
 1782/24 1782/24 1800/18 1806/25 1808/12
 1820/19 1840/23 1842/22 1842/23 1854/19
 1854/25 1860/21 1861/15 1861/22 1862/3
 1862/3 1862/7 1862/16 1862/20 1862/23

**M**

mentally... [18]  1864/18 1864/21 1866/7
1866/12 1867/4 1868/17 1869/24 1870/17
1870/18 1870/19 1870/20 1870/25 1871/17
1895/11 1903/2 1907/17 1912/11 1915/12
mention [5]  1773/14 1779/21 1807/10 1903/6
1909/14
mentioned [28]  1689/10 1698/23 1730/18
1752/24 1754/1 1763/17 1763/18 1784/5
1795/1 1804/7 1821/21 1823/3 1824/15
1828/5 1833/25 1847/15 1848/21 1851/12
1857/6 1903/23 1920/8 1930/12 1931/17
1931/17 1933/25 1943/14 1949/15 1950/7
mentioning [1]  1847/5
mentions [1]  1735/8
mentored [1]  1797/17
merit [1]  1925/4
mess [2]  1798/17 1813/6
met [11]  1703/15 1768/6 1772/16 1797/16
1817/19 1827/10 1856/20 1879/7 1885/21
1907/4 1928/6
method [1]  1946/14
methodology [4]  1842/10 1842/11 1842/14
1842/14
methods [1]  1954/25
metric [1]  1854/24
Metropolitan [1]  1741/2
Metuchen [2]  1743/2 1743/3
MICHAEL [3]  1676/22 1676/24 1678/5
mid [4]  1816/8 1953/12 1953/23 1954/1
mid-sentence [1]  1816/8
middle [2]  1726/4 1776/19
midst [1]  1898/4
might [51]  1691/8 1691/16 1691/16 1701/16
1708/13 1709/6 1714/4 1714/6 1714/10
1717/20 1719/16 1725/14 1726/7 1726/8
1726/8 1726/20 1727/8 1728/1 1728/16
1728/16 1730/13 1732/10 1736/6 1736/6
1752/3 1777/25 1779/14 1786/7 1789/6
1789/13 1790/4 1806/8 1808/11 1808/12
1820/19 1820/24 1820/25 1835/9 1842/4
1851/9 1851/10 1861/7 1870/4 1871/16
1871/16 1897/23 1911/13 1911/20 1923/11
1930/21 1941/4
migrants [2]  1759/16 1759/17
mild [20]  1771/17 1771/24 1808/8 1836/14
1840/14 1840/16 1840/23 1840/25 1841/2
1848/13 1849/23 1856/15 1861/8 1865/14
1865/20 1866/2 1868/8 1879/4 1918/4 1938/6
mildly [18]  1771/22 1772/2 1772/4 1808/12
1861/15 1861/21 1862/3 1862/3 1862/7
1862/16 1862/23 1864/17 1864/20 1866/7
1867/4 1870/19 1870/20 1871/17
military [2]  1775/9 1778/8
millions [1]  1806/17
mind [8]  1704/25 1749/23 1751/16 1849/12
1899/4 1899/5 1906/25 1934/22
mindful [4]  1896/24 1900/18 1905/18 1952/7
minds [2]  1941/3 1941/5
mine [1]  1708/20
mini [3]  1818/24 1819/5 1845/22
minimally [1]  1712/21
minimize [1]  1955/23
minimizing [1]  1897/22
minimum [1]  1920/24
Ministry [1]  1880/24
minus [4]  1772/1 1820/18 1820/22 1910/23
minute [1]  1765/21 1947/4
minutes [7]  1692/13 1708/11 1710/5 1772/17
1790/6 1827/14 1923/5
minutia [1]  1893/23
Miranda [2]  1773/1 1773/1
mirroring [1]  1928/5

misread [1]  1950/12
miss [1]  1883/17
Missouri [2]  1879/23 1881/14
mistake [1]  1929/4
mistakes [1]  1784/12
mistreated [1]  1796/16
misunderstanding [1]  1909/8
misunderstood [1]  1898/12
mix [3]  1884/6 1888/12 1888/19
Mm [5]  1715/9 1719/25 1722/6 1724/9
1733/24
Mm-hmm [5]  1715/9 1719/25 1722/6 1724/9
1733/24
MMPI [1]  1915/2
model [2]  1904/10 1935/13
moderate [2]  1771/18 1841/2
modifications [1]  1720/15
moment [1]  1759/5 1763/18 1774/10
1814/12 1814/13 1814/14 1848/8 1866/6
1877/5 1934/22 1950/13
momentarily [1]  1678/7
money [6]  1768/16 1768/17 1769/4 1783/14
1924/10 1924/20
money,' [1]  1725/15
money.' [1]  1725/13
Monica [2]  1898/5 1900/12
monikers [1]  1785/1
monitor [1]  1744/21
months [6]  1706/25 1707/9 1707/11 1709/20
1712/19 1810/22
mood [2]  1691/4 1775/15
moot [1]  1911/10
morbidity [1]  1701/17
more [88]  1683/14 1692/7 1692/8 1697/7
1697/11 1697/25 1698/22 1701/12 1702/7
1703/5 1707/11 1709/12 1711/4 1711/18
1712/10 1712/10 1712/12 1714/5 1714/6
1719/14 1722/25 1726/25 1727/2 1727/14
1728/20 1729/13 1730/3 1730/14 1735/19
1737/17 1737/23 1757/4 1761/7 1773/25
1775/13 1779/3 1779/10 1794/9 1797/19
1799/6 1828/1 1829/3 1831/2 1832/18
1832/23 1840/12 1845/3 1852/22 1856/10
1862/11 1862/13 1872/18 1872/22 1884/16
1884/18 1886/9 1887/2 1887/7 1887/8
1889/18 1890/8 1890/19 1891/23 1893/20
1893/21 1895/17 1898/5 1904/6 1927/15
1927/15 1928/10 1930/13 1931/13 1932/10
1934/23 1936/7 1941/13 1942/18 1946/10
1947/12 1949/13 1950/14 1950/17 1953/2
1953/23 1959/14 1959/19 1960/10
Moreover [1]  1958/24
morning [14]  1678/4 1678/8 1678/9 1679/2
1703/13 1703/14 1706/20 1750/2 1750/3
1801/2 1801/3 1855/7 1877/7 1955/19
moss [1]  1781/7
most [39]  1703/20 1723/18 1729/25 1741/5
1754/7 1759/1 1761/7 1769/8 1790/21
1792/22 1799/7 1799/24 1808/15 1812/21
1814/2 1816/23 1820/25 1829/14 1842/6
1842/20 1844/20 1844/25 1862/8 1876/22
1878/24 1890/16 1894/25 1901/18 1903/20
1927/17 1941/19 1941/19 1949/2 1949/21
1952/14 1952/23 1953/10 1956/2 1958/7
mostly [3]  1883/18 1926/7 1949/9
mother [7]  1776/21 1776/22 1777/5 1779/9
1793/8 1872/20 1873/18
motion [6]  1765/18 1878/9 1891/2 1891/4
1891/5 1891/14
motions [1]  1893/12
motivation [1]  1693/14
Moussaoui [3]  1748/17 1767/10 1789/4
mouth [3]  1710/2 1713/14 1814/5
move [12]  1692/5 1716/24 1756/21 1792/19

1793/14 1814/17 1891/5 1908/24 1909/1
1920/11 1921/1 1933/1
moved [3]  1793/23 1795/21 1908/25
moves [1]  1749/19
movie [1]  1783/5
moving [3]  1794/8 1926/10 1932/4
Mr [29]  1736/24 1799/1 1807/25 1811/15
1828/24 1836/19 1838/6 1838/12 1848/13
1848/17 1849/21 1856/2 1856/15 1857/2
1865/25 1868/2 1879/15 1885/18 1886/15
1891/16 1904/25 1913/5 1924/5 1925/12
1926/25 1932/2 1932/11 1932/15 1945/10
Mr. [81]  1686/2 1689/6 1690/5 1693/24
1705/11 1706/4 1709/17 1712/1 1712/18
1734/18 1734/21 1736/17 1753/18 1756/1
1756/11 1766/4 1773/10 1774/3 1775/7
1778/18 1780/20 1786/22 1787/7 1787/17
1788/6 1788/11 1789/4 1789/7 1790/19
1791/10 1791/24 1793/24 1794/14 1794/24
1797/1 1797/8 1798/21 1799/23 1801/7
1801/25 1803/2 1804/20 1805/15 1811/15
1812/13 1812/23 1816/12 1817/2 1827/4
1828/6 1829/1 1829/8 1829/17 1832/12
1835/21 1838/5 1854/19 1855/4 1856/12
1857/4 1864/15 1869/19 1870/20 1870/24
1871/23 1877/23 1878/23 1894/18 1897/2
1886/4 1891/22 1894/18 1897/1 1897/2
1915/12 1916/22 1930/16 1938/10 1947/16
1959/25 1961/11
Mr. Anderson [1]  1811/15
Mr. Burt [6]  1693/24 1778/18 1838/5
1877/24 1886/4 1891/22
Mr. Hinckley's [2]  1756/1 1756/11
Mr. McGovern [8]  1705/11 1706/4 1734/18
1753/18 1766/4 1878/9 1897/1 1947/16
Mr. Moussaoui [1]  1789/4
Mr. Stern [1]  1961/11
Mr. Wilson [57]  1686/2 1689/6 1690/5
1709/17 1712/1 1712/18 1734/21 1736/17
1773/10 1774/3 1775/7 1780/20 1786/22
1787/7 1787/17 1788/6 1788/11 1789/7
1790/19 1791/10 1791/24 1793/24 1794/14
1794/24 1797/1 1797/8 1798/21 1799/23
1801/7 1801/25 1803/2 1804/20 1805/3
1812/13 1816/12 1817/2 1827/4 1828/6
1829/1 1829/8 1829/17 1832/12 1835/21
1854/19 1856/12 1864/15 1869/19 1870/20
1870/24 1877/13 1878/23 1894/18 1897/2
1915/12 1916/22 1930/16 1938/10
Mr. Wilson's [5]  1812/23 1855/4 1857/4
1871/23 1959/25
Ms [5]  1777/4 1811/17 1827/10 1838/8
1855/6
Ms. [26]  1679/2 1679/4 1684/18 1684/21
1697/14 1704/21 1705/1 1705/17 1706/15
1734/21 1863/12 1863/13 1863/16 1865/12
1868/6 1868/16 1869/2 1869/5 1869/19
1870/5 1870/17 1871/6 1913/12 1922/16
1955/18 1960/22
Ms. Blackburn's [1]  1863/12
Ms. Blackman [11]  1863/13 1863/16
1865/12 1868/6 1868/16 1869/2 1869/5
1869/19 1870/5 1870/17 1871/6
Ms. Cohen [2]  1922/16 1960/22
Ms. Drezner [10]  1679/2 1679/4 1684/21
1697/14 1705/1 1705/17 1706/15 1734/21
1913/12 1955/18
Ms. Drezner's [2]  1684/18 1704/21
much [34]  1730/22 1731/9 1734/5 1735/23
1738/16 1769/4 1776/21 1781/21 1790/1
1790/7 1807/22 1809/21 1817/2 1821/12
1821/14 1834/13 1838/20 1859/3 1883/19
1901/13 1901/13 1902/9 1921/2 1923/9
1923/9 1924/12 1931/22 1942/17 1943/19

## M

much... [5]  1952/23 1953/11 1953/24
  1960/19 1961/8
MUI [2]  1677/7 1678/3
multidata [1]  1904/10
multiple [6]  1685/18 1685/19 1790/8
  1841/11 1697/16 1920/22
murder [1]  1778/4
must [11]  1680/3 1681/5 1686/19 1698/11
  1713/1 1713/1 1717/16 1805/9 1905/18
  1906/22 1938/2
my [225]  1678/22 1685/3 1693/15 1695/7
  1695/7 1695/11 1703/21 1704/16 1706/5
  1708/20 1708/20 1710/20 1713/15 1715/17
  1716/1 1721/13 1728/9 1731/25 1737/9
  1738/19 1739/16 1739/21 1739/22 1740/1
  1740/6 1740/10 1742/3 1743/18 1745/7
  1746/1 1747/9 1747/10 1747/19 1749/1
  1750/6 1750/25 1751/12 1752/12 1752/19
  1754/4 1754/8 1755/21 1757/7 1757/17
  1759/24 1760/23 1765/3 1766/19 1767/17
  1767/22 1769/9 1771/4 1771/9 1771/25
  1772/11 1772/17 1772/19 1772/23 1773/15
  1774/14 1774/14 1780/23 1781/6 1781/14
  1783/11 1783/21 1786/6 1786/24 1787/7
  1787/8 1788/1 1788/2 1788/18 1788/19
  1789/2 1789/3 1789/6 1789/11 1789/13
  1789/22 1790/10 1791/1 1793/3 1795/18
  1796/18 1797/2 1798/9 1798/16 1798/20
  1799/15 1800/2 1802/22 1803/6 1803/7
  1803/17 1806/2 1806/13 1807/3 1808/24
  1810/13 1811/11 1811/15 1812/21 1813/1
  1814/9 1814/13 1814/18 1815/1 1816/20
  1816/25 1817/7 1817/9 1817/11 1817/16
  1818/5 1818/8 1818/24 1819/12 1820/22
  1821/7 1821/17 1823/18 1824/18 1824/19
  1824/21 1824/22 1826/1 1826/13 1827/9
  1827/11 1828/12 1828/19 1828/22 1829/8
  1829/8 1829/13 1829/15 1829/22 1832/22
  1833/4 1833/13 1833/13 1833/19 1833/20
  1834/2 1835/8 1835/9 1835/13 1838/22
  1840/4 1842/14 1843/7 1845/5 1845/16
  1845/22 1845/22 1845/22 1846/6 1848/2
  1850/3 1850/14 1851/16 1852/8 1853/4
  1853/18 1856/20 1857/15 1857/22 1858/2
  1858/17 1859/7 1859/8 1859/8 1859/11
  1859/12 1859/23 1860/5 1863/16 1869/5
  1871/12 1872/10 1873/9 1873/13 1877/9
  1878/13 1879/21 1881/1 1881/7 1882/1
  1883/3 1884/14 1885/7 1885/8 1888/19
  1889/15 1890/19 1894/18 1894/21 1895/21
  1896/13 1898/5 1900/11 1903/19 1904/18
  1906/7 1906/25 1907/1 1910/13 1910/14
  1910/24 1912/9 1916/25 1924/14 1931/17
  1931/21 1933/25 1934/22 1934/22 1935/4
  1937/11 1940/25 1945/23 1948/12 1951/12
  1951/21
myself [5]  1707/14 1772/14 1890/11 1895/1
  1912/24

## N

N.Y [1]  1676/5
N357 [1]  1677/12
Nagler [1]  1816/17
name [12]  1678/20 1678/22 1683/22 1708/20
  1709/7 1738/17 1738/19 1749/1 1845/21
  1865/4 1870/1 1878/6
named [2]  1755/21 1755/21
names [2]  1748/5 1832/4
narcissistic [7]  1786/11 1786/13 1786/20
  1786/23 1787/1 1787/4 1795/25
narrative [3]  1812/5 1812/7 1812/8
narrower [1]  1802/7

national [3]  1720/11 1740/3 1742/1
natural [15]  1773/2 1834/8 1895/9 1896/21
  1904/1 1935/11 1944/2
nearly [2]  1821/17 1960/25
necessarily [23]  1684/3 1708/13 1759/25
  1775/22 1779/19 1783/16 1785/13 1786/23
  1803/23 1805/14 1805/24 1818/11 1851/8
  1861/3 1887/19 1892/21 1904/11 1937/13
  1941/1 1942/21 1944/3 1953/3 1960/5
necessary [3]  1771/23 1795/9 1805/21
need [32]  1711/22 1713/17 1713/20 1713/21
  1790/4 1799/17 1807/21 1809/4 1814/8
  1814/12 1816/5 1881/18 1895/23 1897/1
  1899/19 1899/23 1903/25 1904/6 1904/9
  1904/10 1904/12 1906/6 1907/2 1907/4
  1908/2 1908/6 1908/16 1910/16 1912/11
  1952/7 1957/21 1957/24
needed [4]  1820/10 1820/14 1898/7 1900/23
needs [3]  1814/6 1873/23 1912/24
needy [3]  1713/17 1713/22 1714/9
negative [4]  1723/3 1723/4 1723/6 1786/23
neither [1]  1885/6 1885/8
neuro [1]  1936/12
neuro-cognitive [1]  1936/12
neurocognitive [2]  1873/7 1874/6
neurologic [1]  1937/3
neurological [3]  1865/13 1868/8 1937/14
neurology [5]  1745/15 1746/6 1746/10
  1746/13 1746/18
neuropsychological [7]  1883/17 1888/18
  1892/16 1893/1 1894/15 1928/10 1954/14
neuropsychologist [2]  1954/16 1954/24
neuropsychology [12]  1879/22 1880/7
  1880/17 1882/3 1891/8 1891/9 1891/10
  1891/10 1891/10 1954/8 1954/19 1955/10
never [22]  1687/21 1720/18 1722/24 1729/6
  1730/5 1736/18 1736/18 1738/1 1767/15
  1774/21 1781/7 1784/6 1784/7 1806/8
  1806/16 1806/22 1821/21 1850/3 1862/16
  1862/19 1875/22 1922/8
nevertheless [1]  1862/5
new [28]  1676/1 1676/16 1676/20 1676/20
  1677/2 1677/2 1677/13 1679/19 1686/11
  1687/23 1689/17 1693/7 1744/20 1744/24
  1756/10 1762/17 1798/10 1841/10 1845/12
  1845/14 1850/16 1851/3 1863/21 1864/20
  1867/7 1869/10 1870/21 1935/11
New York [1]  1679/19
next [26]  1692/5 1711/11 1711/21 1712/17
  1716/24 1738/9 1765/23 1770/11 1788/15
  1797/4 1813/11 1815/5 1816/16 1816/16
  1816/18 1817/15 1836/24 1837/4 1838/7
  1855/17 1876/24 1923/15 1930/8 1935/17
  1942/3 1944/12
NGG [1]  1676/3
nice [1]  1738/6
NICHOLAS [1]  1676/9
nicknames [2]  1785/1 1785/3
Nike [1]  1773/13
nilly [1]  1955/14
nine [15]  1685/23 1704/21 1709/20 1709/20
  1712/19 1761/24 1762/2 1772/10 1777/9
  1780/22 1816/16 1919/18 1919/22 1920/9
  1960/12
nine points [1]  1920/9
nineteen [1]  1694/24
nineties [1]  1793/10
Ninety [1]  1950/18
Ninety-five [1]  1950/18
Ninth [1]  1744/16
Ninth Circuit [1]  1744/16
no [156]  1679/5 1680/10 1680/14 1680/17
  1682/17 1685/10 1685/17 1687/14 1693/15
  1695/10 1695/11 1695/12 1695/13 1696/20

1697/12 1699/4 1699/11 1701/24 1701/24
  1701/24 1702/9 1707/9 1708/10 1713/4
  1716/15 1716/16 1718/22 1723/20 1725/13
  1730/19 1731/1 1731/23 1731/23 1733/9
  1736/12 1736/20 1737/9 1737/10 1747/13
  1749/17 1751/4 1752/1 1752/10 1752/23
  1753/10 1755/7 1757/4 1764/9 1765/7
  1765/17 1767/18 1768/19 1768/23 1769/24
  1776/9 1778/19 1780/11 1780/15 1780/15
  1781/7 1788/13 1789/10 1789/21 1792/11
  1794/10 1794/11 1798/2 1800/3 1801/3
  1804/22 1805/18 1807/2 1808/25 1809/1
  1809/10 1810/3 1810/4 1810/17 1811/4
  1811/16 1813/1 1813/3 1814/18 1821/3
  1821/14 1822/15 1822/17 1827/18 1827/20
  1828/2 1828/8 1832/3 1833/1 1836/3 1838/19
  1841/2 1842/14 1843/23 1844/6 1844/23
  1844/24 1852/14 1853/11 1857/14 1862/1
  1863/6 1863/7 1863/23 1864/1 1868/13
  1872/18 1875/9 1876/18 1878/16 1878/18
  1878/18 1883/19 1884/6 1884/9 1890/10
  1891/1 1891/13 1902/15 1902/17 1904/21
  1904/22 1905/8 1907/10 1907/20 1909/13
  1910/4 1910/6 1912/5 1915/5 1917/4 1917/24
  1919/20 1920/24 1924/20 1930/9 1931/5
  1932/15 1932/16 1933/6 1939/20 1939/22
  1940/9 1940/11 1947/9 1947/15 1949/17
  1950/5 1953/21 1957/8 1959/23 1961/5
no. [1]  1890/10
no. 800 [1]  1890/10
nobody [3]  1811/20 1817/20 1922/5
nobody's [1]  1773/17
noise [1]  1721/2
nominations [1]  1746/14
non [1]  1851/1
non-gang [1]  1851/1
nonachievement [1]  1835/10
none [6]  1699/9 1780/15 1803/6 1829/13
  1854/12 1918/19
nonessential [1]  1733/20
Nonsense [2]  1875/24 1876/1
norm [2]  1959/4 1959/15
normal [2]  1949/17 1959/8
normals [1]  1959/11
normative [3]  1918/13 1918/13 1955/2
norming [1]  1959/3
norms [10]  1720/11 1796/10 1917/7 1918/10
  1958/6 1958/7 1958/22 1958/24 1959/3
  1959/14
Northernton [1]  1942/14
Northingham [3]  1890/4 1906/10 1907/13
Northwestern [2]  1739/17 1751/21
NOS [5]  1791/8 1794/24 1834/21 1836/3
  1874/10
not [464]
not something [1]  1937/20
note [9]  1688/16 1710/6 1710/22 1737/20
  1739/5 1759/4 1829/8 1830/7 1877/22
noted [3]  1728/4 1835/12 1945/7
notes [47]  1684/18 1684/21 1704/12 1705/19
  1706/16 1715/17 1721/3 1721/13 1721/15
  1733/19 1772/11 1776/10 1778/15 1778/17
  1778/24 1780/2 1780/6 1787/24 1788/2
  1788/4 1802/23 1813/2 1826/23 1827/4
  1827/8 1827/9 1850/10 1854/1 1854/2
  1857/23 1858/2 1858/4 1858/16 1858/17
  1858/18 1858/21 1858/22 1858/24 1859/6
  1859/7 1859/8 1859/11 1859/16 1859/18
  1859/23 1860/4 1860/5
nothing [3]  1697/12 1709/4 1738/4
notion [5]  1906/17 1917/4 1920/21 1932/21
  1942/15
November [2]  1763/16 1763/16
now [95]  1684/21 1685/21 1692/5 1692/12

**N**

now... [91] 1699/12 1703/22 1705/9 1705/9
1705/22 1710/22 1711/11 1712/17 1714/14
1714/21 1715/10 1716/9 1721/9 1721/22
1723/8 1724/10 1727/16 1728/3 1729/14
1733/15 1734/1 1741/24 1748/25 1751/21
1753/5 1754/16 1757/19 1763/2 1769/18
1776/16 1779/1 1779/12 1791/2 1797/2
1797/19 1798/6 1798/8 1803/19 1807/9
1809/11 1810/2 1820/9 1824/15 1826/8
1827/4 1828/5 1834/15 1836/20 1842/20
1844/20 1847/5 1848/13 1848/25 1851/12
1861/9 1864/9 1865/2 1869/2 1869/19
1871/15 1871/18 1871/23 1883/2 1886/9
1890/22 1893/23 1898/18 1899/10 1899/17
1900/14 1916/15 1923/25 1924/13 1925/14
1934/11 1934/15 1934/16 1935/9 1935/12
1941/11 1942/18 1943/2 1943/16 1943/21
1944/18 1949/7 1949/23 1953/24 1953/25
1954/4 1959/19
null [1] 1950/21
number [27] 1684/20 1701/2 1705/13
1715/16 1757/13 1771/25 1772/5 1786/1
1786/20 1794/25 1799/1 1799/6 1821/16
1839/10 1853/17 1853/23 1867/4 1867/4
1884/25 1905/8 1905/9 1922/20 1922/21
1925/25 1948/16 1952/13 1959/1
numbers [5] 1686/25 1690/17 1704/11
1771/20 1786/3

**O**

o'clock [2] 1772/10 1877/7
oath [2] 1766/3 1838/10
OB [3] 1739/25 1746/9 1752/19
OB/GYN [3] 1739/25 1746/9 1752/19
object [7] 1696/13 1719/1 1719/4 1719/10
1719/17 1761/13 1922/3
objection [20] 1756/17 1761/2 1763/5 1765/7
1765/8 1765/15 1778/19 1778/21 1801/10
1812/3 1831/25 1856/16 1864/3 1864/25
1871/19 1891/1 1891/12 1891/13 1921/25
1941/8
objective [2] 1695/7 1700/11
objects [1] 1692/8
obligated [1] 1958/17
observation [28] 1690/10 1690/11 1705/23
1706/15 1707/3 1707/8 1707/9 1707/13
1707/14 1707/15 1707/16 1707/18 1707/20
1707/25 1708/2 1708/3 1708/10 1708/12
1708/14 1708/15 1708/18 1708/22 1709/5
1709/15 1734/25 1770/4 1775/21 1881/10
observations [9] 1688/17 1706/23 1707/6
1708/11 1712/18 1772/22 1773/8 1775/16
1857/9
observe [2] 1734/22 1787/17
observed [3] 1711/19 1713/19 1789/16
observing [1] 1714/10
obsessive [1] 1786/17
obtain [2] 1720/10 1897/15
obtained [4] 1701/5 1946/2 1954/2 1960/9
obtaining [1] 1904/7
obvious [1] 1927/17
obviously [3] 1692/19 1745/6 1797/5
occasion [3] 1814/20 1881/16 1882/7
occasionally [8] 1839/8 1840/1 1840/10
1840/12 1849/25 1890/18 1899/7 1952/24
occasions [2] 1882/10 1883/24
occupational [1] 1796/6
occur [5] 1769/19 1919/12 1947/23 1952/14
1952/14
occurred [3] 1736/18 1769/12 1769/20
occurring [1] 1900/3
October [1] 1769/8 1831/11

of neurological [1] 1937/14
offered [3] 1758/20 1758/10 1790/9 1760/5
1781/17 1791/19 1829/25 1836/11 1845/21
1864/9 1900/13 1909/14
off-label [1] 1829/25
Offender [1] 1761/19
offenders [1] 1745/9
offense [3] 1777/20 1777/21 1778/5
offer [9] 1697/14 1767/9 1767/12 1768/5
1778/16 1867/20 1867/21 1885/12 1900/23
offered [7] 1705/4 1747/14 1765/8 1767/6
1767/15 1767/23 1836/8
office [5] 1676/22 1677/1 1762/18 1770/4
1822/12
officers [2] 1841/25 1844/10
offices [1] 1770/5
offtrack [2] 1779/25 1784/7
often [4] 1760/10 1888/5 1947/23 1959/19
Oftentimes [1] 1888/12
OG [3] 1806/25 1807/3 1850/8
OGs [2] 1806/15 1806/18
oh [28] 1678/13 1679/18 1683/4 1685/7
1690/23 1708/21 1719/11 1725/22 1768/25
1772/23 1773/10 1775/1 1780/2 1780/10
1784/23 1806/13 1808/9 1822/17 1826/20
1833/10 1841/19 1848/25 1850/13 1889/20
1914/3 1947/15 1950/25 1957/12
okay [210] 1678/12 1679/18 1679/25 1680/8
1680/11 1680/18 1680/22 1681/8 1682/5
1682/23 1684/17 1688/3 1688/9 1689/2
1690/13 1690/23 1691/10 1691/18 1693/11
1695/12 1695/25 1696/6 1696/12 1696/14
1696/16 1697/9 1697/13 1698/9 1699/2
1701/22 1702/1 1702/17 1703/25 1704/15
1705/22 1706/17 1706/21 1707/19 1708/3
1709/19 1711/2 1711/19 1712/17 1713/3
1714/6 1714/21 1715/5 1716/2 1716/9
1717/19 1718/5 1718/11 1720/20 1721/3
1721/8 1721/22 1722/1 1724/7 1724/21
1726/21 1728/22 1730/23 1731/5 1731/19
1732/8 1734/7 1734/8 1734/17 1735/6
1735/21 1736/7 1736/9 1737/15 1737/19
1737/22 1738/24 1740/8 1742/14 1743/10
1744/11 1749/15 1753/4 1757/11 1758/1
1758/12 1758/15 1762/11 1763/23 1765/5
1766/20 1767/5 1768/20 1768/22 1769/11
1771/10 1771/21 1772/6 1772/18 1772/21
1773/21 1774/4 1775/5 1778/17 1780/13
1782/15 1784/4 1784/16 1786/8 1787/23
1789/16 1790/16 1791/4 1794/20 1794/23
1795/24 1797/24 1798/7 1798/22 1799/10
1801/6 1801/17 1808/5 1817/13 1817/18
1818/1 1818/9 1818/25 1820/1 1821/4
1824/10 1825/2 1826/8 1828/23 1836/19
1836/22 1837/1 1839/4 1839/20 1840/9
1843/3 1844/16 1846/3 1846/23 1847/20
1848/5 1850/18 1851/18 1854/4 1854/15
1867/23 1868/12 1869/14 1871/22 1875/4
1875/17 1876/6 1876/14 1877/9 1878/15
1879/10 1879/11 1880/3 1882/23 1883/6
1883/21 1884/1 1884/7 1885/10 1886/7
1887/20 1889/24 1890/12 1893/22 1895/3
1895/8 1896/14 1896/22 1898/24 1902/23
1905/14 1906/6 1906/7 1906/9 1907/9
1907/13 1909/12 1912/22 1913/10 1915/17
1920/23 1921/14 1923/4 1923/15 1925/3
1925/24 1926/12 1926/22 1933/18 1936/2
1937/1 1939/5 1941/10 1946/6 1947/15
1948/13 1948/16 1952/3 1953/14 1955/9
1956/9
Okays [1] 1783/19
old [7] 1685/22 1709/20 1779/17 1780/20
1781/20 1791/12 1795/3
older [4] 1797/16 1798/15 1959/13 1959/18

Olley [3] 1694/2 1761/12 1902/13
Ollie's [1] 1809/22
once [9] 1710/18 1713/14 1717/25 1730/25
1841/6 1862/11 1862/13 1867/22 1952/16
one [169] 1686/24 1687/15 1690/8 1694/22
1695/22 1696/18 1696/14 1697/24 1701/24
1706/11 1707/15 1707/24 1708/12 1708/14
1711/6 1714/16 1714/17 1714/23 1717/18
1717/20 1718/16 1719/9 1722/24 1722/24
1723/11 1724/10 1725/23 1725/24 1725/25
1726/1 1726/2 1726/4 1726/8 1727/2 1727/23
1730/18 1733/10 1735/8 1746/20 1748/4
1748/10 1748/25 1755/5 1759/14 1762/1
1762/13 1767/25 1767/25 1769/20 1771/23
1772/2 1772/3 1776/2 1778/5 1779/21
1780/22 1780/24 1781/2 1781/8 1781/16
1782/18 1783/6 1784/9 1785/8 1786/3 1786/7
1787/16 1790/3 1790/9 1795/1 1799/3
1799/24 1799/24 1805/6 1805/8 1805/24
1807/8 1808/16 1811/5 1811/16 1812/8
1812/15 1814/20 1816/16 1816/17 1817/21
1818/16 1818/17 1819/5 1821/9 1821/14
1832/12 1835/22 1839/7 1841/5 1846/15
1848/24 1849/5 1861/14 1861/18 1862/14
1863/3 1867/4 1871/6 1875/22 1875/22
1876/2 1877/4 1877/5 1883/10 1888/15
1888/21 1890/1 1896/9 1898/4 1898/22
1900/19 1901/7 1904/6 1905/18 1905/18
1906/12 1907/6 1907/9 1907/17 1908/17
1911/24 1912/4 1915/1 1915/2 1916/5 1919/3
1920/11 1920/14 1922/20 1924/7 1925/25
1927/5 1927/19 1928/10 1930/8 1932/13
1934/18 1935/16 1939/5 1940/18 1940/24
1942/2 1944/11 1946/8 1948/17 1949/3
1949/8 1950/21 1951/9 1951/11 1951/15
1951/19 1951/21 1953/1 1953/2 1953/9
1955/15 1956/6 1956/8 1956/12 1957/1
1959/24 1961/1
one's [3] 1880/13 1880/14 1930/9
one-eighth [1] 1812/8
one-to-one [1] 1875/22
ones [4] 1853/3 1854/7 1917/13 1957/3
ongoing [1] 1784/2
only [34] 1686/20 1690/8 1720/23 1740/4
1743/5 1743/22 1760/4 1762/5 1765/1 1765/3
1767/22 1779/23 1780/18 1803/4 1803/23
1804/22 1805/20 1807/8 1812/8 1818/17
1834/15 1839/6 1863/17 1867/5 1869/6
1872/8 1874/9 1882/15 1890/1 1907/20
1917/11 1925/25 1932/5 1932/15
onset [13] 1817/18 1818/12 1818/17 1819/2
1819/9 1819/11 1819/12 1819/14 1819/22
1819/23 1819/24 1820/1 1912/10
onward [2] 1757/3 1847/14
open [5] 1678/1 1766/1 1783/13 1816/1
1839/16
opined [1] 1884/17
opines [1] 1865/4
opinion [59] 1747/9 1747/10 1747/16
1747/16 1747/20 1767/23 1783/21 1786/25
1787/7 1793/3 1795/18 1796/18 1797/2
1800/17 1801/7 1801/25 1802/18 1804/20
1806/2 1811/15 1816/20 1816/25 1817/7
1817/9 1817/19 1819/13 1827/17 1830/3
1833/13 1834/2 1834/15 1846/6 1848/22
1852/8 1863/16 1869/5 1871/1 1871/3 1872/9
1873/3 1873/13 1884/14 1885/7 1885/9
1894/18 1895/10 1896/13 1900/17 1900/24
1912/9 1917/1 1917/2 1917/3 1917/14 1925/5
1934/23 1936/19 1948/11 1948/12
opinions [15] 1757/17 1803/6 1820/7 1821/2
1823/19 1829/14 1884/17 1922/12
opportunity [2] 1684/14 1776/7
opposed [1] 1902/3

**Q**

opposing [7]  1703/17 1703/23 1721/24
1750/4 1814/21 1903/18 1924/11
opposite [2]  1952/19 1952/22
opposition [3]  1791/17 1805/13 1847/23
oppositional [10]  1791/6 1791/11 1791/20
1794/1 1817/3 1831/20 1832/13 1835/10
1849/13 1874/1
optimal [1]  1931/4
oral [2]  1746/3 1853/12
oranges [2]  1933/8 1951/3
order [14]  1711/14 1712/5 1718/6 1720/10
1746/16 1767/13 1834/24 1885/7 1904/14
1907/4 1912/12 1918/12 1938/2 1956/15
ordered [2]  1749/9 1884/11
Oregana [4]  1885/23 1887/24 1889/3
1889/14
organization [2]  1756/6 1823/12
organizational [1]  1886/24
Organizations [1]  1741/25
organized [6]  1711/4 1806/8 1806/16
1841/20 1937/4 1937/5
orientation [1]  1775/15
oriented [1]  1891/23
original [3]  1691/18 1806/16 1850/8
Orloff [2]  1772/11 1827/10
other [173]  1680/12 1680/18 1681/14
1681/17 1683/11 1686/16 1686/17 1687/3
1687/5 1687/9 1687/23 1696/20 1697/23
1698/20 1698/21 1698/22 1703/3 1703/9
1704/11 1706/22 1708/22 1710/3 1713/5
1714/10 1714/10 1714/14 1716/21 1720/16
1722/15 1726/2 1727/1 1727/21 1729/9
1730/11 1732/4 1733/6 1733/13 1734/25
1737/2 1737/2 1741/5 1741/11 1741/14
1741/15 1742/25 1746/12 1746/16 1747/22
1747/22 1747/22 1748/6 1748/16 1748/23
1749/14 1750/10 1751/6 1753/18 1758/2
1758/22 1759/6 1759/7 1760/9 1762/11
1763/13 1764/11 1767/14 1767/25 1768/4
1768/23 1773/23 1778/5 1779/5 1779/14
1782/22 1783/21 1784/19 1784/20 1792/2
1792/17 1794/11 1796/12 1796/17 1798/10
1801/8 1801/23 1802/25 1803/2 1803/4
1803/5 1805/25 1806/11 1807/19 1807/21
1807/23 1807/24 1812/9 1812/17 1818/16
1823/1 1823/5 1826/24 1829/5 1829/7
1831/14 1833/22 1835/25 1836/16 1839/16
1839/17 1840/14 1841/9 1842/4 1845/6
1845/13 1847/11 1848/6 1848/8 1848/11
1849/12 1849/16 1850/2 1852/2 1854/7
1859/23 1864/23 1868/15 1872/23 1882/21
1887/1 1887/21 1888/7 1890/1 1890/20
1893/3 1895/7 1898/5 1900/5 1900/8 1900/20
1901/16 1903/23 1904/22 1905/8 1907/6
1907/7 1907/24 1908/13 1909/14 1911/2
1913/6 1914/17 1916/8 1916/9 1922/11
1922/17 1922/23 1922/24 1928/1 1928/10
1929/25 1930/10 1930/11 1930/12 1930/21
1931/1 1932/13 1934/10 1937/20 1939/10
1939/12 1940/23 1946/8 1960/7
others [7]  1756/6 1757/15 1763/20 1780/25
1794/11 1796/15 1804/16
otherwise [3]  1682/21 1712/7 1836/3
ought [1]  1836/19
our [9]  1701/20 1707/22 1734/15 1765/10
1765/12 1786/14 1788/21 1880/11 1888/13
ours [1]  1704/18
out [88]  1711/21 1714/17 1715/11 1715/21
1729/3 1729/6 1729/9 1729/10 1729/12
1746/19 1758/13 1774/21 1775/21 1778/10
1779/7 1781/5 1781/19 1791/18 1792/1
1797/13 1807/22 1807/24 1808/14 1809/8

1828/6 1833/3 1844/11 1845/12 1851/3
1851/14 1852/25 1854/12 1858/16
1864/4 1871/24 1873/17 1873/18 1873/19
1873/20 1874/11 1874/4 1874/5 1878/20
1883/1 1885/23 1889/11 1892/6 1894/23
1894/25 1895/9 1895/22 1896/11 1897/4
1898/1 1898/6 1899/3 1899/7 1899/12
1901/13 1903/22 1905/8 1906/24 1913/11
1913/15 1921/12 1924/8 1924/22 1924/23
1930/21 1931/6 1933/21 1933/23 1934/17
1935/15 1937/13 1938/7 1938/25 1939/6
1949/2 1949/4 1949/4 1949/11 1950/16
1959/11 1959/13 1959/15 1959/17
outgrow [1]  1798/4
outline [1]  1943/25
outpatient [1]  1799/13
outpatients [1]  1799/16
outside [3]  1855/15 1856/3 1883/20
outweigh [1]  1848/16
over [47]  1683/2 1711/13 1721/7 1740/9
1740/18 1746/6 1746/19 1761/3 1761/3
1781/9 1792/16 1798/18 1799/12 1812/23
1828/21 1841/13 1845/2 1859/10 1868/20
1881/23 1882/2 1882/11 1882/14 1882/19
1882/22 1884/20 1889/1 1889/20 1890/6
1890/8 1892/1 1900/11 1901/15 1908/18
1916/12 1916/12 1920/12 1920/13 1920/22
1926/9 1935/3 1941/12 1942/15 1942/17
1952/13 1953/1 1958/25
overadministered [1]  1817/9
overall [10]  1689/9 1898/2 1918/15 1932/8
1934/7 1940/17 1940/23 1940/24 1948/25
1952/15
overestimate [1]  1817/9
overestimating [1]  1931/7
overlap [4]  1887/4 1887/9 1921/19 1938/5
overly [1]  1906/17
overrun [1]  1930/18
oversight [2]  1742/10 1742/22
overstate [1]  1890/13
overstatement [1]  1890/7
overview [1]  1841/8
overwhelming [1]  1934/1
own [10]  1714/8 1716/17 1797/11 1797/25
1844/13 1845/5 1853/9 1888/19 1895/21
1948/5
ownership [1]  1740/18

**P**

P-a-t-t-e-r-s-o-n [1]  1738/20
P.C [1]  1676/19
P.M [1]  1838/2
P2 [1]  1780/10
P209 [2]  1686/20 1730/19
P9 [23]  1680/23 1681/3 1681/8 1681/9
1681/20 1682/6 1682/14 1682/16 1682/24
1683/19 1686/16 1686/20 1687/4 1687/9
1689/24 1690/7 1699/24 1700/17 1700/25
1702/18 1702/18 1730/16 1780/10
P9/209 [1]  1680/23
page [58]  1699/12 1704/2 1704/21 1706/1
1706/15 1714/15 1714/21 1715/5 1721/25
1723/13 1723/22 1733/19 1735/8 1735/21
1761/24 1762/2 1762/2 1762/12 1765/23
1770/11 1813/11 1815/5 1818/10 1819/4
1832/1 1836/24 1837/4 1846/5 1846/6
1846/13 1846/14 1846/15 1851/20 1851/23
1853/16 1855/17 1858/5 1858/6 1858/6
1858/7 1868/4 1868/6 1868/15 1869/2
1893/23 1893/24 1907/14 1926/14 1926/22
1927/4 1927/23 1931/2 1931/17 1942/14
1945/15 1945/17 1948/7 1962/2
Page 1 [3]  1858/5 1858/6 1858/6
Page 146 [1]  1926/14

Page 209 [1]  1927/23
Page 212 [1]  1930/4
Page 28 [1]  1869/2
Page 29 [1]  1868/15
Page 31 [2]  1868/4 1868/6
Page 45 [1]  1931/21
page nine [1]  1704/21
pages [11]  1688/16 1704/7 1704/13 1705/4
1705/9 1705/18 1705/19 1795/12 1829/3
1892/6 1922/8
paid [3]  1924/10 1924/18 1925/2
pain [1]  1876/9
painting [1]  1703/6
pair [1]  1851/3
pants [1]  1773/12
papers [5]  1790/22 1790/23 1841/25 1917/6
1919/15
paperwork [1]  1814/13
par [1]  1931/2
para [10]  1692/22 1692/23 1692/25 1693/6
1710/16 1710/17 1711/13 1713/3 1713/14
1713/20
para's [1]  1713/12
paragraph [1]  1927/6
PARALEGAL [2]  1677/8 1677/9
paranoid [1]  1775/19
paraprofessional [2]  1693/3 1693/8
parent [1]  1792/25
parentheses [2]  1699/18 1699/18
parents [3]  1729/22 1730/1 1731/9
parity [1]  1696/17
parole [1]  1798/12
parse [3]  1906/24 1938/25 1939/6
part [73]  1682/23 1687/17 1690/11 1696/10
1712/17 1715/22 1718/17 1718/19 1718/21
1718/23 1718/25 1718/25 1719/1 1719/4
1719/5 1742/17 1742/18 1746/7 1751/12
1756/2 1758/4 1758/18 1758/21 1762/23
1763/25 1764/21 1768/11 1769/5 1770/7
1773/14 1775/11 1780/18 1785/5 1786/13
1792/20 1795/7 1796/19 1803/13 1803/13
1803/14 1804/9 1804/25 1812/17 1820/8
1828/11 1836/7 1836/8 1844/24 1845/16
1846/22 1847/3 1847/11 1852/2 1853/6
1855/10 1857/6 1857/19 1860/1 1861/5
1864/13 1864/24 1871/4 1871/6 1871/10
1871/14 1871/16 1873/12 1874/3 1875/14
1882/16 1889/19 1916/22 1949/1
participation [2]  1790/19 1793/20
particular [44]  1681/24 1691/23 1696/24
1697/3 1700/2 1700/9 1711/3 1711/5 1711/7
1711/9 1722/7 1722/8 1722/19 1723/18
1727/7 1727/14 1732/6 1733/8 1733/10
1734/8 1734/9 1737/5 1761/21 1768/21
1810/25 1825/7 1841/18 1845/11 1854/21
1880/12 1898/21 1902/6 1904/6 1908/3
1913/15 1913/17 1919/24 1922/24 1925/19
1928/14 1933/22 1949/23 1951/23 1952/2
particularly [21]  1744/14 1745/9 1747/9
1753/22 1779/14 1779/20 1781/9 1793/5
1793/9 1794/14 1798/14 1842/18 1864/12
1893/1 1898/5 1898/16 1902/1 1931/13
1937/2 1942/9 1960/6
parties [3]  1747/22 1767/25 1767/25
partnerships [2]  1761/17 1761/18
parts [3]  1804/6 1906/24 1955/19
pass [4]  1746/16 1752/17 1753/2 1781/6
passed [1]  1768/3
past [12]  1684/3 1684/4 1694/10 1744/14
1791/2 1883/25 1899/5 1904/13 1904/15
1920/5 1921/2 1921/3
pat [1]  1934/1
paternal [1]  1777/4
pathology [1]  1739/23

**P**

patient [6]  1773/4 1838/17 1838/21 1840/15
1842/17 1928/11
patients [20]  1762/14 1838/18 1838/22
1838/24 1839/6 1839/10 1839/11 1839/16
1839/21 1839/22 1839/25 1840/3 1840/7
1840/21 1840/24 1841/6 1841/22 1842/18
1862/19 1928/2
pattern [11]  1896/5 1896/12 1916/16
1916/20 1919/3 1931/22 1932/2 1932/3
1932/15 1933/22 1933/25
patterns [3]  1934/14 1934/20 1936/9
Patterson [13]  1738/10 1738/12 1738/19
1739/4 1739/9 1749/19 1750/2 1756/19
1766/11 1851/2 1878/24 1910/19 1938/10
Patterson's [1]  1755/24
pay [1]  1781/16
paying [1]  1792/14
PCP [2]  1876/8 1876/10
peer [2]  1836/11 1892/6
peer-reviewed [1]  1892/6
penalty [4]  1768/11 1797/6 1821/18 1821/25
pencil [1]  1713/4
pencils [1]  1712/24
Pennsylvania [1]  1748/20
people [62]  1694/9 1694/19 1694/21 1703/21
1731/22 1735/16 1744/12 1751/6 1760/10
1760/25 1761/8 1775/21 1781/2 1781/4
1781/22 1781/24 1782/12 1782/23 1785/10
1785/25 1786/5 1794/11 1795/6 1795/11
1796/17 1798/4 1799/15 1812/20 1833/14
1833/22 1838/14 1839/10 1840/15 1842/25
1844/7 1844/8 1845/6 1849/23 1850/23
1861/2 1861/18 1862/19 1868/19 1882/7
1882/11 1882/15 1882/20 1887/11 1891/22
1897/7 1897/12 1897/13 1897/17 1900/16
1907/21 1919/10 1925/15 1926/5 1933/9
1936/4 1949/20 1951/14
per [1]  1775/23
percent [21]  1681/14 1692/21 1700/7
1717/22 1747/4 1749/2 1756/23 1756/25
1825/8 1825/10 1825/15 1825/15 1825/16
1842/6 1884/13 1947/12 1947/17 1949/3
1949/5 1950/10 1950/24
percentage [1]  1884/22
perception [2]  1717/10 1775/17
Perfect [1]  1836/23
perfectly [2]  1727/9 1860/8
perform [9]  1697/11 1729/4 1747/6 1747/24
1748/7 1771/2 1771/4 1881/9 1887/18
performance [34]  1692/7 1718/12 1719/1
1719/5 1720/9 1729/4 1752/13 1835/19
1896/7 1896/8 1896/10 1916/17 1916/21
1917/4 1918/3 1918/20 1919/3 1919/11
1919/24 1920/3 1920/4 1920/10 1927/16
1928/17 1928/19 1930/8 1930/22 1930/25
1931/7 1931/12 1931/23 1932/16 1933/7
1933/14
performance-related [1]  1896/8
performed [6]  1698/12 1698/18 1703/4
1746/24 1749/1 1955/3
performing [2]  1796/10 1930/23
perhaps [4]  1874/2 1882/7 1898/1 1900/23
perimeter [2]  1783/23 1785/5
period [16]  1685/18 1710/2 1716/2 1734/24
1754/16 1754/22 1814/18 1834/9 1887/22
1899/6 1901/15 1901/17 1920/13 1920/13
1920/24 1936/17
periodic [1]  1959/1
periods [1]  1901/14
Perkin's [1]  1742/8
permission [5]  1743/17 1813/8 1813/8
1877/17 1877/19

permitted [1]  1765/13
person [29]  1698/13 1698/13 1709/5 1709/10
1726/22 1730/9 1747/17 1764/10 1767/8
1771/22 1795/4 1866/12 1884/17 1898/22
1898/23 1899/7 1899/24 1900/9 1902/8
1908/17 1911/1 1913/6 1914/2 1914/6 1915/3
1921/20 1941/12 1942/18 1948/9
person's [7]  1825/18 1825/24 1899/20
1904/14 1911/4 1915/16 1960/14
personal [4]  1736/25 1795/25 1796/12
1845/5
personality [15]  1762/15 1764/9 1786/13
1786/14 1787/2 1796/4 1796/8 1796/19
1808/2 1808/8 1808/11 1809/6 1839/21
1840/20 1894/20
personally [2]  1768/5 1865/4
personnel [1]  1863/10
persons [5]  1745/5 1761/22 1881/16 1897/6
1901/5
perspective [4]  1835/13 1838/17 1935/15
1940/12
perspectives [1]  1841/23
pertaining [1]  1904/14
peruses [4]  1781/4 1797/12 1819/1 1827/9
pervasive [1]  1953/4
PET [3]  1875/4 1875/5 1875/8
ph [1]  1743/2
Ph.D [7]  1886/18 1886/21 1887/1 1887/6
1887/8 1887/15 1891/18
Ph.D.s [1]  1891/23
Philadelphia [4]  1744/22 1744/23 1841/9
1890/5
Philosophy [1]  1886/21
phone [3]  1898/7 1898/9 1900/13
phrase [1]  1713/2
phrasing [2]  1714/24 1722/7
Phyllis [1]  1709/6
physical [1]  1796/14
physically [1]  1773/9
physician [2]  1729/8 1789/22
pick [2]  1735/25 1783/8
picked [3]  1753/20 1883/18 1913/15
picking [1]  1778/10
picture [12]  1698/2 1733/22 1780/2 1780/4
1783/24 1893/18 1898/3 1902/21 1907/23
1908/3 1908/7 1908/10
piece [1]  1798/22
PIQ [4]  1896/6 1917/22 1919/9 1933/6
place [7]  1706/23 1707/4 1771/23 1841/23
1902/5 1905/25 1960/17
placed [4]  1712/1 1752/21 1829/5 1960/6
places [4]  1792/2 1792/20 1798/10 1859/23
placing [1]  1856/11
plaintiff [3]  1748/13 1755/25 1756/2
plaintiffs [2]  1744/25 1758/15
plane [1]  1748/19
planning [1]  1957/23
plans [2]  1830/16 1830/20
play [9]  1745/22 1929/25 1930/1 1931/1
played [1]  1936/24
playing [1]  1709/25
Plaza [3]  1676/4 1676/15 1677/12
plea [1]  1747/12
pleasantries [1]  1788/22
please [14]  1678/14 1678/19 1678/20
1732/24 1738/15 1738/17 1761/15 1765/11
1816/5 1838/9 1877/25 1878/5 1878/5 1923/8
pleased [1]  1889/12
pleasure [1]  1796/13
plus [9]  1771/25 1795/12 1820/17 1820/22
1842/6 1881/15 1894/1 1897/15 1910/22
podium [1]  1814/17
point [48]  1679/18 1685/7 1691/7 1695/11

1709/21 1723/11 1726/8 1728/15 1771/6
1774/1 1789/8 1789/11 1789/24 1793/4
1800/12 1818/22 1821/7 1830/17 1832/17
1834/5 1834/8 1845/5 1849/13 1851/13
1852/6 1858/9 1864/16 1871/21 1881/22
1889/12 1899/4 1905/4 1905/6 1905/7
1905/16 1906/12 1908/20 1917/18 1918/6
1918/7 1918/9 1924/13 1944/11 1950/25
1951/21 1952/4 1953/1 1953/1
pointed [1]  1871/24
pointing [1]  1706/4
points [9]  1726/3 1820/18 1820/23 1900/6
1910/10 1920/9 1920/10 1925/20 1945/8
pole [1]  1888/21
policies [1]  1841/20
political [1]  1741/11
polled [1]  1823/5
pool [1]  1940/16
poor [4]  1724/23 1736/5 1773/24 1849/4
Popp [1]  1816/18
popularity [1]  1736/15
population [15]  1691/23 1696/25 1697/3
1697/4 1700/2 1711/3 1711/25 1734/6 1734/9
1743/6 1760/11 1773/20 1840/15 1843/1
1862/15
Populations [1]  1761/19
porch [1]  1781/17
portion [6]  1699/12 1914/20 1918/23
1922/22 1932/14 1940/15
posed [1]  1856/19
posing [1]  1857/5
position [7]  1740/22 1742/19 1742/21 1850/6
1879/5 1902/19 1907/24
positions [1]  1850/4
positive [4]  1722/20 1722/21 1723/2 1723/4
possession [2]  1715/25 1716/1
possibility [6]  1722/15 1722/17 1732/11
1928/13 1933/10 1956/5
possible [15]  1728/25 1768/13 1802/13
1870/10 1870/11 1905/20 1910/25 1941/17
1943/8 1945/10 1957/20
possibly [6]  1739/24 1743/21 1770/5 1814/3
1901/11 1902/22
posted [1]  1701/2
posttraumatic [1]  1839/13
potential [10]  1697/15 1697/20 1698/6
1722/20 1812/23 1855/10 1897/22 1900/15
1902/12 1930/19
potentially [15]  1881/16 1895/2 1899/1
1900/15 1909/4 1909/11 1910/12 1911/2
1921/13 1935/12 1937/11 1938/24 1938/24
1952/17 1953/16
poverty [3]  1872/24 1872/25 1873/20
PowerPoint [1]  1943/25
powers [1]  1775/20
practical [1]  1940/13
practically [1]  1804/6
practice [62]  1689/2 1694/20 1744/10 1747/5
1753/5 1755/1 1757/2 1773/7 1799/15 1822/6
1822/12 1822/13 1823/4 1824/2 1827/15
1840/4 1849/4 1856/7 1861/10 1879/24
1880/5 1880/6 1882/25 1883/13 1883/15
1888/16 1890/22 1903/4 1903/5 1903/7
1903/13 1903/16 1904/2 1904/4 1904/7
1904/20 1920/25 1921/2 1921/12 1926/14
1927/8 1927/24 1928/15 1928/16 1928/20
1928/25 1929/4 1929/7 1929/11 1929/20
1929/24 1930/8 1930/9 1930/11 1930/13
1930/19 1931/5 1931/7 1954/13 1954/18
1955/10 1955/15
practice -- on [1]  1930/8
practicing [1]  1888/17
practitioner [2]  1887/13 1887/15
praise [3]  1692/17 1693/13 1693/18

**P**

precise [1] 1931/10
precisely [1] 1817/1
predecessor [3] 1810/9 1810/12 1818/6
predicted [1] 1949/10
predicter [2] 1960/1 1960/6
predicting [1] 1947/16
prediction [2] 1734/14 1872/5
predictions [1] 1951/13
predictive [3] 1947/19 1948/2 1950/14
predisposition [1] 1936/23
predominantly [2] 1685/12 1942/10
prefer [3] 1692/9 1730/1 1770/3
preferrable [1] 1770/6
preferred [1] 1792/2
pregnancy [4] 1777/1 1937/8 1937/15 1937/16
premarked [1] 1758/8
prepare [1] 1802/8
prepared [5] 1684/1 1688/9 1739/4 1739/4 1803/4
preparing [3] 1802/3 1802/6 1902/11
prescribed [4] 1691/12 1691/14 1795/17 1829/23
presence [1] 1936/8
present [20] 1677/6 1678/1 1678/6 1678/10 1678/11 1725/10 1744/9 1766/1 1769/23 1787/9 1809/6 1811/13 1819/9 1819/19 1871/7 1874/11 1912/15 1912/25 1924/1 1928/21
presentation [2] 1720/15 1944/6
presented [1] 1841/25
presenter [1] 1760/15
president [1] 1741/15
pressuring [2] 1755/5 1756/6
presumption [1] 1805/8
pretrial [2] 1754/5 1881/9
pretty [16] 1719/22 1724/19 1779/13 1786/17 1790/21 1799/20 1800/7 1807/22 1826/9 1826/11 1829/4 1860/13 1931/16 1934/3 1934/4 1947/19
prevailing [1] 1958/14
prevalence [1] 1952/9
prevented [1] 1722/12
previous [1] 1746/7
previously [4] 1682/15 1682/16 1687/24 1739/6
primarily [7] 1717/9 1754/21 1757/6 1776/21 1822/25 1828/5 1828/10
primary [2] 1687/21 1701/1
principle [2] 1914/16 1933/5
principles [2] 1863/14 1869/3
prior [12] 1770/8 1818/18 1824/21 1829/7 1894/3 1912/17 1912/20 1912/22 1912/23 1912/25 1913/7 1936/17
prison [17] 1743/4 1743/5 1744/23 1758/23 1759/2 1760/11 1766/17 1770/10 1773/11 1773/20 1798/13 1833/23 1841/16 1843/6 1850/20 1850/24 1851/1
prisoner [3] 1758/19 1758/23 1840/10
Prisoners [2] 1881/5 1881/9
prisons [13] 1742/3 1759/3 1759/10 1760/10 1841/3 1841/4 1841/11 1842/20 1842/20 1843/6 1844/7 1883/5 1883/20
pristinely [1] 1773/12
pristinely-clean [1] 1773/12
privacy [1] 1756/13
private [19] 1744/10 1747/5 1753/5 1753/20 1754/2 1754/3 1755/1 1757/2 1757/9 1769/9 1769/10 1840/4 1861/10 1879/24 1882/25 1883/13 1883/15 1890/22 1903/4
privileged [1] 1777/25
probably [51] 1681/6 1681/13 1683/7

1687/20 1691/14 1692/5 1692/12 1699/1 1701/11 1715/15 1715/19 1715/25 1717/9 1715/19 1717/20 1723/14 1723/15 1725/25 1726/23 1727/14 1728/12 1728/14 1732/3 1734/11 1735/12 1737/18 1737/23 1747/4 1753/22 1757/4 1763/21 1798/21 1803/18 1810/7 1810/22 1838/22 1839/16 1842/6 1845/8 1877/8 1889/20 1890/7 1890/8 1893/5 1907/10 1908/15 1936/9 1936/24 1940/14 1941/19 1950/14
probably given [1] 1763/21
probation [1] 1752/21
problem [7] 1730/4 1732/11 1805/8 1805/11 1919/21 1947/8 1952/4
problems [28] 1681/10 1681/23 1682/1 1682/3 1693/1 1700/3 1700/22 1702/9 1702/19 1702/25 1719/16 1723/19 1727/25 1728/2 1733/4 1735/4 1752/4 1777/1 1780/14 1780/16 1796/6 1805/6 1817/5 1878/25 1879/1 1882/21 1938/21 1942/23
procedure [8] 1690/12 1707/19 1716/9 1716/11 1720/5 1729/2 1913/23 1915/13
procedures [3] 1720/13 1841/20 1955/1
proceed [3] 1775/3 1884/15 1884/18
proceeded [1] 1775/5
proceedings [4] 1677/15 1712/22 1923/6 1961/14
process [10] 1762/25 1779/21 1785/12 1785/17 1790/20 1831/2 1857/8 1889/7 1893/5 1916/10
processing [1] 1942/22
produced [1] 1930/16
profession [5] 1954/4 1955/9 1958/5 1958/14 1958/20
professional [10] 1680/3 1717/24 1718/4 1739/15 1740/8 1822/6 1879/23 1882/16 1894/18 1934/23
Professor [1] 1879/21
profile [9] 1754/19 1916/18 1918/3 1918/22 1933/1 1933/14 1934/4 1934/6 1934/6
profit [1] 1796/12
profoundly [1] 1862/21
program [43] 1680/22 1681/4 1681/5 1681/8 1681/9 1681/9 1681/12 1681/20 1682/3 1682/6 1682/11 1682/21 1686/2 1686/4 1687/9 1689/23 1690/7 1699/24 1700/9 1700/17 1700/20 1702/18 1708/24 1712/6 1712/15 1717/18 1717/19 1731/20 1731/20 1732/6 1732/7 1733/6 1733/13 1733/18 1733/18 1736/11 1736/13 1740/14 1743/16 1841/24 1888/14 1951/5 1951/7
programs [23] 1687/9 1727/7 1736/21 1737/6 1740/13 1740/16 1742/4 1742/20 1742/22 1742/23 1742/23 1742/24 1742/25 1743/7 1744/18 1751/13 1823/5 1830/15 1841/9 1841/21 1845/1 1887/4 1887/6
progress [2] 1682/10 1734/13
progression [1] 1690/7
progressive [8] 1920/18 1920/21 1921/18 1921/19 1926/13 1928/24 1929/7 1929/10
projected [1] 1898/19
prolifically [1] 1761/11
prong [27] 1812/12 1817/18 1817/19 1818/13 1824/17 1845/25 1845/25 1846/20 1871/10 1878/11 1879/7 1905/4 1905/11 1906/22 1906/22 1908/3 1908/17 1910/17 1911/9 1911/24 1912/2 1912/3 1912/4 1912/10 1912/13 1934/17 1940/13
prongs [4] 1818/16 1846/5 1853/10 1906/20
proof [3] 1927/22 1928/5 1928/13
proper [5] 1847/17 1864/21 1864/24 1913/23 1915/13
properly [3] 1872/3 1917/21 1957/19
proportion [2] 1862/16 1862/19

proposed [2] 1756/14 1901/2
proposition [3] 1747/16 1747/25 1749/17
prospective [3] 1747/8 1747/25 1749/9 1749/13 1757/7 1757/14 1885/6
protective [1] 1842/24
protocol [7] 1726/16 1737/12 1737/25 1745/23 1844/13 1845/10 1916/8
protocols [4] 1737/1 1737/19 1843/14 1843/14
prototype [1] 1843/23
prove [1] 1879/7
proverb [2] 1780/20 1782/16
proverbs [7] 1780/21 1782/22 1844/18 1844/20 1844/22 1845/1 1845/2
proves [1] 1872/11
provide [10] 1691/19 1691/25 1747/16 1747/16 1754/19 1767/20 1768/2 1780/9 1791/22 1881/10
provided [9] 1683/25 1739/6 1745/8 1766/18 1769/16 1780/3 1780/4 1791/13 1897/6
provider [1] 1903/19
providers [1] 1823/5
providing [3] 1693/13 1693/18 1773/4
Prozac [2] 1793/6 1834/14
Psy.D [6] 1886/25 1887/2 1887/4 1887/7 1891/18 1891/19
Psy.D.'s [1] 1887/18
psych [2] 1882/1 1888/10
psychiatric [12] 1740/1 1740/5 1742/2 1746/14 1746/19 1759/2 1760/3 1764/1 1787/25 1800/16 1800/17 1857/6
psychiatrist [20] 1739/12 1739/13 1740/10 1740/13 1743/2 1743/8 1744/1 1749/7 1750/20 1750/22 1753/16 1754/1 1754/4 1767/14 1768/5 1789/21 1789/23 1806/24 1826/21 1833/21
psychiatrists [8] 1746/2 1746/18 1779/22 1786/16 1806/13 1827/1 1844/21 1844/25
psychiatry [46] 1739/23 1740/2 1743/13 1744/10 1745/11 1745/12 1745/13 1745/14 1745/16 1745/21 1745/25 1746/1 1746/1 1746/4 1746/4 1746/5 1746/11 1746/13 1746/17 1749/20 1749/21 1750/9 1751/9 1752/19 1758/17 1758/18 1759/8 1759/11 1760/2 1760/3 1761/6 1761/8 1764/17 1765/7 1765/13 1765/14 1765/19 1765/20 1772/25 1823/12 1823/13 1824/3 1843/13 1843/19 1845/9 1879/2
Psycho [1] 1822/2
Psycho-educational [1] 1822/2
psychological [17] 1789/21 1789/23 1822/7 1826/5 1826/22 1843/17 1852/23 1853/19 1891/19 1893/16 1894/16 1894/16 1914/13 1914/15 1941/20 1958/10 1958/12
psychologically [2] 1690/6 1893/18
psychologist [34] 1679/9 1679/10 1679/11 1680/5 1680/12 1680/19 1681/24 1682/5 1686/23 1687/6 1687/8 1689/3 1693/12 1696/1 1707/24 1718/1 1722/18 1726/20 1727/8 1732/16 1749/4 1750/22 1750/23 1751/7 1767/15 1789/20 1826/2 1852/23 1880/1 1880/2 1881/8 1884/21 1892/7 1903/19
psychologists [6] 1737/2 1779/22 1789/25 1826/6 1827/2 1954/11
psychology [41] 1680/1 1680/2 1680/3 1680/9 1717/24 1745/15 1750/5 1750/6 1822/6 1822/25 1823/2 1823/5 1879/7 1879/23 1880/4 1880/6 1880/17 1880/25 1881/2 1885/13 1885/13 1886/18 1886/22 1886/22 1886/23 1886/23 1886/24 1886/25 1887/12 1887/14 1888/13 1888/14 1891/7 1891/7 1891/11 1891/11 1891/20 1891/21 1892/13 1903/15 1958/15
psychometricians [1] 1888/25

P

psychomotor [1]  1775/16
psychosocial [5]  1751/5 1775/6 1775/12 1776/15 1857/16
psychotic [2]  1799/9 1862/21
public [5]  1681/22 1743/4 1743/9 1743/14 1743/17
publication [1]  1823/14 1950/19
published [10]  1761/11 1822/3 1822/5 1823/20 1824/2 1824/6 1892/4 1926/9 1954/16 1958/10
publishers [1]  1959/18
publishing [1]  1959/19
pudding [2]  1927/22 1928/14
pull [1]  1949/16
pulls [1]  1931/24
punch [1]  1792/24
punching [2]  1792/10 1831/14
Punishment [1]  1822/10
purport [1]  1826/18
purpose [15]  1688/20 1689/15 1700/13 1708/3 1720/8 1767/21 1771/12 1773/2 1775/3 1789/11 1830/25 1834/19 1841/17 1901/6 1954/18
purposes [11]  1685/11 1685/12 1741/11 1761/12 1771/21 1856/19 1856/22 1880/11 1893/9 1897/25 1932/24
purse [1]  1725/11
pursue [2]  1680/8 1844/3
pursued [1]  1774/12
purview [1]  1789/24
Pushing [1]  1950/16
put [21]  1705/1 1705/4 1705/17 1706/9 1721/11 1724/2 1732/7 1733/6 1738/2 1783/9 1814/5 1848/7 1858/25 1859/22 1859/23 1894/21 1904/15 1907/13 1919/11 1933/8 1942/14
putting [4]  1793/23 1899/18 1930/17 1931/3

Q

qualifications [1]  1745/15
qualified [9]  1718/1 1749/16 1749/19 1789/22 1826/25 1827/1 1852/22 1880/15 1891/6
qualify [9]  1750/5 1750/12 1808/11 1910/16 1910/23 1911/14 1911/20 1911/23 1912/12
qualifying [1]  1909/10
quality [1]  1841/21
Queens [7]  1680/2 1680/7 1681/3 1681/12 1681/14 1681/17 1834/13
Quentin [1]  1798/10
question [64]  1709/15 1713/5 1724/13 1724/25 1725/5 1726/25 1735/12 1741/16 1750/25 1756/17 1760/23 1761/14 1761/15 1761/16 1765/3 1767/3 1767/4 1780/16 1780/17 1783/12 1785/9 1790/10 1801/10 1801/21 1802/6 1810/13 1814/16 1816/6 1817/15 1820/12 1824/24 1827/22 1835/4 1848/2 1855/11 1856/19 1857/24 1862/6 1866/16 1866/18 1882/10 1886/6 1891/24 1893/19 1898/12 1898/24 1899/2 1899/11 1900/9 1904/18 1907/14 1907/15 1909/8 1913/15 1913/17 1913/25 1914/10 1915/9 1915/10 1916/4 1927/25 1928/23 1935/6 1959/22
questioned [1]  1864/6
questioning [3]  1761/13 1924/9 1925/15
questionnaires [1]  1901/4
questions [36]  1689/17 1694/15 1703/9 1724/10 1724/16 1726/13 1771/10 1773/19 1775/13 1775/17 1775/18 1775/21 1775/24 1776/4 1782/22 1782/23 1783/4 1787/15 1814/4 1822/23 1857/4 1857/15 1857/17

1857/19 1867/21 1886/10 1891/17 1891/22 1898/10 1898/21 1898/23 1899/9 1903/13 1904/22 1913/21 1916/2
quibble [1]  1914/8
quickly [2]  1942/23 1946/12
quietly [1]  1713/13
QUINN [2]  1677/1 1677/3
quite [13]  1755/7 1774/13 1777/10 1781/1 1787/5 1787/22 1789/6 1797/8 1805/3 1805/4 1903/24 1927/10 1928/6
quotation [1]  1859/1
quotations [3]  1784/13 1859/22 1859/23
quote [17]  1695/8 1695/15 1713/15 1713/16 1724/20 1724/21 1725/10 1725/12 1725/15 1795/12 1808/17 1857/22 1857/23 1857/23 1858/2 1914/22 1928/7
quoted [7]  1724/10 1857/20 1859/6 1859/17 1859/25 1870/7 1929/9
quotes [10]  1824/18 1859/14 1859/17 1859/20 1859/21 1932/18

R

R-a-y-m-o-n-d [1]  1738/20
raise [4]  1789/17 1680/18 1726/21 1877/25
raised [6]  1710/18 1713/20 1771/10 1776/20 1850/15 1870/3
raises [1]  1773/18
raising [2]  1710/20 1713/15
RAMIREZ [1]  1677/8
ran [1]  1888/16
range [21]  1700/20 1708/13 1729/17 1732/13 1799/16 1811/22 1812/16 1816/10 1820/15 1825/9 1825/16 1825/19 1825/24 1846/9 1896/4 1919/11 1940/18 1945/24 1945/24 1950/8
ranges [10]  1917/23 1945/23 1949/24 1949/25 1950/3 1950/6
rare [3]  1880/18 1880/19 1920/6
rarely [2]  1738/1 1840/3
rate [2]  1799/23 1948/2
Rated [1]  1785/2
rather [8]  1789/5 1888/1 1892/19 1898/13 1898/19 1900/3 1934/24 1936/8
rating [1]  1901/23
ratings [1]  1899/20
rational [1]  1800/4
rationalizing [1]  1796/16
rationally [1]  1863/9
raw [6]  1788/17 1826/25 1827/1 1955/2 1957/21 1957/24
Raymond [3]  1738/10 1738/12 1738/19
Re [1]  1959/3
Re-norming [1]  1959/3
reach [1]  1894/11
reached [1]  1787/2
read [35]  1705/18 1709/25 1712/23 1720/19 1724/18 1761/14 1761/16 1803/11 1803/12 1803/15 1803/16 1810/2 1810/3 1810/4 1810/10 1810/16 1810/17 1823/11 1823/14 1824/3 1824/9 1824/13 1824/14 1824/20 1824/21 1845/23 1850/10 1868/15 1887/10 1914/20 1916/1 1929/15 1932/14 1939/12 1954/21
reading [14]  1709/13 1714/4 1784/11 1784/16 1784/18 1784/20 1786/19 1821/10 1821/17 1821/24 1824/5 1834/17 1835/20 1953/19
reads [2]  1691/3 1784/12
ready [1]  1838/7
real [5]  1782/6 1903/15 1931/3 1947/25 1950/23
realistically [1]  1890/8
reality [3]  1887/3 1899/17 1927/22
realize [5]  1790/12 1885/1 1886/11 1908/25

1955/12
really [14]  1684/25 1700/6 1701/17 1712/1 1712/12 1726/11 1726/15 1727/1 1727/1 1728/24 1729/19 1729/25 1729/25 1734/4 1747/18 1753/20 1761/4 1777/12 1784/15 1785/3 1787/15 1804/17 1811/8 1814/9 1814/9 1838/20 1863/5 1879/3 1888/12 1898/16 1899/16 1899/24 1902/6 1904/9 1911/7 1917/14 1931/6 1932/1 1947/21 1949/20
realm [2]  1701/22 1827/2
realms [1]  1819/23
reason [20]  1688/12 1691/8 1691/19 1691/20 1700/11 1707/8 1708/21 1709/14 1732/4 1737/15 1747/22 1782/10 1792/11 1792/22 1812/24 1849/5 1934/10 1939/3 1943/14 1951/24
reasonable [8]  1800/16 1894/15 1903/20 1914/16 1916/5 1941/3 1941/5 1950/15
reasonably [4]  1887/16 1892/18 1892/19 1898/6
reasoning [4]  1802/18 1803/1 1803/2 1927/18
reasons [2]  1764/11 1802/20
rebuttal [2]  1923/22 1961/5
recall [39]  1700/18 1710/14 1719/12 1721/13 1721/14 1763/12 1768/10 1768/14 1778/6 1790/1 1803/24 1808/25 1809/20 1809/21 1810/15 1810/25 1824/5 1824/9 1824/13 1830/24 1832/16 1834/18 1845/21 1853/2 1853/7 1853/25 1854/5 1859/4 1862/6 1865/5 1868/6 1868/13 1875/3 1885/23 1888/3 1916/24 1946/4 1950/13 1951/15
receive [1]  1748/3
received [7]  1698/1 1701/5 1752/18 1756/16 1778/21 1829/12 1893/11
receiver [2]  1743/15 1743/21
receivership [2]  1743/15 1744/6
receiving [3]  1739/19 1741/12 1842/19
recent [1]  1959/14
recently [2]  1797/21 1890/4
recertification [3]  1745/17 1745/19 1824/22
recertified [2]  1745/19 1745/20
recess [3]  1765/22 1837/3 1923/6
reckless [2]  1796/14 1797/13
recognize [1]  1918/25
recognizes [1]  1865/3
recollect [2]  1726/3 1901/13
recollection [13]  1684/23 1685/12 1695/12 1695/14 1695/16 1732/24 1788/18 1789/15 1856/20 1899/16 1901/17 1937/11 1951/12
recollections [3]  1859/5 1899/20 1902/4
Recommendation [1]  1824/2
recommendations [3]  1752/3 1752/8 1846/12
recommended [2]  1750/24 1843/23
record [36]  1678/21 1684/17 1690/24 1715/21 1721/3 1721/5 1721/6 1738/18 1793/22 1794/25 1811/24 1812/17 1816/25 1832/1 1832/15 1832/22 1867/18 1869/7 1874/3 1878/6 1886/17 1896/2 1906/19 1911/19 1912/20 1912/21 1912/22 1913/7 1914/12 1915/1 1916/6 1916/7 1922/23 1932/9 1934/21 1945/15
recorded [1]  1677/15
recordkeeping [2]  1715/20 1721/11
records [62]  1703/22 1704/21 1704/22 1704/24 1715/14 1715/22 1766/16 1766/17 1766/17 1766/19 1776/7 1778/6 1779/3 1788/5 1790/11 1790/11 1790/20 1791/21 1792/6 1792/8 1792/8 1792/10 1792/11 1793/7 1793/19 1795/8 1795/11 1795/13 1795/13 1795/14 1811/10 1828/17 1828/22 1828/23 1829/22 1830/7 1831/15 1832/7

**R**

records... [24]  1833/7 1833/24 1834/17
1835/9 1836/7 1842/7 1842/8 1847/3 1847/5
1847/7 1847/9 1847/12 1847/13 1848/10
1848/22 1848/25 1850/7 1854/8 1863/18
1873/16 1894/1 1895/21 1904/13 1957/2
recount [1]  1776/13
recounted [2]  1776/10 1777/7
redirect [3]  1734/19 1876/17 1876/18
reduce [1]  1720/16
refer [6]  1726/6 1732/12 1732/20 1732/23
1772/24 1868/16
reference [14]  1683/12 1690/3 1707/5 1709/5
1727/5 1802/23 1819/4 1819/20 1821/8
1844/17 1850/11 1959/4 1959/8 1959/15
referenced [5]  1703/23 1729/14 1817/22
1845/17 1864/22
references [2]  1702/23 1736/14
referencing [5]  1711/1 1804/10 1866/25
1928/16 1952/25
referrals [1]  1884/12
referred [4]  1682/3 1721/24 1751/14 1760/6
referring [8]  1761/25 1762/4 1803/8 1819/22
1860/7 1860/15 1891/19 1925/15
refers [1]  1868/18
reflect [2]  1710/24 1827/5
reflected [8]  1794/25 1803/7 1804/8 1804/25
1824/7 1833/7 1848/9 1851/22
reflection [3]  1688/13 1724/25 1725/9
reflective [2]  1691/10 1797/2
reflects [1]  1723/24
refresh [3]  1684/22 1704/7 1720/6
refused [1]  1767/11
refusing [3]  1791/18 1791/19 1791/19
regain [2]  1862/19 1862/22
regard [4]  1751/7 1803/11 1827/8 1842/18
regarding [5]  1791/13 1811/7 1896/2 1902/6
1915/19
regardless [5]  1879/1 1904/4 1938/11
1938/16 1939/11
regression [4]  1690/7 1946/16 1949/15
1949/16
regret [1]  1900/15
regular [4]  1712/13 1733/12 1733/17 1769/5
regulatory [1]  1760/16
reign [1]  1892/21
reinforced [2]  1793/4 1817/11
relate [1]  1759/2
related [19]  1759/2 1760/18 1768/18 1768/21
1770/7 1773/21 1833/20 1845/24 1851/25
1857/8 1864/11 1865/7 1874/15 1883/16
1892/13 1896/8 1906/25 1931/22 1938/19
relates [10]  1697/16 1759/20 1760/24
1787/25 1807/16 1846/2 1892/17 1893/18
1894/14 1940/15
relating [1]  1750/13
relation [3]  1811/3 1818/12 1825/13
relationship [3]  1727/21 1773/4 1901/14
relative [2]  1825/8 1826/13
relatively [2]  1880/17 1942/16
release [1]  1754/15
relevance [2]  1736/16 1864/5
relevant [6]  1781/9 1845/4 1850/15 1857/10
1864/5 1925/2
reliable [1]  1719/22
relied [10]  1779/8 1818/5 1828/5 1828/10
1828/11 1828/12 1851/25 1857/19 1871/3
1871/4
relies [3]  1857/7 1857/7 1857/8
reluctance [2]  1731/2 1731/6
reluctancy [1]  1731/8
rely [8]  1821/2 1828/9 1897/13 1901/6
1907/17 1907/20 1918/2 1932/6

relying [14]  1685/11 1705/7 1801/8 1801/25
1810/6 1823/18 1837/4 1857/2 1857/16
1871/2 1897/10 1918/23 1932/2 1932/6
remain [1]  1682/11
remainder [1]  1787/24
remained [1]  1744/7
remember [60]  1684/25 1685/1 1685/2
1685/8 1685/15 1685/17 1686/25 1688/1
1691/13 1691/16 1691/17 1693/24 1694/10
1694/11 1695/2 1695/2 1695/3 1695/23
1696/5 1697/17 1699/11 1700/6 1716/19
1717/15 1717/17 1719/11 1721/18 1721/20
1721/20 1728/6 1779/14 1779/19 1816/2
1832/2 1853/17 1861/24 1861/25 1862/2
1863/12 1863/22 1863/25 1864/2 1868/10
1869/12 1875/2 1875/10 1885/25 1886/3
1887/10 1889/5 1891/24 1899/11 1901/18
1902/10 1903/9 1906/13 1906/14 1914/22
1943/1 1953/19
remembered [1]  1788/19
remind [3]  1698/18 1766/2 1826/1
reminded [1]  1838/10
reminds [1]  1931/16
remorse [1]  1796/15
render [1]  1828/20
rendered [2]  1791/1 1827/17
rendering [1]  1841/18
rendition [1]  1774/18
reorganization [2]  1937/4 1937/14
repeat [4]  1680/15 1727/2 1820/12 1928/16
repeated [2]  1796/14 1931/21
repeatedly [3]  1796/10 1796/12 1930/24
rephrase [3]  1763/9 1895/12 1922/2
replied [2]  1776/23 1788/13
report [125]  1683/25 1684/18 1685/4 1685/6
1685/13 1685/16 1688/3 1688/7 1688/9
1688/13 1688/16 1689/10 1697/14 1697/20
1698/16 1698/23 1699/13 1699/15 1702/2
1702/5 1704/1 1705/23 1708/19 1715/20
1716/23 1721/25 1722/8 1723/10 1728/9
1735/7 1735/9 1735/21 1737/20 1738/2
1739/5 1766/19 1767/17 1767/17 1767/18
1771/9 1778/17 1785/20 1787/23 1788/1
1791/1 1801/9 1801/14 1801/15 1801/16
1801/19 1801/24 1802/2 1802/3 1802/6
1802/8 1802/9 1802/9 1802/15 1802/21
1802/23 1803/1 1803/7 1820/7 1828/12
1829/8 1829/14 1846/4 1850/7 1851/13
1851/16 1851/16 1851/20 1853/9 1853/12
1853/18 1856/16 1856/18 1856/21 1856/23
1857/12 1857/12 1857/14 1857/20 1857/22
1859/9 1859/12 1859/14 1859/25 1870/7
1871/11 1871/12 1871/24 1873/4 1873/7
1873/15 1874/20 1875/7 1889/10 1889/10
1889/11 1889/13 1893/24 1893/24 1894/9
1894/21 1895/9 1916/20 1916/23 1916/25
1931/17 1931/21 1934/1 1935/1 1944/18
1944/24 1945/2 1945/2 1945/21 1945/21
1946/1 1946/2 1950/11 1950/11 1951/11
1951/17
reported [3]  1790/21 1791/14 1945/23
Reporter [1]  1677/11
reporting [2]  1698/23 1950/3
reports [14]  1687/13 1722/19 1724/18
1730/11 1735/1 1735/2 1771/8 1801/12
1803/4 1826/24 1856/14 1856/15 1856/24
1901/8
representatives [1]  1741/15
representing [1]  1870/2
reprimanded [1]  1712/22
request [2]  1743/9 1766/23
requested [7]  1715/1 1746/14 1747/8 1748/5
1748/7 1761/16 1764/3
requesting [2]  1708/22 1800/10

require [4]  1754/8 1776/1 1811/7 1887/4
required [4]  1803/15 1807/23 1859/18 1846/2
1959/2 1959/3
requirement [1]  1773/7
requirements [3]  1771/23 1881/3 1956/20
requires [2]  1745/17 1904/16
research [25]  1742/24 1822/6 1822/20
1887/2 1887/5 1887/5 1887/8 1887/18
1891/23 1892/1 1919/2 1919/15 1920/2
1921/4 1921/5 1921/9 1921/17 1927/24
1942/15 1950/19 1950/22 1950/23 1952/9
1952/16 1958/11
researcher [1]  1887/14
researchers [1]  1936/7
resentencing [3]  1774/15 1860/2 1860/14
residencies [1]  1740/3
residency [5]  1739/21 1740/1 1740/6
1740/10 1751/12
resident [4]  1753/15 1753/15 1832/10
1833/21
residential [4]  1742/12 1743/7 1799/11
1842/22
residents [2]  1772/24 1845/1
resilient [1]  1941/22
resource [1]  1733/10 1925/23
resources [1]  1939/19
respect [5]  1705/3 1745/21 1776/6 1794/10
1796/10
respectively [1]  1794/16
respond [10]  1689/19 1692/2 1696/4 1713/6
1724/4 1767/17 1775/24 1782/14 1799/17
1802/11
responded [5]  1776/18 1780/12 1781/18
1822/24 1900/14
respondent [1]  1899/5
respondents [1]  1897/17
responding [2]  1691/21 1695/6
response [16]  1695/8 1713/4 1725/10
1725/18 1781/3 1781/24 1782/1 1783/6
1783/10 1783/12 1785/16 1788/15 1793/15
1795/17 1811/14 1953/2
responses [8]  1735/3 1781/20 1789/3 1789/6
1790/19 1857/15 1857/16 1953/11
responsibilities [1]  1744/4
responsibility [2]  1737/1 1797/18
responsible [2]  1742/21 1835/9
responsive [5]  1692/16 1692/17 1692/18
1692/19 1775/24
rest [7]  1906/18 1914/11 1914/25 1915/7
1916/6 1916/7 1960/16
restatement [1]  1699/14
result [7]  1690/1 1746/23 1856/23 1873/7
1931/4 1937/6 1960/1
results [22]  1684/22 1688/22 1692/15
1698/20 1699/3 1720/10 1720/17 1747/12
1773/2 1789/13 1853/20 1889/1 1894/8
1895/22 1898/3 1907/23 1927/8 1940/25
1950/23 1951/4 1952/15 1954/24
resume [3]  1760/24 1761/5 1761/23
Resumed [1]  1766/9
retained [11]  1744/22 1747/6 1747/10
1747/15 1749/8 1750/20 1757/13 1757/17
1773/6 1841/7 1883/7
retardation [89]  1686/9 1687/11 1687/18
1687/21 1687/25 1688/2 1700/23 1701/18
1701/25 1729/15 1729/17 1729/23 1730/17
1731/12 1736/16 1736/19 1736/20 1759/21
1760/12 1761/9 1761/21 1761/22 1762/16
1762/21 1762/22 1763/24 1764/14 1764/15
1771/13 1771/17 1771/17 1771/19 1771/20
1771/24 1774/11 1783/18 1783/20 1787/14
1790/18 1791/2 1794/4 1794/19 1808/8
1808/14 1809/2 1809/5 1811/18 1811/24
1816/21 1817/20 1818/7 1819/2 1819/6

# R

retardation... [36]  1819/14 1820/5 1820/24
1821/7 1836/14 1840/14 1840/17 1840/19
1840/20 1840/21 1840/22 1840/25 1841/3
1842/4 1845/20 1846/7 1849/2 1849/23
1855/3 1861/2 1861/8 1864/12 1865/2
1865/14 1868/8 1879/4 1881/17 1882/8
1892/17 1893/19 1894/14 1918/4 1918/18
1919/5 1933/2 1938/6

retarded [53]  1687/16 1700/19 1701/11
1701/19 1730/2 1730/4 1730/10 1730/20
1731/3 1737/19 1742/12 1745/8 1760/7
1760/10 1760/21 1771/22 1772/2 1772/3
1772/4 1800/18 1807/1 1808/12 1820/19
1840/24 1842/23 1854/19 1854/25 1860/21
1861/15 1861/22 1862/3 1862/4 1862/7
1862/16 1862/20 1862/23 1864/18 1864/21
1866/7 1867/4 1868/17 1869/25 1870/17
1870/18 1870/19 1870/20 1870/25 1871/17
1895/11 1903/2 1907/17 1912/11 1915/12

retest [19]  1919/23 1920/3 1920/7 1920/9
1920/11 1920/12 1920/13 1920/17 1920/22
1921/8 1921/16 1921/21 1927/10 1927/20
1928/8 1929/1 1929/11 1947/22 1947/24

retests [1]  1921/16

retired [5]  1680/20 1687/17 1699/7 1731/7
1883/1

retrospect [1]  1900/14

retrospective [3]  1890/17 1898/17 1912/21

retrospectively [2]  1899/18 1913/5

returned [6]  1679/18 1742/16 1743/1 1744/5
1777/5 1784/10

revealed [1]  1874/13

review [33]  1684/14 1685/25 1686/1 1688/6
1688/8 1690/5 1703/3 1706/20 1736/9
1750/21 1758/23 1759/15 1760/19 1764/18
1766/11 1766/14 1766/20 1768/21 1769/15
1770/7 1776/7 1790/10 1811/21 1812/17
1812/21 1814/14 1823/18 1828/23 1829/11
1829/22 1852/22 1893/25 1959/2

reviewed [26]  1706/18 1750/23 1752/7
1770/9 1776/6 1788/6 1788/6 1790/20
1802/15 1826/23 1826/25 1828/12 1828/17
1828/18 1829/2 1829/12 1830/14 1832/8
1850/7 1852/3 1852/25 1880/14 1889/8
1892/6 1893/13 1894/3

reviewer [1]  1823/15

reviewing [5]  1816/25 1833/22 1833/23
1842/7 1895/21

ridiculous [2]  1763/1 1814/23

right [235]  1678/11 1678/24 1685/19
1685/20 1687/6 1688/18 1690/18 1691/22
1693/10 1693/10 1693/22 1694/13 1694/16
1694/17 1699/7 1702/11 1702/22 1703/1
1703/8 1703/16 1703/22 1704/13 1704/25
1705/19 1705/21 1705/24 1706/19 1707/11
1707/13 1707/20 1707/21 1709/15 1709/22
1713/6 1713/7 1713/8 1715/12 1715/13
1717/25 1718/2 1718/7 1718/12 1718/13
1718/15 1719/2 1719/3 1720/5 1722/2
1722/16 1724/8 1724/11 1724/15 1724/23
1725/5 1725/21 1726/9 1728/25 1729/11
1731/18 1736/2 1737/7 1738/3 1738/5 1738/8
1738/21 1739/8 1740/25 1748/25 1752/14
1754/12 1754/15 1754/21 1755/20 1756/22
1757/24 1758/10 1758/13 1758/17 1759/12
1760/22 1762/1 1763/9 1765/18 1766/2
1766/12 1768/8 1769/13 1769/18 1778/20
1779/1 1782/5 1785/16 1797/4 1800/23
1801/4 1802/25 1803/19 1805/22 1807/7
1807/11 1807/13 1808/25 1809/11 1809/25
1811/19 1812/2 1817/21 1819/17 1819/19
1819/20 1820/9 1824/15 1828/17 1835/22

1836/6 1838/22 1839/24 1840/8 1841/12
1842/11 1843/7 1843/18 1845/13 1846/5
1846/11 1848/20 1849/9 1850/20 1854/11
1857/11 1857/22 1858/12 1858/13 1858/14
1858/22 1859/14 1859/15 1860/9 1862/12
1865/2 1866/9 1866/17 1868/25 1870/16
1871/5 1871/8 1871/13 1871/18 1874/20
1875/22 1876/9 1876/24 1877/6 1877/11
1877/13 1877/25 1878/8 1879/9 1882/18
1885/4 1885/5 1889/4 1889/16 1890/21
1890/25 1900/10 1906/4 1908/8 1909/17
1910/13 1910/17 1910/22 1912/16 1913/8
1913/12 1914/24 1915/4 1915/10 1915/24
1916/7 1917/19 1919/14 1919/21 1919/25
1920/16 1921/18 1921/24 1923/8 1923/25
1924/16 1925/16 1927/21 1929/6 1929/16
1929/21 1929/25 1930/3 1930/6 1930/10
1930/14 1930/20 1931/1 1931/14 1932/7
1933/20 1933/23 1934/13 1934/18 1939/1
1940/8 1941/3 1941/25 1943/7 1943/13
1944/15 1945/12 1946/1 1946/14 1948/5
1949/1 1953/5 1953/22 1954/1 1955/11
1956/1 1956/17 1957/11 1957/16 1957/22
1959/21 1960/2 1960/18 1961/4 1961/8
1961/13

right-hand [1]  1690/18

rights [4]  1745/4 1756/1 1758/23 1794/11

rigid [1]  1721/21

Rikers [1]  1797/10

rise [1]  1850/3

risen [1]  1938/2

risk [5]  1748/12 1748/14 1776/5 1873/6
1937/16

risks [1]  1844/9

Ritalin [20]  1728/4 1729/3 1779/4 1779/6
1793/5 1793/6 1829/21 1830/3 1830/8
1830/18 1830/23 1830/24 1830/25 1831/3
1831/16 1831/19 1832/21 1834/14 1834/19
1835/2

Rm [1]  1677/12

robbery [1]  1778/5

Robert [3]  1877/2 1878/2 1878/7

robust [1]  1902/21

role [10]  1682/5 1745/7 1745/22 1754/4
1754/8 1755/21 1789/11 1863/10 1882/1
1936/24

Rolling [1]  1781/6

RONELL [1]  1676/5 1678/6 1766/12
1817/12 1828/3

room [9]  1694/12 1710/13 1733/10 1769/20
1772/13 1772/19 1791/14 1851/4 1901/25

rooms [1]  1769/21

Rorschach [2]  1683/13 1735/15

ROTHMAN [1]  1676/19

rough [1]  1797/15

roughly [4]  1827/13 1844/14 1844/15
1887/16

round [1]  1947/11

route [1]  1887/15

routinely [1]  1694/20

routines [1]  1711/4

row [2]  1798/10 1844/10

RPR [1]  1677/12

rudimentary [2]  1826/9 1826/11

rule [11]  1771/12 1794/13 1807/21 1807/24
1808/14 1809/8 1828/6 1840/7 1840/14
1934/17 1937/13

rules [7]  1719/8 1719/11 1719/13 1791/17
1922/11 1957/15 1957/19

run [5]  1725/13 1781/16 1792/1 1814/25
1815/1

runners [1]  1850/1

# S

safe [1]  1689/20

safeguard [1]  1902/7

safety [7]  1743/4 1743/9 1743/14 1743/18
1796/15 1804/15 1940/10

said [148]  1695/3 1695/4 1698/6 1699/14
1700/21 1702/13 1703/17 1704/8 1707/9
1710/19 1712/21 1713/1 1713/15 1716/9
1717/1 1722/4 1722/24 1724/13 1724/24
1725/12 1726/17 1728/15 1730/14 1730/20
1731/12 1732/17 1735/25 1736/19 1737/1
1748/23 1751/21 1753/5 1756/23 1757/14
1757/19 1772/14 1774/8 1777/9 1777/11
1777/11 1777/14 1777/14 1777/23 1779/23
1780/10 1780/21 1780/24 1781/11 1781/14
1781/18 1782/13 1784/23 1785/2 1785/16
1789/5 1790/3 1790/14 1797/11 1797/14
1797/16 1800/1 1800/3 1801/15 1801/18
1802/25 1803/19 1804/22 1804/22 1805/18
1805/20 1805/22 1810/11 1810/23 1811/1
1812/22 1816/23 1817/19 1818/19 1820/9
1820/13 1820/15 1820/17 1821/10 1823/9
1823/11 1828/14 1828/19 1832/17 1836/3
1839/5 1840/3 1840/6 1845/16 1856/11
1857/18 1857/20 1857/24 1858/1 1858/17
1858/20 1858/21 1859/2 1859/2 1859/4
1859/22 1859/24 1860/6 1861/13 1861/17
1863/15 1868/11 1869/16 1869/17 1874/20
1875/11 1875/18 1876/7 1887/10 1887/12
1890/1 1890/6 1895/14 1896/17 1903/12
1909/3 1909/4 1909/25 1911/25 1915/21
1916/1 1916/15 1919/13 1921/23 1922/9
1931/21 1932/8 1933/13 1935/4 1936/2
1939/5 1939/13 1942/13 1942/13 1942/14
1943/21 1947/16 1953/23 1955/13

salary [1]  1769/5

same [16]  1714/11 1723/22 1727/12 1740/14
1751/6 1774/24 1807/19 1822/5 1840/13
1842/11 1897/12 1897/15 1927/23 1932/1
1941/22 1949/6

sample [2]  1919/14 1958/25

samples [3]  1726/7 1880/14 1918/21

San [3]  1726/23 1798/10 1885/24

San Francisco [1]  1885/24

sanity [1]  1821/19

sat [8]  1684/23 1694/12 1712/21 1713/13
1768/6 1776/14 1910/19 1924/7

saves [1]  1780/22

saw [18]  1685/1 1690/9 1697/16 1701/15
1701/16 1730/11 1731/24 1734/24 1734/24
1783/5 1785/19 1811/2 1828/25 1836/9
1852/25 1853/3 1897/25 1899/24

say [173]  1679/21 1680/15 1682/18 1683/2
1683/9 1683/9 1685/1 1685/7 1692/3 1692/3
1695/15 1695/24 1695/25 1699/17 1699/22
1700/5 1700/6 1701/16 1710/4 1712/16
1714/12 1719/9 1720/7 1721/8 1721/12
1722/10 1722/19 1725/4 1726/18 1727/3
1727/11 1731/2 1732/15 1733/7 1733/19
1735/12 1737/3 1737/15 1737/20 1737/25
1744/11 1750/4 1751/4 1751/4 1754/21
1755/3 1759/1 1762/24 1764/4 1766/6
1768/22 1769/1 1769/4 1771/7 1778/12
1779/23 1779/24 1783/10 1785/11 1785/11
1785/12 1787/18 1787/23 1792/8 1798/15
1802/8 1806/4 1806/10 1806/11 1806/13
1807/9 1807/16 1807/25 1808/13 1809/6
1814/10 1814/12 1814/20 1820/1 1822/16
1823/7 1824/16 1825/8 1825/12 1826/8
1826/10 1827/16 1827/19 1827/20 1831/21
1833/1 1833/10 1833/17 1839/21 1840/13
1842/10 1845/7 1845/15 1846/6 1849/10
1852/19 1855/12 1855/16 1856/4 1856/9

say... [68] 1856/14 1858/16 1858/21 1858/22
1859/7 1859/8 1859/11 1860/10 1860/13
1860/15 1860/21 1866/6 1866/11 1866/20
1877/23 1878/25 1882/19 1883/1 1884/21
1888/10 1889/17 1890/6 1892/19 1893/25
1899/8 1899/10 1899/23 1905/7 1905/9
1905/15 1908/5 1908/16 1908/22 1909/2
1909/15 1914/1 1914/6 1914/14 1914/18
1915/11 1915/14 1918/2 1920/16 1920/25
1924/24 1928/12 1928/20 1930/7 1930/22
1931/8 1932/2 1932/22 1933/13 1936/22
1938/1 1939/7 1940/6 1940/24 1942/7 1946/1
1946/5 1947/17 1950/18 1952/21 1952/22
1954/21 1956/7 1960/20

saying [66] 1695/2 1695/23 1696/5 1700/15
1702/18 1721/18 1723/4 1726/23 1733/1
1737/11 1760/9 1762/19 1764/16 1779/24
1781/12 1781/21 1804/17 1806/11 1843/3
1846/19 1846/22 1846/24 1849/6 1858/25
1864/17 1867/3 1868/6 1868/10 1869/12
1879/8 1886/5 1899/22 1903/9 1908/21
1910/24 1910/25 1911/11 1911/20 1912/1
1912/19 1912/22 1912/24 1914/7 1914/21
1915/3 1915/23 1917/21 1917/21 1919/8
1926/22 1927/25 1928/12 1930/16 1932/1
1932/11 1932/25 1934/5 1934/6 1934/17
1935/3 1939/3 1943/1 1952/16 1952/21
1953/1 1955/21

sayings [2] 1780/20 1781/20
says [57] 1710/5 1720/8 1775/23 1793/7
1800/6 1806/12 1807/2 1807/18 1807/19
1809/1 1818/9 1818/23 1819/12 1822/8
1845/10 1845/13 1846/16 1852/15 1852/16
1852/21 1858/2 1858/4 1858/12 1858/13
1858/23 1859/3 1859/9 1859/12 1859/21
1864/20 1865/5 1865/12 1868/11 1868/16
1869/1 1869/13 1870/23 1906/2 1909/13
1918/17 1926/14 1927/7 1927/13 1929/22
1932/14 1932/19 1939/6 1940/4 1940/5
1940/6 1945/6 1945/20 1945/1 1954/8
1948/15 1958/24 1959/24

scale [10] 1697/17 1701/5 1720/14 1730/10
1799/3 1799/23 1816/10 1816/13 1852/12
1909/18

scales [6] 1889/23 1890/10 1906/5 1917/12
1919/24 1953/9

scan [3] 1718/23 1875/5 1875/7
Scans [1] 1875/8
schedule [2] 1707/22 1961/5
SCHEIDER [1] 1676/19
schizophrenia [4] 1839/12 1840/19 1875/19
1915/3

schizophrenic [1] 1915/12
school [74] 1679/9 1679/10 1679/11 1679/19
1679/22 1680/3 1680/4 1680/11 1680/19
1681/24 1681/24 1682/5 1686/12 1686/16
1686/20 1686/23 1686/24 1687/1 1687/3
1687/6 1687/8 1687/24 1689/2 1693/7 1693/9
1693/12 1699/10 1700/10 1700/12 1700/13
1702/10 1702/13 1702/20 1708/23 1709/1
1712/13 1712/14 1715/22 1717/24 1718/1
1722/18 1725/8 1729/7 1729/7 1729/8
1730/23 1730/25 1732/4 1732/5 1733/17
1734/14 1735/1 1736/11 1736/19 1736/20
1737/2 1740/6 1752/1 1752/12 1752/16
1752/22 1753/3 1786/19 1791/25 1793/23
1795/11 1805/14 1836/17 1863/18 1869/7
1874/14 1886/23 1941/13 1942/18

schooling [2] 1775/8 1777/17
schools [11] 1681/22 1686/17 1686/19
1686/24 1686/25 1687/4 1687/5 1733/12
1742/12 1777/18 1823/5

schoolwork [1] 1693/4
scold [1] 1693/24
score [97] 1697/17 1698/6 1698/7 1700/16
1701/5 1718/11 1719/21 1721/21 1721/21
1723/16 1723/20 1723/23 1723/25 1725/23
1726/9 1726/21 1726/24 1727/19 1727/20
1727/23 1732/13 1737/22 1798/23 1798/25
1820/10 1820/14 1820/23 1821/1 1821/3
1824/17 1825/8 1825/9 1825/10 1825/12
1825/13 1825/14 1825/17 1825/18 1825/19
1825/24 1852/5 1853/21 1854/5 1905/5
1905/6 1905/7 1905/16 1905/20 1906/1
1906/12 1907/7 1908/13 1908/15 1909/1
1909/10 1909/14 1909/14 1910/16 1911/2
1911/10 1911/11 1911/12 1911/17 1911/20
1912/2 1917/8 1918/15 1930/7 1931/1 1931/2
1931/9 1931/25 1933/15 1941/14 1943/6
1943/7 1945/2 1945/21 1946/2 1946/2
1947/25 1948/9 1948/17 1948/24 1948/24
1949/8 1949/10 1949/14 1949/18 1949/22
1949/25 1953/3 1956/11 1956/16 1956/18
1959/10 1960/14

scored [4] 1726/5 1943/12 1956/8 1957/12
scores [108] 1698/3 1698/4 1701/9 1701/12
1702/23 1715/8 1718/14 1725/20 1727/13
1727/13 1727/23 1737/3 1811/10 1811/22
1812/12 1812/13 1812/22 1816/8 1816/10
1816/20 1817/8 1820/4 1821/8 1822/8
1822/11 1822/13 1851/12 1851/17 1852/1
1852/2 1852/5 1852/7 1852/10 1852/12
1852/25 1853/1 1853/8 1853/13 1853/15
1854/7 1854/10 1854/13 1854/16 1854/17
1855/1 1855/2 1855/4 1871/7 1871/8 1871/18
1895/18 1896/3 1896/6 1906/18 1907/20
1916/11 1916/16 1916/21 1919/9 1919/11
1920/7 1928/3 1929/24 1930/16 1931/22
1932/8 1933/9 1933/11 1933/12 1933/25
1934/12 1934/14 1934/16 1934/19 1935/3
1935/14 1937/12 1941/24 1942/2 1942/20
1943/19 1943/21 1944/11 1947/10 1949/2
1949/2 1950/6 1952/2 1952/6 1952/20
1953/17 1953/20 1954/1 1954/5 1954/6
1955/1 1955/2 1955/3 1955/4 1955/11
1955/16 1955/19 1958/2 1959/4 1959/10
1960/7 1960/9 1960/16

scoring [12] 1716/13 1720/12 1825/8
1847/11 1894/3 1951/5 1954/22 1954/23
1954/25 1955/3 1955/20 1957/18

screen [4] 1696/21 1715/4 1944/7 1944/9
se [1] 1775/23
seat [2] 1738/15 1878/5
seated [3] 1678/19 1913/12 1923/8
second [18] 1721/1 1755/8 1755/16 1762/1
1762/2 1777/9 1777/14 1812/1 1812/12
1822/10 1823/3 1829/22 1831/10 1846/15
1846/16 1877/4 1879/7 1952/8

secretary [2] 1743/9 1743/17
section [12] 1688/17 1721/22 1803/20 1898/8
1898/8 1918/18 1929/6 1929/9 1929/11
1929/17 1935/2 1958/22

sections [1] 1728/9
secure [1] 1759/3
secured [1] 1759/13
security [4] 1740/11 1740/11 1742/7 1844/9
sedation [1] 1833/16
see [109] 1681/5 1682/10 1682/10 1684/4
1685/5 1687/18 1689/22 1690/20 1690/21
1691/1 1691/3 1691/15 1698/11 1705/10
1708/10 1708/13 1708/20 1710/15 1710/15
1715/4 1718/19 1723/4 1723/13 1727/18
1729/20 1730/17 1732/17 1732/17 1734/14
1742/4 1752/7 1758/20 1760/14 1764/12
1767/10 1767/16 1767/19 1768/25 1773/16
1783/6 1783/13 1786/5 1799/15 1805/16

1806/3 1807/7 1810/6 1810/13 1821/10
1823/20 1827/20 1837/9 1838/6 1838/18
1839/10 1839/11 1839/16 1839/21 1839/23
1839/25 1840/1 1840/2 1840/7 1840/15
1840/21 1842/7 1842/12 1847/14 1848/9
1848/22 1851/2 1851/11 1853/8 1861/9
1863/11 1867/11 1886/12 1886/13 1894/25
1900/14 1908/11 1914/5 1914/16 1916/3
1917/6 1917/6 1917/16 1919/8 1919/16
1922/21 1923/20 1927/12 1928/15 1928/16
1928/19 1929/3 1929/24 1931/12 1933/25
1938/6 1938/8 1938/9 1939/10 1942/9
1943/18 1944/4 1946/14 1957/12 1961/9

seeing [6] 1685/13 1688/2 1702/2 1829/8
1837/7 1895/21

seem [2] 1708/15 1933/16
seemed [1] 1735/20
seeming [1] 1884/25
seems [6] 1710/2 1725/6 1761/3 1812/19
1822/25 1916/13

seen [15] 1684/3 1687/23 1725/10 1734/11
1769/22 1771/8 1784/19 1785/25 1806/8
1810/3 1811/10 1818/14 1826/14 1842/7
1901/8

sees [1] 1807/8
segregated [1] 1844/9
segregation [2] 1798/19 1842/24
select [2] 1754/23 1754/24
selected [3] 1746/18 1951/20 1951/21
self [16] 1784/19 1796/14 1797/18 1850/7
1856/14 1856/15 1856/16 1856/18 1856/21
1856/23 1856/24 1857/12 1857/12 1857/14
1939/13 1939/21

self-help [1] 1784/19
self-image [1] 1797/18
self-report [7] 1856/16 1856/18 1856/21
1856/23 1857/12 1857/12 1857/14
self-reports [3] 1856/14 1856/15 1856/24
SEM [1] 1946/22
semester [1] 1752/16 1752/17
semesters [1] 1717/21
send [3] 1712/15 1747/19 1889/11
sends [1] 1823/17
senior [1] 1743/2
sense [21] 1692/22 1708/4 1711/14 1711/17
1717/13 1736/25 1784/21 1784/22 1786/9
1786/24 1807/6 1807/7 1857/13 1893/3
1905/24 1908/11 1911/6 1923/12 1948/2
1957/13 1960/22

sensitivity [3] 1868/21 1869/20 1869/23
sentence [8] 1774/14 1816/8 1846/16
1846/18 1860/1 1918/25 1919/1 1927/5
sentenced [3] 1774/16 1881/11 1890/20
sentences [2] 1775/23 1798/12
sentencing [2] 1774/14 1821/18
separate [5] 1769/5 1806/18 1906/21 1929/6
1952/10

September [2] 1748/19 1829/9
September 11th [1] 1748/19
serial [1] 1785/7
series [1] 1775/13
serious [8] 1839/12 1873/7 1873/11 1874/6
1874/16 1936/12 1937/19 1937/24
seriousness [1] 1874/8
serve [1] 1741/8
service [6] 1681/11 1741/6 1741/6 1755/17
1760/17 1882/3

services [12] 1740/20 1740/21 1742/9
1742/17 1742/18 1742/19 1744/7 1745/3
1745/7 1755/22 1768/17 1881/10
serving [2] 1741/7 1741/19
session [1] 1731/7
sessions [1] 1828/3
set [17] 1689/13 1696/21 1704/22 1711/4

set... [13] 1719/18 1719/18 1720/9 1778/24
1790/12 1805/17 1824/10 1844/20 1844/21
1892/6 1918/3 1948/13 1961/5
sets [1] 1802/18
setting [12] 1770/4 1803/21 1883/3 1895/9
1895/19 1895/22 1895/23 1903/17 1903/21
1904/16 1904/20 1943/9
settings [2] 1753/24 1770/3
settle [1] 1755/18
settled [3] 1755/11 1756/15 1756/18
settlement [2] 1744/21 1756/20
settles [1] 1933/11
seven [17] 1709/20 1712/19 1733/21 1767/16
1777/10 1785/8 1880/20 1896/11 1920/5
1920/9 1920/14 1921/3 1921/8 1921/12
1921/16 1922/8 1960/12
seven-and-a-half-year [1] 1733/21
sevens [2] 1785/7 1785/21
seventies [1] 1782/21
several [7] 1706/25 1780/21 1784/5 1793/19
1841/6 1882/22 1892/6
severe [3] 1771/20 1794/9 1937/3
severely [2] 1711/23 1712/1
sex [1] 1745/9
shake [1] 1789/3
Shall [1] 1714/16
shape [3] 1948/22 1948/25 1949/8
Shapiro's [2] 1944/6 1953/5
share [3] 1835/15 1835/17 1873/22
sharp [1] 1851/3
she [66] 1691/15 1707/16 1709/8 1709/9
1709/10 1709/11 1709/12 1710/18 1711/6
1713/1 1713/15 1713/14 1728/15 1732/17
1756/1 1756/5 1756/5 1756/8 1756/9 1756/10
1756/15 1772/13 1772/14 1772/14 1772/15
1772/16 1776/24 1777/6 1834/12 1855/9
1861/21 1862/2 1862/3 1862/5 1863/14
1863/17 1863/18 1863/20 1864/18 1865/14
1867/5 1867/6 1868/8 1868/18 1868/22
1869/3 1869/6 1869/7 1869/10 1870/17
1870/18 1870/20 1870/21 1870/22 1889/16
1898/10 1898/12 1898/13 1900/13 1913/13
1913/15 1916/1 1947/6 1947/8 1947/11
1947/14
she's [2] 1864/19 1864/20
sheet [2] 1698/16 1714/22
shifted [1] 1928/24
shine [1] 1786/21
shirt [1] 1773/12
shoes [7] 1773/13 1773/18 1774/20 1774/22
1774/24 1784/24 1784/24
shook [1] 1789/1
short [4] 1702/6 1702/7 1842/16 1920/12
Shortly [1] 1961/12
shot [1] 1806/15
shot-caller [1] 1806/15
should [35] 1678/13 1682/11 1682/12 1708/8
1711/18 1716/14 1718/22 1720/11 1725/11
1735/22 1771/7 1778/1 1799/8 1799/21
1804/8 1806/5 1811/23 1818/18 1818/21
1821/7 1821/21 1822/9 1823/19 1838/24
1852/15 1852/16 1856/15 1873/25 1874/24
1883/1 1924/17 1945/7 1947/7 1956/12
1960/21
shouldn't [7] 1726/21 1777/24 1781/2
1781/5 1781/19 1781/24 1808/10
show [16] 1725/1 1725/18 1730/22 1808/18
1827/8 1827/9 1830/6 1830/17 1918/15
1920/2 1921/4 1921/17 1930/25 1952/19
1952/20 1957/10
showed [4] 1694/9 1703/17 1730/8 1818/22
showing [6] 1732/2 1823/25 1830/10

1851/17 1916/17 1918/8
shown [5] 1508/5 1784/8 1864/9 1920/9
1942/15
shows [4] 1708/17 1708/18 1725/7 1921/10
SHUs [1] 1844/10
siblings [1] 1776/19
sic [2] 1684/20 1827/11
side [9] 1718/24 1793/15 1815/4 1833/15
1881/23 1882/2 1885/8 1911/2 1927/20
sidebar [3] 1813/10 1814/1 1814/20
SIE [1] 1731/20
SIE-VII [1] 1731/20
signal [1] 1839/15
signed [1] 1889/13
significance [7] 1782/15 1854/22 1856/11
1864/14 1864/15 1880/10 1916/16
significant [28] 1682/3 1702/12 1710/6
1712/6 1729/20 1773/25 1797/24 1798/1
1799/20 1819/15 1845/14 1845/16 1863/19
1869/8 1870/1 1873/3 1873/6 1874/19
1874/20 1874/21 1894/24 1896/11 1928/6
1928/15 1928/20 1930/4 1938/7 1950/23
significantly [3] 1732/5 1819/7 1896/10
sills [1] 1939/23
similarities [4] 1698/1 1956/6 1956/7 1956/7
similarly [1] 1912/10
simple [2] 1782/6 1919/3
simply [14] 1780/17 1782/14 1786/23
1805/10 1806/5 1807/5 1841/24 1866/6
1915/23 1917/24 1919/12 1932/11 1939/8
1942/20
since [26] 1679/11 1681/5 1690/25 1730/4
1740/9 1743/10 1747/4 1753/5 1757/2 1757/4
1762/20 1763/13 1763/21 1768/22 1771/5
1778/11 1779/16 1784/9 1786/8 1789/5
1805/6 1839/5 1839/6 1880/2 1882/24
1924/14
single [17] 1724/21 1725/5 1783/22 1783/23
1855/10 1913/21 1913/25 1914/1 1914/10
1915/6 1916/2 1921/8 1928/25 1929/11
1945/2 1945/21 1946/1
sir [14] 1738/25 1812/11 1816/2 1816/7
1827/3 1839/2 1876/20 1877/25 1885/20
1887/23 1913/14 1926/4 1927/4 1936/18
SIRS [2] 1843/16 1843/17
sit [7] 1767/7 1812/25 1813/7 1813/8
1814/17 1889/6 1901/11
site [1] 1720/15
sitting [1] 1855/6
situation [19] 1722/11 1788/12 1797/2
1797/6 1800/8 1808/7 1808/14 1844/14
1864/17 1868/23 1876/11 1896/22 1908/6
1908/15 1921/9 1921/15 1929/1 1929/12
1947/24
situations [2] 1724/5 1907/11
six [28] 1697/22 1697/22 1705/10 1723/12
1731/16 1731/17 1771/5 1771/5 1777/9
1779/17 1791/12 1804/16 1812/14 1812/14
1816/15 1828/2 1829/21 1830/5 1830/6
1831/4 1832/12 1834/10 1845/21 1847/13
1852/8 1856/21 1920/14 1960/12
six-and-a-half-year [1] 1723/12
sixty [3] 1729/18 1731/16 1731/17
Sixty-five [1] 1729/18
sixty-six [2] 1731/16 1731/17
size [2] 1943/15 1943/19
sized [1] 1930/13
skewed [1] 1949/17
skill [1] 1847/14
skills [25] 1795/2 1795/2 1836/9 1846/10
1846/21 1847/8 1847/9 1847/10 1847/19
1848/4 1848/24 1849/2 1849/11 1849/15
1849/17 1903/16 1935/6 1938/11 1938/13
1938/16 1938/17 1938/18 1938/22 1939/17

1942/10
slapped [1] 1790/6
slaps [1] 1702/4
Slate [1] 1953/6
sleepiness [1] 1793/15
sleepy [2] 1779/8 1793/12
slender [1] 1709/23
slide [3] 1853/3 1944/6 1953/5
slipped [1] 1899/7
slipping [2] 1899/3 1899/12
slow [2] 1779/10 1793/13
slowed [1] 1833/16
slowing [1] 1793/12
small [4] 1797/14 1839/10 1840/15 1941/18
smaller [1] 1735/23
smart [1] 1787/16
smartly [1] 1773/10
smile [1] 1787/14
smiled [3] 1774/20 1784/23 1785/1 1785/4
smoke [1] 1783/5
sneakers [8] 1774/4 1845/12 1845/14
1845/24 1846/25 1850/16 1850/19 1851/3
snow [2] 1850/15 1850/19
so [357]
sober [1] 1777/6
social [22] 1707/23 1723/9 1723/11 1723/17
1723/19 1723/25 1728/7 1728/9 1730/4
1796/6 1848/23 1849/1 1849/10 1849/15
1849/16 1898/9 1938/16 1938/21 1938/22
1939/17 1939/18 1940/13
socialization [5] 1793/24 1804/14 1805/3
1807/11 1807/12
socially [1] 1804/6
societal [1] 1796/9
socioeconomic [1] 1783/16
socioeconomic-determined [1] 1783/16
soft [3] 1781/12 1781/13 1782/17
software [1] 1951/22
sole [1] 1840/22
solid [3] 1904/2 1904/4 1931/16
solidly [1] 1911/7
SOLOWAY [1] 1676/19
some [130] 1679/18 1685/1 1686/9 1687/10
1687/25 1688/17 1697/14 1697/15 1699/14
1707/8 1708/25 1709/17 1717/1 1717/12
1717/23 1720/20 1725/14 1728/15 1730/3
1730/4 1732/20 1734/11 1735/2 1735/6
1735/16 1736/24 1737/14 1748/4 1748/13
1750/19 1751/19 1752/2 1752/3 1752/24
1753/23 1754/7 1755/23 1757/14 1764/9
1764/25 1766/14 1768/1 1770/6 1771/4
1773/12 1773/19 1781/9 1786/10 1786/17
1789/2 1791/17 1792/3 1794/18 1796/22
1796/22 1797/17 1798/2 1801/13 1802/20
1802/23 1812/9 1812/24 1817/10 1821/10
1822/24 1826/16 1830/1 1833/15 1834/5
1835/19 1835/20 1835/24 1836/8 1838/20
1841/3 1841/4 1842/17 1844/9 1845/1 1845/2
1848/6 1848/12 1849/12 1851/13 1854/2
1861/5 1862/20 1862/20 1862/22 1864/15
1881/17 1882/8 1884/20 1884/22 1885/5
1888/17 1891/17 1891/22 1892/1 1893/4
1893/7 1895/7 1895/15 1897/3 1898/4
1903/23 1903/24 1905/1 1905/25 1907/7
1907/21 1914/2 1918/3 1920/6 1924/9
1927/18 1931/8 1934/10 1936/22 1938/3
1940/14 1944/16 1952/12 1952/16 1954/1
1955/25 1956/20 1958/4 1960/5 1960/9
somebody [18] 1716/12 1716/12 1735/11
1736/6 1737/18 1756/18 1773/23 1805/8
1809/8 1856/6 1861/15 1866/11 1866/21
1888/23 1897/16 1908/3 1940/2 1942/17
somebody's [3] 1845/12 1911/8 1943/10
somehow [3] 1730/23 1737/16 1811/23

S

**someone** [35]  1688/2 1713/1 1726/10 1726/11 1726/24 1730/7 1733/1 1733/6 1745/23 1776/2 1782/10 1784/25 1787/9 1797/19 1805/11 1806/24 1807/12 1807/4 1821/22 1822/21 1840/1 1840/18 1848/13 1852/22 1860/10 1861/8 1861/21 1862/7 1865/20 1866/2 1907/17 1913/4 1943/11 1950/11 1956/16

**someone's** [3]  1725/11 1806/21 1826/17

**something** [51]  1683/13 1683/15 1685/5 1685/24 1685/25 1687/2 1687/22 1689/16 1689/22 1692/13 1694/23 1696/5 1703/5 1717/16 1718/10 1719/10 1721/8 1721/15 1722/20 1726/18 1729/3 1735/13 1735/14 1735/18 1737/16 1737/23 1737/25 1761/5 1776/3 1782/11 1787/5 1792/16 1793/1 1805/22 1807/11 1814/14 1818/3 1820/17 1821/21 1849/7 1852/16 1856/7 1879/4 1887/11 1899/9 1901/1 1926/1 1933/22 1937/20 1952/7 1960/15

**sometime** [4]  1828/24 1829/2 1834/10 1834/11

**sometimes** [21]  1687/19 1690/1 1691/19 1691/21 1693/1 1696/24 1720/25 1727/8 1786/15 1799/12 1799/16 1800/7 1842/21 1844/7 1850/2 1862/10 1863/4 1889/6 1903/17 1937/5 1937/6

**somewhat** [7]  1689/11 1714/9 1827/15 1893/5 1936/6 1948/10 1955/22

**somewhere** [8]  1721/3 1779/25 1806/23 1825/24 1887/10 1890/8 1947/18 1950/10

**soon** [1]  1713/19

**sorry** [22]  1680/14 1680/14 1686/21 1760/16 1761/24 1762/1 1763/8 1794/21 1820/12 1830/6 1839/2 1846/13 1847/19 1853/6 1856/17 1859/8 1859/21 1900/6 1901/16 1926/19 1937/22 1955/12

**sort** [28]  1685/6 1689/18 1692/9 1692/14 1693/3 1696/2 1699/13 1711/17 1714/8 1717/23 1723/16 1726/18 1726/23 1730/7 1735/15 1736/3 1737/6 1762/8 1764/12 1771/11 1838/21 1844/21 1888/1 1931/6 1937/3 1940/22 1943/12 1954/5

**sound** [2]  1769/21 1809/25

**sounds** [4]  1810/1 1906/17 1913/1 1936/2

**source** [6]  1904/10 1918/2 1922/25 1925/20 1943/21 1957/25

**sources** [3]  1904/11 1909/20 1942/5

**South** [3]  1745/1 1745/2 1841/10

**South Carolina** [1]  1745/2

**span** [4]  1718/17 1718/21 1718/23 1784/6

**speak** [5]  1691/15 1707/22 1845/3 1897/7 1911/19

**speaker** [1]  1761/17

**speaking** [11]  1759/8 1887/7 1887/16 1901/16 1921/1 1921/1 1921/7 1927/21 1941/5 1941/6 1952/17

**special** [12]  1677/7 1685/24 1686/5 1732/7 1736/21 1744/16 1744/17 1759/14 1775/20 1850/24 1880/4 1929/7

**specialist** [1]  1772/12

**specialized** [1]  1743/3

**specialties** [2]  1739/23 1746/8

**specific** [15]  1700/21 1717/5 1728/3 1751/8 1751/10 1756/11 1760/12 1824/5 1830/9 1836/2 1836/5 1899/4 1916/24 1954/25 1957/13

**specifically** [16]  1719/12 1742/11 1760/18 1760/24 1762/4 1765/8 1768/10 1768/14 1831/24 1844/4 1850/11 1862/6 1865/5 1865/7 1905/7 1919/2

**specifics** [1]  1929/14

**specified** [2]  1828/11 1836/4

**speculate** [1]  1833/24

**speech** [2]  1775/25 1776/2

**speed** [1]  1942/22

**spell** [3]  1678/20 1738/17 1878/6

**spend** [4]  1786/18 1786/18 1827/16 1827/21

**spent** [4]  1688/21 1754/11 1754/12 1905/22

**spit** [1]  1779/7

**spitting** [1]  1833/3

**split** [15]  1743/18 1757/7 1879/21 1896/6 1896/7 1896/9 1896/11 1917/5 1917/9 1917/23 1917/23 1928/21 1931/12 1931/16 1933/6

**spoke** [4]  1728/17 1728/23 1790/3 1853/24

**sporadically** [1]  1833/2

**spot** [2]  1949/15 1956/3

**spots** [1]  1902/2

**Springfield** [7]  1879/23 1881/13 1881/15 1887/21 1888/7 1888/20 1890/15

**St** [3]  1740/19 1754/4 1841/1

**St.** [21]  1740/4 1740/9 1740/12 1740/25 1741/17 1744/5 1749/5 1749/11 1753/8 1753/10 1753/14 1754/2 1769/7 1833/20 1861/9 1862/12 1862/15 1862/18 1863/20 1869/9 1870/22

**St. Elizabeth** [5]  1740/4 1862/12 1862/15 1862/18 1863/20

**St. Elizabeth's** [15]  1740/9 1740/12 1740/25 1741/17 1744/5 1749/5 1749/11 1753/8 1753/10 1753/14 1754/2 1769/7 1833/20 1869/9 1870/22

**stable** [4]  1941/19 1941/24 1942/16 1960/14

**stack** [1]  1790/23

**staff** [15]  1740/10 1740/13 1753/16 1754/1 1754/4 1769/22 1797/14 1797/20 1831/23 1831/24 1833/21 1834/13 1842/1 1862/4 1881/8

**staffing** [1]  1841/21

**stairs** [2]  1876/4 1876/5

**stamped** [2]  1690/25 1783/7

**stance** [1]  1722/19

**stand** [15]  1678/15 1738/6 1738/11 1813/9 1862/5 1862/8 1862/24 1876/20 1876/23 1877/3 1884/10 1884/13 1890/15 1890/16 1916/15

**standalone** [1]  1915/22

**standard** [48]  1689/2 1696/7 1718/17 1718/21 1719/4 1719/6 1720/5 1720/16 1782/22 1806/18 1818/9 1822/11 1822/13 1823/4 1864/7 1879/2 1906/2 1906/8 1909/15 1909/21 1909/23 1909/24 1910/2 1910/2 1910/8 1910/9 1917/8 1944/19 1946/11 1946/11 1946/14 1946/20 1946/25 1947/21 1948/6 1948/7 1948/17 1949/3 1949/6 1949/25 1950/18 1952/11 1953/18 1953/21 1955/3 1955/6 1955/10 1958/14

**standardization** [2]  1919/14 1920/11

**standardize** [1]  1720/14

**standardized** [1]  1898/18

**standards** [20]  1726/15 1764/23 1764/25 1765/1 1782/21 1803/21 1808/21 1818/8 1824/6 1824/10 1824/11 1824/14 1903/13 1904/3 1904/19 1905/22 1954/4 1958/5 1958/10 1958/17

**standing** [2]  1938/13 1938/15

**standout** [1]  1700/16

**stands** [1]  1742/5

**Stanford** [2]  1717/8 1717/11

**Stanford-Binet** [2]  1717/8 1717/11

**star** [1]  1786/21

**start** [17]  1706/10 1721/4 1729/19 1735/23 1775/18 1786/2 1786/3 1859/10 1865/22 1905/1 1917/12 1917/13 1933/9 1933/10 1953/16 1957/3 1957/5

**started** [17]  1726/18 1730/2 1740/10 1772/17 1773/22 1776/8 1790/4 1794/15 1827/5 1827/6 1830/18 1831/3 1831/16 1831/18 1832/21 1883/3 1924/11

**starting** [3]  1786/1 1889/23 1931/15

**starts** [4]  1704/9 1714/24 1721/12 1794/8

**state** [20]  1678/20 1717/25 1738/17 1741/5 1742/2 1742/9 1742/10 1742/13 1743/1 1744/20 1744/24 1750/21 1762/17 1788/13 1819/13 1841/7 1878/5 1884/2 1904/13 1904/15

**stated** [6]  1789/14 1802/20 1802/22 1803/1 1818/15 1821/15

**statement** [13]  1679/25 1691/10 1691/18 1695/17 1695/20 1695/21 1727/17 1739/14 1783/23 1834/12 1867/8 1867/9 1880/21

**statements** [6]  1726/25 1748/13 1772/1 1833/3 1869/15 1869/18

**states** [18]  1676/1 1676/2 1676/4 1676/10 1676/14 1676/15 1742/25 1748/16 1754/25 1759/18 1763/15 1767/9 1768/14 1817/22 1818/3 1824/15 1824/16 1867/15

**statewide** [1]  1762/17

**stating** [1]  1949/24

**status** [15]  1751/5 1773/15 1773/19 1775/12 1775/15 1780/18 1780/19 1785/6 1788/11 1804/25 1805/2 1850/22 1850/23 1850/24 1857/17

**stay** [5]  1715/25 1716/1 1731/1 1863/20 1869/9

**stays** [1]  1941/22

**steady** [1]  1928/19

**stenography** [1]  1677/15

**step** [1]  1781/19

**STERN** [4]  1676/19 1676/21 1678/6 1961/11

**stick** [3]  1726/15 1737/12 1946/19

**still** [21]  1682/11 1701/10 1725/16 1727/9 1731/6 1732/11 1744/19 1766/3 1790/25 1795/5 1838/10 1865/21 1866/3 1871/17 1876/11 1879/6 1904/1 1921/12 1923/1 1935/10 1956/5

**stitch** [2]  1780/22 1781/6

**stone** [2]  1755/24 1781/7

**stones** [2]  1781/3 1781/25

**stop** [9]  1721/1 1721/4 1736/6 1812/2 1812/24 1900/7 1957/3 1957/5 1957/6

**stopping** [2]  1721/9 1812/3

**stops** [1]  1721/12

**stopwatch** [1]  1720/25

**store** [1]  1725/12

**story** [2]  1735/8 1735/14

**stream** [2]  1775/22 1779/21

**street** [7]  1676/20 1676/23 1677/2 1774/21 1791/19 1794/15 1850/2

**strength** [1]  1848/18

**strengths** [6]  1848/12 1848/13 1848/16 1938/7 1938/9 1938/9

**stress** [1]  1839/14

**stressed** [1]  1864/16

**stressors** [1]  1797/4

**strict** [1]  1727/1

**strike** [2]  1748/20 1849/22

**strongly** [1]  1934/7

**structure** [2]  1711/7 1714/5

**structured** [10]  1775/5 1842/15 1843/9 1843/13 1843/19 1843/20 1843/24 1844/1 1844/21 1943/9

**stuck** [2]  1737/10 1737/10

**student** [5]  1695/18 1695/24 1695/25 1888/10 1926/8

**students** [3]  1733/2 1792/10 1888/17

**studied** [3]  1810/2 1810/3 1810/5

**studies** [8]  1884/10 1884/11 1884/11 1884/13 1918/8 1952/19 1952/25 1953/15

**S**

study [9] 1868/19 1890/19 1927/9 1929/12
 1929/15 1950/22 1950/24 1953/6 1953/19
stuff [4] 1715/18 1735/19 1737/6 1792/18
subaverage [2] 1819/7 1819/15
subject [4] 1733/8 1733/10 1767/3 1956/21
subjective [3] 1955/20 1955/21 1955/22
submit [1] 1748/5
submitted [1] 1749/1
subpart [1] 1956/1
subscale [1] 1933/11
subscales [2] 1917/9 1918/16
subsequent [1] 1829/13
subsequently [1] 1745/14
substance [5] 1742/17 1775/10 1817/6
 1839/22 1925/14
substantial [2] 1758/25 1884/22
substantially [2] 1828/1 1935/6
substitute [2] 1719/6 1719/9
substituted [2] 1696/13 1719/3
substitution [1] 1696/12
subtest [5] 1720/16 1723/14 1730/8 1737/5
 1927/19
subtests [13] 1688/24 1696/16 1697/21
 1701/16 1718/6 1719/21 1729/20 1729/20
 1914/21 1917/12 1927/19 1942/11 1957/14
subtle [2] 1909/5 1937/13
subtract [2] 1785/8 1785/8
such [18] 1702/19 1712/12 1715/24 1743/20
 1786/9 1810/13 1839/12 1843/12 1845/11
 1846/25 1862/4 1873/8 1888/18 1896/19
 1899/22 1911/4 1930/12 1942/11
sucking [3] 1709/25 1710/9
sucks [1] 1799/25
sued [5] 1755/4 1755/13 1755/15 1755/17
 1755/20
suffer [1] 1868/17
suffered [2] 1687/10 1795/20
suffering [2] 1734/22 1882/7
sufficient [1] 1790/9
suggest [2] 1795/4 1799/5
suggested [3] 1698/21 1795/6 1795/20
suggestion [4] 1693/19 1694/18 1702/1
 1900/21
suggests [1] 1934/7 1945/1
suicidal [1] 1776/5 1799/9
Suite [2] 1676/20 1676/23
suits [1] 1756/18
sum [1] 1768/23
summarized [1] 1851/19
summary [9] 1699/12 1702/6 1702/7
 1714/22 1714/24 1715/8 1722/2 1931/25
 1953/17
summer [5] 1708/23 1708/24 1709/1 1752/18
 1753/3
sums [1] 1955/4
superficial [1] 1948/10
superintendent [2] 1740/16 1742/7
superior [3] 1741/9 1748/2 1867/16
superiority [1] 1751/20
supervision [1] 1756/5
supervisor [3] 1716/12 1755/15 1755/16
supervisors [3] 1701/14 1701/20 1730/7
supplement [1] 1801/12
support [7] 1713/24 1713/25 1793/7 1842/8
 1914/18 1919/15 1932/11
supported [1] 1829/15
supports [2] 1793/22 1918/6
suppose [15] 1690/4 1702/13 1709/2 1712/3
 1712/4 1726/22 1727/21 1731/9 1731/14
 1732/9 1734/4 1851/1 1899/22 1899/24
 1957/1

supposed [13] 1724/16 1730/9 1737/11
 1788/20 1798/3 1798/4 1798/9 1798/24
 1899/15 1899/15 1941/24 1946/16 1946/17
supposedly [1] 1918/19
sure [85] 1681/15 1684/5 1689/25 1693/4
 1700/7 1704/3 1704/6 1706/10 1707/7
 1707/18 1708/1 1708/16 1710/11 1714/12
 1716/13 1717/22 1719/20 1722/10 1722/22
 1726/5 1726/6 1726/17 1726/19 1727/11
 1727/15 1728/12 1729/24 1758/3 1759/4
 1762/1 1762/10 1764/16 1772/23 1777/10
 1781/3 1789/6 1797/11 1802/7 1804/14
 1808/6 1809/7 1810/8 1823/21 1825/14
 1826/11 1828/18 1828/22 1836/21 1842/6
 1843/21 1847/18 1852/2 1858/10 1859/16
 1860/24 1865/23 1866/16 1867/11 1867/12
 1874/9 1875/5 1886/19 1886/21 1901/1
 1908/12 1909/9 1910/15 1911/25 1913/2
 1914/12 1914/19 1916/6 1918/7 1921/22
 1929/19 1933/13 1936/11 1936/22 1940/6
 1944/5 1951/21 1953/25 1954/6 1955/25
 1956/14
surely [1] 1927/9
surgery [1] 1746/9
surgical [5] 1881/19 1881/23 1882/1 1882/2
 1882/16
surprise [4] 1723/20 1779/16 1793/9 1946/4
surprised [3] 1790/14 1898/11 1943/11
surprising [1] 1793/25
surprisingly [1] 1941/21
surrounding [1] 1892/4
Susan [1] 1756/3
suspect [5] 1882/14 1894/21 1936/22
 1956/13 1956/14
sustained [3] 1856/25 1941/9 1943/12
swear [1] 1722/14
sweatshirt [1] 1709/24
switch [1] 1951/9
switched [1] 1881/23
sworn [3] 1678/17 1738/13 1878/3
symptom [1] 1875/23
symptomatic [3] 1799/6 1836/14 1938/4
symptoms [16] 1791/22 1794/3 1794/8
 1795/16 1798/2 1798/5 1799/5 1799/9
 1799/20 1817/2 1831/6 1833/15 1835/16
 1835/17 1835/18 1938/5
synthesizer [1] 1888/9
system [18] 1679/19 1679/22 1686/12
 1687/24 1693/8 1699/10 1742/16 1744/13
 1744/23 1805/12 1841/9 1841/10 1841/10
 1841/11 1841/16 1841/17 1841/19 1841/20
systematic [2] 1758/23 1760/22
systems [8] 1758/24 1760/17 1760/20
 1764/10 1841/9 1841/12 1841/22 1843/6

**T**

tab [1] 1924/12
table [1] 1814/17
tables [2] 1944/18 1955/4
tackle [1] 1732/11
tad [1] 1871/19
tail [1] 1949/11
take [57] 1679/15 1688/3 1705/18 1717/18
 1745/7 1746/3 1746/6 1746/16 1749/12
 1750/7 1753/24 1754/2 1754/3 1765/21
 1772/7 1773/18 1774/23 1776/17 1779/9
 1779/15 1781/4 1786/4 1789/8 1793/8
 1795/14 1806/20 1816/22 1828/2 1830/12
 1830/18 1833/4 1833/14 1836/20 1837/1
 1845/11 1846/24 1856/8 1863/25 1875/4
 1876/11 1896/10 1903/7 1909/3 1913/25
 1923/5 1929/3 1932/25 1940/23 1946/8
 1946/8 1946/17 1946/21 1946/22 1948/24
 1948/24 1949/8 1951/17

taken [6] 1774/10 1779/5 1779/6 1783/21
 1882/22 1923/5
takes [5] 1678/15 1696/22 1719/18 1738/11
 1877/3
taking [36] 1689/24 1689/25 1691/12 1692/3
 1694/21 1721/7 1728/4 1740/9 1775/7 1779/4
 1779/16 1793/5 1793/6 1793/21 1800/9
 1824/21 1830/8 1830/25 1831/3 1832/25
 1833/2 1833/3 1833/5 1833/6 1833/9 1833/11
 1833/12 1834/4 1834/9 1834/10 1834/14
 1854/1 1854/2 1898/18 1915/2 1915/2
talk [23] 1697/3 1703/19 1715/5 1720/5
 1762/21 1767/11 1767/19 1769/11 1774/6
 1774/7 1778/1 1778/1 1786/8 1788/20 1791/3
 1795/10 1795/10 1804/2 1848/2 1945/12
 1946/13 1950/21 1953/22
talked [8] 1692/24 1729/15 1791/25 1851/15
 1870/4 1874/25 1906/12 1939/18
talking [58] 1697/4 1701/23 1734/4 1736/4
 1754/16 1757/9 1759/9 1762/20 1776/3
 1780/1 1780/7 1782/6 1784/11 1785/19
 1787/10 1787/10 1787/20 1787/20 1792/16
 1799/13 1803/19 1805/6 1830/19 1830/20
 1843/18 1850/14 1852/22 1865/2 1897/20
 1899/4 1899/11 1903/11 1903/12 1904/12
 1905/16 1906/8 1911/11 1917/23 1918/8
 1919/23 1921/9 1926/13 1927/23 1928/21
 1929/4 1929/20 1932/22 1932/22 1933/11
 1934/15 1934/16 1943/6 1943/7 1943/24
 1945/13 1952/25 1953/4 1955/13
talks [1] 1775/22
tangent [1] 1776/2
Tangential [1] 1776/1
task [2] 1759/14 1786/6
taught [3] 1798/12 1863/13 1869/3
teach [3] 1845/1 1879/24 1887/18
teacher [17] 1679/24 1690/14 1691/15
 1707/23 1711/5 1711/17 1712/22 1714/5
 1722/23 1726/22 1728/14 1728/17 1728/23
 1730/23 1735/1 1792/15 1792/25
teachers [9] 1690/15 1711/2 1711/3 1711/6
 1730/11 1752/8 1792/7 1792/9 1792/9
teaching [5] 1759/20 1759/22 1760/25
 1772/24 1890/23
team [2] 1687/15 1709/11
tech [1] 1888/10
technical [2] 1918/10 1951/1
technique [3] 1843/5 1843/7 1843/9
Tel [1] 1677/13
tell [46] 1688/20 1689/9 1691/6 1694/20
 1695/14 1708/7 1721/7 1735/16 1737/14
 1739/11 1752/5 1759/5 1759/24 1763/22
 1769/25 1772/21 1773/5 1774/12 1776/8
 1776/16 1776/19 1778/2 1779/9 1780/11
 1781/14 1784/16 1788/8 1804/1 1810/15
 1811/2 1823/9 1826/12 1827/8 1834/8
 1850/10 1851/22 1853/15 1858/4 1865/8
 1868/13 1870/14 1876/2 1894/13 1898/23
 1901/3 1945/14
telling [16] 1695/9 1695/12 1695/16 1727/5
 1727/8 1780/12 1790/24 1792/16 1796/23
 1808/22 1808/23 1808/24 1833/11 1851/25
 1854/1 1871/15
tells [1] 1708/21
temperature [1] 1947/17
ten [16] 1697/21 1697/21 1745/18 1746/18
 1746/20 1765/21 1772/16 1794/16 1795/12
 1799/24 1799/25 1829/3 1832/1 1920/15
 1923/5 1960/12
ten years [1] 1920/15
ten-minute [1] 1765/21
tend [6] 1697/6 1735/3 1786/16 1786/20
 1952/22 1953/14
tended [4] 1700/3 1724/4 1734/7 1947/11

**T**

tendency [2]  1724/5 1787/14
tends [5]  1887/1 1920/2 1920/4 1921/4
1949/16
tennis [5]  1773/13 1773/18 1774/22 1774/24
1784/24
tenure [1]  1742/3
term [12]  1729/14 1795/3 1825/4 1847/17
1859/17 1906/15 1912/23 1914/5 1915/6
1928/15 1929/9 1938/23
termed [1]  1874/15
terms [33]  1708/7 1713/23 1715/20 1716/19
1721/11 1723/7 1725/16 1773/10 1797/8
1811/24 1818/14 1827/15 1827/16 1848/7
1854/24 1864/22 1871/23 1874/20 1888/8
1889/25 1911/10 1916/1 1924/24 1926/6
1929/6 1936/7 1941/16 1945/2 1947/6 1947/7
1955/20 1956/12 1957/2
Terre [1]  1784/10
terrible [1]  1799/25
test [104]  1682/7 1683/17 1683/22 1684/22
1684/24 1685/9 1685/21 1685/24 1688/22
1689/7 1692/3 1692/4 1692/5 1692/6 1692/7
1692/15 1692/18 1694/16 1694/19 1694/21
1695/19 1696/8 1696/10 1696/12 1696/20
1696/20 1697/7 1697/16 1698/25 1715/10
1717/5 1717/12 1717/14 1717/15 1718/20
1719/9 1719/13 1720/15 1720/17 1721/4
1721/4 1721/12 1721/16 1723/15 1724/22
1725/20 1726/10 1726/13 1727/1 1727/14
1728/5 1729/4 1729/9 1737/24 1753/2 1770/8
1770/8 1826/12 1832/1 1843/17 1843/17
1855/11 1888/11 1893/16 1895/21 1900/19
1907/18 1907/20 1907/23 1914/14 1915/7
1915/11 1917/7 1917/9 1917/11 1919/23
1920/7 1920/9 1920/11 1920/12 1920/13
1920/17 1921/16 1921/21 1927/9 1927/15
1927/16 1928/8 1929/1 1929/11 1930/24
1932/9 1932/23 1942/25 1947/3 1947/24
1948/1 1954/22 1954/24 1957/3 1959/4
1959/8 1959/11 1959/24
test's [1]  1947/22
test/retest [10]  1919/23 1920/7 1920/9
1920/11 1920/13 1920/17 1921/16 1921/21
1929/1 1929/11
testamentary [2]  1768/1 1768/1
testbound [1]  1907/21
tested [8]  1681/24 1682/9 1682/15 1682/16
1701/15 1707/1 1737/21 1918/12
testees [1]  1694/20
tester [2]  1708/4 1888/8
testers [1]  1854/22
testes [1]  1723/17
testified [37]  1678/18 1680/16 1738/14
1746/21 1746/23 1747/1 1749/3 1749/15
1754/7 1756/19 1756/23 1757/19 1757/21
1761/6 1763/14 1763/15 1768/9 1768/11
1801/9 1801/24 1802/5 1802/9 1855/6 1856/6
1864/10 1878/3 1883/22 1883/24 1884/2
1884/4 1884/5 1889/15 1890/1 1906/10
1907/25 1922/12 1922/18
testify [17]  1747/2 1747/3 1747/8 1747/21
1748/3 1749/16 1749/20 1755/5 1756/7
1757/6 1757/14 1757/18 1763/23 1765/13
1855/9 1884/6 1910/19
testifying [5]  1754/13 1862/2 1864/2 1884/23
1913/13
testimony [36]  1685/11 1729/15 1735/7
1736/24 1747/13 1754/8 1754/19 1757/1
1780/8 1801/13 1802/24 1803/6 1803/8
1803/9 1803/12 1803/14 1803/24 1831/3
1832/9 1839/18 1842/2 1863/12 1863/22
1864/1 1864/11 1878/20 1890/9 1890/14

1902/24 1913/11 1921/22 1924/17 1924/18
1924/1 1953/1 1960/23
testing [57]  1682/8 1682/14 1682/24 1682/25
1683/5 1683/5 1683/10 1683/14 1688/14
1689/8 1706/25 1707/2 1707/20 1708/7
1708/9 1708/16 1710/9 1712/10 1715/15
1715/24 1724/11 1727/6 1728/8 1730/15
1730/15 1737/18 1737/22 1771/5 1812/20
1826/5 1826/5 1826/17 1826/22 1852/24
1853/20 1856/23 1875/4 1887/25 1888/3
1888/9 1888/17 1888/18 1888/22 1888/22
1889/1 1889/6 1892/22 1900/22 1903/3
1908/16 1914/13 1914/15 1916/9 1916/10
1925/21 1958/10 1959/14
tests [56]  1682/13 1682/13 1685/1 1685/19
1693/14 1697/10 1698/10 1698/14 1698/18
1698/20 1698/24 1703/4 1703/24 1709/12
1715/6 1716/12 1716/17 1716/22 1717/2
1717/5 1717/7 1720/20 1720/24 1722/15
1724/17 1729/16 1737/25 1752/24 1789/19
1789/20 1789/22 1789/24 1816/11 1826/9
1826/19 1888/8 1893/3 1893/6 1893/8
1902/14 1903/23 1918/1 1919/4 1926/6
1928/10 1943/18 1944/2 1955/23 1956/19
1956/21 1957/2 1957/15 1959/1 1959/15
1959/19
text [5]  1894/21 1922/18 1935/4 1945/23
1945/23
textbook [1]  1925/20
textbooks [1]  1926/5
than [80]  1680/12 1680/18 1681/14 1683/11
1683/14 1686/16 1697/7 1697/25 1698/7
1698/21 1698/22 1698/22 1703/6 1707/12
1712/10 1712/11 1712/11 1719/17 1725/8
1730/8 1735/23 1747/22 1760/9 1761/7
1762/11 1768/4 1769/9 1786/1 1799/13
1801/8 1801/23 1802/25 1806/11 1827/25
1828/1 1840/12 1845/6 1845/13 1852/22
1859/5 1861/7 1862/11 1862/13 1872/18
1872/23 1883/19 1887/2 1892/19 1898/5
1904/6 1904/19 1905/20 1916/17 1916/21
1918/3 1920/14 1922/10 1924/13 1930/13
1931/22 1932/11 1932/16 1932/23 1933/1
1933/14 1934/10 1934/15 1934/24 1936/8
1943/19 1946/10 1947/12 1948/1 1948/4
1949/18 1950/15 1950/25 1959/13 1959/19
1960/10
thank [28]  1706/6 1714/20 1738/3 1738/4
1738/7 1738/16 1738/22 1738/25 1739/1
1756/21 1765/5 1765/21 1778/22 1800/23
1812/11 1815/3 1816/7 1839/3 1858/11
1876/15 1876/21 1879/13 1924/3 1926/21
1945/18 1961/7 1961/8 1961/10
Thanks [3]  1714/13 1734/16 1818/25
that [1742]
that -- I [1]  1895/16
that in [1]  1759/23
that's [280]  1682/20 1682/20 1684/9 1685/8
1692/8 1693/6 1693/16 1694/21 1695/4
1695/9 1695/17 1695/20 1695/22 1698/6
1699/13 1700/10 1700/13 1702/4 1702/13
1704/19 1706/3 1706/3 1706/22 1707/5
1708/17 1709/2 1709/3 1709/4 1711/12
1711/12 1711/19 1712/3 1712/16 1713/10
1713/11 1714/23 1715/21 1716/7 1716/25
1720/4 1721/9 1721/10 1722/2 1722/11
1723/14 1723/14 1723/15 1723/17 1723/18
1723/20 1725/3 1725/4 1725/6 1726/4
1726/10 1727/21 1728/11 1732/6 1732/11
1732/14 1734/10 1734/15 1734/16 1735/1
1736/22 1737/5 1737/12 1737/12 1742/1
1747/19 1751/9 1751/23 1753/7 1753/22
1754/15 1755/7 1756/4 1757/25 1758/14
1759/8 1759/17 1759/17 1760/22 1761/24

1762/1 1762/19 1762/25 1765/5 1768/8
1769/21 1771/5 1783/6 1784/21 1784/23
1785/9 1786/22 1786/25 1790/6 1793/12
1798/16 1803/17 1804/16 1804/22 1804/22
1804/25 1805/10 1805/18 1805/20 1805/21
1806/2 1806/11 1807/5 1807/22 1808/18
1808/22 1811/1 1816/17 1817/21 1818/8
1819/16 1819/17 1819/20 1819/20 1820/21
1820/22 1822/18 1824/19 1826/1 1827/15
1827/20 1828/17 1829/4 1830/9 1831/6
1831/16 1832/19 1832/22 1833/13 1834/1
1834/7 1834/11 1834/19 1835/1 1835/3
1836/3 1839/15 1839/24 1840/5 1840/8
1841/2 1841/3 1843/7 1843/18 1843/23
1846/22 1847/3 1847/24 1852/24 1854/9
1854/11 1854/14 1856/6 1857/22 1858/20
1859/1 1859/15 1861/17 1863/3 1865/14
1867/2 1867/9 1868/8 1868/11 1868/13
1869/1 1869/13 1869/17 1870/10 1870/22
1871/6 1871/11 1871/12 1871/19 1872/1
1872/9 1873/9 1873/11 1873/25 1874/5
1874/10 1876/15 1879/9 1886/19 1887/16
1887/16 1890/6 1890/7 1890/18 1890/19
1890/24 1896/7 1897/4 1897/9 1898/17
1898/19 1900/3 1903/15 1903/17 1904/16
1910/10 1910/13 1910/24 1912/5 1912/6
1913/23 1915/5 1915/15 1915/22 1916/5
1916/6 1916/13 1917/24 1917/25 1918/23
1919/6 1919/10 1919/21 1920/1 1920/14
1921/4 1921/7 1921/18 1922/23 1924/24
1925/5 1927/17 1928/13 1929/12 1930/4
1930/18 1932/1 1932/5 1934/16 1939/2
1939/9 1939/20 1940/3 1941/20 1944/14
1944/25 1945/15 1945/15 1948/1 1948/6
1948/10 1948/13 1948/15 1949/6 1949/6
1950/20 1950/20 1951/3 1951/12 1951/13
1951/15 1951/19 1952/1 1952/3 1952/9
1953/3 1954/3 1955/12 1955/21 1956/23
1957/13 1957/20 1958/3 1958/5 1959/5
1960/14
theater [1]  1783/5
their [80]  1681/24 1682/1 1686/25 1700/3
1700/4 1711/14 1714/8 1715/22 1722/13
1722/13 1729/20 1741/14 1741/16 1742/4
1742/4 1742/10 1747/18 1751/7 1751/14
1767/17 1767/17 1773/18 1773/19 1773/21
1773/24 1776/20 1782/25 1788/16 1788/17
1793/6 1798/12 1801/11 1807/5 1810/2
1816/13 1823/14 1823/14 1823/15 1833/14
1833/14 1841/9 1841/11 1841/20 1841/21
1841/21 1841/23 1842/7 1842/8 1844/8
1844/11 1844/25 1854/18 1854/23 1855/1
1855/3 1861/3 1865/7 1897/14 1899/5
1899/16 1899/20 1901/14 1901/17 1902/3
1904/15 1915/17 1915/18 1919/11 1924/19
1938/3 1941/14 1942/20 1942/22 1943/10
1943/16 1943/25 1954/10 1954/16 1955/16
1955/24
them [109]  1682/12 1690/3 1690/4 1692/2
1693/4 1695/9 1695/14 1696/17 1697/11
1697/22 1697/23 1698/3 1698/4 1700/12
1712/13 1712/15 1713/2 1715/16 1715/18
1716/3 1716/4 1716/5 1716/17 1716/23
1716/23 1716/24 1722/22 1723/1 1726/14
1728/16 1730/3 1748/10 1754/7 1759/12
1763/25 1765/1 1765/3 1770/3 1773/18
1778/1 1779/15 1779/16 1780/21 1781/2
1785/10 1785/10 1785/16 1788/6 1789/8
1792/8 1792/16 1792/24 1795/1 1796/23
1797/17 1797/23 1804/12 1804/13 1807/21
1808/3 1809/4 1809/4 1812/21 1820/4
1823/18 1826/19 1828/18 1830/8 1833/23
1838/24 1842/7 1844/11 1844/12 1844/25
1845/21 1845/23 1849/3 1850/1 1850/11

Case 1:04-cr-01016-NGG    Document    Filed 07/29/11    Page 325 of 330 PageID #: 17679

them... [30]  1861/16 1862/20 1862/21
1870/14 1896/9 1898/3 1898/4 1898/4
1898/11 1899/1 1899/19 1899/24 1901/12
1901/13 1901/18 1902/1 1902/8 1902/10
1902/16 1903/13 1913/7 1926/7 1927/25
1933/25 1934/1 1939/12 1940/3 1940/16
1940/22 1953/16

themselves [8]  1711/24 1735/18 1781/21
1787/9 1816/22 1934/12 1934/16 1943/21

then [138]  1679/18 1680/4 1680/4 1682/2
1682/3 1687/1 1687/1 1687/1 1687/17
1688/24 1691/16 1700/13 1707/5 1707/13
1708/17 1710/12 1710/22 1713/3 1715/17
1718/1 1718/16 1719/1 1723/22 1724/10
1724/24 1725/13 1729/9 1731/1 1732/4
1732/8 1735/21 1739/18 1739/21 1740/2
1740/4 1740/14 1742/11 1743/17 1744/5
1744/6 1744/11 1747/12 1752/18 1753/15
1754/9 1757/12 1760/6 1763/21 1771/20
1772/19 1774/16 1777/5 1777/11 1782/23
1783/14 1785/16 1786/3 1788/14 1793/22
1795/6 1795/21 1799/13 1800/1 1802/7
1802/18 1804/2 1812/2 1816/5 1816/13
1819/18 1820/17 1820/23 1821/6 1821/6
1830/11 1831/1 1831/11 1833/1 1840/3
1840/18 1843/1 1844/12 1860/13 1860/14
1865/4 1868/4 1869/2 1869/16 1880/24
1881/1 1881/20 1881/22 1882/1 1884/18
1888/18 1888/22 1889/5 1889/7 1889/9
1889/13 1889/14 1889/25 1890/18 1897/13
1898/7 1898/18 1898/25 1899/10 1899/18
1900/5 1901/19 1902/9 1903/7 1903/13
1906/6 1908/15 1909/7 1910/11 1911/9
1915/18 1923/22 1926/10 1928/4 1928/7
1928/17 1928/17 1928/17 1928/17 1928/17
1929/10 1930/8 1931/2 1931/8 1933/11
1938/2 1940/6 1942/9 1953/2

theoretically [3]  1905/19 1911/8 1942/8

theory [3]  1717/12 1717/16 1941/25

therapeutic [2]  1793/15 1795/17

therapy [2]  1799/17 1842/19

there [281]  1679/6 1680/22 1681/6 1681/16
1682/22 1686/4 1686/5 1686/5 1686/6 1686/8
1686/10 1686/19 1686/23 1687/1 1687/3
1687/3 1687/3 1687/14 1687/20 1690/2
1692/14 1693/11 1693/13 1693/15 1693/19
1694/6 1694/8 1695/10 1696/16 1696/20
1697/9 1697/9 1698/20 1700/9 1700/11
1701/16 1701/24 1703/5 1703/5 1704/8
1704/12 1704/19 1705/6 1705/18 1708/10
1709/15 1710/20 1711/1 1711/2 1712/4
1712/8 1714/15 1715/10 1716/9 1716/11
1717/16 1718/16 1719/11 1719/12 1720/3
1721/22 1721/25 1725/3 1726/17 1726/18
1727/25 1728/1 1728/19 1730/4 1730/8
1730/19 1730/24 1731/1 1731/2 1731/6
1731/8 1731/8 1731/25 1735/14 1735/7 1735/8
1735/16 1735/19 1735/20 1736/12 1736/18
1736/20 1737/16 1739/5 1741/16 1742/3
1742/15 1743/20 1743/22 1743/24 1743/25
1744/7 1744/19 1747/13 1747/15 1748/10
1748/23 1749/7 1749/8 1752/3 1754/20
1755/7 1755/23 1757/6 1757/13 1757/16
1759/6 1759/20 1759/22 1760/11 1760/23
1762/20 1763/13 1765/15 1771/11 1771/22
1771/25 1772/10 1772/11 1776/7 1776/17
1776/25 1777/10 1781/19 1782/20 1782/21
1783/13 1783/14 1785/9 1789/2 1790/7
1790/12 1792/5 1793/19 1794/18 1795/13
1795/16 1795/18 1799/3 1799/8 1801/5
1801/8 1801/23 1803/1 1804/8 1804/14
1804/19 1805/8 1806/18 1806/20 1808/25

1809/3 1810/13 1811/16 1811/22 1811/23
1811/25 1813/3 1813/20 1813/5 1813/6
1813/7 1820/17 1821/1 1822/2 1822/4
1824/22 1824/23 1828/20 1829/4 1835/19
1835/24 1836/4 1841/6 1841/17 1842/17
1843/12 1843/19 1844/9 1844/20 1844/24
1845/9 1845/12 1845/12 1849/5 1850/17
1852/15 1852/16 1854/12 1859/22 1860/23
1861/14 1864/14 1868/5 1874/22 1880/20
1884/21 1885/5 1887/4 1888/4 1888/16
1888/21 1893/3 1893/7 1895/1 1896/11
1896/12 1897/24 1898/4 1898/16 1899/12
1899/12 1899/13 1900/8 1900/11 1900/12
1902/1 1902/4 1902/7 1904/5 1904/5 1905/8
1905/15 1905/17 1907/7 1909/5 1909/13
1910/13 1912/14 1912/22 1913/3 1916/15
1917/10 1918/8 1919/3 1919/7 1919/15
1920/24 1921/1 1925/22 1926/15 1927/6
1927/18 1928/23 1929/24 1929/25 1930/9
1930/9 1930/22 1930/25 1931/1 1931/6
1931/8 1932/15 1932/22 1935/8 1939/5
1943/5 1944/9 1945/7 1946/7 1946/11
1947/25 1951/17 1952/8 1952/16 1952/19
1955/24 1955/25 1957/7 1957/10 1957/15
1958/5 1960/5 1960/13 1961/5

there's [57]  1689/16 1693/19 1694/18 1696/2
1696/2 1696/21 1697/12 1702/1 1704/18
1725/3 1725/17 1726/1 1726/12 1726/13
1737/9 1737/10 1737/10 1737/23 1759/14
1771/10 1774/8 1774/9 1792/15 1804/14
1809/1 1811/21 1812/14 1814/18 1822/24
1849/4 1864/23 1874/24 1887/3 1887/9
1898/20 1900/9 1900/21 1901/7 1902/1
1905/8 1908/4 1909/5 1909/6 1910/12 1926/1
1927/23 1928/20 1930/1 1931/5 1931/16
1932/3 1932/15 1946/10 1946/21 1949/8
1952/14 1957/8

thereafter [1]  1961/12

therefore [6]  1702/11 1747/13 1764/14
1866/10 1866/12 1949/18

thereof [1]  1835/6

these [49]  1693/14 1694/6 1694/9 1694/24
1696/16 1705/8 1711/9 1711/15 1714/6
1716/11 1716/22 1717/1 1720/13 1720/20
1720/24 1722/13 1722/19 1722/19 1724/17
1726/9 1729/16 1749/9 1756/18 1758/16
1763/23 1774/21 1796/18 1796/20 1816/23
1826/14 1858/18 1863/20 1868/18 1869/9
1899/14 1926/6 1930/16 1939/3 1941/16
1943/19 1951/14 1953/4 1954/1 1954/18
1955/19 1956/19 1957/2 1957/15 1958/17

they [290]

they'll [4]  1785/11 1785/11 1899/8 1899/8

they're [52]  1689/18 1689/18 1702/12
1702/12 1704/16 1704/23 1711/23 1714/8
1715/19 1729/6 1729/7 1732/6 1732/7
1773/24 1780/6 1782/13 1786/4 1787/10
1787/15 1790/23 1792/14 1792/16 1792/16
1792/17 1792/17 1792/18 1792/19 1792/19
1792/20 1793/4 1793/14 1793/14 1794/3
1794/4 1796/22 1796/24 1804/2 1812/14
1826/7 1858/19 1874/21 1899/6 1899/14
1899/15 1899/15 1902/2 1924/18 1934/2
1934/4 1937/20 1954/24 1955/22

They've [1]  1705/8

thick [1]  1720/9

thing [23]  1696/14 1709/13 1714/11 1714/16
1722/9 1729/23 1734/12 1776/3 1786/23
1834/15 1835/24 1840/13 1863/3 1876/2
1886/19 1897/4 1900/5 1903/17 1920/1
1932/1 1932/5 1934/17 1956/23

things [65]  1683/11 1689/21 1692/3 1696/21
1697/1 1698/15 1699/14 1700/24 1708/25
1714/7 1715/24 1723/5 1723/10 1726/9

1726/12 1726/17 1727/19 1730/11 1735/6
1737/25 1737/25 1773/9 1774/7
1784/5 1784/9 1786/25 1787/17 1788/19
1790/21 1802/15 1804/10 1806/1 1807/13
1807/14 1807/19 1808/10 1821/14 1838/14
1843/12 1844/17 1845/6 1846/25 1850/3
1850/24 1868/20 1871/6 1873/22 1874/1
1876/3 1886/24 1897/20 1898/16 1898/20
1899/22 1903/24 1905/25 1910/13 1915/10
1930/12 1939/5 1942/12 1944/2 1950/17
1954/5

think [167]  1687/12 1687/13 1689/10
1692/19 1700/21 1700/24 1701/24 1704/8
1705/12 1706/8 1715/16 1721/25 1723/11
1723/15 1725/4 1725/25 1726/1 1727/18
1730/18 1730/20 1731/24 1732/12 1732/14
1733/22 1735/21 1736/7 1736/7 1744/7
1749/7 1751/1 1757/4 1759/4 1759/24
1761/24 1766/4 1769/8 1773/7 1777/25
1779/2 1779/5 1780/22 1780/24 1781/8
1781/8 1782/19 1786/7 1789/12 1792/23
1798/21 1802/22 1802/22 1803/2 1803/17
1803/23 1804/2 1804/7 1809/5 1812/5 1813/3
1817/10 1818/5 1820/13 1829/4 1829/5
1835/10 1835/24 1836/13 1836/19 1838/23
1840/6 1844/17 1845/3 1845/21 1846/16
1847/21 1848/11 1848/12 1848/18 1849/1
1849/21 1850/21 1851/24 1864/7 1864/21
1864/24 1866/23 1868/21 1869/19 1869/22
1869/23 1869/24 1870/4 1870/10 1870/11
1874/11 1874/13 1874/15 1877/24 1878/24
1890/7 1890/7 1891/22 1892/18 1893/20
1895/16 1898/2 1900/6 1900/16 1900/18
1901/1 1903/7 1903/16 1906/6 1906/12
1907/10 1907/11 1907/13 1908/20 1909/5
1909/25 1910/24 1912/19 1912/24 1914/11
1915/6 1916/13 1919/7 1921/16 1921/22
1922/9 1922/19 1923/1 1923/10 1924/17
1924/21 1924/23 1925/7 1927/22 1928/12
1932/13 1934/5 1936/6 1936/9 1936/14
1939/11 1939/13 1939/17 1940/3 1940/14
1941/1 1941/17 1942/23 1943/4 1943/14
1943/15 1944/4 1947/15 1950/14 1950/16
1952/12 1959/23 1960/5 1960/6 1960/14
1960/18 1960/25 1961/1

thinking [5]  1725/16 1875/1 1875/14
1887/11 1898/12

thinks [1]  1921/23

third [8]  1735/21 1752/15 1752/19 1755/15
1755/16 1912/12 1927/10 1957/25

thirties [1]  1799/7

thirty [2]  1752/10 1852/8

Thirty-five [1]  1752/10

this [318]

Thomas [1]  1822/4

thorough [4]  1701/13 1728/10 1810/17
1904/9

thoroughly [1]  1774/13

those [120]  1687/9 1695/13 1698/14 1698/20
1698/24 1704/11 1705/1 1705/4 1705/18
1705/19 1715/14 1717/8 1725/21 1735/6
1746/20 1748/3 1748/15 1753/25 1754/6
1754/7 1757/8 1760/14 1764/25 1766/16
1766/20 1768/2 1768/4 1770/2 1775/11
1778/15 1779/18 1781/20 1782/23 1783/19
1785/3 1787/1 1787/4 1789/7 1791/9 1791/16
1793/3 1794/2 1794/3 1794/5 1794/17
1794/22 1795/14 1797/1 1797/2 1798/8
1798/18 1803/6 1804/9 1804/11 1804/18
1805/9 1816/11 1817/7 1822/5 1822/15
1822/19 1822/20 1822/22 1824/11 1826/19
1829/6 1841/21 1842/11 1842/21 1843/3
1843/4 1846/4 1847/13 1848/9 1848/12
1848/22 1849/7 1849/11 1852/15 1852/17

those... [40] 1853/1 1854/12 1857/9 1861/14
  1867/21 1869/15 1870/13 1873/21 1876/4
  1880/8 1880/12 1881/15 1884/10 1884/11
  1884/13 1884/16 1893/13 1894/8 1896/6
  1897/12 1897/13 1898/10 1900/6 1900/12
  1900/17 1901/10 1901/24 1902/15 1904/19
  1928/19 1932/18 1935/6 1937/16 1937/19
  1938/12 1938/16 1940/18 1944/4 1956/8
  1957/19
though [12] 1708/19 1718/5 1737/21
  1755/20 1785/15 1832/23 1843/22 1864/20
  1871/16 1871/16 1929/16 1935/1
thought [24] 1701/25 1711/8 1713/22
  1719/13 1727/18 1774/17 1775/22 1779/2
  1779/6 1779/21 1779/21 1788/14 1814/21
  1818/17 1828/14 1860/6 1860/8 1861/4
  1861/6 1874/19 1876/3 1897/11 1898/11
  1951/24
thoughts [2] 1775/19 1799/9
thousand [9] 1795/12 1829/3 1832/1 1882/14
  1882/15 1882/22 1889/20 1889/21 1890/7
thousand-plus [1] 1795/12
thousands [3] 1798/9 1806/17 1807/4
threatened [3] 1689/14 1777/16 1831/15
threatening [2] 1748/14 1792/9
threats [1] 1748/15
three [25] 1682/9 1686/19 1686/24 1699/18
  1718/8 1718/16 1726/1 1726/2 1752/3 1752/1
  1777/3 1786/3 1790/4 1818/16 1831/8
  1838/23 1853/9 1901/20 1912/10 1920/10
  1920/14 1940/13 1940/17 1940/24 1947/14
through [15] 1684/20 1693/4 1693/9 1693/14
  1741/23 1754/17 1772/7 1786/18 1790/24
  1792/23 1804/18 1804/24 1814/5 1877/18
  1898/10
throughout [3] 1710/2 1710/4 1935/5
throw [4] 1716/5 1735/25 1781/2 1781/24
thumb [3] 1709/25 1710/10 1713/14
thus [2] 1945/10 1958/25
tie [2] 1846/4 1849/5
tied [1] 1907/2
time [137] 1679/6 1679/13 1680/22 1685/18
  1685/21 1686/2 1687/8 1687/14 1687/17
  1687/19 1687/20 1687/22 1688/1 1688/6
  1689/9 1692/12 1696/20 1700/21 1700/24
  1700/25 1709/18 1716/2 1717/9 1720/15
  1721/4 1721/7 1721/8 1721/23 1722/7
  1729/22 1730/15 1733/15 1733/16 1734/7
  1734/8 1734/8 1736/8 1736/19 1740/15
  1740/21 1741/22 1743/10 1743/12 1743/18
  1749/8 1749/11 1749/18 1754/11 1754/12
  1754/16 1754/22 1755/1 1759/17 1768/14
  1769/6 1769/7 1777/9 1777/14 1778/6
  1780/22 1780/23 1781/6 1781/6 1781/9
  1784/18 1786/4 1786/18 1788/2 1790/1
  1792/22 1794/7 1797/25 1799/7 1799/24
  1800/19 1804/15 1810/14 1817/2 1820/5
  1827/16 1827/20 1827/25 1828/1 1828/20
  1829/11 1830/9 1830/17 1831/10 1832/17
  1836/22 1836/23 1838/25 1839/7 1839/15
  1840/8 1841/5 1845/2 1849/14 1862/14
  1872/2 1877/1 1879/21 1881/15 1882/6
  1885/11 1887/22 1892/1 1898/6 1898/11
  1898/19 1899/4 1899/6 1899/21 1899/25
  1901/14 1901/15 1901/17 1904/14 1905/23
  1906/16 1915/8 1920/13 1920/13 1920/22
  1920/24 1924/14 1924/19 1936/21 1941/12
  1942/2 1952/15 1956/9 1957/6 1957/7
  1957/11 1958/8 1958/25
timed [2] 1720/21 1957/4
timeframe [5] 1899/3 1899/8 1899/10
  1899/11 1899/12

times [25] 1746/22 1749/2 1767/11 1772/1
  1781/23 1785/3 1785/9 1786/11 1786/16
  1786/2 1795/2 1831/7 1832/18 1832/23
  1841/11 1849/18 1849/19 1856/21 1862/9
  1862/13 1884/22 2919/18 1919/22 1927/15
  1957/10
timing [4] 1720/23 1956/20 1956/25 1957/13
title [5] 1740/20 1761/18 1809/20 1822/8
  1950/7
titled [1] 1822/10
to -- the [1] 1925/1
today [12] 1684/3 1684/15 1688/7 1706/18
  1801/9 1801/24 1802/20 1802/25 1845/3
  1845/13 1845/18 1889/25
together [9] 1698/4 1846/5 1888/24 1889/5
  1889/8 1889/12 1901/14 1904/15 1940/17
told [41] 1691/16 1694/18 1694/23 1695/8
  1699/6 1701/14 1701/20 1719/11 1726/11
  1726/17 1726/21 1726/22 1731/7 1743/21
  1774/20 1776/6 1776/9 1776/16 1776/20
  1777/22 1777/22 1777/24 1778/8 1779/2
  1779/4 1779/6 1784/9 1784/18 1788/7 1842/8
  1845/13 1851/19 1853/17 1853/19 1870/12
  1871/4 1871/9 1877/9 1896/22 1896/25
  1919/6
Tom [1] 1758/9
tomorrow [5] 1877/7 1947/18 1953/22
  1960/22 1961/9
too [18] 1704/16 1723/3 1723/5 1729/10
  1738/7 1755/20 1757/10 1774/25 1843/2
  1902/9 1906/17 1916/12 1917/13 1929/13
  1940/1 1953/10 1956/9 1956/23
took [17] 1680/12 1680/18 1691/14 1698/3
  1706/23 1707/3 1740/18 1745/19 1778/12
  1788/2 1789/10 1790/6 1829/11 1830/23
  1830/24 1896/18 1926/9
tool [1] 1915/22
top [6] 1731/25 1799/25 1845/22 1858/7
  1868/4 1931/21
topic [1] 1922/5
total [4] 1679/21 1768/23 1930/25 1940/19
totaled [1] 1932/14
totally [4] 1695/7 1700/24 1733/15 1950/20
totem [1] 1888/21
toto [1] 1783/21
touch [1] 1772/16
touched [1] 1699/1
toward [2] 1887/11 1932/4
towards [3] 1724/5 1887/2 1949/11
TR [4] 1807/9 1807/16 1905/24 1945/5
track [3] 1779/20 1798/21 1883/25
traditionally [1] 1844/22
trained [3] 1711/6 1717/7 1826/22
training [15] 1693/12 1717/1 1717/2 1717/4
  1717/4 1717/12 1718/9 1740/7 1751/8
  1751/10 1751/12 1782/20 1789/22 1844/25
  1888/14
trainings [1] 1889/7
trait [2] 1724/17 1786/24
traits [10] 1786/11 1786/13 1786/14 1786/17
  1786/20 1787/1 1787/3 1787/4 1796/5 1914/9
transcend [1] 1685/6
transcribing [1] 1859/4
transcript [6] 1676/9 1803/12 1865/8
  1867/19 1868/11 1907/14
transcription [2] 1677/15 1677/15
transcripts [3] 1803/6 1803/8 1865/7
transferred [1] 1740/2
translate [1] 1727/20
transpose [1] 1903/7
transposing [1] 1895/22
travel [1] 1838/20
treat [4] 1793/18 1834/19 1834/19 1840/3
treated [1] 1834/2

treating [5] 1832/4 1833/13 1833/17 1833/19
  1833/25
treatment [9] 1756/12 1761/22 1773/4
  1799/14 1800/9 1800/10 1829/25 1840/21
  1842/9
tree [1] 1698/13
trees [1] 1844/2
tremendous [1] 1887/3
tri [13] 1682/7 1682/8 1682/14 1682/24
  1683/6 1683/10 1685/25 1686/1 1690/5
  1707/17 1708/1 1709/6 1728/10
tri-annual [12] 1682/7 1682/8 1682/14
  1682/24 1683/10 1685/25 1686/1 1690/5
  1707/17 1708/1 1709/6 1728/10
tri-annuals [1] 1683/6
triage [1] 1881/11
trial [11] 1862/5 1862/8 1862/24 1863/7
  1867/1 1867/1 1869/16 1884/11 1884/13
  1890/15 1890/16
tried [6] 1688/24 1689/12 1689/12 1689/13
  1778/9 1814/20
triggered [1] 1735/10
trouble [5] 1782/12 1792/3 1792/7 1798/18
  1800/13
true [35] 1699/19 1702/15 1703/19 1712/4
  1731/19 1734/14 1736/23 1753/22 1757/21
  1806/9 1806/11 1825/18 1825/24 1826/15
  1839/8 1840/13 1840/23 1847/3 1872/11
  1911/7 1927/14 1929/3 1931/25 1948/9
  1953/9 1953/12 1953/13 1954/3 1954/21
  1956/9 1956/13 1956/14 1957/14 1960/10
  1960/11
truly [3] 1713/17 1713/22 1928/8
try [17] 1700/11 1707/21 1722/21 1726/12
  1764/5 1773/17 1793/16 1793/17 1808/15
  1814/8 1839/8 1839/9 1873/14 1897/15
  1901/19 1930/4 1955/23
trying [31] 1691/6 1695/6 1696/3 1696/3
  1696/4 1710/19 1711/14 1711/19 1713/13
  1719/15 1722/25 1725/1 1725/4 1725/4
  1726/2 1726/20 1734/12 1758/20 1760/9
  1852/4 1852/6 1859/2 1864/4 1877/23 1900/1
  1903/12 1923/12 1933/22 1934/9 1938/25
  1950/22
Tuesdays [1] 1743/22
Tulane [2] 1760/15 1760/16
turn [1] 1715/2
turned [1] 1816/12
turning [1] 1786/5
turnover [1] 1754/6
twelve [1] 1794/7
twenties [1] 1799/7
twenty [1] 1704/21
twice [2] 1777/8 1927/25
twist [1] 1899/18
two [66] 1679/17 1686/25 1690/8 1696/16
  1717/9 1717/19 1717/21 1718/16 1726/4
  1734/24 1743/22 1745/12 1748/4 1748/10
  1750/22 1752/17 1754/5 1760/7 1762/13
  1762/15 1762/20 1762/21 1763/21 1767/14
  1767/22 1790/15 1794/5 1810/22 1810/24
  1816/12 1819/15 1822/15 1822/19 1832/17
  1832/23 1838/22 1846/5 1856/10 1867/4
  1878/11 1880/6 1882/10 1896/9 1898/4
  1900/5 1900/12 1900/12 1901/7 1906/2
  1906/20 1906/24 1909/15 1909/20 1909/23
  1909/24 1910/2 1910/2 1910/8 1920/14
  1922/21 1939/5 1946/7 1946/21 1953/1
  1956/8 1956/12
two-hour [1] 1734/24
two-year [1] 1717/19
type [16] 1688/23 1692/10 1692/17 1695/17
  1698/14 1701/21 1708/22 1709/13 1710/7
  1712/6 1729/9 1734/12 1750/13 1907/11

# T

**type...** [2] 1952/22 1956/8
**types** [2] 1691/25 1821/25
**typical** [5] 1699/25 1700/2 1700/5 1710/8
1920/8
**typically** [5] 1886/25 1928/9 1938/8 1941/22
1952/23

# U

**U.S** [3] 1741/8 1747/25 1748/1
**U.S.** [8] 1863/8 1881/4 1881/8 1881/13
1881/25 1883/2 1884/12 1888/15
**U.S. district** [1] 1884/12
**U.S. Medical** [6] 1881/4 1881/8 1881/13
1881/25 1883/2 1888/15
**U.S. versus** [1] 1863/8
**Uh** [1] 1811/14
**Uh-hum** [1] 1811/14
**ULERIO** [1] 1677/9
**ultimate** [1] 1871/3
**ultimately** [3] 1747/16 1893/11 1897/9
**un** [1] 1761/12
**un-board** [1] 1761/12
**uncommon** [2] 1798/14 1868/17
**uncontested** [1] 1747/12
**uncut** [1] 1788/17
**under** [20] 1701/7 1720/9 1729/18 1736/22
1736/23 1743/14 1744/6 1746/10 1755/24
1756/5 1759/4 1766/3 1811/13 1811/20
1819/6 1838/10 1846/11 1912/12 1918/17
1929/9
**underestimate** [2] 1812/22 1817/8
**underestimated** [1] 1855/4
**underestimates** [1] 1816/23
**underestimating** [2] 1931/3 1931/8
**undergraduate** [4] 1680/6 1717/2 1717/3
1752/8
**underperforming** [1] 1856/6
**underscore** [1] 1789/10
**understand** [45] 1697/9 1700/15 1727/3
1785/10 1788/12 1792/13 1814/7 1815/2
1825/6 1848/25 1849/3 1863/4 1863/9
1863/14 1863/17 1864/13 1864/16 1866/7
1866/25 1867/5 1869/4 1869/6 1870/6
1871/17 1878/10 1878/10 1878/12 1886/20
1896/21 1898/15 1898/24 1899/19 1902/25
1905/18 1908/20 1911/18 1911/25 1915/16
1916/4 1922/3 1933/21 1946/13 1948/21
1949/20 1950/15
**understanding** [35] 1682/15 1688/25 1702/8
1702/17 1723/11 1723/17 1724/1 1727/22
1750/6 1800/4 1807/23 1809/11 1809/13
1811/11 1818/5 1818/8 1820/6 1820/10
1820/14 1820/21 1820/22 1826/1 1826/9
1826/13 1828/19 1828/21 1828/22 1832/22
1843/7 1846/18 1849/6 1853/4 1864/6
1864/18 1910/14
**understands** [2] 1866/11 1866/21
**understatements** [1] 1931/9
**understood** [7] 1774/7 1789/10 1795/12
1804/5 1804/17 1851/21 1866/18
**undertaking** [1] 1903/6
**unfair** [1] 1856/19
**unfortunately** [2] 1794/12 1850/10
**unhappy** [1] 1789/8
**unique** [1] 1904/16
**Unit** [4] 1842/22 1881/10 1881/18 1881/22
**UNITED** [17] 1676/1 1676/2 1676/4 1676/10
1676/14 1676/15 1748/16 1754/25 1759/18
1763/15 1767/9 1768/14 1817/22 1818/3
1824/15 1824/16 1867/15
**United States** [1] 1867/15
**units** [6] 1742/2 1742/10 1842/21 1842/21

1842/24 1844/10
**unless** [3] 1738/17 1812/22 1941/16
1751/22 1751/24 1752/2 1760/16 1879/25
1887/18
**unless** [8] 1706/6 1707/8 1773/17 1820/4
1910/13 1928/1 1956/18 1960/23
**unquote** [1] 1858/3
**until** [10] 1680/20 1753/8 1757/5 1771/6
1797/15 1797/21 1812/14 1877/8 1881/20
1881/20
**unusual** [3] 1689/22 1699/23 1827/16
**unwillingness** [1] 1736/14
**up** [93] 1681/19 1694/9 1696/21 1703/17
1708/25 1713/15 1716/14 1718/8 1719/18
1719/18 1721/7 1725/13 1731/14 1735/25
1738/23 1743/10 1743/23 1744/8 1752/11
1752/12 1752/18 1753/1 1753/2 1753/3
1753/20 1755/14 1771/5 1771/18 1772/3
1776/3 1777/20 1778/10 1781/11 1782/5
1783/8 1786/14 1790/14 1792/1 1792/20
1795/1 1799/10 1799/19 1809/4 1810/22
1810/24 1812/14 1813/4 1813/7 1813/9
1816/5 1819/6 1821/5 1821/13 1839/1 1839/9
1849/13 1854/10 1858/13 1858/14 1861/13
1862/9 1862/10 1862/14 1883/18 1888/2
1888/22 1888/23 1888/7 1900/9 1906/16
1907/8 1908/10 1909/4 1909/7 1910/7 1910/8
1910/12 1917/1 1919/11 1920/6 1924/14
1928/7 1930/22 1930/23 1930/25 1941/12
1941/14 1941/16 1942/20 1943/6 1947/12
1949/16 1960/11
**updated** [2] 1763/22 1958/6
**uploaded** [1] 1678/14
**upon** [14] 1737/22 1772/22 1773/9 1833/13
1843/8 1844/13 1871/3 1871/4 1895/10
1897/23 1901/5 1935/10 1942/8 1955/24
**ups** [1] 1942/9
**us** [40] 1679/25 1688/20 1689/5 1689/9
1691/6 1697/19 1703/18 1705/4 1705/6
1705/18 1707/15 1716/10 1739/11 1739/14
1743/10 1744/8 1750/22 1763/2 1763/7
1769/25 1771/15 1772/7 1772/21 1776/6
1782/6 1788/8 1788/25 1796/2 1798/25
1801/6 1845/13 1877/22 1880/10 1880/21
1889/12 1894/13 1895/20 1901/3 1930/2
1947/22
**use** [49] 1714/25 1724/16 1724/24 1747/17
1775/10 1784/7 1786/6 1792/4 1794/15
1812/19 1823/2 1823/6 1829/21 1829/22
1835/6 1843/20 1844/21 1844/25 1850/1
1856/22 1893/6 1902/19 1903/13 1903/23
1904/9 1904/19 1905/10 1913/17 1913/21
1914/21 1915/1 1915/5 1915/6 1915/9
1915/10 1915/15 1915/18 1922/19 1926/5
1932/19 1933/1 1937/15 1939/19 1947/7
1949/23 1950/10 1952/1 1958/1 1958/7
**used** [22] 1713/1 1717/9 1720/4 1720/13
1729/12 1749/4 1809/20 1822/25 1826/16
1829/24 1842/12 1857/21 1903/8 1913/16
1938/23 1943/5 1944/19 1949/25 1950/2
1951/4 1955/2 1959/1
**useless** [3] 1787/22 1908/19 1947/19
**uses** [1] 1787/21
**using** [24] 1704/7 1717/10 1717/11 1720/1
1724/21 1776/22 1784/8 1836/4 1854/24
1865/15 1872/8 1872/10 1902/18 1906/5
1914/5 1915/22 1916/5 1919/19 1922/17
1932/21 1934/17 1944/1 1944/14 1958/6
**usual** [1] 1707/19
**usually** [10] 1687/22 1707/24 1708/11
1719/22 1747/15 1754/18 1773/23 1839/25
1841/16 1843/11
**utero** [1] 1872/18
**utility** [1] 1932/16

**utilizing** [1] 1831/1

# V

**vacated** [2] 1774/14 1860/1
**vague** [2] 1941/16 1942/13
**Vaguely** [1] 1684/25
**valid** [1] 1771/24
**validate** [1] 1918/12
**validated** [1] 1918/21
**validity** [3] 1720/17 1959/2 1959/3
**value** [3] 1734/5 1946/8 1946/22
**valued** [1] 1734/9
**values** [1] 1946/9
**variabilities** [1] 1947/23
**variability** [4] 1918/16 1919/7 1919/8
1955/25
**variables** [3] 1918/19 1929/25 1930/10
**variably** [1] 1833/2
**variation** [2] 1917/22 1948/8
**varied** [1] 1888/12
**varies** [4] 1862/21 1946/24 1946/25 1947/2
**variety** [2] 1739/23 1789/3
**various** [13] 1681/22 1760/20 1786/14
1802/15 1844/3 1850/1 1886/24 1904/11
1914/17 1917/9 1917/22 1925/15 1925/17
**vary** [8] 1825/16 1843/7 1844/13 1942/2
1942/4 1942/5 1943/21 1945/9
**Varying** [1] 1831/13
**vastly** [1] 1952/12
**venues** [1] 1821/16
**verbal** [18] 1718/11 1718/14 1718/18
1718/25 1851/16 1896/7 1896/8 1916/17
1916/17 1917/4 1918/3 1920/10 1931/12
1932/16 1933/1 1933/14 1935/10 1938/19
**verbally** [4] 1894/24 1896/15 1932/10
1934/24
**VERONICA** [1] 1677/8
**version** [1] 1706/3
**versions** [1] 1944/1
**versus** [22] 1676/4 1748/16 1754/25 1757/7
1763/15 1767/10 1768/15 1811/12 1817/22
1818/3 1818/5 1824/1 1824/15 1824/16
1833/25 1863/8 1865/8 1867/15 1932/15
1932/23 1934/15 1935/13
**very** [79] 1689/7 1699/1 1699/25 1700/2
1700/4 1700/21 1701/17 1701/20 1702/6
1702/7 1702/7 1704/12 1705/6 1710/7
1710/12 1714/23 1721/9 1721/21 1721/24
1729/21 1729/22 1730/22 1731/4 1731/11
1738/5 1738/16 1752/16 1758/14 1762/19
1763/25 1770/2 1770/6 1773/10 1773/24
1774/17 1776/21 1779/24 1781/20 1781/23
1782/13 1790/25 1794/2 1795/23 1808/9
1812/15 1833/18 1837/2 1842/16 1854/2
1858/14 1860/10 1860/16 1860/16 1861/23
1862/13 1874/11 1885/15 1885/16 1885/25
1888/4 1898/17 1899/4 1900/2 1904/16
1919/16 1920/1 1928/22 1931/11 1931/24
1936/21 1938/19 1942/9 1943/24 1946/12
1946/12 1946/12 1946/12 1948/1 1961/8
**via** [1] 1942/4
**view** [21] 1689/9 1696/14 1697/19 1703/5
1764/12 1771/13 1771/15 1771/22 1771/25
1820/1 1833/11 1835/21 1836/12 1850/6
1856/15 1910/16 1912/8 1918/6 1925/2
1948/10 1957/1
**viewed** [2] 1702/19 1856/21
**views** [1] 1807/15
**vigilant** [1] 1770/4
**VII** [1] 1731/20
**Vineland** [1] 1902/4
**violated** [1] 1756/1
**violation** [1] 1756/12
**VIQ** [4] 1896/6 1917/22 1919/9 1933/6

**V**

VIQ/PIQ [3]  1896/6 1919/9 1933/6
Virginia [5]  1748/1 1748/8 1753/23 1824/1
1865/8
virtually [1]  1901/4
visit [4]  1695/13 1695/17 1841/5 1841/7
visited [1]  1841/11
visiting [3]  1769/20 1769/21 1772/13
vocabulary [6]  1698/1 1718/24 1797/14
1942/11 1956/1 1956/2
voice [2]  1796/23 1839/1
voir [8]  1749/22 1749/25 1761/2 1761/12
1803/20 1861/13 1885/14 1885/17
volume [3]  1706/22 1714/15 1754/18

**W**

WAIS [18]  1853/20 1889/21 1889/22 1914/1
1918/9 1918/12 1918/21 1919/13 1919/16
1919/17 1926/1 1926/3 1926/9 1926/9 1928/2
1928/8 1951/4 1959/8
WAIS-III [2]  1918/21 1926/1
WAIS-IV [4]  1918/12 1919/13 1926/3
1951/4
WAIS-IVs [2]  1889/21 1889/22
WAIS-R [3]  1926/9 1926/9 1928/8
waiting [2]  1696/23 1772/15
walk [1]  1851/3
wallet [1]  1725/11
Walls [1]  1761/18
want [53]  1689/19 1695/21 1704/3 1704/19
1706/5 1708/18 1722/22 1726/19 1729/24
1769/11 1783/23 1786/20 1786/21 1786/21
1791/3 1792/25 1794/12 1798/17 1802/7
1802/12 1808/17 1814/2 1814/11 1814/22
1814/25 1814/25 1841/23 1843/2 1849/3
1851/2 1856/8 1856/9 1859/16 1863/24
1867/11 1877/23 1886/19 1887/12 1887/14
1890/13 1892/22 1896/23 1897/13 1897/16
1900/19 1904/1 1913/1 1924/7 1924/23
1946/19 1947/13 1951/9 1958/7
wanted [24]  1710/16 1710/20 1712/17
1725/18 1737/15 1746/3 1748/14 1772/16
1777/12 1777/13 1788/4 1802/4 1813/1
1838/16 1841/8 1851/16 1885/7 1902/19
1902/21 1924/22 1925/8 1943/4 1951/25
1952/1
wanting [2]  1794/12 1943/17
wants [2]  1761/10 1786/22
wards [2]  1754/5 1754/6
warrants [1]  1935/7
was [662]
Washington [2]  1741/1 1761/20
wasn't [18]  1691/8 1714/9 1726/6 1728/19
1729/12 1734/9 1734/11 1737/16 1749/8
1765/10 1777/10 1783/2 1783/14 1833/5
1833/7 1833/12 1835/22 1835/25
wasnt [2]  1856/21 1897/4
watch [3]  1720/25 1721/1 1957/5
wavered [1]  1737/15
way [60]  1678/13 1685/10 1695/23 1707/22
1714/18 1716/14 1718/9 1723/1 1728/18
1731/1 1734/11 1737/9 1765/1 1771/2 1771/4
1773/23 1786/9 1787/21 1789/9 1801/13
1803/23 1804/23 1805/20 1807/8 1814/3
1814/25 1815/1 1845/5 1864/11 1867/14
1870/6 1898/11 1900/14 1900/19 1907/13
1911/18 1912/5 1912/6 1912/23 1913/11
1916/3 1917/15 1917/25 1924/8 1925/9
1930/13 1931/6 1931/8 1935/14 1936/4
1937/4 1937/6 1942/14 1947/5 1957/8
1957/10 1959/11 1959/13 1959/15 1959/17
ways [4]  1748/4 1946/7 1946/10 1946/21
we [135]  1682/12 1689/12 1692/2 1692/11

1692/24 1701/14 1701/14 1701/15 1701/16
1701/18 1703/20 1704/17 1705/17 1706/8
1707/6 1707/21 1707/23 1708/12 1714/14
1715/14 1717/7 1717/7 1722/21 1722/21
1726/1 1726/3 1726/11 1729/18 1729/24
1731/4 1731/10 1731/10 1731/11 1732/4
1732/18 1734/15 1738/10 1739/6 1741/7
1741/8 1741/11 1756/12 1765/21 1772/24
1773/3 1774/6 1774/6 1776/14 1778/14
1780/1 1786/13 1786/15 1786/18 1787/17
1789/1 1801/5 1803/19 1806/14 1806/14
1806/15 1808/18 1808/18 1812/7 1812/8
1812/17 1814/12 1816/5 1816/24 1833/10
1836/19 1857/25 1861/1 1862/18 1862/18
1864/4 1867/18 1875/22 1875/23 1875/25
1876/1 1877/23 1878/9 1879/4 1881/11
1882/14 1885/25 1886/19 1888/4 1888/13
1888/14 1888/16 1888/24 1889/5 1889/7
1889/8 1889/11 1891/13 1889/14 1895/12
1898/6 1903/22 1905/6 1905/22 1906/6
1915/7 1919/13 1919/16 1921/6 1921/20
1921/21 1924/11 1928/15 1928/16 1930/1
1930/2 1930/2 1931/12 1931/15 1931/20
1933/24 1936/9 1937/9 1939/18 1946/19
1947/24 1948/19 1948/21 1948/22 1949/8
1949/11 1950/20 1952/7 1953/16 1958/21
1960/21
we'd [2]  1761/12 1778/16
we'll [8]  1804/2 1812/2 1844/22 1848/1
1936/9 1953/22 1961/5 1961/8
we're [53]  1692/4 1692/12 1702/1 1711/14
1711/19 1714/14 1715/2 1721/9 1736/4
1739/5 1762/25 1772/24 1780/7 1799/13
1805/6 1812/5 1826/22 1864/9 1871/2
1889/25 1899/4 1899/11 1899/17 1903/8
1904/4 1905/16 1906/8 1912/1 1912/19
1917/23 1920/7 1920/25 1923/22 1926/13
1927/23 1929/4 1930/16 1932/22 1933/21
1933/22 1934/15 1934/16 1935/3 1943/6
1943/7 1943/18 1945/13 1946/13 1950/23
1950/25 1952/24 1953/4 1959/23
we've [2]  1705/7 1924/10
weakness [1]  1848/19
weaknesses [5]  1848/14 1848/16 1940/14
1960/5 1960/8
wear [2]  1774/21 1774/23
wearing [1]  1709/24
weather [1]  1947/16
Wechsler [8]  1889/23 1890/10 1906/5
1909/18 1919/2 1925/20 1926/6 1953/7
Wechsler Scales [3]  1889/23 1890/10 1906/5
Wechsler's [1]  1926/8
Wecshler [2]  1717/8 1717/10
week [8]  1743/18 1743/19 1743/22 1851/15
1920/8 1920/11 1921/22 1952/13
weight [1]  1925/4
welcome [2]  1876/16 1876/22
well [182]  1683/4 1683/17 1685/5 1686/14
1688/22 1689/10 1689/16 1690/5 1691/21
1692/4 1693/20 1695/12 1697/21 1700/10
1700/12 1701/9 1702/6 1702/10 1702/13
1707/3 1708/8 1710/5 1710/7 1711/2 1715/2
1717/7 1718/11 1721/9 1722/21 1723/21
1724/19 1726/7 1726/20 1729/21 1731/4
1731/16 1731/23 1738/5 1740/10 1741/3
1741/9 1742/8 1742/11 1747/18 1752/15
1759/3 1764/4 1772/1 1772/9 1774/12
1774/20 1776/14 1778/7 1782/18 1783/15
1784/8 1785/24 1786/2 1787/7 1787/22
1791/3 1791/14 1792/3 1799/20 1800/7
1804/4 1805/3 1805/4 1808/3 1808/20
1810/16 1812/5 1812/7 1818/4 1818/24
1819/5 1819/15 1820/22 1826/12 1826/24
1828/13 1829/16 1833/23 1834/21 1836/16

1837/2 1842/23 1845/15 1847/3 1847/25
1849/23 1850/3 1854/18 1856/10 1857/6
1858/14 1858/21 1860/10 1861/23 1862/11
1874/5 1878/21 1880/13 1881/3 1881/7
1882/10 1882/14 1885/5 1885/16 1887/16
1888/4 1888/24 1892/21 1892/25 1895/12
1895/21 1896/21 1897/15 1897/17 1898/4
1898/12 1899/8 1899/14 1899/22 1899/23
1900/4 1900/5 1902/7 1902/8 1902/10
1902/20 1903/15 1904/18 1906/2 1906/16
1907/24 1908/4 1909/1 1909/15 1909/25
1911/12 1911/19 1911/19 1912/19 1913/24
1914/14 1918/9 1919/15 1919/22 1920/25
1921/1 1921/19 1923/5 1924/14 1930/1
1930/7 1931/5 1931/8 1931/18 1932/5
1933/17 1936/6 1936/21 1936/25 1938/1
1938/19 1942/4 1943/17 1943/18 1945/7
1945/23 1946/25 1950/20 1951/19 1953/12
1953/12 1953/25 1954/7 1957/1 1957/5
1959/13 1960/9
wells [1]  1745/3
went [21]  1680/2 1713/15 1735/13 1743/14
1743/20 1748/19 1767/10 1767/19 1772/9
1774/13 1776/18 1778/4 1780/10 1780/10
1800/1 1828/18 1828/21 1828/21 1841/5
1873/21 1901/9
were [238]  1679/6 1679/8 1679/10 1679/21
1680/11 1681/4 1681/21 1681/21 1681/21
1681/22 1681/23 1681/25 1682/2 1682/3
1682/10 1682/14 1682/15 1682/16 1682/16
1683/19 1685/18 1686/5 1686/5 1686/7
1686/8 1686/8 1686/10 1686/23 1687/3
1687/20 1689/6 1689/24 1690/13 1691/6
1692/2 1693/21 1693/24 1697/22 1698/2
1698/20 1700/7 1700/9 1700/10 1700/11
1701/2 1701/14 1701/20 1705/6 1708/12
1709/14 1711/1 1711/4 1712/1 1712/3 1712/4
1712/4 1712/9 1712/12 1716/11 1717/8
1719/8 1720/13 1726/11 1726/17 1727/6
1728/16 1729/16 1731/3 1731/11 1732/5
1732/5 1732/10 1733/2 1733/7 1735/4
1736/20 1736/21 1741/12 1742/11 1742/12
1746/10 1748/10 1748/21 1749/9 1752/21
1754/20 1754/21 1755/4 1755/9 1755/20
1756/6 1756/14 1756/18 1757/6 1757/13
1757/16 1758/19 1759/16 1759/18 1759/18
1760/6 1762/20 1764/13 1766/11 1767/7
1769/1 1769/25 1772/22 1776/12 1776/12
1776/16 1776/17 1780/1 1780/6 1782/21
1783/5 1783/5 1787/18 1787/19 1790/12
1791/22 1794/2 1795/15 1795/16 1795/17
1795/18 1803/19 1803/20 1804/6 1804/18
1804/19 1809/12 1816/3 1816/12 1822/20
1822/22 1829/4 1829/5 1831/5 1831/6 1832/7
1832/8 1832/25 1835/24 1836/8 1841/7
1845/14 1845/19 1848/8 1849/11 1851/17
1852/4 1852/5 1852/7 1852/7 1852/10
1852/10 1853/13 1853/15 1853/20 1854/1
1854/7 1854/7 1854/12 1854/13 1854/16
1854/21 1854/22 1854/24 1855/6 1857/4
1857/5 1857/19 1861/14 1861/15 1862/11
1870/12 1871/7 1874/19 1874/20 1878/10
1879/1 1881/6 1882/7 1883/13 1884/10
1884/11 1884/12 1887/11 1888/2 1888/7
1888/13 1888/20 1888/25 1889/12 1890/17
1891/17 1891/18 1892/15 1895/5 1895/18
1895/19 1896/25 1897/6 1897/7 1897/10
1897/13 1897/24 1898/4 1899/16 1900/12
1900/23 1901/5 1902/11 1902/13 1902/15
1902/16 1902/18 1903/4 1903/11 1907/14
1908/9 1913/12 1914/20 1919/17 1926/22
1932/13 1940/16 1949/24 1954/1 1955/13
1957/23 1958/17 1959/11 1959/13 1959/18
1959/19 1961/14

# W

**weren't** [1]  1700/10
**what** [419]
**what's** [20]  1692/24 1705/12 1709/7 1714/21
1762/2 1784/16 1801/8 1801/23 1802/22
1802/23 1843/24 1859/16 1860/25 1863/7
1868/22 1869/21 1880/12 1896/24 1906/7
1941/18
**whatever** [14]  1708/24 1709/14 1755/18
1776/24 1780/11 1782/17 1825/24 1856/9
1861/3 1868/23 1875/20 1879/1 1892/22
1915/18
**wheels** [1]  1786/5
**when** [203]  1679/6 1680/22 1683/10 1685/1
1685/6 1685/22 1686/18 1686/20 1686/22
1687/13 1687/14 1687/16 1687/16 1688/1
1689/11 1689/11 1689/16 1689/17 1691/13
1691/19 1692/1 1692/2 1695/3 1695/3 1695/4
1697/3 1698/3 1702/23 1706/19 1709/24
1710/16 1710/17 1712/18 1715/10 1716/11
1716/22 1717/10 1719/9 1720/23 1721/3
1721/4 1721/12 1721/12 1727/11 1728/4
1728/8 1729/16 1730/8 1730/15 1730/15
1731/3 1731/7 1734/1 1735/11 1735/18
1737/18 1740/22 1743/20 1747/10 1753/18
1753/23 1755/3 1759/8 1763/3 1764/3 1771/7
1772/13 1773/16 1774/6 1774/6 1776/14
1776/16 1776/23 1778/2 1779/7 1779/15
1779/16 1779/20 1780/15 1781/13 1782/20
1784/23 1787/11 1787/15 1790/3 1791/11
1791/25 1793/5 1793/5 1793/21 1793/21
1793/23 1793/25 1794/17 1796/5 1799/6
1799/10 1799/12 1799/19 1799/23 1800/7
1802/7 1803/19 1806/9 1806/10 1809/6
1810/6 1810/13 1810/21 1811/2 1812/13
1816/15 1816/16 1816/16 1816/18 1820/1
1821/19 1826/23 1827/4 1827/5 1827/5
1827/6 1827/8 1828/23 1828/25 1829/20
1830/6 1831/3 1831/9 1831/16 1831/21
1832/7 1832/12 1832/20 1833/5 1833/7
1833/9 1833/14 1833/17 1833/20 1833/21
1834/12 1834/13 1836/4 1841/12 1841/16
1842/12 1844/10 1853/23 1855/6 1860/6
1874/13 1878/9 1883/4 1884/9 1885/3
1888/20 1894/22 1896/17 1896/23 1898/15
1899/17 1900/2 1900/3 1900/6 1903/12
1905/11 1905/16 1913/13 1913/15 1914/20
1915/14 1917/1 1918/17 1920/2 1920/4
1920/7 1920/12 1921/2 1921/3 1924/11
1927/2 1932/13 1933/10 1934/1 1936/9
1937/2 1937/12 1947/19 1948/24 1949/24
1953/2 1953/16 1954/1 1954/21 1955/13
1957/1 1957/3 1957/3 1959/11 1959/15
1959/16 1960/10
**whenever** [2]  1839/15 1842/2
**where** [91]  1681/2 1685/7 1689/20 1689/20
1691/3 1696/20 1709/9 1718/9 1723/17
1742/14 1747/7 1747/15 1748/23 1748/25
1754/19 1755/4 1757/13 1757/16 1759/23
1761/23 1767/7 1767/22 1767/24 1768/11
1768/14 1769/19 1770/4 1771/12 1773/19
1776/16 1785/20 1792/4 1792/5 1793/19
1793/20 1806/10 1806/23 1816/3 1818/1
1818/23 1819/4 1825/16 1835/24 1835/25
1842/17 1846/6 1849/25 1850/6 1850/11
1853/18 1858/4 1858/6 1859/23 1864/17
1865/11 1867/14 1875/10 1881/10 1881/12
1884/17 1885/6 1887/10 1889/6 1889/12
1889/14 1897/25 1898/17 1900/8 1902/2
1902/2 1902/19 1905/15 1907/25 1910/7
1918/7 1921/15 1927/4 1927/17 1927/23
1939/2 1940/1 1943/9 1949/5 1949/25 1950/7
1950/8 1950/20 1950/21 1950/22 1951/4

**1955/15**
**whereabouts** [2]  1761/7 1767/12
**whereas** [2]  1726/25 1797/22
**Whereupon** [1]  1961/14
**whether** [46]  1682/10 1682/11 1682/15
1692/16 1721/18 1761/4 1771/11 1771/21
1775/17 1775/23 1795/15 1800/18 1804/2
1804/18 1807/11 1821/22 1823/19 1835/2
1844/25 1845/11 1847/1 1848/1 1852/5
1852/6 1852/7 1854/18 1855/9 1855/10
1861/15 1865/20 1872/10 1879/3 1901/19
1907/16 1908/2 1908/17 1913/20 1925/19
1930/4 1933/21 1935/7 1950/22 1956/12
1956/15 1957/11 1957/12
**which** [94]  1688/13 1696/22 1698/12
1701/16 1702/11 1704/9 1705/25 1706/11
1708/15 1711/7 1711/8 1711/15 1711/17
1712/18 1723/16 1730/18 1732/9 1735/22
1736/23 1740/4 1740/12 1741/13 1741/24
1742/9 1742/17 1742/18 1744/2 1744/6
1744/23 1745/4 1746/7 1748/11 1749/5
1750/9 1752/14 1752/17 1753/3 1756/12
1760/3 1760/6 1760/20 1761/6 1764/18
1767/18 1769/21 1775/13 1778/6 1784/14
1784/19 1794/13 1794/25 1797/5 1805/22
1807/20 1820/18 1829/24 1831/1 1836/9
1843/13 1845/10 1848/24 1856/10 1858/13
1858/14 1865/5 1868/17 1870/14 1877/7
1878/24 1883/4 1894/24 1902/12 1905/9
1920/24 1921/5 1925/14 1926/16 1927/6
1928/10 1929/7 1931/16 1932/3 1932/14
1933/15 1933/24 1942/24 1942/24 1943/17
1945/16 1947/2 1947/5 1949/15 1951/9
1951/21
**while** [5]  1719/18 1797/25 1841/6 1870/22
1952/16
**white** [6]  1741/12 1741/12 1748/20 1773/13
1850/16 1850/19
**Whitestone** [2]  1813/3 1681/11
**who** [108]  1686/8 1687/10 1687/24 1692/22
1693/3 1693/3 1694/6 1695/13 1695/16
1700/23 1709/5 1709/11 1711/2 1711/2
1711/4 1711/6 1722/24 1726/22 1727/6
1732/8 1737/2 1737/18 1741/13 1742/12
1746/2 1747/17 1747/19 1747/19 1748/17
1760/10 1764/10 1772/11 1772/13 1773/6
1773/16 1781/22 1781/24 1782/10 1782/12
1784/25 1785/25 1786/25 1787/12 1795/6
1796/20 1797/18 1798/11 1798/18 1803/5
1806/11 1806/16 1806/16 1807/4 1807/8
1808/9 1811/17 1812/20 1816/11 1818/17
1831/21 1831/24 1832/2 1832/12 1833/22
1834/1 1834/2 1836/9 1839/11 1839/21
1839/22 1840/15 1840/18 1840/25 1842/25
1850/23 1852/22 1852/23 1860/10 1860/11
1861/8 1861/21 1862/16 1862/19 1870/3
1872/16 1872/19 1881/16 1882/7 1885/1
1887/11 1888/1 1888/2 1888/10 1888/13
1888/21 1891/23 1897/5 1897/6 1897/7
1897/23 1900/9 1901/4 1901/8 1901/9
1923/15 1930/23 1934/23 1961/11
**who's** [1]  1767/2
**whoever** [2]  1773/5 1884/6
**whole** [9]  1708/13 1710/4 1717/18 1725/7
1781/14 1814/6 1907/22 1908/3 1930/18
**wholly** [1]  1865/9
**whomever** [1]  1902/13
**whose** [1]  1901/5
**why** [55]  1679/14 1679/15 1695/25 1698/6
1700/1 1704/4 1707/7 1707/13 1707/17
1708/1 1708/16 1709/1 1710/6 1710/14
1711/12 1711/12 1712/4 1713/3 1719/12
1728/11 1732/6 1732/18 1735/1 1765/21
1767/1 1774/7 1774/8 1777/10 1779/8

**1781/21** 1785/3 1803/2 1808/18 1811/9
1812/9 1820/3 1830/4 1834/1 1836/1
1857/19 1857/25 1858/15 1858/15 1858/25
1859/1 1859/11 1859/19 1859/20 1859/21
1874/10 1892/19 1895/25 1896/19 1901/3
1933/24
**wife** [1]  1850/8
**will** [35]  1678/6 1708/10 1721/7 1721/8
1735/16 1737/14 1760/14 1768/2 1781/25
1784/13 1823/18 1826/1 1838/5 1839/9
1840/1 1842/18 1845/23 1847/16 1863/25
1872/6 1898/20 1900/7 1902/9 1922/2 1923/9
1923/10 1923/17 1923/23 1927/9 1928/9
1931/11 1935/15 1960/19 1961/2 1961/11
**willie** [1]  1955/14
**WILSON** [76]  1676/5 1678/6 1683/22
1684/1 1684/24 1685/8 1685/15 1685/21
1686/2 1688/18 1689/6 1690/5 1692/16
1700/16 1703/6 1709/17 1712/1 1712/18
1734/21 1736/10 1736/17 1766/12 1773/10
1774/3 1775/7 1780/20 1786/22 1787/7
1787/17 1788/6 1788/11 1789/7 1790/19
1791/10 1791/24 1793/24 1794/14 1794/24
1797/1 1797/8 1798/21 1799/1 1799/23
1801/7 1801/25 1803/2 1804/20 1805/3
1811/15 1812/13 1816/12 1817/2 1817/12
1827/4 1828/3 1828/6 1829/1 1829/8 1829/17
1832/12 1835/21 1849/21 1854/19 1856/12
1864/15 1869/19 1870/20 1870/24 1877/13
1878/23 1894/18 1897/2 1915/12 1916/22
1930/16 1938/10
**Wilson's** [8]  1693/7 1697/15 1701/22
1812/23 1855/4 1857/4 1871/23 1959/25
**window** [1]  1825/17
**WISC** [10]  1689/7 1696/7 1698/10 1703/3
1720/1 1720/2 1720/8 1720/9 1722/4 1913/16
**WISC-III** [8]  1689/7 1696/7 1703/3 1720/2
1720/8 1720/9 1722/4 1913/16
**wise** [1]  1897/18
**wit's** [1]  1814/9
**withdraw** [2]  1686/15 1693/20
**within** [23]  1686/11 1743/4 1744/12 1773/19
1778/14 1782/19 1806/24 1811/23 1825/9
1825/11 1825/19 1825/24 1845/9 1846/8
1851/15 1861/22 1880/15 1894/15 1919/8
1949/3 1955/9 1958/5 1958/14
**without** [12]  1713/23 1713/25 1767/23
1768/6 1778/21 1798/11 1804/24 1807/18
1822/17 1829/15 1849/4 1908/6
**witness** [37]  1678/12 1678/15 1678/17
1738/5 1738/9 1738/11 1738/13 1758/6
1765/19 1766/2 1801/18 1802/5 1813/4
1814/5 1814/16 1823/22 1838/7 1838/10
1839/2 1856/20 1858/8 1865/12 1865/20
1867/24 1867/25 1876/19 1876/23 1876/23
1876/25 1877/3 1877/3 1884/23 1922/1
1922/8 1923/15 1923/19 1960/19
**witness'** [1]  1812/3
**witness's** [1]  1732/23
**witnesses** [4]  1812/9 1902/13 1943/25 1962/2
**woman** [5]  1694/6 1694/8 1864/17 1867/3
1872/16
**woman's** [1]  1865/3
**women** [1]  1743/6
**won't** [3]  1732/17 1735/7 1774/16
**wonder** [1]  1947/15
**wont** [1]  1877/23
**Wood's** [1]  1785/20
**Woods** [6]  1694/4 1785/20 1832/8 1856/20
1924/9 1924/23
**word** [10]  1710/1 1729/12 1856/16 1859/4
1859/4 1859/12 1863/25 1903/8 1905/23
1909/20
**wording** [1]  1914/8

# W

**words [30]** 1697/23 1708/22 1710/3 1713/5
1716/21 1726/2 1727/21 1729/10 1732/4
1733/6 1733/13 1777/13 1777/15 1784/13
1788/16 1797/1 1797/25 1814/5 1840/14
1849/16 1857/20 1859/20 1888/7 1901/16
1905/8 1907/7 1908/13 1913/6 1937/20
1940/23
**work [44]** 1680/19 1693/8 1700/14 1710/21
1713/13 1732/3 1739/15 1742/14 1748/9
1753/8 1753/20 1758/15 1758/22 1758/25
1768/24 1769/9 1769/10 1775/9 1778/9
1778/10 1805/4 1806/6 1806/7 1806/9
1806/22 1841/1 1841/13 1861/9 1868/19
1880/14 1883/3 1883/7 1883/14 1883/15
1883/20 1884/21 1888/2 1888/24 1890/19
1896/23 1903/20 1903/20 1939/25 1940/1
**work-up [1]** 1888/2
**worked [18]** 1680/22 1686/14 1686/16
1686/18 1686/18 1686/22 1686/23 1687/17
1692/22 1713/12 1753/10 1753/14 1753/18
1760/11 1883/9 1887/21 1889/11 1935/14
**worker [1]** 1707/23
**working [18]** 1680/4 1680/11 1680/14
1683/19 1687/8 1687/14 1687/14 1688/1
1692/23 1699/24 1710/16 1731/7 1756/5
1769/2 1805/4 1841/24 1884/21 1940/2
**world [3]** 1799/25 1941/14 1942/19
**worry [2]** 1709/9 1933/9
**worse [1]** 1833/7
**worthwhile [1]** 1797/19
**would [311]**
**wouldn't [16]** 1695/25 1699/1 1723/21
1733/6 1751/4 1774/23 1783/22 1786/10
1811/2 1824/10 1842/14 1938/8 1943/11
1946/4 1952/21 1955/21
**wouldnt [14]** 1870/9 1874/4 1874/5 1882/13
1904/11 1905/13 1908/22 1909/7 1912/23
1914/5 1914/6 1914/14 1915/14 1933/7
**write [9]** 1711/21 1722/9 1722/15 1727/16
1734/1 1734/13 1746/14 1889/9 1957/6
**writing [7]** 1721/20 1722/19 1759/21 1761/1
1767/18 1780/7 1851/16
**written [8]** 1702/14 1806/23 1843/14
1858/17 1892/11 1904/9 1925/25 1957/7
**wrong [8]** 1693/13 1695/7 1695/10 1697/12
1811/18 1811/22 1846/19 1910/13
**wrote [21]** 1705/23 1709/17 1709/23 1710/12
1710/14 1713/3 1713/12 1722/7 1723/10
1723/11 1723/22 1724/4 1725/9 1752/8
1846/11 1850/13 1851/13 1871/11 1871/12
1873/4 1873/9

# Y

**yeah [75]** 1683/9 1684/10 1684/11 1684/13
1686/6 1688/5 1690/16 1690/19 1691/2
1691/5 1691/23 1691/24 1693/17 1695/21
1696/15 1697/5 1697/8 1697/22 1698/19
1698/24 1699/22 1701/7 1701/8 1702/4
1703/24 1704/7 1704/11 1704/14 1704/16
1705/21 1706/13 1707/5 1708/6 1709/16
1709/19 1711/20 1712/3 1712/16 1713/25
1716/21 1718/25 1720/4 1721/5 1722/1
1723/9 1724/3 1724/7 1724/19 1725/2 1725/6
1725/22 1729/1 1731/10 1731/21 1732/22
1732/25 1733/25 1735/10 1735/20 1736/5
1761/24 1782/8 1796/3 1801/15 1801/21
1809/20 1829/10 1835/17 1836/18 1921/19
1936/2 1943/4 1951/9 1956/5 1957/24
**year [18]** 1683/5 1683/6 1683/7 1694/10
1703/15 1717/19 1723/12 1733/21 1739/22
1740/1 1740/17 1740/17 1745/19 1752/15
1755/2 1769/8 1769/12 1810/14

**years [49]** 1679/10 1679/12 1679/23 1680/12
1680/18 1689/8 1689/12 1692/20 1691/8
1712/19 1715/17 1716/2 1744/14 1745/18
1752/1 1752/10 1752/20 1757/23 1760/7
1776/22 1779/17 1791/12 1810/7 1810/10
1810/22 1810/24 1819/3 1819/12 1838/23
1839/6 1862/11 1881/15 1882/20 1884/20
1901/15 1917/7 1917/3 1920/5 1920/15
1921/3 1921/4 1921/8 1921/12 1935/5
1942/15 1942/17 1943/12 1959/1 1960/11
**yell [1]** 1783/6
**yes [276]** 1679/7 1679/16 1679/20 1680/21
1680/24 1681/1 1681/18 1683/1 1683/12
1683/16 1683/18 1683/20 1683/24 1684/2
1684/7 1684/16 1685/14 1686/3 1686/10
1686/13 1686/18 1687/4 1687/7 1688/8
1688/11 1688/19 1689/4 1690/14 1694/1
1694/3 1694/5 1694/8 1694/11 1694/14
1696/9 1696/11 1697/17 1698/17 1699/8
1699/16 1703/2 1706/12 1712/20 1713/9
1714/2 1714/4 1714/19 1715/7 1715/23
1716/6 1716/8 1716/25 1720/22 1721/17
1722/3 1724/12 1735/2 1736/12 1739/10
1741/22 1744/14 1745/24 1748/25 1749/23
1750/14 1750/16 1752/25 1755/22 1758/5
1758/7 1758/11 1758/18 1758/25 1759/22
1761/17 1762/23 1763/12 1763/15 1765/4
1766/13 1766/19 1766/22 1766/25 1768/25
1769/3 1769/17 1770/2 1770/10 1771/14
1771/25 1773/10 1774/8 1779/1 1783/22
1784/23 1785/23 1786/13 1787/14 1788/10
1788/24 1789/18 1796/1 1797/7 1798/24
1802/12 1802/17 1802/19 1803/10 1803/25
1809/15 1810/20 1820/3 1820/20 1823/17
1825/22 1827/3 1827/7 1829/19 1830/16
1831/6 1832/11 1834/23 1836/23 1838/8
1838/15 1839/2 1841/15 1841/19 1843/11
1843/15 1843/17 1844/19 1844/23 1844/24
1846/17 1847/3 1847/16 1847/25 1848/4
1849/8 1849/13 1850/22 1851/7 1853/14
1854/9 1859/15 1860/5 1860/20 1861/20
1867/22 1872/1 1872/4 1875/6 1875/16
1877/5 1877/14 1877/16 1878/4 1879/19
1880/9 1880/21 1881/18 1882/5 1882/9
1883/1 1883/8 1883/11 1883/23 1884/3
1886/2 1887/13 1890/3 1890/23 1891/10
1891/25 1892/3 1892/5 1892/8 1892/10
1892/12 1892/14 1892/18 1893/11 1893/14
1894/2 1894/4 1894/7 1894/10 1894/12
1894/17 1895/7 1897/9 1897/22 1898/2
1900/11 1901/7 1902/21 1903/10 1905/6
1905/7 1906/11 1907/9 1908/1 1908/5
1910/18 1910/21 1913/14 1914/17 1914/25
1916/8 1916/19 1917/17 1919/17 1920/19
1920/21 1921/11 1924/15 1925/10 1925/18
1925/23 1926/2 1926/4 1926/7 1927/4
1927/13 1928/13 1933/12 1936/14 1936/16
1936/18 1937/18 1938/9 1938/14 1939/24
1942/1 1942/7 1943/2 1943/8 1943/23 1944/8
1944/10 1944/13 1945/4 1946/15 1946/23
1948/10 1948/15 1951/6 1952/7 1952/14
1953/8 1953/13 1954/9 1954/12 1954/15
1954/17 1954/20 1955/8 1955/12 1956/2
1956/5 1956/18 1956/22 1957/12 1957/17
1957/20 1957/23 1958/7 1958/13 1958/16
1958/19 1958/21 1958/23 1959/7 1959/9
1960/23
**yesterday [2]** 1832/7 1878/9
**yet [3]** 1691/13 1864/18 1911/4
**YORK [14]** 1676/1 1676/16 1676/20
1676/20 1677/2 1677/7 1677/13 1679/19
1686/11 1687/23 1693/7 1744/24 1762/17
1798/10
**Yorker [1]** 1756/10

**you [1474]**
**you'd [8]** 1818/24 1856/7 1866/14 1927/6
1956/15 1956/19
**you'll [3]** 1759/24 1829/8 1938/8
**you're [67]** 1683/10 1685/12 1689/17
1691/20 1692/5 1692/11 1695/4 1695/23
1697/3 1700/15 1701/11 1701/13 1701/23
1702/18 1702/23 1704/5 1714/23 1716/10
1718/1 1721/18 1724/21 1725/20 1725/20
1730/9 1733/1 1737/11 1737/18 1752/8
1754/16 1758/10 1759/12 1761/25 1762/19
1764/12 1764/14 1764/23 1774/8 1781/15
1782/6 1785/19 1785/21 1787/10 1799/7
1799/19 1800/3 1801/4 1801/24 1802/3
1806/6 1808/17 1808/23 1813/7 1820/3
1820/4 1820/6 1823/11 1914/2 1919/18
1943/24 1944/14 1947/2 1949/19 1950/22
1952/25 1954/10 1957/1 1958/9
**you've [30]** 1683/3 1684/14 1704/7 1716/13
1744/11 1746/24 1747/15 1749/3 1749/15
1753/5 1757/2 1757/19 1763/14 1768/18
1803/15 1840/24 1840/24 1841/12 1861/10
1862/9 1863/1 1877/21 1882/19 1884/20
1884/22 1890/14 1892/7 1892/9 1921/15
1927/2
**young [2]** 1683/22 1840/2
**younger [3]** 1711/6 1784/11 1894/22
**youngest [1]** 1839/25
**youngster [1]** 1709/24
**your [366]**
**your -- I [1]** 1923/9
**youre [52]** 1856/11 1858/15 1858/23 1858/25
1859/1 1859/11 1859/19 1859/20 1859/21
1866/24 1867/20 1869/2 1871/2 1871/15
1871/18 1872/8 1876/12 1876/16 1876/22
1877/17 1879/7 1886/5 1888/8 1888/21
1889/17 1897/20 1898/15 1898/18 1898/18
1898/25 1900/9 1904/12 1904/13 1905/11
1911/18 1913/1 1914/5 1915/22 1918/23
1919/8 1919/23 1921/2 1927/15 1927/21
1928/16 1930/21 1930/24 1932/2 1934/5
1934/10 1934/17 1934/17
**yours [1]** 1895/5
**yourself [6]** 1698/18 1716/16 1735/23
1750/17 1780/9 1892/11
**youth [2]** 1750/23 1880/23

# Z

**Zacharia [1]** 1767/10
**Zacharias [1]** 1748/17
**zero [4]** 1799/3 1947/18 1956/8 1956/12
**zonked [5]** 1729/3 1729/6 1729/6 1729/10
1729/12