1   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
2   ------------------------------x
    UNITED STATES OF AMERICA       :
3                                  :    04-CR-1016 (NGG)
                                   :
4            versus               :    United States Courthouse
                                   :    225 Cadman Plaza East
5   RONELL WILSON,                 :    Brooklyn, N.Y.  11201
                                   :
6                                  :
                                   :    DECEMBER 5, 2012
7            DEFENDANT.            :    9:00 A.M.
    ------------------------------x
8

9                     TRANSCRIPT OF HEARING
             BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
10               UNITED STATES DISTRICT COURT JUDGE

11
    A P P E A R A N C E S:
12
    For the Government:
13
    LORETTA LYNCH
14  United States Attorney
    BY: JAMES G. McGOVERN, ESQ.
15  Assistant United States Attorney
    271 Cadman Plaza East
16  Brooklyn, New York  11201

17

18
    For the Defendant:
19
    ROTHMAN, SCHEIDER, SOLOWAY, STERN, P.C.
20  100 Lafayette Street - Suite 501
    New York, New York
21  BY: DAVID STERN, ESQ.

22
    LAW OFFICE OF MICHAEL BURT
23  1000 Brannan Street - Suite 400
    San Francisco, California 94103
24  BY: MICHAEL N. BURT, ESQ.

25

                CHARISSE KITT, CRI, CSR, RPR, FCRR
                     Official Court Reporter

```
 1

 2   LAW OFFICE OF COLLEEN QUINN BRADY
     99 Hudson Street - 8th Floor
 3   New York, New York 10013
     BY: COLLEEN QUINN BRADY, ESQ.

 4

 5

 6   ALSO PRESENT:

 7   SPECIAL AGENT KELTAR MUI

 8   VERONICA RAMIREZ, PARALEGAL

 9   MAYERLIN ULERIO, PARALEGAL

10

11   Court Reporter:

12   Charisse Kitt, CRI, CSR, RPR, FCRR
     225 Cadman Plaza East Rm N357
13   Brooklyn, New York  11201
     Tel: (718) 613-2606
14   Fax: (718) 613-2696

15   Proceedings recorded by mechanical stenography, transcription
     by computer-aided transcription.

16

17

18

19

20

21

22

23

24

25
```

Denney – Cross/Burt

1   (In open court.)

2   (Witness takes the witness stand.)

3   ROBERT L. DENNEY,          called as a witness, having been

4   previously duly sworn, was examined and testified as follows:

5          THE COURT:  Please be seated.

6          Good morning Dr. Denney, how are today?

7          THE WITNESS:  Fine, sir.

8          (Defendant enters the courtroom.)

9          THE COURT:  All right.  Appearances please.

10         MS. COHEN:  Celia Cohen, Jim McGovern on behalf of

11  the United States.

12         THE COURT:  Good morning.

13         MR. BURT:  Good morning, your Honor, Michael Burt

14  and Colleen Brady and Mr. Wilson is present.  Mr. Stern is not

15  present.

16         THE COURT:  Lets continue with cross-examination.

17  Mr. Burt.

18         MR. BURT:  Thank you.

19         THE COURT:  Remind the witness that he is still

20  under oath.

21         THE WITNESS:   Yes, sir.

22  CROSS-EXAMINATION

23  BY MR. BURT: (Continuing.)

24  Q   Good morning, Doctor.

25  A   Good morning.

Denney – Cross/Burt

1  Q    Doctor, I wanted to return to a topic just briefly that

2  we discussed yesterday about the 90 versus 95 percent

3  confident intervals.

4           Do you remember that?

5  A    Yes, sir.

6  Q    Okay.

7           I checked your report last night and could you take

8  a look at it at Page 41.

9  A    (Complying).  I stand corrected.  I did put confidence

10  intervals in there.

11  Q    You did?

12  A    Yes.

13  Q    Despite what we talked about yesterday, that you felt

14  that 95 percent confidence interval was appropriate in your

15  report, you actually used the 90 percent confidence interval;

16  correct?

17  A    That is correct.

18  Q    And if you use a 95 percent confidence interval your band

19  is going to expand?

20           THE COURT:   Doctor, your band is I.Q.

21  Q    Your band of -- your range will extend on both ends;

22  correct?

23  A    Yes, by a fraction of one point.

24  Q    Okay.

25           And then, if you take a look at your raw data that

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Cross/Burt

1    is there in front of you, you have an interpretive report

2    there.

3              This is your computer interpretive report.  I

4    believe its --

5    A    Yes, sir.

6    Q    -- its Government Exhibit No. 81.

7              Do you have it there?

8    A    Yes, I do.

9    Q    Okay.  And in your score report, this is generated by the

10   computer company that you submitted the data to for scoring?

11   A    Yes, it is.

12   Q    And I think you said yesterday that there was an option

13   on the computer program where you could select either the 90

14   or the 95 percent confidence interval to report these scores

15   up?

16   A    Yes.

17   Q    And you selected 95 on this report; correct?

18   A    That is correct.

19   Q    Okay.

20             Was there some reason why its reported as 90 in the

21   report and why your computer-generated report is 95 or is that

22   just an overnight?

23   A    No, its an oversight.  I'd be comfortable citing either

24   one of them.

25   Q    At the very end of yesterday, you were talking about the

                        Denney – Cross/Burt

1   early scores; do you remember that?

2           And you were explaining to us why there might be

3   some less reliability to the very early scores.

4   A    Yes, I remember that.

5   Q    And you were in court when we were talking about the

6   National Research Council's book on determining mental

7   retardation for social security benefits?

8   A    Yes, I was.

9   Q    And this book was authored by a number of scholars;

10  correct?

11  A    I don't know.  I presume so.

12  Q    The chair of the committee that authored this is Daniel

13  Reschly, R-e-s-c-h-l-y.

14          Do you know who he is?

15  A    I recognize the name, yes.

16  Q    Is he a well-known scholar in the field of intellectual

17  disability?

18  A    Again, well-known scholar, I'm not sure of that.  I know

19  he's published in the area.  I've seen his name in the

20  publications in that particular area.

21  Q    What is the status of the National Research Council in

22  the scientific community in terms of resolving disputes

23  between sign tests.

24          Do you know?

25  A    I think it has a voice in there in trying to help

                ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
                        Official Court Reporter

Denney – Cross/Burt

1    understand the nature of the science.

2    Q    Okay.

3          MR. BURT:  And I had premarked as Exhibit U which

4    I'd like to approach and hand up to the Court if I could.

5          (Approaching the witness.)

6          THE COURT:  Thank you.

7          MR. BURT:  And Ill give a copy to the witness and

8    show him.

9    Q    That's a portion of what we're talking about; correct?

10   The National Research Council's book on mental retardation?

11   A    Yes.  Yes, it is.

12   Q    Okay.  And if you take a look at Page 125 which is a

13   couple pages in there?

14         MR. McGOVERN:  Your Honor, I'm going to object to

15   this, and its a relevance objection.

16         I think we've all conceded that at some point the

17   Supreme Court referenced the DSM standard for determining

18   mental retardation and made a reference to the criteria from

19   the 1992 AMMR standard for determining mental retardation.

20   But to now go into an area where the Social Security

21   Administration, what they use to determine mental retardation,

22   is bringing another standard in.

23         Now, there may well be other policy concerns and

24   other reasons why the Social Security Administration may use a

25   different or more nuanced version of the definition.  I don't

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1  know the answer to that question, I suspect that this witness

2  doesn't know the answer to that question either.  But its

3  really about relevance.

4       We already have two standards floating out there

5  that have been fully developed and now to bring in a third

6  standard and say, oh, the Social Security Administration says

7  that mental retardation means the following just introduces a

8  new definition and, again, the Social Security Administration

9  may have different policy concerns, like, maybe there's some

10 reason why they want a broader definition of mental

11 retardation maybe out of a sense of benevolence to those who

12 are in the borderline range.  I don't know the answers to

13 those questions but I would submit that its irrelevant to the

14 issue here.

15      MR. BURT:  Your Honor, that objection presumes that

16 I'm going to go into the standard and I'm not.  The only thing

17 I'm want to ask the witness is whether he agrees with the

18 statement which has been read to number other witnesses at

19 Page 126 which says:

20      "For children between ages of three and six, total

21 test scores might reasonably be considered valid for one

22 year."

23      Then it goes on to talk about 6 through 16 and I

24 think its directly responsive to a question the Court raised

25 which is, where do you draw the line in terms of reliability

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1    in this course?  And that's all I'm going into on this issue.

2            MR. McGOVERN:  I don't want to answer his objection

3    or his statement, your Honor, but that statement could have

4    meaning in that context.  Like, there may be a reason other

5    than science, or influencing science, as to why the Social

6    Security Administration may look at test scores for children

7    in a different way, that's all the Government's objection is.

8            To go and bring in this extraneous source to counter

9    the expert's testimony does not appear to be relevant to the

10   matter before the Court.

11           THE COURT:  Well, I'd be more concerned if I had a

12   jury here and had to decide a relevance question.

13           MR. McGOVERN:  Sure.

14           THE COURT:  I'm going to allow it.  I'm going to

15   allow the document to come in and the question to be asked,

16   and Ill decide on whether its relevant later after I hear the

17   answer.

18           Okay.

19           MR. BURT:  Thank you.

20           THE COURT:  You may ask your question.

21           MR. BURT:  Thank you, your Honor.

22   BY MR. BURT:

23   Q    Let me read the statement to you at the bottom of 125 of

24   126 in context and just ask you whether you agree with this.

25   It says:

Denney - Cross/Burt

1    "Therefore, during the infant and toddler years,

2 when cognitive growth and development are most rapid and

3 consequently least stable, total test scores should be

4 obtained at the time they are to be used in diagnosis or

5 disability determination.  For children between the ages of

6 three and six, total test scores might reasonably be

7 considered valid for one year."

8    Do you agree with that statement?

9 A    Yes.  If I may explain the way I understand it.

10 Q    Absolutely.

11 A    What that's saying is that that score is a valid

12 reflection of that child's current functioning at the time.  I

13 agree with it given this interpretation, but that score is a

14 valid reflection of the child's intellectual functioning at

15 that time.

16    But because of potential malleability and change in

17 a young brain, its possible that that score may not as solidly

18 reflect a life-long type of status.  And so, they say to

19 really only rely on it for about three years.

20    What that means is not that we can't go back and

21 rely on that now, it means that that score, that level of

22 functioning, was only probably good for about three years.

23 But then in the record we've got additional testing afterwards

24 that carries it beyond that first three years that then

25 confirms that his general intellectual functioning has not

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1    substantially changed from that.

2            And so, yes, if that was the only score, I think, as

3    a provider at the time dealing with a child, you would want to

4    get a new score because that one becomes somewhat stale and it

5    could have changed.  It may not have changed but could have

6    changed.  And in the record we actually have that for us, so

7    it's not an issue.

8    Q    And the reason it could have changed has to do with

9    cognitive growth, variability in cognitive growth and

10   development; correct?

11   A    Yes.

12   Q    Its got nothing to do with policy determinations or

13   anything like that has, it has to do with the brain

14   functioning in that age group?

15   A    Yes because it can change at the very -- more so even

16   younger ages because you said here at three to six.  As a

17   child gets older, things start to solidify more and more and

18   more so it is good to have follow-up testing.

19   Q    It says thus administering -- well, the next sentence

20   says:

21           "Among children and adolescents between the ages of

22   6 and 16 total test scores should be considered valid for as

23   long as three years."

24           Do you agree with that?

25   A    Yes.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1    Q     For the same reasons?

2    A     For the same issue.  Again, there could potentially be --

3    the younger you get more malleability there is.  We're looking

4    backwards, and its kind of odd, but as the child develops, his

5    brain develops there is more chance for fluctuation in that

6    process earlier on than later on, although you can always have

7    external events that could change the functioning level and

8    make follow-up important.  In this instance, we've got

9    repeated assessments that show stability.

10   Q     Right.

11         And then the last age group they deal with they say:

12         "For adults age 18 to 50 living in stable conditions

13   and with stable health, total test scores should be considered

14   valid for as long as five years."

15         Do you agree with that?

16   A     I think to just rely on that, to agree with that without

17   further context on the individual case would be wrong.  So I

18   can't say I wholeheartedly agree with that, I think its just

19   as important or actually probably more important to look at

20   the context of the individual case.

21   Q     But, in general, you agree with me that the scores at age

22   six and probably at age nine are not going to be valid as

23   predictors of his I.Q. at age 18, correct, or predictors of

24   his I.Q. in 2003 at the time of the crimes?

25   A     No, I wouldn't agree with that.

1975

Denney – Cross/Burt

1  Q   You would or would not?

2  A   I would not.

3  Q   And the reason you wouldnt agree with that?

4  A   I believe its a valid predictor with the caveat that its

5  not going to be as precise as a measure much more proximal to

6  the time period we're thinking.  It may be the same but it may

7  not be as precise.

8  Q   Well, so you do disagree then with this statement when

9  they say, "Might reasonably can be considered valid for one

10  year."

11        What does the term "valid" mean to you?

12  A   I don't disagree with that.  I mean, I guess it would

13  depend on how you define valid.  You asked me just a moment

14  ago, would it be useful for predicting and I would say, yes,

15  it is.  But if you want to say if it doesn't stay at the exact

16  same number in the future, it would be invalid.  I don't agree

17  with that, I think that the score still stands on its own as a

18  valid reflection of his functioning at that time.

19  Q   His functioning at that time at age six.  My question --

20  right?

21  A   Yes.

22  Q   My question is, is it a valid reflection of his

23  functioning in 2003?

24  A   In this case, yes, it is because we have follow-up

25  testing that confirms that.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1 Q    All right.

2         But in and of itself, it is not a valid indicator.

3 Well talk about the subsequent testing, but if you just had

4 that score, the first score, you would agree that it would not

5 be a valid indication of his functioning in 2003 because of

6 the early age at which that test was given; correct?

7 A    Well, when you narrow it down with that type of focus I

8 don't know if I would agree then that it would be not a valid

9 reflection.  I mean, it could be.  It depends on the case to

10 depends on the context.

11 Q    Why do you think they give triennial evaluations to kids

12 in Special Ed.

13 A    Because they are specifically trying to help these kids

14 and they want to try to see if they can document improvements

15 in their functioning particularly related to achievement

16 issues.  Its very important.

17 Q    Isnt one of the reasons because you, per this

18 recommendation, youre not going to have a valid score after a

19 couple of years.  You've got to keep retesting to get a valid

20 score.

21         If youre trying to assess someone's intellectual

22 functioning at any given point in time, you want to look at a

23 score around that time, do you not?

24 A    I've got to parse out your question, you have several

25 different clauses in there.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Cross/Burt

1    If you want -- the best I.Q. score is the one you

2 can get now.  I mean, that's going to be the best one.

3 Generally speaking, all things else considered being equal.

4 Q    In other words, if youre trying to assess someone's

5 intellectual functioning today, the best score you can get is

6 the one you take today; right?

7 A    Yes, I think its stands to pretty obvious reason.

8 Q    Okay.

9    So the question is, can you take a score at age six

10 and use it as a valid predictor of what his I.Q. score would

11 be in 2003?

12 A    I would say you can use it as a valid predictor.  Again,

13 barring other intervening events, cars accidents, you know,

14 whatever that may have changed the person's functioning.

15 Barring that, I think you can use it as a valid predictor of a

16 general level to say that its going to be the exact same

17 number, no, I wouldnt go that far.  But I that I its a valid

18 predictor of general level of functioning.

19 Q    And what would the error rate be when youre considering

20 scores that far apart?  In other words, if you just had that

21 one score that was in '89, I believe, and you were trying to

22 February out his intellectual functioning in 2003, what error

23 rate would you given distance 2003 those two scores?

24    MR. McGOVERN:  Objection, relevance.

25    That's not the case here, right?  I mean, we have

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

1978

Denney - Cross/Burt

1    eight scores in between that six-year-old and that 2003 or

2    seven scores.  So what's the relevance of the likelihood of

3    a -- of some other case in some other courthouse that has one

4    score at age six being the same at 18.  Here this is an

5    entirely irrelevant exercise.

6            THE COURT:  I'm going to sustain the objection.  Its

7    too problematical.

8            Ask another question.

9            MR. BURT:  Sure.

10           THE COURT:  Following on to what we have before us

11   today.

12   BY MR. BURT:

13   Q    So just to clarify your position.  When they say in the

14   manual, "Total test scores might reasonably be considered

15   valid for one year if they were given between the ages of

16   three and six," you would disagree and say, no, they are

17   valid, there may there may be some considerations that you

18   take into account.  But, in general, you would disagree with

19   that statement?

20   A    I'm not sure I understand what youre trying to -- what

21   youre getting at in the question.

22   Q    Okay, let me ask it again.

23           Do you agree with the statement, "That for children

24   between the ages of three and six, total test scores might

25   reasonably be considered valid for one year."

1979

Denney – Cross/Burt

1   A     Again, if youre looking back on it, its valid for that

2   time.  If we were there at the time and wondering how good is

3   this score going to last us before we need to get another one,

4   I think its reasonable to get another one within a year or

5   two.  Sure, I think that's fair.  But then to say that its

6   completely invalid I think it s an overstatement, that's all.

7   Q     All right.  So you disagree with it to the extent they're

8   saying that its not valid after a year?

9              MR. McGOVERN:  Objection.  He's explained his view

10  is on the subject.

11             THE COURT:  That's sustained.  Let's move on.

12  Q     You said, well, in this case you don't have just a single

13  score, you have all these other scores; correct?

14  A     Yes.

15  Q     And for you that means that you can take those subsequent

16  scores into account and then look at all of the scores, and

17  you wouldnt draw a red line anywhere in the list of scores and

18  say scores at age six or age nine are not valid you'd want to

19  look at all of them; right?

20  A     I think it would be foolish not to look at all of them.

21  Q     In your report, this is at Page 44.  You said, "The

22  overall consistency of intellectual tests, test finds," I

23  think you meant findings, as striking.

24             Do you see that?

25  A     Yes.  And that is correct, it should be findings.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Cross/Burt

1  Q    You say two assessments particularly stand out for

2  different reasons.  The first evaluation is striking because

3  it is the first time Mr. Wilson was exposed to any type of

4  intellectual assessment; therefore, it is free of possible

5  retesting effects for some of the performance retests -- some

6  of the performance subtests.  Right?

7  A    Yes.

8  Q    So there youre focused on the score at age six and youre

9  saying that is a significant score because you don't need to

10  worry about what effect practice effects is having on

11  elevating that performance score; right?

12  A    Yes.

13  Q    And, yet, you told me a minute ago that the early score

14  is something that is still valid because you have the

15  subsequent scores, and that's why the early score is important

16  to you.

17        Do you see a contradiction there?

18  A    I don't.

19  Q    Okay.

20        Now, the later scores, the possible retest effects

21  of some of the performance subtests.  There youre referring to

22  the effect that practice, repeated practice, can have on

23  elevating the performance aspect of the test; right?

24  A    Well, particularly.  I mean, the second one, two years

25  later because its not as novel to him as it was the first

Denney - Cross/Burt

1    time.  That's what I'm really focusing on in my mind when I'm

2    writing this.

3    Q    And youre not focusing on what we talked about yesterday,

4    progressive error; that is, giving it to him eight or nine

5    times?

6    A    Right.  I'm not sure that there's solid data showing that

7    there is an ongoing effect of progressive error.

8         You mentioned Kaufman, and from what I can recall

9    reading that error or that retest effects typically fall away

10   after the second administration because of the novelty has

11   worn off.

12   Q    That's a little different than what you said yesterday;

13   right?

14   A    I'm sorry.

15   Q    Yesterday, you were agreeing that there was progressive

16   error, and today your position is, well, we're not so sure

17   there is such a thing.

18   A    No, I was agreeing that Dr. Kaufman describes this notion

19   of progressive error that could potentially get into it, and I

20   agree that that's potentially a situation.  And I'm not saying

21   that it is because I don't think we have any data that

22   demonstrates that as a scientific fact.

23   Q    Okay.

24        Does it make sense to you that the general concept

25   of practice effects is that you were going to -- if youre not

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Cross/Burt

1    going to learn the specific items, novelty of it is going it

2    wear off.

3           Does that make sense to you?

4    A    Oh, I agree.  Yes, I agree the novelty will wear off and

5    that will wear off in pretty short order.  I mean, to say the

6    novelty gradually wore off over several years I don't think

7    that's what I'm saying.  I think the novelty would wear off

8    rather quickly.

9    Q    Rather quickly and I think yesterday you said seven years

10   is what the literature showed?

11   A    That's a different issue that's test/retest, okay.  That

12   after seven years that practice effects typically falls away.

13   That's not what talking about here.

14   Q    Yes, we are.  We're talking about practice effects.  I

15   thought you said yesterday the literature was seven, up to

16   13 years, youre still going to get a practice effect; right.

17   Didnt you say that?

18   A    I'm sorry, I thought we were talking about Dr. Kaufman,

19   right?  The notion of progressive error as is multiple

20   statements as opposed to just test/retest.

21   Q    Right.

22   A    And that test/retest is typically talking about one, two,

23   or three weeks time difference and not even one year.  But the

24   research suggests that after about seven years its pretty much

25   fallen away.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney - Cross/Burt

1    Q    Okay.

2         And the concept of practice effects, that is, that

3    as you give the test more than once the novelty is going to

4    wear off.  Does it make sense to you, just common sense, that

5    if you give the test eight times its even going to be less

6    novel.

7         Is there any dispute about that?

8    A    I don't know that that's -- I mean, its a reasonable

9    hypothesis.  I don't know if there's any data to show that's

10   the case.  It could be just simply of the novelty wears off

11   and I think -- I mean, at least my recollection of what

12   Dr. Kaufman has written is that that novelty does wear off.  I

13   mean, it doesn't really play as much of an effect later on.

14   Q    And did you look a Duke Stability Study that he cites in

15   his book?

16   A    No, I did not.

17   Q    Do you have any literature to suggest that he's wrong

18   when he says that as you give the test more and more times

19   youre going to get greater and greater progressive error?

20   A    Again, I said I don't believe that there's any data to

21   tell us for sure one way or the other on that issue.

22   Q    Other than what he cites; correct?

23   A    Well, I don't know that he's citing progressive error.  I

24   think he's describing the concept, but I don't know that he's

25   citing progressive error or the data showing progressive

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1  error.

2  Q    Can you look at it and see what he cites there?

3  A    In this blue book?

4  Q    Yes.

5  A    I can if you'd like me to.  Do you have a page?  Do you

6  know or it is?

7  Q    Yes.  262.

8  A    I'm sorry, 260 something.  Mine is not complete, it goes

9  up from 200 and up into the three hundreds.

10  Q    I'm sorry, it was 163.  Having these practice effects on

11  progressive error in Wechsler's performance scale.

12        And specifically, where he says on Page 165, "When

13  individuals are tested repeatedly in Wechsler's performance

14  tests, they no longer measure the kind of intelligence that

15  thrives on novel problem solving tasks with visual spatial

16  stimuli; and it becomes questionable whether they measure

17  intelligence as opposed to a combination of mental ability,

18  long-term memory, and the ability to apply learning sets.

19        Do you see that?

20  A   I'm sorry, no, I don't.  I'm still trying to find it.

21  Q    Okay.

22        Well, his data is what it is and you can't cite any

23  data to contradict to, can you?

24        MR. McGOVERN:  Objection to that, your Honor.

25        THE COURT:  Sustained.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1    Q    Lets move on to another topic if we could.

2              Yesterday, I was asking you whether you agreed

3    with --

4              THE COURT:  It doesn't help him if it doesn't point

5    down.  There you go.

6    Q    Yesterday, I was asking you whether you agreed that the

7    scores in this case could be affected by various sources of

8    error.

9              Do you recall those questions?

10   A    Yes.

11   Q    And we talked about practice effect, well talk about the

12   Flynn effect in a moment.  But another factor that Dr. Shapiro

13   cited was comparability of scores from different tests or

14   different versions of the same test.

15             You agree that that can be a source of variability

16   in testing?

17   A    A source of variability in test scores across different

18   instruments.

19   Q    Yes.

20   A    Potentially, yes.

21   Q    And, specifically, you can get variability of scores just

22   when you switch one from one version of the WAIS to the next;

23   right?

24   A    Yes.

25   Q    Do you know why that is?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1  A    Well, it can be a number of things.  I mean, its been

2  hypothesized several things, a listing of things, is to cause

3  that change.

4  Q    For instance, the properties of the test can be

5  different?

6  A    Yes.

7  Q    Right.

8        And are you familiar with the study that Dr. Shapiro

9  cited the Vance Study which found that the WISC-III has

10  typically produced a five- to eight-point lower than the

11  WISC-R on most special education populations?

12  A    Yes, I see that.

13  Q    Do you agree with that?  That that's what the data shows?

14  A    Yes.  I don't disagree that it can show that.

15  Q    And that's the pattern they've shown in this case.  He

16  got a higher WAIS-R than I got a WAIS-III score?

17        MR. McGOVERN:  I object to this, your Honor.  This

18  is excerpting articles that are part of a PowerPoint that

19  Dr. Shapiro never really actually got through.

20        Now, look, it was offered in evidence and we said,

21  sure, you want to put it in evidence, put it in evidence.  But

22  Dr. Shapiro didnt actually testify to, as best my recollection

23  during his testimony.  So now what we have is bits and pieces

24  of an article, right?  This isnt even -- we got like, for

25  instance, we have all of Kaufman's book here in evidence.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

1987

Denney – Cross/Burt

```
 1   Now, we have bits and pieces of an article that are being

 2   pulled out and being presented this witness as if Dr. Shapiro

 3   has validated this information and I just don't think its fair

 4   cross-examination.

 5           MR. BURT:  The article is in evidence, I believe, in

 6   Dr. Shapiro's binders, and its not bits and pieces.  If he

 7   wants to disagree with the quote along the lines of what

 8   counsel is suggesting he's certainly free to do that.

 9           THE COURT:  Why don't you ask him if he's familiar

10   with the article.

11   BY MR. BURT:

12   Q    Are you familiar with this article by Dr. Vance?

13   A    That specific one, no.

14   Q    Do you agree that in general the literature that the

15   WISC-III typically produce a five- to eight-point lower score

16   than a WISC-R?

17   A    I know that it tends to decrease it to some small amount.

18   I don't recall it going up to five to eight I.Q. points.

19   Q    And do we know why it decreases it?

20           In other words, its not because its got nothing to

21   do with the person being tested, right?

22           Its got something to do with the test construction?

23   A    Likely, the way the test is constructed and the

24   way -- yes, I suspect so.

25   Q    That's well known in the literature, right?  There's lots
```

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1  of studies in which they take an older instrument and then

2  compare it to the results on a newer instrument?

3  A    Yes.

4  Q    And what, in general, is the pattern you see in those

5  studies?

6  A    Generally speaking, you see a little bit of a decrease.

7  Q    Decrease?

8  A    Yes.

9  Q    And can you explain to me why you get a decrease as you

10 go from one instrument to the next?

11 A    Well, it can be a variety of reasons.  It could be

12 different ways the test is standardized.  It could be changes

13 in the subtests.  It could be changes in the ways the items

14 are scored or various things.  And, of course, one option to

15 consider is what has been termed the "Flynn effect."

16 Q    The Flynn effect?

17 A    Yes, sir.

18 Q    Now, the test that you gave is much different than all of

19 the other WAISs that were given in this case; correct, in

20 terms of its basic -- the way its set up?

21 A    I don't necessarily agree with that characterization, no.

22 Q    Well, all -- the WISC-R, the WISC-III, the WAIS-III all

23 have verbal and performance I.Q.s; correct?

24 A    Yes.

25 Q    The WISC-IV that you gave does not; is that true?

Denney – Cross/Burt

1    A    I didn't give the WISC-IV.

2    Q    Not the WISC-IV, the WAIS-IV?

3    A    The WAIS-IV.  The difference is, and let me clarify, yes,

4    correct, the labels have changed because they're getting at

5    the construct slightly differently.  Although that construct,

6    the way its measured on the WAIS-IV, is also present in the

7    WAIS-III.  Its just there are four different constructs within

8    the test that are then combined into two global measures of

9    the I.Q. and the PIQ in the case of the WAIS-III.  And in the

10   WAIS-IV, it separates that out a little bit and renames them.

11   But for all practical purposes it's measuring the bulk of the

12   same construct.

13   Q    What literature do you have that substantiates that

14   statement that you just made, that its the same construct.

15   A    There are factor analytic studies in the WAIS-IV manual

16   that demonstrate that fact as well as a follow-up study, oh,

17   the authors Millis, Larrabee.

18        Its a factor analytic confirmation of the WAIS-IV, I

19   can't remember all the authors' names.  But it verified that

20   the factor analytic construct of the WAIS-IV actually matches

21   the factors of the WAIS-III.

22   Q    So other than the Manufacturers Study, you know of only

23   one other study that says that the factors are the same?

24   A    Off the top of my head.

25   Q    Okay.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1    A    I'm not saying that there are not others.

2    Q    Do you agree that the -- did you read the Neurology

3    article that was cited by Dr. Shapiro?

4    A    Yes, I am familiar with that.

5    Q    You are familiar with that?

6    A    Yes.

7    Q    Okay.

8         Do you agree that the emphasis on rapid solution,

9    that is, that testing -- speeding performance has been

10   decreased in the WAIS-IV?

11   A    There are some changes in that way that are small but,

12   yes, they are changes.

13   Q    Do you agree that the number of time bonus points on

14   several of the subtests that you gave have been reduced or

15   eliminated?

16   A    Yes, for the higher functioning, higher-level functioning

17   items.

18   Q    Do you agree that since psychomotor slowing is a core

19   feature of many forms of brain injury, the WAIS-IV should be

20   expected to yield fewer full-scale I.Q. scores of 70 or below

21   in neurological populations compared to its predecessor?

22   A    I believe that that's what they're saying but I don't

23   believe that that's been borne out in the research.

24   Q    And do you agree with their statement in that article

25   that it has not yet been demonstrated as of 2010 when that

Denney – Cross/Burt

1  article was written that the performance of verbal of the

2  earlier tests are the same what's being measured in the

3  WAIS-IV, that its too premature to say that?

4  A    I don't think it is too premature to say that at this

5  point.

6  Q    In general, do the studies in the WAIS-IV, that have been

7  knows as the WAIS-IV.  Also show a difference when you test

8  for the WAIS-III and the WAIS-IV?

9  A    Difference in what?

10 Q    Difference in scores.

11 A    There are slight decreases in the overall summaries

12 scores.

13 Q    And do we know why those changes take place?

14 A    Again, for the same likely reasons we mentioned earlier.

15 Q    Now, you looked at all the scores in your -- that were

16 given to Mr. Wilson; correct?

17 A    Yes.

18 Q    And when you did testing of Mr. Wilson you believed he

19 was using his best efforts?

20 A    Yes.  I think he was applying himself reasonably well

21 with me.

22 Q    And you don't think there's any indication, for example,

23 in Dr. Drobb's score that he was trying to underestimate his

24 abilities.  At least you didnt mention anything in your

25 report?

Denney – Cross/Burt

1    A    I did not mention anything in my report.  Subsequent from

2    that time, I realized that his finger tapping scores were

3    strikingly low which raises some concern for me that he may

4    not have been applying himself as best he could in the

5    motor-speeded areas.  But I wouldnt want to put too terribly

6    much weight on that in and of itself.

7         I think his verbal list learning -- I also

8    subsequently learned about the list learning that was done

9    during the PET Scan and that difference raises some concerns

10   be some because that would suggest that his verbal learning

11   wasnt up to speed with Dr. Drobb as much as it should have

12   been.

13        So, I would have to say since writing my report I

14   have learned some things that now give me some pause in terms

15   of whether or not Dr. Drobb's data actually reflects

16   Mr. Wilson's best effort.

17   Q    I see.

18        What was the full-scale I.Q. that Dr. Drobb

19   obtained?

20   A    I have it listed here in my report as 76.

21   Q    Seventy-six.

22        Did Mr. Wilson, on any of the scores that he took,

23   get in the low 60s on either verbal performance or full-scale

24   I.Q.?

25   A    No.

Denney - Cross/Burt

1    Q    You remember in the Northington case in Pennsylvania this

2    issue of malingering I.Q. scores came up, did it not?

3    A    Yes, I did.

4    Q    You gave the opinion that he was malingering low I.Q.;

5    right?

6    A    Yes, sir.

7    Q    Scored 63 and 67, I believe; right?

8    A    Something like that.  I'm not sure at this point.

9    Q    And in your testimony experience, you spend -- you've had

10   a lot of cases, in fact, probably a great majority of cases

11   where part of your testimony has featured the opinion that the

12   client is malingering or he's got what's called a negative

13   response bias; right?

14   A    I would say much of my testimony has addressed the issue

15   of whether or not somebody is -- reflects malingering or

16   negative response bias or poor effort or something like that.

17   But I don't know that that great percentage of cases where

18   I've concluded that they were malingering.

19   Q    Well, in every case where you testified for the

20   Government you pretty much uniformly said, we can go through

21   the transcripts if you'd like, that the client is malingering.

22        You said in -- is it Northington; right?

23   A    Yes, in Northington.

24   Q    And you said it in a lot of other cases where you've

25   testified, isnt that true?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

1994

Denney – Cross/Burt

1   A    Over 20-something years there have been a number of them.

2   But there's been a number of cases where I said the individual

3   was not malingering as well.

4   Q    For instance, in this case, you didnt say that Mr. Wilson

5   was malingering until just now when you suggested that, well,

6   maybe there's some concerns about the score with Dr. Drobb?

7   A    I didn't say Mr. Wilson was malingering.  I said there's

8   some concern that those scores reflect his best ability.

9   That's not malingering, that's just not full effort.  I'm not

10  saying that he was malingering and I wouldnt go so far to say

11  that.  I just said that it gives me some pause.

12  Q    You studied that issue; right?  Written about it and

13  studied it?

14  A    Yes.

15  Q    And your testimony in the Northington case was that the

16  studies show that when people simulate low I.Q. or mental

17  retardation that they produce I.Q. scores in the low 60s?

18  A    Most commonly it falls within that range, yes.

19  Q    When you reviewed the literature on that, and you say

20  that when somebody simulates intellectual deficiency, in

21  essence, they drop their scores down into the low 60s and the

22  range falls, the ranges fall in that range.  That's what

23  you've testified to; right?

24          THE COURT:  Can I have a citation to a page, a date?

25          MR. BURT:  Yes, Your Honor.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1        THE COURT:  And so on.

2        MR. BURT:  Page 78.  And it is lines 17 through 25.

3        THE COURT:  What's the date?

4        MR. BURT:  October 18, 2012, United States versus

5  Steven Northington, United States District Court for the

6  Eastern District District of Pennsylvania.

7        THE COURT:  Thank you.

8  BY MR. BURT:

9  Q     You testified to that right?

10  A     I testified to it.  What I was saying was that the

11  research shows that most commonly when people are trying to

12  malingerer intellectual or malinger, the I.Q. scores fall in

13  the 60 range.

14  Q     Okay.

15        You don't have that consideration here, right, in

16  regard to Dr. Drobb's scores or anybody else's?

17  A     Yes, I don't think there's indication that he malingered

18  on this.  I was simply saying that there was some indication

19  that he may not have been giving his best effort or really

20  trying as hard he should have been.

21  Q     Even though Dr. Drobb's scores consistent pretty much, if

22  you take into account confidence intervals, with all the other

23  scores he should have gotten?

24        MR. McGOVERN:  Objection to this, your Honor, and

25  here's why.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

1996

Denney - Cross/Burt

1     Relevance.  Finger tap is not part of the WAIS,

2  right?  And list learning is not part of the WAIS.  So the

3  malingering evidence or the not-best-effort evidence has

4  nothing to do with this score that Dr. Drobb got on the

5  overall I.Q. scores.

6     There's evidence, clear evidence, in the record that

7  the defendant wasnt giving best effort on perhaps other tests.

8  But this has no effect on the overall score of 76.

9     THE COURT:  I think I understand.

10     MR. BURT:  Okay.

11     THE COURT:  Just move on.

12     MR. BURT:  Sure.  Okay.

13  BY MR. BURT:

14  Q    Now, you suggested that one of the reasons why scores

15  vary when you give new editions of it is because of the Flynn

16  effect; right?

17  A    That could be one possibility, yes.

18  Q    And lets talk about that for a minute.

19     I quoted you yesterday your standards for

20  educational testing that don't say don't use aged norms?

21  A    I believe the standard is they don't use out outdated

22  tests.

23  Q    Don't use outdated...

24     This is Page 51 of the Standards For Educational and

25  Psychological Testing.  "The appropriateness of norms based on

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1    a given sample may diminish over time; thus, for tasks that

2    have been in use for a number of years, periodic review is

3    generally required to assure the continued utility of norms.

4    Renorming may be required to maintain the validity of norm

5    reference test score interpretations."

6         That's what it says; right?

7    A    Yes.  In context of that book, its saying, use the tests

8    that are available to you that have been the most recent

9    norms.

10   Q    And you provided the article that the Government marked,

11   that Hagen article, to them?

12   A    Yes.

13   Q    However, you also, when you gave them that article, said

14   that there were articles on the other side controverting what

15   Hagen was saying; correct?

16   A    Oh, yes.  The issue is an unsettled one at this point in

17   my opinion.

18   Q    In your opinion?

19   A    Yes.

20   Q    Right.

21        And you also told the Government that you thought

22   that there were reasonable objections from both sides?

23   A    Yes.

24   Q    Right.

25        And one of the articles contradicting that Hagen

Denney – Cross/Burt

1  article is published in evidence as Exhibit I, Dr. Fletcher's

2  article, "I.Q. Scores Should Be Corrected For the Flynn Effect

3  in High Stakes Decisions."

4  A     Yes.

5  Q     You've read that and considered it; right?

6  A     Yes.

7  Q     And one of the things, and they specifically respond to

8  Hagen's article, don't they?

9  A     I believe so.

10  Q     They say, "Some argue that correcting for norms

11  obsolescence is not a standard of practice."  Citing Hagen

12  2008 and 2010.

13          "However standards of practice are set by consensus

14  reports written by experts.  The most prominent guideline for

15  the assessment of ID represent the 11th edition of the Manual

16  For Diagnosis by the American Association of Intellectual and

17  Developmental Disabilities not cited by Hagen.

18          Since 2002, this manual has explicitly recommended

19  correcting I.Q. scores for norms obsolescence with other

20  researchers agreeing."  And they cite all the other

21  researchers agreeing.

22          Do you disagree with that analysis?

23  A     I don't disagree with the analysis, I disagree with the

24  overarching inclusion of it at this point.  There is more to

25  my concern about the application of the Flynn effect than

Denney – Cross/Burt

1   whether or not its customary or standard and practice at this

2   point.

3   Q    For instance, you use tests in your practice that if you

4   went by a strict nose count of other people in the field,

5   there might not be a majority of people using a particular

6   instrument that you use; right?

7   A    Yes, that's very possible.

8   Q    So that doesn't mean that the instrument youre using or

9   the whatever technique youre using is invalid, does it?

10  A    Well, I mean, that's a different issue, isnt it, than

11  what we're talking about now.

12  Q    In your field in neuropsychology, do you decide the

13  validity of a test or a procedure or methodology by taking a

14  public opinion poll?

15  A    No, by looking at the data and what the research findings

16  suggest.

17  Q    Is there any dispute that the Flynn effect is real.  Does

18  everybody on both sides agree that its a real phenomenon?

19  A    I don't think there is much doubt that its a phenomenon

20  that there are findings in the data that have gone back for

21  many years showing there's these trends in the data.

22        The concern I have about applying the Flynn effect

23  in a particular individual case is that while there's data

24  showing that the I.Q. points will go up a certain fraction

25  over time, if you were to slice that particular group, even

Denney - Cross/Burt

1    slicing different I.Q. bands out.  And this was, I thought,

2    even displayed pretty well in the Tzou, Tsu, and Weiss paper.

3           All the individuals in that group, the mean has gone

4    up by the incremental amount but the spread of scores is wide

5    and about 25 percent of them actually don't go down, they go

6    down.  And so, to apply a mean adjustment to a particular

7    individual case, in my opinion is problematic, and off the top

8    of my head I could think of other individuals who agree with

9    that.  Robert Sternberg said the Flynn effect appears to apply

10   in the aggregate but it's extremely difficult to apply in an

11   individual case.  That's my concern.

12   Q    Yes.  And that argument has been made in courts -- and

13   did you read the Davis opinion?

14           MR. McGOVERN:  Objection.

15           THE WITNESS:    No.

16           THE COURT:  Sustained.

17   Q    Now, did you reference the Tzou article that's in

18   evidence as Exhibit J?

19   A    Tzou, Tzu, and Weiss?

20   Q    Yes?

21   A    Yes.

22   Q    What they showed in that article was the Flynn effect

23   actually increased more than the .33 adjustment that was made

24   in this case for the 80 to 89 and lower I.Q. groups; right?

25   A    Again, it varied by I.Q. range.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1  Q    Yes.

2  A    And I said, yes, the overall mean effect increased, but

3  when you looked at the spread of scores, a mean is a measure

4  of central tendency.  There's also measures of score

5  dispersion, how far the scores go out.  And when you look at

6  the individual I.Q. bands that they're highlighting there I

7  think its informative because you see the mean increment

8  increase in the I.Q. score.  But the standard deviation is

9  much larger than that mean increase.  In other words, the

10 variability is much larger than the change in the mean which,

11 to me, raises some concerns about the utility of the data.

12         So I just simply have some concerns, I don't

13 disagree that there is a Flynn effect, I agree there is.  At

14 this point I think its just not immature, excuse me, its

15 premature to start applying it across the board and then to

16 carry it further and say, well, okay we're not going to apply

17 it across the board but we're only going to apply it in

18 forensic cases that just troubles me.

19 Q    Okay.

20         Although it troubles you that what they recommend in

21 the Tzou article is early indications appear to favor slightly

22 larger adjustments in the lower range of scores where high

23 stakes legal evaluations are most likely to occur.  That's

24 their recommendation?

25 A    That's their recommendation based on their set of data.

2002

Denney - Cross/Burt

1    Q    Right.  And their set of data shows that the I.Q. gains

2    in the 80 to 89 and below range are greater than .40 per year;

3    right?

4    A    Yes.  Their data, which is an interesting point, because

5    the data over the years have shown a wide variation in the

6    amount of the Flynn effect.  And even Flynn's own

7    recommendation of .3, his basis as a conglomerate or average

8    of those that's correct.

9    Q    And their point is, lets not disregard the Flynn effect,

10   lets be more precise of where those effects really matter,

11   right, in what I.Q. ranges do they matter?

12   A    And that's an excellent observation and we need to see if

13   that is borne out with follow-up studies and we need to

14   solidify this area of scientific investigation before we start

15   jumping out and applying it to individual cases.  That's the

16   only argument I have.

17   Q    And, as you said, the other arguments on the other side

18   are equally reasonably; correct?

19   A    Well, we could debate it.  Is it equally reasonable?

20   There are reasonable minds that are differing in this

21   situation.

22            THE COURT:  Okay.

23   Q    Your conclusion which you told the prosecutors was you

24   see reasonable arguments on both sides?

25   A    Yes, regarding the Flynn effect.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1  Q    And regardless of these debates in the literature, the

2  best practice of standard is set forth in the Green Book is

3  that you do make the adjustment; correct, is there any dispute

4  about that?

5  A    There is no dispute about the Green Book saying you

6  should use that.  I do have some disputes as to suggesting

7  that everything that is said in the Green Book is what should

8  be done.  However, I agree with you the Green Book says to use

9  that adjustment.

10  Q    Okay.

11        Are you familiar with the Cunningham and Vaughn

12  Recommendations For Forensic Practice in the Journal of

13  Psychiatry and Law 2009?

14        That's in Exhibit A, I'm sorry, Exhibit B?

15  A    Yes, I am vaguely familiar with it.

16  Q    Okay.

17        And what they say is at, Page 151, "The recognizing

18  that there is debate among forensic practitioners regarding

19  this issues, as well as inconsistent court rulings, we believe

20  that the Flynn effect has gained sufficient scientific

21  acceptance that this factor should be described in Atkins

22  assessments, and that Flynn corrected I.Q. scores including

23  the 2.34 adjustment of WAIS-III full-scale I.Q. should be

24  reported in addition to observed scores.

25        This recommendation is consistent with providing the

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1  Court scientific perspectives that would facilitate a more

2  complete understanding of I.Q. scores."

3        Do you disagree with this recommendation?

4        MR. McGOVERN:  I'm going to object to this, your

5  Honor.  Mark Cunningham, who is one of the authors of this

6  article, would have been available to the defense.  I am not

7  even -- I may actually have read something that they -- I

8  don't even know if he testified in the sentencing in this

9  last -- he may have testified at the sentencing of this

10 last -- in the case but he was certainly noticed as a

11 potential witness for the defense back then.

12       MR. BURT:  Your Honor, this article is in evidence,

13 so I'm not sure what the objection is at this point.  I'm just

14 asking whether this expert agrees with this recommendation.

15       MR. McGOVERN:  All right.  Well, then the objection

16 is having this expert in forensic and clinical psychology

17 testify as to the applicability of the Flynn effect as a legal

18 matter is inappropriate.

19       THE COURT:  Yes, I think that I would agree with

20 that.  This was about its application to an Atkins proceeding

21 or decision in an Atkins case.  His view is his view and I

22 will take it into account as part of the record.

23       Thank you.

24       MR. BURT:  Thank you.  That's all I have.

25       THE COURT:  Thank you.

Denney – Cross/Burt

1          Redirect?

2          MR. BURT:  We would move Exhibit U into evidence.

3          Your Honor, there is one thing I neglected, if I

4  could.

5          THE COURT:  Okay.  Any objection to Exhibit U?

6          MR. McGOVERN:  U, the Social Security Administration

7  stuff.

8          THE COURT:  Yes.

9          MR. McGOVERN:  No objection.

10          THE COURT:  All right.  Exhibit U is received in

11  evidence without objection.

12          (Defendant's Exhibit U was marked in evidence as of

13  this date.)

14  BY MR. BURT:

15  Q    During your course of involvement in this case you

16  brought a number of articles to the Government's attention.

17  Attention in the course of preparing to testify here; correct?

18  A    Yes.  I've spent over 260 hours providing consultation in

19  this course trying to help educate the attorneys on this very

20  technical area.

21  Q    And was one of the articles that you brought to their

22  attention, and something they should read, an article by Ollie

23  Seay called "Evaluating Mental Retardation For Forensic

24  Purposes"?

25          MR. McGOVERN:  I'm going to object to this line.

2006

Denney - Cross/Burt

1    The reason is its because he's now going to attempt to draw

2    conclusions out of articles that were sent.  But one thing I

3    think is actually even more material to this objection is the

4    fact that Mr. Burt is using e-mails that the Government

5    produced to him pursuant to 26.2 now to cross-examine a

6    witness; and, to date, the Government has received absolutely

7    zero e-mail contacts between Mr. Burt, the defense team, and

8    his experts.

9            Now, I know we raised this awhile ago but I find it

10   absolutely fascinating that he has no such e-mail contact with

11   his witnesses, especially since he fought it so hard at the

12   beginning of this case to not have to produce it.

13           THE COURT:  I don't know what the objection is.

14   What's the objection?

15           MR. McGOVERN:  Improper cross-examination based on

16   the fact that he's just going to take articles that were

17   attached to e-mails and use them to cross-examine the witness.

18           THE COURT:  Well, I'm going to overrule the

19   objection.  You can ask your question.  I don't know what

20   relevance this has but maybe Ill find out.

21           MR. BURT:  Your Honor, can I approach the witness?

22           THE COURT:  Yes, you may.

23           (Approaching the witness.)

24   Q    Showing you what I've premarked as Exhibit V?

25           THE COURT:  V as in victory?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

2007

Denney – Cross/Burt

1    MR. BURT:  V as in victory.

2    THE COURT:  All right.

3  Q    Is this an article that you read and forwarded on as

4  something that you thought was relevant to this case?

5  A    Its one of a large number of articles I forwarded on to

6  try and help the attorneys have a better understanding of the

7  various arguments and issues related to this type of case.

8  Q    Okay.

9        Now, in this case, your report is based on your

10 interviews with Mr. Wilson; correct?

11 A    Yes.

12 Q    And how much time did you actually spend interacting with

13 him aside --

14        Well, first of all, total time that you spent with

15 him?

16 A    I spent from 9:30, I believe it was 9:30, on a Thursday

17 till about 3:30 with him straight through.  And then on the

18 next Friday morning, I spent somewhere, approximately, two

19 hours maybe a little more than two hours together.

20 Q    And in the period from 9:30 to 3:30 on the first day, how

21 much of that was taken up in the administration of the test?

22 A    The bulk of it, I would say, that about 45 minutes to an

23 hour of the time was allocated for interviewing.

24 Q    Was just interviewing?

25 A    Yes, but I can't place an exact time on it but its

Denney – Cross/Burt

1   something like that.

2   Q    So how much total time you think you spent interviewing

3   Mr. Wilson as opposed to just giving him the tests?

4   A    Keep in mind that just giving him the test we're

5   interacting and we're discussing issues as we go throughout

6   the whole process.  Its not just silence in between tests --

7   Q    Right?

8   A    -- we're interacting and doing things like that.  I'm

9   seeing his behavior over an extent tended period of time.  And

10  to answer your question, if I were to just parse out the time

11  we were talking about other topics such as his history and how

12  he's doing and things like that.  If you combine the two days

13  together, it might equal an hour and a half.

14  Q    Hour and a half total?

15  A    Yes, of just conversation about -- or clinical

16  interviewing, I should say.

17  Q    And, in your practice, at least when you were working at

18  Springfield you had a lot of cases where you came into court

19  and you testified that you were able to give the Court the

20  benefit of your observation of the defendant over an extended

21  period of time; correct?

22  A    That was nice.

23  Q    Yeah.  In other words, the court sends people out to

24  Springfield, they're typical there, what, 60, 90 days

25  sometimes longer?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

2009

Denney - Cross/Burt

1  A     Usually 30 days.  Most of the 18 U.S.C. Section 40, 1, 2

2  type studies 30 days for competency-related issues, 45 days

3  for sanity.

4        When the individuals were sent for competency

5  restoration those individuals could stay there for, typically,

6  three months, a 90-day period although it could be renewed if

7  there was hope that they were progressing and could become

8  competent.

9  Q    The point is, you have, in those situations, an extended

10 period of time over which you could observe the client and

11 compare his performance in custodial settings to what your

12 testing shows?

13 A    Yes, that's right.

14 Q    And one of your themes in all of your cases where you

15 testified is that real-world functioning always trumps test

16 scores?

17 A    That's exactly; right.

18 Q    Okay.

19       So you like to look at how somebody is functioning

20 and sort of compare that to what the test scores are, and if

21 there's any discrepancy the functioning always trumps the

22 scores?

23 A    The context of that notion is when you have very, very

24 poor test scores; and yet, you see a level of functioning not

25 just in a hospital setting but also in daily life setting that

Denney - Cross/Burt

1   exceeds that very poor score, the real-world functioning is

2   going to trump the psychological test results.

3   Q     Okay.

4   A     That's the context of it.  I agree with that, yes.

5   Q     And just in general, in this case, the real-world

6   functioning is being looked at in the context of the

7   developmental period correct the period from birth to age 18?

8   A     Well, in terms of onset for potential consideration of

9   intellectual deficient; however, the question of going to the

10  question of whether or not Mr. Wilson has intellectual

11  deficiency is broader in those years because you can see a

12  level of function that might be after 18 but also may be

13  inconsistent with having intellectual deficiency.  So I

14  wouldnt narrow the real-world functioning down to just the

15  first 18 years.

16  Q     And in your adaptive functioning testing in this case, as

17  I understand it you were having the various informants focus

18  on specific ages that you wanted to focus on; correct?

19  A     Well, it wasnt specific ages that I wanted to focus on

20  necessarily.  Again, we got to put this in context with what

21  they're trying to do in a retrospective review using normative

22  measures.

23        We have to narrow down the recollections to a

24  discrete period of time because we are then going to apply

25  norms for individuals, say, children, for example, of that

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

2011

Denney - Cross/Burt

1   same age in order to get a better understanding of how that

2   functioning at that time equates to the larger population.

3   Q    Right.

4   A    So, yes, you have to do that.  So it wasnt necessarily

5   that I wanted to then focus on a particular age time, I would

6   interview the individual and through that interview learn from

7   them what period of time they had the most contact and their

8   best recollection, and then I would focus on that period of

9   time.

10  Q    And so, you would say to them, for instance, I want you

11  to tell me how Mr. Wilson was functioning, as an example, age

12  12 if that's a period of time youre focused on.  And I want

13  you to think about it what your recollection is way back when,

14  whatever your period of time?

15  A    Yes.  And, again, that number 12 that you gave as an

16  example is not a number that I would have inserted into the

17  situation.  It would have been after our conversation and the

18  individual tells me what area appears to be the best and then

19  we would discuss that and I would let them know the purpose is

20  because we do have to go back in time and your recollections

21  are needed to fill out this questionnaire or interview.

22  Q    And you agree that just in general if you have

23  contemporaneous records showing what a person's functioning

24  is, and the records were compiled by people without any sort

25  of connection to Mr. Wilson, that that's a much better source

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Denney – Cross/Burt

1    of data than something somebody to reflect back, say, a family

2    member to reflect back on how he was at a certain age in his

3    developmental period.

4    A    I'm willing to say that that's very informative

5    information, but I'm not willing to say across the board that

6    its more valid.  It depends on what that information is and

7    what the context of it.

8    Q    Sure.

9    A    Yes, absolutely.  The notion of looking at the entire

10   record, looking at real-world functioning at various periods

11   of time, even if there are no standardized measures to use, is

12   informative information.

13   Q    And then, of course, you want to do an evaluation of the

14   person himself.  You want to get your behavioral observations;

15   correct?

16   A    Yes, I think its extremely important to come to a good

17   diagnostic inclusion of an individual to actually see them and

18   interview after you draw your conclusion, final conclusion.

19              (Continued on the next page.)

20

21

22

23

24

25

Denney - Cross/Burt

1   Q    This article that you provided says on the first page:

2   "People with mental retardation are not a homogenous group.

3   They demonstrate tremendous variations and skills, abilities

4   and presentation.  They may not have any overt appearance of

5   disability, and their cognitive difficulties may not be

6   detected until there is prolonged interaction with them.

7   Consequently, they may not be identified by law enforcement,

8   attorneys, or judges who, by and large, have little training

9   in recognizing mental disabilities."

10          Do you agree with that?

11  A    Could you -- that sentence is where?

12  Q    First page, second sentence.

13  A    "Consequently, they may not be identified by law

14  enforcement, attorneys, or judges who, by and large, have

15  little training in recognizing mental disabilities."  Yes, I

16  agree with that.

17  Q    Okay.  And do you think you had prolonged interaction

18  with Mr. Wilson within the meaning of that sentence?

19  A    I don't think that sentence is discussing me because I

20  think when you deal with mental health professionals, I think

21  it's a completely different situation.

22          THE COURT:  That sentence is discussing the court,

23  not the witness.  We're not going -- I don't think that's --

24  we're not going in that direction.

25          MR. BURT:  No, I --

Denney – Cross/Burt

1          THE COURT:  The Supreme Court has said that

2    irrespective of whatever that quotation is, the court has to

3    make the decision.  So now we're going into, you know,

4    philosophy.  I don't want to engage in philosophy here.  This

5    is not a philosophy seminar.  We need to move on.

6          MR. BURT:  Okay.

7          THE COURT:  Please.

8    Q    Do you believe that you had, in your interaction with

9    Mr. Wilson, prolonged interaction with him?

10   A    Yes.  In terms of clinical interaction, yes, I would

11   consider that prolonged interaction.  I mean, I wouldn't say

12   it's as good as 30 days in an inpatient hospital setting, no.

13         MR. BURT:  That's all I have.  I would offer V in

14   evidence, your Honor.

15         THE COURT:  Any objection to V?

16         MR. McGOVERN:  It hasn't been identified for the

17   record I don't believe.

18         THE COURT:  Why don't you identify it for the

19   record.  I think it has, but go ahead.

20         MR. BURT:  Sure.  Article by Ollie, O-l-l-i-e,

21   S-e-a-y, Evaluating Mental Retardation for Forensic Purposes

22   in the Journal of Applied Psychology in Criminal Justice 2006.

23         MR. McGOVERN:  No objection.

24         THE COURT:  All right.  Defense Exhibit V is

25   admitted into evidence without objection.

Denney – Cross/Burt

1          (Defendant's Exhibit V received in evidence.)

2          THE COURT:  Redirect?

3          MR. McGOVERN:  Yes, briefly your Honor.

4    REDIRECT EXAMINATION

5    BY MR. McGOVERN:

6    Q    Doctor, in your review of the reports in this case, who

7    spent longer with the defendant before offering a diagnosis,

8    you or Dr. Shapiro?

9    A    Well, my recollection from sitting through this hearing,

10   if I remember correctly after all this time, is that I spent

11   more time with Mr. Wilson than Dr. Shapiro.

12   Q    Isn't it a fact that Dr. Shapiro did not meet with

13   Mr. Wilson at all before offering a diagnosis?

14   A    That's my recollection.

15   Q    You were discussing with Mr. Burt your views about --

16   perhaps views or concerns about the defendant demonstrating

17   best efforts during his evaluation by Dr. Drob.

18          Do you remember that testimony?

19   A    Yes.

20   Q    And then you previously testified about malingering and

21   written extensively about the issue of malingering.  Correct?

22   A    Yes.

23   Q    Could you describe for the court or explain to the court

24   the difference between how you view malingering versus absence

25   of best efforts?

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Denney - Redirect/McGovern

1    A    Well, they clearly overlap.  I mean, absence of best

2    effort is a notion of when you're dealing with achievement

3    type of tests, and I don't mean you use the word achievement

4    to mean only reading, writing, and arithmetic, I mean tests

5    that require effort to perform your best and then those scores

6    reflect a presumed best ability.

7         Effort in that regard, research clearly shows that

8    the lack of effort has a tremendous affect size; in other

9    words, lack of effort will significantly change those scores

10   inevitably to make it look worse than it really is by somebody

11   not applying one's self to the task.

12        That goes back to the notion we have to be careful

13   about what -- about how engaged somebody was in the testing

14   process in order to engage -- or to gauge the validity of

15   those results.  So poor effort is one component in a larger

16   analysis of whether or not an individual could potentially be

17   malingering.

18        And, again, it gets real complicated because effort

19   even is a bad term.  But when we're talking about, say,

20   neuropsychological testing or IQ testing, effort is a

21   reasonable term.  A person could intentionally perform lower

22   than their best ability for a secondary gain and that would be

23   defined as malingering.  How bad is bad enough to warrant the

24   diagnosis of malingering?  That's a judgment call.

25   Q    Okay.  And yesterday afternoon Mr. Burt took you through

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Denney - Redirect/McGovern

1  the series of the three domains that are mentioned in the

2  AAIDD book about the diagnosis of mental retardation as it

3  relates to adaptive functioning.  Do you remember that?

4  A    Yes.

5  Q    And he also took you through the individual areas of

6  adaptive functioning that are referenced by the DSM and the

7  AAIDD.  Do you remember that?

8  A    Yes.

9  Q    And you -- he asked you a series of questions, in which

10 in his review of each one of those functioning areas, whether

11 the defendant had deficits in those areas.  Do you remember

12 that testimony?

13 A    Yes, I do.

14 Q    And you testified, I believe, that the defendant had

15 evidence of deficits in a couple of those areas, perhaps it

16 was a, communication, functional academics and perhaps some

17 others.  Do you remember that?

18 A    Yes, I do.

19 Q    Well, given that testimony about the existence of

20 evidence of a deficit in individual domains or individual

21 functioning areas, does that change your opinion about whether

22 he is mentally retarded or not?

23 A    No.  An individual can have difficulties in a number of

24 these areas and not necessarily be mentally retarded.  For

25 example, in Mr. Wilson's case, functional academics for

Denney - Redirect/McGovern

1  example, well, the record clearly shows he's had a pretty

2  significant verbally mediated learning disability from the

3  beginning, or at least certainly from the earliest records we

4  have, and that carried on through his academic career to a

5  large degree, although I think he has improved in that regard

6  quite a bit.

7          So having a low area there could be considered a

8  deficit, although I think it's more relevant for his earlier

9  years than it is when he was older because he seems to have

10  outgrown that or certainly learned to compensate for it.

11  Q    Well, is the word deficit a term that's used throughout a

12  variety of areas of diagnoses of mental health problems?

13  A    Yes, deficit is a term that is very broad.  It can be a

14  lack of ability or a decreased level of ability due to any

15  number of causes.  It -- for example, a person could have a

16  deficit in learning or memory that is a direct result of a

17  traumatic brain injury.  That deficit may be significantly

18  impairing for the person or it may not be.  It depends on how

19  one views the deficit and how much it impacts other cognitive

20  functioning.  And the term deficit is even somewhat broad

21  because well, somebody who is functioning in the reasonably

22  good range and yet they have a learning and memory score that

23  is in the, you know, mildly impaired range, that would be

24  considered a deficit.  It doesn't necessarily mean that they

25  have absolutely no ability in that area.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Denney - Redirect/McGovern

1  Q    So in the testimony that you were providing to Mr. Burt

2  yesterday afternoon on this topic, were you seeking to

3  communicate to the parties and to the court that Mr. Wilson

4  had deficits that would be indicative of the existence of mild

5  mental retardation or some other form of mental retardation?

6  A    No, I hope I didn't communicate that.  That's not my

7  intent.  I believe what we see in his life is that he has

8  significant difficulties from a learning disability that

9  affected his communication, when he was at a young age more

10 so.  I don't think he's got communication deficits as a teen

11 and up to 18, I don't think that's the case.  And it affects

12 functional academics for a broader range, but that's the

13 learning disability.

14        The social difficulties, I think at an early age I

15 would call that a deficit.  But as he grew -- as he got older,

16 it clearly started to display itself in what would be termed a

17 conduct disorder and at that point I think that his

18 misbehavior really is more willful and I wouldn't want to

19 cover that in the term of he has deficits in social

20 interaction because he willfully violates the rights of other

21 people.  I don't -- I don't want to communicate that.

22        MR. McGOVERN:  All right, I have no other questions.

23 Thank you, Doctor.

24        THE COURT:  Anything else?

25        MR. BURT:  Yes.

2020

Denney - Recross/Burt

1    RECROSS-EXAMINATION

2    BY MR. BURT:

3    Q    Just to clarify that last point, what you told me

4    yesterday was you believed he had the deficits but you

5    disagreed with the green book that you can't consider the

6    cause of those deficits.  Is that still your position?

7    A    Well, when I was saying that, I was thinking of him at an

8    early age.  I don't think that that's -- again, parsing out --

9    look, he's got these deficits, but the green book says that

10   you totally disregard the cause of those deficits in your

11   analysis regarding intellectual disability.  I disagree with

12   that.  I think you need to take that into consideration.

13   Q    Okay.  So it's not -- you're not saying he doesn't have

14   the deficits in the developmental period, you're just saying

15   in your view you need to rule out other causes before you

16   attribute it to intellectually disability?

17   A    Well, I would actually go back to what I said in court,

18   basically is that up to the time -- by the time he was 18,

19   I -- it was -- it's my opinion that he did not have

20   significant deficits in adaptive function-based upon the

21   information I reviewed.  He had worse -- he had worse

22   functioning at lower ages but he outgrew much of that.

23         My report, I think, is pretty clear in saying that

24   it is my opinion is that he does not have significant adaptive

25   function deficits now or prior to 18.  I mean, prior to just

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Denney - Recross/Burt

1   before 18, during his recent teenage years.

2   Q    So, I'm hearing a little something different now, which

3   is not -- yesterday I thought you said he had the deficits but

4   they can be attributed to another cause and therefore they

5   don't count in intellectual disability.  Now I hear you saying

6   he didn't have the deficits at all, except real early on.

7   A    I'm --

8   Q    Is that what you're saying?

9   A    I'm sorry I'm not communicating very well.

10  Q    Is that what you're saying now, is what I'm asking?

11  A    What I am saying is that those areas of deficit that we

12  referenced are more pronounced at earlier ages.  And at a

13  certain point, I don't know exactly when, but it gradually

14  changed to the point where his adaptive functioning is still

15  weak in some areas, but I don't know that I would call it a

16  deficit, at the time we get up into the 18 year stages that I

17  referenced in my adaptive functioning analysis.

18  Q    Are you saying that at age 18 he didn't have deficits in

19  functional academics?

20  A    Well, his academics, particularly as he came out of

21  Brookwood, he was still weak and still significantly behind.

22  Q    Right.

23  A    But to use the term deficit to suggest he has got total

24  inability in this area, which is really what more -- I'm still

25  not articulating very well.

Denney - Recross/Burt

1        He had residual signs of a learning disability at

2   that point.  He was delayed in his academic skills largely

3   because of his lack of willingness to apply himself throughout

4   school.  I don't think that that is directly tied to the

5   notion of having subaverage -- well, extreme -- significantly

6   subaverage intellectual functioning.  I think that it is

7   getting closer to a range of low average borderline

8   functioning which by definition is slower -- would be -- would

9   result in slower academic functioning than what you would

10  expect.

11  Q    Is what you just said, that you think his deficits in

12  academic functioning from about age six up to age 18 were

13  willful?

14  A    No.

15  Q    You're not saying that?

16  A    No.  I was talking about adaptive function in general.

17  Q    And you think from age 18 -- the records that show 18

18  down to when he was born he didn't have social deficits in the

19  social domain, as you described yesterday.

20  A    Well, now we're -- are we talking about academic or are

21  we talking about social?

22  Q    We're talking about social.  Because yesterday I thought

23  you were real clear that he had deficits in functional

24  academics and the second category in the DSM was, I forget the

25  exact phrase, in social -- social adjustment.

Denney - Recross/Burt

1   A    And I think I did say that and I'm afraid that I may have

2   miscommunicated what I was really thinking.

3   Q    Okay.

4   A    Because what I'm really talking about is in my mind, I'm

5   talking earlier ages.  And if you were to look now, yes, as he

6   aged, you see a clear indication that his behavior -- his

7   maladaptive behaviors became more willful and more willful.  I

8   think that we then have an indication of conduct disorder.

9           I don't think it's -- would be appropriate to say a

10  person's maladaptive behavior in a sense of criminality is a

11  result of his intellectual -- is a result of intellectual

12  deficiency.

13  Q    Right, we're back then to the causation?

14  A    Yeah, I think they're separate issues.  I would say this

15  is a young man who had a learning disability who also had a

16  significant conduct disorder which turned -- progressively

17  turned to a maladaptive pattern of interacting with others

18  that constitutes what we would now call personality disorder.

19  Q    Right.  So the social interpersonal skills was the second

20  one that you had identified that he had deficits in.  And what

21  you're now saying is that those social interpersonal skill

22  deficits were caused at some point in his development morphed

23  into a causation by conduct disorder and because they were

24  caused by conduct disorder, you can't have them attributed to

25  intellectual disability?

Denney – Recross/Burt

1    A    No, not that they're caused by conduct disorder.  Conduct

2    disorder is simply a label describing willful behaviors.  It's

3    hard to say that a child at a very young age, particularly in

4    an environment in which Mr. Wilson was raised, was

5    highlighting a lot of intentional willful misconduct at an

6    early age.  I mean, there was misconduct, don't get me wrong.

7    But at some point you have to attribute that to the

8    maladaptive environment.

9         But eventually the child gets to the point where the

10   child has got to stand on his own two feet and make decisions.

11   And in Mr. Wilson's case, I believe that then became clearly

12   reflective of a conduct disorder.  That is a willful choice.

13        And I don't think it's fair to say that a willful

14   choice of a misconduct would be considered a deficit in social

15   interaction, because a deficit indicates that a person doesn't

16   have the ability to behave the certain way if they don't

17   choose to.

18   Q    I see.  So what you're now doing is saying, well, you

19   look at the deficits and you, as an expert, discern whether

20   he's acting willfully or not, mental state of willfulness, and

21   if you decide he's acting willful, then the deficit doesn't

22   count as an adaptive deficit for intellectual disability.

23   Right?

24   A    Well, I think that's too simplistic to parse it down that

25   fine.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Denney - Recross/Burt

1   Q    Isn't that what you're saying?

2   A    I don't -- I don't mean to say it that way necessarily.

3   Q    Well, is there any support for using that technique in

4   any of these books?

5   A    I mean, if that were the case, anybody that has a

6   criminal behavior and whose IQ could be low enough to where

7   somebody could use a 99 confidence interval or disregard any

8   bright line on IQ could consider half the people that I've

9   worked with in 20 years to be mentally retarded simply because

10  they've got maladaptive behavior that is criminal in nature

11  and their IQ falls down to the low average to high borderline

12  range.  I don't think that's a fair characterization of it.

13  Q    If the scores qualify and the adaptive behavior is

14  there -- adaptive deficits are there and the deficits occurred

15  before 18, that's what the diagnosis requires.  Right?

16  A    If you were to take AAIDD at its black and white face

17  value in what it's suggesting, that's what it would say, yes.

18  Q    Okay.

19          MR. BURT:  Okay, that's all I have.  Thanks.

20          MR. McGOVERN:  No other questions.

21          THE COURT:  All right.  Witness is excused.  You may

22  stand down.

23          MS. COHEN:  Your Honor, we have -- is it possible to

24  take our break now or is it too early?  I can wait if we -- if

25  you prefer.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Denney - Recross/Burt

1      THE COURT:  You want ten minutes now?

2      MS. COHEN:  Yes.

3      THE COURT:  Fine, take a ten-minute break.

4      MS. COHEN:  Thank you your Honor.

5      (Recess.)

6      (In open court.)

7      (Defendant present.)

8      THE COURT:  All right, the government may call its

9   next witness.

10      MS. COHEN:  Thank you, your Honor, the government

11   calls Dr. Robert Mapou to the stand.

12      THE CLERK:  Sir, please raise your right hand.

13           (Witness takes the stand.)

14        **ROBERT L. MAPOU, PH.D.,**

15   called as a witness, having been duly sworn, was examined and

16   testified as follows:

17      THE CLERK:  And please state and spell your full

18   name for the record.

19      THE WITNESS:  Robert, last name Mapou, M-a-p-o-u.

20      THE COURT:  All right, you may inquire.

21      MS. COHEN:  Thank you, your Honor.  Oh, I just

22   forgot to mention, I left the court a binder and some

23   exhibits.

24      THE COURT:  All right, thank you.  And defense has

25   received them.  Correct?

Denney - Recross/Burt

1        MS. COHEN:  Yes.

2        THE COURT:  All right, thank you.

3   DIRECT EXAMINATION

4   BY MS. COHEN:

5   Q    Good morning, Dr. Mapou.

6   A    Good morning.

7   Q    Are you currently employed?

8   A    I am.

9   Q    What do you do?

10  A    I'm a clinical neuropsychologist affiliated with a large

11  group practice in Silver Spring, Maryland.

12  Q    And what is the focus of your practice as a

13  neuropsychologist?

14  A    The focus of our group practice is the evaluation of

15  learning disabilities, attention deficit hyperactivity

16  disorder, or ADHD, and other developmental disabilities across

17  the lifespan.

18        In my own work, I specialize in the assessment of

19  adolescents and adults with learning disabilities and ADHD.  I

20  also see people with a range of neurological problems, but

21  because of the nature of our practice that's the bulk of the

22  work that I do.

23  Q    Dr. Mapou, are you board certified?

24  A    I am.

25  Q    What area are you board certified in?

Mapou– Direct/Cohen

1  A    I am board certified in clinical neuropsychology by the

2  American Board of Professional Psychology.

3  Q    Can you tell the court briefly about your educational

4  background?

5  A    I completed my master's degree and PhD in psychology,

6  with a specialization in clinical psychology, at Emory

7  University in Atlanta, Georgia.  That was followed by --

8  actually as part of that, I completed an internship with a

9  focus on clinical neuropsychology at the Boston VA Medical

10  Center under the direction of Dr. Edith Kaplan, K-a-p-l-a-n.

11         Following that internship, I did post doctoral

12  training with a focus on rehabilitation of traumatic brain

13  injury at Greenery, G-r-e-e-n-e-r-y, Rehabilitation Center in

14  Boston.

15  Q    Dr. Mapou, in your clinical practice, you focus, you

16  said, on children and adults with learning disability and

17  ADHD.  Because you are a neuropsychologist, do you see

18  individuals with a broad range of developmental disabilities?

19  A    I do.

20  Q    In the course of your clinical practice, do you tend also

21  to diagnose individuals with intellectual disabilities from

22  time to time?

23  A    From time to time.

24  Q    Have you ever diagnosed an individual who came to you and

25  believed he or she had a learning disability and subsequently

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Mapou- Direct/Cohen

1  diagnosed them with intellectual disability?

2  A    I have.

3  Q    Now, are you published in the field of learning

4  disabilities and ADHD?

5  A    I am.

6  Q    Have you written articles in both of those fields?

7  A    Yes, I have written several book chapters on the topic of

8  evaluation of learning disabilities and ADHD in adults.  And I

9  have also written a book on that topic.

10  Q    On the topic of learning disabilities and ADHD in adults?

11  A    Yes.

12  Q    Now, do you also regularly lecture in both those areas,

13  learning disability and ADHD?

14  A    I do.

15  Q    And do you lecture in those areas throughout the country?

16  A    I do.

17         MS. COHEN:  Your Honor, at this time I offer this

18  witness as an expert in clinical neuropsychology, learning

19  disabilities and ADHD.

20         MR. BURT:  Your Honor, in those areas I don't have

21  any objection.

22         THE COURT:  All right, so let's go over that again.

23  Clinical neuropsychology.

24         MS. COHEN:  Yes.  In addition, specifically in the

25  area of learning disability and ADHD, attention deficit

2030

Mapou- Direct/Cohen

1    hyperactivity disorder.

2             THE COURT:  All right.  Your motion is granted

3    without objection.  You may proceed.

4             MS. COHEN:  Thank you, your Honor.

5    BY MS. COHEN:

6    Q    Dr. Mapou, there's been a lot of talk in this courtroom

7    about learning disabilities.  But since you're an expert in

8    the field, can you please provide the definition of what a

9    learning disability is?

10   A    A learning disability is a specific disorder affecting an

11   academic skill, reading, spelling, expressive writing,

12   mathematics that occurs in the presence of adequate

13   intelligence.  It is not explained by an intellectual

14   disability.  It is unexpected in comparison with the person's

15   intellect.

16   Q    Now, how is a learning disability -- I you think you sort

17   of touched on this in your answer.  How is a learning

18   disability different from intellectual disability or mental

19   retardation?

20   A    Individuals with intellectual disability have far more

21   pervasive deficits or impairments in a range of skills.  There

22   may be isolated strengths, but the overall pattern is one of

23   weakness or deficit.  In a learning disability, there is a

24   very narrow range of deficits that fit known profiles for

25   learning disabilities.  This is seen on measures of academic

Mapou- Direct/Cohen

1    skills as well as on measures of neuropsychological or

2    cognitive skills.

3            There also are very clear strengths in the profile

4    too, they're not isolated strengths but rather these strengths

5    will also cluster in specific areas.

6    Q    And when you say "specific areas," do you mean a specific

7    area as tied to the areas you talked about before, reading,

8    arithmetic, and --

9    A    Here's a good example of that, and it's most relative for

10   individuals with language-based learning disabilities.  When

11   people have a learning disability affecting language,

12   typically these disabilities affect reading, writing, and

13   aspects of both understanding spoken language, what you hear

14   and putting your thoughts into words.  Such individuals

15   frequently have far stronger skills on tasks that do not

16   involve language, that don't require words, that are visual

17   hands on, and you see strengths that come out.

18           This is a very common profile that I see, for

19   example, in student athletes, who may have gravitated to

20   sports because they are very strong in those types of skills

21   but have struggled in school over the years because of

22   language skills.

23   Q    Dr. Mapou, were you asked -- what were you asked to do

24   specifically in this case?

25   A    In this case, I was asked to use my specialized knowledge

Mapou- Direct/Cohen

1   to review the records and to look diagnostically as to whether

2   intellectual disability or another disorder, specifically a

3   learning disability or ADHD, could account for the

4   difficulties that Mr. Wilson had over the years.

5   Q    And could you tell us generally in forming that opinion,

6   did you review all the records in this case?

7   A    I did.

8   Q    And what else generally did you do?

9   A    I reviewed the records that were initially provided to

10  me, which included his educational records, records of

11  psychiatric treatment and counseling.  I reviewed evaluations

12  that had been done over the years as part of those records.

13       I also interviewed Mr. Wilson and did a very brief

14  assessment looking at some other academic skills that had not

15  been covered by Dr. Denney.  I then integrated the results of

16  my academic testing with Dr. Denney's academic testing results

17  to determine whether they fit the profile of a learning

18  disability.

19  Q    Based on all of that, did you form an opinion to a

20  reasonable degree of psychological certainty in this case?

21  A    I did.

22  Q    And what is your opinion?

23  A    My opinion is that Mr. Wilson had many features of a

24  language-based learning disability, and specifically that he

25  showed features of dyslexia.  Now, that's often a

Mapou- Direct/Cohen

1    misunderstood word.  Dyslexia is a specific reading disorder

2    that is based in difficulty sounding out and reading

3    individual words.  It's not reversing letters, as some people

4    popularly think.  It has nothing to do with visual skills as

5    some people popularly think.

6    Q    What led you to specifically conclude that dyslexia

7    was present?

8    A    The early records very clearly documented that he had

9    difficulty with decoding, with sounding out words, and that in

10   his own speech he had some problems with articulation, with

11   expressing himself clearly, and to some degree with

12   comprehension with understanding.  What stood out were these

13   very early problems with language that were documented as far

14   back as kindergarten.

15   Q    Did you also form an opinion whether or not Mr. Wilson

16   had ADHD?

17   A    I did.

18   Q    And what was the basis of that conclusion?

19   A    I concluded that he did have ADHD.  And specifically I

20   concluded that he had the combined type of ADHD which includes

21   symptoms not only of inattention or being distracted but also

22   includes some hyperactivity, that is restlessness, not able to

23   sit still, impulsivity, doing things without thinking about

24   it, saying things without thinking about it.

25           Again, all of these symptoms were well documented in

Mapou- Direct/Cohen

1    the records from early on.  And in fact, ADHD was the most

2    common diagnosis that was used in the records.

3    Q    Now, the basis that -- the full basis of your opinion, I

4    note is contained in your 35-page report, so I'm not going to

5    go into that.  But I just want to touch on some areas that

6    might need clarification or would expound on what you've

7    already said in your report.

8            First, Dr. Mapou, is it possible to have both a

9    learning disability and intellectual disability?

10   A    Theoretically, and according to the DSM-IV, that is

11   possible.  That's based on a discrepancy definition of

12   learning disability.  Specifically, if one has mild

13   intellectual disability and one's academic skills fall far

14   below that level of intellectual disability, then

15   theoretically and from a discrepancy standpoint, a learning

16   disability can be diagnosed.  However, that would mean that

17   for someone who has intellectual abilities, let's say in the

18   70s, to diagnose a learning disability would require a very

19   large discrepancy into academic skills around 60 or even

20   lower.

21   Q    In this particular case, in Mr. Wilson's case, based on

22   the records, is it possible that Mr. Wilson could have both a

23   learning disability and mental retardation?

24   A    No.

25   Q    Why not?

Mapou- Direct/Cohen

1    A    There is evidence in the records that Mr. Wilson on a

2    number of occasions tested intellectually in the low average

3    to even average range.  That's one reason.

4         Second, in looking at his academic skills in

5    comparison with his intellect, those fall below average around

6    scores of 70, they do not fall around scores of 50 or 60.  And

7    we particularly see that on a recent testing done by

8    Dr. Denney, which I reviewed, and on my own testing.

9    Q    Now, you also mentioned in your report, and there's been

10   a lot of discussion in this courtroom about the discrepancy

11   between performance IQ score and a verbal IQ score and what

12   that means.  Can you explain to the court what significance

13   that has in this case?

14   A    Verbal IQ really is a measure of one's skills on tasks

15   that are verbal.  There are several tests that go into that or

16   went into the verbal IQ when that was used.  It includes

17   measures of vocabulary, a measure of vocabulary on which you

18   have to define words.  So you have to be able to express that

19   definition clearly.

20        A reasoning measure where you have to state how two

21   items are alike in some way.  A fact knowledge measure, in

22   which you answer questions about facts that are typically

23   learned in school.  A measure that's been described as

24   measuring reasoning social judgment but it really is one's

25   knowledge of what one should do in social situations.  For

Mapou- Direct/Cohen

1   example, what should you do if you see a fire in a theater.

2   Those are the core verbal measures that now actually are used

3   to determine what we call the verbal comprehension index.

4   Q    Okay.  I actually want to get to that in a minute, but --

5   A    There are two other measures that really measure

6   attention to information that you hear and the ability to hold

7   that in mind.  One measures repeating digits, forwards,

8   backwards, and now on the newer adult intelligence testing

9   sequence.  And the other measures the ability to do math in

10  your head which obviously is an academic skill.  All of those

11  are on the verbal side and all of those require words to

12  respond.

13          The performance subtest, not exactly called that

14  anymore but they have been referred to that over the years,

15  are much more hands-on visual tests.  On the past versions of

16  intelligence test, some of these required a verbal response

17  but the analysis was much more visual and you could also

18  respond by pointing.

19          So, for example, the picture completion subtest

20  requires one to look at a picture and figure out exactly

21  what's missing in that picture.  It does require attention but

22  there's also a reasoning component to that where you have to

23  figure out what the most important piece in that picture is

24  misses as opposed to something that's obvious, like a hand

25  holding a picture, which in this particular item is not the

Mapou- Direct/Cohen

1    most important piece missing.

2          In the past the picture arrangement subtest was

3    involved, and that involved arranging pictures to make a

4    sensible story.  It's a visual.  Again, there's a reasoning

5    component.  You don't have to use words at all to complete

6    that task.

7          The block design subtest which involves copying

8    block designs from looking at a drawing printed on a page.  In

9    the past the object assembly subtest, which was really a

10   little puzzle assembly test.  Those were all the measures that

11   go into visual intellect and some of those are now part of the

12   perceptual reasoning index.

13         There are two other measures that tap more closely

14   into speed and attention.  One is the digit symbol subtest

15   that requires looking at a set of symbols paired with digits

16   and then copying the correct symbol below the number.  That

17   requires attention, it requires speed, it also requires good

18   handwriting.

19         The other measure is symbol search which requires

20   one to scan a line.  There are two symbols at the beginning of

21   that line and you either have to cross out one of those two

22   symbols within the symbols that follows or cross out no

23   indicating that neither one is there.  That also taps into

24   attention and speed.

25         All of these tests are visual.  Now, on the new

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Mapou- Direct/Cohen

1    version of the IQ test we've even taken out some of the more

2    verbal components.  Pictures completion is an optional

3    subtest.  Instead, we have two new measures.  One is a little

4    mental puzzle assembly test where you look at a puzzle that's

5    made of three pieces, it's printed on a page.  There are six

6    choices underneath that and you have to pick out the pieces

7    that make that puzzle.  You don't have to respond verbally at

8    all, you just twist them around in your head and figure out

9    which pieces go together.

10         Block design is still there but it has some harder

11   items on it now.  And then matrix reasoning, which is a

12   reasoning measure in which you see a puzzle on a page, a

13   sequence of squares with designs in them.  The one at the end

14   is missing.  In some cases, its a series of two-by-two designs

15   or three-by-three designs with one missing.  You have to

16   analyze how that pattern changes and then you have to fill it

17   in with a missing piece.

18         So, again, on the more recent version of the

19   intelligence test for adult, there's even less emphasis on

20   anything verbal.  You're dealing with very abstract visual

21   information which you really can't put into words that well.

22   Q    Okay.  So would -- so that's sort of describing the

23   difference between performance and verbal.  When there -- on

24   page 23 of your report you reference the fact that

25   Mr. Wilson's visually based abilities, and that is also sort

Mapou- Direct/Cohen

1    of the equivalent, right, to the performance part IQ, were

2    always higher.

3            What is the significance of that discrepancy between

4    the verbal and performance?

5    A    It's very common in individuals who have language-based

6    learning disabilities to be weaker or even far weaker on

7    the -- on the verbal subtests than on the visual subtest.

8    Alan Kaufman has talked about this in his work as being a

9    fairly common pattern in these individuals.

10           The reason why is that the verbal subtests really

11   emphasize language skills and they emphasize learning in

12   school.  And if you have a language-based learning disability,

13   you're going to have far more difficulty on those tests,

14   whether that be understanding what's being said to you,

15   putting your thoughts into words, or even accumulating the

16   verbal knowledge that is needed to respond to those questions.

17           The visual tests, however, don't place demands on

18   those skills and so they are far more likely to be performed

19   in an adequate way, or in some instances in an above average

20   way, in people who really show strength in that area.  And in

21   essence you're testing two very different types of

22   intelligence.  You're testing verbal intelligence and you're

23   testing visually based, for lack of a better word, hands-on

24   intelligence.  And those can differ widely in individuals who

25   are challenged in spoken language.

Mapou- Direct/Cohen

1   Q    Did you see that pattern consistently in this case?

2   A    Yes, I saw that consistently in this case with

3   differences ranging, I think, from eight points in some

4   instances to as many as 31 points in another instance.

5   Q    Now, what significance did that consistent pattern have

6   on your ultimate opinion here?

7   A    It had two impacts.  One was my observation that for the

8   most part Mr. Wilson's skills in -- on the visual measures

9   were often low average and sometimes in the average range.  I

10  would not expect that in someone with mental retardation.

11  This is not an isolated strength, it's a consistent cluster of

12  strengths.

13       Second, his verbal skills were consistently in the

14  impaired range.  There is -- and there is some evidence that

15  he fell further behind in those skills whereas he maintains

16  stability on the visual tasks.

17  Q    Now, in your report on pages 20 to 21 -- I'm sorry, 20 to

18  22 -- you discuss Mr. Wilson's intellectual testing results.

19  And I just want to ask you a few questions about that, since I

20  think it would help the court in understanding what you've

21  done here.

22       In each of these tests you explained that you

23  calculated, when possible, the verbal comprehension index and

24  the perceptual organization index which you mentioned earlier

25  in your testimony.

Mapou- Direct/Cohen

1          Can you explain why you did that and what that

2    means?

3    A    To do that, I want to go back to the early history of

4    intelligence testing, because we need to understand how these

5    tests came about and how we ended up with a verbal IQ and a

6    performance IQ, which have been used over the years but now

7    largely discarded.

8          When intelligence testing first began around the

9    turn of the century with the purpose of trying to determine

10   whether people were intellectually disabled and in need of

11   either intervention or in some cases institutionalization, the

12   focus was very much on verbal skills.  So the verbal measures

13   were developed.  And around the same time immigrants began

14   coming to this country who didn't speak English.  People said

15   we need to classify them too, we need to understand if they're

16   intellectually disabled or not.  But they don't speak English,

17   so we need to find a different way of doing that.

18         The performance subtests were developed around that

19   time, and some of these actually date to the turn of the

20   century.  They were designed to be nonverbal and to look at

21   how people performed, how well they did on tasks that didn't

22   emphasize their language skills.

23         So we ended up with verbal subtests, performance

24   subtests, and people just put these together and said okay,

25   this measures verbal IQ and this measures performance IQ.  And

Mapou- Direct/Cohen

1  we assume that that's the case and we will continue doing

2  that.  So they did for many years.

3          Then, and I can't put a date on this, we got more

4  sophisticated in our statistical techniques and we began to

5  ask well, do these subtests all cluster together.  If you're

6  low on these subtests, do you tend to be low on all of them?

7  Or perhaps there's some differences in how they hold together.

8          So researchers and test developers began using a

9  procedure called factor analysis.  In essence, factor analysis

10 is a statistical technique that allows you to see which tests

11 cluster together; if one is high, which is likely to be high,

12 if one is low, which one is likely to be low.  That's the

13 simplest way to describe that.

14         And what they found is in fact among the verbal and

15 performance IQ tests, there were really four clusters, not

16 two.  It wasn't just verbal IQ or performance IQ.  Within the

17 verbal domain they found two clusters.  One was labeled verbal

18 comprehension.  That was the verbal reasoning measure I

19 mentioned earlier, fact knowledge, vocabulary, and in some

20 instance the other measure of comments and social judgment.

21         There was a second factor which was originally

22 labeled freedom from distractibility but is now called working

23 memory.  It has to do with attention to auditory information,

24 the ability to repeat it back and work with it mentally in

25 your head.

Mapou- Direct/Cohen

1          Then on the performance side we also discovered two

2     clusters.  One was labeled perceptual organization, the

3     ability to perceive and organize visual information, and that

4     included at one time picture completion, block design, object

5     assembly, picture arrangement.

6          There was also a measure that they labeled

7     processing speed, that was digit symbol and symbol search, and

8     it really tapped more into speed and attention.

9          The pure measures of intellect are verbal

10    comprehension and perceptual organization.  These are the

11    tasks that require one to demonstrate knowledge and reasoning

12    and problem settling.  The two other clusters tap more into

13    attention and, to some degree, language because we know

14    working memory can be impaired in individuals with

15    language-based learning disabilities.  But they are less

16    intellectual in nature.

17         That's why the newest iterations of the intelligence

18    tests look at these clusters rather than IQ.  And again, Alan

19    Kaufman has talked about this in his book as a very good

20    development in intelligence testing.  Because we can now look

21    at these different -- he sometimes calls them processing

22    areas.  I call them cognitive areas.  We can look at these

23    separately and understand how they play a role in learning

24    disabilities and other developmental disorders.

25    Q    Okay.  So why was it important in this particular case to

Mapou- Direct/Cohen

1    determine specifically what the perceptual organization index

2    and what the verbal comprehension index were throughout time?

3    A     Well, there are two reasons to do that.  In some

4    instances, the IQ scores had been prorated; that is, one test

5    had not been administered for one reason or another and so per

6    the instructions in the intelligence test manual, the actual

7    IQ score was estimated or prorated.  However, there were --

8    there was typically sufficient subtests to actually compute a

9    perceptual organization index.  And so that becomes more

10   accurate.  It's not estimated.

11          But the other reason was to look at the difference

12   between these purer measures of intellect because they often

13   show the discrepancy far better than the IQ scores which

14   include the measures of auditory attention and processing

15   speed.

16          Now, the reason why is that these measures of

17   working memory in processing speed or, as it was called,

18   freedom from distractibility rather than working memory are

19   affected by learning disabilities and ADHD.

20          Those are often the lowest indices with people with

21   learning disabilities and ADHD.  They bring down the IQ

22   scores.  By taking out those measures, you have purer measures

23   of intellect and you can look at that in a clearer way.

24   Q     So in this case that -- is that what you did, you took

25   out what you -- what are the parts that are affected by

Mapou- Direct/Cohen

1  learning disability and ADHD, and tried to get a better

2  measure of a pure intellect?

3  A    Yes, and I did that for several of the testings that did

4  not do that, and they had sufficient data to allow me to do

5  that.

6  Q    Did you also in connection with this case prepare a graph

7  showing these scores so that you could do a comparison of

8  them?

9  A    Yes.

10       MS. COHEN:  Your Honor, I'm going to offer

11  Government Exhibit 103 and 104, discussed with the witness.

12  And I have another exhibit, 105, I have not handed up.  It's

13  the same as 103 and 104 but they were put together in one

14  chart for comparison.

15  A    I actually -- to be clear, I put these graphs together

16  specifically to aid the court because in my own work I looked

17  at the numbers and I looked at how the numbers were laid out

18  using a spreadsheet.  I thought that too many numbers would

19  make it more difficult to see the data and that these charts

20  for the court would help illustrate the difference in these

21  two domains.

22  Q    Let me just put this up on the Elmo and you will see it

23  on your screen when I put it up.  First I'll start with

24  Government Exhibit 104.  And this is the verbal intellect?

25  A    That's correct.

Mapou- Direct/Cohen

1          THE COURT:  I'm sorry, are you putting them forward

2    as exhibits?

3          MS. COHEN:  Oh, I'm sorry.  I'm going to offer

4    Exhibits 103, 104, and 105.

5          THE COURT:  Any objection?

6          MR. BURT:  No, your Honor.

7          THE COURT:  All right very well.  Government

8    Exhibits 103, 104, and 105 are admitted into evidence without

9    objection.

10          (Government's Exhibits 103, 104 and 105 received in

11    evidence.)

12          THE COURT:  You can go ahead.

13          MS. COHEN:  Thank you.

14    Q    Taking a look at Government Exhibit 104, can you explain

15    what this graph shows?

16    A    This is a graph of all of the intelligence tests that

17    were in the records and the red line is a graph of

18    Mr. Wilson's verbal IQ over the years.  The blue line is a

19    graph of the verbal comprehension index over the years.

20          The first thing that you notice is that for

21    Mr. Wilson, he's tracked fairly closely.  They're very, very

22    similar.  These scores range from a low of, if I read this

23    correctly, around 62 perhaps, to a high of about 80.  So they

24    definitely show consistent weaknesses or deficits in verbal

25    intelligence reflecting, in my opinion, consistent weaknesses

Mapou- Direct/Cohen

1    in verbal skills that were documented elsewhere.

2    Q    Okay.  Now, taking a look at Government Exhibit 103, can

3    you tell us what this graph shows?

4    A    Yes.  And it's unfortunate that the colors were reversed

5    so that it makes it a little bit more confusing.  I want to

6    the point out that on the last graph the IQ score was in red.

7    On this graph the IQ score is in blue.  So that makes it a

8    little bit harder.

9         But what we see here is the performance IQ over the

10   years and then the perceptual organization index over the

11   years.  And these are a bit different.  The first thing that

12   we notice that all of these scores from the start are much

13   higher.  They range from a low of 80 in the IQ score to a high

14   of, I believe, around 93, if I remember correctly.

15        Now, what's important to look at is the perceptual

16   organization index, which now in 2012 is called the perceptual

17   reasoning index.  These scores range from a low of 85 to a

18   high of 102.  And we see that when we take out the processing

19   speed measures, the very specifically timed tasks that can be

20   affected in both learning disabilities and ADHD, in many

21   instances the perceptual organization index is in fact higher

22   and well into the average range, showing very clear strength

23   in that domain.

24   Q    Now, let me just show you Government Exhibit 105, which

25   charts all of this together.  And if you could just -- you've

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Mapou- Direct/Cohen

1    already said it.  Summarize now looking at this time with

2    respect to your expertise in learning disabilities and ADHD

3    what does this chart -- how is this chart helpful for you or

4    for the court?

5    A    The two lines on the top again reflect the performance IQ

6    and perceptual organization or perceptual reasoning.  And

7    that's -- in the two lines on the bottom are verbal IQ and

8    verbal comprehension.

9          We see again verbal IQ, verbal comprehension are

10   quite similar over the years and drop and then go back up,

11   whereas performance IQ and perceptual organization index

12   actually show improvement, and particularly marked improvement

13   in 1998.

14         Other than 1991, and perhaps 1989, the very first

15   evaluation, there's a large difference between the two

16   domains.  And that difference is most obvious when you look at

17   the pure intellectual indices where perceptual organization is

18   much higher than verbal comprehension.

19   Q    And what's the significance of the increase in the

20   perceptual organization index and the performance?

21   A    Well, one might argue that this is due to practice

22   effects and that's quite possible because the novelty of the

23   tests wear off over time.  But we can't presume that it's

24   entire due to practice effects.  While that may have been the

25   case on WISC-III, which was administered quite a few times, we

Mapou- Direct/Cohen

1    then move to the WAIS-III and that was in 2000 where you can

2    see one of the highest perceptual organization indices occur.

3              Now, that's important.  While the WAIS-III was in

4    similar format to the WISC-III, for example, it included the

5    block design subtests, the items were different.  And there

6    was also the addition at that time of the newer matrix

7    reasoning subtests which did not appear at all on the previous

8    subtest.  That test is now entirely novel.  Mr. Wilson had not

9    seen that one at all.

10             And the picture completion subtest, while the format

11   was the same, the stimuli changed.  On the WISC, it was a

12   small booklet with black and white pictures.  On the WAIS, it

13   was a large booklet with more easily seen colored pictures and

14   different items that would be harder for an adult to do.

15             So while you might argue that some of the

16   improvement from 1989, or better 1991 to 1998, which involved

17   the WISC-III consistently, could have been due to practice

18   effects.  It's far more difficult to argue that practice

19   effects could entirely account for that improvement seen in

20   2000.

21             We look again in 2012, we see another change.  When

22   we move to the WAIS-IV, there were again changes in format.

23   There was a new subtest, the mental puzzle assembly test that

24   I described earlier, that would have totally been novel at

25   that time.

Mapou- Direct/Cohen

1          The block designs changed some.  There were some

2    harder designs that were added.  There were other designs that

3    were the same.  The matrix reasoning subtest changed a bit as

4    well.  I have actually not analyzed that closely to determine

5    how many of the items were similar.

6          But the cutoff in the matrix reasoning subtest

7    changed.  On the WAIS if you got five wrong or I believe it

8    may have been four out of -- if you got four in a row wrong or

9    four out of five items wrong, you stopped.  In the WAIS-IV,

10   you stop when you get three wrong, period, you're done.  So it

11   has a closer cutoff when you stop.

12          So there's still differences in there that render it

13   novel again to someone who has not had those items.  So while

14   practice effects might explain part of the profile, I don't

15   believe they explain all of it and his consistent strength on

16   the visual test.

17   Q    Dr. Mapou, the last area I want to touch upon is after

18   you submitted your report, did you subsequently review the

19   test scoring that Dr. James did?

20   A    I did.

21   Q    When you reviewed that testing, what did that testing

22   show?

23   A    In my opinion and based on the scores that were actually

24   presented, there were many, many scores that were average or

25   even above average and low average.  The vast majority of

Mapou- Direct/Cohen

1  those scores fell in that range, low average to average and

2  even above average.  There were some scores in what we call

3  the borderline range and there were a few scores in the

4  intellectually disabled range.

5  Q    Now, just to go over this a little bit more, there's a

6  chart that's already in evidence subject to connection, it's

7  Government Exhibit 96.  And this is a test -- I'm sorry, a

8  chart of Dr. James's data.  Do you -- I'm just going to show

9  this on the Elmo since it's already in evidence.

10          Dr. Mapou, did you actually put this data together?

11 A    I did.

12 Q    And what was the reason and purpose of putting this data

13 together?

14 A    I put it together to help me do my own analysis of

15 Dr. James's findings rather than totally relying on her

16 conclusions about frequently significant impairment as she

17 described it.  I wanted to see for myself how these scores --

18 what the range of these scores were and, perhaps more

19 important, how they clustered in different domains.

20 Q    Let's look at the second page.  Actually, before we do

21 that, just so we know we're talking about the same scores, did

22 you also in this case, and this is Government Exhibit 98,

23 which is already in evidence subject to connection, did you

24 also put together this psychometric conversion chart?

25 A    I did, but that certainly isn't my own chart that I put

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Mapou- Direct/Cohen

1    together.  This is based on charts that have been seen in

2    psychological assessment tests, texts.  The first one that I

3    refer remember was psychological assessment, a classic text by

4    Anne Anastasi, that's A-n-a-s-t-a-s-i, that we all used for

5    many years.  And there would be a chart in there showing the

6    equivalence of IQ-type scores or standard scores, scale

7    scores, percentile scores as well as other scores that include

8    T scores and Z scores.

9    Q    Some of those scores that we see actually have

10   Dr. James's data, isn't it?

11   A    Yes.  And it shows how all of these relate and how all of

12   these scores are merely different ways of expressing the same

13   finding.  They're all equivalent; there's no difference.

14         The description on the right side of that is based

15   upon how IQ scores are characterized.  But because these

16   scores are really equivalent from a statistical standpoint, it

17   is entirely appropriate to describe any of these scores

18   falling in that range in the way that they're described here.

19   Those descriptives don't just apply to IQ scores.

20   Q    All right.  So what you're saying is the information here

21   is in a lot of different places.  In other words, where did

22   you get this specific information?

23   A    I got this from a very nice chart that is on the internet

24   done by Pepperdine University, because it's the most

25   comprehensive chart in this way.  That's not the only place

Mapou- Direct/Cohen

1  where you can find it but it happens to be a very handy chart

2  that I refer to frequently.

3  Q    Now, going back to looking up at the -- on your screen,

4  the scoring from Dr. James's testing that were in this

5  intellectually disabled area of the below 70 for a scaled

6  score of three or below, do you see any significance to the

7  testing that helped you in this case in informing -- well, you

8  already formed your opinion, but in confirming your opinion or

9  else changing your opinion in these seven tests here?

10  A    I did, although it might help to start with the high end

11  scores because it may be easier to understand if I begin there

12  with how those are clustered and moved downward.

13  Q    Sure.

14  A    If we look at the scores that are labeled average to

15  above average.

16  Q    Okay.

17  A    Every score down through -- let me put this a different

18  way.  Every score but the last two are measures of executive

19  functions.  These are measures that require problem solving,

20  thinking flexibly, using feedback, sequencing.  All of those

21  scores are average to above average.

22  Q    What is the significance of that?

23  A    Well, that tells me that Mr. Wilson's reasoning and

24  problem solving skills are actually among his strongest

25  abilities.

Mapou- Direct/Cohen

1          The last two scores are measures of visual memory,

2   and it's very common for individuals with language-based

3   learning disabilities to do better on measures of visual

4   memory than on measures of verbal memory because it is a

5   language-based learning disability.

6   Q     And in connection with these, the low average, what do

7   you see there?

8   A     Here we see several clusters.  The first cluster, which

9   is through the word context tests, reflects again executive

10  functioning.  The CDL -- the next set of measures are largely

11  those that tap into verbal learning and memory; the California

12  verbal learning test recall measures; the logical memory which

13  is memory for storage; verbal paired associate which is

14  another type of word list measure.

15          Symbol span is a visual measure of working memory.

16  The last three measures are academic skills, and in this case

17  they include writing sentences, writing an essay and doing

18  math.

19          So in this case, there are a few measures of

20  executive functioning that fall in the low average range.

21  Quite a few measures of learning and memory that fall in the

22  average memory, verbal learning and memory in particular.

23  These are skills that are often impaired or lower in

24  individuals with language-based learning disabilities.

25          And then finally we have the low scores on academic

Mapou- Direct/Cohen

1   measures.

2   Q    Now, one thing you -- you had talked about all -- that

3   the average and below average, they're all tests to executive

4   functioning.  What is that -- the significance of that with

5   respect to intellectual disability?

6   A    Well, my understanding is that one of the key features of

7   intellectual disability, and I saw this in Dr. James's report

8   where she emphasized the importance of executive functioning,

9   and chose to focus on that area because she wrote that this

10  best captures intelligence.  In many ways that's correct.

11          Russell Barkley who has written about executive

12  functioning and other people have characterized executive

13  functioning as the skills that make us most human, that this

14  is what we do that other living creatures don't do.  And that

15  in part has to do with the fact that the frontal lobes of the

16  brain over here are the largest parts of the brain.

17          These are skills that are basic behavioral control

18  functions that allow us to plan, initiate and execute

19  goal-directed behavior for problem solving.  In other words,

20  when you're faced with a novel problem, you first have to

21  figure out what your goal is, you then have to figure out the

22  steps you need to reach that goal, you have to initiate your

23  problem solving plan or get started.  You have to carry out

24  the steps in the order that's intended.

25          While doing that, you have to think flexibly.  You

Mapou- Direct/Cohen

1    have to use feedback effectively and ask yourself, am I making

2    progress towards my goal.  If yes, keep doing what I'm doing.

3    But if no, I have to shift to a better way of doing.  And then

4    finally you identify that you're done.  We have to do this in

5    everyday life when we are faced with novel problems.

6           Some things become automatic over time, when we

7    don't have to think about them anymore.  Driving a car is an

8    example of that.  But when you first start driving a car it

9    requires a lot of executive functioning and a lot of working

10   memory because you're doing several things at the same time.

11          Executive functions are very important to

12   intelligence, and I very much agree with Dr. James's

13   conclusion about that.  But what is very striking in these

14   test results is that the strongest areas in which Mr. Wilson

15   did well on her evaluation, were in fact in the areas of

16   executive functioning.

17   Q    Now let's take a look at the borderline scores of the --

18   what we call the intellectually disabled level scores.  What

19   is the significance of these scores?

20   A    Here, again, we do indeed have a few measures of

21   executive functioning.  Now, the first one, color naming, is

22   actually more of a language task.  Color naming can be part of

23   a series of tests which are called rapid visual naming in

24   which you have to name either letters, digits, colors, or in

25   adults objects as quickly as you can.  And we know that that

Mapou- Direct/Cohen

1   skill is often impaired in people with reading disorders, and

2   specifically the dyslexia.  So that low score is

3   understandable.

4           The next one does measure inhibition and being able

5   to inhibit a response as well as the switch back and forth

6   between two different responses.  And that's low.

7           The next is a measure of planning, and this was one

8   of the lower scores.  It showed that Mr. Wilson on this

9   particular task and despite fairly strong skills in the visual

10  domain on other tests, this test is visual, did have trouble

11  planning and looking ahead.  We know from his history that

12  that's been a problem as well.

13          The proverb test is much more tapped to education

14  and background.  If you haven't heard these proverbs a whole

15  lot, you may have difficulty saying what they mean.  But if

16  you also have trouble expressing yourself, this is the free

17  inquiry portion where you're asked what does any ship in the

18  storm -- any port in the storm mean.  I was never very good at

19  proverbs and I don't remember them all that well.  But you're

20  asked that and if you have trouble expressing yourself, you

21  might know what it means but you have a hard time putting that

22  into words.

23          In fact, when he was given multiple choices for

24  these proverbs, he did quite well.  He -- his scores there I

25  believe were either average or even above.  I believe they

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Mapou- Direct/Cohen

1    fell solidly in the average range.

2    Q    Is that that proverbs test total achievement?

3    A    Yes, the multiple choice.

4    Q    And going back here now.

5    A    The rest of the measures here, we have some measures that

6    again tap into working memory.  Then from there onwards, the

7    WIAT-III measures are all measures of academic skills.  There

8    is one measure of spoken language, oral expression, putting

9    your thoughts into words effectively.

10         So that here, roughly little less than half the

11   measures are far more related to academic skills.  There are

12   some measures that are related to executive functioning and a

13   couple of working memory.

14   Q    And finally, with the lowest scores here, what is the

15   significance of these testing scores?

16   A    The sorting description score is interesting because this

17   showed that despite the fact that Mr. Wilson was actually able

18   to do these sorts on his own, when he worked with the

19   materials on his own, he could see relationships among these

20   cards and figure out here's one category, here's another

21   category, and he could sort them in different ways.  He did

22   well on that.

23         For whatever reason, when Dr. James laid out the

24   sorts and asked him to describe them, he had difficulty doing

25   that.  That could be language; it may be something else, I

Mapou- Direct/Cohen

1  admit that I'm puzzled by that.  The tower task, again, is the

2  planning measure and that was weak.  The Boston naming test is

3  a word retrieval measure.  Now, this can absolutely be

4  affected by language-based learning disabilities in which a

5  person has difficulty retrieving a word.

6         This is seen in the rapid visual naming task, for

7  example.  In an adult I will have them name a series of

8  pictured items as fast as they can.  This is -- these are

9  items that are very familiar to people, that most people will

10 have seen, and people with reading disorders often are far

11 slower on this task than people without reading disorders.

12        Word retrieval problems more broadly are very common

13 in language-based learning disabilities.  However, you also

14 need to take into account exposure to the items on the Boston

15 naming test, and many of these are items that if you grew up

16 in an environment that didn't emphasize language or the type

17 of chaotic environment that Mr. Wilson grew up in and the

18 educational environment that he had, he may not have been

19 exposed to some of these pictures, and just they may not have

20 been in his vocabulary at all.  So it may be a combination of

21 two that led to the low score.

22 Q    Do you -- by the way, with the Boston naming, do you

23 correct that for demographics?

24 A    I do.

25 Q    Why?

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

2060

Mapou- Direct/Cohen

1  A    I believe it's important to take into account an

2  individual's background when interpreting a test.  You don't

3  want to interpret something as a pathological or impaired

4  score related to the functioning of the brain when, in fact,

5  it may be an impact of education or background.

6  Q    If you had corrected this for demographics, or did you in

7  fact do that correction yourself?

8  A    I did do that correction.

9  Q    And where would that score come out?

10 A    It came out higher.  It was still impaired but it

11 definitely came out higher in the mildly impaired range.

12 Q    So it would have gone up to the borderline?

13 A    Yeah.  So we said there's still a deficit in this skill,

14 but when you account for educational background, then it's

15 less impaired.

16 Q    Okay.  Now, just turning to the last four scores there,

17 what was the significance of those scores?

18 A    CVLT total was the total number of words learned across a

19 series of five learning trials, and the learning is quite weak

20 as I might expect in someone with a language-based learning

21 disability.

22        But what this shows is the number of words that got

23 into Mr. Wilson's memory over time was low, but his recall

24 scores were actually higher; that is, he retained the

25 information he learned.  So while he had difficulty learning

Mapou- Direct/Cohen

1  it, his retention in memory was stronger in that -- that's

2  something that I often see in people with language-based

3  learning disabilities.

4          The last three measures are all academic measures.

5  And it's interesting that reading and spelling are two of the

6  lowest measures.  This was a word reading task in which he had

7  to read individual words out loud.  And the fact that these

8  are the lowest scores reinforces the notion that we're looking

9  at a profile that -- of -- that's consistent with dyslexia.

10  That is a reading disorder that not only affects decoding or

11  sounding out of individual words but encoding or putting

12  letters associated with sounds into words when writing.

13          (Continued on the next page.)

14

15

16

17

18

19

20

21

22

23

24

25

Mapou – Direct/Cohen

1   BY MS. COHEN:

2   Q    Finally, I'm going to show you what is already in

3   evidence subject to this witness's connection

4   Government Exhibit 97.

5         You had the idea of putting these scores together in

6   some sort of graph?

7   A    I did.

8   Q    And these scores are in a pie chart.

9         What was the significance of putting these scores

10  together in a graph?

11  A    The idea was, again, to provide a visual illustration of

12  the range of scores showing that many, many of these scores

13  were low-average to average.  Some were borderline and just a

14  few were in the intellectual disability range.

15        Certainly, one should not make a diagnosis solely

16  based on a cataloging of scores.  But as I've illustrated here

17  when we look at the way in which these scores from clustered,

18  and where they're strong and we're they're work, it makes

19  sense in understanding the causes of weaknesses as being a

20  learning disability.

21        MS. COHEN:  Your Honor, I have further questions for

22  this witness.

23        THE COURT:  Cross-examination.

24  CROSS-EXAMINATION

25  BY MR. BURT:

Mapou - Cross/Burt

1    Q    Good morning.

2    A    Good morning.

3    Q    Doctor, you said that your assignment in this case, as I

4    heard your direct testimony, was to determine whether

5    intellectual disability or another diagnosis best accounted

6    for Mr. Wilson's deficits.

7             Did I get that correctly?

8    A    Yes.

9    Q    And so, what were the deficits that you were asked to

10   focus on that you were going to see whether those deficits

11   were best accounted for by another diagnosis?

12   A    The intellectual deficits, the academic deficits, any

13   other cognitive or neuropsychological deficits that could be

14   discerned from the records as well as the behaviors that

15   Mr. Wilson showed over the years because those were relevant

16   to the question of ADHD.

17   Q    Okay.

18             And what diagnostic guidelines did you use in ruling

19   out intellectual disability?

20   A    I looked at the prong, the three prongs, that were

21   recommended.  And I focused on the first prong with the

22   results of the intellectual measures.  I did not look at

23   adaptive functioning.  I didn't look at that for two reasons.

24             First, Dr. Denney, I should say, the primary reason

25   I did not focus on that was that it was not my role in this

1    case.  Dr. Denney was doing an extensive look at adaptive

2    functioning, it made no sense for me to do exactly the same

3    thing.  Rather, I looked at the data with an eye toward

4    determining whether or not they fit the profile of someone

5    with a specific learning disability rather than -- whether

6    these were circumscribed deficits or pervasive deficits.  That

7    was the eye that I put toward these data as well as looking at

8    some of the data that Dr. Denney collected.

9    Q    Although you did not evaluate the adaptive prong aspect

10   of intellectual disability, when you did your analysis were

11   nevertheless aware of what those categories were that make up

12   the definition for adaptive deficit; correct?

13   A    It was.

14   Q    Okay.

15         And, first of all, with the DSM-IV-TR definitions

16   you are familiar that under that system you need two of ten

17   deficits in order to satisfy that adaptive deficit prong;

18   correct?

19   A    I am, yes.

20   Q    All right.

21         And was it your determination based on the review of

22   records that at least in the area of functional-academic

23   skills and putting aside for the moment the question of

24   causation and the question of what better explains those

25   deficits, was it your opinion that Mr. Wilson showed

Mapou – Cross/Burt

1   functional academic deficits in the developmental period?

2   A    Yes.

3   Q    And was it also your opinion that, again, putting aside

4   the question of causation that he showed deficits, significant

5   deficits, in social-interpersonal skills?

6   A    That is correct as well.  But simply having deficits in

7   those two areas, while they are required to make a diagnosis

8   of mental retardation, they are also deficits that can be seen

9   in other disorders.

10           And so, one has to consider the entire picture and

11   not just the social-adaptive deficits to make that

12   determination.  So I had an eye toward whether there could

13   another explanation of those deficits.

14   Q    Right, and well get to that part of it.  I just want to

15   start at the beginning in terms of what deficits you

16   determined there were.

17           So far, we've got social-interpersonal skills and

18   functional-academic skills, both of which were significant

19   deficits; correct?

20   A    I would agree in part.  What stuck out in the records

21   were much more behavioral and emotional deficits.

22           It did appear that Mr. Wilson, socially and

23   interpersonally, could relate to other people and, in

24   particular, could do that outside the academic environment.

25   There were references to the fact that he had friends, that he

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Mapou - Cross/Burt

1  engaged in normal play activities and sports activities that

2  were typical of a child of his age.

3          The emotion -- there was also evidence in the

4  records that in his home environment according to his

5  relatives he did fine.  There were certainly times when

6  problems arose that led to hospitalization, but there were

7  many, many other times when he did well in the home.

8          Rather, the behavioral and emotional deficits seemed

9  to show the most when he was at school in an academic

10 environment.

11 Q    And there you would agree he had social-interpersonal

12 skill deficits?

13 A    Its tricky to look at the overlap between what you would

14 describe as social-interpersonal skill deficits and behavioral

15 deficits.  Did he have trouble relating to peers and to adults

16 at times, yes.  In that regard, we would describe that as a

17 social or interpersonal skill deficit.  Was he able to relate

18 appropriately at other times, the answer to that is yes as

19 well.

20 Q    Well, youre familiar with the AAIDD description of these

21 domains; correct?

22 A    I am probably.

23 Q    Social, practical, and conceptual?

24 A    Yes.  If we use that categorization, then, obviously, the

25 place where these would go would be in social.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Mapou – Cross/Burt

1    Q    And one of their descriptors of a social deficit is the

2    issue of whether somebody is obeying rules, following rules

3    and regulations; right?

4    A    Yes.

5    Q    Definitely be deficient in those areas, would he not?

6    A    I agree.

7    Q    Okay.  How about, again, back to the DSM, communication.

8         Did he have a significant deficit in the

9    developmental years in communication based on your review of

10   the records?

11   A    Yes, there was evidence of a deficit in communication

12   verbally.

13   Q    How about self-care?

14   A    I did not see evidence of deficits in self-care.  To the

15   contrary, there were places in the records that said his

16   self-care was fine particularly when they evaluated that

17   during his hospitalizations.

18   Q    Home living?

19   A    I did not see evidence of deficits in home living.

20   Q    Use of community resources?

21   A    Its a good question when youre asking that of a little

22   kid.  A kid is relying on their parents and family for use of

23   community resources.  I think that's very difficult to

24   evaluate what is developmentally appropriate.

25   Q    So there you have no opinion on because of the

Mapou - Cross/Burt

1  difficulty?

2  A    I would say I don't have an opinion.

3  Q    Okay.  How about self-direction?

4  A    You know, I would say, no, I didn't see evidence of

5  impairment in self-direction because there, again, were

6  statements in the records that Mr. Wilson went home, he did

7  his homework, he did chores around the house, he went out and

8  played with other kids.  So, he seemed to be as self-directed

9  as I might expect a kid to be when he was outside of the

10  academic environment.

11  Q    Work?

12  A    A kid doesn't work.

13  Q    Leisure?

14  A    He was involved with playing sports and doing other

15  appropriate leisure activities so I did not see a deficit

16  there.

17  Q    How about health and safety?

18  A    There may have been a deficit in health and safety from

19  the standpoint of several incidents in which he used poor

20  judgment, and I believe there was one in which he was hanging

21  on to the -- he was standing on the bumper of a truck and fell

22  off.  There may have been another similar incident like that.

23        Was there enough to conclude impairment?  Perhaps

24  give what about I've read in the records and some of the

25  incidents in school.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Mapou – Cross/Burt

1    Q    And did you assess whether he met any of the three

2    broader classifications of adaptive deficits defined in the

3    AAIDD manual?

4    A    I did not do that, no.

5    Q    Okay.

6         But of the deficits you just identified, your role

7    was to assess whether those deficits were best accounted for

8    by the learning disability or ADHD as opposed to intellectual

9    disability; correct?

10   A    That's correct.  Individuals with learning disabilities

11   and ADHD can absolutely have deficits in all of the areas that

12   you mentioned.  The question becomes, is this part of a

13   pattern of more pervasive intellectual impairment, or so is it

14   related to more circumscribed disorder such as a learning

15   disability or ADHD.

16   Q    One thing you just said was that the symptoms for ADHD

17   and learning disability can be the same symptoms you'd see in

18   mild MR; correct, in terms of the deficits.

19        There may be differences but there may be common

20   behavioral symptoms, would that be fair to say?

21   A    Yes.  Because when looking at a symptom, a symptom in my

22   view, it is a manifestation of behavior.  You have to have an

23   explanation and that different symptoms can be caused by very

24   different things.

25   Q    Okay.

Mapou - Cross/Burt

1    A    So there absolutely can be overlap and that's true with

2    all cognitive and mental disorders.

3    Q    Did you happen to bring a copy of your book that you

4    mentioned with you?

5    A    I didn't.

6    Q    As I understand from reading that book, youre fairly

7    specialized on learning disabilities, ADHD; correct?

8    A    That is correct.

9    Q    You write about it; correct?

10   A    Correct.

11   Q    Teach other practitioners about it?

12   A    I do.

13   Q    And is your practice fairly specialized in the sense that

14   people send patients to you for the specific purpose of

15   diagnosing ADHD and learning disabilities?

16   A    They send people to me and to our practice in general to

17   determine whether a learning disability or ADHD is present, or

18   whether there may be some other cause of the problem.

19   Q    Okay.

20        And I think you said on occasion you've had the

21   occasion in your practice to diagnose intellectual disability?

22   A    Correct.

23   Q    Remind me a little bit about how that comes up.

24   A    Here's a good example.

25   Q    Sure.

Mapou – Cross/Burt

1   A    Several years ago, a local community college obtained a

2   grant to support assessment of individuals who didnt have the

3   resources to afford an assessment; and so, their grant paid

4   for the assessment.

5        The community college, like many community colleges,

6   has a -- I forget what they call it -- no selection admission.

7   They have no admission criteria -- if you want to go you can

8   go and it doesn't matter whether you've graduated high school

9   or not.

10       They sent to me a young man who had been diagnosed

11  with multiple learning disabilities.  And when I reviewed his

12  history, and when I reviewed his profile on testing, it was

13  clear to me that he had a far more pervasive intellectual

14  disability.  Did he fall into the MR range maybe not quite, he

15  was much more in the borderline range.

16       But what was clear to me was it pretty much all of

17  his scores were low.  There was an isolated average score here

18  and there but there was no cluster of average scores.  And I

19  advised him and his parents that this was more than a specific

20  learning disability, that it was not surprising that college

21  was difficult for him.  Perhaps we needed to rethink through

22  his goals in college.

23       What I recalled, I had the young man and his mother

24  in the office and she had done everything she could for him

25  over the years.  He had incredible support.  She had pursued

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Mapou - Cross/Burt

1    services, but he remained at a relatively low level.  A young

2    man who must have been 19 or 20 cried in my office when he

3    heard this.

4           I recently talked with a mother in the past year and

5    I was assisting her with disability issues because the young

6    man had applied for and had been approved for Social Security

7    Disability.  So there was evidence in this case of what had

8    been described as multiple learning disabilities was a much

9    more pervasive intellectual disability.

10   Q    Is that sort of typical the way the issue has come up

11   occasionally in your practice?

12   A    That's correct.

13   Q    That's --

14   A    That people were misdiagnosed perhaps in a way to make

15   things seem less severe.

16   Q    Okay.

17          And in that example you gave, I didn't hear you

18   saying that you did any sort of a formal intellectual

19   disability workup in the same way that it was done, for

20   instance, in this case, where youre going out and doing

21   adaptive behavior interviews?

22   A    In fact, you didnt ask the question because I would have

23   said that indeed I did.

24   Q    Okay.

25   A    In that case, if my recollection serves me correctly, I

Mapou - Cross/Burt

 1   did an ABAS to look at his functional skills and it was

 2   apparent to me that he was not only impaired on my tests but

 3   also in a number of aspects of functional skills.

 4   Q    And was that the extent of your methodology there?  You

 5   used an ABAS with him?

 6   A    I believe I used one with his mother.  I may have used

 7   one with him.  I don't recall.

 8   Q    And did you administer WAIS instruments to him as well?

 9   A    I did.

10   Q    How many times has that come up, would you say, in your

11   practice?

12   A    A few, I don't have an exact figure.  I've been

13   practicing for 20 years plus.

14   Q    Is this case the first time you've testified in an Atkins

15   context?

16   A    It is.

17   Q    Okay, thank you for clarifying that.  I appreciate that.

18         Now, in your report, do you have that there in front

19   of you?

20   A    I do.

21   Q    As I understand your report, you diagnose Mr. Wilson with

22   several disorders; correct?

23   A    The approach that I took was looking at what disorders

24   were most likely present in his youth based upon the records

25   that I reviewed.

Mapou – Cross/Burt

1   Q    Okay.

2        Could you turn to Page 35 of your report which I

3   think is the --

4   A    I'm on that page.

5   Q    -- summary page.  And I wanted to clarify.

6        You have childhood diagnoses before age 18.  So

7   under that heading you have categories definitely met,

8   probably met, may have met.  And this is all focused on the

9   pre-18 period of time?

10  A    Correct.

11  Q    Did you reach any conclusions as to a diagnosis of

12  Mr. Wilson as of the time when you examined him?

13  A    For the reasons noted in my report, with reference to the

14  issue of learning disability and ADHD, and that was my focus,

15  it was difficult to reach a definitive diagnosis.

16       But I looked at two diagnoses -- one was ADHD based

17  upon his reported symptoms.  And my observations at the time I

18  saw him, he did not appear to have ADHD.

19       Now, as I said, if I were doing a full evaluation of

20  ADHD, I would have gotten access to rating scales completed by

21  other people but this is tough in the incarceration setting.

22  So, to the best of my knowledge, at this point, he doesn't

23  meet diagnostic criteria for ADHD.

24       I also looked at the issue of dyslexia.  And if we

25  look at his reading and writing skills in comparison what I

Mapou – Cross/Burt

1   see is the best measure of his intellect at this time, which

2   is the Perceptual Reasoning Index from Dr. Denney's

3   evaluation.  And if you want to add to that some of the

4   measures of executive functioning that were perfectly normal

5   on Dr. James's evaluation, there continues to be a fairly

6   large difference between his ability to read and decode

7   individual words, particularly, when speed is stressed as

8   opposed to when he had five to ten seconds to read them he did

9   reasonably well.  That's common in adults with dyslexia.  He

10  still shows that decoding deficits, if I recall correctly.  I

11  have to look at the data again so bear with me for a moment.

12          Turning to Page 29, it is interesting that his

13  spelling on Dr. Denney's evaluation is actually lower than his

14  ability to decode and read individual words.  And that, again,

15  is typical, writing deficits tend to persist more than reading

16  deficits in adults and particularly in men with language-based

17  learning disabilities.  He continues to have difficulty with

18  reading fluency, with reading accuracy, and with reading

19  comprehension when he is given more complex material.  He

20  actually performed within the average range on Dr. Denney's

21  evaluation when he had to read a sentence or group of

22  sentences, had 30 seconds to read it, had to fill it in with a

23  word he read these to himself.  He had an average score on

24  that.  As the level of complexity of what he had to read

25  increased, his scores on the measures decreased progressively.

Mapou - Cross/Burt

1          I recently saw this in a college student who was
2     applying for accommodations on the LSAT and she showed this
3     same type of gradient in a reduction of her scores as the
4     material became more complex.
5          So, in looking at these scores, in looking at the
6     weaknesses and impairments in language skills on Dr. James's
7     evaluation; in comparing that with his level of intellect,
8     particularly in the visual domain, which is far less
9     contaminated by the language issues.  From a purely cognitive
10    and academic standpoint, he meets criteria for having dyslexia
11    and broader impairments in language.
12         Now, the difficulty with drawing that conclusion
13    definitively, Jack Fletcher and colleagues in their book have
14    pointed out that if you don't have adequate instruction you
15    cannot conclude that someone has a neurologically-based
16    learning disability because the outcome can look similar.
17         We know that Mr. Wilson wasnt available to his
18    education in his early years, he as much said that to me
19    himself, he didnt want to be there.  I think he pretty
20    definitively showed symptoms of ADHD which adding to that made
21    it hard for him to sit still and pay attention in class, so he
22    wasnt really available to his education.
23         Also, I note that at the time that he went to school
24    we didnt know as much about how to intervene and how to
25    improve reading skills.  I couldn't find anywhere in the

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Mapou – Cross/Burt

 1   records where someone had done the types of interventions that

 2   we now have to improve reading with him and his own

 3   recollection was that nobody really tried to help him learn to

 4   read.  Some time in middle school and even then, by then, he

 5   said he was doing other things and not with it.

 6          He did learn to read later.  He certainly improved

 7   his skills to the point where he could read books by his

 8   report and he could write.  And I have been shown some of the

 9   e-mails that he wrote.  I saw writing samples at Brookwood

10   that were pretty good, so it showed that he became literate.

11          So the difficulty in concluding definitively that he

12   has dyslexia is, in fact, he gained quite a bit of literacy

13   over the years, and it raises the question in my mind that if

14   someone sat down with him and used the interventions that we

15   know work with kids and adults with dyslexia could he book an

16   even better reader?  Is it simply because he didnt have the

17   exposure or the intervention at that time.

18          Both types of people can look the same.  If you have

19   neurologically based dyslexia, or you don't have adequate

20   instruction or intervention, you still come out looking the

21   same.  That's why I said dyslexia is probable at this time but

22   its hard to make that diagnosis definitively because there are

23   many other factors that could cause the profile.

24   Q    All right.

25          But your opinion in pre-18 period was he probably

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Mapou - Cross/Burt

1    met criteria for a number of learning disorders or ADHD;

2    correct?

3    A     That's my opinion, and it was also the opinion of the

4    many professionals who worked with and evaluated him.

5    Q     For instance, your own opinion after reviewing the

6    records is that he probably meets criteria for developmental

7    dyslexia; correct?

8    A     Correct.

9    Q     Next expressive-receptive language disorder?

10   A     Correct.

11   Q     And Attention Deficit Hyperactivity Disorder Combined

12   Type?

13   A     Correct.

14   Q     You also wrote in your report, and believe, that he may

15   have also met the criteria if instruction was adequate for

16   disorder of written expression?

17   A     Yes.

18   Q     And mathematics disorder?

19   A     Correct.

20          Now, writing problems cooccur with reading problems.

21   If you have trouble reading, you often even have more trouble

22   writing.  So it can sometimes be part and parcel with the same

23   thing.

24   Q     Right.

25   A     We have also know that mathematics disorders frequently

Mapou - Cross/Burt

1   cooccur with dyslexia, too, because some of the same

2   neuropsychological skills that are needed to learn to read are

3   also required to first learn your times tables and your

4   addition tables so they tend to go together.  Similarly, there

5   is a high rate of cooccurrence of dyslexia and ADHD and there

6   is actually some overlap in the cognitive profile.

7   Q    And these learning disabilities that he had prior to 18

8   and ADHD are developmental disorders, are they not?

9   A    They are.

10  Q    And they're serious in the sense of being impairing?

11  A    They can range in severity from mild to very severe.

12  Q    And your own opinion is that ADHD and learning

13  disability, such as you see in this case, are brain-based

14  disorders with a strong genetic component; correct?

15  A    That's based upon research that has actually shown that.

16  Its not just my opinion, its based on solid scientific

17  research that shows that these disorders run in families.

18  They have been linked to some specific genes, although we're

19  no there yet.  The research I think is strongest for dyslexia

20  and to some degree with ADHD.

21          And its also based on research on brain functioning

22  and looking both at structural neuroimaging, that is, MRI

23  scans of the brain and the functional neuroimaging where

24  you're actually looking at what the brain is doing while a

25  person is performing a particular task.

Mapou - Cross/Burt

1    Q    And here, you took into account the functional

2    neuroimaging that was done back in 2003?

3    A    I looked at that time but I have a problem with that.

4    Q    Your problem is its not specific.  You can't use it to

5    diagnose a particular disorder; right?

6    A    Its a little bit more than that.  PET Scanning is really

7    not, was it PET or SPECT.

8    Q    Its PET.

9    A    Its PET.  Its not really ready for prime time in its use

10   as a clinical tool.  This is based, not on my opinion, but on

11   the opinions of neurologists who use this tool.

12              While it is very much used as a research tool, it

13   isnt ready for clinical use because it is nonspecific and

14   Dr. Buchsbaum's result pretty much said that.  He said it

15   could be this or it could be this.  How do you tease that out?

16   You can't.

17   Q    Do you have any disagreement with his conclusion that its

18   diagnostic in several possibilities?

19   A    I would agree that its diagnostic of several

20   possibilities, the question is which possibility.  One of

21   those possibilities was schizophrenia, if I recall correctly,

22   and Mr. Wilson doesn't have schizophrenia.

23   Q    And did you state in your report that you were placing no

24   weight on the PET Scan because it was in your own words, "Not

25   ready for prime time," something along those lines?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

2081

Mapou - Cross/Burt

1    A    If you want to know exactly what I said, I will have to

2    look because I don't want to misquote myself.

3    Q    Sure.

4    A    I said, "It may also be that the 2005 PET Scan findings

5    reflected residual effects of his meningitis."  I'm not sure I

6    said anything else about that.

7    Q    Could you explain that a little further in terms of the

8    meningitis issue.

9    A    Mr. Wilson had meningitis as a young child.  This is

10   often called "spinal meningitis."  I'm not sure why because it

11   seems to refer to the fact that you can see the organism that

12   causes meningitis in the spinal fluid, but it actually is a

13   brain disorder.  It is an inflammation of the meninges, which

14   is one the coverings of the brain.  So it means it's above --

15   got into the brain and affected it.

16        We know from research that has been done that kids

17   who have meningitis can have learning disabilities or ADHD or

18   what looks like that later in life.  Its possible that that

19   meningitis played a role.  Its equally possible that he had a

20   benign outcome and that there's no relationship between the

21   two, particularly, because there were disagreeing statements

22   in the records as to whether there was really any change after

23   the meningitis.

24        So I raise that as a possibility, but I do say a

25   possibility not definitively.

Mapou - Cross/Burt

1    Q    Right.

2         Abnormalities on the -- although meningitis was

3    considered as a possible cause of abnormalities on a 2005 PET

4    Scan, several other diagnostic possibilities including ADHD

5    were offered as well.  And so, the PET abnormalities are best

6    considered to have been nonspecific.  That's what you wrote;

7    right?

8    A    Yes, and I would agree with that.

9    Q    And they could, as Dr. Buchsbaum says, equally be

10   consistent with other developmental disorders; correct?

11   A    Correct.

12   Q    Such as intellectual disability?

13   A    I'm not familiar enough with PET Scan to be able to say

14   that.

15   Q    Okay.

16        Now, we had another expert in the case, Dr. Shapiro.

17        Do you know Dr. Shapiro?

18   A    I do not know him personally, I've read his reports.

19   Q    Did you read his testimony?

20   A    I did not read his testimony.

21   Q    Okay.

22        He said at one point, and I'm quoting this at

23   Page 344 of our transcript.

24        "I'd be more inclined to class him as a person with

25   ID who has a superimposed language disorder because his

Mapou – Cross/Burt

1    language is much lower functioning."

2           First of all, is Mr. Wilson's language much lower

3    functioning than what you would expect?

4    A    What I would expect based on what?

5    Q    I think he's referencing he's much lower than what you

6    would expect for his peers.

7    A    Okay.  Its interesting that despite obvious problems with

8    language over the years, as far as I could tell, there was

9    never a comprehensive speech-language assessment.

10   Q    That would come from a speech pathologist?

11   A    Yes.  And that was, in my opinion, a major oversight.

12          So the determination as to his language skills are

13   really based upon limited data over the years, nonetheless.

14   From what I can discern, his language skills were impaired,

15   they were below the level of most people, and they were even

16   more striking again when we consider that against the

17   background of his largely average visual skills.

18          And, again, that's a profile that I very often see

19   in people with language-based learning disabilities.  Its a

20   very specific profile.

21   Q    And is a language disorder different than a learning

22   disability, or is it a type of learning disability?

23   A    As I point out in my report, there are several different

24   names.  Psychologists, unfortunately, are good with coming up

25   with their own pet names for different disorders.

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Mapou – Cross/Burt

1            So in the DSM we see Mix Expressive Receptive

2    Language Disorder.  That was the diagnosis I used because its

3    in the DSM.  But we may also see reference to Specific

4    Language Impairment, SLI.  Sometimes that refers to impairment

5    in language that is spoken but not in reading and writing.

6            However, when people have spoken language

7    difficulties they almost always have reading and writing

8    difficulties because reading and writing require even more

9    skills to do.  Some people will say a Developmental Language

10   Disorder.  Some people may say a language-based learning

11   disability.  In my view, these are all the same things.

12   They're different terms for the same thing.  They all reflect

13   a language disorder that is present from an early time in

14   one's life and that persists or may get better with

15   intervention, particularly, if someone works with a

16   speech-language pathologist.

17   Q    Now, you mention that it is not impossible to have both a

18   learning disability and mild mental retardation?

19   A    Based upon what the DSM says, yes.

20   Q    Yes, its possible?

21   A    Yes, its possible.

22   Q    Okay.  The question was worded --

23   A    I understand.

24   Q    -- badly.  I apologize.

25            What the DSM says, this is at Page 51, and if you

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Mapou – Cross/Burt

1    look there's a blue book there in front of you, a binder.

2    A    Yes.

3    Q    I think the first tab has the DSM in it, and if you'll

4    turning to Page 51?

5    A    I'm there.

6    Q    Okay.  This is in the section on learning disorders;

7    correct?

8    A    Mm-hmm.

9    Q    And it says, "In mental retardation, learning

10   difficulties are commensurate with general impairment in

11   intellectual functioning.  However, in some cases of mild

12   mental retardation, the level of achievement in reading,

13   mathematics, or written expression is significantly below

14   expected levels given the person's schooling and severity of

15   mental disorder.  In such cases, the additional diagnosis of

16   the appropriate learning disorder should be made."

17   A    Yes.  Ms. Cohen asked me about that earlier and I agreed

18   with that.

19   Q    Okay.

20        And I guess one question I have there, they use the

21   words "significantly below" but they don't really reference

22   the kind of thing you reference in terms of a 60 or some sort

23   of a cut-off score.

24        Is there a cut-off score that is either in the DSM

25   or somewhere else that will say, unless you get your

Mapou - Cross/Burt

1   achievement scores below a certain cut-off, you cannot make a

2   dual diagnosis?

3   A     There is not to my knowledge and there is an added

4   difficulty, and this speaks to the issue of diagnosing a

5   learning disability in someone who is low average.  And

6   Fletcher and colleagues have talked about this.

7             At the higher end of the intellectual spectrum when

8   you get someone who has an I.Q. of 120 or 130 which is the top

9   ten percent to the top two percent, it is far more likely that

10  they're going to have a number of scores that are discrepant

11  from that but that fall in the average range.  So you may have

12  someone with 120 I.Q. and a 100 on reading, they're average

13  reading.

14            In the past, people might call this a mild learning

15  disability, gifted with a learning disability.  But as we

16  learn more about these tests we learn that normal variability

17  is very common.

18            Now, when you get to the lower levels of

19  performance, and we're getting into the low-average range,

20  there isnt as much variability.  Scores tend to cluster more.

21  The difficulty in diagnosing someone, say, of low-average

22  intelligence with a learning disability is that their I.Q.

23  might be 85 in the 16th percentile and their reading might be

24  85.

25            What Fletcher and colleagues talk about is that

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Mapou - Cross/Burt

1    regardless of the intellectual level at that point, the

2    underlying problem, the underlying neuropsychological features

3    of the learning disability, are still the same.  So you

4    shouldn't ignore this and you should intervene.  You should

5    try to improve the reading skill regardless of I.Q.

6            Now, where in comes in here is that it makes it

7    difficult to specify a cut-off because it may be that if youre

8    in the mild MR range with an I.Q. of 70 and your score is, on

9    the reading measure, is 65 or 63 even though that's not a

10   standard deviation or 15-point difference maybe that's

11   significant.  Of course, the other question is what do you do

12   with that at that point?  What does that -- to me, the

13   question is always, where do you go with this?  How do you

14   treat it?  What do you do about it?

15   Q    And we're focused here not on treatment, unfortunately,

16   but on diagnosis.

17           You understand that; right?

18   A    I understand.

19   Q    Okay.

20           So is it similar to what we have in the intellectual

21   disability area where the AAIDD says there is no fixed cut-off

22   score.  Does the same guideline apply to figuring out whether

23   you have an achievement versus I.Q. discrepancy that is

24   significant?

25   A    I am not aware of any guideline in that regard.  It

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

                    Mapou - Cross/Burt

1   doesn't mean that it -- somebody hasn't written this

2   somewhere.  Its just I am not aware of that and, again, its

3   typically not the folks who I'm seeing in my practice.  I'm

4   more likely to see the average person who has a reading score

5   at the 16th percentile.

6   Q     Okay.

7            Now, I think you said earlier, your own view is you

8   have to look at the deficits and see if there are explanations

9   that better account for those deficits before you can conclude

10  that someone is intellectually disabled; correct?

11  A     Correct.

12  Q     And there's another way of saying that that you really

13  can't diagnose intellectual disability if there is a better

14  explanation, a learning disability, for instance, that

15  accounts for your symptoms?

16  A     That plays into what we call "Occam's Razor,"

17  O-c-c-a-m's, which is the idea that you look for the most

18  parsimonious or simplest explanation that encompasses all of

19  the data.

20            And in some cases that may be a learning disability.

21  In another case, it may be an intellectual disability.  What's

22  key to me in intellectual disability, as Dr. James even said,

23  there's a pervasive impairment in intellectual and functional

24  skills.  There maybe isolated strengths.  Certainly, there may

25  be some strengths, but the overall pattern is one of fairly

Mapou - Cross/Burt

1    pervasive impairment.  That's what I do not see in this case.

2    Q    So your conception of intellectual disability is that it

3    is an overall pattern of weaknesses?

4    A    Yes.

5    Q    All right.

6         So you would disagree with the basic assumption in

7    the AAIDD Green Book at Page 7 which says, "Within an

8    individual limitations can coexist with strengths.  This means

9    that people with ID are complex human beings who likely have

10   certain gifts as well as limitations.  Like all people, they

11   often do some things better than others.  Individuals may have

12   capabilities and strengths that are independent of their ID.

13   For example, strengths in social and physical capability, some

14   adaptive skill areas, or one aspect of an adaptive skill in

15   which they otherwise show an overall limitation."

16        You would disagree with that to the extent you say,

17   no, in your view it should be an overall pattern of

18   weaknesses?

19   A    You know, that's a really tough question.  I've read that

20   and I've looked at the arguments in the defense experts'

21   reports, and when I read all of that, its hard for me to then

22   determine what doesn't qualify as intellectual disability.

23   Its almost as if anything can qualify for that.

24        Now, in my opinion, if you see a very clear area of

25   strength that shows up consistently, not in isolated skill,

Mapou - Cross/Burt

1    not a physical skill, but a clear area of intelligence that

2    repeatedly shows up as a strength in a profile over time.

3    Then, to me, that is convincing evidence that this is not a

4    pervasive intellectual disability; that there's not only

5    strength, but there's a very clear cluster of strength that

6    shows intelligence in a domain that we have measured.

7              And so, yes, I agree with that statement but I also

8    think as Dr. James said you have to give weight to different

9    scores.  Its not just a strength here, a strength there, bunch

10   of weaknesses.  What I look at is, is there a clustering of

11   strengths.

12   Q    Did she say you give weight to particular scores or

13   weight to particular deficits?

14   A    She may have said deficits.  This was from her testimony

15   and I may be misquoting.

16   Q    And your own view as expressed in your book is that a

17   clinician should never diagnose a disability based solely on

18   the test results.  There, youre referring to learning

19   disability or ADHD; correct?

20   A    Is that a statement about ADHD because I've often said

21   that about ADHD.

22   Q    Well, Ill read it to you in full context.  It says:  "A

23   clinician should never diagnose a learning disability or ADHD

24   based solely on the test results."

25   A    That is correct because one has to evaluate a number of

Mapou − Cross/Burt

1    the things that I said earlier including adequate instruction,

2    availability to education, the impact of socioemotional

3    issues.  So that, as clinicians, that's what we do, we look at

4    the big picture.

5    Q    Sure.

6    A    And this was a very big picture here of thousands of

7    pages of records.

8    Q    Complicated picture, too.

9    A    Absolutely, no disagreement there.

10   Q    Okay.

11        And when you said on direct that you looked for an

12   overall pattern of weakness, you acknowledged that the AAIDD

13   manual says at Page 47, "In the process of diagnosing ID,

14   significant limitations in conceptual, social, or practical

15   adaptive skills is not outweighed by the potential strengths

16   in some adaptive skills."

17        Do you have disagreement with that statement?

18   A    Can you read that again.

19   Q    Sure.

20   A    And can you give me the context for that as well.

21   Q    Ill read you the whole context.

22   A    Okay.

23   Q    It says, "Focus on typical performance.  The assessment

24   of adaptive behavior focuses on the individual's typical

25   performance and not their best or assumed ability or maximum

Mapou - Cross/Burt

1    performance; thus, what the person typically does rather than

2    what the individual can do or could do is assessed when

3    evaluating the individual's adaptive behavior.  This is a

4    critical distinction between the assessment of adaptive

5    behavior and the assessment of intellectual functions where

6    best or maximal performance is assessed.  Individuals with an

7    ID typically demonstrate both strengths and limitations in

8    adaptive behavior; thus, in the process of diagnosing ID,

9    significant limitations and conceptual social or practical

10   adaptive skills is not outweighed by the potential strengths

11   in some adaptive skills."

12           That was the context.

13   A    I think I understand what youre saying.

14           And while that can be true, one could make the same

15   argument for a kid with ADHD who has significant impairment in

16   adaptive skills and is not functioning but may show average

17   intelligence or average intelligence in the verbal domain as

18   opposed to the visual domain which is very common because the

19   visual domain taps into planning and speed and so forth.

20           So that same argument could be made for someone with

21   a learning disability or ADHD who is not functioning so well

22   on a day-to-day basis and is failing all their classes.

23   Q    That same argument could be made or wouldnt be successful

24   because that person who you hypothetically just told me about

25   would not meet the first prong, would he?

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Mapou - Cross/Burt

1              He would not meet the intellectual functioning

2    prong?

3    A    I don't think I was clear in what I was trying to

4    characterize.  If we took out intellectual disability from

5    that statement, the same argument could be made in the

6    diagnosis of ADHD where one would say, well, you know, you

7    shouldn't consider the person's potential in making that

8    diagnosis, or how they might perform if they were in a quiet

9    highly structured environment.  Because if you did that, you

10   might conclude that they don't have ADHD, but the bottom line

11   is that on a day-to-day basis, their behaviorally out of

12   control, they're not paying attention, they are impaired in

13   two or more settings.  So they do have ADHD.  That's what I

14   was trying to express.

15   Q    Okay, let me turn to your analysis of the -- your

16   discrepancy analysis.

17              Do you know what I have in mind here?

18   A    The charts that we saw earlier.

19   Q    Yes.

20   A    Mm-hmm.

21   Q    Do you address that issue in your report?

22   A    I do.

23   Q    And where is that?

24   A    This is in the summary of the I.Q. testing starting on

25   Page 20 where I lay out the scores and I give a brief analysis

Mapou - Cross/Burt

1    of each.

2    Q    Okay.

3    A    Continuing through Page 23 where I summarize what my

4    conclusions are based upon that analysis.  It begins at the

5    bottom of Page 22.

6    Q    What you say in your second bullet point there is because

7    of the differences that youre looking at, and I'm quoting here

8    from Page 23, "The full-scale I.Q. was typically not an

9    accurate reflection of his true abilities because it reflected

10   scores measuring two very different ability areas."

11   A    Yes.

12   Q    So, basically, what youre advocating here is that the

13   Court not look at the full-scale I.Q.s but rather at the

14   organization of the scores around the Verbal Comprehension

15   Index and Perceptual Organization Index that youre focused on?

16   A    That's correct and here's why.

17   Q    Okay.

18   A    I see this as a common error in evaluations that I

19   review.  And if we look at the verbal skills, we're talking

20   about tasks that involve, for the most part, - that involve

21   words, that involve expressing one's self, understanding one's

22   self.

23          We look for visual tasks, for the most part words

24   are not involved.  They involve speed, they involve

25   organization, perceiving, copying visual information,

Mapou - Cross/Burt

1    reasoning with visual information.  They're very different

2    skills.  It makes no sense when you have verbal skills here

3    and visual skills here to then conclude that the person's

4    overall functioning is somewhere in between.  Youre averaging

5    two very different skills to draw that conclusion.  So if I a

6    person is a 70 here and the 100 here on the visual --

7    Q    Yes.

8    A    -- and you come up with, okay, he's somewhere in between

9    he's hand 85 overall.  No, that's not right.  He's not

10   low-average overall.  What he is, is a person with significant

11   verbal challenges but pretty good visually based intelligence.

12   Q    Right.

13   A    So he's average in that domain and, to me, that shows

14   when you take away the area in which he is challenged, he is

15   of average intelligence and that's important.  When you focus

16   on that summary score, youre losing that information and youre

17   making a conclusion about overall functioning that is not

18   correct.

19         What Dr. Kaufman says is that if you look at the

20   four processing areas, and you've got a spread of 25 points

21   among those areas, which is common in individuals with

22   learning disabilities, you should not use a full-scale I.Q.

23         He also says that if you see a difference between

24   verbal and performance I.Q. that is large you shouldn't draw

25   that conclusion either although I'm not sure what level he

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Mapou – Cross/Burt

1    says you should do that at.  Typically, I look at the standard

2    deviation, 15 points.

3    Q    So just to be clear, though, youre advocating not looking

4    at the full-scale I.Q. but looking at something else?

5    A    Yes.

6    Q    Okay.

7         And the something else you said you explained how if

8    he had two different scores, just hypothetically, a 70 and a

9    95 and you averaged those.  Your average is not going to be an

10   accurate reflection of overall intellectual abilities;

11   correct?

12   A    Correct.  Because it fails to capture the person's

13   strengths, and the ways in which they can reason and problem

14   solve at an average level which is going to affect their

15   day-to-day functioning.  It will allow them to function.

16   Q    And, in your opinion, what is the best measure?

17        If we don't look at full-scale I.Q., what is the

18   best measure someone's overall intellectual functioning?

19        Is it the Verbal Comprehension Index?  is it the

20   Perceptual Organization Index?  or is it something else?

21   A    It depends on the person and it depends upon the profile.

22   What I look at in my assessments is the overall pattern of

23   strengths and weaknesses.  And often, in a person with a

24   language-based learning disability, I look across a range of

25   visual tasks and I find the Perceptual Organization Index is

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Mapou - Cross/Burt

1    way higher than the Verbal Comprehension Index.

2              When I look at reasoning and problem solving, I may

3    look at a measure called the "Tower of London," which I like

4    better actually than the TOWRE Test on the DCAFs because you

5    can look at speed and accuracy.

6              Surely, nonverbal tasks, when a person does better

7    than that on the 20 questions, which is a verbal problem

8    solving task.  When they do better on organizing the

9    Rey-Osterrieth Complex Figure; when they draw it than they do

10   on organizing the words on the California Verbal Learning

11   Test; when they do consistently better on the Visual Memory

12   Measures than the Verbal Memory Measures.

13             I've got pretty strong data that in the visual

14   domain they're normal or strong and I combine all of those

15   data with the information from the Perceptual Reasoning Index

16   to conclude that's where their strength lies and these

17   measures, some of which are not part of the I.Q. test, really

18   capture their intelligence, they can capture what they do well

19   on a day-to-day basis.

20             The opposite may apply in someone who has what seem

21   people refer as to a nonverbal learning disability where we

22   see the exactly the opposite pattern.  All of the verbal

23   skills are high and the visual skills are low.

24   Q    And so, the answer to my question is you can't really

25   tell me which is a better measure of intellectual functioning

Mapou – Cross/Burt

1   because it depends on an individual case?

2   A    It does.

3   Q    So there's no way you can, if you put aside the

4   full-scale I.Q., there's no way without looking at an

5   individual case that you can say, okay, we're not going to

6   look at full scale, we're going to look at verbal or

7   performance or some combination other than verbal and

8   performance?

9   A    That's correct.  And I think it is an appropriate way to

10  do that because if there's an overreliance on the use of

11  summary scores.

12          I see this often where a school will say, well, we

13  have to have the broad reading score from the

14  Woodcock-Johnson, or we have to have the full-scale I.Q.

15  Everybody thinks the summary score is the best measure.  But

16  it isnt always there seems to be a reflexive move toward that

17  summary score when that score may, in fact, reflect very

18  different skills going into it and is not an adequate

19  reflection of overall function.

20  Q    Now, you realize that some experts in your field argue

21  that the best measure of intellectual functioning, if youre

22  going to put aside full scale is actually verbal, the verbal

23  I.Q.?

24  A    That only applies if someone doesn't have a significant

25  language-based learning disability.  If, from their early age,

Mapou – Cross/Burt

1  they have trouble understanding language and putting their

2  thoughts into words, then the verbal I.Q. is not going to be

3  an accurate reflection.  Some would argue that in that

4  instance that block design is a more effective measure and, in

5  fact, there's a measure called the Test of Nonverbal

6  Intelligence, the TONI, that takes at conceptual thinking and

7  reasoning on a purely visual test.  Its very similar to matrix

8  reasoning.  Its another older test called Raven's Progressive

9  Matrices.

10  Q    So there's no consensus within your field that once you

11  turn away from full-scale I.Q. of what we can use to assess

12  intellectual functioning.  Would that be fair to say?

13  A    I think that most of my colleagues would agree that it

14  really depends upon the particular person.  Sternberg, and

15  I've not read his work extensively, but Sternberg, Howard

16  Gardner at Harvard, have talked about multiple intelligences

17  and they have also chided us not to rely solely on our tests

18  to measure intelligence.  They emphasize that functional piece

19  and looking at that.

20  Q    We have an article in evidence, its Exhibit B the Mikvah

21  article in the Journal of Psychiatry and Law.  "Atkins v.

22  Virginia Implications and Recommendations for Forensic

23  Practice."

24        And it says at Page 154, "Some mental health experts

25  in Atkins cases have argued that when there is a substantial

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Mapou - Cross/Burt

1  disparity between verbal and performance I.Q.s, only the lower

2  scores should be used to determine intellectual deficits for

3  purposes of diagnosing mental retardation."

4           Do you agree with that?

5  A    No.

6           MS. COHEN:   Objection, your Honor.  He's not asked

7  the witness if he's familiar with this publication.

8           THE COURT:  All right.  So ask.

9  Q    Have you read that article?

10  A    I have not.

11  Q    Do you agree, whether you've read it or not, do you agree

12  with the statement that, "Where there is a substantial

13  disparity between verbal and performance I.Q.s, only the lower

14  score should be used to determine intellectual deficits for

15  purposes of diagnosing mental retardation."

16  A    No, I don't, and the first few words of that sentence are

17  key, "Some experts have argued."  It doesn't say, "Research

18  has shown."  There's nothing backing that up other than

19  someone's opinion.

20  Q    So it's a controversial issue once you stray from

21  full-scale I.Q., fair to say?

22  A    Perhaps among some.

23  Q    Okay.

24           Now, your argument about why the full scale is not

25  accurate.  Youre assuming there you've got two valid verbal

Mapou - Cross/Burt

1   and performance scores; right, in your example?

2   A     Correct.

3   Q     And it gets complicated, does it not, when you have to

4   start looking at practice effects in a situation where someone

5   is given a Wechsler Instrument seven, eight, nine times?

6   A     Correct.  Although, again, I believe what Dr. Kaufman has

7   written, and I may be wrong, but I believe what he said is

8   that the practice effect occurs the most on the second

9   administration of the test.

10          And its interesting that in some other psychological

11  settings where the goal is to track, say, the effect of a drug

12  over time, and you want to eliminate the practice effects,

13  what they do is they administer the tests in close succession

14  to get up to an asymptote, to get up to a level of

15  performance, so that they can then see the effect of that

16  intervention.  And so, it may be that its the second

17  administration.

18          Now, the other thing to consider here, while I agree

19  that if you administer the same test over and over again you

20  can see some improvement purely because of that.  Even

21  Dr. Kaufman says you also have to look at the interval, the

22  degree of practice effect might vary depending upon the

23  interval.

24          I would add to that the point that I made earlier

25  that you have to look at whether this is the same test or

ANTHONY FRISOLONE, FAPR, RDR, CRR, CRI, CSR
Official Court Reporter

Mapou - Cross/Burt

1    simply the same format, or whether there are changes and there

2    have been changes in the I.Q. tests over the years from the

3    WISC-R to the WISC-III to the WAIS-III to the WAIS-IV that

4    introduced new, novel unfamiliar tasks that reintroduce that

5    novelty that is important for assessment to get a, "real

6    score?"

7    Q    Your understanding of what Dr. Kaufman's views are we

8    have in evidence they're in that blue book.  There is a tab

9    which says "Kaufman Practice Effects" to your left there.

10   Kaufman 1994?

11   A    Yes.

12   Q    Do you see that.  Have you read that?

13   A    I have not.

14   Q    Okay.

15        Let me ask you, since you reference Dr. Kaufman.

16   What he says in that article, and its in evidence, is,

17   "Clinicians should understand the average practice effect

18   gains in intelligence scores for children, adolescents, and

19   adults.  The expected increase of about five to eight points

20   in global I.Q. renders any score obtained on a retest as a

21   likely overestimate of the person's true level of

22   functioning -- especially if the retest is given within about

23   six months of the original test, or if the person has been

24   administered a Wechsler scale (any Wechsler scale)," emphasis

25   in the original, "several times in the course of a few years."

Mapou - Cross/Burt

1            He's talking there about two very different things,

2    is he not?  One is giving a test within a six-month period and

3    the second thing he's talking about there is giving a Wechsler

4    scale, any Wechsler scale, several times during the course of

5    a few years.

6    A    This was written in 1994.

7    Q    Right.

8    A    One has to take that in the context of intelligence

9    testing in 1994, specifically, at that time.  We had two

10   iterations of intelligence tests.  I believe we had the

11   WISC-III and then we has the WAIS-R.  We weren't even at the

12   WAIS-III at that point.  The intelligence tests that were

13   developed were very, very similar.  We did not yet see matrix

14   reasoning as a subtest.  We didnt see visual puzzles until a

15   couple of years ago.

16           So we're dealing with similarities among the WISC-R,

17   the WISC-III, and the WAIS-R that are going to bring out those

18   practice effects.  I would wonder if Dr. Kaufman has revised

19   that statement and looked at what happened when we changed to

20   the WAIS-III or the WAIS-IV.  Does that same degree of

21   practice effect still apply?

22           (Continued on the next page.)

23

24

25

2104

                    Mapou – Cross/Burt

1    A    From a hypothetical standpoint, I would think that it

2    might be attenuated because you've changed the test, you made

3    things that are very, very different from what they were as

4    opposed to the similarity among the intelligence tests that

5    were being used in 1994.

6              (Continued on the next page.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Mapou – Cross/Burt

1  BY MR. BURT:

2  Q    Well, let's take a look.  In that same binder is

3  Dr. Kaufman's book from 2006.  If you look at page 164 of that

4  book, he's talking about something in this section called

5  progressive error.  Do you know what that means in reference

6  to practice effect?

7  A    Yes.

8  Q    What is your understanding of progressive error?

9  A    That the assessment becomes less accurate over time

10  because of the accumulation of practice effects.

11  Q    In more than one administration?

12  A    I'm sorry, I --

13  Q    Yeah.  What he says under the term practice effects and

14  progressive error, first sentence on page 163:  "With all

15  tests, the effects of using the same instrument repeatedly

16  introduce unwanted error into the analysis, a confounding

17  known as progressive error."

18       Is that your understanding of what progressive error

19  is?

20  A    Yes.

21  Q    And then --

22  A    Can you show me, though, where you are on 163, so I can

23  be in the same place?

24  Q    Yeah, it's 163 at the very bottom, second column.

25  A    So what's continuing on the next page?

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Mapou - Cross/Burt

1    Q    Correct.

2              And then by this time the WAIS-III has been

3    published, right?

4    A    By 2006?

5    Q    Yes.  He's writing this at a time when the WAIS-III is

6    already out there because he's actually talking about the

7    WAIS-III.

8    A    Correct.

9    Q    Right.  And he says:  "Even if the practice affect

10   dissipates after a year or two and is smaller for elderly

11   adults than young and middle-aged adults, this variable still

12   moves large in longitudinal investigations.  The practice

13   effect may not impede the results" --

14   A    I'm sorry, can you point again?  I'd like to read along

15   with this because --

16   Q    Sure.

17   A    -- I also want to see.  Okay, the bottom of that

18   paragraph.

19   Q    First paragraph, last sentence.  "Even if the practice

20   effect dissipates after a year or two and is smaller for

21   elderly adults than young and middle-aged adults, this

22   variable still looms large in longitudinal investigations.

23   The practice effect may not impede the results of the first

24   retest in a longitudinal study, but it surely will not

25   disappear by the third, fourth, or fifth retest, and may be

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Mapou - Cross/Burt

1   quite large even for elderly individuals."

2           Do you see that?

3   A    Yes.

4   Q    And then in the next paragraph second, next column,

5   second paragraph, last sentence he says:  "When individuals

6   are tested" --

7           THE COURT:  Try to go slower.  You've got to go

8   slower.

9   Q    Quote, "When individuals" --

10  A    I'm sorry, I still don't have the place there.

11  Q    Okay.  Let me back up.  The paragraph begins "The

12  performance subtests..."

13  A    Okay.

14  Q    And about halfway through that paragraph he's talking

15  about eight point gains and he says:  "When people are

16  retested after a few weeks or months, they seem to remember

17  only a few specific nonverbal items; even if they recall many

18  of the puzzles or pictures, no feedback for correctness is

19  given either during or after the test.  What people do tend to

20  remember is the type of items they faced and the kind of

21  strategies and attack modes that seemed successful.  When

22  individuals are tested repeatedly on Wechsler's Performance

23  tasks, they no longer measure the kind of intelligence that

24  thrives on novel problem-solving tasks with visual-spatial

25  stimuli, and it becomes questionable whether they measure

Mapou - Cross/Burt

1    intelligence as opposed to a combination of mental ability,

2    long-term memory, and the ability to apply learning sets."

3         Do you see that?

4    A    Yeah, I understand.  I understand what he's saying there.

5    But, again, I would still make the point that Miller

6    intelligence test have introduced novelty into this, and that

7    by -- by doing so you are looking at intelligence,

8    particularly on the WAIS-IV where we have a very novel test

9    that's never been seen before.

10        I would also argue that there are -- again, in line

11   with what Dr. James said, there are other ways of looking at

12   intelligence beyond the IQ tests and that's not the only thing

13   to look at.

14   Q    Right, and we'll get to that.

15        And how is that argument that you just made about

16   the WAIS-IV apply to the earlier scores, because he's not --

17   he's not given a different -- he's not given the WAIS-IV until

18   the very end of the line here.  Right?

19   A    I actually find it fascinating that if you look at the

20   scores from 1989 and you look at the scores in 2012, they're

21   almost identical, although actually the IQ there would be

22   correctly labeled verbal comprehension and conceptual

23   reasoning because the IQ scores don't exist anymore.

24        To me, it's remarkably consistent, and I keep coming

25   back to this striking consistency among these data.

Mapou - Cross/Burt

1    Q    Right.  And it's strikingly consistent -- it would be

2    strikingly apparent that the practice effects -- if what

3    Kaufman is saying is right, that is you keep repeating this

4    test over and over again, your performance scores are going to

5    be elevated, that these performance scores you're seeing here

6    are consistently elevated.  Correct?

7    A    The performance scores are consistently higher than the

8    verbal skills.

9    Q    Right.  And they could be as a result of practice effect,

10   not as a result of some inherent ability of Mr. Wilson.  Isn't

11   that true?

12   A    It could be, yes.

13   Q    Right.  So if that in fact is the case, then first of

14   all, the full scale IQs are going to be overestimates of his

15   abilities.  Correct?

16   A    If that's the case, yes.

17   Q    And your verbal performance analysis that you're looking

18   to is also going to be skewed, because you don't have accurate

19   performance values.  You're using a value for performance

20   which has been bumped up as result of practice effects.

21   Right?

22   A    Potentially, yes.

23   Q    Okay.  And in terms of the point you were making, that

24   while the tests have changed over the years, that argument

25   certainly is -- isn't going to apply to the three WISC-Cs he's

Mapou - Cross/Burt

1    given -- excuse me, five WISC-Cs in the middle.  Right?  Those

2    are --

3    A      The WISC-III do you mean?

4    Q      Yeah, the WISC-III.

5    A      Those are where it would be more vulnerable to the

6    practice effect.

7    Q      Right.  And the difference between the WISC-R and the

8    WISC-C, they're still going to contain -- they're still going

9    to be subject to practice effects for the reasons Kaufman

10   says.  Right?

11              You're not testing novel practice effects.  Even

12   whatever slight differences or any differences there are

13   between the WISC-R and the WISC-III, they're not significant

14   enough where you would have no -- where you could say with

15   confidence that there's no possibility of practice effects?

16   A      I would agree.

17   Q      Okay.  And similarly, the differences between the

18   WISC-III and the WAIS-III are not significant enough where you

19   could say, you can rule out practice effects there?

20   A      I would disagree with that.  They're we're getting into

21   more significant difference, because if you look at the

22   subtest that make up the WAIS-III and those that make up the

23   WISC-III, they are different.  And I mentioned this earlier,

24   that there were changes in which the WAIS-III is done.

25   There's still similarly in format, but not in the items.

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Mapou - Cross/Burt

1   Q     Okay.

2   A     And what really struck me on the WAIS-III -- if you want

3   to look at individual scores, go back to my data.  The first

4   WAIS-III in 1990 where there was a picture completion score of

5   at the 84th percentile.  And that's a test that requires

6   reasoning.  That test changed quite a bit.

7           Now, the scoring picture completion was pretty much

8   always average.  He's very consistent score from 1989 all the

9   way through.  It dropped on that 1991 evaluation where I

10  believe there was some question of effort and engagement in

11  the testing, but it pretty much was consistent, and then it

12  really jumped up on the WAIS-III.

13          These were different items, they were harder items

14  because they were designed for adults and they were also

15  presented in a larger format, bigger pictures and full color

16  as opposed to black and white.

17          I -- that -- that -- essentially, that difference

18  there is more than a standard deviation, it's about a 15-point

19  difference.  And that I would question whether that's a

20  practice effect.  Of course, that's just one score.

21  Q     Right.  And you are -- you're not disagreeing with

22  Dr. Kaufman that there can be practice effects across these

23  instruments.  There may be -- it may be greater if you're

24  given the same instrument but you're not in a position to say,

25  now these various iterations of these tests are so different

Mapou - Cross/Burt

1  that we can rule out practice effects?

2  A    No, I would not disagree with that.

3  Q    Okay.  "The best measure of Mr. Wilson's intellect may

4  have been the first evaluation in 1989, because subsequent

5  evaluations were influenced by lack of improvement in school,

6  due to the behavioral issues...and possible practice effects

7  (Performance IQ)."  Right?

8  A    Correct.

9  Q    And when you say "it may have been the best measure of

10 his intellect," the best measure of his intellect when?  When

11 it was given or in 2003?

12 A    That's a good question because I heard your line of

13 questions earlier.  When I wrote that statement I was

14 thinking, what is the purest measure of intellect.  And

15 Dr. Kaufman has written that often the best measure, assuming

16 you have a valid administration, is the very first time an

17 intelligence test is done.

18        On the other hand, we do know that intelligence at a

19 young age does not predict as well intelligence in older age,

20 that intelligence tests results are far more stable when

21 you're testing a teenager than when you're testing a little

22 kid.

23 Q    So that the score at age six you would agree, per the

24 discussion you heard, is not going to be predictive of 2003?

25 A    It might be, but it may be less predictive than scores at

Mapou - Cross/Burt

1    a later age.

2    Q    Okay.  And then lastly this idea that you can look at the

3    discrepancies and that you're relying on Kaufman to say that

4    there are patterns in learning disabilities for your

5    perceptual greater than verbal profile here, he says, does he

6    not, at 327 in his book, which I think is there in front of

7    you?

8    A    Yes.

9    Q    And this is a section on learning disorders, correct?

10   Learning disabilities --

11   A    Tell me where you're looking.

12   Q    318.

13   A    318?

14   Q    Yeah, that will begin the section.

15   A    Okay.

16   Q    So he's -- that having this learning disability, and he's

17   got a subsection "Review of Research Findings on a P greater

18   than V Profile."  Right?

19   A    Got it.

20   Q    And then if you look at page 320, he's discussing a study

21   by Rack in 1997, in which he administered the WAIS-R to adults

22   with learning disabilities?

23   A    Yes.

24   Q    And he notices that that study found a perceptual greater

25   than verbal in 78 percent of the sample but in 21 percent of

Mapou - Cross/Burt

1    the sample the pattern was reversed?

2    A    I see that, that's true.  But 78 percent is pretty large.

3    Q    Yes.

4    A    And it means that more often than not, you see that

5    profile.

6    Q    Okay.  We're trying to get at whether you can use this to

7    diagnose as opposed to just sort of taking it into account?

8    A    No, I would never use it alone to diagnose.  Again, it's

9    one piece of the pattern that I'm looking at, but to diagnose

10   you have to look at the academic skills and the academic

11   performance.

12   Q    And you would also agree with me that the same kind of

13   pattern is present for mild -- mildly mentally retarded.  In

14   other words, you see some patients who are performance greater

15   than verbal and others who are verbal greater than

16   performance?

17   A    So you can see that pattern in anybody, not just mild MR.

18   Q    Right.

19   A    You can see that in normal individuals who have no

20   impairment.

21   Q    So in that sense, there is no way to use that discrepancy

22   to distinguish someone with a learning disability from someone

23   who is intellectually disabled, just based on those

24   discrepancies alone.  Correct?

25   A    Based upon those discrepancies alone, correct.

Mapou - Cross/Burt

1    Q    And that's what Kaufman says, doesn't he --

2    A    He does.

3    Q    -- at 327?

4         He says you can't -- these things are suggestive but

5    you cannot use them diagnostically?

6    A    No.  But in fact, Dr. Kaufman and I were involved in a

7    debate in 2009.  We were both on the same side of the issue

8    arguing the need for comprehensive assessment for learning

9    disability diagnosis.

10        Dr. Kaufman's argument was regarding why

11   intelligence tests were important for learning disability

12   evaluations.  And the point that he made is that they are

13   important because we in fact can look at these patterns of

14   strengths and weaknesses using the different processing

15   indices, as he called them.

16        And we both agreed that the IQ test was useful as

17   one tool in an evaluation and that it was especially helpful

18   to look at the profile on the cognitive indices.

19   Q    And you agree, too, that the profile is the same for

20   mildly mentally retarded?  In other words, you can look at

21   these differences and point to studies that say well, there

22   are people with mild mental retardation who have a performance

23   greater than verbal profile?

24   A    I can't -- I can't comment on that because I have not

25   read that literature.

Mapou – Cross/Burt

1    Q    Well, take a look at section in that same page 334.

2              THE COURT:  Of?

3              MR. BURT:  Of the Kaufman article under mental

4    retardation.

5              THE COURT:  Which column?

6              MR. BURT:  It's Exhibit C in the -- the textbook

7    Assessing Adolescent and Adult Intelligence, Third Edition.

8              THE COURT:  And the year again?

9              MR. BURT:  2006.

10   Q    Do you see that?

11   A    Mental retardation?

12   Q    Yeah.

13   A    I also find it interesting that it says portions of this

14   section are adapted from Chapter 15, the first edition, which

15   means using older tests.

16   Q    Portions.  Right?  Meaning, he's probably updated it?

17   Right?

18   A    Hopefully.

19   Q    And then he's looking at WAIS profiles there and he says:

20   "The data available on the characteristic WAIS or WAIS-R

21   profile of individuals who are mentally retarded do not yield

22   a consistent VP profile.  Several studies support a P greater

23   than V profile in developmentally disabled populations, but

24   there are also those which support the V greater than P

25   profile."

Mapou - Cross/Burt

1   A    Again, I am going to argue that the profile in and of

2   itself doesn't diagnose anything.

3   Q    Right.

4   A    And again, that speaks to the whole issue of normal

5   variable, which my colleague Larry Binder and David Schretlen

6   have looked at and found wide ranging variation.  One doesn't

7   diagnose solely on the basis of the IQ discrepancy, it is one

8   piece of data that we have to contribute to the big picture.

9   Q    Right, and that's the point I was trying to make.

10            MR. BURT:  And I thank you, very much.  That's all I

11  have.

12            THE COURT:  Okay.

13            MS. COHEN:  Just have a couple of questions if we do

14  it right now.

15            THE COURT:  Just a couple of questions?

16            MS. COHEN:  Yeah, five minutes.

17            THE COURT:  Five minutes?  I'll time you.

18            MS. COHEN:  Okay.

19            THE COURT:  Okay, go ahead.

20                    REDIRECT EXAMINATION

21  BY MS. COHEN:

22  Q    Dr. Mapou, I just want to turn your attention to that

23  same, if you flip the page under mental retardation and you --

24  there is -- there is a study there.  If you could just --

25  A    Flip the page which way, to 335?

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Mapou - Redirect/Cohen

1   Q    To 335.  And if you go down there's a study about a total

2   of 863 individuals.

3   A    You're going to have to put me on the page here.

4   Q    It's on page 335, the first column.

5   A    First column?

6   Q    Yeah.  Instead of reading it all, if you can just read

7   that to yourself, that there's a study --

8   A    I'm sorry, I'm still not sure where you're starting.

9   Q    Sure.  The first column, 335.

10  A    Yes.

11  Q    Eight lines down.

12  A    Eight lines down.  "Overall, the weighted mean" -- these

13  sample include the total -- okay, these samples included a

14  total of 863 individuals, males and females, right, yes.

15  Q    And if you can read overall where you started, "Overall,

16  the weighted mean."

17  A    Yeah.  Well, of the 14 samples, 10 had a performance

18  greater than verbal profile but one to seven while four groups

19  had verbal greater than performance of one to three.  Overall,

20  the weighted performance greater than verbal discrepancy of

21  the 14 samples equal 2.7 points, suggesting a slight tendency

22  for samples of adolescents and adults with mental retardation

23  to score higher on the performance than the verbal scale.

24  However, three of the four samples showing the strongest

25  performance greater than verbal profiles, mean discrepancies

Mapou - Redirect/Cohen

1    of seven points had performance IQs of 84 to 86, suggesting

2    that the definitions of retardation may be a bit lax in some

3    of the investigations.  For those appropriately diagnosed as

4    mentally retarded, a performance greater than verbal profile

5    may be nonexistent."

6    Q    Does that -- what do you understand that to mean?

7    A    Dr. Kaufman is saying that a performance greater than

8    verbal profile is less likely in individuals with mental

9    retardation and may not even exist at all.

10   Q    Now, you were also -- I want to ask you a question about

11   the practice effect that you were asked on cross-examination.

12   You talk -- you were asked questions about potential practice

13   effects that could happen.  Do you recall that?

14   A    Yes.

15   Q    And you acknowledge that there can be practice effects.

16   Right?

17   A    Yes.

18   Q    But in this case, do you see evidence here of practice

19   effects?

20   A    I see a lot of evidence of stability.  I don't see a

21   great improvement until we eliminate the verbal and

22   performance IQ focus and go to the verbal comprehension and

23   perceptual organization focus.

24           When we take out the measures that are more likely

25   to be impaired in someone with a learning disability or ADHD,

Mapou - Redirect/Cohen

1    we see a larger discrepancy between the two domains.  Could

2    that improvement be practice effects?  Maybe.  But again, I'm

3    struck by not improvement but just stability; in other words,

4    keeping up with peers over time in these domains as opposed to

5    dropping behind peers.

6              In people with ADHD for example, on the processing

7    speed subtests, simple search and digit symbol, because

8    they're slow, their peers over time are getting faster, that's

9    accounted for in the normative data.  Kids get faster over

10   time.  So at age ten, let's say, average is 60 seconds, but by

11   age 14, average has to be 90 seconds.  The ten-year-old with

12   ADHD might be average doing the test in 60 seconds at age ten,

13   but at age 14 he's still doing the test at 60 seconds.  So

14   he's gone down now.  That's no longer going to be average in

15   comparison with his peers.

16             What I think is interesting, we know from

17   neuropsychological studies that these measures of processing

18   speed, digit symbol, symbol search, trail making, if you do

19   these over and over again, that's where you actually see the

20   most practice effects, they're mechanical repetitive tests

21   with the same stimuli.  That's where people are most likely to

22   get better.

23             But that's not what we see.  What we see if we start

24   out, we see coding of 12 at age six.  Next we see coding of

25   six.  We see coding low average in the next one.  And then at

Mapou - Redirect/Cohen

1   age 12, coding is four.  At age 17, it's about the same.  What

2   that suggests to me is exactly that profile, that he stayed

3   the same speed-wise.  He didn't show any practice effects

4   there.  Speed stayed about the same.  So the score actually

5   dropped on those as opposed to the other areas.  And

6   particularly when you factor in the changes in some of the

7   performance tests where the scores actually went up on

8   different tests.

9   Q    Okay.  And when we –– on cross-examination when you were

10  asked about practice effects, you were also asked about that

11  in respect –– with respect to the discrepancy.  The very first

12  test in 1989, there's a discrepancy between the verbal and

13  performance, or is there a discrepancy?

14  A    There is a discrepancy.  It's nine points, so it's less

15  than a standard deviation.  I think it's reasonable to report

16  the full scale IQ then, which is in the low average range.

17  Q    But the greater performance versus verbal, obviously

18  there couldn't be any practice effect with respect to that

19  test.  Is that ––

20  A    Correct.

21  Q    Now, you were also –– one more question.  You were also

22  asked about in your report the sentence, therefore, the full

23  scale IQ was typically not an accurate reflection of his true

24  abilities because it reflected scoring –– scores measuring two

25  very different ability areas.  That was read to you from page

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Mapou – Redirect/Cohen

1    23 of your report?

2    A    Yes.

3    Q    And you were asked about that.  It was rephrased a little

4    bit.  You were asked if you wanted -- if that sentence meant

5    that the court should not look at full scale IQ.  Is that what

6    you meant by that sentence?

7    A    Was I asked that question?  I don't recall being asked in

8    quite those words.

9    Q    Yes.  Well, I'm pointing it out because it was -- it was

10   said with respect to that sentence, and I just want to make it

11   clear.  Are you -- what you mean by that sentence.  In other

12   words, do you mean can you look at the full score or when

13   you're looking at the full score, do you have to take into

14   consideration that you've got this issue that the verbal is

15   pulling the score down?

16   A    As a clinician when I see that, I don't report the full

17   scale IQ.

18          In a legal context, I would agree with the latter,

19   that you can look at the score but you have to take into

20   consideration the fact that these are two very different

21   scores.  Does that distinction make sense?

22   Q    That's exactly what I was wondering.

23          MS. COHEN:  Thank you, your Honor, no further

24   questions for the witness.

25                    RECROSS-EXAMINATION

Mapou - Recross/Burt

1    BY MR. BURT:

2    Q    Now, just on that portion of Kaufman that she read to

3    you.

4    A    Yes, sir.

5    Q    In the next paragraph he says:  "The research on IQ

6    particularly Wechsler IQ, has indicated that there is not one

7    simple pattern of performance on IQ test that is consistent

8    across individuals with mental retardation."

9    A    I'm sorry, can you show that -- again, I'm having trouble

10   finding it right away.

11   Q    336.

12   A    336, okay.  This was back on 335.  So if we're on 336.

13   Q    Second paragraph.

14   A    I'm sorry, is this under the heading "Clinical

15   Implications of Finding"?

16   Q    Yes.

17   A    Okay.  In that paragraph.

18   Q    The next column over, the same page.

19   A    The next column over.  Now I found it.

20   Q    He says:  "The research on IQs, specifically Wechsler IQ,

21   has indicated that there is not one simple pattern of

22   performance IQ test that is consistent across individuals with

23   mental retardation."

24        Do you agree with that?

25   A    Yes.

Mapou - Recross/Burt

1    Q    Okay.  And then the last thing is, when you're --

2    A    But there's a second sentence after that.

3    Q    Yeah.  "Thus without examination..."

4    A    "...of an individual's profile..."

5    Q    Right.

6    A    "Individual's profile," which is the point that I made

7    earlier.  Assumptions about the functioning of an individual

8    with mental retardation cannot be made on the basis of what is

9    known from studies of group data.  That emphasizes my report

10   earlier where I said it depends on the individual, and that's

11   what you have to look at.

12   Q    Right.  And when you look at the individual, what you're

13   assuming here -- are you assuming that you can look at these

14   score totals and say that well, since between two points in

15   time the score didn't go up, that there was no practice

16   effects here?

17   A    No, I can't conclude that entirely.

18   Q    Because there are many variables that can affect

19   performance on any individual case?

20   A    Correct.

21   Q    So you can't look at these patterns and say, well,

22   they're relatively stable and therefore you've got a good

23   overall profile here, unless you take into account also the

24   influence of practice effects which is a confounding variable.

25   Correct?

Mapou - Recross/Burt

1  A    You know, I would agree it's a confounding variable.  One

2  of the things that I frequently have when I see folks is a

3  series of IQ tests that have been done over the years on --

4  you know, from little kid up to young adults.  And I would say

5  this -- this level of consistency isn't that common.  So it

6  really strikes me when I see this amount of consistency.

7        I see kids who start at one place and they're really

8  good in another place, often when they're tested by an

9  admissions counselor who is trying to get them into the school

10 and their tests drop again.  And they go to college and they

11 learn how to do things more effectively, so their skills go

12 up.

13       But I still give weight to the consistency in these

14 scores while acknowledging that practice effects can play.

15 Some role the difficulty always is this is complex and it's

16 hard to tease out every variable.

17            MR. BURT:  Thank you, that's all I have.

18            THE COURT:  Anything else?

19            MS. COHEN:  Nothing further, your Honor.

20            THE COURT:  I have one question.  When did

21 Dr. Kaufman die?

22            THE WITNESS:  Dr. Kaufman?

23            THE COURT:  Yeah.

24            THE WITNESS:  Dr. Kaufman is alive and well.

25            THE COURT:  You're kidding?

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

Mapou - Recross/Burt

1          THE WITNESS:  I'm not kidding.

2          THE COURT:  That's very interesting because he's

3    been in this room but I thought only his spirit was in this

4    room.

5          THE WITNESS:  No, Dr. Kaufman is quite well and

6    still working actively.

7          THE COURT:  I'm very happy to hear that.  You're

8    excused, you may stand down.

9          THE WITNESS:  Thank you, your Honor.

10          THE COURT:  Anything else?

11          MS. COHEN:  No, your Honor.  I don't think I need

12    the witness.  I just realized I never offered this witness's

13    report as Government Exhibit 68, and his raw data is marked as

14    Government Exhibit 69.

15          THE COURT:  Any objection?

16          MR. BURT:  No, your Honor.

17          THE COURT:  Government Exhibits 68 and 69 are

18    received in evidence without objection.

19          (Government's Exhibit 68 and 69 received in

20    evidence.)

21          THE COURT:  Any other witnesses?

22          MS. COHEN:  No, your Honor.  The government rests.

23          THE COURT:  All right.  Anything else from the

24    defense for the hearing?

25          MR. BURT:  No, your Honor.

Mapou − Recross/Burt

1    THE COURT:  Okay.  Then let's go over the schedule

2    for briefing.  I'm going to set a schedule for briefing.  The

3    defense brief is due on December 21st, the government's

4    response is due on January 4th, and any responsive briefing by

5    the defense is due on January 11th.

6         I'm permitting 50 pages for each of the opening two

7    briefs and 20 pages for the reply, if any.  Of course, brevity

8    and conciseness is deeply appreciated.  If you can do it in

9    less than 50 pages, it will be appreciated.

10        Now, I'd emphasize that this is a close case as is

11   clear from the testimony over the last week and a half and the

12   parties briefing should be thorough but concise.  You can

13   consolidate the pertinent portions of the documentary and

14   testimonial evidence in the case and should provide any case

15   law that would be helpful to the court's decision.

16        The briefing should address all of the issues

17   relevant to the merits of this motion but there are several

18   particular areas of concern, and I'm going to identify them so

19   that you will be clear as to what I mean.

20        First, as a general matter, whether the mental

21   retardation inquiry is ultimately an issue of law or fact.  In

22   other words, is the court required to ask simply whether the

23   scientific community would consider Mr. Wilson to be mentally

24   retarded; that is -- and when I say mentally retarded, I'm

25   using the terminology that was used in Atkins for the purposes

Mapou – Recross/Burt

1    of this discussion, even though I understand that in more

2    recent time intellectual disability has been substituted for

3    mental retardation in the literature.

4           So that is must the court determine the most

5    reliable definition of current psychological thinking and

6    simply apply that definition; or, are there underlying legal

7    considerations that the court must undertake in making an

8    essentially legal determination.

9           For example, A, the rational set forth in Atkins

10   such as the low -- the Torrance effect of sentencing mentally

11   retarded individuals to death and the risk of false

12   confessions; and, B, whether a particular definition of mental

13   retardation would be consistent with general Eighth Amendment

14   principles.

15          Second, whether the court must apply modern clinical

16   definitions of mental retardation or the definitions in place

17   at the time of the Atkins decision.

18          Third, whether there are important differences

19   between the AAIDD definitions of mental retardations and those

20   set forth in the DSM-IV-TR; and, if so, to which the court

21   should give more weight.

22          Fourth, whether the adaptive functioning prong of

23   the mental retardation inquiry informs the intellectual

24   functioning prong; and, if so, precisely how.

25          Fifth, whether there exists an IQ score above which

Mapou – Recross/Burt

1    a person cannot be considered mentally retarded.  If not, then

2    how exactly should the court analyze Mr. Wilson's IQ scores.

3            For example, the AAIDD manual requires intelligence

4    approximately two standard deviations below the mean and the

5    DSM-IV-TR requires approximately an IQ score of 70, what away

6    does approximately mean.  Does it mean simply that the court

7    must apply a confidence interval; and, if the low end of the

8    interval is above 70, then Mr. Wilson does not satisfy prong

9    one or does it mean that the low end of the confidence

10   interval must be approximately 70.

11           Sixth, how the court should consider varying IQ

12   scores, some of which would support a finding of mental

13   retardation and some of which do not.

14           Seventh, the importance of the raw data.  If there

15   is insufficient raw data to fully analyze an IQ score, should

16   the court give less weight to that IQ score or should the

17   court presume that the administrator properly conducted the

18   test.

19           Eighth, the importance of prorating an IQ test; and,

20   if prorating is important, whether Dr. Nagler prorated the IQ

21   test she conducted on Mr. Wilson.

22           Ninth, whether the court should apply the Flynn

23   effect.

24           Tenth, whether the court should take what's been

25   referred to as practice effects into account; and, if so, how

Mapou - Recross/Burt

1    exactly this phenomena should affect the way the court looks

2    at Mr. Wilson's IQ scores.

3         For example, should the court apply some sort of

4    adjustment to the more recent IQ score similar to the Flynn

5    effect, or should it simply give less weight to the

6    performance portion of the later IQ scores.

7         And finally, the importance of the fact that

8    Mr. Wilson's experts did not conduct an IQ test.  The court

9    understands the defense's position that a current IQ test

10   would be distorted by practice effects but also understands

11   that these practice effects would affect only his performance

12   IQ.  Would it not have been helpful for the defense experts to

13   gauge at least Mr. Wilson's verbal IQ.

14        Now, these areas are not exclusive and the parties

15   should, of course, present their arguments in the manner that

16   they consider persuasive.  But I wanted to flag these issues

17   that have been -- that I and we have been struggling with

18   throughout the hearing.

19        In addition, I'd like to know where we are on the

20   preparation of a questionnaire for the venire should the

21   motion be denied.  Can someone fill me in on that?

22        MR. STERN:  We sent the government a proposal and

23   asked them for their suggestions.  They've been busy.  I'm not

24   faulting them at all.  But I assume they'll make their

25   suggestions or objection.  We'll try and work it out.  To the

Mapou - Recross/Burt

1    extent we don't work it out, we'll come to you.  But I don't

2    expect there to be a tremendous number of issues.  So that's

3    where it is.

4              THE COURT:  All right.  Yes.

5              MS. COHEN:  Your Honor, yes, we just haven't had a

6    chance to look at it, but we will do so as soon as possible.

7              THE COURT:  All right.

8              MR. McGOVERN:  Your Honor, I would just add we had a

9    questionnaire the first time around.  I haven't studied what

10   Mr. Stern sent me but is it much different than -- I didn't

11   understand there to be problems with the first questionnaire,

12   so we would have to reinvent the wheel here.

13             THE COURT:  Well, there are some things.

14             Yes.

15             MR. STERN:  I wouldn't say it's much different.

16   There are some new issues this time.  You will see when you

17   look at it.  It's very similar -- it's similar to the

18   questionnaires in almost all capital cases.

19             THE COURT:  There is an additional major here.

20             MR. STERN:  Correct.

21             MR. McGOVERN:  Right.

22             THE COURT:  And that is whether we question the

23   venire on -- whether we tell -- what we tell the venire about

24   the remand and the prior -- and what we tell -- in effect,

25   what we tell the venire about what happened in the first case

Mapou - Recross/Burt

1  where the defendant received the death penalty from the jury

2  and what we say about the reasons why -- the reason why the

3  case was sent back for a second penalty phase.

4          My concern is -- as long as we're discussing it, my

5  concern is that if we don't advise the venire about this,

6  they're going to know about it anyway by virtue of just being

7  out in the world and they tell someone that they're on this --

8  they're being considered for this case, someone may just say,

9  well, that's the case where the death penalty was imposed and

10 then there was a reversal, and the penalty portion has to be

11 retried.

12         So on that, I need to have your views as to what we

13 do, how we do it.

14         MR. McGOVERN:  Okay.

15         THE COURT:  If we do it.  But I'm inclined to do it.

16         MR. McGOVERN:  Well, thank you for advising me.  I

17 would imagine that's something you all have spoken to --

18 spoken about this issue in other instances where the

19 government wasn't present.  But I will definitely --

20         THE COURT:  I had mentioned it at an ex parte on

21 something else, and it's something that I needed to raise with

22 everybody as I said at that time.  And according to Mr. Stern,

23 he has done -- there is something in the proposal on that

24 subject.

25         MR. STERN:  Correct.  We have incorporated questions

Mapou - Recross/Burt

1    addressing those issues.  I'm not saying you will like them or

2    not like them, but there are questions addressing those issues

3    that at least raise the issue between us, and we can then talk

4    about --

5              MR. McGOVERN:  Well, we'll work on it.

6              THE COURT:  All right.  And another point is that in

7    introducing the subject to the venire, there's a question --

8    the question is, what do I say in introducing the case to the

9    venire before the venire members fill out the questionnaire.

10             So that's something that you all should also be in

11   discussion about.

12             MR. McGOVERN:  Okay.

13             THE COURT:  All right.

14             MR. McGOVERN:  Thank you.

15             THE COURT:  Is there anything else for today?

16             Yes.

17             MR. BURT:  Your Honor, just one question about the

18   exhibits, and especially in light of the court's order

19   regarding the briefing.  There was some discussion among us

20   that the court might like to see the AAIDD manual that was in

21   existence at the time Atkins was decided.  And we have not

22   formally marked that as an exhibit but if there is no

23   objection, I would put in a full copy of that manual as

24   Exhibit W.

25             THE COURT:  Is there any objection?

Mapou - Recross/Burt

1      MR. McGOVERN:  Absolutely not.

2      THE COURT:  All right.  Exhibit W is received into

3  evidence without objection.

4      (Defendant's Exhibit W received in evidence.)

5      MR. BURT:  And then the second question is, did the

6  court want -- I know the court said to put all the exhibits up

7  on ECF, which we'll do.  Did the court also want these in hard

8  copy?  Should we take these exhibits --

9      THE COURT:  I think -- well, let me get some advice

10  on this.  In terms of the books, I don't know that they should

11  be put up on ECF.  Is there a desire to put them up on ECF or

12  just provide them to the court?

13      MR. McGOVERN:  We have no -- we have no opinion on

14  that.  I don't think -- there's no reason that we would want

15  to see the books on ECF.

16      THE COURT:  I don't think so.

17      MR. BURT:  I think the problem with getting that

18  large documents --

19      THE COURT:  We don't want to you do that.  We don't

20  want to clutter the electronic record with the books.  The

21  books are available.  They should be provided to the court by

22  the party that introduced the book.

23      MR. BURT:  Okay.

24      THE COURT:  And that way we can avoid putting a lot

25  of material on ECF that can be simply more easily accessed by

Mapou - Recross/Burt

1   reading it.  All right?

2          MR. BURT:  Yes.

3          THE COURT:  Everything else should be put on ECF,

4   the articles and the other exhibits, the demonstrative

5   exhibits, everything that's been admitted in evidence.  And

6   you should consult with each other so that you have an

7   understanding, mutual understanding on exactly what you all

8   agreed to.

9          MR. BURT:  Okay.

10         THE COURT:  Okay?

11         MR. BURT:  Thank you.

12         THE COURT:  Is there anything else from you,

13  Mr. Stern?

14         MR. STERN:  There is.  I know it's mundane but as

15  you're painfully aware, there's mountains of these binders

16  here.

17         THE COURT:  Yes.

18         MR. STERN:  If it were possible, we would like to

19  pull a car up in front of the courthouse instead of schlepping

20  them across garage.  I don't know if you have control over

21  that, but if you do or you know who does.

22         THE COURT:  Are you challenging whether -- is this a

23  test as to whether I can arrange to have a car pull up in

24  front of the courthouse?  I think, I think I could do it.

25         MR. STERN:  Good.

Mapou - Recross/Burt

1           THE COURT:  When do you want it done?

2           MR. STERN:  2:30.

3           THE COURT:  All right.  Is there anything else from

4    you, Mr. Burt?

5           MR. BURT:  No.

6           THE COURT:  Anything from the government?

7           THE PLAINTIFF:  No, your Honor.  We have a binder

8    for the court of all the exhibits and exhibit lists, but

9    we'll -- it just needs to be updated from today and we'll

10   provide it to the court.

11          THE COURT:  All right, Mr. McGovern and Ms. Cohen

12   and Mr. Burt, I want to thank you all for the work that you've

13   done on this, and preparing for and conducting the hearing.

14   It's a real challenge and I think you've done a wonderful job.

15   So thank you.  The court thanks you.  Okay.

16          (Adjourned.)

17

18

19

20

21

22

23

24

25

CHARISSE KITT, CRI, CSR, RPR, FCRR
Official Court Reporter

1
                          **I N D E X**

2    **WITNESSES:**                                    **PAGE**

3    Robert L. Denney
     Cross/Burt ..................................1965
4    Redirect/McGovern ...........................2015
     Recross/Burt ................................2020
5
     Robert L. Mapou
6    Direct/Cohen ................................2027
     Cross/Burt ..................................2062
7    Redirect/Cohen ..............................2117

8

9    **DEFENDANT'S EXHIBITS MARKED IN EVIDENCE**

10   U ...........................................2005
     V ...........................................2015
11   W ...........................................2134

12

13   **GOVERNMENT'S EXHIBITS MARKED IN EVIDENCE**

14   103, 104 and 105 ............................2046
     68 and 69 ...................................2126
15   Recross/Burt ................................2123

16

17

18

19

20

21

22

23

24

25

                CHARISSE KITT, CRI, CSR, RPR, FCRR
                     Official Court Reporter

'89 [1] 1977/21

**-**

-- and [1] 2095/8
-- badly [1] 2084/24
-- its [1] 1967/6
-- summary [1] 2074/5
-- we're [1] 2008/8
-------------------------x [2] 1963/2 1963/7

**.**

...of [1] 2124/4
.3 [1] 2002/7
.33 [1] 2000/23
.40 [1] 2002/2

**0**

04-CR-1016 [1] 1963/3

**1**

10 [1] 2118/17
100 [3] 1963/20 2086/12 2095/6
1000 [1] 1963/23
10013 [1] 1964/2
1016 [1] 1963/3
102 [1] 2047/18
103 [7] 2045/11 2045/13 2046/4 2046/8 2046/10 2047/2 2137/14
104 [8] 2045/11 2045/13 2045/24 2046/4 2046/8 2046/10 2046/14 2137/14
105 [6] 2045/12 2046/4 2046/8 2046/10 2047/24 2137/14
11201 [3] 1963/5 1963/16 1964/13
11th [2] 1998/15 2127/5
12 [4] 2011/12 2011/15 2120/24 2121/1
120 [2] 2086/8 2086/12
125 [2] 1969/12 1971/23
126 [2] 1970/19 1971/24
13 years [1] 1982/16
130 [1] 2086/8
14 [2] 2118/17 2118/21 2120/11 2120/13
15 [1] 2116/14
15 points [1] 2096/2
15-point [2] 2087/10 2111/18
151 [1] 2003/17
154 [1] 2099/24
16 [2] 1970/23 1973/22
163 [4] 1984/10 2105/14 2105/22 2105/24
164 [1] 2105/3
165 [1] 1984/12
16th percentile [2] 2086/23 2088/5
17 [2] 1995/2 2121/1
18 [21] 1974/12 1974/23 1978/4 1995/4 2009/1 2010/7 2010/12 2019/11 2020/18 2020/25 2021/1 2021/16 2021/18 2022/12 2022/17 2022/17 2025/15 2074/6 2074/9 2077/25 2079/7
18 years [1] 2010/15
19 [1] 2072/2
1989 [6] 2048/14 2049/16 2108/20 2111/8 2112/4 2121/12
1990 [1] 2111/4
1991 [3] 2048/14 2049/16 2111/9
1992 [1] 1969/19
1994 [4] 2102/10 2103/6 2103/9 2104/5
1997 [1] 2113/21
1998 [2] 2048/13 2049/16

**2**

2.34 [1] 2003/23
2.7 [1] 2118/21
20 [7] 2025/9 2040/17 2040/17 2072/2
2093/25 2097/7 2127/7
20-years [1] 2073/13
20-something [1] 1994/1
200 [1] 1984/9
2000 [2] 2049/1 2049/20
2002 [1] 1998/18
2003 [10] 1974/24 1975/23 1976/5 1977/11 1977/22 1977/23 1978/1 2080/2 2112/11 2112/24
2005 [2] 2081/4 2082/3
2006 [4] 2014/22 2105/3 2106/4 2116/9
2008 [1] 1998/12
2009 [2] 2003/13 2115/7
2010 [2] 1990/25 1998/12
2012 [5] 1963/6 1995/4 2047/16 2049/21 2108/20
21 [1] 2040/17
21 percent [1] 2113/25
21st [1] 2127/3
22 [2] 2040/18 2094/5
225 [2] 1963/4 1964/12
23 [4] 2038/24 2094/3 2094/8 2122/1
25 [1] 1995/2
25 percent [1] 2000/5
25 points [1] 2095/20
26.2 [1] 2006/5
260 [1] 1984/8
260 hours [1] 2005/18
2606 [1] 1964/13
262 [1] 1984/7
2696 [1] 1964/14
271 [1] 1963/15
29 [1] 2075/12
2:30 [1] 2136/2

**3**

30 [2] 2009/2 2014/12
30 days [1] 2009/1
30 seconds [1] 2075/22
31 [1] 2040/4
318 [2] 2113/12 2113/13
320 [1] 2113/20
327 [2] 2113/6 2115/3
334 [1] 2116/1
335 [5] 2117/25 2118/1 2118/4 2118/9 2123/12
336 [3] 2123/11 2123/12 2123/12
344 [1] 2082/23
35 [1] 2074/2
35-page [1] 2034/4
3:30 [2] 2007/17 2007/20

**4**

40 [1] 2009/1
400 [1] 1963/23
41 [1] 1966/8
44 [1] 1979/21
45 days [1] 2009/2
45 minutes [1] 2007/22
47 [1] 2091/13
4th [1] 2127/4

**5**

50 [4] 1974/12 2035/6 2127/6 2127/9
501 [1] 1963/20
51 [3] 1996/24 2084/25 2085/4

**6**

60 [8] 1995/13 2008/24 2034/19 2035/6 2085/22 2120/10 2120/12 2120/13
60s [3] 1992/23 1994/17 1994/21
613-2606 [1] 1964/13
613-2696 [1] 1964/14
62 [1] 2046/23
63 [2] 1993/7 2087/9
65 [1] 2087/7
67 [1] 1993/7
68 [4] 2126/13 2126/17 2126/19 2137/14
69 [4] 2126/14 2126/17 2126/19 2137/14

**7**

70 [9] 1990/20 2035/6 2053/5 2087/8 2095/6 2096/8 2129/5 2129/8 2129/10
70s [1] 2034/18
718 [2] 1964/13 1964/14
76 [2] 1992/20 1996/8
78 [1] 1995/2
78 percent [2] 2113/25 2114/2

**8**

80 [4] 2000/24 2002/2 2046/23 2047/13
81 [1] 1967/6
84 [1] 2119/1
84th percentile [1] 2111/5
85 [4] 2047/17 2086/23 2086/24 2095/9
86 [1] 2119/1
863 [2] 2118/2 2118/14
89 [2] 2000/24 2002/2
8th [1] 1964/2

**9**

90 [4] 1966/2 1967/13 1967/20 2120/11
90 days [1] 2008/24
90 percent [1] 1966/15
90-day [1] 2009/6
93 [1] 2047/14
94103 [1] 1963/23
95 [3] 1967/17 1967/21 2096/9
95 percent [4] 1966/2 1966/14 1966/18 1967/14
96 [1] 2051/7
97 [1] 2062/4
98 [1] 2051/22
99 [2] 1964/2 2025/7
9:00 [1] 1963/7
9:30 [3] 2007/16 2007/16 2007/20

**A**

a -- of [1] 1978/3
A-n-a-s-t-a-s-i [1] 2052/4
A.M [1] 1963/7
AAIDD [11] 2017/2 2017/7 2025/16 2066/20 2069/3 2087/21 2089/7 2091/12 2128/19 2129/3 2133/20
ABAS [2] 2073/1 2073/5
abilities [9] 1991/24 2013/3 2034/17 2038/25 2053/25 2094/9 2096/10 2109/15 2121/24
ability [21] 1984/17 1984/18 1994/8 2016/6 2016/22 2018/14 2018/14 2018/25 2024/16 2036/6 2036/9 2042/24 2043/3 2075/6 2075/14 2091/25 2094/10 2108/1 2108/2 2109/10 2121/25
able [7] 2008/19 2033/22 2035/18 2057/4 2058/17 2066/17 2082/13
abnormalities [3] 2082/2 2082/3 2082/5
about [122] 1966/2 1966/13 1967/25 1968/5 1969/9 1970/3 1970/23 1972/19 1972/22 1976/3 1980/10 1981/3 1982/13 1982/14 1982/18 1982/22 1982/24 1983/7 1985/11 1985/11 1992/8 1994/6 1994/12 1996/18 1998/25 1999/11 1999/22 2000/5 2001/11 2003/4 2003/5 2004/20 2007/17 2007/22 2008/11 2008/15 2011/13 2015/15 2015/16 2015/20 2015/21 2016/13 2016/13 2016/19 2017/2 2017/19 2017/21 2022/12 2022/16 2022/20 2022/21 2022/22 2023/4 2028/3 2030/7 2031/7 2033/23 2033/24 2035/10 2035/22 2039/8 2040/19 2041/5 2043/19

**A**

**about... [58]** 2046/23 2051/16 2051/21
2055/2 2055/11 2056/7 2056/13 2067/7
2067/13 2068/3 2068/17 2068/24 2070/9
2070/11 2070/23 2076/24 2081/6 2085/17
2086/6 2086/16 2086/25 2087/14 2090/20
2090/21 2092/24 2094/20 2095/17 2099/16
2100/24 2102/19 2102/22 2103/1 2103/3
2105/4 2106/6 2107/14 2107/15 2108/15
2111/18 2118/1 2119/10 2119/12 2121/1
2121/4 2121/10 2121/10 2121/22 2122/3
2124/7 2131/23 2131/25 2132/2 2132/5
2132/6 2132/18 2133/4 2133/11 2133/17
**above [9]** 2039/19 2050/25 2051/2 2053/15
2053/21 2057/25 2081/14 2128/25 2129/8
**absence [2]** 2015/24 2016/1
**absolutely [10]** 1972/10 2006/6 2006/10
2012/9 2018/25 2059/3 2069/11 2070/1
2091/9 2134/1
**abstract [1]** 2038/20
**academic [29]** 2018/4 2022/2 2022/9 2022/12
2022/20 2030/11 2030/25 2032/14 2032/16
2032/16 2034/13 2034/19 2035/4 2036/10
2054/16 2054/25 2058/7 2058/11 2061/4
2063/12 2064/22 2065/1 2065/18 2065/24
2066/9 2068/10 2076/10 2114/10 2114/10
**academics [6]** 2017/16 2017/25 2019/12
2021/19 2021/20 2022/24
**acceptance [1]** 2003/21
**access [1]** 2074/20
**accessed [1]** 2134/25
**accidents [1]** 1977/13
**accommodations [1]** 2076/2
**according [3]** 2034/10 2066/4 2132/22
**account [14]** 1978/18 1979/16 1995/22
2004/22 2032/3 2049/19 2059/14 2060/1
2060/14 2080/1 2088/9 2114/7 2124/23
2129/25
**accounted [4]** 2063/5 2063/11 2069/7 2120/9
**accounts [1]** 2088/15
**accumulating [1]** 2039/15
**accumulation [1]** 2105/10
**accuracy [2]** 2075/18 2097/5
**accurate [8]** 2044/10 2094/9 2096/10 2099/3
2100/25 2105/9 2109/18 2121/23
**achievement [7]** 1976/15 2016/2 2016/3
2058/2 2085/12 2086/11 2087/23
**acknowledge [1]** 2119/15
**acknowledged [1]** 2091/12
**acknowledging [1]** 2125/14
**across [11]** 1985/17 2001/15 2001/17 2012/5
2027/16 2060/18 2096/24 2111/22 2123/8
2123/22 2135/20
**acting [2]** 2024/20 2024/21
**actively [1]** 2126/6
**activities [3]** 2066/1 2066/1 2068/15
**actual [1]** 2044/6
**actually [44]** 1966/15 1973/6 1974/19
1986/19 1986/22 1989/20 1992/15 2000/5
2000/23 2004/7 2006/3 2007/12 2012/17
2020/17 2028/8 2036/2 2036/4 2041/19
2044/8 2045/15 2048/12 2050/4 2050/23
2051/10 2051/20 2052/9 2053/24 2056/22
2058/17 2060/24 2075/13 2075/20 2079/6
2079/15 2079/24 2081/12 2097/4 2098/22
2106/6 2108/19 2108/21 2120/19 2121/4
2121/7
**adapted [1]** 2116/14
**adaptive [31]** 2010/16 2017/3 2017/6
2020/20 2020/24 2021/14 2021/17 2022/16
2024/22 2025/13 2025/14 2063/23 2064/1
2064/9 2064/12 2064/17 2065/11 2069/2
2072/21 2089/14 2089/14 2091/15 2091/16

2091/24 2092/3 2092/4 2092/8 2092/10
2092/11 2092/16 2136/3
**add [3]** 2075/3 2101/24 2131/8
**added [2]** 2050/2 2086/3
**adding [1]** 2076/20
**addition [5]** 2003/24 2029/24 2049/6 2079/4
2130/19
**additional [3]** 1972/23 2085/15 2131/19
**address [2]** 2093/21 2127/16
**addressed [1]** 1993/14
**addressing [2]** 2133/1 2133/2
**adequate [7]** 2030/12 2039/19 2076/14
2077/19 2078/15 2091/1 2098/18
**ADHD [52]** 2027/16 2027/19 2028/17 2029/4
2029/8 2029/10 2029/23 2029/19 2029/25
2032/3 2033/16 2033/19 2033/20 2034/1
2044/19 2044/21 2045/1 2047/20 2048/2
2063/16 2069/8 2069/11 2069/15 2069/16
2070/7 2070/15 2070/17 2074/14 2074/16
2074/18 2074/20 2074/23 2076/20 2078/1
2079/5 2079/8 2079/12 2079/20 2081/17
2082/4 2090/19 2090/20 2090/21 2090/23
2092/15 2092/21 2093/6 2093/10 2093/13
2119/25 2120/6 2120/12
**Adjourned [1]** 2136/16
**adjustment [7]** 2000/6 2000/23 2003/3
2003/9 2003/23 2022/25 2130/4
**adjustments [1]** 2001/22
**administer [3]** 2073/8 2101/13 2101/19
**administered [4]** 2044/5 2048/25 2102/24
2113/21
**administering [1]** 1973/19
**administering -- well [1]** 1973/19
**administration [12]** 1969/21 1969/24 1970/6
1970/8 1971/6 1981/10 2005/6 2007/21
2101/9 2101/17 2105/11 2112/16
**administrator [2]** 2129/17
**admission [2]** 2071/6 2071/7
**admissions [1]** 2125/9
**admit [1]** 2059/1
**admitted [3]** 2014/25 2046/8 2135/5
**Adolescent [1]** 2116/7
**adolescents [4]** 1973/21 2027/19 2102/18
2118/22
**adult [5]** 2036/8 2038/19 2049/14 2059/7
2116/7
**adults [19]** 1974/12 2027/19 2028/16 2029/8
2029/10 2056/25 2066/15 2075/9 2075/16
2077/15 2102/19 2106/11 2106/11 2106/21
2106/21 2111/14 2113/21 2118/22 2125/4
**advice [1]** 2134/9
**advise [1]** 2132/5
**advised [1]** 2071/19
**advising [1]** 2132/16
**advocating [2]** 2094/12 2096/3
**affect [7]** 2016/8 2031/12 2096/14 2106/9
2124/18 2130/1 2130/11
**affected [7]** 1985/7 2019/9 2044/19 2044/25
2047/20 2059/4 2081/15
**affecting [2]** 2030/10 2031/11
**affects [2]** 2019/11 2061/10
**affiliated [1]** 2027/10
**afraid [1]** 2023/1
**after [18]** 1971/16 1976/18 1979/8 1981/10
1982/12 1982/24 2010/12 2011/17 2012/18
2015/10 2050/17 2078/5 2081/22 2106/10
2106/20 2107/16 2107/19 2124/2
**afternoon [2]** 2016/25 2019/7
**afterwards [1]** 1972/23
**again [51]** 1968/18 1970/8 1974/2 1977/12
1978/22 1979/1 1983/20 1991/14 2000/25
2010/20 2011/15 2016/18 2020/8 2029/22
2033/25 2037/4 2038/18 2043/18 2048/5

2048/9 2049/21 2049/22 2050/13 2054/9
2056/20 2058/25 2059/1 2061/3 2065/13
2067/7 2068/5 2075/11 2075/14 2083/16
2083/18 2088/2 2091/18 2101/6 2101/19
2106/14 2108/5 2108/10 2109/4 2114/8
2116/8 2117/1 2117/4 2120/2 2120/19 2123/9
2125/10
**against [1]** 2083/16
**age [41]** 1973/14 1974/1 1974/12 1974/21
1974/22 1974/23 1975/19 1976/6 1977/9
1978/4 1979/18 1979/19 1980/8 2010/7
2011/1 2011/5 2011/11 2012/2 2019/9
2019/14 2020/8 2021/18 2022/12 2022/12
2022/17 2024/3 2024/6 2066/2 2074/6
2098/25 2112/19 2112/19 2112/23 2113/1
2120/10 2120/11 2120/12 2120/13 2120/24
2121/1 2121/1
**aged [4]** 1996/20 2023/6 2106/11 2106/21
**AGENT [1]** 1964/7
**ages [11]** 1970/20 1972/5 1973/16 1973/21
1978/15 1978/24 2010/18 2010/19 2020/22
2021/12 2023/5
**ago [5]** 1975/14 1980/13 2006/9 2071/1
2103/15
**agree [54]** 1971/24 1972/8 1972/13 1973/24
1974/15 1974/16 1974/18 1974/21 1974/25
1975/3 1975/16 1976/4 1976/8 1978/23
1981/20 1982/4 1982/4 1985/15 1986/13
1987/14 1988/21 1990/2 1990/8 1990/13
1990/18 1990/24 1999/18 2000/8 2001/13
2003/8 2004/19 2010/4 2011/22 2013/10
2013/16 2056/12 2065/20 2066/11 2067/6
2080/19 2082/8 2090/7 2099/13 2100/4
2100/11 2100/11 2101/18 2110/16 2112/23
2114/12 2115/19 2122/18 2123/24 2125/1
**agree that [1]** 1990/2
**agreed [5]** 1985/2 1985/6 2085/17 2115/16
2135/8
**agreeing [4]** 1981/15 1981/18 1998/20
1998/21
**agrees [2]** 1970/17 2004/14
**ahead [4]** 2014/19 2046/12 2057/11 2117/19
**aid [1]** 2045/16
**aided [1]** 1964/15
**Alan [2]** 2039/8 2043/18
**alike [1]** 2035/21
**alive [1]** 2125/24
**all [115]** 1965/9 1969/16 1971/1 1971/7
1976/1 1977/3 1979/6 1979/7 1979/13
1979/16 1979/19 1979/20 1986/25 1988/18
1988/22 1988/22 1989/11 1989/19 1991/15
1995/22 1998/20 2000/3 2004/15 2004/24
2005/10 2007/2 2007/14 2009/14 2014/13
2014/24 2015/10 2015/13 2019/22 2021/6
2025/19 2025/21 2026/8 2026/20 2026/24
2027/2 2029/22 2030/2 2032/6 2032/19
2033/25 2036/10 2036/11 2037/5 2037/10
2037/25 2038/8 2042/5 2042/6 2046/7
2046/16 2047/12 2047/25 2049/7 2049/9
2050/15 2052/4 2052/11 2052/11 2052/13
2052/20 2053/20 2055/2 2055/3 2057/20
2058/7 2059/20 2061/4 2064/15 2064/20
2069/11 2070/2 2071/16 2074/8 2077/24
2083/2 2084/11 2084/12 2088/18 2089/5
2089/10 2089/21 2092/22 2097/14 2097/22
2100/8 2105/14 2109/14 2111/8 2117/10
2118/6 2119/9 2125/17 2126/23 2127/16
2130/24 2131/4 2131/7 2131/18 2132/17
2133/6 2133/10 2133/13 2134/2 2134/6
2135/1 2135/7 2136/3 2136/8 2136/11
2136/12
**allocated [1]** 2007/23
**allow [5]** 1971/14 1971/15 2045/4 2055/18

**A**

allow... [1] 2096/15
allows [1] 2042/10
almost [4] 2084/7 2089/23 2108/21 2131/18
alone [3] 2114/8 2114/24 2114/25
along [3] 1987/7 2080/25 2106/14
already [9] 1970/4 2034/7 2048/1 2051/6
 2051/9 2051/23 2053/8 2062/2 2106/6
also [67] 1964/6 1989/6 1991/7 1992/7
 1997/13 1997/21 2001/4 2009/25 2010/12
 2017/5 2023/15 2027/20 2028/20 2029/9
 2029/12 2031/3 2031/5 2032/13 2033/15
 2033/21 2035/9 2036/17 2036/22 2037/17
 2037/23 2038/25 2043/1 2043/6 2045/6
 2049/6 2051/22 2051/24 2057/16 2059/13
 2065/3 2065/8 2066/3 2073/3 2074/24
 2076/23 2078/3 2078/14 2078/15 2078/25
 2079/3 2079/21 2081/4 2084/3 2090/7
 2095/23 2099/17 2101/21 2106/17 2108/10
 2109/18 2111/14 2114/12 2116/13 2116/24
 2119/10 2121/10 2121/21 2121/21 2124/23
 2130/10 2133/10 2134/7
although [13] 1974/6 1989/5 2001/20 2009/6
 2018/5 2018/8 2053/10 2064/9 2079/18
 2082/2 2095/25 2101/6 2108/21
always [9] 1974/6 2009/15 2009/21 2039/2
 2084/7 2087/13 2098/16 2111/8 2125/15
am [14] 1990/4 2003/15 2004/6 2021/11
 2027/8 2027/24 2028/1 2029/5 2056/1
 2064/19 2066/22 2087/25 2088/2 2117/1
Amendment [1] 2128/13
AMERICA [1] 1963/2
American [2] 1998/16 2028/2
AMMR [1] 1969/19
among [11] 1973/21 2003/18 2042/14
 2053/24 2058/19 2095/21 2100/22 2103/16
 2104/4 2108/25 2133/19
amount [4] 1987/17 2000/4 2002/6 2125/6
analysis [16] 1998/22 1998/23 2016/16
 2020/11 2021/17 2036/17 2042/9 2042/9
 2051/14 2064/10 2093/15 2093/16 2093/25
 2094/4 2105/16 2109/17
analytic [3] 1989/15 1989/18 1989/9
analyze [3] 2038/16 2129/2 2129/15
analyzed [1] 2050/4
Anastasi [1] 2052/4
Anne [1] 2052/4
another [24] 1969/22 1978/8 1979/3 1979/4
 1985/1 1985/12 2021/4 2032/2 2040/4 2044/5
 2045/12 2049/21 2054/14 2058/20 2063/5
 2063/11 2065/13 2068/22 2082/16 2088/12
 2088/21 2099/8 2125/8 2133/6
answer [9] 1970/1 1970/2 1971/2 1971/17
 2008/10 2030/17 2035/22 2066/18 2097/24
answers [1] 1970/12
any [47] 1976/22 1980/3 1981/21 1983/7
 1983/9 1983/17 1983/20 1984/22 1991/22
 1992/22 1999/17 2003/3 2005/5 2009/21
 2011/24 2013/4 2014/15 2018/14 2025/3
 2025/4 2025/7 2029/21 2046/5 2052/17
 2053/6 2057/17 2057/18 2063/12 2069/1
 2072/18 2074/11 2080/17 2081/22 2087/25
 2102/20 2102/24 2103/4 2110/12 2121/3
 2121/18 2124/19 2126/15 2126/21 2127/4
 2127/7 2127/14 2133/25
anybody [3] 1995/16 2025/5 2114/17
anymore [3] 2036/14 2056/7 2108/23
anything [15] 1973/13 1991/24 1992/1
 2019/24 2038/20 2081/6 2089/23 2117/2
 2125/18 2126/10 2126/23 2133/15 2135/12
 2136/3 2136/6
anyway [1] 2132/6
anywhere [1] 1979/17 2076/25

apart [1] 1977/20
apologize [2] 2084/4 2097/16
apparent [2] 2073/2 2109/2
appear [5] 1971/9 2001/21 2049/7 2065/22
 2074/18
appearance [1] 2013/4
Appearances [1] 1965/9
appears [2] 2009/20 2011/18
applicability [1] 2004/17
application [2] 1992/25 2004/20
applied [2] 2014/22 2072/6
applies [1] 2098/24
apply [20] 1984/18 2000/6 2000/9 2000/10
 2001/16 2001/17 2010/24 2022/3 2052/19
 2087/22 2097/20 2103/21 2108/2 2108/16
 2109/25 2128/6 2128/15 2129/7 2129/22
 2130/3
applying [1] 1991/20 1992/4 1999/22
 2001/15 2002/15 2016/11 2076/2
appreciate [1] 2073/17
appreciated [2] 2127/8 2127/9
approach [3] 1969/4 2006/21 2073/23
Approaching [2] 1969/5 2006/23
appropriate [7] 1966/14 2023/9 2052/17
 2067/24 2068/15 2085/16 2098/9
appropriately [2] 2066/18 2119/3
appropriateness [1] 1996/25
approved [1] 2072/6
approximately [5] 2007/18 2129/4 2129/5
 2129/6 2129/10
are [198]
are performance [1] 2114/14
area [21] 1968/19 1968/20 1969/20 2002/14
 2005/20 2011/18 2018/7 2018/25 2021/24
 2027/25 2029/25 2031/7 2039/20 2050/17
 2053/5 2055/9 2064/22 2087/21 2089/24
 2090/1 2095/14
areas [32] 1992/5 2017/5 2017/10 2017/11
 2017/15 2017/21 2017/24 2018/12 2021/11
 2021/15 2029/12 2029/15 2029/20 2031/5
 2031/6 2031/7 2034/5 2043/22 2043/22
 2056/14 2056/15 2065/7 2067/5 2069/11
 2089/14 2094/10 2095/20 2095/21 2121/5
 2121/25 2127/18 2130/14
argue [8] 1998/10 2048/21 2049/15 2049/18
 2098/20 2099/3 2108/10 2117/1
argued [2] 2099/25 2100/17
arguing [1] 2115/8
argument [10] 2000/12 2002/16 2092/15
 2092/20 2092/23 2093/5 2100/24 2108/15
 2109/24 2115/10
arguments [5] 2002/17 2002/24 2007/7
 2089/20 2130/15
arithmetic [2] 2016/4 2031/8
arose [1] 2066/6
around [13] 1976/23 2034/19 2035/5 2035/6
 2038/8 2041/8 2041/13 2041/18 2046/23
 2047/14 2068/7 2094/14 2131/9
arrange [1] 2135/23
arrangement [2] 2037/2 2043/5
arranging [1] 2037/3
article [28] 1986/24 1987/1 1987/5 1987/10
 1987/12 1990/3 1990/24 1991/1 1997/10
 1997/11 1997/13 1998/1 1998/2 1998/8
 2000/17 2000/22 2001/21 2004/6 2004/12
 2005/22 2007/3 2013/1 2014/20 2099/20
 2099/21 2100/9 2102/16 2116/3
articles [10] 1986/18 1997/14 1997/25
 2005/16 2005/21 2006/2 2006/16 2007/5
 2029/6 2135/4
articulating [1] 2021/25
articulation [1] 2033/10
as [207]
aside [5] 2007/13 2064/23 2065/3 2098/3

2098/22
modulation [1] 2033/24
monitoring [1] 2097/20 2097/24 1978/22
1978/22 1987/9 2006/19 2040/19 2042/5
 2056/1 2072/22 2100/8 2102/15 2119/10
 2127/22
asked [22] 1971/15 1975/13 2017/9 2031/23
 2031/23 2031/25 2057/17 2057/20 2058/24
 2063/9 2085/17 2100/6 2119/11 2119/12
 2121/10 2121/10 2121/22 2122/3 2122/4
 2122/7 2122/7 2130/23
asking [5] 1985/2 1985/6 2004/14 2021/10
 2067/21
aspect [3] 1980/23 2064/9 2089/14
aspects [2] 2031/13 2073/3
assembly [5] 2037/9 2037/10 2038/4 2043/5
 2049/23
assess [1] 1976/21 1977/4 2069/1 2069/7
 2099/11
assessed [2] 2092/2 2092/6
Assessing [1] 2116/7
assessment [6] 1980/4 1998/15 2027/18
 2032/14 2052/2 2052/3 2071/2 2071/3 2071/4
 2083/9 2091/23 2092/4 2092/5 2102/5 2105/9
 2115/8
assessments [4] 1974/9 1980/1 2003/22
 2096/22
assignment [1] 2063/3
Assistant [1] 1963/15
assisting [1] 2072/5
associate [1] 2054/13
associated [1] 2061/12
Association [1] 1998/16
assume [2] 2042/1 2130/24
assumed [1] 2091/25
assuming [4] 2100/25 2112/15 2124/13
 2124/13
assumption [1] 2089/6
Assumptions [1] 2124/7
assure [1] 1997/3
asymptote [1] 2101/14
athletes [1] 2031/19
Atkins [10] 2003/21 2004/20 2004/21
 2073/14 2099/21 2099/25 2127/25 2128/9
 2128/17 2133/21
Atlanta [1] 2028/7
attached [1] 2006/17
attack [1] 2107/21
attempt [1] 2006/1
attention [18] 2005/16 2005/17 2005/22
 2027/15 2029/25 2036/6 2036/21 2037/14
 2037/17 2037/24 2042/23 2043/8 2043/13
 2044/14 2076/21 2078/11 2093/12 2117/22
attenuated [1] 2104/2
Attorney [2] 1963/14 1963/15
attorneys [4] 2005/19 2007/6 2013/8 2013/14
attribute [2] 2020/16 2024/7
attributed [2] 2021/4 2023/24
auditory [2] 2042/23 2044/14
authored [2] 1968/9 1968/12
authors [2] 1989/17 2004/5
authors' [1] 1989/19
automatic [1] 2056/6
availability [1] 2091/2
available [6] 1997/8 2004/6 2076/17 2076/22
 2116/20 2134/21
average [55] 2002/7 2022/7 2025/11 2035/2
 2035/3 2035/5 2039/19 2040/9 2040/9
 2047/22 2050/24 2050/25 2050/25 2051/1
 2051/1 2051/2 2053/14 2053/15 2053/21
 2053/21 2054/6 2054/20 2054/22 2055/3
 2055/3 2057/25 2058/1 2062/13 2062/13
 2071/17 2071/18 2075/20 2075/23 2083/17
 2086/5 2086/11 2086/12 2086/19 2086/21
 2088/4 2092/16 2092/17 2095/10 2095/13

# A

average... [11]  2095/15 2096/9 2096/14
2102/17 2111/8 2120/10 2120/11 2120/12
2120/14 2120/25 2121/16
averaged [1]  2096/9
averaging [1]  2095/4
avoid [1]  2134/24
aware [4]  2064/11 2087/25 2088/2 2135/15
away [7]  1981/9 1982/12 1982/25 2095/14
2099/11 2123/10 2129/5
awhile [1]  2006/9

# B

back [25]  1972/20 1979/1 1999/20 2004/11
2011/13 2011/20 2012/1 2012/2 2016/12
2020/17 2023/13 2033/14 2041/3 2042/24
2048/10 2053/3 2057/5 2058/4 2067/7 2080/2
2107/11 2108/25 2111/3 2123/12 2132/3
background [6]  2028/4 2057/14 2060/2
2060/5 2060/14 2083/17
backing [1]  2100/18
backwards [2]  1974/4 2036/8
bad [3]  2016/19 2016/23 2016/23
badly [1]  2084/24
band [3]  1966/18 1966/20 1966/21
bands [2]  2000/1 2001/6
Barkley [1]  2055/11
barring [2]  1977/13 1977/15
based [52]  1996/25 2001/25 2006/15 2007/9
2020/20 2031/10 2032/19 2032/24 2033/2
2034/11 2034/21 2038/25 2039/5 2039/12
2039/23 2043/15 2050/23 2052/1 2052/14
2054/2 2054/5 2054/24 2059/4 2059/13
2060/20 2061/2 2062/16 2064/21 2067/9
2073/24 2074/16 2075/16 2076/15 2077/19
2079/13 2079/15 2079/16 2079/21 2080/10
2083/4 2083/13 2083/19 2084/10 2084/19
2090/17 2090/24 2094/4 2095/11 2096/24
2098/25 2114/23 2114/25
basic [3]  1988/20 2055/17 2089/6
basically [2]  2020/18 2094/12
basis [9]  2002/7 2033/18 2034/3 2034/3
2092/22 2093/11 2097/19 2117/7 2124/8
be [194]
bear [1]  2075/11
became [4]  2023/7 2024/11 2076/4 2077/10
because [101]  1972/16 1973/4 1973/15
1973/16 1975/24 1976/5 1976/13 1976/17
1980/2 1980/9 1980/14 1980/25 1981/10
1981/21 1987/20 1989/4 1992/10 1996/15
2001/7 2002/4 2006/1 2010/11 2010/24
2011/20 2013/19 2016/18 2018/9 2018/21
2019/20 2022/3 2022/22 2023/4 2023/23
2024/15 2025/9 2027/21 2028/17 2031/20
2031/21 2041/4 2043/13 2043/20 2044/12
2045/16 2048/22 2052/15 2052/24 2053/11
2054/4 2055/9 2056/10 2058/16 2063/15
2067/25 2068/5 2069/21 2072/5 2072/22
2076/16 2077/16 2077/22 2079/1 2080/13
2080/24 2081/2 2081/10 2081/21 2082/25
2084/2 2084/8 2087/7 2090/20 2092/25
2092/18 2092/24 2093/9 2094/6 2094/9
2096/12 2097/4 2098/1 2098/10 2101/20
2104/2 2105/10 2106/6 2106/15 2108/16
2108/23 2109/18 2110/21 2111/14 2112/4
2112/12 2115/13 2115/24 2120/7 2121/24
2122/9 2124/18 2126/2
become [2]  2009/7 2056/6
becomes [6]  1973/4 1984/16 2044/9 2069/12
2105/9 2107/25
been [67]  1965/3 1970/5 1970/18 1986/1
1988/15 1990/9 1990/14 1990/23 1990/25
1991/6 1992/4 1992/12 1994/1 1994/2
1995/19 1995/20 1997/2 1997/8 2000/12
2016/6 2017/1 2019/12 2029/9/306
2032/12 2032/15 2035/9 2035/23 2036/14
2041/6 2044/4 2044/5 2048/24 2049/17
2049/24 2050/8 2052/1 2057/12 2059/18
2059/20 2068/18 2068/22 2071/10 2072/2
2072/6 2072/8 2073/12 2077/8 2079/18
2081/16 2082/6 2102/2 2102/23 2106/2
2108/9 2109/20 2112/4 2112/9 2125/3 2126/3
2128/2 2129/24 2130/12 2130/17 2130/17
2130/23 2135/5
before [16]  1963/9 1971/10 1978/10 1979/3
2002/14 2015/7 2015/13 2020/15 2021/1
2025/15 2031/7 2051/20 2074/6 2088/9
2108/9 2133/9
began [4]  2041/8 2041/13 2042/4 2042/8
begin [2]  2053/11 2113/14
beginning [2]  2006/12 2018/3 2037/20
2065/15
begins [2]  2094/4 2107/11
behalf [1]  1965/10
behave [1]  2024/16
behavior [13]  2008/9 2023/6 2023/10 2025/6
2025/10 2025/13 2055/19 2069/22 2072/21
2091/24 2092/3 2092/5 2092/8
behavioral [7]  2012/14 2055/17 2065/21
2066/8 2066/14 2069/20 2112/6
behaviorally [1]  2093/11
behaviors [3]  2023/7 2024/2 2063/14
behind [3]  2021/21 2040/15 2120/5
being [17]  1977/3 1978/4 1987/1 1987/2
1987/21 1991/2 2010/6 2033/21 2039/8
2039/14 2057/4 2062/19 2079/10 2104/5
2122/7 2132/6 2132/8
beings [1]  2089/9
believe [30]  1967/4 1975/4 1977/21 1983/20
1987/5 1990/22 1993/2 1993/7 1996/21
1998/9 2003/19 2007/16 2014/8 2014/17
2017/14 2019/7 2024/11 2047/14 2050/7
2050/15 2057/25 2057/25 2060/1 2068/20
2073/6 2078/14 2101/6 2101/7 2103/10
2111/10
believed [3]  1991/18 2020/4 2028/25
below [13]  1990/20 2002/2 2034/14 2035/5
2037/16 2053/5 2053/6 2055/3 2083/15
2085/13 2085/21 2086/1 2129/4
benefit [1]  2008/20
benefits [1]  1968/7
benevolence [1]  1970/11
benign [1]  2081/20
best [37]  1977/1 1977/2 1977/5 1986/22
1991/19 1992/4 1992/16 1994/8 1995/19
1996/3 1996/7 2003/2 2011/8 2011/18
2015/17 2015/25 2016/1 2016/5 2016/6
2016/22 2055/10 2063/5 2063/11 2069/7
2074/22 2075/1 2082/5 2091/25 2092/6
2096/16 2096/18 2098/15 2098/21 2112/3
2112/9 2112/10 2112/15
better [21]  2067/6 2011/1 2011/25 2039/23
2044/13 2045/1 2049/16 2054/3 2056/3
2064/24 2077/16 2084/14 2088/9 2088/13
2089/11 2097/4 2097/6 2097/8 2097/11
2097/25 2120/22
between [33]  1968/23 1970/20 1972/5
1973/21 1978/1 1978/15 1978/24 2006/7
2008/6 2015/24 2035/11 2038/23 2039/3
2044/12 2048/15 2057/6 2066/13 2075/6
2081/20 2092/4 2095/4 2095/8 2095/23
2100/1 2100/13 2110/7 2110/13 2110/17
2120/1 2121/12 2124/14 2128/19 2133/3
beyond [2]  1972/24 2108/12
bias [2]  1993/13 1993/16
big [3]  2091/4 2091/6 2117/8
bigger [1]  2111/15
binder [5]  2026/22 2085/1 2105/2 2117/5
2134/19
binders [2]  1987/6 2135/15
birth [1]  2010/7
bit [14]  1988/6 1989/10 2018/6 2047/5
2047/8 2047/11 2050/3 2051/5 2070/23
2077/12 2080/6 2111/6 2119/2 2122/4
bits [3]  1986/23 1987/1 1987/6
black [3]  2025/16 2049/12 2111/16
block [7]  2037/7 2037/8 2038/10 2043/4
2049/5 2050/1 2099/4
blue [5]  1984/3 2046/18 2047/7 2085/1
2102/8
board [7]  2001/15 2001/17 2012/5 2027/23
2027/25 2028/1 2028/2
bonus [1]  1990/13
book [29]  1968/6 1968/9 1969/10 1983/15
1984/3 1986/25 1997/7 2003/2 2003/5 2003/7
2003/8 2017/2 2020/5 2020/9 2029/7 2029/9
2043/19 2070/3 2070/6 2076/13 2077/15
2085/1 2089/7 2090/16 2102/8 2105/3 2105/4
2113/6 2134/22
booklet [2]  2049/12 2049/13
books [6]  2025/4 2077/7 2134/10 2134/15
2134/20 2134/21
borderline [8]  1970/12 2022/7 2025/11
2051/3 2056/17 2060/12 2062/13 2071/15
born [1]  2022/18
borne [1]  1990/23 2002/13
Boston [5]  2028/9 2028/14 2059/2 2059/14
2059/22
both [17]  1966/21 1997/22 1999/18 2002/24
2029/6 2029/12 2031/13 2034/8 2034/22
2047/20 2065/18 2077/18 2079/22 2084/17
2092/7 2115/7 2115/16
bottom [6]  1971/23 2048/7 2093/10 2094/5
2105/24 2106/17
BRADY [3]  1964/1 1964/3 1965/14
brain [16]  1972/17 1973/13 1974/5 1990/19
2018/17 2028/12 2055/16 2055/16 2060/4
2079/13 2079/21 2079/23 2079/24 2081/13
2081/14 2081/15
brain-based [1]  2079/13
Brannan [1]  1963/23
break [2]  2025/24 2026/3
brevity [1]  2127/7
brief [3]  2032/13 2093/25 2127/3
briefing [2]  2127/2 2127/2 2127/4 2127/12
2127/16 2133/19
briefly [3]  1966/1 2015/3 2028/3
briefs [1]  2127/7
bright [1]  2025/8
bring [5]  1970/5 1971/8 2044/21 2070/3
2103/17
bringing [1]  1969/22
broad [4]  2018/13 2018/20 2028/18 2098/13
broader [5]  1970/10 2010/11 2019/12 2069/2
2076/11
broadly [1]  2059/12
Brooklyn [3]  1963/5 1963/16 1964/13
Brookwood [2]  2021/21 2077/9
brought [2]  2005/16 2005/21
Buchsbaum [1]  2082/9
Buchsbaum's [1]  2080/14
bulk [3]  1989/11 2007/22 2027/21
bullet [1]  2094/6
bumped [1]  2109/20
bumper [1]  2068/21
bunch [1]  2090/9
BURT [19]  1963/22 1963/24 1965/13
1965/17 1965/23 1971/22 1978/12 1987/11
1995/8 1996/13 2005/14 2006/4 2006/7
2015/15 2016/25 2019/1 2062/25 2136/4
2136/12

**B**

busy [1]  2130/23

**C**

Cadman [3]  1963/4 1963/15 1964/12
calculated [1]  2040/23
California [3]  1963/23 2054/11 2097/10
call [12]  2016/24 2019/15 2021/15 2023/18
2026/8 2036/3 2043/22 2051/2 2056/18
2071/6 2086/14 2088/16
called [6]  1965/3 1993/12 2005/23 2026/15
2036/13 2042/9 2042/22 2044/17 2047/16
2056/23 2081/10 2097/3 2099/5 2099/8
2105/4 2115/15
calls [2]  2026/11 2043/21
came [7]  1993/2 2008/18 2021/20 2028/24
2041/5 2060/10 2060/11
can [107]  1973/15 1974/6 1975/9 1976/14
1977/2 1977/5 1977/9 1977/12 1977/15
1979/15 1980/22 1981/8 1984/2 1984/5
1984/23 1985/15 1985/21 1986/1 1986/4
1986/14 1988/9 1988/11 1993/20 1994/24
2006/19 2006/21 2010/11 2017/23 2018/13
2021/4 2025/24 2028/3 2030/8 2034/16
2035/12 2039/24 2041/1 2043/14 2043/20
2043/22 2044/23 2046/12 2046/14 2047/2
2047/19 2049/1 2053/1 2056/22 2056/25
2059/3 2059/8 2065/8 2069/11 2069/17
2069/23 2070/1 2071/7 2076/16 2077/18
2078/22 2079/11 2081/11 2081/17 2083/14
2088/9 2089/8 2089/23 2091/18 2091/20
2092/2 2092/14 2096/13 2097/5 2097/18
2098/3 2098/5 2099/11 2101/15 2101/20
2105/22 2105/22 2106/14 2110/19 2111/22
2112/1 2113/2 2114/6 2114/17 2114/19
2115/13 2115/20 2118/6 2118/15 2119/15
2122/12 2122/19 2123/9 2124/13 2124/18
2125/14 2127/8 2127/12 2130/21 2133/3
2134/24 2134/25 2135/23
can't [19]  1972/20 1974/18 1984/22 1989/19
2007/25 2020/5 2023/24 2038/21 2042/3
2048/23 2080/4 2080/16 2088/13 2097/24
2115/4 2115/24 2115/24 2124/17 2124/21
cannot [5]  2076/15 2086/1 2115/5 2124/8
2129/1
capabilities [1]  2089/12
capability [1]  2089/13
capital [1]  2131/18
capture [3]  2096/12 2097/18 2097/18
captures [1]  2055/10
car [4]  2056/7 2056/8 2135/19 2135/23
cards [1]  2058/20
care [3]  2067/13 2067/14 2067/16
career [1]  2018/4
careful [1]  2016/12
carried [1]  2018/4
carries [1]  1972/24
carry [2]  2001/16 2055/23
cars [1]  1977/13
case [76]  1974/17 1974/20 1975/24 1976/9
1977/25 1978/3 1979/12 1983/10 1985/7
1986/15 1988/19 1989/9 1993/1 1993/19
1994/4 1994/15 1999/23 2000/7 2000/11
2000/24 2004/10 2004/21 2005/15 2006/12
2007/4 2007/7 2007/9 2010/5 2010/16 2015/6
2017/25 2019/11 2024/11 2025/5 2031/24
2031/25 2032/6 2032/20 2034/21 2034/21
2035/13 2040/1 2040/2 2042/1 2043/25
2044/24 2045/6 2048/25 2051/22 2053/7
2054/16 2054/19 2063/3 2064/1 2072/7
2072/20 2072/25 2073/14 2079/13 2082/16
2088/21 2089/1 2098/1 2098/5 2109/13
2109/16 2119/18 2124/19 2127/10 2127/14
2127/14 2131/25 2132/3 2132/8 2132/9
2134/6
cases [16]  1993/10 1993/10 1993/17 1993/24
1994/2 2001/18 2002/15 2008/18 2009/14
2038/14 2041/11 2085/11 2085/15 2088/20
2099/25 2131/18
cataloging [1]  2062/16
categories [2]  2064/11 2074/7
categorization [1]  2066/24
category [3]  2022/24 2058/20 2058/21
causation [4]  2023/13 2023/23 2064/24
2065/4
cause [7]  1986/2 2020/6 2020/10 2021/4
2070/18 2077/23 2082/3
caused [4]  2023/22 2023/24 2024/1 2069/23
causes [4]  2018/15 2020/15 2062/19 2081/12
caveat [1]  1975/4
CDL [1]  2054/10
Celia [1]  1965/10
Center [2]  2028/10 2028/13
central [1]  2001/4
century [2]  2041/9 2041/20
certain [6]  1999/24 2012/2 2021/13 2024/16
2086/1 2089/10
certainly [10]  1987/8 2004/10 2018/3
2018/10 2051/25 2062/15 2066/5 2077/6
2088/24 2109/25
certainty [1]  2032/20
certified [3]  2027/23 2027/25 2028/1
chair [1]  1968/12
challenge [1]  2136/14
challenged [2]  2039/25 2095/14
challenges [1]  2095/11
challenging [1]  2135/22
chance [2]  1974/5 2131/6
change [9]  1972/16 1973/15 1974/7 1986/3
2001/10 2016/9 2017/21 2049/21 2081/22
changed [6]  1973/1 1973/5 1973/5 1973/6
1973/8 1977/14 1989/4 2021/14 2049/11
2050/1 2050/3 2050/7 2103/19 2104/2
2109/24 2111/6
changes [11]  1988/12 1988/13 1990/11
1990/12 1991/13 2038/16 2049/22 2102/1
2102/2 2110/24 2121/6
changing [1]  2053/9
chaotic [1]  2059/17
Chapter [1]  2116/14
chapters [1]  2029/7
characteristic [1]  2116/20
characterization [2]  1988/21 2025/12
characterize [1]  2093/4
characterized [2]  2052/15 2055/12
Charisse [1]  1964/12
chart [12]  2045/14 2048/3 2048/3 2051/6
2051/8 2051/24 2051/25 2052/5 2052/23
2052/25 2053/1 2062/8
charts [4]  2045/19 2047/25 2052/1 2093/18
checked [1]  1966/7
chided [1]  2099/17
child [8]  1973/3 1973/17 1974/4 2024/3
2024/9 2024/10 2066/2 2081/9
child's [2]  1972/12 1972/14
childhood [1]  2074/6
children [8]  1970/20 1971/6 1972/5 1973/21
1978/23 2010/25 2028/16 2102/18
choice [3]  2042/14 2024/14 2058/3
choices [2]  2038/6 2057/23
choose [1]  2024/17
chores [1]  2068/7
chose [1]  2055/9
circumscribed [2]  2064/6 2069/14
citation [1]  1994/24
cite [2]  1984/22 1998/20
cited [1]  1985/13 1986/9 1990/3 1998/17

cites [3]  1983/14 1983/22 1984/2
citing [1]  1983/23
city [1]  1972/23 1983/23 1997/25 1998/11
clarification [1]  2034/6
clarify [4]  1978/13 1989/3 2020/3 2074/5
clarifying [1]  2073/17
class [2]  2076/21 2082/24
classes [1]  2092/22
classic [1]  2052/3
classifications [1]  2069/2
classify [1]  2041/15
clauses [1]  1976/25
clear [17]  1996/6 2020/23 2022/23 2023/6
2031/3 2045/15 2047/22 2071/13 2071/16
2089/24 2090/1 2090/5 2093/3 2096/3
2122/11 2127/11 2127/25
clearer [1]  2044/23
clearly [8]  2016/1 2016/7 2018/1 2019/16
2024/11 2033/8 2033/11 2035/19
client [3]  1993/12 1993/21 2009/10
clinical [15]  2004/16 2008/15 2014/10
2027/10 2028/12 2028/6 2028/9 2028/15
2028/20 2029/18 2029/23 2080/10 2080/13
2123/14 2128/15
clinician [3]  2090/17 2090/23 2122/16
clinicians [2]  2091/3 2102/17
close [2]  2101/13 2127/10
closely [3]  2037/13 2046/21 2050/4
closer [2]  2022/7 2050/11
cluster [8]  2031/5 2040/11 2042/5 2042/11
2054/8 2071/18 2086/20 2090/5
clustered [2]  2051/19 2053/12 2062/17
clustering [1]  2090/10
clusters [6]  2042/15 2042/17 2043/2 2043/12
2043/18 2054/8
clutter [1]  2134/20
coding [4]  2120/24 2120/24 2120/25 2121/1
coexist [1]  2089/8
cognitive [12]  1972/2 1973/9 1973/9 2013/5
2018/19 2031/2 2043/22 2063/13 2070/2
2076/9 2079/6 2115/18
Cohen [4]  1965/10 2062/1 2085/17 2136/11
colleague [1]  2117/5
colleagues [4]  2076/13 2086/6 2086/25
2099/13
collected [1]  2064/8
COLLEEN [3]  1964/1 1964/3 1965/14
college [6]  2071/1 2071/5 2071/20 2071/22
2076/1 2125/10
colleges [1]  2071/5
color [3]  2056/21 2056/22 2111/15
colored [1]  2049/13
colors [2]  2047/4 2056/24
column [8]  2105/24 2107/4 2116/5 2118/4
2118/5 2118/9 2123/18 2123/19
combination [4]  1984/17 2059/20 2098/7
2108/1
combine [2]  2008/12 2097/14
combined [3]  1989/8 2033/20 2078/11
come [10]  1971/15 2012/16 2031/17 2060/9
2072/10 2073/10 2077/20 2083/10 2095/8
2131/1
comes [2]  2070/23 2087/6
comfortable [1]  1967/23
coming [3]  2041/14 2083/24 2108/24
commensurate [1]  2085/10
comment [1]  2115/24
comments [1]  2042/20
committee [1]  1968/12
common [14]  1983/4 2031/18 2034/2 2039/5
2039/9 2054/2 2059/12 2069/19 2075/9
2086/17 2092/18 2094/18 2095/21 2125/5
commonly [1]  1994/18 1995/11
communicate [3]  2019/3 2019/6 2019/21
communicating [1]  2021/9

**C**

communication [6]  2017/16 2019/9 2019/10 2067/7 2067/9 2067/11
community [7]  1968/22 2067/20 2067/23 2071/1 2071/5 2071/5 2127/23
company [1]  1967/10
comparability [1]  1985/13
compare [3]  1988/2 2009/11 2009/20
compared [1]  1990/21
comparing [1]  2076/7
comparison [6]  2030/14 2035/5 2045/7 2045/14 2074/25 2120/15
compensate [1]  2018/10
competency [2]  2009/2 2009/4
competency-related [1]  2009/2
competent [1]  2009/8
compiled [1]  2011/24
complete [3]  1984/8 2004/2 2037/5
completed [3]  2028/5 2028/8 2074/20
completely [2]  1979/6 2013/21
completely different [1]  2013/21
completion [6]  2036/19 2038/2 2043/4 2049/10 2111/4 2111/7
complex [5]  2075/19 2076/4 2089/9 2097/9 2125/15
complexity [1]  2075/24
complicated [3]  2016/18 2091/8 2101/3
Complying [1]  1966/9
component [4]  2016/15 2036/22 2037/5 2079/14
components [1]  2038/2
comprehension [16]  2033/12 2036/3 2040/23 2042/18 2043/10 2044/2 2046/19 2048/8 2048/9 2048/18 2075/19 2094/14 2096/19 2097/1 2108/22 2119/22
comprehensive [3]  2052/25 2083/9 2115/8
compute [1]  2044/8
computer [5]  1964/15 1967/3 1967/10 1967/13 1967/21
computer-aided [1]  1964/15
computer-generated [1]  1967/21
conceded [1]  1969/16
concept [3]  1981/24 1983/2 1983/24
conception [1]  2089/2
conceptual [5]  2066/23 2091/14 2092/9 2099/6 2108/22
concern [8]  1992/3 1994/8 1998/25 1999/22 2000/11 2127/18 2132/4 2132/5
concerned [1]  1971/11
concerns [7]  1969/23 1970/9 1992/9 1994/6 2001/11 2001/12 2015/16
concise [1]  2127/12
conciseness [1]  2127/8
conclude [8]  2033/6 2068/23 2076/15 2088/9 2093/10 2095/3 2097/16 2124/17
concluded [3]  1993/18 2033/19 2033/20
concluding [1]  2077/11
conclusion [10]  2002/23 2012/18 2012/18 2033/18 2056/13 2076/12 2080/17 2095/5 2095/17 2095/25
conclusions [4]  2006/2 2051/16 2074/11 2094/4
conditions [1]  1974/12
conduct [9]  2019/17 2023/8 2023/16 2023/23 2023/24 2024/1 2024/1 2124/12 2130/8
conducted [2]  2129/17 2129/21
conducting [1]  2136/13
confessions [1]  2128/12
confidence [10]  1966/9 1966/14 1966/15 1966/18 1967/14 1995/22 2025/7 2110/15 2129/7 2129/9
confident [1]  1966/3
confirmation [1]  1989/18

confirming [1]  2053/8
confrontation [3]  1972/4 2107/23
confounding [3]  2105/16 2124/24 2125/1
confusing [1]  2047/5
conglomerate [1]  2002/7
connection [6]  2011/25 2045/6 2051/6 2051/23 2054/6 2062/3
consensus [2]  1998/13 2099/10
consequently [3]  1972/3 2013/7 2013/13
consider [11]  1988/15 2014/11 2020/5 2025/8 2065/10 2083/16 2093/7 2101/18 2127/23 2129/11 2130/16
consideration [5]  1995/15 2010/8 2020/12 2122/14 2122/20
considerations [1]  1978/17 2128/7
considered [16]  1970/21 1972/7 1973/22 1974/13 1975/9 1977/3 1978/14 1978/25 1998/5 2018/7 2018/24 2024/14 2082/3 2082/6 2129/1 2132/8
considering [1]  1977/19
consistency [5]  1979/22 2108/25 2125/5 2125/6 2125/13
consistent [17]  1995/21 2003/25 2040/5 2040/11 2046/24 2046/25 2050/15 2061/9 2082/10 2108/24 2109/1 2111/8 2111/11 2116/22 2123/7 2123/22 2128/13
consistently [8]  2040/1 2040/2 2040/13 2049/17 2089/25 2097/11 2109/6 2109/7
consolidate [1]  2127/13
constitutes [1]  2023/18
construct [5]  1989/5 1989/5 1989/12 1989/14 1989/20
constructed [1]  1987/23
construction [1]  1987/22
constructs [1]  1987/8
consult [1]  2135/6
consultation [1]  2005/18
contact [2]  2006/10 2011/7
contacts [1]  2006/7
contain [1]  2110/8
contained [1]  2034/4
contaminated [1]  2076/9
contemporaneous [1]  2011/23
context [19]  1971/4 1971/24 1974/17 1974/20 1976/10 1997/7 2009/23 2010/4 2010/6 2010/20 2012/7 2054/9 2073/15 2090/22 2091/20 2091/21 2092/12 2103/8 2122/18
continue [2]  1965/16 2042/1
continued [5]  1997/3 2012/19 2061/13 2103/22 2104/6
continues [2]  2075/5 2075/17
continuing [3]  1965/23 2094/3 2105/25
contradict [1]  1984/23
contradicting [1]  1997/25
contradiction [1]  1980/17
contrary [1]  2067/15
contribute [1]  2117/8
control [3]  2055/17 2093/12 2135/20
controversial [1]  2100/20
controverting [1]  1997/14
conversation [2]  2008/15 2011/17
conversion [1]  2051/24
convincing [1]  2090/3
cooccur [2]  2078/20 2079/1
cooccurrence [1]  2079/5
copy [4]  1969/7 2070/3 2133/23 2134/8
copying [3]  2037/7 2037/16 2094/25
core [2]  1990/18 2036/2
correct [83]  1966/16 1966/17 1966/22 1967/17 1967/18 1968/10 1969/9 1973/10 1974/23 1976/6 1979/13 1979/25 1983/22 1988/19 1988/23 1989/4 1991/16 1997/15 2002/8 2002/18 2003/3 2005/17 2007/10

2008/21 2010/7 2010/18 2012/15 2015/21 2026/25 2027/20 2051/25 2055/10 2057/3 2064/12 2064/18 2065/6 2065/19 2066/21 2069/9 2069/10 2069/18 2070/7 2070/8 2070/9 2070/10 2070/22 2072/12 2073/22 2074/10 2078/2 2078/7 2078/8 2078/10 2078/13 2078/19 2079/14 2082/10 2082/11 2085/7 2088/10 2088/11 2090/19 2090/25 2094/16 2095/18 2096/11 2096/12 2098/9 2101/2 2101/6 2106/1 2106/8 2109/6 2109/15 2112/8 2113/9 2114/24 2114/25 2121/20 2124/20 2124/25 2131/20 2132/25
corrected [4]  1966/9 1999/8 2003/22 2060/6
correcting [2]  1998/10 1998/19
correction [2]  2060/7 2060/8
correctly [8]  2015/10 2046/23 2047/14 2063/7 2072/25 2075/10 2080/21 2108/22
correctness [1]  2107/18
could [74]  1966/7 1967/13 1969/4 1971/3 1973/5 1973/5 1973/8 1974/2 1974/7 1976/9 1981/19 1983/10 1985/1 1985/7 1988/11 1988/12 1988/13 1992/4 1996/17 2000/8 2002/19 2005/4 2009/5 2009/6 2009/7 2009/10 2013/11 2015/23 2016/16 2016/21 2018/7 2018/15 2025/6 2025/7 2025/8 2032/3 2032/5 2034/22 2036/17 2045/7 2047/25 2049/17 2049/19 2058/19 2058/21 2058/25 2063/13 2065/12 2065/23 2065/24 2071/24 2074/2 2077/7 2077/8 2077/15 2077/23 2080/15 2080/15 2081/7 2082/9 2083/8 2092/2 2092/14 2092/20 2092/23 2093/5 2109/9 2109/12 2110/14 2110/19 2117/24 2119/13 2120/1 2120/1 2135/24
couldn't [2]  2076/25 2121/18
Council [1]  1968/21
Council's [2]  1968/6 1969/10
counsel [1]  1987/8
counseling [1]  2032/11
counselor [1]  2125/9
count [3]  1999/4 2021/5 2024/22
counter [1]  1971/8
country [2]  2029/15 2041/14
couple [7]  1969/13 1976/19 2017/15 2058/13 2103/15 2117/13 2117/15
course [13]  1971/1 1988/14 2005/15 2005/17 2005/19 2012/13 2028/20 2087/11 2102/25 2103/4 2111/20 2127/7 2130/15
court [56]  1963/1 1963/10 1964/11 1965/1 1968/5 1969/4 1969/17 1970/24 1971/10 1995/5 2003/19 2004/1 2008/18 2008/19 2008/23 2013/22 2014/1 2014/2 2015/23 2015/23 2019/3 2020/17 2026/6 2026/22 2028/3 2035/12 2040/20 2045/16 2045/20 2048/4 2094/13 2122/5 2127/22 2128/4 2128/7 2128/15 2128/20 2129/2 2129/6 2129/11 2129/16 2129/17 2129/22 2129/24 2130/1 2130/3 2130/8 2133/20 2134/6 2134/6 2134/7 2134/12 2134/21 2136/8 2136/10 2136/15
court's [2]  2127/15 2133/18
courthouse [4]  1963/4 1978/3 2135/19 2135/24
courtroom [3]  1965/8 2030/6 2035/10
courts [1]  2000/12
cover [1]  2019/19
covered [1]  2032/15
coverings [1]  2081/14
CR [1]  1963/3
creatures [1]  2055/14
CRI [1]  1964/12
cried [2]  2072/2
crimes [1]  1974/24
criminal [3]  2014/22 2025/6 2025/10
criminality [1]  2023/10

**C**

criteria [7]  1969/18 2071/7 2074/23 2076/10 2078/1 2078/6 2078/15
critical [1]  2092/4
cross [12]  1965/16 1965/22 1987/4 2006/5 2006/15 2006/17 2037/21 2037/22 2062/23 2062/24 2119/11 2121/9
cross-examination [8]  1965/16 1965/22 1987/4 2006/15 2062/23 2062/24 2119/11 2121/9
cross-examine [2]  2006/5 2006/17
Cs [2]  2109/25 2110/1
CSR [1]  1964/12
Cunningham [2]  2003/11 2004/5
current [3]  1972/12 2128/5 2130/9
currently [1]  2027/7
custodial [1]  2009/11
customary [1]  1999/1
cut [5]  2085/23 2085/24 2086/1 2087/7 2087/21
cut-off [5]  2085/23 2085/24 2086/1 2087/7 2087/21
cutoff [2]  2050/6 2050/11
CVLT [1]  2060/18

**D**

daily [1]  2009/25
Daniel [1]  1968/12
data [44]  1966/25 1967/10 1981/6 1981/21 1983/9 1983/20 1983/25 1984/22 1984/23 1986/13 1992/15 1999/15 1999/20 1999/21 1999/23 2001/11 2001/25 2002/1 2002/4 2002/5 2012/1 2045/4 2045/19 2051/8 2051/10 2051/12 2052/10 2064/3 2064/7 2064/8 2075/11 2083/13 2088/19 2097/13 2097/15 2108/25 2111/3 2116/20 2117/8 2120/9 2124/9 2126/13 2129/14 2129/15
date [6]  1994/24 1995/3 2005/13 2006/6 2041/19 2042/3
DAVID [2]  1963/21 2117/5
Davis [1]  2000/13
day [10]  2007/20 2009/6 2092/22 2092/22 2093/11 2093/11 2096/15 2096/15 2097/19 2097/19
day-to-day [4]  2092/22 2093/11 2096/15 2097/19
days [6]  2008/12 2008/24 2009/1 2009/2 2009/2 2014/12
DCAFs [1]  2097/4
deal [2]  1974/11 2013/20
dealing [4]  1973/3 2016/2 2038/20 2103/16
death [3]  2128/11 2132/1 2132/9
debate [3]  2002/19 2003/18 2115/7
debates [1]  2003/1
DECEMBER [2]  1963/6 2127/3
December 21st [1]  2127/3
decide [4]  1971/12 1971/16 1999/12 2024/21
decided [1]  2133/21
decision [4]  2004/21 2014/3 2127/15 2128/17
decisions [2]  1998/3 2024/10
decode [2]  2075/6 2075/14
decoding [3]  2033/9 2061/10 2075/10
decrease [4]  1987/17 1988/6 1988/7 1988/9
decreased [3]  1990/10 2018/14 2075/25
decreases [2]  1987/19 1991/11
deeply [1]  2127/8
defendant [11]  1963/7 1963/18 1965/8 1996/7 2008/20 2015/7 2015/16 2017/11 2017/14 2026/7 2132/1
Defendant's [4]  2005/12 2015/1 2134/4 2137/9
defense [10]  2004/4 2004/11 2006/7 2014/24 2026/24 2089/20 2126/24 2127/3 2127/5

2130/12
defense's [1]  2130/9
deficiency [4]  1994/20 2010/11 2010/13 2023/12
deficient [2]  2010/9 2067/5
deficit [30]  2017/20 2018/8 2018/11 2018/13 2018/16 2018/17 2018/19 2018/20 2018/24 2019/15 2021/11 2021/16 2021/23 2024/14 2024/15 2024/21 2024/22 2027/15 2029/25 2030/23 2060/13 2064/12 2064/17 2066/17 2067/1 2067/8 2067/11 2068/15 2068/18 2078/11
deficits [66]  2017/11 2017/15 2019/4 2019/10 2019/19 2020/4 2020/6 2020/9 2020/10 2020/14 2020/20 2020/25 2021/3 2021/6 2021/18 2022/11 2022/18 2022/23 2023/20 2023/22 2024/19 2025/14 2025/14 2030/21 2030/24 2046/24 2063/6 2063/9 2063/10 2063/12 2063/13 2063/13 2064/6 2064/6 2064/17 2064/25 2065/1 2065/4 2065/5 2065/6 2065/8 2065/11 2065/13 2065/15 2065/19 2065/21 2066/8 2066/12 2066/14 2066/15 2067/14 2067/19 2069/2 2069/6 2069/7 2069/11 2069/18 2075/10 2075/15 2075/16 2088/8 2088/9 2090/13 2090/14 2100/2 2100/14
define [2]  1975/13 2035/18
defined [2]  2016/23 2069/2
definitely [5]  2046/24 2060/11 2067/5 2074/7 2132/19
definition [11]  1969/25 1970/8 1970/10 2022/8 2030/8 2034/11 2035/19 2064/12 2128/5 2128/6 2128/12
definitions [5]  2064/15 2119/2 2128/16 2128/16 2128/19
definitive [1]  2074/15
definitively [5]  2076/13 2076/20 2077/11 2077/22 2081/25
degree [8]  2018/5 2028/5 2032/20 2033/11 2043/13 2079/20 2101/22 2103/20
delayed [1]  2022/2
demands [1]  2039/17
demographics [2]  2059/23 2060/6
demonstrate [4]  1989/16 2013/3 2043/11 2092/7
demonstrated [1]  1990/25
demonstrates [1]  1981/22
demonstrating [1]  2015/16
demonstrative [1]  2135/4
denied [1]  2130/21
DENNEY [7]  1965/3 1965/6 2032/15 2035/8 2063/24 2064/1 2064/8
Denney's [4]  2032/16 2075/2 2075/13 2075/20
depend [1]  1975/13
depending [2]  2101/22
depends [9]  1976/9 1976/10 2012/6 2018/18 2096/21 2096/21 2098/1 2099/14 2124/10
describe [6]  2015/23 2042/13 2052/17 2058/24 2066/14 2066/16
described [7]  2003/21 2022/19 2035/23 2049/24 2051/17 2052/18 2072/8
describes [1]  1981/18
describing [3]  1983/24 2024/2 2038/22
description [3]  2052/14 2058/16 2066/20
descriptives [1]  2052/19
descriptors [1]  2067/1
design [5]  2037/7 2038/10 2043/4 2049/5 2099/4
designed [2]  2041/20 2111/14
designs [7]  2037/8 2038/13 2038/14 2038/15 2050/1 2050/2 2050/2
desire [1]  2134/11
despite [1]  1966/13 2057/9 2058/17 2083/7

detected [1]  2013/6
determination [5]  1972/5 2003/24 2065/22 2083/12 2128/8
determinations [1]  1973/12
determine [12]  1969/21 2032/17 2036/3 2041/9 2044/1 2050/4 2063/4 2070/17 2089/22 2100/2 2100/14 2128/4
determined [1]  2065/16
determining [4]  1968/6 1969/17 1969/19 2064/4
developed [4]  1970/5 2041/13 2041/18 2103/13
developers [1]  2042/8
development [4]  1972/2 1973/10 2023/22 2043/20
developmental [13]  1998/17 2010/7 2012/3 2020/14 2027/16 2028/18 2043/24 2065/1 2067/9 2078/6 2079/8 2082/10 2084/9
developmentally [2]  2067/24 2116/23
develops [2]  1974/4 1974/5
deviation [5]  2001/8 2087/10 2096/2 2111/18 2121/15
deviations [1]  2129/4
diagnose [5]  2028/21 2034/18 2070/21 2073/21 2080/5 2088/13 2090/17 2090/23 2114/7 2114/8 2114/9 2117/2 2117/7
diagnosed [5]  2028/24 2029/1 2034/16 2071/10 2119/3
diagnoses [5]  2018/12 2074/6 2074/16
diagnosing [7]  2070/15 2086/4 2086/21 2091/13 2092/8 2100/3 2100/15
diagnosis [22]  1972/4 1998/16 2015/7 2015/13 2016/24 2017/2 2025/15 2034/2 2062/15 2063/5 2063/11 2065/7 2074/11 2074/15 2077/22 2084/2 2085/15 2086/2 2087/16 2093/6 2093/8 2115/9
diagnostic [6]  2012/17 2063/18 2074/23 2080/18 2080/19 2082/4
diagnostically [2]  2032/1 2115/5
did [93]  1966/9 1966/11 1983/14 1983/16 1990/2 1991/18 1992/1 1992/22 1993/2 1993/3 2000/13 2000/17 2007/12 2015/12 2020/19 2023/1 2028/11 2032/6 2032/7 2032/8 2032/13 2032/19 2032/21 2033/15 2033/17 2033/19 2040/1 2040/5 2041/1 2041/21 2042/2 2044/24 2045/3 2045/3 2045/6 2049/7 2050/18 2050/19 2050/20 2050/21 2051/10 2051/11 2051/21 2051/23 2051/25 2052/21 2053/10 2056/15 2057/10 2057/24 2058/21 2060/6 2060/8 2062/7 2063/7 2063/18 2063/22 2063/25 2064/9 2064/10 2065/22 2066/5 2066/7 2066/6 2067/8 2067/14 2067/19 2068/6 2068/7 2068/15 2069/4 2070/3 2071/14 2072/18 2072/23 2073/1 2073/8 2073/9 2074/11 2074/18 2075/8 2077/6 2080/23 2082/19 2082/20 2090/12 2093/9 2103/13 2125/20 2130/8 2134/5 2134/7
didn't [16]  1989/1 1994/7 2019/6 2021/6 2021/18 2022/18 2041/14 2041/21 2056/16 2063/23 2068/4 2070/5 2072/17 2121/3 2124/15 2131/10
didnt [10]  1982/17 1986/22 1991/24 1994/4 2071/2 2072/22 2076/19 2076/24 2077/16 2103/14
die [1]  2125/21
differ [1]  2039/24
difference [20]  1982/23 1989/3 1991/7 1991/9 1991/10 1992/9 2015/24 2038/23 2044/11 2045/20 2048/15 2048/16 2052/13 2075/6 2087/10 2095/23 2110/7 2110/21 2111/17 2111/19
differences [10]  2040/3 2042/7 2050/12 2069/19 2094/7 2110/12 2110/12 2110/17

differences... [2] 2115/21 2128/18
different [55] 1969/25 1970/9 1971/7
 1976/25 1980/2 1981/12 1982/11 1985/13
 1985/14 1985/17 1986/5 1988/12 1988/18
 1989/7 1999/10 2000/1 2013/21 2021/2
 2030/18 2039/21 2041/17 2043/21 2047/11
 2049/5 2049/14 2051/19 2052/12 2052/21
 2053/17 2057/6 2058/21 2069/23 2069/24
 2083/21 2083/23 2083/25 2084/12 2090/8
 2094/10 2095/1 2095/5 2096/8 2098/18
 2103/1 2104/3 2108/17 2110/23 2111/13
 2111/25 2115/14 2121/8 2121/25 2122/20
 2131/10 2131/15
differently [1] 1989/5
differing [1] 2002/20
difficult [7] 2000/10 2045/19 2049/18
 2067/23 2071/21 2074/15 2087/7
difficulties [3] 2013/5 2017/23 2019/8
 2019/14 2032/4 2084/7 2084/8 2085/10
difficulty [14] 2033/2 2033/9 2039/13
 2057/15 2058/24 2059/5 2060/25 2068/1
 2075/17 2076/12 2077/11 2086/4 2086/21
 2125/15
digit [4] 2037/14 2043/7 2120/7 2120/18
digits [3] 2036/7 2037/15 2056/24
diminish [1] 1997/1
direct [4] 2018/16 2027/3 2063/4 2091/11
directed [2] 2055/19 2068/8
direction [4] 2013/24 2028/10 2068/3 2068/5
directly [2] 1970/24 2022/4
disabilities [41] 1998/17 2013/9 2013/15
 2027/15 2027/16 2027/19 2028/18 2028/21
 2029/4 2029/8 2029/10 2029/19 2030/7
 2030/25 2031/10 2031/12 2039/6 2043/15
 2043/24 2044/19 2044/21 2047/20 2048/2
 2054/3 2054/24 2059/4 2059/13 2061/3
 2069/10 2070/7 2070/15 2071/11 2072/8
 2075/17 2079/7 2081/17 2083/19 2095/22
 2113/4 2113/10 2113/22
disability [99] 1968/17 1972/5 2013/5 2018/2
 2019/8 2019/13 2020/11 2020/16 2021/5
 2022/1 2023/15 2023/25 2024/22 2028/16
 2028/25 2029/1 2029/13 2029/25 2030/9
 2030/10 2030/14 2030/16 2030/18 2030/18
 2030/20 2030/23 2031/11 2032/2 2032/3
 2032/18 2032/24 2034/9 2034/9 2034/12
 2034/13 2034/14 2034/16 2034/18 2034/23
 2039/12 2045/1 2054/5 2055/5 2055/7
 2060/21 2062/14 2062/20 2063/5 2063/19
 2064/5 2064/10 2069/8 2069/9 2069/15
 2069/17 2070/17 2070/21 2071/14 2071/20
 2072/5 2072/7 2072/9 2072/19 2074/14
 2076/16 2079/13 2082/12 2083/22 2083/22
 2084/11 2084/18 2086/5 2086/15 2086/15
 2086/22 2087/3 2087/21 2088/13 2088/14
 2088/20 2088/21 2088/22 2089/2 2089/22
 2090/4 2090/17 2090/19 2090/23 2092/21
 2093/4 2096/24 2097/21 2098/25 2113/16
 2114/22 2115/9 2115/11 2119/25 2128/2
disabled [8] 2041/10 2041/16 2051/4 2053/5
 2056/18 2088/10 2114/23 2116/23
disagree [17] 1975/8 1975/12 1978/16
 1978/18 1979/7 1986/14 1987/7 1998/22
 1998/23 1998/23 2001/13 2004/3 2020/11
 2089/6 2089/16 2110/20 2112/2
disagreed [1] 2020/5
disagreeing [2] 2081/21 2111/21
disagreement [3] 2080/17 2091/9 2091/17
disappear [1] 2106/25
discarded [1] 2041/7
discern [2] 2024/19 2083/14
discerned [1] 2063/14

discovered [1] 2043/1
discrepancies [4] 2113/3 2114/22 2118/25
 2118/25
discrepancy [17] 2009/21 2034/11 2034/15
 2034/19 2035/10 2039/3 2044/13 2087/23
 2093/16 2114/21 2117/7 2118/20 2120/1
 2121/11 2121/12 2121/13 2121/14
discrepant [1] 2086/10
discrete [1] 2010/24
discuss [2] 2011/19 2040/18
discussed [2] 1966/2 2045/11
discussing [6] 2008/5 2013/19 2013/22
 2015/15 2113/20 2132/4
discussion [5] 2035/10 2112/24 2128/1
 2133/11 2133/19
disorder [29] 2019/17 2023/8 2023/16
 2023/18 2023/23 2023/24 2024/1 2024/2
 2024/12 2027/16 2030/1 2030/10 2032/2
 2033/1 2061/10 2069/14 2078/9 2078/11
 2078/16 2078/18 2080/5 2081/13 2082/25
 2083/21 2084/2 2084/10 2084/13 2085/15
 2085/16
disorders [17] 2043/24 2057/1 2059/10
 2059/11 2065/9 2070/2 2073/22 2073/23
 2078/1 2078/25 2079/8 2079/14 2079/17
 2082/10 2083/25 2085/6 2113/9
disparity [2] 2100/1 2100/13
dispersion [1] 2002/6
display [1] 2019/16
displayed [1] 2000/2
dispute [4] 1983/7 1999/17 2003/3 2003/5
disputes [2] 1968/22 2003/6
disregard [3] 2002/9 2020/10 2025/7
dissipates [2] 2106/10 2106/20
distance [1] 1977/23
distinction [2] 2092/4 2122/21
distinguish [1] 2114/22
distorted [1] 2130/10
distracted [1] 2033/21
distractibility [2] 2042/22 2044/18
DISTRICT [6] 1963/1 1963/1 1963/10
 1995/5 1995/6 1995/6
do [174] 1966/4 1967/7 1967/8 1968/1
 1968/14 1968/24 1970/25 1972/8 1973/8
 1973/12 1973/13 1973/24 1974/15 1975/8
 1976/11 1976/23 1978/23 1979/24 1980/17
 1983/17 1984/5 1984/5 1984/19 1985/9
 1985/25 1986/13 1987/8 1987/14 1987/19
 1987/21 1987/22 1989/13 1990/2 1990/8
 1990/13 1990/18 1990/24 1991/6 1991/13
 1996/4 1998/22 1999/12 2002/11 2003/3
 2003/6 2004/3 2010/21 2011/4 2011/20
 2012/13 2013/10 2013/17 2014/8 2015/18
 2017/3 2017/7 2017/11 2017/13 2017/17
 2017/18 2027/9 2027/9 2027/22 2028/17
 2028/19 2028/20 2029/12 2029/14 2029/15
 2029/16 2031/6 2031/15 2031/21 2032/8
 2033/4 2035/6 2035/25 2036/1 2036/9 2041/3
 2042/5 2042/6 2042/23 2044/3 2045/4 2045/4
 2045/7 2049/14 2051/8 2051/14 2051/20
 2053/6 2054/3 2054/6 2055/14 2055/14
 2055/15 2056/4 2056/20 2058/18 2059/22
 2059/22 2059/24 2060/7 2060/8 2064/2
 2065/24 2069/4 2070/12 2073/18 2073/20
 2080/15 2080/17 2081/24 2082/17 2082/18
 2084/9 2087/11 2087/17 2087/13 2087/13
 2087/14 2087/14 2089/1 2089/11 2091/3
 2091/17 2092/2 2092/2 2093/13 2093/17
 2093/21 2093/22 2096/1 2097/8 2097/9
 2097/11 2097/18 2098/10 2100/4 2100/11
 2100/11 2101/13 2102/12 2105/5 2107/2
 2107/19 2108/3 2110/3 2112/18 2116/10
 2116/21 2117/13 2119/6 2119/13 2119/18
 2120/18 2122/12 2122/13 2123/24 2125/11

2127/8 2129/13 2131/6 2132/13 2132/13
 2132/15 2132/17 2133/7 2134/5 2134/17
 2134/23 2135/2 2135/3 2135/8 2135/15
 2135/21 2135/24 2136/1
Doctor [6] 1965/24 1966/1 1966/20 2015/6
 2019/23 2063/3
doctoral [1] 2028/11
document [2] 1971/15 1976/14
documentary [1] 2127/13
documented [4] 2033/8 2033/13 2033/25
 2047/1
documents [1] 2134/18
does [32] 1971/9 1975/11 1981/24 1982/3
 1983/4 1983/12 1988/25 1999/9 1999/17
 2017/21 2020/24 2036/21 2048/3 2057/4
 2057/17 2087/12 2087/22 2092/1 2097/6
 2098/2 2101/3 2103/20 2112/19 2113/5
 2115/2 2119/6 2122/21 2129/6 2129/6 2129/8
 2129/9 2135/21
doesn't [21] 1970/2 1975/15 1983/13 1985/4
 1985/4 1999/8 2018/24 2020/13 2024/15
 2024/21 2068/12 2071/8 2074/22 2080/22
 2088/1 2089/22 2098/24 2100/17 2115/1
 2117/2 2117/6
doing [22] 2008/8 2008/12 2024/18 2033/23
 2041/17 2042/1 2054/17 2055/25 2056/2
 2056/2 2056/3 2056/10 2058/24 2064/1
 2068/14 2072/20 2074/19 2077/5 2079/24
 2108/7 2120/12 2120/13
domain [11] 2022/19 2042/17 2047/23
 2057/10 2076/8 2090/6 2092/17 2092/18
 2092/19 2095/13 2097/14
domains [8] 2017/1 2017/20 2045/21
 2048/16 2051/19 2066/21 2120/1 2120/4
don't [102] 1968/11 1969/25 1970/12 1971/2
 1975/12 1975/16 1976/8 1979/12 1980/9
 1980/18 1981/21 1982/6 1983/8 1983/9
 1983/20 1983/23 1983/24 1984/20 1986/14
 1987/3 1987/9 1987/18 1988/21 1990/22
 1991/4 1991/22 1993/17 1995/15 1995/17
 1996/20 1996/20 1996/21 1996/23 1998/8
 1998/23 1999/19 2000/5 2001/12 2004/8
 2006/13 2006/19 2013/19 2013/23 2014/4
 2014/17 2014/18 2016/3 2019/10 2019/11
 2019/21 2019/21 2020/8 2021/5 2021/13
 2021/15 2022/4 2023/9 2024/6 2024/13
 2024/16 2025/2 2025/2 2025/12 2029/20
 2031/16 2037/5 2038/7 2039/17 2041/16
 2050/14 2052/19 2055/14 2056/7 2057/19
 2060/2 2068/2 2073/7 2073/12 2076/14
 2077/19 2081/2 2085/21 2093/3 2093/10
 2096/17 2100/16 2107/10 2108/23 2109/18
 2119/20 2122/7 2122/16 2126/11 2131/1
 2131/1 2132/5 2134/10 2134/14 2134/16
 2134/19 2134/19 2135/20
done [20] 1992/8 2003/8 2032/12 2035/7
 2040/21 2050/10 2052/24 2056/4 2071/24
 2072/19 2077/1 2080/2 2081/16 2110/24
 2112/17 2125/3 2132/23 2136/1 2136/13
 2136/14
doubt [1] 1999/19
down [20] 1976/7 1985/5 1994/21 2000/5
 2000/6 2010/14 2010/23 2022/18 2024/24
 2025/11 2025/22 2044/21 2053/17 2077/14
 2118/1 2118/11 2118/12 2120/14 2122/15
 2126/8
downward [1] 2053/12
Dr [1] 1965/6
Dr. [78] 1981/18 1982/18 1983/12 1985/12
 1986/8 1986/19 1986/22 1987/2 1987/6
 1987/12 1990/3 1991/23 1992/11 1992/15
 1992/18 1994/6 1995/16 1995/21 1996/4
 1998/1 2015/8 2015/11 2015/12 2015/17
 2026/11 2027/5 2027/23 2028/10 2028/15
 2036/5 2031/23 2032/15 2032/16 2034/8

**D**

Dr.... [44] 2035/8 2050/17 2050/19 2051/8
2051/10 2051/15 2052/10 2053/4 2055/7
2056/12 2058/23 2063/24 2064/1 2064/8
2075/2 2075/5 2075/13 2075/20 2076/6
2080/14 2082/9 2082/16 2082/17 2088/22
2090/8 2095/19 2101/6 2101/21 2102/7
2102/15 2103/18 2105/3 2108/11 2111/22
2112/15 2115/6 2115/10 2117/22 2119/7
2125/21 2125/22 2125/24 2126/5 2129/20
**Dr. Buchsbaum [1]** 2082/9
**Dr. Buchsbaum's [1]** 2080/14
**Dr. Denney [5]** 2032/15 2035/8 2063/24
2064/1 2064/8
**Dr. Denney's [4]** 2032/16 2075/2 2075/13
2075/20
**Dr. Drob [1]** 2015/17
**Dr. Drobb [4]** 1992/11 1992/18 1994/6
1996/4
**Dr. Drobb's [4]** 1991/23 1992/15 1995/16
1995/21
**Dr. Edith [1]** 2028/10
**Dr. Fletcher's [1]** 1998/1
**Dr. James [5]** 2050/19 2058/23 2088/22
2090/8 2108/11
**Dr. James's [8]** 2051/8 2051/15 2052/10
2053/4 2055/7 2056/12 2075/5 2076/6
**Dr. Kaufman [16]** 1981/18 1982/18 1983/12
2095/19 2101/6 2101/21 2102/15 2103/18
2111/22 2112/15 2115/6 2119/7 2125/21
2125/22 2125/24 2126/5
**Dr. Kaufman's [3]** 2102/7 2105/3 2115/10
**Dr. Mapou [9]** 2027/5 2027/23 2028/15
2030/6 2031/23 2034/8 2050/17 2051/10
2117/22
**Dr. Nagler [1]** 2129/20
**Dr. Robert [1]** 2026/11
**Dr. Shapiro [11]** 1985/12 1986/8 1986/19
1986/22 1987/2 1990/3 2015/8 2015/11
2015/12 2082/16 2082/17
**Dr. Shapiro's [1]** 1987/6
**Dr. Vance [1]** 1987/12
**draw [7]** 1970/25 1979/17 2006/1 2012/18
2095/5 2095/24 2097/9
**drawing [2]** 2037/8 2076/12
**driving [2]** 2056/7 2056/8
**Drob [1]** 2015/17
**Drobb [4]** 1992/11 1992/18 1994/6 1996/4
**Drobb's [4]** 1991/23 1992/15 1995/16
1995/21
**drop [3]** 1994/21 2048/10 2125/10
**dropped [2]** 2111/9 2121/5
**dropping [1]** 2120/5
**drug [1]** 2101/11
**DSM [14]** 1969/17 2017/6 2022/24 2034/10
2064/15 2067/7 2084/1 2084/3 2084/19
2084/25 2085/3 2085/24 2128/20 2129/5
**DSM-IV [1]** 2034/10
**DSM-IV-TR [3]** 2064/15 2128/20 2129/5
**dual [1]** 2086/2
**due [8]** 2018/14 2048/21 2048/24 2049/17
2112/6 2127/3 2127/4 2127/5
**Duke [1]** 1983/14
**duly [2]** 1965/4 2026/15
**during [9]** 1972/1 1986/23 1992/9 2005/15
2015/17 2021/1 2067/17 2103/4 2107/19
**dyslexia [16]** 2032/25 2033/1 2033/6 2057/2
2061/9 2074/24 2075/9 2076/10 2077/12
2077/15 2077/19 2077/21 2078/7 2079/1
2079/5 2079/19

**E**

**e-mail [2]** 2006/7 2006/10

**e-mails [3]** 2006/4 2006/17 2077/9
**early [5]** 2087/4 2088/23 2094/9 2135/6
2135/6
**earlier [17]** 1974/6 1991/2 1991/14 2018/8
2021/12 2023/5 2040/24 2042/19 2049/24
2085/17 2088/7 2091/1 2093/18 2101/24
2108/16 2110/23 2112/13 2124/7 2124/10
**earliest [1]** 2018/3
**early [18]** 1968/1 1968/3 1976/6 1980/13
1980/15 2001/21 2019/14 2020/8 2021/6
2024/6 2025/24 2033/8 2033/13 2034/1
2041/3 2076/18 2084/13 2098/25
**easier [1]** 2053/11
**easily [2]** 2049/13 2134/25
**East [3]** 1963/4 1963/15 1964/12
**EASTERN [2]** 1963/1 1995/6
**ECF [6]** 2134/7 2134/11 2134/11 2134/15
2134/25 2135/3
**Ed [1]** 1976/12
**Edith [1]** 2028/10
**edition [3]** 1998/15 2116/7 2116/14
**editions [1]** 1996/15
**educate [1]** 2005/19
**education [6]** 1986/11 2057/13 2060/5
2076/18 2076/22 2091/2
**educational [6]** 1996/20 1996/24 2028/3
2032/10 2059/18 2060/14
**effect [43]** 1980/10 1980/22 1981/7 1982/16
1983/13 1985/11 1985/12 1988/15 1988/16
1996/8 1996/16 1998/2 1998/25 1999/17
1999/22 2000/9 2000/22 2001/2 2001/13
2002/6 2002/9 2002/25 2003/20 2004/17
2101/8 2101/11 2101/15 2101/22 2102/17
2103/21 2105/6 2106/13 2106/20 2106/23
2109/9 2110/6 2111/20 2119/11 2121/18
2128/10 2129/23 2130/5 2131/24
**effect may [1]** 2106/23
**effective [1]** 2099/4
**effectively [3]** 2056/1 2058/9 2125/11
**effects [45]** 1980/5 1980/10 1980/20 1981/9
1981/25 1982/12 1982/14 1983/2 1984/10
2002/10 2048/22 2048/24 2049/18 2049/19
2050/14 2081/5 2101/4 2101/12 2102/9
2103/18 2105/10 2105/13 2105/15 2109/2
2109/20 2110/9 2110/11 2110/15 2110/19
2111/22 2112/1 2112/6 2119/13 2119/15
2119/19 2120/2 2120/20 2121/3 2121/10
2124/16 2124/24 2125/14 2129/25 2130/10
2130/11
**effort [15]** 1992/16 1993/16 1994/9 1995/19
1996/3 1996/7 2016/2 2016/5 2016/7 2016/8
2016/9 2016/15 2016/18 2016/20 2111/10
**efforts [3]** 1991/19 2015/17 2015/25
**eight [12]** 1978/1 1981/4 1983/5 1986/10
1987/15 1987/18 2040/3 2101/5 2102/19
2107/15 2118/11 2118/12
**eight points [1]** 2102/19
**eight-point [2]** 1986/10 1987/15
**Eighth [2]** 2128/13 2129/19
**Eighth Amendment [1]** 2128/13
**either [11]** 1967/13 1967/23 1970/2 1992/23
2037/21 2041/11 2056/24 2057/25 2085/24
2095/25 2107/19
**elderly [3]** 2106/10 2106/21 2107/1
**electronic [1]** 2134/20
**elevated [2]** 2109/5 2109/6
**elevating [2]** 1980/11 1980/23
**eliminate [2]** 2101/12 2119/21
**eliminated [1]** 1990/15
**Elmo [2]** 2045/22 2051/9
**else [18]** 1977/3 2019/24 2032/8 2053/9
2058/25 2081/6 2085/25 2096/4 2096/7
2096/20 2125/18 2126/10 2126/23 2132/21
2133/15 2135/3 2135/12 2136/3

**else's [1]** 1995/16
**elsewhere [1]** 2091/6
**Emory [1]** 2028/6
**emotion [1]** 2066/3
**emotion -- there [1]** 2066/3
**emotional [2]** 2065/21 2066/8
**emphasis [3]** 1990/8 2038/19 2102/24
**emphasize [6]** 2039/11 2039/11 2041/22
2059/16 2099/18 2127/10
**emphasized [1]** 2055/8
**emphasizes [1]** 2124/9
**employed [1]** 2027/7
**encoding [1]** 2061/11
**encompasses [1]** 2088/18
**end [7]** 1967/25 2038/13 2053/10 2086/7
2108/18 2129/7 2129/9
**ended [2]** 2041/5 2041/23
**ends [1]** 1966/21
**enforcement [2]** 2013/7 2013/14
**engage [2]** 2014/4 2016/14
**engaged [2]** 2016/13 2066/1
**engagement [1]** 2111/10
**English [2]** 2041/14 2041/16
**enough [6]** 2016/23 2025/6 2068/23 2082/13
2110/14 2110/18
**enters [1]** 1965/8
**entire [3]** 2012/9 2048/24 2065/10
**entirely [5]** 1978/5 2049/8 2049/19 2052/17
2124/17
**environment [10]** 2024/4 2024/8 2059/16
2059/17 2059/18 2065/24 2066/4 2066/10
2068/10 2093/9
**equal [1]** 1977/3 2008/13 2118/21
**equally [4]** 2002/18 2002/19 2081/19 2082/9
**equates [1]** 2011/2
**equivalence [1]** 2052/6
**equivalent [3]** 2039/1 2052/13 2052/16
**error [21]** 1977/19 1977/22 1981/4 1981/7
1981/9 1981/16 1981/19 1982/19 1983/19
1983/23 1983/25 1984/1 1984/11 1985/8
2094/18 2105/5 2105/8 2105/14 2105/16
2105/17 2105/18
**especially [4]** 2006/11 2102/22 2115/17
2133/18
**ESQ [4]** 1963/14 1963/21 1963/24 1964/3
**essay [1]** 2054/17
**essence [3]** 1994/21 2039/21 2042/9
**essentially [2]** 2111/17 2128/8
**estimated [2]** 2044/7 2044/10
**evaluate [3]** 2064/9 2067/24 2090/25
**evaluated [2]** 2067/16 2078/4
**evaluating [3]** 2005/23 2014/21 2092/3
**evaluation [16]** 1980/2 2012/13 2015/17
2027/14 2029/8 2048/15 2056/15 2074/19
2075/3 2075/5 2075/13 2075/24 2076/7
2111/9 2112/4 2115/17
**evaluations [6]** 1976/11 2001/23 2032/11
2094/18 2112/5 2115/12
**even [39]** 1973/15 1982/23 1983/5 1986/24
1995/21 1999/25 2000/2 2002/6 2004/7
2004/8 2006/3 2012/11 2016/19 2018/20
2034/19 2035/3 2038/1 2038/19 2039/6
2039/15 2050/25 2051/2 2057/25 2077/4
2077/16 2078/21 2083/15 2084/8 2087/7
2088/22 2101/20 2103/11 2106/9 2106/19
2107/1 2107/17 2110/11 2119/9 2128/1
**events [2]** 1974/7 1977/13
**eventually [1]** 2024/9
**ever [1]** 2028/24
**every [4]** 1993/19 2053/17 2053/18 2125/16
**everybody [1]** 1999/18 2098/15 2132/22
**everyday [1]** 2056/5
**everything [4]** 2003/7 2071/24 2135/3
2135/5

**E**

evidence [48]  1986/20 1986/21 1986/21
1986/25 1987/5 1996/3 1996/3 1996/6 1996/6
1998/1 2000/18 2004/12 2005/2 2005/11
2005/12 2014/14 2014/25 2015/1 2017/15
2017/20 2035/1 2040/14 2046/8 2046/11
2051/6 2051/9 2051/23 2062/3 2066/3
2067/11 2067/14 2067/19 2068/4 2072/7
2090/3 2099/21 2102/8 2102/16 2119/18
2119/20 2126/18 2126/20 2127/14 2134/3
2134/4 2135/5 2137/9 2137/13
ex [1]  2132/20
exact [5]  1975/15 1977/16 2007/25 2022/25
2073/12
exactly [12]  2009/17 2021/13 2036/13
2036/20 2064/2 2081/1 2097/22 2121/2
2122/22 2129/2 2130/1 2135/7
examination [14]  1965/16 1965/22 1987/4
2006/15 2015/4 2020/1 2027/3 2062/23
2062/24 2117/20 2119/11 2121/9 2122/25
2124/3
examine [2]  2006/5 2006/17
examined [3]  1965/4 2026/15 2074/12
example [22]  1991/22 2010/25 2011/11
2011/16 2017/25 2018/1 2018/15 2031/9
2031/19 2036/1 2036/19 2049/4 2056/8
2059/7 2070/24 2072/17 2089/13 2101/1
2120/6 2128/9 2129/3 2130/3
exceeds [1]  2010/1
excellent [1]  2002/12
except [1]  2021/6
excerpting [1]  1986/18
exclusive [1]  2130/14
excuse [2]  2001/14 2110/1
excused [2]  2025/21 2126/8
execute [1]  2055/18
executive [13]  2053/18 2054/9 2054/20
2055/3 2055/8 2055/11 2055/12 2056/9
2056/11 2056/16 2056/21 2058/12 2075/4
exercise [1]  1978/5
exhibit [32]  1967/6 1969/3 1998/1 2000/18
2003/14 2003/14 2005/2 2005/5 2005/10
2005/12 2006/24 2014/24 2015/1 2045/11
2045/12 2045/24 2046/14 2047/2 2047/24
2051/7 2051/22 2062/4 2099/20 2116/6
2126/13 2126/14 2126/19 2133/22 2133/24
2134/2 2134/4 2136/8
Exhibit 104 [1]  2045/24
exhibits [14]  2026/23 2046/2 2046/4 2046/8
2046/10 2126/17 2133/18 2134/6 2134/8
2135/4 2135/5 2136/8 2137/9 2137/13
exist [2]  2108/23 2119/9
existence [3]  2017/19 2019/4 2133/21
exists [1]  2128/25
expand [1]  1966/19
expect [8]  2022/10 2040/10 2060/20 2068/9
2083/3 2083/4 2083/6 2131/2
expected [3]  1990/20 2085/14 2102/19
experience [1]  1993/9
expert [6]  2004/14 2004/16 2024/19 2029/18
2030/7 2082/16
expert's [1]  1971/9
expertise [1]  2048/2
experts [7]  1998/14 2006/8 2098/20 2099/24
2100/17 2130/8 2130/12
experts' [1]  2089/20
explain [9]  1972/9 1988/9 2015/23 2035/12
2041/1 2046/14 2050/14 2050/15 2081/7
explained [4]  1979/9 2030/13 2040/22
2096/7
explaining [1]  1968/2
explains [1]  2064/24
explanation [2]  2065/13 2069/23 2088/14

2088/18
explanatory [1]  2088/8
explicitly [1]  1998/18
exposed [2]  1980/3 2059/19
exposure [2]  2059/14 2077/17
expound [1]  2034/6
express [2]  2035/18 2093/14
expressed [1]  2090/16
expressing [5]  2033/11 2052/12 2057/16
2057/20 2094/21
expression [3]  2058/8 2078/16 2085/13
expressive [3]  2030/11 2078/9 2084/1
expressive-receptive [1]  2078/9
extend [1]  1966/21
extended [2]  2008/20 2009/9
extensive [1]  2064/1
extensively [2]  2015/21 2099/15
extent [5]  1979/7 2008/9 2073/4 2089/16
2131/1
external [1]  1974/7
extraneous [1]  1971/8
extreme [1]  2022/5
extremely [2]  2000/10 2012/16
eye [2]  2064/3 2064/7 2065/12

**F**

face [1]  2025/16
faced [3]  2055/20 2056/5 2107/20
facilitate [1]  2004/1
fact [31]  1981/22 1989/16 1993/10 2006/4
2006/16 2015/12 2034/1 2035/21 2038/24
2042/14 2042/19 2047/21 2055/15 2056/15
2057/23 2058/17 2060/4 2060/7 2061/7
2065/25 2072/22 2077/12 2081/11 2098/17
2099/5 2109/13 2115/6 2115/13 2122/20
2127/21 2130/7
factor [9]  1985/12 1989/15 1989/18 1989/20
2003/21 2042/9 2042/9 2042/21 2121/6
factors [3]  1989/21 1989/23 2077/23
facts [1]  2035/22
failing [1]  2092/22
fails [1]  2096/12
fair [1]  1979/5 1987/3 2024/13 2025/12
2069/20 2099/12 2100/21
fairly [7]  2039/9 2046/21 2057/9 2070/6
2070/13 2075/5 2088/25
fall [10]  1981/9 1994/22 1995/12 2034/13
2035/5 2035/6 2054/20 2054/21 2071/14
2086/11
fallen [1]  1982/25
falling [1]  2052/18
falls [4]  1982/12 1994/18 1994/22 2025/11
false [1]  2128/11
familiar [12]  1986/8 1987/9 1987/12 1990/4
1990/5 2003/11 2003/15 2059/9 2064/16
2066/20 2082/13 2100/7
families [1]  2079/17
family [2]  2012/1 2067/22
far [21]  1977/17 1977/20 1994/10 2001/5
2030/20 2031/15 2033/13 2034/13 2039/6
2039/13 2039/18 2044/13 2049/18 2058/11
2059/10 2065/17 2071/13 2076/8 2083/8
2086/9 2112/20
fascinating [2]  2006/10 2108/19
fast [1]  2059/8
faster [2]  2120/8 2120/9
faulting [1]  2130/24
favor [1]  2001/21
Fax [1]  1964/14
FCRR [1]  1964/12
feature [1]  1990/19
featured [1]  1993/11
features [4]  2032/23 2032/25 2055/6 2087/2
February [1]  1977/22

feedback [3]  2032/20 2056/1 2107/18
feet [13]  2024/20
fell [4]  2040/15 2051/1 2058/1 2068/21
felt [1]  1966/13
females [1]  2118/14
few [13]  2040/19 2048/25 2051/3 2054/19
2054/21 2056/20 2062/14 2073/12 2100/16
2102/25 2103/5 2107/16 2107/17
fewer [1]  1990/20
field [7]  1968/16 1994/9 1999/12 2029/3
2030/8 2098/20 2099/10
fields [1]  2029/6
fifth [2]  2106/25 2128/25
fifth retest [1]  2106/25
figure [8]  2036/20 2036/23 2038/8 2055/21
2055/21 2058/20 2073/12 2097/9
figuring [1]  2087/22
fill [5]  2011/21 2038/16 2075/22 2130/21
2133/9
final [1]  2012/18
finally [5]  2054/25 2056/4 2058/14 2062/2
2130/7
find [9]  1984/20 2006/9 2006/20 2041/17
2053/1 2076/25 2096/25 2108/19 2116/13
finding [4]  2052/13 2123/10 2123/15
2129/12
findings [7]  1979/23 1979/25 1999/15
1999/20 2051/15 2081/4 2113/17
finds [1]  1979/22
fine [5]  1965/7 2024/25 2026/3 2066/5
2067/16
finger [2]  1992/2 1996/1
fire [1]  2036/1
first [46]  1972/24 1976/4 1980/2 1980/3
1980/25 2007/14 2007/20 2010/15 2013/1
2013/12 2034/8 2041/8 2045/23 2046/20
2047/11 2048/14 2052/2 2054/8 2055/20
2056/8 2056/21 2063/21 2063/24 2064/15
2073/14 2079/3 2083/2 2085/3 2092/25
2100/16 2105/14 2106/19 2126/3 2109/13
2111/3 2112/4 2112/16 2116/14 2118/4
2118/5 2118/9 2121/11 2127/20 2131/9
2131/11 2131/25
fit [3]  2030/24 2032/17 2064/4
five [12]  1974/14 1986/10 1987/15 1987/18
2050/7 2050/9 2060/19 2075/8 2102/19
2110/1 2117/16 2117/17
fixed [1]  2087/21
flag [1]  2130/16
Fletcher [3]  2076/13 2086/6 2086/25
Fletcher's [1]  1998/1
flexibly [2]  2053/20 2055/25
flip [2]  2117/23 2117/25
floating [1]  1970/4
Floor [1]  1964/2
fluctuation [1]  1974/5
fluency [1]  2075/18
fluid [1]  2081/12
Flynn [19]  1985/12 1988/15 1988/16
1996/15 1998/2 1998/25 1999/17 1999/22
2000/9 2000/22 2001/13 2002/6 2002/9
2002/25 2003/20 2003/22 2004/17 2129/22
2130/4
Flynn's [1]  2002/6
focus [20]  1976/7 2010/17 2010/18 2010/19
2011/5 2011/8 2027/12 2027/14 2028/9
2028/12 2028/15 2041/12 2055/9 2063/10
2063/25 2074/14 2091/23 2095/15 2119/22
2119/23
focused [6]  1980/8 2011/12 2063/21 2074/8
2087/15 2094/15
focuses [1]  2091/24
focusing [1]  1981/1 1981/3
folks [2]  2088/3 2125/2

**F**

follow [5]  1973/18 1974/8 1975/24 1989/16
  2002/13
follow-up [5]  1973/18 1974/8 1975/24
  1989/16 2002/13
followed [1]  2028/7
following [4]  1970/7 1978/10 2028/11 2067/2
follows [3]  1965/4 2026/16 2037/22
foolish [1]  1979/20
forensic [7]  2001/18 2003/12 2003/18
  2004/16 2005/23 2014/21 2099/22
forget [2]  2022/24 2071/6
forgot [1]  2026/22
form [3]  2019/5 2032/19 2033/15
formal [1]  2072/18
formally [1]  2133/22
format [6]  2049/4 2049/10 2049/22 2102/1
  2110/25 2111/15
formed [1]  2053/8
forming [1]  2032/5
forms [1]  1990/19
forth [5]  2003/2 2057/5 2092/19 2128/9
  2128/20
forward [1]  2046/1
forwarded [2]  2007/3 2007/5
forwards [1]  2036/7
fought [1]  2006/11
found [6]  1986/9 2042/14 2042/17 2113/24
  2117/6 2123/19
four [10]  1989/7 2042/15 2050/8 2050/8
  2050/9 2060/16 2095/20 2118/18 2118/24
  2121/1
fourth [2]  2106/25 2128/22
fraction [2]  1966/23 1999/24
Francisco [1]  1963/23
free [3]  1980/4 1987/8 2057/16
freedom [2]  2042/22 2044/18
frequently [5]  2031/15 2051/16 2053/2
  2078/25 2125/2
Friday [1]  2007/18
friends [1]  2065/25
front [6]  1967/1 2073/18 2085/1 2113/6
  2135/19 2135/24
frontal [1]  2055/15
full [30]  1990/20 1992/18 1992/23 1994/9
  2003/23 2026/17 2034/3 2074/19 2090/22
  2094/8 2094/13 2095/22 2096/4 2096/17
  2098/4 2098/6 2098/14 2098/22 2099/11
  2100/21 2100/24 2109/14 2111/15 2121/16
  2121/22 2122/5 2122/12 2122/13 2122/16
  2133/23
full-scale [13]  1990/20 1992/18 1992/23
  2003/23 2094/8 2094/13 2095/22 2096/4
  2096/17 2098/4 2098/14 2099/11 2100/21
fully [2]  1970/5 2129/15
function [6]  2010/12 2020/20 2020/25
  2022/16 2096/15 2098/19
function-based [1]  2020/20
functional [14]  2017/16 2017/25 2019/12
  2021/19 2022/23 2064/22 2065/1 2065/18
  2073/1 2073/3 2079/23 2080/1 2088/23
  2099/18
functional-academic [2]  2064/22 2065/18
functioning [75]  1972/12 1972/14 1972/22
  1972/25 1973/14 1974/7 1975/18 1975/19
  1975/23 1976/5 1976/16 1976/22 1977/5
  1977/14 1977/18 1977/22 1990/16 1990/16
  2009/15 2009/19 2009/21 2009/24 2010/1
  2010/6 2010/14 2010/16 2011/2 2011/11
  2011/23 2012/10 2017/3 2017/6 2017/10
  2017/21 2018/20 2018/21 2020/22 2021/14
  2021/17 2022/6 2022/8 2022/9 2022/12
  2054/10 2054/20 2055/4 2055/8 2055/12

2055/13 2056/9 2056/16 2056/21 2058/12
  2060/4 2065/23 2082/22 2083/15 2083/16
  2083/1 2083/3 2085/11 2092/16 2092/21
  2093/1 2095/4 2095/17 2096/15 2096/18
  2097/25 2098/21 2099/12 2102/22 2124/7
  2128/22 2128/24
functioning -- especially [1]  2102/22
functioning analysis [1]  2021/17
functions [2]  2053/19 2055/18 2056/11
  2092/5
further [7]  1974/17 2001/16 2040/15
  2062/21 2081/7 2122/23 2125/19
future [1]  1975/16

**G**

G-r-e-e-n-e-r-y [1]  2028/13
gain [1]  2016/22
gained [2]  2003/20 2077/12
gains [3]  2002/1 2102/18 2107/15
garage [1]  2135/20
GARAUFIS [1]  1963/9
Gardner [1]  2099/16
gauge [2]  2016/14 2130/13
gave [7]  1988/18 1988/25 1990/14 1993/4
  1997/13 2011/15 2072/17
general [16]  1972/25 1974/21 1977/16
  1977/18 1978/18 1981/24 1987/14 1988/4
  1991/6 2010/5 2011/22 2022/16 2070/16
  2085/10 2127/20 2128/13
generally [5]  1977/3 1988/6 1997/3 2032/5
  2032/8
generated [2]  1967/9 1967/21
genes [1]  2079/18
genetic [1]  2079/14
Georgia [1]  2028/7
get [37]  1973/4 1974/3 1976/19 1977/2
  1977/5 1979/3 1979/4 1981/19 1982/16
  1983/19 1985/21 1988/9 1992/23 2011/1
  2012/14 2021/16 2026/4 2036/4 2045/1
  2050/10 2052/22 2055/23 2063/7 2065/14
  2084/14 2085/25 2086/8 2086/18 2101/14
  2101/14 2102/5 2108/14 2114/6 2120/9
  2120/22 2125/9 2134/9
gets [4]  1973/17 2016/18 2024/9 2101/3
getting [5]  1978/21 1989/4 2022/7 2086/19
  2110/20 2120/8 2134/17
gifted [1]  2086/15
gifts [1]  2089/10
give [18]  1969/7 1976/11 1983/3 1983/5
  1983/18 1989/1 1992/14 1996/15 2008/19
  2068/24 2090/8 2090/12 2091/20 2093/25
  2125/13 2128/21 2129/16 2130/5
given [20]  1972/13 1976/6 1976/22 1977/23
  1978/15 1988/19 1991/16 1997/1 2017/19
  2057/23 2075/19 2085/14 2105/15 2102/22
  2107/19 2108/17 2108/17 2110/1 2111/24
  2112/11
gives [1]  1994/11
giving [7]  1981/4 1995/19 1996/7 2008/3
  2008/4 2103/2 2103/3
global [2]  1989/8 2102/20
go [41]  1969/20 1970/16 1971/8 1972/20
  1977/17 1985/5 1988/10 1993/20 1994/10
  1999/24 2000/5 2000/5 2001/5 2008/5
  2011/20 2014/19 2020/17 2029/22 2034/5
  2035/15 2037/11 2038/9 2041/3 2046/12
  2048/10 2051/5 2066/25 2071/7 2071/8
  2079/4 2087/13 2107/7 2107/7 2111/3
  2117/19 2118/1 2119/22 2124/15 2125/10
  2125/11 2127/1
goal [2]  2055/19 2055/21 2055/22 2056/2
  2101/11
goal-directed [1]  2055/19
goals [1]  2071/22

goes [3]  1970/23 1984/8 2016/12
going [86]  1969/25 1969/16 1970/6 1973/10
  1971/14 1971/14 1974/22 1975/5 1976/18
  1977/2 1977/16 1978/6 1979/3 1981/25
  1982/1 1982/1 1982/16 1983/3 1983/5
  1983/19 1987/18 2001/16 2001/17 2004/4
  2005/25 2006/1 2006/16 2006/18 2010/2
  2010/9 2010/24 2013/23 2013/24 2014/3
  2034/4 2039/13 2045/10 2046/3 2051/8
  2053/3 2058/4 2062/2 2063/10 2072/20
  2086/10 2096/9 2096/14 2098/5 2098/6
  2098/18 2098/22 2099/2 2103/17 2109/4
  2109/14 2109/18 2109/25 2110/8 2110/8
  2112/24 2117/1 2118/3 2120/14 2127/2
  2127/18 2132/6
gone [4]  1999/20 2000/3 2060/12 2120/14
good [28]  1965/6 1965/12 1965/13 1965/24
  1965/25 1972/22 1973/18 1979/2 2012/16
  2014/12 2018/22 2027/5 2027/6 2031/9
  2037/17 2043/19 2057/18 2063/1 2063/2
  2067/21 2070/24 2077/10 2082/24 2095/11
  2112/12 2124/22 2125/8 2135/25
got [35]  1972/23 1973/12 1974/8 1976/19
  1976/24 1986/16 1986/16 1986/19 1986/24
  1987/20 1987/22 1993/12 1996/4 2010/20
  2019/10 2019/15 2020/9 2021/23 2024/10
  2025/10 2042/3 2050/7 2050/8 2052/23
  2060/22 2065/17 2081/15 2095/20 2097/13
  2100/25 2107/7 2113/17 2113/19 2122/14
  2124/22
gotten [2]  1995/23 2074/20
government [25]  1963/12 1966/7 1993/20
  1997/10 1997/21 2006/4 2006/6 2026/8
  2026/10 2045/11 2045/24 2046/7 2046/14
  2047/2 2047/24 2051/7 2051/22 2062/4
  2126/13 2126/14 2126/17 2126/22 2130/22
  2132/19 2136/6
Government Exhibit 97 [1]  2062/4
government's [6]  1971/7 2005/16 2046/10
  2126/19 2127/3 2137/13
gradient [1]  2076/3
gradually [2]  1982/6 2021/13
graduated [1]  2071/8
grant [2]  2071/2 2071/3
granted [1]  2030/2
graph [10]  2045/6 2046/15 2046/16 2046/17
  2046/19 2047/3 2047/6 2047/7 2062/6
  2062/10
graphs [1]  2045/15
gravitated [1]  2031/19
great [3]  1993/10 1993/17 2119/21
greater [19]  1983/19 1983/19 2002/2
  2111/23 2113/5 2113/17 2113/24 2114/14
  2114/15 2115/23 2116/22 2116/24 2118/18
  2118/19 2118/20 2118/25 2119/4 2119/7
  2121/17
green [7]  2003/2 2003/5 2003/7 2003/8
  2020/5 2020/9 2089/7
Greenery [1]  2028/13
grew [3]  2019/15 2059/15 2059/17
group [9]  1973/14 1974/11 1999/25 2000/3
  2013/2 2027/11 2027/14 2075/21 2124/9
groups [2]  2000/24 2118/18
growth [3]  1972/2 1973/9 1973/9
guess [3]  1975/12 2085/20
guideline [3]  1998/14 2087/22 2087/25
guidelines [1]  2063/18

**H**

had [79]  1969/3 1971/11 1971/12 1976/3
  1977/20 1993/9 2008/18 2011/7 2013/17
  2014/8 2017/11 2017/14 2018/1 2019/4
  2020/4 2020/21 2020/21 2021/3 2022/1
  2022/23 2023/15 2023/15 2023/20 2023/20

**H**

had... [55]  2028/25 2032/4 2032/12 2032/14 2032/23 2033/8 2033/10 2033/16 2033/20 2040/7 2044/4 2044/5 2045/4 2049/8 2050/13 2055/2 2058/24 2059/18 2060/6 2060/25 2061/6 2062/5 2065/12 2065/25 2066/11 2070/20 2071/10 2071/13 2071/23 2071/24 2071/25 2072/6 2072/6 2072/7 2075/8 2075/21 2075/22 2075/22 2075/23 2075/24 2077/1 2079/7 2081/9 2081/19 2082/16 2096/8 2103/9 2103/10 2118/17 2118/19 2119/1 2131/5 2131/8 2132/20
Hagen [5]  1997/11 1997/15 1997/25 1998/11 1998/17
Hagen's [1]  1998/8
half [5]  2008/13 2008/14 2025/8 2058/10 2127/11
halfway [1]  2107/14
hand [5]  1969/4 2026/12 2036/24 2095/9 2112/18
handed [1]  2045/12
hands [3]  2031/17 2036/15 2039/23
hands-on [2]  2036/15 2039/23
handwriting [1]  2037/18
handy [1]  2053/1
hanging [1]  2068/20
happen [2]  2070/3 2119/13
happened [2]  2103/19 2131/25
happens [1]  2053/1
happy [1]  2126/7
hard [9]  1995/20 2006/11 2024/3 2057/21 2076/21 2077/22 2089/21 2125/16 2134/7
harder [5]  2038/10 2047/8 2049/14 2050/2 2111/13
Harvard [1]  2099/16
has [80]  1968/25 1970/18 1972/25 1973/8 1973/13 1973/13 1978/3 1981/10 1983/12 1986/9 1987/3 1988/15 1990/9 1990/25 1993/11 1993/14 1996/3 1996/8 1998/18 2000/3 2000/12 2003/20 2006/6 2006/10 2006/20 2010/10 2014/1 2014/2 2014/19 2016/8 2018/5 2019/7 2019/19 2021/23 2024/10 2025/5 2026/24 2033/4 2034/12 2034/17 2035/13 2038/10 2039/8 2042/23 2043/19 2050/11 2050/13 2055/11 2055/15 2059/5 2065/10 2071/6 2072/10 2073/10 2076/15 2077/12 2079/15 2081/16 2082/25 2085/3 2086/8 2088/4 2090/25 2092/15 2097/20 2100/18 2101/6 2102/23 2103/8 2103/11 2103/18 2106/2 2109/20 2112/15 2120/11 2123/6 2123/21 2128/2 2132/10 2132/23
hasn't [2]  2014/16 2088/1
have [279]
haven't [3]  2057/14 2131/5 2131/9
having [1]  1965/3 1980/10 1984/10 2004/16 2010/13 2010/17 2018/7 2022/5 2026/15 2065/6 2076/10 2113/16 2123/9
he [180]
he's [46]  1968/19 1979/9 1983/17 1983/23 1983/24 1983/24 1987/8 1987/9 1993/12 2006/1 2006/16 2008/12 2018/1 2019/10 2020/9 2024/20 2024/21 2046/21 2083/5 2083/5 2095/8 2095/9 2095/9 2095/13 2100/6 2100/7 2103/1 2103/3 2105/4 2106/5 2106/6 2107/14 2108/4 2108/16 2108/17 2108/17 2109/25 2111/8 2113/16 2113/16 2113/20 2116/16 2116/19 2120/13 2120/14 2126/2
head [5]  1989/24 2000/8 2036/10 2038/8 2042/25
heading [2]  2074/7 2123/14
health [6]  1974/13 2013/20 2018/12 2068/17 2082/18 2099/24

hear [6]  1971/16 2021/5 2031/13 2036/6 2041/17 2054/7
heard [5]  2057/14 2063/4 2072/3 2112/12 2112/24
hearing [6]  1963/9 2015/9 2021/2 2126/24 2130/18 2136/13
help [10]  1968/25 1976/13 1985/4 2005/19 2007/6 2040/20 2045/20 2051/14 2053/10 2077/3
helped [1]  2053/7
helpful [4]  2048/3 2115/17 2127/15 2130/12
her [5]  2051/15 2056/15 2072/5 2076/3 2090/14
here [50]  1970/14 1971/12 1973/16 1977/25 1978/4 1982/13 1986/25 1992/20 1995/15 2005/17 2014/4 2040/6 2040/21 2047/9 2052/18 2052/20 2053/9 2054/8 2055/16 2056/20 2058/4 2058/5 2058/10 2058/14 2062/16 2071/17 2080/1 2087/6 2087/15 2090/9 2091/6 2093/17 2094/7 2094/12 2095/2 2095/3 2095/6 2095/6 2101/18 2108/18 2109/5 2113/5 2118/3 2119/18 2124/13 2124/16 2124/23 2131/12 2131/19 2135/16
here's [6]  1995/25 2031/9 2058/20 2058/20 2070/24 2094/16
high [12]  1998/3 2001/22 2025/11 2042/11 2042/11 2046/23 2047/13 2047/18 2053/10 2071/8 2079/5 2097/23
higher [14]  1986/16 1990/16 1990/16 2039/2 2047/13 2047/21 2048/18 2060/10 2060/11 2060/24 2086/7 2097/1 2109/7 2118/23
higher-level [1]  1990/16
highest [1]  2049/2
highlighting [2]  2001/6 2024/5
highly [1]  2093/9
him [29]  1969/8 1980/25 1981/4 1985/4 1987/9 2006/5 2007/13 2007/15 2007/17 2008/3 2008/4 2014/9 2020/7 2058/24 2071/19 2071/21 2071/24 2073/5 2073/7 2073/8 2074/12 2074/18 2076/21 2077/2 2077/3 2077/14 2078/4 2082/18 2082/20 2082/19 2082/20 2082/25 2083/6 2083/12 2083/14 2083/17 2094/9 2099/15 2109/14 2112/10 2112/10 2113/6 2120/15 2121/23 2126/3 2126/13 2130/11
history [4]  2008/11 2041/3 2057/11 2071/12
hmm [2]  2085/8 2093/20
hold [2]  2036/6 2042/7
holding [1]  2036/25
home [5]  2066/4 2066/7 2067/18 2067/19 2068/6

homework [1]  2068/7
honest [1]  2041/19
Honor [37]  1965/13 1969/14 1970/15 1971/3 1971/21 1984/24 1986/17 1994/25 1995/24 2004/5 2004/12 2005/3 2006/21 2014/14 2015/3 2025/23 2026/4 2026/10 2026/21 2029/17 2029/20 2030/4 2045/10 2046/6 2062/21 2100/6 2122/23 2125/19 2126/9 2126/11 2126/16 2126/22 2126/25 2131/5 2131/8 2133/17 2136/7
HONORABLE [1]  1963/9
hope [2]  2009/7 2019/6
hopeful [1]  2116/18
hospital [2]  2009/25 2014/12
hospitalization [1]  2066/6
hospitalizations [1]  2067/17
hour [3]  2007/23 2008/13 2008/14
hours [3]  2005/18 2007/19 2007/19
house [1]  2068/7
how [55]  1965/6 1975/13 1979/2 2001/5 2007/12 2007/20 2008/2 2008/11 2009/19 2011/1 2011/11 2012/2 2015/24 2016/13 2016/23 2018/18 2018/19 2030/16 2030/17 2035/20 2036/16 2041/4 2041/5 2041/21 2041/21 2042/7 2043/23 2045/17 2048/3 2050/5 2051/17 2051/19 2052/12 2052/11 2052/15 2053/12 2067/7 2067/13 2068/3 2068/17 2070/23 2073/10 2076/24 2076/24 2080/15 2087/13 2093/8 2096/7 2108/15 2125/11 2128/24 2129/2 2129/11 2129/25 2132/13
Howard [1]  2099/15
however [11]  1997/13 1998/13 2003/8 2010/9 2034/16 2039/17 2044/7 2059/13 2084/6 2085/11 2118/24
Hudson [1]  1964/2
human [2]  2055/13 2089/9
hundreds [1]  1984/9
hyperactivity [4]  2027/15 2030/1 2033/22 2078/11
hypothesis [1]  1983/9
hypothesized [1]  1986/2
hypothetical [1]  2104/1
hypothetically [2]  2092/24 2096/8

**I**

I'd [7]  1967/23 1969/4 1971/11 2082/24 2106/14 2127/10 2130/19
I'll [2]  2045/23 2117/17
I'm [84]  1968/18 1969/14 1970/16 1970/16 1970/17 1971/11 1971/14 1971/14 1978/6 1978/20 1981/1 1981/1 1981/6 1981/14 1981/20 1982/7 1982/18 1984/8 1984/10 1984/20 1984/20 1990/1 1993/8 1994/9 2003/14 2004/4 2004/13 2004/13 2005/25 2006/18 2008/8 2012/4 2012/5 2021/2 2021/7 2021/9 2021/9 2021/10 2021/24 2023/1 2023/4 2023/4 2027/10 2034/4 2040/17 2045/10 2046/1 2046/3 2046/3 2051/7 2051/8 2056/2 2059/1 2062/2 2074/4 2081/5 2081/10 2082/13 2082/22 2085/5 2088/3 2088/3 2094/7 2095/25 2105/12 2106/14 2107/10 2114/9 2118/8 2118/8 2120/2 2122/9 2123/9 2123/9 2123/14 2126/1 2126/7 2127/2 2127/6 2127/18 2127/24 2130/23 2132/15 2133/1
I've [15]  1968/19 1976/24 1993/18 2005/18 2006/24 2025/8 2062/16 2068/24 2073/12 2082/18 2089/19 2089/20 2090/20 2097/13 2099/15
I.Q [50]  1966/20 1974/23 1974/24 1977/1 1977/10 1987/18 1989/9 1990/20 1992/18 1992/24 1993/2 1993/4 1994/16 1994/17 1995/12 1996/5 1998/2 1998/19 1999/24 2000/1 2000/24 2000/25 2001/6 2001/8

I

**I.Q... [26]** 2002/1 2002/11 2003/22 2003/23 2004/2 2086/8 2086/12 2086/22 2087/5 2087/8 2087/23 2093/24 2094/8 2095/22 2095/24 2096/4 2096/17 2097/17 2098/4 2098/14 2098/23 2099/2 2099/11 2100/21 2102/2 2102/20
**I.Q.s [4]** 1988/23 2094/13 2100/1 2100/13
**ID [7]** 1998/15 2082/25 2089/9 2089/12 2091/13 2092/7 2092/8
**idea [4]** 2062/5 2062/11 2088/17 2113/2
**identical [1]** 2108/21
**identified [5]** 2013/7 2013/13 2014/16 2023/20 2069/6
**identify [3]** 2014/18 2056/4 2127/18
**ignore [1]** 2087/24
**III [36]** 1986/9 1986/16 1987/15 1988/22 1988/22 1989/7 1989/9 1989/21 1991/8 2003/23 2048/25 2049/1 2049/3 2049/4 2049/17 2058/7 2102/3 2102/3 2103/11 2103/12 2103/17 2103/20 2106/2 2106/5 2106/7 2110/3 2110/4 2110/13 2110/18 2110/18 2110/22 2110/23 2110/24 2111/2 2111/4 2111/12
**Ill [5]** 1969/7 1971/16 2006/20 2090/22 2091/21
**illustrate [1]** 2045/20
**illustrated [1]** 2062/16
**illustration [1]** 2062/11
**imagine [1]** 2132/17
**immature [1]** 2001/14
**immigrants [1]** 2041/13
**impact [2]** 2060/5 2091/2
**impacts [2]** 2018/19 2040/7
**impaired [13]** 2018/23 2040/14 2043/14 2054/23 2057/1 2060/3 2060/10 2060/11 2060/15 2073/2 2083/14 2093/12 2119/25
**impairing [2]** 2018/18 2079/10
**impairment [11]** 2051/16 2068/5 2068/23 2069/13 2084/4 2084/4 2085/10 2088/23 2089/1 2092/15 2114/20
**impairments [3]** 2030/21 2076/6 2076/11
**impede [2]** 2106/13 2106/23
**Implications [2]** 2099/22 2123/15
**importance [2]** 2055/8 2129/14 2129/19 2130/7
**important [20]** 1974/8 1974/19 1974/19 1976/16 1980/15 2012/16 2036/23 2037/1 2043/25 2047/15 2049/3 2051/19 2056/11 2060/1 2095/15 2102/5 2115/11 2115/13 2128/18 2129/20
**imposed [1]** 2132/9
**impossible [1]** 2084/17
**Improper [1]** 2006/15
**improve [3]** 2076/25 2077/2 2087/5
**improved [2]** 2018/5 2077/6
**improvement [9]** 2048/12 2048/12 2049/16 2049/19 2101/20 2112/5 2119/21 2120/2 2120/3
**improvements [1]** 1976/14
**impulsivity [1]** 2033/23
**inability [1]** 2021/24
**inappropriate [1]** 2004/18
**inattention [1]** 2033/21
**incarceration [1]** 2074/21
**incident [1]** 2068/22
**incidents [2]** 2068/19 2068/25
**inclined [2]** 2082/24 2132/15
**include [4]** 2044/14 2052/7 2054/17 2118/13
**included [4]** 2032/10 2043/4 2049/4 2118/13
**includes [3]** 2033/20 2033/22 2035/16
**including [3]** 2003/22 2082/4 2091/1
**inclusion [2]** 1998/24 2012/17

**inconsistent [2]** 2003/19 2010/13
**incorporate [1]** 2113/19
**increase [4]** 2001/8 2001/9 2048/19 2102/19
**increased [3]** 2002/23 2001/2 2075/25
**incredible [1]** 2071/25
**increment [1]** 2001/7
**incremental [1]** 2000/4
**indeed [2]** 2056/20 2072/23
**independent [1]** 2089/12
**index [22]** 2036/3 2037/12 2040/23 2040/24 2044/1 2044/2 2044/9 2046/19 2047/10 2047/16 2047/17 2047/21 2048/11 2048/20 2075/2 2094/15 2094/15 2096/19 2096/20 2096/25 2097/1 2097/15
**indicated [2]** 2123/6 2123/21
**indicates [1]** 2024/15
**indicating [1]** 2037/23
**indication [6]** 1976/5 1991/22 1995/17 1995/18 2023/6 2023/8
**indications [1]** 2001/21
**indicative [1]** 2019/4
**indicator [1]** 1976/2
**indices [5]** 2044/20 2048/17 2049/2 2115/15 2115/18
**individual [31]** 1974/17 1974/20 1994/2 1999/23 2000/7 2000/11 2001/6 2002/15 2011/6 2011/18 2012/17 2016/16 2017/5 2017/20 2017/20 2017/23 2028/24 2033/3 2061/7 2061/11 2075/7 2075/14 2089/8 2092/2 2098/1 2098/5 2111/3 2124/7 2124/10 2124/12 2124/19
**individual's [5]** 2060/2 2091/24 2092/3 2124/4 2124/6
**individuals [34]** 1984/13 2000/3 2000/8 2009/4 2009/5 2010/25 2028/18 2028/21 2030/20 2031/10 2031/14 2039/5 2039/9 2039/24 2043/14 2054/2 2054/24 2069/10 2071/2 2089/11 2092/6 2095/21 2107/1 2107/5 2107/9 2107/22 2114/19 2116/21 2118/2 2118/14 2119/8 2123/8 2123/22 2128/11
**inevitably [1]** 2016/10
**infant [1]** 1972/1
**inflammation [1]** 2081/13
**influence [1]** 2124/24
**influenced [1]** 2112/5
**influencing [1]** 1971/5
**informants [1]** 2010/17
**information [16]** 1987/3 2012/5 2012/6 2012/12 2020/21 2036/6 2038/21 2042/23 2043/3 2052/20 2052/22 2060/25 2094/25 2095/1 2095/16 2097/15
**informative [3]** 2001/7 2012/4 2012/12
**informing [1]** 2053/7
**informs [1]** 2128/23
**inherent [1]** 2109/10
**inhibit [1]** 2057/5
**inhibition [1]** 2057/4
**initially [1]** 2032/9
**initiate [2]** 2055/18 2055/22
**injury [3]** 1990/19 2018/17 2028/13
**inpatient [1]** 2014/12
**inquire [1]** 2026/20
**inquiry [3]** 2057/17 2127/21 2128/23
**inserted [1]** 2011/16
**instance [12]** 1974/8 1986/4 1986/25 1994/4 1999/3 2011/10 2040/4 2042/20 2072/20 2078/5 2088/14 2099/4
**instances [5]** 2039/19 2040/4 2044/4 2047/21 2132/18
**instead [3]** 2038/3 2118/6 2135/19
**institutionalization [1]** 2041/11
**instruction [4]** 2076/14 2077/20 2078/15 2091/1

**instructions [1]** 2044/6
**instrument [3]** 1988/7 1988/7 1988/11
**instruments [3]** 1985/18 2073/8 2111/23
**insufficient [1]** 2129/15
**integrated [1]** 2032/15
**intellect [14]** 2030/15 2035/5 2037/11 2043/9 2044/12 2044/23 2045/2 2045/4 2075/1 2076/7 2112/3 2112/10 2112/10 2112/14
**intellectual [72]** 1968/16 1972/14 1972/25 1976/21 1977/5 1977/22 1979/22 1980/4 1994/20 1995/12 1998/16 2010/9 2010/10 2010/13 2020/11 2021/5 2022/6 2023/11 2023/11 2023/25 2024/22 2028/21 2029/1 2030/13 2030/18 2030/20 2032/2 2034/9 2034/13 2034/14 2034/17 2040/18 2043/16 2048/17 2055/5 2055/7 2062/14 2063/5 2063/12 2063/19 2063/22 2064/10 2069/8 2069/13 2070/21 2071/13 2072/9 2072/18 2082/12 2085/11 2086/7 2087/1 2087/20 2088/13 2088/21 2088/22 2088/23 2089/2 2089/22 2090/4 2092/5 2093/1 2093/4 2096/10 2096/18 2097/25 2098/21 2099/12 2100/2 2100/14 2128/2 2128/23
**intellectually [9]** 2020/16 2035/2 2041/10 2041/16 2051/4 2053/5 2056/18 2088/10 2114/23
**intelligence [45]** 1984/14 1984/17 2030/13 2036/8 2036/16 2038/19 2039/22 2039/22 2039/24 2041/4 2041/8 2043/17 2043/20 2044/6 2046/16 2046/25 2055/10 2056/12 2086/22 2090/1 2090/6 2092/17 2092/17 2095/11 2095/15 2097/18 2099/6 2099/18 2102/18 2103/8 2103/10 2103/12 2104/4 2107/23 2108/1 2108/6 2108/7 2108/12 2112/17 2112/18 2112/19 2112/20 2115/11 2116/7 2129/3
**intelligences [1]** 2099/16
**intended [1]** 2055/24
**intent [1]** 2019/7
**intentional [1]** 2024/5
**intentionally [1]** 2016/21
**interacting [4]** 2007/12 2008/5 2008/8 2023/17
**interaction [8]** 2013/6 2013/17 2014/8 2014/9 2014/10 2014/11 2019/20 2024/15
**interesting [9]** 2002/4 2058/16 2061/5 2075/12 2083/7 2101/10 2116/13 2120/16 2126/2
**internet [1]** 2052/23
**internship [2]** 2028/8 2028/11
**interpersonal [7]** 2023/19 2023/21 2065/5 2065/17 2066/11 2066/14 2066/17
**interpersonally [1]** 2065/23
**interpret [1]** 2060/3
**interpretation [1]** 1972/13
**interpretations [1]** 1997/5
**interpreting [1]** 2060/2
**interpretive [2]** 1967/1 1967/3
**interval [10]** 1966/14 1966/15 1966/18 1967/14 2025/7 2101/21 2101/23 2129/7 2129/8 2129/10
**intervals [3]** 1966/3 1966/10 1995/22
**intervene [2]** 2076/24 2087/4
**intervening [1]** 1977/13
**intervention [5]** 2041/11 2077/17 2077/20 2084/15 2101/10
**interventions [2]** 2077/1 2077/14
**interview [4]** 2011/6 2011/6 2011/21 2012/18
**interviewed [1]** 2032/13
**interviewing [4]** 2007/23 2007/24 2008/2 2008/16
**interviews [2]** 2007/10 2072/21
**introduce [1]** 2105/16

**I**

introduced [3] 2102/4 2108/6 2134/22
introduces [1] 1970/7
introducing [2] 2133/7 2133/8
invalid [3] 1975/16 1979/6 1999/9
investigation [1] 2002/14
investigations [3] 2106/12 2106/22 2119/3
involve [6] 2031/16 2094/20 2094/20
2094/21 2094/24 2094/24
involved [6] 2037/3 2037/3 2049/16 2068/14
2094/24 2115/6
involvement [1] 2005/15
involves [1] 2037/7
IQ [66] 2016/20 2025/6 2025/8 2025/11
2035/11 2035/14 2035/14 2035/16 2038/1
2039/1 2041/5 2041/6 2041/25 2041/25
2042/15 2042/16 2042/16 2043/18 2044/4
2044/7 2044/13 2044/21 2046/18 2047/6
2047/7 2047/9 2047/13 2048/5 2048/7 2048/9
2048/11 2052/6 2052/15 2052/19 2108/12
2108/21 2108/23 2112/7 2115/16 2117/7
2119/22 2121/16 2121/23 2122/5 2122/17
2123/5 2123/6 2123/7 2123/20 2123/22
2125/3 2128/25 2129/2 2129/5 2129/11
2129/15 2129/16 2129/19 2129/20 2130/2
2130/4 2130/6 2130/8 2130/9 2130/12
2130/13
IQ-type [1] 2052/6
IQs [3] 2109/14 2119/1 2123/20
irrelevant [1] 1970/13 1978/5
is [561]
isn't [7] 2015/12 2025/1 2052/10 2052/10
2109/10 2109/25 2125/5
isnt [7] 1976/17 1986/24 1993/25 1999/10
2080/13 2086/20 2098/16
isolated [6] 2030/22 2031/4 2040/11 2071/17
2088/24 2089/25
issue [26] 1970/14 1971/1 1973/7 1974/2
1982/11 1983/21 1993/2 1993/14 1994/12
1997/16 1999/10 2015/21 2067/2 2072/10
2074/14 2074/24 2081/8 2086/4 2093/21
2100/20 2115/7 2117/4 2122/14 2127/21
2132/18 2133/3
issues [15] 1976/16 2003/19 2007/7 2008/5
2009/2 2023/14 2072/5 2076/9 2091/3
2127/16 2130/16 2131/2 2131/16 2133/1
2133/2
issues...and [1] 2112/6
it [367]
it's [51] 1973/7 1989/11 2000/10 2013/21
2014/12 2018/8 2020/13 2020/19 2023/9
2024/2 2024/13 2025/17 2031/9 2033/3
2037/4 2038/5 2039/5 2040/11 2044/10
2045/12 2047/4 2048/23 2049/18 2051/6
2051/9 2052/24 2054/2 2060/1 2060/14
2061/5 2081/14 2100/20 2105/24 2108/24
2109/1 2111/18 2114/8 2116/6 2118/4 2121/1
2121/14 2121/14 2121/15 2125/1 2125/15
2131/15 2131/17 2131/17 2132/21 2135/14
2136/14
item [1] 2036/25
items [19] 1982/1 1988/13 1990/17 2035/21
2038/11 2049/5 2049/14 2050/5 2050/9
2050/13 2059/8 2059/9 2059/14 2059/15
2107/17 2107/20 2110/25 2111/13 2111/13
iterations [3] 2043/17 2103/10 2111/25
its [92] 1967/4 1967/6 1967/20 1967/23
1969/15 1970/2 1970/13 1970/24 1971/16
1972/17 1973/12 1974/4 1974/18 1975/4
1975/4 1975/17 1976/16 1977/7 1977/16
1977/17 1978/6 1979/1 1979/4 1979/5 1979/8
1980/25 1982/24 1983/5 1983/8 1986/1
1987/3 1987/6 1987/20 1987/20 1987/22
1988/20 1988/20 1989/20 1988/22 1989/6
1989/18 1990/21 1991/3 1997/7 1999/1
1999/18 1999/19 2001/7 2001/14 2001/14
2004/20 2006/1 2007/5 2007/25 2008/6
2012/6 2012/16 2025/16 2026/8 2038/14
2066/13 2067/21 2077/22 2079/16 2079/16
2079/21 2080/4 2080/6 2080/8 2080/9 2080/9
2080/9 2080/17 2080/19 2081/18 2081/19
2083/7 2083/19 2084/2 2084/20 2084/21
2088/2 2088/2 2089/21 2089/23 2090/9
2099/7 2099/8 2099/20 2101/10 2101/16
2102/16
itself [4] 1976/2 1992/6 2019/16 2117/2
IV [27] 1988/25 1989/1 1989/2 1989/2
1989/3 1989/6 1989/10 1989/15 1989/18
1989/20 1990/10 1990/19 1991/3 1991/6
1991/7 1991/8 2034/10 2049/22 2050/9
2064/15 2102/3 2103/20 2108/8 2108/16
2108/17 2128/20 2129/5

**J**

Jack [1] 2076/13
JAMES [6] 1963/14 2050/19 2058/23
2088/22 2090/8 2108/11
James's [8] 2051/8 2051/15 2052/10 2053/4
2055/7 2056/12 2075/5 2076/6
January [2] 2127/4 2127/5
January 11th [1] 2127/5
January 4th [1] 2127/4
Jim [1] 1965/10
job [1] 2136/14
Johnson [1] 2098/14
Journal [3] 2003/12 2014/22 2099/21
JUDGE [1] 1963/10
judges [2] 2013/8 2013/14
judgment [4] 2016/24 2035/24 2042/20
2068/20
jumped [1] 2111/12
jumping [1] 2002/15
jury [2] 1971/12 2132/1
just [88] 1966/1 1967/22 1970/7 1971/24
1974/16 1974/18 1975/13 1976/3 1977/20
1978/13 1979/12 1982/20 1983/4 1983/10
1985/21 1987/3 1989/7 1989/14 1994/5
1994/9 1994/11 1996/11 2001/12 2001/14
2001/18 2004/13 2006/16 2007/24 2008/3
2008/4 2008/6 2008/10 2008/15 2009/25
2010/5 2010/14 2011/22 2020/3 2020/14
2020/25 2022/11 2026/21 2034/5 2038/8
2040/19 2041/24 2042/16 2045/22 2047/24
2047/25 2051/5 2051/8 2051/21 2052/19
2059/19 2060/16 2062/13 2065/11 2065/14
2069/6 2069/16 2079/16 2088/2 2090/9
2092/24 2096/3 2096/8 2108/15 2111/20
2114/7 2114/17 2114/23 2117/13 2117/15
2117/22 2117/24 2118/6 2120/3 2122/10
2123/2 2126/12 2131/5 2131/8 2132/6 2132/8
2133/17 2134/12 2136/9
Justice [1] 2014/22

**K**

K-a-p-l-a-n [1] 2028/10
Kaplan [1] 2028/10
Kaufman [27] 1981/8 1981/18 1982/18
1983/12 2039/8 2043/19 2095/19 2101/6
2101/21 2102/9 2102/10 2102/15 2103/18
2109/3 2110/9 2111/22 2112/15 2113/3
2115/1 2115/6 2116/3 2119/7 2123/2 2125/21
2125/22 2125/24 2126/5
Kaufman's [4] 1986/25 2102/7 2105/3
2115/10
keep [5] 1976/19 2008/4 2056/2 2108/24
2109/3
keeping [1] 2120/4
KELER [1] 2109/2
key [3] 2055/6 2088/22 2100/17
kid [7] 2067/22 2067/22 2068/9 2068/12
2092/15 2112/22 2125/4
kidding [2] 2125/25 2126/1
kids [7] 1976/11 1976/13 2068/8 2077/15
2081/16 2120/9 2125/7
kind [6] 1974/4 1984/14 2085/22 2107/20
2107/23 2114/12
kindergarten [1] 2033/14
Kitt [1] 1964/12
know [58] 1968/11 1968/14 1968/18 1968/24
1970/1 1970/2 1970/12 1976/8 1977/13
1983/8 1983/9 1983/23 1983/24 1984/6
1985/25 1987/17 1987/19 1989/22 1991/13
1993/17 2004/8 2006/9 2006/13 2006/19
2011/19 2014/3 2018/23 2021/13 2021/15
2043/13 2051/21 2056/25 2057/11 2057/21
2068/4 2076/17 2076/24 2077/15 2078/25
2081/1 2081/16 2082/17 2082/18 2089/19
2093/6 2093/17 2105/5 2112/18 2120/16
2125/1 2125/4 2130/19 2132/6 2134/6
2134/10 2135/14 2135/20 2135/21
knowledge [8] 2031/25 2035/21 2035/25
2039/16 2042/19 2043/11 2074/22 2086/3
known [6] 1968/16 1968/18 1987/25 2030/24
2105/17 2124/9
knows [1] 1991/7

**L**

label [1] 2024/2
labeled [6] 2042/17 2042/22 2043/2 2043/6
2053/14 2108/22
labels [1] 1989/4
lack [6] 2016/8 2016/9 2018/14 2022/3
2039/23 2112/5
Lafayette [1] 1963/20
laid [2] 2045/17 2058/23
language [50] 2031/10 2031/11 2031/13
2031/16 2031/22 2032/4 2033/13 2039/5
2039/11 2039/12 2039/25 2041/22 2043/13
2043/15 2054/2 2054/5 2054/24 2056/22
2058/8 2058/25 2059/4 2059/13 2059/16
2060/20 2061/2 2075/16 2076/6 2076/9
2076/11 2078/9 2082/25 2083/1 2083/2
2083/8 2083/9 2083/12 2083/14 2083/19
2083/21 2084/2 2084/5 2084/5 2084/6 2084/9
2084/10 2084/13 2084/16 2096/24 2098/25
2099/1
language-based [16] 2031/10 2032/4
2039/5 2039/12 2054/2 2054/5 2054/24
2059/4 2059/13 2060/20 2061/2 2075/16
2083/19 2084/10 2096/24 2098/25
language-based learning [1] 2043/15
large [15] 2007/5 2013/8 2013/14 2018/5
2027/10 2034/19 2048/15 2049/13 2075/6
2095/24 2106/12 2106/22 2107/1 2114/2
2134/18
largely [4] 2022/2 2041/7 2054/10 2083/17
larger [7] 2001/9 2001/10 2001/22 2011/2
2016/15 2111/15 2120/1
largest [1] 2055/16
Larrabee [1] 1989/17
Larry [1] 2117/5
last [18] 1966/7 1974/11 1979/3 2004/9
2004/10 2020/3 2026/19 2047/6 2050/17
2053/18 2054/1 2054/16 2060/16 2061/4
2106/19 2107/5 2124/1 2127/11
lastly [1] 2113/2
later [9] 1971/16 1974/6 1980/20 1980/25
1983/13 2071/6 2081/18 2113/1 2130/6
latter [1] 2122/18
law [8] 1963/22 1964/1 2003/13 2013/7

## L

law... [4]  2013/13 2099/21 2127/15 2127/21
lax [1]  2119/2
lay [1]  2093/25
learn [9]  1982/1 2011/6 2077/3 2077/6
 2079/2 2079/3 2086/16 2086/16 2125/11
learned [6]  1992/8 1992/14 2018/10 2035/23
 2060/18 2060/25
learning [15]  1984/18 1992/7 1992/8
 1992/10 1996/2 2018/2 2018/10 2018/22
 2019/8 2019/13 2022/1 2023/15 2027/15
 2027/19 2028/16 2028/25 2029/3 2029/8
 2029/10 2029/13 2029/18 2029/25 2030/7
 2030/9 2030/10 2030/16 2030/17 2030/23
 2030/25 2031/10 2031/11 2032/3 2032/17
 2032/24 2034/9 2034/12 2034/15 2034/18
 2034/23 2039/6 2039/11 2039/12 2043/15
 2043/23 2044/19 2044/21 2045/1 2047/20
 2048/2 2054/3 2054/5 2054/11 2054/12
 2054/21 2054/22 2054/24 2059/4 2059/13
 2060/19 2060/19 2060/20 2060/25 2061/3
 2062/20 2064/5 2069/8 2069/10 2069/14
 2069/17 2070/7 2070/15 2070/17 2071/11
 2071/20 2072/8 2074/14 2075/17 2076/16
 2078/1 2079/7 2079/12 2081/17 2083/19
 2083/21 2083/22 2084/10 2084/18 2085/6
 2085/9 2085/16 2086/5 2086/14 2086/15
 2086/22 2087/3 2088/14 2088/20 2090/18
 2090/23 2092/21 2095/22 2096/24 2097/10
 2097/21 2098/25 2108/2 2113/4 2113/9
 2113/10 2113/16 2113/22 2114/22 2115/8
 2115/11 2119/25
least [8]  1972/3 1983/11 1991/24 2008/17
 2018/3 2064/22 2130/13 2133/3
lecture [2]  2029/12 2029/15
led [3]  2033/6 2059/21 2066/6
left [2]  2026/22 2102/9
legal [5]  2001/23 2004/17 2122/18 2128/6
 2128/8
leisure [2]  2068/13 2068/15
less [15]  1968/3 1983/5 2038/19 2043/15
 2058/10 2060/15 2072/15 2076/8 2105/9
 2112/25 2119/8 2121/14 2127/9 2129/16
 2130/5
let [11]  1971/23 1978/22 1989/3 2011/19
 2045/22 2047/24 2053/17 2093/15 2102/15
 2107/11 2134/9
let's [8]  1979/11 2029/22 2034/17 2051/20
 2056/17 2105/2 2120/10 2127/1
lets [5]  1965/16 1985/16 1996/18 2002/9
 2002/10
letters [3]  2033/3 2056/24 2061/12
level [21]  1972/21 1974/7 1977/16 1977/18
 1990/16 2009/24 2010/12 2018/14 2034/14
 2056/18 2072/1 2075/24 2076/7 2083/15
 2085/12 2087/1 2095/25 2096/14 2101/14
 2102/21 2125/5
levels [2]  2085/14 2086/18
lies [1]  2097/16
life [6]  1972/18 2009/25 2019/7 2056/5
 2081/18 2084/14
life-long [1]  1972/18
lifespan [1]  2027/17
light [1]  2133/18
like [25]  1969/4 1970/9 1971/4 1973/13
 1984/5 1986/24 1993/8 1993/16 1993/21
 2008/1 2008/8 2008/12 2009/19 2036/24
 2068/22 2071/5 2081/18 2089/10 2097/3
 2106/14 2130/19 2133/1 2133/2 2133/20
 2135/18
likelihood [1]  1978/2
likely [14]  1987/23 1991/14 2001/23 2039/18
 2042/11 2042/12 2073/24 2086/9 2088/4

2089/9 2102/21 2119/8 2119/24 2120/21
limitation [1]  2134/8
limitations [5]  2089/8 2089/10 2091/14
 2092/7 2092/9
limited [1]  2083/13
line [12]  1970/25 1979/17 2005/25 2025/8
 2037/20 2037/21 2046/17 2046/18 2093/10
 2108/10 2108/18 2112/12
lines [7]  1987/7 1995/2 2048/5 2048/7
 2080/25 2118/11 2118/12
linked [1]  2079/18
list [5]  1979/17 1992/7 1992/8 1996/2
 2054/14
listed [1]  1992/20
listing [1]  1986/2
lists [1]  2136/8
literacy [1]  2077/12
literate [1]  2077/10
literature [10]  1982/10 1982/15 1983/17
 1987/14 1987/25 1989/13 1994/19 2003/1
 2115/25 2128/3
little [20]  1981/12 1988/6 1989/10 2007/19
 2013/8 2013/15 2021/2 2037/10 2038/3
 2047/5 2047/8 2051/5 2058/10 2067/21
 2070/23 2080/6 2081/7 2112/21 2122/3
 2125/4
living [4]  1974/12 2055/14 2067/18 2067/19
lobes [1]  2055/15
local [1]  2071/1
logical [1]  2054/12
London [1]  2097/3
long [6]  1972/18 1973/23 1974/14 1984/18
 2108/2 2132/4
long-term [1]  1984/18 2108/2
longer [5]  1984/14 2008/25 2015/7 2107/23
 2120/14
longitudinal [3]  2106/12 2106/22 2106/24
look [89]  1966/8 1966/25 1969/12 1971/6
 1974/19 1976/22 1979/16 1979/19 1979/20
 1983/14 1984/2 1986/20 2001/5 2009/19
 2016/10 2020/9 2023/5 2024/19 2032/1
 2036/20 2038/4 2041/20 2043/18 2043/20
 2043/22 2044/11 2044/23 2046/14 2047/2
 2047/15 2048/16 2049/21 2051/20 2053/14
 2056/17 2062/17 2063/22 2063/23 2064/1
 2066/13 2073/1 2074/25 2075/11 2076/16
 2077/18 2081/2 2085/1 2088/8 2088/17
 2090/10 2091/3 2094/19 2094/23 2095/19
 2095/1 2096/1 2096/17 2096/22 2096/24
 2097/2 2097/3 2097/5 2098/6 2098/6 2101/21
 2101/25 2105/2 2105/3 2108/13 2108/19
 2108/20 2110/21 2111/3 2113/2 2113/20
 2114/10 2115/13 2115/18 2115/20 2116/1
 2122/5 2122/12 2122/19 2124/11 2124/12
 2124/13 2124/21 2131/6 2131/17
looked [14]  1991/15 2001/3 2010/6 2045/16
 2045/17 2063/20 2064/3 2074/16 2074/24
 2080/3 2089/20 2091/11 2103/19 2117/6
looking [34]  1974/3 1979/1 1999/15 2012/9
 2012/10 2032/14 2035/4 2037/8 2037/15
 2048/1 2053/3 2057/11 2061/8 2064/7
 2069/21 2073/23 2076/5 2076/5 2077/20
 2079/22 2079/24 2094/7 2096/3 2096/4
 2098/4 2099/19 2101/4 2108/7 2108/11
 2109/17 2113/11 2114/9 2116/19 2122/13
looks [2]  2081/18 2130/1
looms [1]  2106/22
LORETTA [1]  1963/13
losing [1]  2095/16
lot [12]  1993/10 1993/24 2008/18 2024/5
 2030/6 2035/10 2052/21 2056/9 2056/9
 2057/15 2119/20 2134/24
lots [1]  1987/25
loud [1]  2061/7

low [41]  1992/3 1992/23 1993/4 1994/16
 1994/17 1998/20 1998/22 2017/2 2025/6
 2025/11 2035/2 2040/9 2042/6 2042/6
 2042/12 2042/12 2046/22 2047/13 2047/17
 2050/25 2051/1 2054/6 2054/20 2054/25
 2057/2 2057/6 2059/21 2060/23 2062/13
 2071/17 2072/1 2086/5 2086/19 2086/21
 2095/10 2097/23 2120/25 2121/16 2128/10
 2129/7 2129/9
low-average [4]  2062/13 2086/19 2086/21
 2095/10
lower [16]  1986/10 1987/15 2000/24 2001/22
 2016/21 2020/22 2034/20 2054/23 2057/8
 2075/13 2083/1 2083/2 2083/5 2086/18
 2100/1 2100/13
lowest [4]  2044/20 2058/14 2061/6 2061/8
LSAT [1]  2076/2
LYNCH [1]  1963/13

## M

m's [1]  2088/17
M-a-p-o-u [1]  2026/19
made [17]  1969/18 1989/14 2000/12 2000/23
 2038/5 2064/2 2076/20 2085/16 2092/20
 2092/23 2093/5 2101/24 2104/2 2108/15
 2115/12 2124/6 2124/8
mail [2]  2006/7 2006/10
mails [3]  2006/4 2006/17 2077/9
maintain [1]  1997/4
maintains [1]  2040/15
major [2]  2083/11 2131/19
majority [3]  1993/10 1999/5 2050/25
make [27]  1974/8 1981/24 1982/3 1983/4
 2003/3 2014/3 2016/10 2024/10 2037/3
 2038/7 2045/19 2055/13 2062/15 2064/11
 2065/7 2065/11 2072/14 2077/22 2086/1
 2092/14 2108/5 2110/22 2110/22 2117/9
 2122/10 2122/21 2130/24
makes [15]  2047/5 2047/7 2062/18 2087/6
 2095/2
making [6]  2056/1 2093/7 2095/17 2109/23
 2120/18 2128/7
maladaptive [5]  2023/7 2023/10 2023/17
 2024/8 2025/10
males [1]  2118/14
malinger [1]  1995/12
malingered [1]  1995/17
malingerer [1]  1995/12
malingering [18]  1993/2 1993/4 1993/12
 1993/15 1993/18 1993/21 1994/3 1994/5
 1994/7 1994/9 1994/10 1996/3 2015/20
 2015/21 2015/24 2016/17 2016/22 2016/24
malleability [2]  1972/16 1974/3
man [5]  2023/15 2071/10 2071/23 2072/2
 2072/6
manifestation [1]  2069/22
manner [1]  2130/15
manual [10]  1978/14 1989/15 1998/15
 1998/18 2044/6 2069/3 2091/13 2129/3
 2133/20 2133/23
Manufacturers [1]  1989/22
many [23]  1990/19 1999/21 2032/23 2040/4
 2042/2 2045/18 2047/20 2050/5 2050/24
 2050/24 2052/5 2055/10 2059/15 2062/12
 2062/12 2066/7 2066/7 2071/5 2073/10
 2077/23 2078/4 2107/17 2124/18
Mapou [12]  2026/11 2026/14 2026/19
 2027/5 2027/23 2028/15 2030/6 2031/23
 2034/8 2050/17 2051/10 2117/22
Mark [1]  2004/5
marked [7]  1997/10 2005/12 2048/12
 2126/13 2133/22 2137/9 2137/13
Maryland [1]  2027/11
master's [1]  2028/5

matches [1] 1989/20
material [1] 1989/20
material [2] 2006/3 2075/19 2076/4 2134/25
materials [1] 2058/19
math [2] 2036/9 2054/18
mathematics [4] 2030/12 2078/18 2078/25 2085/13
Matrices [1] 2099/9
matrix [6] 2038/11 2049/6 2050/3 2050/6 2099/7 2103/13
matter [6] 1971/10 2002/10 2002/11 2004/18 2071/8 2127/20
maximal [1] 2092/6
maximum [1] 2091/25
may [83] 1969/23 1969/24 1970/9 1971/4 1971/6 1971/20 1972/9 1972/17 1973/5 1975/6 1975/6 1977/14 1978/17 1978/17 1992/3 1995/19 1997/1 1997/4 2004/7 2004/9 2006/22 2010/12 2013/4 2013/5 2013/7 2013/13 2018/17 2018/18 2023/1 2025/21 2026/8 2026/20 2030/3 2030/22 2031/19 2048/24 2050/8 2053/11 2057/15 2058/25 2059/18 2059/19 2059/20 2060/5 2068/18 2068/22 2069/19 2069/19 2070/18 2073/6 2074/8 2078/14 2081/4 2084/3 2084/10 2084/14 2086/11 2087/7 2088/20 2088/21 2088/24 2089/11 2090/14 2090/15 2092/16 2097/2 2097/20 2098/17 2101/7 2101/16 2106/13 2106/23 2106/25 2111/23 2111/23 2112/3 2112/9 2112/25 2119/2 2119/5 2119/9 2126/8 2132/8
maybe [9] 1970/9 1970/11 1994/6 2006/20 2007/19 2071/14 2087/10 2088/24 2120/2
MAYERLIN [1] 1964/9
McGOVERN [3] 1963/14 1965/10 2136/11
me [62] 1971/23 1974/21 1975/13 1978/22 1980/13 1984/5 1988/9 1989/3 1991/21 1992/3 1992/14 1994/11 2001/11 2001/14 2001/18 2011/11 2011/18 2013/19 2020/3 2024/6 2032/10 2045/4 2045/22 2047/24 2051/14 2053/17 2053/23 2064/2 2070/16 2070/23 2071/10 2071/13 2071/16 2072/25 2073/2 2075/11 2076/14 2085/17 2087/12 2088/22 2089/21 2090/3 2091/20 2092/24 2093/15 2095/13 2097/25 2102/15 2105/22 2107/11 2108/24 2110/1 2111/2 2113/11 2114/12 2118/3 2121/2 2125/6 2130/21 2131/10 2132/16 2134/9
mean [47] 1975/11 1975/12 1976/9 1977/2 1977/25 1980/24 1982/5 1983/8 1983/11 1983/13 1986/1 1999/8 1999/10 2000/3 2000/6 2001/2 2001/3 2001/7 2001/9 2001/10 2014/11 2016/1 2016/3 2016/4 2016/4 2018/24 2020/25 2024/6 2025/2 2025/5 2031/6 2034/16 2057/15 2057/18 2088/1 2110/3 2118/12 2118/16 2118/25 2119/6 2122/11 2122/12 2127/19 2129/4 2129/6 2129/9 2129/9
meaning [3] 1971/4 2013/18 2116/16
means [12] 1970/7 1972/20 1972/21 1979/15 2035/12 2041/2 2057/21 2081/14 2089/8 2105/5 2114/4 2116/15
meant [3] 1979/23 2122/4 2122/6
measure [41] 1975/5 1984/14 1984/16 2001/3 2035/14 2035/17 2035/20 2035/21 2035/23 2036/5 2037/19 2038/12 2042/18 2042/20 2043/6 2045/2 2054/14 2054/15 2057/4 2057/7 2058/8 2059/2 2059/3 2075/1 2087/9 2096/16 2096/18 2097/3 2097/25 2098/15 2098/21 2099/4 2099/5 2099/18 2107/23 2107/25 2112/3 2112/9 2112/10 2112/14 2112/15
measured [1] 1989/6 1991/2 2090/6

measures [54] 1989/8 2001/4 2010/22 2021/11 2035/25 2036/2 2036/19 2036/2 2036/5 2036/7 2036/9 2037/10 2037/13 2038/3 2040/8 2041/12 2041/25 2041/25 2043/9 2044/12 2044/14 2044/16 2044/22 2044/22 2047/19 2053/18 2053/19 2054/1 2054/3 2054/4 2054/10 2054/12 2054/16 2054/19 2054/21 2055/1 2056/20 2058/5 2058/5 2058/7 2058/7 2058/11 2058/12 2061/4 2061/4 2061/6 2063/22 2075/4 2075/25 2097/12 2097/12 2097/17 2119/24 2120/17
measuring [4] 1989/11 2035/24 2094/10 2121/24
mechanical [2] 1964/15 2120/20
mediated [1] 2018/2
Medical [1] 2028/9
meet [4] 2015/12 2074/23 2092/25 2093/1
meets [2] 2076/10 2078/6
member [2] 2012/2
members [1] 2133/9
memory [25] 1984/18 2018/16 2018/22 2042/23 2043/14 2044/17 2044/18 2054/1 2054/4 2054/4 2054/11 2054/12 2054/13 2054/15 2054/21 2054/22 2054/22 2056/10 2058/6 2058/13 2060/23 2061/1 2097/11 2097/12 2108/2
men [1] 2075/16
meninges [1] 2081/13
meningitis [9] 2081/5 2081/8 2081/9 2081/10 2081/12 2081/17 2081/19 2081/23 2082/2
mental [51] 1968/6 1969/10 1969/18 1969/19 1969/21 1970/7 1970/10 1984/17 1994/16 2005/23 2013/2 2013/9 2013/15 2013/20 2014/21 2017/2 2018/12 2019/5 2019/5 2024/20 2030/18 2034/23 2038/4 2040/10 2049/23 2065/8 2070/2 2084/18 2085/9 2085/12 2085/15 2099/24 2100/3 2100/15 2108/1 2115/22 2116/3 2116/11 2117/23 2118/22 2119/8 2123/8 2123/23 2124/8 2127/20 2128/3 2128/12 2128/16 2128/19 2128/23 2129/12
mentally [12] 2017/22 2017/24 2025/9 2042/24 2114/13 2115/20 2116/21 2119/4 2127/23 2127/24 2128/10 2129/1
mention [4] 1991/24 1992/1 2026/22 2084/17
mentioned [10] 1981/8 1991/14 2017/1 2035/9 2040/24 2042/19 2069/12 2070/4 2110/23 2132/20
merely [1] 2052/12
merits [1] 2127/17
met [6] 2069/1 2074/7 2074/8 2074/8 2078/1 2078/15
methodology [2] 1999/13 2073/4
MICHAEL [3] 1963/22 1963/24 1965/13
middle [4] 2077/4 2106/11 2106/21 2110/1
middle-aged [2] 2106/11 2106/21
might [27] 1968/2 1970/21 1972/6 1975/9 1978/14 1978/24 1999/5 2008/13 2010/12 2034/6 2048/21 2049/15 2050/14 2053/10 2057/21 2060/20 2068/9 2086/14 2086/23 2086/23 2093/8 2093/10 2101/22 2104/2 2112/25 2120/12 2133/20
Mikvah [1] 1990/23
mild [11] 2019/4 2030/12 2069/18 2079/11 2084/18 2085/11 2086/14 2087/8 2114/13 2114/17 2115/22
mildly [4] 2018/23 2060/11 2114/13 2115/20
Miller [1] 2108/5
Millis [1] 1989/17
mind [6] 1981/1 2008/4 2023/4 2036/7 2077/13 2093/17
minds [1] 2002/20
Mine [1] 1984/8

minute [4] 1980/13 1996/18 2026/3 2036/4 2038/17
minutes [14] 2007/3 2026/2 2073/16 2073/25
misbehavior [1] 2019/18
miscommunicated [1] 2023/2
misconduct [3] 2024/5 2024/6 2024/14
misdiagnosed [1] 2072/14
misquote [1] 2081/2
misquoting [1] 2090/15
misses [1] 2036/24
missing [5] 2036/21 2037/1 2038/14 2038/15 2038/17
misunderstood [1] 2033/1
Mix [1] 2084/1
Mm [2] 2085/8 2093/20
Mm-hmm [2] 2085/8 2093/20
modern [1] 2128/15
modes [1] 2107/21
moment [4] 1975/13 1985/12 2064/23 2075/11
month [1] 2103/2
months [3] 1969/6 2102/23 2107/16
more [84] 1969/25 1971/11 1973/15 1973/17 1973/17 1973/18 1974/3 1974/5 1974/19 1975/5 1983/3 1983/18 1983/18 1998/24 2000/23 2002/10 2004/1 2006/3 2007/19 2012/6 2015/11 2018/8 2019/9 2019/18 2021/12 2021/24 2023/7 2023/7 2030/20 2036/15 2036/17 2037/13 2038/1 2038/18 2039/13 2039/18 2042/3 2043/8 2043/12 2044/9 2045/19 2047/5 2049/13 2049/18 2051/5 2051/18 2056/22 2057/13 2058/11 2059/12 2065/21 2069/13 2069/14 2071/13 2071/15 2071/19 2072/9 2075/15 2075/19 2076/4 2078/21 2080/6 2082/24 2083/16 2084/8 2086/9 2086/16 2086/20 2088/4 2093/13 2099/4 2105/11 2110/5 2110/21 2111/18 2112/20 2114/4 2119/24 2121/21 2125/11 2128/1 2128/21 2130/4 2134/25
morning [10] 1965/6 1965/12 1965/13 1965/24 1965/25 2007/18 2027/5 2027/6 2063/1 2063/2
morphed [1] 2023/22
most [29] 1972/2 1986/11 1994/18 1995/11 1997/8 1998/14 2001/23 2009/1 2011/7 2031/9 2034/1 2036/23 2037/1 2040/8 2048/16 2052/24 2055/13 2059/9 2066/9 2073/24 2083/15 2088/17 2094/20 2094/23 2099/13 2101/8 2120/20 2120/21 2128/4
mother [3] 2071/23 2072/4 2073/6
motion [3] 2030/2 2127/17 2130/21
motor [1] 1992/5
motor-speeded [1] 1992/5
mountains [1] 2135/15
move [8] 1979/11 1985/1 1996/11 2005/2 2014/5 2049/1 2049/22 2098/16
moved [1] 2053/12
moves [1] 2129/10
MR [12] 1965/23 1971/22 1978/12 1987/11 1995/8 1996/13 2005/14 2062/25 2069/18 2071/14 2087/8 2114/17
Mr. [73] 1965/14 1965/14 1965/17 1980/3 1991/16 1991/18 1992/16 1992/22 1994/4 1994/7 2006/4 2006/7 2007/10 2008/3 2010/10 2011/11 2011/25 2013/18 2014/9 2015/11 2015/13 2015/15 2016/23 2017/25 2019/1 2019/3 2024/4 2024/11 2032/4 2032/13 2032/23 2033/15 2034/21 2034/22 2035/1 2038/25 2040/8 2040/18 2046/18 2046/21 2049/8 2053/23 2056/14 2057/8 2058/17 2059/17 2060/23 2063/6 2063/15 2064/25 2065/22 2068/6 2073/21 2074/2 2076/17 2080/22 2081/9 2083/2 2109/10 2112/3 2127/23 2129/2 2129/8 2129/21 2130/2 2130/8 2130/13 2131/10 2132/22

## M

Mr.... [4] 2135/13 2136/4 2136/11 2136/12
Mr. Burt [8] 1965/17 2006/4 2006/7 2015/15 2016/25 2019/1 2136/4 2136/12
Mr. McGovern [1] 2136/11
Mr. Stern [4] 1965/14 2131/10 2132/22 2135/13
Mr. Wilson [43] 1965/14 1980/3 1991/16 1991/18 1992/22 1994/4 1994/7 2007/10 2008/3 2010/10 2011/11 2011/25 2013/18 2014/9 2015/11 2015/13 2019/3 2024/4 2032/4 2032/13 2032/23 2033/15 2034/22 2035/1 2046/21 2049/8 2056/14 2057/8 2058/17 2059/17 2063/15 2064/25 2065/22 2068/6 2073/21 2074/12 2076/17 2080/22 2081/9 2109/10 2127/23 2129/8 2129/21
Mr. Wilson's [17] 1992/16 2017/25 2024/11 2034/21 2038/25 2040/8 2040/18 2046/18 2053/23 2060/23 2063/6 2083/2 2112/3 2129/2 2130/2 2130/8 2130/13
MRI [1] 2079/22
MS [1] 2062/1
Ms. [2] 2085/17 2136/11
Ms. Cohen [2] 2085/17 2136/11
much [42] 1975/5 1982/24 1983/13 1988/18 1992/6 1992/11 1993/14 1993/20 1995/21 1999/19 2001/9 2001/10 2007/12 2007/21 2008/2 2011/25 2018/19 2020/22 2036/15 2036/17 2041/12 2047/12 2048/18 2056/12 2057/13 2065/21 2071/15 2071/16 2072/8 2076/18 2076/24 2080/12 2080/14 2083/1 2083/2 2083/5 2086/20 2111/7 2111/11 2117/10 2131/10 2131/15
MUI [1] 1964/7
multiple [6] 1982/19 2057/23 2058/3 2071/11 2072/8 2099/16
mundane [1] 2135/14
must [6] 2072/2 2128/4 2128/7 2128/15 2129/7 2129/10
mutual [1] 2135/7
my [65] 1975/19 1975/22 1981/1 1983/11 1986/22 1989/24 1992/1 1992/13 1992/20 1993/14 1997/17 1998/25 2000/7 2000/8 2000/11 2015/9 2015/14 2019/6 2020/19 2020/23 2020/24 2021/17 2023/4 2027/18 2028/5 2031/25 2032/16 2032/23 2035/8 2040/7 2045/16 2046/25 2050/23 2051/14 2051/25 2055/6 2056/2 2063/25 2069/21 2072/2 2072/25 2073/2 2074/13 2074/14 2074/17 2074/22 2077/13 2078/3 2079/16 2080/10 2083/11 2083/23 2084/11 2086/3 2088/3 2089/24 2094/3 2096/22 2097/24 2099/13 2111/3 2117/5 2124/9 2132/4 2132/4
myself [2] 2051/17 2081/2

## N

N.Y [1] 1963/5
N357 [1] 1964/12
Nagler [1] 2129/20
name [6] 1968/15 1968/19 2026/18 2026/19 2056/24 2059/7
names [3] 1989/19 2083/24 2083/25
naming [5] 2056/21 2056/22 2056/23 2059/2 2059/6 2059/15 2059/22
narrow [4] 1976/7 2010/14 2010/23 2030/24
National [3] 1968/6 1968/21 1969/10
nature [4] 1969/1 2025/10 2027/21 2043/16
necessarily [6] 1988/21 2010/20 2011/4 2017/24 2018/24 2025/2
need [19] 1979/3 1980/9 2002/12 2002/13 2014/5 2020/12 2020/15 2034/6 2041/4 2041/10 2041/15 2041/15 2041/17 2055/22 2059/14 2064/16 2115/8 2126/11 2132/12

needed [5] 2011/21 2039/16 2071/21 2079/2 2123/21
needs [1] 2136/9
negative [2] 1993/12 1993/16
neglected [1] 2005/3
neither [1] 2037/23
neuroimaging [3] 2079/22 2079/23 2080/2
neurological [2] 1990/21 2027/20
neurologically [2] 2076/15 2077/19
neurologically-based [1] 2076/15
neurologists [1] 2080/11
Neurology [1] 1990/2
neuropsychological [6] 2016/20 2031/1 2063/13 2079/2 2087/2 2120/17
neuropsychologist [3] 2027/10 2027/13 2028/17
neuropsychology [5] 1999/12 2028/1 2028/9 2029/18 2029/23
never [8] 1986/19 2057/18 2089/2 2090/17 2090/23 2108/9 2114/8 2126/12
nevertheless [1] 2064/11
new [15] 1963/1 1963/16 1963/20 1963/20 1964/2 1964/2 1964/13 1970/8 1973/4 1996/15 2037/25 2038/3 2049/23 2102/4 2131/16
newer [3] 1988/2 2036/8 2049/6
newest [1] 2043/17
next [21] 1973/19 1985/22 1988/10 2007/18 2012/19 2026/9 2054/10 2057/4 2057/7 2061/13 2078/9 2103/22 2104/6 2105/25 2107/4 2107/4 2120/24 2120/25 2123/5 2123/18 2123/19
NGG [1] 1963/3
nice [2] 2008/22 2052/23
NICHOLAS [1] 1963/9
night [1] 1966/7
nine [5] 1974/22 1979/18 1981/4 2101/5 2121/14
Ninth [1] 2129/22
no [78] 1967/23 1974/25 1977/17 1978/16 1981/18 1983/16 1984/14 1984/20 1987/13 1988/21 1992/25 1996/8 1999/15 2000/15 2003/5 2005/9 2006/10 2012/11 2013/25 2014/12 2014/23 2017/23 2018/25 2019/6 2019/22 2022/14 2022/16 2024/1 2025/20 2034/24 2037/22 2046/6 2052/13 2056/3 2064/2 2067/25 2068/4 2069/4 2071/6 2071/7 2071/18 2079/19 2080/23 2081/20 2087/21 2089/17 2091/9 2095/2 2095/9 2098/3 2098/4 2099/10 2100/5 2100/16 2107/18 2107/23 2110/14 2110/15 2112/2 2114/8 2114/19 2114/21 2115/6 2120/14 2122/23 2124/15 2124/17 2126/5 2126/11 2126/16 2126/22 2126/25 2133/22 2134/13 2134/14 2136/5 2136/7
No. [1] 1967/6
No. 81 [1] 1967/6
nobody [1] 2077/3
nonetheless [1] 2083/13
nonexistent [1] 2119/5
nonspecific [2] 2080/13 2082/6
nonverbal [5] 2041/20 2097/6 2097/21 2099/5 2107/17
norm [1] 1997/4
normal [6] 2066/1 2075/4 2086/16 2097/14 2114/19 2117/4
normative [2] 2010/21 2120/9
norms [7] 1996/20 1996/25 1997/3 1997/9 1998/10 1998/19 2010/25
Northington [5] 1993/1 1993/22 1993/23 1994/15 1995/5
nose [1] 1999/4
not [244]
not-best-effort [1] 1996/3

note [2] 2034/4 2076/23
noted [2] 2073/25 2077/05
nothing [6] 1973/12 1987/20 1996/4 2033/4 2100/18 2125/19
notice [2] 2046/20 2047/12
noticed [1] 2004/10
notices [1] 2113/24
notion [8] 1981/18 1982/19 2009/23 2012/9 2016/2 2016/12 2022/5 2061/8
novel [12] 1980/25 1983/6 1984/15 2049/8 2049/24 2050/13 2055/20 2056/5 2102/4 2107/24 2108/8 2110/11
novelty [11] 1981/10 1982/1 1982/4 1982/6 1982/7 1983/3 1983/10 1983/12 2048/22 2102/5 2108/6
now [88] 1969/20 1969/23 1970/5 1972/21 1977/2 1980/20 1986/20 1986/23 1987/1 1988/18 1991/15 1992/14 1994/5 1996/14 1999/11 2000/17 2006/1 2006/5 2006/9 2007/9 2014/3 2020/25 2021/2 2021/5 2021/10 2022/20 2023/5 2023/18 2023/21 2024/18 2025/24 2026/1 2029/3 2029/12 2030/16 2032/25 2034/3 2035/9 2036/2 2036/8 2037/11 2037/25 2038/11 2040/5 2040/17 2041/6 2042/22 2043/20 2044/16 2047/2 2047/15 2047/16 2047/24 2048/1 2049/3 2049/8 2051/5 2053/3 2055/2 2056/17 2056/21 2058/4 2059/3 2060/16 2073/18 2074/19 2076/12 2077/2 2078/20 2082/16 2084/17 2086/18 2087/6 2087/7 2089/24 2098/20 2100/24 2101/18 2111/7 2111/25 2117/14 2119/10 2120/14 2121/21 2123/2 2123/19 2127/10 2130/14
nuanced [1] 1969/25
number [24] 1968/9 1970/18 1975/16 1977/17 1986/1 1990/13 1994/1 1994/2 1997/2 2005/16 2007/5 2011/15 2011/16 2017/23 2018/15 2035/2 2037/16 2060/18 2060/22 2073/3 2078/21 2086/10 2090/25 2131/2
numbers [3] 2045/17 2045/17 2045/18

## O

O-c-c-a-m's [1] 2088/17
O-l-l-i-e [1] 2014/20
oath [1] 1965/20
obeying [1] 2067/2
object [6] 1969/14 1986/17 2004/4 2005/25 2037/9 2043/4
objection [33] 1969/15 1970/15 1971/2 1971/7 1977/24 1978/6 1979/9 1984/24 1995/24 2000/14 2004/13 2004/15 2005/5 2005/9 2005/11 2006/3 2006/13 2006/14 2006/19 2014/15 2014/23 2014/25 2029/21 2030/3 2046/5 2046/9 2100/6 2126/15 2126/18 2130/25 2133/23 2133/25 2134/3
objections [1] 1997/22
objects [1] 2056/25
observation [3] 2002/12 2008/20 2040/7
observations [2] 2012/14 2074/17
observe [1] 2009/10
observed [1] 2003/24
obsolescence [2] 1998/11 1998/19
obtained [4] 1972/4 1992/19 2071/1 2102/20
obvious [4] 1977/7 2036/24 2048/16 2083/7
obviously [3] 2036/10 2066/24 2121/17
Occam's [1] 2088/16
occasion [2] 2070/20 2070/21
occasionally [1] 2072/11
occasions [1] 2035/2
occur [2] 2001/23 2049/2
occurred [1] 2025/14
occurs [2] 2030/12 2101/8
October [1] 1995/4

# O

October 18 [1] 1995/4
odd [1] 1974/4
off [18] 1981/11 1982/2 1982/4 1982/5
1982/6 1982/7 1983/4 1983/10 1983/12
1989/24 2000/7 2048/23 2068/22 2085/23
2085/24 2086/1 2087/7 2087/21
offer [4] 2014/13 2029/17 2045/10 2046/3
offered [3] 1986/20 2082/5 2126/12
offering [2] 2015/7 2015/13
office [1] 1963/22 1964/1 2071/24 2072/2
often [18] 2032/25 2040/9 2044/12 2044/20
2054/23 2057/1 2059/10 2061/2 2078/21
2081/10 2083/18 2089/11 2090/20 2096/23
2098/12 2112/15 2114/4 2125/8
oh [6] 1970/6 1982/4 1989/16 1997/16
2026/21 2046/3
okay [96] 1966/6 1966/24 1967/9 1967/19
1969/2 1969/12 1971/18 1977/8 1978/22
1980/19 1981/23 1982/11 1983/1 1984/21
1989/25 1990/7 1995/14 1996/10 1996/12
2001/16 2001/19 2002/22 2003/10 2003/16
2005/5 2007/8 2009/18 2010/3 2013/17
2014/6 2016/25 2020/13 2023/3 2025/18
2025/19 2036/4 2038/22 2041/24 2043/25
2047/2 2053/16 2060/16 2063/17 2064/14
2067/7 2068/3 2069/5 2069/25 2070/19
2072/16 2072/24 2073/17 2074/1 2082/15
2082/21 2083/7 2084/22 2085/6 2085/19
2087/19 2088/6 2091/10 2091/22 2093/15
2094/2 2094/17 2095/8 2096/6 2098/5
2100/23 2102/14 2106/17 2107/11 2107/13
2109/23 2110/17 2111/1 2112/3 2113/2
2113/15 2114/6 2117/12 2117/18 2117/19
2118/13 2121/9 2123/12 2123/17 2124/1
2127/1 2132/14 2133/12 2134/23 2135/9
2135/10 2136/15
old [2] 1978/1 2120/11
older [7] 1973/17 1988/1 2018/9 2019/15
2099/8 2112/19 2116/15
Ollie [2] 2005/22 2014/20
once [3] 1983/3 2099/10 2100/20
one [112] 1966/23 1967/24 1970/21 1972/7
1973/4 1975/9 1976/17 1977/1 1977/2 1977/6
1977/21 1978/3 1978/15 1978/25 1979/3
1979/4 1980/24 1982/22 1982/23 1983/21
1985/22 1985/22 1987/13 1988/10 1988/14
1989/23 1996/14 1996/17 1997/16 1997/25
1998/7 2004/5 2005/3 2005/21 2006/2 2007/5
2009/14 2016/15 2017/10 2018/19 2023/20
2030/22 2034/12 2035/3 2035/25 2036/7
2036/20 2037/14 2037/20 2037/21 2037/23
2038/3 2038/13 2038/15 2040/7 2042/11
2042/12 2042/12 2042/17 2043/2 2043/4
2043/11 2044/4 2044/5 2045/13 2048/21
2049/2 2049/9 2052/2 2055/2 2055/6 2056/21
2057/4 2057/7 2058/8 2058/20 2062/15
2065/10 2067/1 2068/20 2069/16 2073/6
2073/7 2074/16 2080/20 2081/14 2082/22
2085/20 2088/25 2089/14 2090/25 2092/14
2093/6 2103/2 2103/8 2105/11 2111/20
2114/9 2115/17 2117/6 2117/7 2118/18
2118/19 2120/25 2121/21 2123/6 2123/21
2125/1 2125/7 2125/20 2129/9 2133/17
one's [7] 2016/11 2034/13 2035/14 2035/24
2084/14 2094/21 2094/21
ongoing [1] 1981/7
only [20] 1970/16 1972/19 1972/22 1973/2
1989/22 2001/17 2002/16 2016/4 2033/21
2052/25 2061/10 2073/2 2090/4 2098/24
2100/1 2100/13 2107/17 2108/12 2126/3
2130/11
onset [1] 2010/8

onwards [1] 2058/6
open [2] 1965/1 2021/6
opening [1] 2127/6
opinion [38] 1993/4 1993/11 1997/17
1997/18 1999/14 2000/7 2000/13 2017/21
2020/19 2020/24 2032/5 2032/19 2032/22
2032/23 2033/15 2034/3 2040/6 2046/25
2050/23 2053/8 2053/8 2053/9 2064/25
2065/3 2067/25 2068/2 2077/25 2078/3
2078/3 2078/5 2079/12 2079/16 2080/10
2083/11 2089/24 2096/16 2100/19 2134/13
opinions [1] 2080/11
opposed [13] 1982/20 1984/17 2008/3
2036/24 2069/8 2075/8 2092/18 2104/4
2108/1 2111/16 2114/7 2120/4 2121/5
opposite [2] 2097/20 2097/22
option [2] 1967/12 1988/14
optional [1] 2038/2
oral [1] 2058/8
order [6] 1982/5 2011/1 2016/14 2055/24
2064/17 2133/18
organism [1] 2081/11
organization [19] 2040/24 2043/2 2043/10
2044/1 2044/9 2047/10 2047/16 2047/21
2048/6 2048/11 2048/17 2048/20 2049/2
2094/14 2094/15 2094/25 2096/20 2096/25
2119/23
organize [1] 2043/3
organizing [2] 2097/8 2097/10
original [2] 2102/23 2102/25
originally [1] 2042/21
Osterrieth [1] 2097/9
other [85] 1969/23 1969/24 1970/18 1971/4
1977/4 1977/13 1977/20 1978/3 1978/3
1979/13 1983/21 1983/22 1987/20 1988/19
1989/22 1989/23 1993/24 1995/22 1996/7
1997/14 1998/19 1998/20 1999/4 2000/8
2001/9 2002/17 2002/17 2008/11 2008/23
2016/8 2018/19 2019/5 2019/20 2019/22
2020/15 2025/20 2027/16 2032/14 2036/5
2036/9 2037/13 2037/19 2042/20 2043/12
2043/24 2044/11 2048/14 2050/2 2052/7
2052/21 2055/12 2055/14 2055/19 2057/10
2063/13 2065/9 2065/23 2066/7 2066/18
2068/8 2068/14 2070/11 2070/18 2074/21
2077/5 2077/23 2082/4 2082/10 2087/11
2098/7 2100/18 2101/10 2101/18 2108/11
2112/18 2114/14 2115/20 2120/3 2121/5
2122/11 2126/21 2127/22 2132/18 2135/4
2135/6
others [5] 1990/1 2017/17 2023/17 2089/11
2114/15
otherwise [1] 2089/15
our [8] 2011/17 2025/24 2027/14 2027/21
2042/4 2070/16 2082/23 2099/17
out [73] 1970/4 1970/11 1976/24 1977/22
1980/1 1987/2 1989/10 1990/23 1996/21
2000/1 2001/5 2002/13 2002/15 2006/2
2006/20 2008/10 2008/23 2011/21 2020/8
2020/15 2021/20 2031/17 2033/2 2033/9
2033/12 2036/20 2036/23 2037/21 2037/22
2038/1 2038/6 2038/8 2044/22 2044/25
2045/17 2047/6 2047/18 2050/8 2050/9
2055/21 2055/21 2055/23 2058/20 2058/23
2060/9 2060/10 2060/11 2061/7 2061/11
2063/19 2065/20 2068/7 2072/20 2076/14
2077/20 2080/15 2083/23 2087/22 2093/4
2093/11 2093/25 2103/17 2106/6 2110/19
2112/1 2119/24 2120/24 2122/9 2125/16
2130/25 2131/1 2132/7 2133/9
outcome [2] 2076/16 2081/20
outdated [2] 1996/21 1996/23
outgrew [1] 2020/22
outgrown [1] 2018/10

outside [2] 2065/24 2068/9
over [50] 1982/6 1994/1 1997/1 1999/25
2002/5 2005/18 2008/9 2008/20 2009/10
2029/22 2031/21 2032/4 2032/12 2036/14
2041/6 2046/18 2046/19 2047/9 2047/10
2048/10 2048/23 2051/5 2055/16 2056/6
2060/23 2063/15 2071/25 2077/13 2083/8
2083/13 2090/2 2101/12 2101/19 2101/19
2102/2 2105/9 2109/4 2109/4 2109/24 2120/4
2120/8 2120/9 2120/19 2120/19 2123/18
2123/19 2125/3 2127/1 2127/11 2135/20
overall [24] 1979/22 1991/11 1996/5 1996/8
2001/2 2030/22 2088/25 2089/3 2089/15
2089/17 2091/12 2095/4 2095/9 2095/10
2095/17 2096/10 2096/18 2096/22 2098/19
2118/12 2118/15 2118/15 2118/19 2124/23
overarching [1] 1998/24
overestimate [1] 2102/21
overestimates [1] 2109/14
overlap [4] 2016/1 2066/13 2070/1 2079/6
overnight [1] 1967/22
overreliance [1] 2098/10
overrule [1] 2006/18
oversight [2] 1967/23 2083/11
overstatement [1] 1979/6
overt [1] 2013/4
own [18] 1975/17 2002/6 2024/10 2027/18
2033/10 2035/8 2045/16 2051/14 2051/25
2058/18 2058/19 2077/2 2078/5 2079/12
2080/24 2083/25 2088/7 2090/16

# P

P.C [1] 1963/19
page [48] 1966/8 1969/12 1970/19 1979/21
1984/5 1984/12 1994/24 1995/2 1996/24
2003/17 2012/19 2013/1 2013/12 2034/4
2037/8 2038/5 2038/12 2038/24 2051/20
2061/13 2074/2 2074/4 2074/5 2075/12
2082/23 2084/25 2085/4 2089/7 2091/13
2093/25 2094/3 2094/5 2094/8 2099/24
2103/22 2104/6 2105/3 2105/14 2105/25
2113/20 2116/1 2117/23 2117/25 2118/3
2118/4 2121/25 2123/18 2137/2
Page 125 [1] 1969/12
page 151 [1] 2003/17
Page 154 [1] 2099/24
Page 165 [1] 1984/12
Page 20 [1] 2093/25
Page 22 [1] 2094/5
Page 23 [2] 2094/3 2094/8
Page 29 [1] 2075/12
Page 344 [1] 2082/23
Page 35 [1] 2074/2
Page 41 [1] 1966/8
Page 47 [1] 2091/13
Page 51 [3] 1996/24 2084/25 2085/4
Page 7 [1] 2089/7
Page 78 [1] 1995/2
pages [6] 1969/13 2040/17 2091/7 2127/6
2127/7 2127/9
paid [1] 2071/3
painfully [1] 2135/15
paired [2] 2037/15 2054/13
paper [1] 2000/2
paragraph [9] 2106/18 2106/19 2107/4
2107/5 2107/11 2107/14 2123/5 2123/13
2123/17
PARALEGAL [2] 1964/8 1964/9
parcel [1] 2078/22
parents [2] 2067/22 2071/19
parse [3] 1976/24 2008/10 2024/24
parsimonious [1] 2088/18
parsing [1] 2020/8

**P**

part [20]  1986/18 1993/11 1996/1 1996/2
2004/22 2028/8 2032/12 2037/11 2039/1
2040/8 2050/14 2055/15 2056/2 2065/14
2065/20 2069/12 2078/22 2094/20 2094/23
2097/17
parte [1]  2132/20
particular [19]  1968/20 1999/5 1999/23
1999/25 2000/6 2011/5 2034/21 2036/25
2043/25 2054/22 2057/9 2065/24 2079/25
2080/5 2090/12 2090/13 2099/14 2127/18
2128/12
particularly [16]  1976/15 1980/1 1980/24
2021/20 2024/3 2035/7 2048/12 2067/16
2075/7 2075/16 2076/8 2081/21 2084/15
2108/8 2121/6 2123/6
parties [3]  2019/3 2127/12 2130/14
parts [2]  2044/25 2055/16
party [1]  2134/22
past [5]  2036/15 2037/2 2037/9 2072/4
2086/14
pathological [1]  2060/3
pathologist [2]  2083/10 2084/16
patients [2]  2070/14 2114/14
pattern [21]  1986/15 1988/4 2023/17
2030/22 2038/16 2039/9 2040/1 2040/5
2069/13 2088/25 2089/3 2089/17 2091/12
2096/22 2097/22 2114/1 2114/9 2114/13
2114/17 2123/7 2123/21
patterns [2]  2113/4 2115/13 2124/21
pause [2]  1992/14 1994/11
pay [1]  2076/21
paying [1]  2093/12
peers [6]  2066/15 2083/6 2120/4 2120/5
2120/8 2120/15
penalty [4]  2132/1 2132/3 2132/9 2132/10
Pennsylvania [2]  1993/1 1995/6
people [46]  1994/16 1995/11 1999/4 1999/5
2008/23 2011/24 2013/2 2019/21 2025/8
2027/20 2031/11 2033/3 2033/5 2039/20
2041/10 2041/14 2041/21 2041/24 2044/20
2055/12 2057/1 2059/9 2059/9 2059/10
2059/11 2061/2 2065/23 2070/14 2070/16
2072/14 2074/21 2077/18 2083/15 2083/19
2084/6 2084/9 2084/10 2086/14 2089/9
2089/10 2097/21 2107/15 2107/19 2115/22
2120/6 2120/21
Pepperdine [1]  2052/24
per [4]  1976/17 2002/2 2044/5 2112/23
perceive [1]  2043/3
perceiving [1]  2094/25
percent [11]  1966/2 1966/14 1966/15
1966/18 1967/14 2000/5 2086/9 2086/9
2113/25 2113/25 2114/2
percentage [1]  1993/17
percentile [4]  2052/7 2086/23 2088/5 2111/5
perceptual [24]  2037/12 2040/24 2043/2
2043/10 2044/1 2044/9 2047/10 2047/15
2047/16 2047/21 2048/6 2048/6 2048/11
2048/17 2048/20 2049/2 2075/2 2094/15
2096/20 2096/25 2097/15 2113/5 2113/24
2119/23
perfectly [1]  2075/4
perform [3]  2016/5 2016/21 2093/8
performance [70]  1980/10 1980/11
1980/21 1980/23 1984/11 1984/13 1988/23
1990/9 1991/1 1992/23 2009/11 2035/11
2036/13 2038/23 2039/1 2039/4 2041/6
2041/18 2041/23 2041/25 2042/15 2042/16
2043/1 2047/9 2048/5 2048/11 2048/20
2086/19 2091/23 2091/25 2092/1 2092/6
2095/24 2098/7 2098/8 2100/1 2100/13
2101/1 2101/15 2107/12 2107/22 2109/4

2109/5 2109/7 2109/17 2109/19 2109/19
2110/7 2115/1 2118/1 2118/2 2118/22
2118/17 2118/19 2118/20 2118/23 2118/25
2119/1 2119/4 2119/7 2119/22 2121/7
2121/13 2121/17 2123/7 2123/22 2124/19
2130/6 2130/11
performed [3]  2039/18 2041/21 2075/20
performing [1]  2070/25
perhaps [12]  1996/7 2015/16 2017/15
2017/16 2042/7 2046/23 2048/14 2051/18
2068/23 2071/21 2072/14 2100/22
period [20]  1975/6 2007/20 2008/9 2008/21
2009/6 2009/10 2010/7 2010/7 2010/24
2011/7 2011/8 2011/12 2011/14 2012/3
2020/14 2050/10 2065/1 2074/9 2077/25
2103/2
periodic [1]  1997/2
periods [1]  2012/10
permitting [1]  2127/6
persist [1]  2075/15
persists [1]  2084/14
person [20]  1987/21 2012/14 2016/21
2018/15 2018/18 2024/15 2059/5 2079/25
2082/24 2088/4 2092/1 2092/24 2095/6
2095/10 2096/21 2096/23 2097/6 2099/14
2102/23 2129/1
person's [9]  1977/14 2011/23 2023/10
2030/14 2085/14 2093/7 2095/3 2096/12
2102/21
personality [1]  2082/18
personally [1]  2082/18
perspectives [1]  2004/1
persuasive [1]  2130/6
pertinent [1]  2127/13
pervasive [8]  2032/21 2064/6 2069/13
2071/13 2072/9 2088/23 2089/1 2090/4
pet [11]  1992/9 2080/6 2080/7 2080/8 2080/9
2080/24 2081/4 2082/3 2082/5 2082/13
2083/25
PH.D [1]  2026/14
phase [1]  2132/3
PhD [1]  2028/5
phenomena [1]  2130/1
phenomenon [2]  1999/18 1999/19
philosophy [3]  2014/4 2014/4 2014/5
phrase [1]  2028/21
physical [2]  2089/13 2090/1
pick [1]  2036/6
picture [16]  2036/19 2036/20 2036/21
2036/23 2036/25 2037/2 2043/4 2043/5
2049/10 2065/10 2091/4 2091/6 2091/8
2111/4 2111/7 2117/8
pictured [1]  2059/8
pictures [7]  2037/3 2038/2 2049/12 2049/13
2059/19 2107/18 2111/15
pie [1]  2062/8
piece [6]  2036/23 2037/1 2038/17 2099/18
2114/9 2117/8
pieces [6]  1986/23 1987/1 1987/6 2038/5
2038/6 2038/9
PIQ [1]  1989/9
place [10]  1991/13 2007/25 2039/17 2052/25
2066/25 2105/23 2107/10 2125/7 2125/8
2128/16
places [2]  2052/21 2067/15
placing [1]  2080/23
plan [2]  2055/18 2055/23
planning [4]  2057/7 2057/11 2059/2 2092/19
play [4]  1983/13 2043/23 2066/1 2125/14
played [2]  2068/8 2081/19
playing [1]  2068/14
plays [1]  2088/16
Plaza [3]  1963/4 1963/15 1964/12
please [6]  1965/5 1965/9 2014/7 2026/12

2026/17 2030/8
point [45]  1966/23 1969/16 1976/22 1985/4
1986/10 1987/15 1991/5 1993/8 1997/16
1998/24 1999/2 2001/14 2002/4 2002/9
2004/13 2009/9 2019/17 2020/3 2021/13
2021/14 2022/2 2023/22 2024/7 2024/9
2047/6 2074/22 2077/7 2082/22 2083/23
2087/1 2087/10 2087/12 2094/6 2101/24
2103/12 2106/14 2107/15 2108/5 2109/23
2111/18 2115/12 2115/21 2117/9 2124/6
2133/6
pointed [1]  2076/14
pointing [2]  2036/18 2122/9
points [12]  1987/18 1990/13 1999/24 2040/3
2040/4 2095/20 2096/2 2102/19 2118/21
2119/1 2121/14 2124/14
policy [3]  1969/23 1970/9 1973/12
poll [1]  1999/14
poor [5]  1993/16 2009/24 2010/1 2016/15
2068/19
popularly [2]  2033/4 2033/5
population [1]  2011/2
populations [3]  1986/11 1990/21 2116/23
port [1]  2057/18
portion [5]  1969/9 2057/17 2123/2 2130/6
2132/10
portions [3]  2116/13 2116/16 2127/13
position [5]  1978/13 1981/16 2020/6 2111/24
2130/9
possibilities [4]  2080/18 2080/20 2080/21
2082/4
possibility [5]  1996/17 2080/20 2081/24
2081/25 2110/15
possible [18]  1972/17 1980/4 1980/20 1999/7
2025/23 2034/8 2034/11 2034/22 2040/23
2048/22 2081/18 2081/19 2082/3 2084/20
2084/21 2112/6 2131/6 2135/18
post [1]  2028/11
potential [7]  1972/16 2004/11 2010/8
2091/15 2092/10 2093/7 2119/12
potentially [6]  1974/2 1981/19 1981/20
1985/20 2016/16 2109/22
PowerPoint [1]  1986/18
practical [4]  1989/11 2066/23 2091/14
2092/9
practice [77]  1980/10 1980/22 1980/22
1981/25 1982/12 1982/14 1982/16 1983/2
1984/10 1985/11 1998/11 1998/13 1999/1
1999/3 2003/2 2003/12 2008/17 2027/11
2027/12 2027/14 2027/21 2028/15 2028/20
2048/21 2048/24 2049/17 2049/18 2050/14
2070/13 2070/16 2070/21 2072/11 2073/11
2088/3 2099/23 2101/4 2101/8 2101/12
2101/22 2102/9 2102/17 2103/18 2103/21
2105/6 2105/10 2105/13 2106/9 2106/12
2106/19 2106/23 2109/2 2109/9 2109/20
2110/6 2110/9 2110/11 2110/15 2110/19
2111/20 2111/22 2112/1 2112/6 2119/11
2119/12 2119/15 2119/18 2120/2 2120/20
2121/3 2121/10 2121/18 2124/15 2124/24
2125/14 2129/25 2130/10 2130/11
practicing [1]  2073/13
practitioners [2]  2003/18 2070/11
pre [2]  2074/9 2077/25
pre-18 [2]  2074/9 2077/25
precise [3]  1975/5 1975/7 2002/10
precisely [1]  2128/24
predecessor [1]  1990/21
predict [2]  2112/19
predicting [1]  1975/14
predictive [2]  2112/24 2112/25
predictor [5]  1975/4 1977/10 1977/12
1977/15 1977/18

## P

predictors [2] 1974/23 1974/23
prefer [1] 2025/25
premarked [2] 1969/3 2006/24
premature [3] 1991/3 1991/4 2001/15
preparation [1] 2130/20
prepare [1] 2045/6
preparing [2] 2005/17 2136/13
presence [1] 2030/12
present [12] 1964/6 1965/14 1965/15 1989/6
2026/7 2033/7 2070/17 2073/24 2084/13
2114/13 2130/15 2132/19
presentation [1] 2013/4
presented [3] 1987/2 2050/24 2111/15
presume [3] 1968/11 2048/23 2129/17
presumed [1] 2016/6
presumes [1] 1970/15
pretty [17] 1977/7 1982/5 1982/24 1993/20
1995/21 2000/2 2018/1 2020/23 2071/16
2076/19 2077/10 2080/14 2095/11 2097/13
2111/7 2111/11 2114/2
previous [1] 2049/7
previously [2] 1965/4 2015/20
primary [1] 2063/24
prime [2] 2080/9 2080/25
principles [1] 2128/14
printed [2] 2037/8 2038/5
prior [4] 2020/25 2020/25 2079/7 2131/24
probable [1] 2077/21
probably [9] 1972/22 1974/19 1974/22
1993/10 2066/22 2074/8 2077/25 2078/6
2116/16
problem [17] 1984/15 2043/12 2053/19
2053/24 2055/19 2055/20 2055/23 2057/12
2070/18 2080/3 2080/4 2087/2 2096/13
2097/2 2097/7 2107/24 2134/17
problem-solving [1] 2107/24
problematic [1] 2000/7
problematical [1] 1978/7
problems [11] 2018/12 2027/20 2033/10
2033/13 2056/5 2059/12 2066/6 2078/20
2078/20 2083/7 2131/11
procedure [2] 1999/13 2042/9
proceed [1] 2030/3
proceeding [1] 2004/20
Proceedings [1] 1964/15
process [5] 1974/6 2008/6 2016/14 2091/13
2092/8
processing [9] 2043/7 2043/21 2044/14
2044/17 2047/18 2095/20 2115/14 2120/6
2120/17
produce [3] 1987/15 1994/17 2006/12
produced [2] 1986/10 2006/5
Professional [1] 2028/2
professionals [2] 2013/20 2078/4
profile [31] 2031/3 2031/18 2032/17 2050/14
2061/9 2064/4 2071/12 2077/23 2079/6
2083/18 2083/20 2090/2 2096/21 2113/5
2113/18 2114/5 2115/18 2115/19 2115/23
2116/21 2116/22 2116/23 2116/25 2117/1
2118/18 2119/4 2119/8 2121/2 2124/4 2124/6
2124/23
profiles [3] 2030/24 2116/19 2118/25
program [1] 1967/13
progress [1] 2056/2
progressing [1] 2009/7
progressive [16] 1981/4 1981/7 1981/15
1981/19 1982/19 1983/19 1983/23 1983/25
1983/25 1984/11 2099/8 2105/5 2105/8
2105/14 2105/17 2105/18
progressively [2] 2023/16 2075/25
prolonged [4] 2013/6 2013/17 2014/9
2014/11

prominent [1] 1998/14
promising [5] 1963/20 2106/23 2109/6
2092/25 2093/2 2128/22 2128/24 2129/8
prongs [1] 2063/20
pronounced [1] 2021/12
properly [1] 2129/17
properties [1] 1986/4
proposal [2] 2130/22 2132/23
prorated [3] 2044/4 2044/7 2129/20
prorating [2] 2129/19 2129/20
prosecutors [1] 2002/23
proverb [1] 2057/13
proverbs [5] 2057/14 2057/19 2057/24
2058/2
provide [5] 2030/8 2062/11 2127/14 2134/12
2136/10
provided [4] 1997/10 2013/1 2032/9 2134/21
provider [1] 1973/3
providing [3] 2003/25 2005/18 2019/1
proximal [1] 1975/5
psychiatric [1] 2032/11
Psychiatry [2] 2003/13 2099/21
psychological [7] 1996/25 2010/2 2032/20
2052/2 2052/3 2101/10 2128/5
Psychologists [1] 2083/24
psychology [5] 2004/16 2014/22 2028/2
2028/5 2028/6
psychometric [1] 2051/24
psychomotor [1] 1990/18
public [1] 1999/14
publication [1] 2100/7
publications [1] 1968/20
published [4] 1968/19 1998/1 2029/3 2106/3
pull [2] 2135/19 2135/23
pulled [1] 1982/7
pulling [1] 2122/15
pure [3] 2043/9 2045/2 2048/17
purely [2] 2076/9 2099/7 2101/20
purer [2] 2044/12 2044/22
purest [1] 2112/14
purpose [4] 2011/19 2041/9 2051/12 2070/14
purposes [6] 1989/11 2005/24 2014/21
2100/3 2100/15 2127/25
pursuant [1] 2006/5
pursued [1] 2071/25
put [26] 1966/9 1986/21 1986/21 1992/5
2010/20 2038/21 2041/24 2042/3 2045/13
2045/15 2045/22 2045/23 2051/10 2051/14
2051/24 2051/25 2053/17 2064/7 2098/3
2098/22 2118/3 2133/23 2134/6 2134/11
2134/11 2135/3
putting [13] 2031/14 2039/15 2046/1
2051/12 2057/21 2058/8 2061/11 2062/5
2062/9 2064/23 2065/3 2099/1 2134/24
puzzle [6] 2037/10 2038/4 2038/4 2038/7
2038/12 2049/23
puzzled [1] 2059/1
puzzles [2] 2103/14 2107/18

## Q

qualify [3] 2025/13 2089/22 2089/23
question [43] 1970/1 1970/2 1970/24
1971/12 1971/15 1971/20 1975/19 1975/22
1976/24 1977/9 1978/8 1978/21 2006/19
2008/10 2010/9 2010/10 2063/16 2064/23
2064/24 2065/4 2067/21 2069/12 2072/22
2077/13 2080/20 2084/22 2085/20 2087/11
2087/13 2089/19 2097/24 2111/10 2111/19
2112/12 2119/10 2121/21 2122/7 2125/20
2131/22 2133/7 2133/8 2133/17 2134/5
questionable [2] 1984/16 2107/25
questionnaire [5] 2011/21 2130/20 2131/9
2131/11 2133/9
questionnaires [1] 2131/18

questions [17] 1970/13 1985/9 2017/9
2019/25 2025/20 2035/23 2037/16 2047/19
2062/21 2097/7 2112/13 2117/13 2117/15
2119/12 2122/24 2132/25 2133/2
quickly [3] 1982/8 1982/9 2056/25
quiet [1] 2093/8
QUINN [2] 1964/1 1964/3
quite [13] 2018/6 2048/10 2048/22 2048/25
2054/21 2057/24 2060/19 2071/14 2077/12
2107/1 2111/6 2122/8 2126/5
quotation [1] 2014/2
quote [2] 1987/7 2107/9
quoted [1] 1996/19
quoting [2] 2082/22 2094/7

## R

R-e-s-c-h-l-y [1] 1968/13
Rack [1] 2113/21
raise [4] 2026/12 2081/24 2132/21 2133/3
raised [3] 1970/24 2006/9 2024/4
raises [4] 1992/3 1992/9 2001/11 2077/13
RAMIREZ [1] 1964/8
range [44] 1966/21 1970/12 1994/18 1994/22
1994/22 1995/13 2000/25 2001/22 2002/2
2018/22 2018/23 2019/12 2022/7 2025/12
2027/20 2028/18 2030/21 2030/24 2035/3
2040/9 2040/14 2046/22 2047/13 2047/17
2047/22 2051/1 2051/3 2051/4 2051/18
2052/18 2054/20 2058/1 2060/11 2062/12
2062/14 2071/14 2071/15 2075/20 2079/11
2086/11 2086/19 2087/8 2096/24 2121/16
ranges [2] 1994/22 2002/11
ranging [2] 2040/3 2117/6
rapid [4] 1972/2 1990/8 2056/23 2059/6
rate [3] 1977/19 1977/23 2079/5
rather [11] 1982/8 1982/9 2031/4 2043/18
2044/18 2051/15 2064/3 2064/5 2066/8
2092/1 2094/13
rating [1] 2074/20
rational [1] 2128/9
Raven's [1] 2099/8
raw [4] 1966/25 2126/13 2129/14 2129/15
Razor [1] 2088/16
reach [3] 2055/22 2074/11 2074/15
read [40] 1970/18 1971/23 1990/2 1998/5
2000/13 2004/7 2005/22 2007/3 2046/22
2061/7 2068/24 2075/6 2075/8 2075/14
2075/21 2075/22 2075/23 2075/24 2077/4
2077/6 2077/7 2079/2 2082/18 2082/19
2082/20 2089/19 2089/21 2090/22 2091/18
2091/21 2099/15 2100/9 2100/11 2102/12
2106/14 2115/25 2118/6 2118/15 2121/25
2123/2
reader [1] 2077/16
reading [36] 1981/9 2016/4 2030/11 2031/7
2031/12 2033/1 2033/2 2057/1 2059/10
2059/11 2061/5 2061/6 2061/10 2070/6
2074/25 2075/15 2075/18 2075/18 2075/18
2076/25 2077/2 2078/20 2078/21 2084/5
2084/7 2084/8 2085/12 2086/12 2086/13
2086/23 2087/5 2087/9 2088/4 2098/13
2118/6 2135/1
ready [3] 2080/9 2080/13 2080/25
real [12] 1990/17 1999/18 2009/15 2010/1
2010/5 2010/14 2012/10 2016/10 2021/6
2022/23 2102/5 2136/14
real-world [5] 2009/15 2010/1 2010/5
2010/14 2012/10
realize [1] 2098/20
realized [2] 1992/2 2126/12
really [38] 1970/3 1972/19 1981/1 1983/13
1986/19 1995/19 2002/10 2016/10 2019/18
2021/24 2023/2 2023/4 2035/14 2035/24
2036/5 2037/9 2038/21 2039/10 2039/20

Case 1:04-cr-01016-NGG   Document 334   Filed 03/09/16   Page 196 of 205 PageID #: 17690

**really...** [19]  2042/15 2043/8 2052/16
2076/22 2077/3 2080/6 2080/9 2081/22
2083/13 2085/21 2088/12 2089/19 2097/17
2097/24 2099/14 2111/2 2111/12 2125/6
2125/7
**reason** [18]  1967/20 1970/10 1971/4 1973/8
1975/3 1977/7 2006/1 2035/3 2039/10 2044/5
2044/11 2044/16 2051/12 2058/23 2063/24
2096/13 2132/2 2134/14
**reasonable** [9]  1979/4 1983/8 1997/22
2002/19 2002/20 2002/24 2016/21 2032/20
2121/15
**reasonably** [9]  1970/21 1972/6 1975/9
1978/14 1978/25 1991/20 2002/18 2018/21
2075/9
**reasoning** [24]  2035/20 2035/24 2036/22
2037/4 2037/12 2038/11 2038/12 2042/18
2043/11 2047/17 2048/6 2049/7 2050/3
2050/6 2053/23 2075/2 2095/1 2097/2
2097/15 2099/7 2099/8 2103/14 2108/23
2111/6
**reasons** [12]  1969/24 1974/1 1976/17 1980/2
1988/11 1991/14 1996/14 2044/3 2063/23
2074/13 2110/9 2132/2
**recall** [11]  1981/8 1985/9 1987/18 2054/12
2060/23 2073/7 2075/10 2080/21 2107/17
2119/13 2122/7
**recalled** [1]  2071/23
**received** [10]  2005/10 2006/6 2015/1
2026/25 2046/10 2126/18 2126/19 2132/1
2134/2 2134/4
**recent** [6]  1997/8 2021/1 2035/7 2038/18
2128/2 2130/4
**recently** [2]  2072/4 2076/1
**receptive** [2]  2078/9 2084/1
**Recess** [1]  2026/5
**recognize** [1]  1968/15
**recognizing** [3]  2003/17 2013/9 2013/15
**recollection** [8]  1983/11 1986/22 2011/8
2011/13 2015/9 2015/14 2072/25 2077/3
**recollections** [2]  2010/23 2011/20
**recommend** [1]  2001/20
**recommendation** [7]  1976/18 2001/24
2001/25 2002/7 2003/25 2004/3 2004/14
**Recommendations** [2]  2003/12 2099/22
**recommended** [2]  1998/18 2063/21
**record** [10]  1972/23 1973/6 1996/6 2004/22
2012/10 2014/17 2014/19 2018/1 2026/18
2134/20
**recorded** [1]  1964/15
**records** [29]  2011/23 2011/24 2018/3
2022/17 2032/1 2032/6 2032/9 2032/10
2032/10 2032/12 2033/8 2034/1 2034/2
2034/22 2035/1 2046/17 2063/14 2064/22
2065/20 2066/4 2067/10 2067/15 2068/6
2068/24 2073/24 2077/1 2078/6 2081/22
2091/7
**RECROSS** [2]  2020/1 2122/25
**RECROSS-EXAMINATION** [2]  2020/1
2122/25
**red** [3]  1979/17 2046/17 2047/6
**Redirect** [4]  2005/1 2015/2 2015/4 2117/20
**reduced** [1]  1990/14
**reduction** [1]  2076/3
**refer** [4]  2052/3 2053/2 2081/11 2097/21
**reference** [11]  1969/18 1997/5 2000/17
2038/24 2074/13 2084/3 2085/21 2085/22
2102/15 2105/5
**referenced** [4]  1969/17 2017/6 2021/12
2021/17
**references** [1]  2065/25
**referencing** [1]  2083/5

**referred** [2]  2036/14 2129/25
**referring** [3]  1980/21 2010/23
**refers** [1]  2084/4
**reflect** [8]  1972/18 1994/8 2012/1 2012/2
2016/6 2048/5 2084/12 2098/17
**reflected** [3]  2081/5 2094/9 2121/24
**reflecting** [1]  2046/25
**reflection** [10]  1972/12 1972/14 1975/18
1975/22 1976/9 2094/9 2096/10 2098/19
2099/3 2121/23
**reflective** [1]  2024/12
**reflects** [3]  1992/15 1993/15 2054/9
**reflexive** [1]  2098/16
**regard** [5]  1995/16 2016/7 2018/5 2066/16
2087/25
**regarding** [5]  2002/25 2003/18 2020/11
2115/10 2133/19
**regardless** [3]  2003/1 2087/1 2087/5
**regularly** [1]  2029/12
**regulations** [1]  2067/3
**rehabilitation** [2]  2028/12 2028/13
**reinforces** [1]  2061/8
**reintroduce** [1]  2102/4
**reinvent** [1]  2131/12
**relate** [3]  2052/11 2065/23 2066/17
**related** [7]  1976/15 2007/7 2009/2 2058/11
2058/12 2060/4 2069/14
**relates** [1]  2017/3
**relating** [1]  2066/15
**relationship** [1]  2081/20
**relationships** [1]  2058/19
**relative** [1]  2031/9
**relatively** [2]  2072/1 2124/22
**relatives** [1]  2066/5
**relevance** [7]  1969/15 1970/3 1971/12
1977/24 1978/2 1996/1 2006/20
**relevant** [6]  1971/9 1971/16 2007/4 2018/8
2063/15 2127/17
**reliability** [3]  1968/3 1970/25
**reliable** [1]  2128/5
**rely** [4]  1972/19 1972/21 1974/16 2099/17
**relying** [3]  2051/15 2067/22 2113/3
**remained** [1]  2072/1
**remand** [1]  2131/24
**remarkably** [1]  2108/24
**remember** [16]  1966/4 1968/1 1968/4
1989/19 1993/1 2015/10 2015/18 2017/3
2017/7 2017/11 2017/17 2047/14 2052/3
2057/19 2107/16 2107/20
**Remind** [2]  1965/19 2070/23
**renames** [1]  1989/10
**render** [1]  2050/12
**renders** [1]  2102/20
**renewed** [1]  2009/6
**Renorming** [1]  1987/6
**repeat** [1]  2042/24
**repeated** [2]  1974/9 1980/22
**repeatedly** [4]  1984/13 2090/2 2105/15
2107/22
**repeating** [2]  2036/7 2109/3
**repetitive** [1]  2120/20
**rephrased** [1]  2122/3
**reply** [1]  2127/7
**report** [18]  1966/7 1966/15 1967/1 1967/3
1967/9 1967/14 1967/17 1967/21 1967/21
1979/21 1991/25 1992/1 1992/13 1992/20
2007/9 2020/23 2034/4 2034/7 2035/9
2038/24 2040/17 2050/18 2057/5 2073/18
2073/21 2074/2 2074/13 2077/8 2078/14
2080/23 2083/23 2093/21 2121/15 2121/22
2122/1 2122/16 2124/9 2126/13
**reported** [3]  1967/20 2003/24 2074/17
**Reporter** [1]  1964/11
**reports** [4]  1998/14 2015/6 2082/18 2089/21

**represent** [1]  1998/15
**request** [1]  1998/15
**required** [6]  2026/22 2036/16 2034/18 2076/90
2036/21 2043/11 2053/19 2084/8
**required** [6]  1997/3 1997/4 2036/16 2065/7
2079/3 2127/22
**requires** [11]  2025/15 2036/20 2037/15
2037/17 2037/17 2037/17 2037/19 2056/9
2111/5 2129/3 2129/5
**Reschly** [1]  1968/13
**research** [18]  1968/6 1968/21 1969/10
1982/24 1990/23 1995/11 1999/15 2016/7
2079/15 2079/17 2079/19 2079/21 2080/12
2081/16 2100/17 2113/17 2123/5 2123/20
**researchers** [3]  1998/20 1998/21 2042/8
**residual** [2]  2022/1 2081/5
**resolving** [1]  1968/22
**resources** [3]  2067/20 2067/23 2071/3
**respect** [6]  2048/2 2055/5 2121/11 2121/11
2121/18 2122/10
**respond** [5]  1998/7 2036/12 2036/18 2038/7
2039/16
**response** [5]  1993/13 1993/16 2036/16
2057/5 2127/4
**responses** [1]  2057/6
**responsive** [2]  1970/24 2127/4
**rest** [1]  2058/5
**restlessness** [1]  2033/22
**restoration** [1]  2009/5
**rests** [1]  2126/22
**result** [8]  2018/16 2022/9 2023/11 2023/11
2080/14 2109/9 2109/10 2109/20
**results** [13]  1988/2 2010/2 2016/15 2032/15
2032/16 2040/18 2056/14 2063/22 2090/18
2090/24 2106/13 2106/23 2112/20
**retained** [1]  2060/24
**retardation** [39]  1968/7 1969/10 1969/18
1969/19 1969/21 1970/7 1970/11 1994/17
2005/23 2013/2 2014/21 2017/2 2019/5
2019/5 2030/19 2034/23 2040/10 2065/8
2084/18 2085/9 2085/12 2100/3 2100/15
2115/22 2116/4 2116/11 2117/23 2118/22
2119/2 2119/9 2123/8 2123/23 2124/8
2127/21 2128/3 2128/13 2128/16 2128/23
2129/13
**retardations** [1]  2128/19
**retarded** [11]  2017/22 2017/24 2025/9
2114/13 2115/20 2116/21 2119/4 2127/24
2127/24 2128/11 2129/1
**retention** [1]  2061/1
**retest** [9]  1980/20 1981/9 1982/11 1982/20
1982/22 2102/20 2102/22 2106/24 2106/25
**retested** [1]  2107/16
**retesting** [2]  1976/19 1980/5
**retests** [1]  1980/5
**retests -- some** [1]  1980/5
**rethink** [1]  2071/21
**retried** [1]  2132/11
**retrieval** [2]  2059/3 2059/12
**retrieving** [1]  2059/5
**retrospective** [1]  2010/21
**return** [1]  1966/1
**reversal** [1]  2132/10
**reversed** [2]  2047/4 2114/1
**reversing** [1]  2033/3
**review** [11]  1997/2 2010/21 2015/6 2017/10
2032/1 2032/6 2050/18 2064/21 2067/9
2094/19 2113/17
**reviewed** [9]  1994/19 2020/21 2032/9
2032/11 2035/8 2050/21 2071/11 2071/12
2073/25
**reviewing** [1]  2078/5
**revised** [1]  2103/18
**Rey** [1]  2097/9
**Rey-Osterrieth** [1]  2097/9

**R**

right [117]  1965/9 1974/10 1975/20 1976/1
  1977/6 1977/25 1979/7 1979/19 1980/6
  1980/11 1980/23 1981/6 1981/13 1982/16
  1982/19 1982/21 1985/23 1986/7 1986/24
  1987/21 1987/25 1993/5 1993/7 1993/13
  1993/22 1994/12 1994/23 1995/9 1995/15
  1996/2 1996/16 1997/6 1997/20 1997/24
  1998/5 1999/6 2000/24 2002/1 2002/3
  2002/11 2004/15 2005/10 2007/2 2008/7
  2009/13 2009/17 2011/3 2014/24 2019/22
  2021/22 2023/13 2023/19 2024/23 2025/15
  2025/21 2026/8 2026/12 2026/20 2026/24
  2027/2 2029/22 2030/2 2039/1 2046/7
  2052/14 2052/20 2064/20 2065/14 2067/3
  2077/24 2078/24 2080/5 2082/1 2082/7
  2087/17 2089/5 2095/9 2095/12 2100/8
  2101/1 2103/7 2106/3 2106/9 2108/14
  2108/18 2109/1 2109/3 2109/9 2109/13
  2109/21 2110/1 2110/7 2110/10 2111/21
  2112/7 2113/18 2114/18 2116/16 2116/17
  2117/3 2117/9 2117/14 2118/14 2119/16
  2123/10 2124/5 2124/12 2126/23 2131/4
  2131/7 2131/21 2133/6 2133/13 2134/2
  2135/1 2136/3 2136/11
rights [1]  2019/20
risk [1]  2128/11
Rm [1]  1964/12
ROBERT [5]  1965/3 2000/9 2026/11
  2026/14 2026/19
role [5]  2043/23 2063/25 2069/6 2081/19
  2125/15
RONELL [1]  1963/5
room [2]  2126/3 2126/4
ROTHMAN [1]  1963/19
roughly [1]  2058/10
row [1]  2050/8
RPR [1]  1964/12
rule [3]  2020/15 2110/19 2112/1
rules [2]  2067/2 2067/2
ruling [1]  2063/18
rulings [1]  2003/19
run [1]  2079/17
Russell [1]  2055/11

**S**

S-e-a-y [1]  2014/21
safety [2]  2068/17 2068/18
said [60]  1967/12 1973/16 1979/12 1979/21
  1981/12 1982/9 1982/15 1983/20 1986/20
  1993/20 1993/22 1993/24 1994/2 1994/7
  1994/11 1997/13 2000/9 2001/2 2002/17
  2003/7 2014/1 2020/17 2021/3 2022/11
  2028/16 2034/7 2039/14 2041/14 2041/24
  2048/1 2060/13 2063/3 2067/15 2069/16
  2070/20 2072/23 2074/19 2076/18 2077/5
  2077/21 2080/14 2080/14 2081/1 2081/4
  2081/6 2082/22 2088/7 2088/22 2090/8
  2090/14 2090/20 2091/1 2091/11 2096/7
  2101/7 2108/11 2122/10 2124/10 2132/22
  2134/6
same [54]  1974/1 1974/2 1975/6 1975/16
  1977/16 1978/4 1985/14 1989/12 1989/14
  1989/23 1991/2 1991/14 2011/1 2041/13
  2045/13 2049/11 2050/3 2051/21 2052/12
  2056/10 2064/2 2069/17 2072/19 2076/3
  2077/18 2077/21 2078/22 2079/1 2084/11
  2084/12 2087/3 2087/22 2092/14 2092/20
  2092/23 2093/5 2101/19 2101/25 2102/1
  2103/20 2105/2 2105/15 2105/23 2111/24
  2114/12 2115/7 2115/19 2116/1 2117/23
  2120/21 2121/1 2121/3 2121/4 2123/18
sample [1]  1997/1 2113/25 2114/1 2118/13

samples [6]  2077/9 2118/13 2118/17 2118/21
  2118/22 2118/24
San [1]  1963/23
sanity [1]  2009/3
sat [1]  2077/14
satisfy [2]  2064/17 2129/8
saw [6]  2040/2 2055/7 2074/18 2076/1
  2077/9 2093/18
say [82]  1970/6 1972/18 1974/11 1974/18
  1975/9 1975/14 1975/15 1977/12 1977/16
  1978/13 1978/16 1979/5 1979/18 1980/1
  1982/5 1982/17 1991/3 1991/4 1992/13
  1993/14 1994/4 1994/7 1994/10 1994/19
  1996/20 1998/10 2001/16 2003/17 2007/22
  2008/16 2010/25 2011/10 2012/1 2012/4
  2012/5 2014/11 2016/19 2023/1 2023/9
  2023/14 2024/3 2024/13 2025/2 2025/17
  2031/6 2034/17 2063/24 2068/2 2068/4
  2069/20 2073/10 2081/24 2082/13 2084/9
  2084/10 2085/25 2086/21 2089/16 2090/12
  2093/6 2094/6 2098/5 2098/12 2099/12
  2100/17 2100/21 2101/11 2110/14 2110/19
  2111/24 2112/9 2113/3 2115/21 2120/10
  2124/14 2124/21 2127/24 2127/24 2131/15
  2132/2 2132/8 2133/8
saying [35]  1972/11 1979/8 1980/9 1981/20
  1982/7 1990/1 1990/22 1994/10 1995/10
  1995/18 1997/7 1997/15 2003/5 2020/7
  2020/13 2020/14 2020/23 2021/5 2021/8
  2021/10 2021/11 2021/18 2022/15 2023/21
  2024/18 2025/1 2033/24 2052/20 2057/15
  2072/18 2088/12 2092/13 2108/4 2109/3
  2119/7 2133/1
says [40]  1970/6 1970/19 1971/25 1973/19
  1973/20 1983/18 1984/12 1989/23 1997/6
  2003/8 2013/1 2020/9 2082/9 2084/19
  2084/25 2085/9 2087/21 2089/7 2090/22
  2091/13 2091/23 2095/19 2095/23 2096/1
  2099/24 2101/21 2102/9 2102/16 2105/13
  2106/9 2107/5 2107/15 2110/10 2113/5
  2115/1 2115/4 2116/13 2116/19 2123/5
  2123/20
scale [28]  1984/11 1990/20 1992/18 1992/23
  2003/23 2052/6 2094/8 2094/13 2095/22
  2096/4 2096/17 2098/4 2098/6 2098/14
  2098/22 2099/11 2100/21 2100/24 2102/24
  2102/24 2103/4 2103/4 2109/14 2118/23
  2121/16 2121/23 2122/5 2122/17
scaled [1]  2053/5
scales [1]  2074/20
scan [6]  1992/9 2037/20 2080/24 2081/4
  2082/4 2082/13
Scanning [1]  2080/6
scans [1]  2079/23
schedule [2]  2127/1 2127/2
SCHEIDER [1]  1963/19
schizophrenia [2]  2080/21 2080/22
schlepping [1]  2135/19
scholar [2]  1968/16 1968/18
scholars [1]  1968/9
school [12]  2022/4 2031/21 2035/23 2039/12
  2066/9 2068/25 2071/8 2076/23 2077/4
  2098/12 2112/5 2125/9
schooling [1]  2085/14
Schretlen [1]  2117/5
science [3]  1969/1 1971/5 1971/5
scientific [7]  1968/22 1981/22 2002/14
  2003/20 2004/1 2079/14 2127/23
score [83]  1967/9 1972/11 1972/13 1972/17
  1972/21 1973/2 1973/4 1975/17 1976/4
  1976/4 1976/18 1976/24 1976/23 1977/1
  1977/5 1977/9 1977/10 1977/21 1978/4
  1979/3 1979/13 1980/8 1980/9 1980/11
  1980/13 1980/15 1986/16 1987/15 1991/23

1994/6 1996/4 1996/8 1997/5 2001/4 2001/8
  2010/9 2013/22 2037/1 2038/1 2041/7
  2047/6 2047/7 2047/13 2053/6 2053/17
  2053/18 2057/2 2058/16 2059/21 2060/4
  2060/9 2071/17 2075/23 2085/23 2085/24
  2087/8 2087/22 2088/4 2095/16 2098/13
  2098/15 2098/17 2098/17 2100/14 2102/6
  2102/20 2111/4 2111/8 2111/20 2112/23
  2118/23 2121/4 2122/12 2122/13 2122/15
  2122/19 2124/14 2124/15 2128/25 2129/5
  2129/15 2129/16 2130/4
scored [2]  1988/14 1993/7
scores [147]  1967/14 1968/1 1968/3 1970/21
  1971/6 1972/3 1972/6 1973/22 1974/13
  1974/21 1977/20 1977/23 1978/1 1978/2
  1978/14 1978/24 1979/13 1979/16 1979/16
  1979/17 1979/18 1980/15 1980/20 1985/7
  1985/13 1985/17 1985/21 1990/20 1991/10
  1991/12 1991/15 1992/2 1992/22 1993/2
  1994/8 1994/17 1994/21 1995/12 1995/16
  1995/21 1995/23 1996/5 1996/14 1998/2
  1998/19 2000/4 2001/3 2001/5 2001/22
  2003/22 2003/24 2004/2 2009/16 2009/20
  2009/22 2009/24 2016/5 2016/9 2025/13
  2035/6 2035/6 2044/4 2044/13 2044/22
  2045/7 2046/22 2047/12 2047/17 2050/23
  2050/24 2051/1 2051/2 2051/3 2051/17
  2051/18 2051/21 2052/6 2052/6 2052/7
  2052/7 2052/7 2052/8 2052/8 2052/9 2052/12
  2052/15 2052/16 2052/17 2052/19 2053/11
  2053/14 2053/21 2054/1 2054/25 2056/17
  2056/18 2056/19 2057/8 2057/24 2058/14
  2058/15 2060/16 2060/17 2060/24 2061/8
  2062/5 2062/8 2062/9 2062/12 2062/12
  2062/16 2062/17 2071/17 2071/18 2075/25
  2076/3 2076/5 2086/1 2086/10 2086/20
  2090/9 2090/12 2093/25 2094/10 2094/14
  2096/8 2098/11 2100/2 2101/1 2102/18
  2108/16 2108/20 2108/20 2108/23 2109/4
  2109/5 2109/7 2111/3 2112/25 2121/7
  2121/24 2122/21 2125/14 2129/2 2129/12
  2129/15 2129/16 2130/6
scoring [5]  1967/10 2050/19 2053/4 2111/7
  2121/24
screen [2]  2045/23 2053/3
search [4]  2037/19 2043/7 2120/7 2120/18
seated [1]  1965/5
Seay [1]  2005/23
second [21]  1980/24 1981/10 2013/12
  2022/24 2023/19 2035/4 2040/13 2042/21
  2051/20 2094/6 2101/8 2101/16 2103/3
  2105/24 2107/4 2107/5 2123/13 2124/2
  2128/15 2132/3 2134/5
secondary [1]  2016/22
seconds [6]  2075/8 2075/22 2120/10 2120/11
  2120/12 2120/13
section [7]  2009/1 2085/6 2105/4 2113/9
  2113/14 2116/1 2116/14
security [8]  1968/7 1969/20 1969/24 1970/6
  1970/8 1971/6 2005/6 2072/6
see [92]  1976/14 1979/24 1980/17 1984/2
  1984/19 1986/12 1988/4 1988/6 1992/17
  2001/7 2002/12 2002/24 2009/24 2010/11
  2012/17 2019/7 2023/6 2024/18 2027/20
  2028/17 2031/17 2031/18 2035/7 2036/1
  2038/12 2040/1 2042/10 2045/19 2045/22
  2047/9 2047/18 2048/9 2049/2 2049/21
  2051/17 2052/9 2053/6 2054/7 2054/8
  2058/19 2061/2 2063/10 2067/14 2067/19
  2068/4 2068/15 2069/17 2075/1 2079/13
  2081/11 2083/18 2084/1 2084/3 2088/4
  2088/8 2089/1 2089/24 2094/18 2095/23
  2097/22 2098/12 2101/15 2101/20 2102/12
  2103/13 2103/14 2106/17 2107/2 2108/3

S

see... [23]  2114/2 2114/4 2114/14 2114/17
2114/19 2116/10 2119/18 2119/20 2119/20
2120/1 2120/19 2120/23 2120/23 2120/24
2120/24 2120/25 2122/16 2125/2 2125/6
2125/7 2131/16 2133/20 2134/15
seeing [3]  2008/9 2088/3 2109/5
seeking [1]  2019/2
seem [3]  2072/15 2097/20 2107/16
seemed [3]  2066/8 2068/8 2107/21
seems [3]  2018/9 2081/11 2098/16
seen [10]  1968/19 2030/25 2049/9 2049/13
2049/19 2052/1 2059/6 2059/10 2065/8
2108/9
select [1]  1967/13
selected [1]  1967/17
selection [1]  2071/6
self [9]  2016/11 2067/13 2067/14 2067/16
2068/3 2068/5 2068/8 2094/21 2094/22
self-care [3]  2067/13 2067/14 2067/16
self-directed [1]  2068/8
self-direction [2]  2068/3 2068/5
seminar [1]  2014/5
send [2]  2070/14 2070/16
sends [1]  2008/23
sense [13]  1970/11 1981/24 1982/3 1983/4
1983/4 2023/10 2062/19 2064/2 2070/13
2079/10 2095/2 2114/21 2122/21
sensible [1]  2037/4
sent [6]  2006/2 2009/4 2071/10 2130/22
2131/10 2132/3
sentence [17]  1973/19 2013/11 2013/12
2013/18 2013/19 2013/22 2075/21 2100/16
2105/14 2106/19 2107/5 2121/22 2122/4
2122/6 2122/10 2122/11 2124/2
sentences [2]  2054/17 2075/22
sentencing [3]  2004/8 2004/9 2128/10
separate [1]  2023/14
separately [1]  2043/23
separates [1]  1989/10
sequence [2]  2036/9 2038/13
sequencing [1]  2053/20
series [7]  2017/1 2017/9 2038/14 2056/23
2059/7 2060/19 2125/3
serious [1]  2079/10
serves [1]  2072/25
services [1]  2072/1
set [10]  1988/20 1998/13 2001/25 2002/1
2003/2 2037/15 2054/10 2127/2 2128/9
2128/20
sets [2]  1984/18 2108/2
setting [4]  2009/25 2009/25 2014/12 2074/21
settings [3]  2009/11 2093/13 2101/11
settling [1]  2043/12
seven [9]  1978/2 1982/9 1982/12 1982/15
1982/24 2053/9 2101/5 2118/18 2119/1
Seventh [1]  2129/14
Seventy [1]  1992/21
Seventy-six [1]  1992/21
several [20]  1976/24 1982/6 1986/2 1990/14
2029/7 2035/15 2045/3 2054/8 2056/10
2068/19 2071/1 2073/22 2080/18 2080/19
2082/4 2083/23 2102/25 2103/4 2116/22
2127/17
severe [2]  2072/15 2079/11
severity [2]  2079/11 2085/14
Shapiro [11]  1985/12 1986/8 1986/19
1986/22 1987/2 1990/3 2015/8 2015/11
2015/12 2082/16 2082/17
Shapiro's [1]  1987/6
she [12]  2028/25 2051/16 2055/8 2055/9
2071/24 2071/24 2071/25 2076/2 2090/12
2090/14 2123/2 2129/21

shift [1]  2056/3
ship [1]  2054/7
short [1]  1982/5
should [52]  1972/3 1973/22 1974/13 1979/25
1990/19 1992/11 1995/20 1995/23 1998/2
2003/6 2003/7 2003/21 2003/23 2005/22
2008/16 2035/25 2036/1 2062/15 2063/24
2085/16 2087/4 2087/4 2089/17 2090/17
2090/23 2095/22 2096/1 2100/2 2100/14
2102/17 2122/5 2127/12 2127/14 2127/16
2128/21 2129/2 2129/11 2129/15 2129/16
2129/22 2129/24 2130/1 2130/3 2130/5
2130/15 2130/20 2133/10 2134/8 2134/10
2134/21 2135/3 2135/6
shouldn't [3]  2087/4 2093/7 2095/24
show [21]  1969/8 1974/9 1983/9 1986/14
1991/7 1994/16 2022/17 2039/20 2044/13
2046/24 2047/24 2048/12 2050/22 2051/8
2062/2 2066/9 2089/15 2092/16 2105/22
2121/3 2123/9
showed [11]  1982/10 2000/22 2032/25
2057/8 2058/17 2063/15 2064/25 2065/4
2076/2 2076/20 2077/10
showing [1]  1981/6 1983/25 1999/21
1999/24 2006/24 2011/23 2045/7 2047/22
2052/5 2062/12 2118/24
shown [5]  1986/15 2002/5 2077/8 2079/15
2100/18
shows [16]  1986/13 1995/11 2002/1 2009/12
2016/7 2018/1 2046/15 2047/3 2052/11
2060/22 2075/10 2079/17 2089/25 2090/2
2090/6 2095/13
side [6]  1997/14 2002/17 2036/11 2043/1
2052/14 2115/7
sides [3]  1997/22 1999/18 2002/24
sign [1]  1968/23
significance [11]  2035/12 2039/3 2040/5
2048/19 2053/6 2053/22 2055/4 2056/19
2058/15 2060/17 2062/9
significant [20]  1980/9 2018/2 2019/8
2020/20 2020/24 2023/16 2051/16 2065/4
2065/18 2067/8 2087/11 2087/24 2091/14
2092/9 2092/15 2095/10 2098/24 2110/13
2110/18 2110/21
significantly [6]  2016/9 2018/17 2021/21
2022/5 2085/13 2085/21
signs [1]  2022/1
silence [1]  2008/6
Silver [1]  2027/11
similar [12]  2046/22 2048/10 2049/4 2050/5
2068/22 2076/16 2087/20 2099/7 2103/13
2130/4 2131/17 2131/17
similarities [1]  2103/16
similarity [1]  2104/4
similarly [3]  2074/9 2110/17 2110/25
simple [3]  2120/7 2123/7 2123/21
simplest [2]  2042/13 2088/18
simplistic [1]  2024/24
simply [13]  1983/10 1995/18 2001/12 2024/2
2025/9 2065/6 2077/16 2102/1 2127/22
2128/6 2129/6 2130/5 2134/25
simulate [1]  1994/16
simulates [1]  1994/20
since [9]  1990/18 1992/13 1998/18 2006/11
2030/7 2040/19 2051/9 2102/15 2124/14
single [1]  1979/12
sir [8]  1965/7 1965/21 1966/5 1967/5
1988/17 1993/6 2026/12 2123/4
sit [2]  2033/23 2076/21
sitting [1]  2015/9
situation [5]  1981/20 2002/21 2011/17
2013/21 2101/4
situations [2]  2009/9 2035/25
six [20]  1970/20 1972/6 1973/16 1974/22

1975/19 1977/9 1978/1 1978/4 1978/16
1978/20 1979/7 2009/8 2021/4 2022/18
2038/5 2102/23 2103/2 2112/23 2120/24
2120/25
six-month [1]  2103/2
six-year-old [1]  1978/1
Sixth [1]  2129/11
size [1]  2016/8
skewed [1]  2109/18
skill [13]  2023/21 2030/11 2036/10 2057/1
2060/13 2066/12 2066/14 2066/17 2087/5
2089/14 2089/14 2089/25 2090/1
skills [63]  2013/3 2022/2 2023/19 2030/21
2031/1 2031/2 2031/15 2031/20 2031/22
2032/14 2033/4 2034/13 2034/19 2035/4
2035/14 2039/11 2039/18 2040/8 2040/13
2040/15 2041/12 2041/22 2047/1 2053/24
2054/16 2054/23 2055/13 2055/17 2057/9
2058/7 2058/11 2064/23 2065/5 2065/17
2065/18 2073/1 2073/3 2074/25 2076/6
2076/25 2077/7 2079/2 2083/12 2083/14
2083/17 2084/9 2084/24 2091/15 2091/16
2092/10 2092/11 2092/16 2094/19 2095/2
2095/2 2095/3 2095/5 2097/23 2097/23
2098/18 2109/8 2114/10 2125/11
SLI [1]  2084/4
slice [1]  1999/25
slicing [1]  2000/1
slight [3]  1991/11 2110/12 2118/21
slightly [2]  1989/5 2001/21
slow [2]  2120/8
slower [5]  2022/8 2022/9 2059/11 2107/7
2107/8
slowing [1]  1990/18
small [3]  1987/17 1990/11 2049/12
smaller [2]  2106/10 2106/20
so [154]  1968/11 1972/18 1973/2 1973/6
1973/15 1973/18 1974/17 1975/8 1977/9
1978/2 1978/13 1979/7 1980/8 1981/16
1986/23 1987/24 1989/22 1992/13 1994/10
1995/1 1996/2 1998/9 1999/8 2000/6 2001/12
2004/13 2006/11 2008/2 2009/19 2010/13
2011/4 2011/4 2011/10 2014/3 2016/15
2018/7 2019/1 2019/10 2020/13 2021/2
2023/19 2024/18 2029/22 2034/4 2035/18
2036/19 2038/18 2038/22 2038/22 2039/18
2041/12 2041/17 2041/23 2042/2 2042/8
2043/25 2044/5 2044/9 2044/24 2045/7
2046/23 2047/5 2047/7 2049/15 2050/10
2050/12 2050/13 2051/21 2052/20 2054/19
2057/2 2058/10 2059/20 2060/12 2060/13
2060/25 2063/9 2065/10 2065/12 2065/17
2067/25 2068/8 2068/15 2069/13 2070/1
2071/3 2072/7 2074/6 2074/22 2075/11
2076/5 2076/21 2077/10 2077/11 2078/22
2079/4 2081/14 2081/24 2082/5 2083/12
2084/1 2086/11 2087/3 2087/20 2089/2
2089/6 2090/7 2091/3 2092/19 2092/20
2092/21 2093/13 2094/12 2095/5 2095/13
2096/3 2097/24 2098/3 2099/10 2100/8
2100/20 2101/15 2101/16 2103/16 2105/22
2105/25 2108/7 2109/13 2111/25 2112/23
2113/16 2114/17 2114/21 2120/10 2120/13
2121/4 2121/14 2123/12 2124/21 2125/5
2125/11 2127/18 2128/4 2128/20 2128/24
2129/25 2131/2 2131/6 2131/12 2132/12
2133/10 2134/16 2135/6 2136/15
social [34]  1968/7 1969/20 1969/24 1970/6
1970/8 1971/5 2005/6 2019/14 2019/19
2022/18 2022/19 2022/21 2022/22 2022/25
2022/25 2023/19 2023/21 2024/14 2035/24
2035/25 2042/20 2065/5 2065/11 2065/17
2066/11 2066/14 2066/17 2066/23 2066/25
2067/1 2072/6 2089/13 2091/14 2092/9

S

social-adaptive [1] 2065/11
social-interpersonal [4] 2065/5 2065/17 2066/11 2066/14
socially [1] 2065/22
socioemotional [1] 2091/2
solely [5] 2062/15 2090/17 2090/24 2099/17 2117/7
solid [2] 1981/6 2079/16
solidify [2] 1973/17 2002/14
solidly [2] 1972/17 2058/1
SOLOWAY [1] 1963/19
solution [1] 1990/8
solve [1] 2096/14
solving [8] 1984/15 2053/19 2053/24 2055/19 2055/23 2097/2 2097/8 2107/24
some [106] 1967/20 1968/3 1969/16 1970/9 1978/3 1978/8 1978/17 1980/5 1980/5 1980/21 1987/17 1990/11 1992/3 1992/9 1992/10 1992/14 1992/14 1994/6 1994/8 1994/11 1995/18 1998/10 2001/11 2001/12 2003/6 2017/16 2019/5 2021/15 2023/22 2024/7 2026/22 2032/14 2033/3 2033/5 2033/10 2033/11 2033/22 2034/5 2035/21 2036/16 2037/11 2038/1 2038/10 2038/14 2039/19 2040/3 2040/14 2041/11 2041/19 2042/7 2042/19 2043/13 2044/3 2049/15 2050/1 2050/1 2051/2 2052/9 2056/6 2058/5 2058/12 2059/19 2062/6 2062/13 2064/8 2068/24 2070/18 2075/3 2077/4 2077/8 2079/1 2079/6 2079/18 2079/20 2084/9 2084/10 2085/11 2085/22 2088/20 2088/25 2089/11 2089/13 2091/16 2092/11 2097/17 2098/7 2098/20 2099/3 2099/24 2100/17 2100/22 2101/10 2101/20 2109/10 2111/10 2114/14 2119/2 2121/6 2125/15 2129/12 2129/13 2130/3 2131/13 2131/16 2133/19 2134/9
somebody [10] 1993/15 1994/20 2009/19 2012/1 2016/10 2016/13 2018/21 2025/7 2067/2 2088/5
someone [24] 2034/17 2040/10 2050/13 2060/20 2064/4 2076/15 2077/1 2077/14 2084/15 2086/5 2086/8 2086/12 2086/21 2088/10 2092/20 2097/20 2098/24 2101/4 2114/22 2114/22 2119/25 2130/21 2132/7 2132/8
someone's [4] 1976/21 1977/4 2096/15 2100/19
something [26] 1980/14 1984/8 1987/22 1993/8 1993/16 1994/1 2004/7 2005/22 2007/4 2008/1 2012/1 2021/2 2036/24 2058/25 2060/3 2061/2 2080/25 2096/4 2096/7 2096/20 2105/4 2132/17 2132/21 2132/21 2132/23 2133/10
sometimes [5] 2008/25 2040/9 2043/21 2078/22 2084/4
somewhat [2] 1973/4 2018/20
somewhere [5] 2007/18 2085/25 2088/2 2095/4 2095/8
soon [1] 2131/6
sophisticated [1] 2042/4
sorry [17] 1981/14 1982/18 1984/8 1984/10 1984/20 2003/14 2021/9 2040/17 2046/1 2046/3 2051/7 2105/12 2106/14 2107/10 2118/8 2123/9 2123/14
sort [12] 2009/20 2011/24 2030/16 2038/22 2038/25 2058/21 2062/6 2072/10 2072/18 2085/22 2114/7 2130/3
sorting [1] 2058/16
sorts [2] 2058/18 2058/24
sounding [3] 2033/2 2033/9 2061/11
sounds [1] 2061/12

source [4] 1971/8 1985/15 1985/17 2011/25
source's [1] 1985/7
span [1] 2054/15
spatial [2] 1984/15 2107/24
speak [2] 2041/14 2041/16
speaking [2] 1977/3 1988/6
speaks [2] 2086/4 2117/4
special [3] 1964/7 1976/12 1986/11
specialization [1] 2028/6
specialize [1] 2027/18
specialized [3] 2031/25 2070/7 2070/13
specific [18] 1982/1 1987/13 2010/18 2010/19 2030/10 2031/5 2031/6 2031/6 2033/1 2052/22 2064/5 2070/14 2071/19 2079/18 2080/4 2083/20 2084/3 2107/17
specifically [17] 1976/13 1984/12 1985/21 1998/7 2029/24 2031/24 2032/2 2032/24 2033/6 2033/19 2034/12 2044/1 2045/16 2047/19 2057/2 2103/9 2123/20
specify [1] 2087/7
SPECT [1] 2080/7
spectrum [2] 2086/7
speech [4] 2033/10 2083/9 2083/10 2084/16
speech-language [2] 2083/9 2084/16
speed [17] 1992/1 2037/14 2037/17 2037/24 2043/7 2043/8 2044/15 2044/17 2047/19 2075/7 2092/19 2094/24 2097/5 2120/7 2120/18 2121/3 2121/4
speed-wise [1] 2121/3
speeded [1] 1992/5
speeding [1] 1990/9
spell [1] 2026/17
spelling [3] 2030/11 2061/5 2075/13
spend [2] 1993/9 2007/12
spent [7] 2005/18 2007/14 2007/16 2007/18 2008/2 2015/7 2015/10
spinal [2] 2081/10 2081/12
spirit [1] 2126/3
spoken [7] 2031/13 2039/25 2058/8 2084/5 2084/6 2132/17 2132/18
sports [3] 2031/20 2066/1 2068/14
spread [3] 2000/4 2001/3 2095/20
spreadsheet [1] 2045/18
Spring [1] 2027/11
Springfield [2] 2008/18 2008/24
squares [1] 2038/13
stages [1] 2021/16
stakes [2] 1998/3 2001/23
stale [1] 1973/4
stand [8] 1965/2 1966/9 1980/1 2024/10 2025/22 2026/11 2026/13 2126/8
standard [16] 1969/17 1969/19 1969/22 1970/6 1970/16 1996/21 1998/11 1999/1 2001/8 2003/2 2052/6 2087/10 2096/1 2111/18 2121/15 2129/4
standardized [2] 1988/12 2012/11
standards [4] 1970/4 1996/19 1996/24 1998/13
standing [1] 2068/21
standpoint [5] 2034/15 2052/16 2068/19 2076/10 2104/1
stands [2] 1975/17 1977/7
start [11] 1973/17 2001/15 2002/14 2045/23 2047/12 2053/10 2056/8 2065/15 2101/4 2120/23 2125/7
started [3] 2019/16 2055/23 2118/15
starting [2] 2093/16 2118/8
state [4] 2024/20 2026/17 2035/20 2080/23
statement [17] 1970/18 1971/3 1971/3 1971/21 1972/8 1975/8 1978/19 1978/23

1989/14 1990/24 2090/7 2090/20 2091/17 2093/5 2101/1 2106/13 2107/23
statements [3] 1982/20 2068/6 2081/21
STATES [9] 1963/1 1963/2 1963/4 1963/10 1963/14 1963/15 1965/11 1995/4 1995/5
statistical [3] 2042/4 2042/10 2052/16
status [2] 1968/21 1972/18
stay [2] 1975/15 2009/5
stayed [2] 2121/2 2121/4
stenography [1] 1964/15
steps [2] 2055/22 2055/24
STERN [3] 1963/19 1963/21 1965/14 2131/10 2132/22 2135/13
Sternberg [3] 2000/9 2099/14 2099/15
Steven [1] 1995/5
still [31] 1965/19 1975/17 1980/14 1982/16 1984/20 2020/6 2021/14 2021/21 2021/21 2021/24 2033/23 2038/10 2050/12 2060/10 2060/13 2075/10 2076/21 2077/20 2087/3 2103/21 2106/11 2106/22 2107/10 2108/5 2110/8 2110/8 2110/25 2118/8 2120/13 2125/13 2126/6
stimuli [4] 1984/16 2049/11 2107/25 2120/21
stood [1] 2033/12
stop [2] 2050/10 2050/11
stopped [1] 2050/9
storage [1] 2054/13
storm [2] 2057/18 2057/18
story [2] 2037/4
straight [1] 2007/17
strategies [1] 2107/21
stray [1] 2100/20
Street [3] 1963/20 1963/23 1964/2
strength [11] 2039/20 2040/11 2047/22 2050/15 2089/25 2090/2 2090/5 2090/5 2090/9 2090/9 2097/16
strengths [18] 2030/22 2031/3 2031/4 2031/4 2031/17 2040/12 2088/24 2088/25 2089/8 2089/12 2089/13 2090/11 2091/15 2092/7 2092/10 2096/13 2096/23 2115/14
stressed [1] 2075/7
strict [1] 1999/4
strikes [1] 2125/6
striking [5] 1979/23 1980/2 2056/13 2083/16 2108/25
strikingly [3] 1992/3 2109/1 2109/2
strong [6] 2031/20 2057/9 2062/18 2079/14 2097/13 2097/14
stronger [2] 2031/15 2061/1
strongest [4] 2053/24 2056/14 2079/19 2118/24
struck [2] 2111/2 2120/3
structural [1] 2079/22
structured [1] 2093/9
struggled [1] 2031/21
struggling [1] 2130/17
stuck [1] 2065/20
student [2] 2031/19 2076/1
studied [3] 1994/12 1994/13 2131/9
studies [11] 1988/1 1988/5 1989/15 1991/6 1994/16 2002/13 2009/2 2115/21 2116/22 2120/17 2124/9
study [12] 1983/14 1986/8 1986/9 1989/16 1989/22 1989/23 2106/24 2113/20 2113/24 2117/24 2118/1 2118/7
stuff [1] 2005/7
subaverage [2] 2022/5 2022/6
subject [7] 1979/10 2051/6 2051/23 2062/3 2110/9 2132/24 2133/7
submit [1] 1970/13
submitted [2] 1967/10 2050/18
subsection [1] 2113/17
subsequent [5] 1976/3 1979/15 1980/15 1992/1 2112/4

**S**

subsequently [3]   1992/8 2028/25 2050/18
substantial [2]   2099/25 2100/12
substantially [1]   1973/1
substantiates [1]   1989/13
substituted [2]   2128/2
subtest [15]   2036/13 2036/19 2037/2 2037/7
2037/9 2037/14 2038/3 2039/7 2049/8
2049/10 2049/23 2050/3 2050/6 2103/14
2110/22
subtests [16]   1980/6 1980/21 1988/13
1990/14 2039/7 2039/10 2041/18 2041/23
2041/24 2042/5 2042/6 2044/8 2049/5 2049/7
2107/12 2120/7
successful [2]   2092/23 2107/21
succession [1]   2101/13
such [9]   1981/17 2006/10 2008/11 2031/14
2069/14 2079/13 2082/12 2085/15 2128/10
sufficient [3]   2003/20 2044/8 2045/4
suggest [4]   1983/17 1992/10 1999/16
2021/23
suggested [2]   1994/5 1996/14
suggesting [5]   1987/8 2003/6 2025/17
2118/21 2119/1
suggestions [2]   2130/23 2130/25
suggestive [1]   2115/4
suggests [2]   1982/24 2121/2
Suite [2]   1963/20 1963/23
summaries [1]   1991/11
summarize [2]   2048/1 2094/3
summary [6]   2074/5 2093/24 2095/16
2098/11 2098/15 2098/17
superimposed [1]   2082/25
support [6]   2025/3 2071/2 2071/25 2116/22
2116/24 2129/12
Supreme [2]   1969/17 2014/1
sure [25]   1968/18 1971/13 1978/9 1978/20
1979/5 1981/6 1981/16 1983/21 1986/21
1993/8 1996/12 2004/13 2012/8 2014/20
2053/13 2070/25 2081/3 2081/5 2081/10
2091/5 2091/19 2095/25 2106/16 2118/8
2118/9
surely [2]   2097/6 2106/24
surprising [1]   2071/20
suspect [2]   1970/1 1987/24
sustain [1]   1978/6
sustained [3]   1979/11 1984/25 2000/16
switch [1]   1985/22 2057/5
sworn [2]   1965/4 2026/15
symbol [9]   2037/14 2037/16 2037/19 2043/7
2043/7 2054/15 2120/7 2120/18 2120/18
symbols [4]   2037/15 2037/20 2037/22
2037/22
symptom [2]   2069/21 2069/21
symptoms [9]   2033/21 2033/25 2069/16
2069/17 2069/20 2069/23 2074/17 2076/20
2088/15
system [1]   2064/16

**T**

tab [2]   2085/3 2102/8
tables [2]   2079/3 2079/4
take [30]   1966/7 1966/25 1969/12 1977/6
1977/9 1978/18 1979/15 1988/1 1991/13
1995/22 2004/22 2006/16 2020/12 2025/16
2025/24 2026/3 2047/18 2056/17 2059/14
2060/1 2095/14 2103/8 2105/2 2116/1
2119/24 2122/13 2122/19 2124/23 2129/24
2134/8
taken [2]   2007/21 2038/1
takes [3]   1965/2 2026/13 2099/6
taking [5]   1999/13 2044/22 2046/14 2047/2
2114/7

talk [8]   1970/23 1976/3 1985/11 1996/18
1996/20 2017/9 2042/2 2043/23 2049/16
talked [10]   1966/13 1981/3 1985/11 2031/7
2039/8 2043/19 2055/2 2072/4 2086/6
2099/16
talking [23]   1967/25 1968/5 1969/9 1982/13
1982/14 1982/18 1982/22 1999/11 2008/11
2016/19 2022/16 2022/20 2022/21 2022/22
2023/4 2023/5 2051/21 2094/19 2103/1
2103/3 2105/4 2106/6 2107/14
tap [5]   1996/1 2037/13 2043/12 2054/11
2058/6
tapped [2]   2043/8 2057/13
tapping [1]   1992/2
taps [2]   2037/23 2092/19
task [10]   2016/11 2037/6 2056/22 2057/9
2059/1 2059/6 2059/11 2061/6 2079/25
2097/8
tasks [15]   1984/15 1997/1 2031/15 2035/14
2040/16 2041/21 2043/11 2047/19 2094/20
2094/23 2096/25 2097/6 2102/4 2107/23
2107/24
Teach [1]   2070/11
team [1]   2006/7
tease [2]   2080/15 2125/16
technical [1]   2005/20
technique [3]   1999/9 2025/3 2042/10
techniques [1]   2042/4
teen [1]   2019/10
teenage [1]   2021/1
teenager [2]   2112/21
Tel [1]   1964/13
tell [13]   1983/21 2011/11 2028/3 2032/5
2047/3 2083/8 2097/25 2113/11 2131/23
2131/23 2131/24 2131/25 2132/7
tells [2]   2011/18 2053/23
ten [8]   2026/1 2026/3 2064/16 2075/8 2086/9
2120/10 2120/11 2120/12
ten seconds [1]   2075/8
ten-minute [1]   2026/3
ten-year-old [1]   2120/11
tend [6]   2028/20 2042/6 2075/15 2079/4
2086/20 2107/19
tended [1]   2008/9
tendency [2]   2001/4 2118/21
tends [1]   1987/17
Tenth [1]   2129/24
term [11]   1975/11 1984/18 2016/19 2016/21
2018/11 2018/13 2018/20 2019/19 2021/23
2105/13 2108/2
termed [2]   1988/15 2019/16
terminology [1]   2127/25
terms [13]   1968/22 1970/25 1988/20 1992/14
2010/8 2014/10 2065/15 2069/18 2081/7
2084/12 2085/22 2109/23 2134/10
terribly [1]   1992/5
test [89]   1970/21 1971/6 1972/3 1972/6
1973/22 1974/13 1976/6 1978/14 1978/24
1979/22 1980/23 1982/11 1982/20 1982/22
1983/3 1983/5 1983/18 1985/14 1985/17
1986/4 1987/22 1987/23 1988/12 1988/18
1989/8 1991/7 1997/5 1999/13 2007/21
2008/4 2009/15 2009/20 2009/24 2010/2
2036/16 2037/10 2038/1 2038/4 2038/19
2042/8 2044/4 2044/6 2049/8 2049/23
2050/16 2050/19 2051/7 2054/12 2056/14
2057/10 2057/13 2058/2 2059/2 2059/15
2060/2 2090/18 2090/24 2097/4 2097/11
2097/17 2099/5 2099/7 2099/8 2101/9
2101/19 2101/25 2102/23 2103/2 2104/2
2107/19 2108/6 2108/8 2109/4 2111/5 2111/6
2112/17 2115/16 2120/12 2120/13 2121/12
2121/19 2123/7 2123/22 2129/18 2129/19
2129/21 2130/8 2130/9 2135/23

test/retest [3]   1982/11 1982/20 1982/22
test [90] ...1982/21 2135/2 2177/6 ...
2107/22 2125/8
testified [14]   1965/4 1993/19 1993/25
1994/23 1995/9 1995/10 2004/8 2004/9
2008/19 2009/15 2015/20 2017/16 2026/16
2073/14
testify [3]   1986/22 2004/17 2005/17
testimonial [1]   2127/14
testimony [16]   1971/9 1986/23 1993/9
1993/11 1993/14 1994/15 2015/18 2017/12
2017/19 2019/11 2040/25 2063/4 2082/19
2082/20 2090/14 2127/11
testing [38]   1972/23 1973/18 1975/25 1976/3
1985/16 1990/9 1991/18 1996/20 1996/25
2009/12 2010/16 2016/13 2016/20 2016/20
2032/16 2032/16 2035/7 2035/8 2036/8
2039/21 2039/22 2039/23 2040/18 2041/4
2041/8 2043/20 2050/21 2050/21 2053/4
2053/7 2058/15 2071/12 2093/24 2103/9
2110/11 2111/11 2112/21 2112/21
testings [1]   2045/3
tests [51]   1968/23 1979/22 1984/14 1985/13
1991/2 1996/7 1996/22 1997/7 1999/3 2008/3
2008/6 2016/3 2016/4 2035/15 2036/15
2037/25 2039/13 2039/17 2040/22 2041/5
2042/10 2042/15 2043/18 2046/16 2048/23
2052/2 2053/9 2054/9 2055/3 2056/23
2057/10 2073/2 2086/16 2099/17 2101/13
2102/2 2103/10 2103/12 2104/4 2105/15
2108/12 2109/24 2111/25 2112/20 2115/11
2116/15 2120/20 2121/7 2121/8 2125/3
2125/10
text [1]   2052/3
textbook [1]   2116/6
texts [1]   2052/2
than [76]   1971/5 1974/6 1981/12 1983/3
1983/22 1986/10 1986/16 1987/16 1988/18
1989/22 1998/25 1999/10 2000/23 2001/9
2001/10 2002/2 2007/19 2012/1 2015/11
2016/10 2016/22 2018/9 2022/9 2039/7
2043/18 2044/13 2044/18 2048/14 2048/18
2051/15 2054/4 2058/10 2059/11 2064/5
2071/19 2075/13 2075/15 2080/6 2083/3
2083/5 2083/21 2089/11 2092/1 2097/1
2097/4 2097/7 2097/9 2097/12 2098/7
2100/18 2105/11 2106/11 2106/21 2109/7
2111/18 2112/21 2112/25 2113/5 2113/18
2113/25 2114/4 2114/15 2114/15 2115/23
2116/23 2116/24 2118/18 2118/19 2118/20
2118/23 2118/25 2119/4 2119/7 2121/15
2127/9 2131/10
than -- whether [1]   2064/5
than verbal [1]   2115/23
thank [26]   1965/18 1969/6 1971/19 1971/21
1995/7 2004/23 2004/24 2004/25 2019/23
2026/4 2026/10 2026/21 2026/24 2027/2
2030/4 2046/13 2073/17 2117/10 2122/23
2125/17 2126/9 2132/16 2133/14 2135/11
2136/12 2136/15
thanks [2]   2025/19 2136/15
that [1158]
that sentence [1]   2100/16
that's [130]   1969/9 1971/1 1971/7 1972/11
1977/2 1977/25 1979/5 1979/6 1979/11
1980/15 1981/1 1981/12 1981/20 1982/7
1982/11 1982/11 1982/13 1983/8 1983/9
1986/13 1986/15 1987/25 1990/22 1990/23
1994/9 1994/9 1994/22 1997/6 1999/7
1999/10 2000/11 2000/17 2001/23 2001/25
2002/8 2002/12 2002/15 2003/14 2004/24
2009/13 2009/17 2010/4 2011/12 2011/25
2012/4 2013/23 2014/13 2015/14 2016/24
2018/11 2019/6 2019/11 2019/12 2020/8

**that's...** [76]  2024/24 2025/12 2025/15
2025/17 2025/19 2027/21 2032/25 2034/11
2035/3 2035/23 2036/24 2038/4 2038/22
2042/1 2042/12 2043/17 2045/25 2048/7
2048/22 2049/3 2051/6 2052/4 2052/25
2055/10 2055/24 2057/6 2057/12 2061/1
2061/9 2067/23 2069/10 2070/1 2072/12
2072/13 2075/9 2077/21 2078/3 2079/15
2082/6 2083/18 2087/9 2087/10 2089/1
2089/19 2091/3 2093/13 2094/16 2095/9
2095/15 2097/16 2098/9 2108/9 2108/12
2109/16 2111/5 2111/19 2111/20 2112/12
2114/2 2115/1 2117/9 2117/10 2120/8
2120/14 2120/19 2120/21 2120/23 2122/22
2124/10 2125/17 2126/2 2131/2 2132/9
2132/17 2133/10 2135/5

**the -- although** [1]  2082/2
**the -- he** [1]  2068/21
**the -- your** [1]  2093/15
**theater** [1]  2036/1
**their** [37]  1976/15 1990/24 1994/21 2001/24
2001/25 2001/25 2002/1 2002/4 2002/9
2005/21 2011/7 2013/5 2016/22 2025/11
2041/22 2067/1 2067/22 2071/3 2076/13
2083/25 2086/22 2086/23 2089/12 2091/25
2092/22 2093/11 2096/14 2097/16 2097/18
2098/25 2099/1 2120/8 2125/10 2125/11
2130/15 2130/23 2130/24
**them** [43]  1967/24 1979/19 1979/20 1989/10
1994/1 1997/11 1997/13 2000/5 2006/17
2011/7 2011/10 2011/19 2012/17 2013/6
2023/24 2026/25 2029/1 2038/8 2038/13
2041/15 2042/6 2043/21 2043/22 2045/8
2046/1 2056/7 2057/19 2058/21 2058/24
2059/7 2075/8 2096/15 2115/5 2115/15
2125/9 2127/18 2130/23 2130/24 2133/1
2133/2 2134/11 2134/12 2135/20
**themes** [1]  2009/14
**then** [67]  1966/25 1970/23 1972/23 1972/24
1974/11 1975/8 1976/8 1979/5 1979/16
1988/1 1989/8 2001/15 2004/11 2004/15
2007/17 2010/24 2011/5 2011/8 2011/18
2012/13 2015/20 2016/5 2023/8 2023/13
2024/11 2024/21 2032/15 2034/14 2037/16
2038/11 2038/16 2042/3 2043/1 2047/10
2048/10 2049/1 2054/25 2055/21 2056/3
2058/6 2060/14 2066/24 2077/4 2077/4
2089/21 2090/3 2095/3 2099/2 2101/15
2103/11 2105/21 2106/2 2107/4 2109/13
2111/11 2113/2 2113/20 2116/19 2120/25
2121/16 2124/1 2127/1 2129/1 2129/8
2132/10 2133/3 2134/5
**theoretically** [2]  2034/10 2034/15
**there** [215]
**there's** [47]  1970/9 1981/6 1983/9 1983/20
1987/25 1991/22 1994/2 1994/6 1994/7
1995/17 1996/6 1999/21 1999/23 2001/4
2009/21 2030/6 2035/9 2036/22 2037/4
2038/19 2042/7 2048/15 2050/12 2051/5
2052/13 2060/13 2081/20 2085/1 2088/12
2088/23 2090/4 2090/5 2098/3 2098/4
2098/10 2099/5 2099/10 2100/18 2110/15
2110/25 2118/1 2118/7 2121/12 2124/2
2133/7 2134/14 2135/15
**therefore** [5]  1972/1 1980/4 2021/4 2121/22
2124/22
**these** [98]  1967/14 1976/13 1979/13 1984/10
1999/21 2003/1 2017/24 2020/9 2025/4
2031/4 2031/12 2033/12 2033/25 2036/16
2037/25 2039/9 2040/22 2041/4 2041/19
2041/24 2042/5 2042/6 2043/10 2043/18
2043/21 2043/22 2044/12 2044/16 2045/7

2045/15 2045/19 2045/20 2046/22 2047/11
2047/12 2047/17 2051/17 2051/22 2051/25
2052/12 2052/15 2052/17 2053/9 2053/19
2054/6 2054/23 2055/17 2056/13 2056/19
2057/14 2057/24 2058/15 2058/18 2058/19
2059/8 2059/15 2059/19 2061/7 2062/5
2062/8 2062/9 2062/12 2062/17 2064/6
2064/7 2066/20 2066/25 2075/23 2076/5
2079/7 2079/17 2084/11 2086/16 2097/16
2108/25 2109/5 2111/13 2111/22 2111/25
2111/25 2115/4 2115/13 2115/21 2118/12
2118/13 2120/4 2120/17 2120/19 2122/20
2124/13 2124/21 2125/13 2130/11 2130/14
2130/16 2134/7 2134/8 2135/15
**they** [135]  1969/21 1970/10 1972/4 1972/18
1974/11 1974/11 1975/9 1976/11 1976/13
1976/14 1976/14 1978/13 1978/15 1978/16
1984/14 1984/16 1988/1 1990/12 1993/18
1994/17 1994/21 1996/21 1998/7 1998/8
1998/10 1998/20 2000/5 2000/22 2001/20
2002/11 2003/17 2004/7 2005/22 2009/7
2011/7 2013/3 2013/4 2013/7 2013/13 2016/1
2018/22 2018/24 2021/4 2021/4 2023/23
2024/16 2031/20 2032/17 2035/6 2036/14
2039/11 2039/18 2041/16 2041/20 2041/21
2042/2 2042/7 2042/14 2042/17 2043/6
2043/15 2043/23 2044/12 2044/21 2045/4
2045/13 2046/22 2047/13 2050/15 2051/19
2054/17 2057/15 2057/25 2059/8 2059/19
2064/4 2065/7 2065/8 2067/16 2070/16
2071/6 2071/7 2071/10 2079/4 2079/8 2079/9
2079/11 2079/18 2082/9 2083/15 2083/15
2084/7 2084/12 2085/20 2085/21 2089/10
2089/15 2093/8 2093/8 2093/10 2093/12
2093/13 2094/24 2094/24 2096/13 2097/8
2097/9 2097/9 2097/11 2097/18 2097/18
2099/1 2099/17 2099/18 2101/13 2101/13
2101/15 2104/3 2107/16 2107/17 2107/20
2107/23 2107/25 2109/9 2110/23 2111/13
2111/14 2111/14 2115/12 2125/10 2125/10
2130/16 2132/7 2134/10 2134/21
**they'll** [1]  2130/24
**they're** [37]  1979/7 1989/4 1990/22 2001/6
2008/24 2010/21 2023/14 2024/1 2031/4
2041/15 2046/21 2052/13 2052/18 2055/3
2062/18 2062/18 2079/10 2084/12 2086/10
2086/12 2093/12 2095/1 2097/14 2102/8
2108/20 2110/8 2110/8 2110/13 2110/20
2120/8 2120/20 2124/22 2125/7 2125/8
2132/6 2132/7 2132/8
**they've** [3]  1986/15 2025/10 2130/23
**thing** [16]  1970/16 1981/17 2005/3 2006/2
2046/20 2047/11 2055/2 2064/3 2069/16
2078/23 2084/12 2085/22 2101/18 2103/3
2108/12 2124/1
**things** [26]  1973/17 1977/3 1986/1 1986/2
1986/2 1988/14 1992/14 1998/7 2008/8
2008/12 2033/23 2033/24 2056/6 2056/10
2069/24 2072/15 2077/5 2084/11 2089/11
2091/1 2103/1 2104/3 2115/4 2125/2 2125/11
2131/13
**think** [96]  1967/12 1968/25 1969/16 1970/24
1973/2 1974/16 1974/18 1975/17 1976/11
1977/7 1977/15 1979/14 1979/5 1979/6
1979/20 1979/23 1981/21 1982/6 1982/7
1982/9 1983/11 1983/24 1987/3 1991/4
1991/20 1991/22 1992/7 1995/17 1996/9
1999/19 2000/8 2001/7 2001/14 2004/19
2006/3 2008/2 2011/13 2012/16 2013/17
2013/19 2013/20 2013/20 2013/23 2014/19
2018/5 2018/8 2019/10 2019/11 2019/14
2019/17 2020/8 2020/12 2020/23 2022/4
2022/6 2022/11 2022/17 2023/1 2023/8
2023/9 2023/14 2024/13 2024/24 2025/12

2030/16 2033/4 2033/5 2040/3 2040/20
2055/22 2056/7 2057/2 2061/20 2071/7
2076/19 2079/19 2083/5 2085/3 2088/7
2090/8 2092/13 2093/3 2098/9 2099/13
2104/1 2113/6 2120/16 2121/15 2126/11
2134/9 2134/14 2134/16 2134/17 2135/24
2135/24 2136/14
**thinking** [9]  1975/6 2020/7 2023/2 2033/23
2033/24 2053/20 2099/6 2112/14 2128/5
**thinks** [1]  2098/15
**third** [4]  1970/5 2106/25 2116/7 2128/18
**this** [243]
**thorough** [1]  2127/12
**those** [78]  1970/11 1970/13 1977/23 1979/15
1985/9 1988/4 1991/13 1994/8 2002/8
2002/10 2009/5 2009/9 2010/11 2016/5
2016/9 2016/15 2017/10 2017/11 2017/15
2020/6 2020/10 2021/11 2023/21 2029/6
2029/12 2029/15 2029/20 2031/20 2032/12
2035/5 2036/2 2036/10 2036/11 2037/10
2037/21 2037/17 2047/3 2039/16 2039/18
2039/24 2040/15 2044/20 2044/22 2050/13
2051/1 2052/9 2052/19 2053/12 2053/20
2054/11 2060/17 2063/10 2063/15 2064/11
2064/24 2065/7 2065/13 2067/5 2069/7
2080/21 2080/25 2088/9 2095/21 2096/9
2097/14 2103/17 2110/1 2110/5 2110/22
2114/23 2114/25 2116/24 2119/3 2121/5
2122/8 2128/19 2133/1 2133/2
**though** [5]  1995/21 2087/9 2096/3 2105/22
2128/1
**thought** [9]  1982/15 1982/18 1997/21 2000/1
2007/4 2021/3 2022/22 2045/18 2126/3
**thoughts** [4]  2031/14 2039/15 2058/9 2099/2
**thousands** [1]  2091/6
**three** [25]  1970/20 1972/6 1972/19 1972/22
1972/24 1973/16 1973/23 1978/16 1978/24
1982/23 1984/9 2009/6 2017/1 2038/5
2038/15 2038/15 2050/10 2053/6 2054/16
2061/4 2063/20 2069/1 2109/25 2118/19
2118/24
**three weeks** [1]  1982/23
**three-by-three** [1]  2038/15
**thrives** [2]  1984/15 2107/24
**through** [16]  1970/23 1986/19 1993/20
1995/2 2007/17 2011/6 2015/9 2016/25
2017/5 2018/4 2053/17 2054/9 2071/21
2094/3 2107/14 2111/9
**throughout** [6]  2008/5 2018/11 2022/3
2029/15 2044/2 2130/18
**Thursday** [1]  2007/16
**thus** [5]  1973/19 1997/1 2092/1 2092/8
2124/3
**tied** [2]  2022/4 2031/7
**till** [1]  2007/17
**time** [90]  1972/4 1972/12 1972/15 1973/3
1974/24 1975/6 1975/18 1975/19 1976/22
1976/23 1979/2 1979/2 1980/3 1981/1
1982/23 1990/13 1992/2 1997/1 1999/25
2007/12 2007/14 2007/23 2007/25 2008/2
2008/9 2008/10 2008/21 2009/10 2010/24
2011/2 2011/5 2011/7 2011/9 2011/12
2011/14 2011/20 2012/11 2015/10 2015/11
2020/18 2020/18 2021/16 2028/22 2028/22
2028/23 2028/23 2029/17 2041/13 2041/19
2043/4 2044/2 2048/1 2048/23 2049/6
2049/25 2056/6 2056/10 2057/21 2060/23
2073/14 2074/9 2074/12 2074/17 2075/1
2076/23 2077/4 2077/17 2077/21 2080/3
2080/9 2080/25 2084/13 2090/2 2101/12
2103/9 2105/9 2106/2 2106/5 2112/16
2117/17 2120/4 2120/8 2120/10 2124/15
2128/2 2128/17 2131/9 2131/16 2132/22
2133/21

**T**

timed [1] 2047/19
times [13] 1981/5 1983/5 1983/18 2048/25
 2066/5 2066/7 2066/16 2066/18 2073/10
 2079/3 2101/5 2102/25 2103/4
to -- what [1] 1978/20
today [7] 1965/6 1977/5 1977/6 1978/11
 1981/16 2133/15 2136/9
toddler [1] 1972/1
together [18] 2007/19 2008/13 2038/9
 2041/24 2042/5 2042/7 2042/11 2045/13
 2045/15 2047/25 2051/10 2051/13 2051/14
 2051/24 2052/1 2062/5 2062/10 2079/4
told [5] 1980/13 1997/21 2002/23 2020/3
 2092/24
TONI [1] 2099/6
too [12] 1978/7 1991/3 1991/4 1992/5
 2024/24 2025/24 2031/4 2041/15 2045/18
 2079/1 2091/8 2115/19
took [7] 1992/22 2016/25 2017/5 2044/24
 2073/23 2080/1 2093/4
tool [4] 2080/10 2080/11 2080/12 2115/17
top [5] 1989/24 2000/7 2048/5 2086/8 2086/9
topic [6] 1966/1 1985/1 2019/2 2029/7
 2029/9 2029/10
topics [1] 2008/11
Torrance [1] 2128/10
total [17] 1970/20 1972/3 1972/6 1973/22
 1974/13 1978/14 1978/24 2007/14 2008/2
 2008/14 2021/23 2058/2 2060/18 2060/18
 2118/1 2118/13 2118/14
totally [3] 2020/10 2049/24 2051/15
totals [1] 2124/14
touch [2] 2034/5 2050/17
touched [1] 2030/17
tough [2] 2074/21 2089/19
toward [4] 2064/3 2064/7 2065/12 2098/16
towards [1] 2056/2
tower [2] 2059/1 2097/3
TOWRE [1] 2097/4
TR [3] 2064/15 2128/20 2129/5
track [1] 2101/11
tracked [1] 2046/21
trail [1] 2120/18
training [3] 2013/8 2013/15 2028/12
transcript [2] 1963/9 2082/23
transcription [2] 1964/15 1964/15
transcripts [1] 1993/21
traumatic [2] 2018/17 2028/12
treat [1] 2087/14
treatment [2] 2032/11 2087/15
tremendous [3] 2013/3 2016/8 2131/2
trends [1] 1999/21
trials [1] 2060/19
tricky [1] 2066/13
tried [2] 2045/1 2077/3
triennial [1] 1976/11
trouble [5] 2057/10 2057/16 2057/20
 2066/15 2078/21 2078/21 2099/1 2123/9
troubles [2] 2001/18 2001/20
truck [1] 2068/21
true [9] 1988/25 1993/25 2070/1 2092/14
 2094/9 2102/21 2109/11 2114/2 2121/23
trump [1] 2010/2
trumps [2] 2009/15 2009/21
try [5] 1976/14 2007/6 2087/5 2107/7
 2130/25
trying [18] 1968/25 1976/13 1976/21 1977/4
 1977/21 1978/20 1984/20 1991/23 1995/11
 1995/20 2005/19 2010/21 2041/9 2093/3
 2093/14 2114/6 2117/9 2125/9
Tsu [1] 2000/2
turn [6] 2041/9 2041/19 2074/2 2093/15

2099/11 2117/22
turned [1] 2093/16 2133/13
turning [3] 2060/16 2075/12 2085/4
twist [1] 2038/8
two [56] 1970/4 1977/23 1979/5 1980/1
 1980/24 1982/22 1989/8 2007/18 2007/19
 2008/12 2024/10 2035/20 2036/5 2037/13
 2037/20 2037/21 2038/3 2038/14 2038/14
 2039/21 2040/7 2042/16 2042/17 2043/1
 2043/12 2044/3 2045/21 2048/5 2048/7
 2048/15 2053/18 2054/1 2057/6 2059/21
 2061/5 2063/23 2064/14 2065/7 2074/16
 2081/21 2086/9 2093/13 2094/10 2095/5
 2096/8 2100/25 2103/1 2103/9 2106/10
 2106/20 2120/1 2121/24 2122/20 2124/14
 2127/6 2129/4
two feet [1] 2024/10
two years [1] 1980/24
two-by-two [1] 2038/14
type [14] 1972/18 1976/7 1980/3 2007/7
 2009/2 2016/3 2033/20 2052/6 2054/14
 2059/16 2076/3 2078/12 2083/22 2107/20
types [4] 2031/20 2039/21 2077/1 2077/18
typical [6] 2024/6 2066/2 2072/10 2075/15
 2091/23 2091/24
typically [15] 1981/9 1982/12 1982/22
 1986/10 1987/15 2009/5 2031/12 2035/22
 2044/8 2088/3 2092/1 2092/7 2094/8 2096/1
 2121/23
Tzou [4] 2000/2 2000/17 2000/19 2001/21
Tzu [4] 2000/19

**U**

U.S.C. [1] 2009/1
U.S.C. Section 40 [1] 2009/1
ULERIO [1] 1964/9
ultimate [1] 2040/6
ultimately [2] 2127/21
under [8] 1965/20 2028/10 2064/16 2074/7
 2105/13 2116/3 2117/23 2123/14
underestimate [1] 1991/23
underlying [3] 2087/2 2087/2 2128/6
underneath [1] 2038/6
understand [21] 1969/1 1972/9 1978/20
 1996/9 2010/17 2041/4 2041/15 2043/23
 2053/11 2070/6 2073/21 2084/23 2087/17
 2087/18 2092/13 2102/17 2108/4 2108/4
 2119/6 2128/1 2131/11
understandable [1] 2057/3
understanding [16] 2004/2 2007/6 2011/1
 2031/13 2033/12 2039/14 2040/20 2055/6
 2062/19 2094/21 2099/1 2102/7 2105/8
 2105/18 2135/7 2135/7
understands [2] 2130/9 2130/10
undertake [1] 2128/7
unexpected [1] 2030/14
unfamiliar [1] 2102/4
unfortunate [1] 2047/4
unfortunately [2] 2083/24 2087/15
uniformly [1] 1993/20
UNITED [9] 1963/1 1963/2 1963/4 1963/10
 1963/14 1963/15 1965/11 1995/4 1995/5
United States [3] 1965/11 1995/4 1995/5
University [2] 2028/7 2052/24
unless [2] 2085/25 2124/23
unsettled [1] 1997/16
until [5] 1994/5 2013/6 2103/14 2108/17
 2119/21
unwanted [1] 2105/16
up [57] 1967/15 1969/4 1973/18 1974/8
 1975/24 1982/15 1984/9 1984/9 1987/18
 1988/20 1989/16 1992/11 1993/2 1999/24
 2000/4 2002/13 2007/21 2019/11 2020/18
 2021/16 2022/12 2041/5 2041/23 2045/12

2045/22 2045/23 2048/10 2053/3 2059/15
2059/22 2060/23 2069/8 2070/3 2072/18
2073/10 2083/24 2089/25 2090/2 2095/8
2100/18 2101/14 2101/24 2107/11 2109/20
2110/22 2110/22 2111/12 2120/4 2121/7
2124/15 2125/4 2125/12 2134/6 2134/11
2134/11 2135/19 2135/23
updated [2] 2116/16 2136/9
upon [13] 2020/20 2050/17 2052/15 2073/24
 2074/17 2079/15 2083/13 2084/19 2094/4
 2096/21 2099/14 2101/22 2114/25
us [12] 1968/2 1973/6 1978/10 1979/3
 1983/21 2032/5 2047/3 2055/13 2055/18
 2099/17 2133/3 2133/19
use [39] 1966/18 1969/21 1969/24 1977/10
 1977/17 1977/15 1996/20 1996/21 1996/23
 1997/2 1997/7 1999/3 1999/6 2003/6 2003/8
 2006/17 2012/11 2016/3 2021/23 2025/7
 2031/25 2037/5 2056/1 2063/18 2066/24
 2067/20 2067/22 2080/4 2080/9 2080/11
 2080/13 2085/20 2095/22 2098/10 2099/11
 2114/6 2114/8 2114/21 2115/5
used [19] 1966/15 1972/4 2018/11 2034/2
 2035/16 2036/2 2041/6 2052/4 2068/19
 2073/5 2073/6 2073/6 2077/14 2080/12
 2084/2 2100/2 2100/14 2104/5 2127/25
useful [1] 1975/14 2115/16
using [15] 1991/19 1999/5 1999/8 1999/9
 2006/4 2010/21 2025/3 2042/8 2045/18
 2053/20 2105/15 2109/19 2115/14 2116/15
 2127/25
Usually [1] 2009/1
utility [2] 1997/3 2001/11

**V**

VA [1] 2028/9
vaguely [1] 2003/15
valid [32] 1970/21 1972/7 1972/11 1972/14
 1973/22 1974/14 1974/22 1975/4 1975/9
 1975/11 1975/13 1975/18 1975/22 1976/2
 1976/5 1976/8 1976/18 1976/19 1977/10
 1977/12 1977/15 1977/17 1978/15 1978/17
 1978/25 1979/1 1979/8 1979/18 1980/14
 2012/6 2100/25 2112/16
validated [1] 1987/3
validity [3] 1997/4 1999/13 2016/14
value [2] 2025/17 2109/19
values [1] 2109/19
Vance [2] 1986/9 1987/12
variability [7] 1973/9 1985/15 1985/17
 1985/21 2001/10 2086/16 2086/20
variable [6] 2106/11 2106/22 2117/5 2124/24
 2125/1 2125/16
variables [1] 2124/18
variation [2] 2002/5 2117/6
variations [1] 2013/3
varied [1] 2000/25
variety [2] 1988/11 2018/12
various [6] 1985/7 1988/14 2007/7 2010/17
 2012/10 2111/25
vary [2] 1996/15 2101/22
varying [1] 2129/11
vast [1] 2050/25
Vaughn [1] 2003/11
venire [8] 2130/20 2131/23 2131/23 2131/25
 2132/5 2133/7 2133/9 2133/9
verbal [91] 1988/23 1991/1 1992/7 1992/10
 1992/23 2035/11 2035/14 2035/15 2035/16
 2036/2 2036/3 2036/11 2036/16 2038/2
 2038/20 2038/23 2039/4 2039/7 2039/10
 2039/16 2039/22 2040/13 2040/23 2041/5
 2041/12 2041/12 2041/23 2041/25 2042/14
 2042/16 2042/17 2042/17 2042/18 2043/9
 2044/2 2045/24 2046/18 2046/19 2046/24

# V

verbal... [52] 2047/1 2048/7 2048/8 2048/9
2048/9 2048/18 2054/4 2054/11 2054/12
2054/13 2054/22 2092/17 2094/14 2094/19
2095/2 2095/11 2095/24 2096/19 2097/1
2097/7 2097/10 2097/12 2097/22 2098/6
2098/7 2098/22 2098/22 2099/2 2100/1
2100/13 2100/25 2108/22 2109/8 2109/17
2113/5 2113/25 2114/15 2114/15 2115/23
2118/18 2118/19 2118/20 2118/23 2118/25
2119/4 2119/8 2119/21 2119/22 2121/12
2121/17 2122/14 2130/13
verbally [3] 2018/2 2038/7 2067/12
verified [1] 1989/19
VERONICA [1] 1964/8
version [4] 1969/25 1985/22 2038/1 2038/18
versions [2] 1985/14 2036/15
versus [6] 1963/4 1966/2 1995/4 2015/24
2087/23 2121/17
very [75] 1967/25 1968/3 1973/15 1976/16
1999/7 2005/19 2009/23 2009/23 2010/1
2012/4 2018/13 2021/9 2021/25 2024/3
2030/24 2031/3 2031/18 2031/20 2032/13
2033/8 2033/13 2034/18 2038/20 2039/5
2039/21 2041/12 2043/19 2046/7 2046/21
2046/21 2047/19 2047/22 2048/14 2052/23
2053/1 2054/2 2056/11 2056/12 2056/13
2057/18 2059/9 2059/12 2067/23 2069/23
2079/11 2080/12 2083/18 2083/20 2086/17
2089/24 2090/5 2091/6 2092/18 2094/10
2095/1 2095/5 2098/17 2099/7 2103/1
2103/13 2103/13 2104/3 2104/3 2105/24
2108/8 2108/18 2111/8 2112/16 2117/10
2121/11 2121/25 2122/20 2126/2 2126/7
2131/17
victory [2] 2006/25 2007/1
view [10] 1979/9 2004/21 2004/21 2015/24
2020/15 2069/22 2084/11 2088/7 2089/17
2090/16
views [5] 2015/15 2015/16 2018/19 2102/7
2132/12
violates [1] 2019/20
Virginia [1] 2099/22
virtue [1] 2132/6
visual [39] 1984/15 2031/16 2033/4 2036/15
2036/17 2037/4 2037/11 2037/25 2038/20
2039/7 2039/17 2040/8 2040/16 2043/3
2050/16 2054/1 2054/3 2054/15 2056/23
2057/9 2057/10 2059/6 2062/11 2076/8
2083/17 2092/18 2092/19 2094/23 2094/25
2095/1 2095/3 2095/6 2096/25 2097/11
2097/13 2097/23 2099/7 2103/14 2107/24
visual-spatial [1] 2107/24
visually [3] 2038/25 2039/23 2095/11
vocabulary [4] 2035/17 2035/17 2042/19
2059/20
voice [1] 1968/25
VP [1] 2116/22
vulnerable [1] 2110/5

# W

WAIS [54] 1985/22 1986/16 1986/16
1988/22 1989/2 1989/3 1989/6 1989/7 1989/9
1989/10 1989/15 1989/18 1989/20 1989/21
1990/10 1990/19 1991/3 1991/6 1991/7
1991/8 1991/8 1996/1 1996/2 2003/23 2049/1
2049/3 2049/12 2049/22 2050/7 2050/9
2073/8 2102/3 2102/3 2103/11 2103/12
2103/17 2103/20 2103/20 2106/2 2106/5
2106/7 2108/8 2108/18 2110/17 2110/18
2110/22 2110/24 2111/2 2111/4 2111/12
2113/21 2116/19 2116/20 2116/20
WAIS-III [21] 1986/16 1988/22 1989/7

1989/9 1989/21 1991/8 2003/23 2049/1
2049/3 2049/12 2050/7 2103/12 2106/5
2106/5 2106/7 2110/18 2110/22 2110/24
2111/2 2111/4 2111/12
WAIS-IV [20] 1989/2 1989/3 1989/6
1989/10 1989/15 1989/18 1989/20 1990/10
1990/19 1991/3 1991/6 1991/7 1991/8
2049/22 2050/9 2102/3 2103/20 2108/8
2108/16 2108/17
WAIS-R [5] 1986/16 2103/11 2103/17
2113/21 2116/20
WAISs [1] 1988/19
wait [1] 2025/24
want [45] 1970/10 1970/17 1971/2 1973/3
1975/15 1976/14 1976/22 1977/1 1979/18
1986/21 1992/5 2011/10 2011/12 2012/13
2012/14 2014/4 2019/18 2019/21 2026/1
2034/5 2036/4 2040/19 2041/3 2047/5
2050/17 2060/3 2065/14 2071/7 2075/3
2076/19 2081/1 2081/2 2101/12 2106/17
2111/2 2117/22 2119/10 2122/10 2134/6
2134/7 2134/14 2134/19 2134/20 2136/1
2136/12
wanted [8] 1966/1 2010/18 2010/19 2011/5
2051/17 2074/5 2122/4 2130/16
wants [1] 1987/7
warrant [1] 2016/23
was [217]
was present [1] 2033/7
wasn't [2] 2042/16 2132/19
wasnt [6] 1992/11 1996/7 2010/19 2011/4
2076/17 2076/22
way [36] 1971/7 1972/9 1983/21 1987/23
1987/24 1988/20 1989/6 1990/11 2011/13
2024/16 2025/2 2035/21 2039/19 2039/20
2041/17 2042/13 2044/23 2052/18 2052/25
2053/18 2056/3 2059/22 2062/17 2072/10
2072/14 2072/19 2088/12 2097/1 2098/3
2098/4 2098/9 2111/9 2114/21 2117/25
2130/1 2134/24
way -- yes [1] 1987/24
ways [7] 1988/12 1988/13 2052/12 2055/10
2058/21 2096/13 2108/11
we [186]
we'll [7] 2108/14 2130/25 2131/1 2133/5
2134/7 2136/9 2136/9
we're [32] 1969/9 1974/3 1975/6 1981/16
1982/14 1999/11 2001/16 2001/17 2008/4
2008/5 2008/8 2013/23 2013/24 2014/3
2016/19 2020/20 2022/22 2023/13 2051/21
2061/8 2062/18 2079/18 2086/19 2087/15
2094/19 2098/5 2098/6 2103/16 2110/20
2114/6 2123/12 2132/4
we've [5] 1969/16 1972/23 1974/8 2038/1
2065/17
weak [4] 2021/15 2021/21 2059/2 2060/19
weaker [2] 2039/6 2039/6
weakness [2] 2030/23 2091/12
weaknesses [9] 2046/24 2046/25 2062/19
2076/6 2089/3 2089/18 2090/10 2096/23
2115/14
wear [7] 1982/2 1982/4 1982/5 1982/7
1983/4 1983/12 2048/23
wears [1] 1983/10
Wechsler [7] 2101/5 2102/24 2102/24 2103/3
2103/4 2123/6 2123/20
Wechsler's [3] 1984/11 1984/13 2107/22
week [1] 2127/11
weeks [2] 1982/23 2107/16
weight [9] 1992/6 2080/24 2090/8 2090/12
2090/13 2125/13 2128/21 2129/16 2130/5
weighted [3] 2118/12 2118/16 2118/20
Weiss [2] 2000/2 2000/19
well [101] 1968/16 1968/18 1969/23 1971/11

1973/19 1975/8 1976/3 1976/7 1979/12
1980/6 1981/20 1983/22 1985/22 1985/22
1986/1 1987/25 1988/11 1988/22 1989/16
1991/20 1993/19 1994/3 1994/5 1999/10
2000/2 2001/16 2002/19 2003/19 2004/15
2006/18 2007/14 2010/8 2010/19 2015/9
2016/1 2017/19 2018/1 2018/11 2018/21
2020/7 2020/17 2021/9 2021/20 2021/25
2022/5 2022/20 2024/18 2024/24 2025/3
2031/1 2033/25 2038/21 2041/21 2042/5
2044/3 2046/7 2047/22 2048/21 2050/4
2052/7 2053/7 2053/23 2055/6 2056/15
2057/5 2057/12 2057/19 2057/24 2058/22
2063/14 2064/7 2065/6 2065/14 2066/7
2066/19 2066/20 2073/8 2075/9 2082/5
2089/10 2090/22 2091/20 2092/21 2093/6
2097/18 2098/12 2105/2 2112/19 2115/21
2116/1 2118/17 2122/9 2124/14 2124/21
2125/24 2126/5 2131/13 2132/9 2132/16
2133/5 2134/9
well-known [2] 1968/16 1968/18
went [6] 1999/4 2035/16 2068/6 2068/7
2076/23 2121/7
were [135] 1967/25 1968/2 1968/5 1968/5
1977/21 1978/15 1979/2 1981/15 1981/25
1982/18 1988/19 1991/15 1992/2 1993/18
1997/14 1997/22 1999/25 2006/2 2006/16
2008/10 2008/11 2008/17 2008/19 2009/4
2009/7 2010/17 2011/24 2015/15 2019/1
2019/2 2022/12 2022/23 2023/5 2023/22
2023/23 2025/5 2025/16 2031/23 2031/23
2032/9 2033/12 2033/13 2033/25 2037/10
2039/1 2040/9 2040/13 2041/10 2041/13
2041/18 2041/20 2042/15 2044/2 2044/7
2045/13 2045/17 2046/17 2047/1 2047/4
2049/5 2049/22 2050/1 2050/2 2050/2 2050/3
2050/5 2050/23 2050/24 2050/24 2051/2
2051/3 2051/18 2053/4 2056/15 2057/25
2060/24 2062/13 2062/13 2062/14 2063/9
2063/9 2063/10 2063/11 2063/15 2063/20
2064/6 2064/10 2064/11 2065/16 2065/18
2065/21 2065/25 2066/2 2066/5 2066/6
2067/15 2068/5 2069/7 2071/17 2072/14
2073/24 2074/19 2075/4 2077/10 2080/23
2081/21 2082/5 2083/14 2083/15 2083/15
2093/8 2103/12 2103/13 2104/3 2104/5
2109/23 2110/24 2111/13 2111/13 2111/14
2111/14 2112/5 2115/6 2115/7 2115/11
2119/10 2119/11 2119/12 2121/9 2121/10
2121/21 2121/21 2122/3 2122/4 2135/18
weren't [1] 2103/11
what [229]
what's [12] 1978/2 1991/2 1993/12 1995/3
2006/14 2036/21 2039/14 2047/15 2048/19
2088/21 2105/25 2129/24
whatever [6] 1977/14 1999/9 2011/14 2014/2
2058/23 2110/12
wheel [1] 2131/12
when [120] 1968/5 1972/2 1975/8 1976/7
1977/19 1978/13 1981/1 1983/18 1984/12
1985/22 1990/25 1991/7 1991/18 1994/5
1994/16 1994/19 1994/20 1995/11 1996/15
1997/13 2001/3 2001/5 2008/17 2009/4
2009/23 2011/13 2013/20 2016/2 2016/19
2018/9 2019/9 2020/7 2021/13 2022/18
2031/6 2031/10 2035/16 2038/23 2040/23
2041/8 2045/23 2047/18 2048/16 2049/21
2050/10 2050/11 2050/21 2055/20 2056/5
2056/6 2056/8 2057/23 2058/18 2058/23
2060/2 2060/4 2060/14 2061/12 2062/17
2064/10 2066/5 2066/7 2066/9 2067/16
2067/21 2068/9 2069/21 2071/11 2071/12
2072/2 2074/12 2077/5 2075/8 2075/19
2075/21 2083/16 2084/6 2086/7 2086/18

## W

when... [41] 2089/21 2091/11 2092/2 2095/2
2095/14 2095/15 2097/2 2097/6 2097/8
2097/9 2097/11 2098/17 2099/25 2101/3
2103/19 2106/5 2107/5 2107/9 2107/15
2107/21 2112/9 2112/10 2112/10 2112/13
2112/20 2112/21 2119/24 2121/6 2121/9
2121/9 2122/12 2122/16 2124/1 2124/12
2125/2 2125/6 2125/8 2125/20 2127/24
2131/16 2136/1

where [67]  1967/13 1969/20 1970/25
1984/12 1993/11 1993/17 1993/19 1993/24
1994/2 2001/22 2002/10 2008/18 2009/14
2013/11 2021/14 2024/9 2025/6 2035/20
2036/22 2038/4 2048/17 2049/1 2052/21
2053/1 2055/8 2057/17 2060/9 2062/18
2066/25 2072/20 2077/1 2077/7 2079/23
2087/6 2087/13 2087/21 2092/5 2093/6
2093/23 2093/25 2094/3 2097/16 2097/21
2098/12 2100/12 2101/4 2101/11 2105/22
2108/8 2110/5 2110/14 2110/14 2110/18
2111/4 2111/9 2113/11 2118/8 2118/15
2120/19 2120/21 2121/7 2124/10 2130/19
2131/3 2132/1 2132/9 2132/18

where you're [1]  2113/11

whereas [2]  2040/15 2048/11

whether [53]  1970/17 1971/16 1971/24
1984/16 1985/2 1985/6 1992/15 1993/15
1999/1 2004/14 2010/10 2016/16 2017/10
2017/21 2024/19 2032/1 2032/17 2033/15
2039/14 2041/10 2063/4 2063/10 2064/4
2064/5 2065/12 2067/2 2069/1 2069/7
2070/17 2070/18 2071/8 2081/22 2087/22
2100/11 2101/25 2102/1 2107/25 2111/19
2114/6 2127/20 2127/22 2128/12 2128/15
2128/18 2128/22 2128/25 2129/20 2129/22
2129/24 2131/22 2131/23 2135/22 2135/23

which [95]  1969/3 1969/12 1970/18 1970/19
1970/25 1976/6 1986/9 1988/1 1992/3
2001/10 2002/4 2002/23 2009/10 2017/9
2021/2 2021/24 2022/8 2023/16 2024/4
2032/10 2033/20 2035/8 2035/17 2035/22
2036/10 2036/25 2037/7 2037/9 2037/19
2038/9 2038/11 2038/12 2038/21 2040/24
2041/6 2042/10 2042/11 2042/12 2042/21
2044/13 2047/16 2047/24 2048/25 2049/7
2049/16 2051/23 2054/8 2054/12 2054/13
2056/14 2056/23 2056/24 2059/4 2061/6
2062/17 2065/18 2068/19 2068/20 2074/2
2075/1 2076/8 2076/20 2080/20 2081/13
2086/8 2088/17 2089/7 2089/15 2092/18
2095/14 2095/21 2096/13 2096/14 2097/3
2097/7 2097/17 2097/25 2102/9 2109/20
2110/24 2113/6 2113/21 2116/5 2116/14
2116/24 2117/5 2117/25 2121/16 2124/6
2124/24 2128/20 2128/25 2129/12 2129/13
2134/7

while [16]  1999/23 2048/24 2049/3 2049/10
2049/15 2050/13 2055/25 2060/25 2065/7
2079/24 2080/12 2092/14 2101/18 2109/24
2118/18 2125/14

white [3]  2025/16 2049/12 2111/16

who [45]  1968/14 1970/11 2000/8 2004/5
2013/8 2013/14 2015/6 2018/21 2023/15
2023/15 2028/24 2031/19 2034/17 2039/5
2039/20 2039/24 2041/14 2050/13 2055/11
2071/2 2071/10 2072/2 2076/1 2078/4
2080/11 2081/17 2082/25 2086/5 2086/8
2088/3 2088/4 2089/9 2092/15 2092/21
2092/24 2097/20 2114/14 2114/14 2114/19
2114/23 2115/22 2116/21 2125/7 2125/9
2135/21

whole [4]  2008/6 2057/14 2091/21 2117/4

wholeheartedly [1]  1974/18

whom [1]  1925/6

why [30]  1967/20 1967/21 1968/2 1969/24
1970/10 1971/5 1976/11 1980/15 1985/22
1987/9 1987/19 1988/9 1991/13 1995/25
1996/14 2014/18 2034/25 2039/10 2041/1
2043/17 2043/25 2044/16 2059/25 2077/21
2081/10 2094/16 2100/24 2115/10 2132/2
2132/2

WIAT [1]  2058/7

WIAT-III [1]  2058/7

wide [3]  2000/4 2002/5 2117/6

widely [1]  2039/24

will [24]  1966/21 1982/4 1982/5 1999/24
2004/22 2016/9 2031/5 2042/1 2045/22
2059/7 2059/9 2081/1 2084/9 2085/25
2096/15 2098/12 2106/24 2113/14 2121/17
2127/19 2131/6 2131/16 2132/19 2133/1

will definitely [1]  2132/19

willful [19]  2019/18 2022/13 2023/7 2023/7
2024/2 2024/5 2024/12 2024/13 2024/21

willfully [2]  2019/20 2024/20

willfulness [1]  2024/20

willing [2]  2012/4 2012/5

willingness [1]  2022/3

WILSON [44]  1963/5 1965/14 1980/3
1991/16 1991/18 1992/22 1994/4 1994/7
2007/10 2008/3 2010/10 2011/11 2011/25
2013/18 2014/9 2015/11 2015/13 2019/3
2024/4 2032/4 2032/13 2032/23 2033/15
2034/22 2035/1 2046/21 2049/8 2056/14
2057/8 2058/17 2059/17 2063/15 2064/25
2065/22 2068/6 2073/21 2074/12 2076/17
2080/22 2081/9 2109/10 2127/23 2129/8
2129/21

Wilson's [17]  1992/16 2017/25 2024/11
2034/21 2038/25 2040/8 2040/18 2046/18
2053/23 2060/23 2063/6 2083/2 2112/3
2129/2 2130/2 2130/8 2130/13

WISC [28]  1986/9 1986/11 1987/15 1987/16
1988/22 1988/22 1988/25 1989/1 1989/2
2048/25 2049/4 2049/11 2049/17 2102/3
2102/3 2103/11 2103/16 2103/17 2109/25
2110/1 2110/3 2110/4 2110/7 2110/8 2110/13
2110/13 2110/18 2110/23

WISC-C [1]  2110/8

WISC-Cs [2]  2109/25 2110/1

WISC-III [14]  1986/9 1987/15 1988/22
2048/25 2049/4 2049/17 2102/3 2103/11
2103/17 2110/3 2110/4 2110/13 2110/18
2110/23

WISC-IV [3]  1988/25 1989/1 1989/2

WISC-R [7]  1986/11 1987/16 1988/22
2102/3 2103/16 2110/7 2110/13

wise [1]  2121/3

within [11]  1979/4 1989/7 1994/18 2013/18
2037/22 2042/16 2075/20 2089/7 2099/10
2102/22 2103/2

without [13]  1974/16 2005/11 2011/24
2014/25 2030/3 2033/23 2033/24 2046/8
2059/11 2098/4 2124/3 2126/18 2134/3

witness [25]  1965/2 1965/2 1965/3 1965/19
1969/5 1969/7 1970/1 1970/17 1987/2
2004/11 2006/6 2006/17 2006/21 2006/23
2013/23 2025/21 2026/9 2026/13 2026/15
2029/18 2045/11 2062/22 2100/7 2122/24
2126/12

witness's [2]  2062/3 2126/12

witnesses [4]  1970/18 2006/11 2126/21
2137/2

wonder [1]  2103/18

wonderful [1]  2136/14

wondering [2]  1979/2 2122/22

Woodcock [1]  2098/14

Woodcock-Johnson [1]  2098/14

word [21]  2029/19 2033/1 2039/3
2054/9 2054/14 2059/3 2059/5 2059/12
2061/6 2075/23

worded [1]  2084/22

words [39]  1977/4 1977/20 1987/20 2001/9
2008/23 2016/9 2031/14 2031/16 2033/3
2033/9 2035/18 2036/11 2037/5 2038/21
2039/15 2052/21 2055/19 2057/22 2058/9
2060/18 2060/22 2061/7 2061/11 2061/12
2075/7 2075/14 2080/24 2085/21 2094/21
2094/23 2097/10 2099/2 2100/16 2114/14
2115/20 2120/3 2122/8 2122/12 2127/22

wore [1]  1982/6

work [14]  2027/18 2027/22 2039/8 2042/24
2045/16 2062/18 2068/11 2068/12 2077/15
2099/15 2130/25 2131/1 2133/5 2136/12

worked [3]  2025/9 2058/18 2078/4

working [10]  2008/17 2042/22 2043/14
2044/17 2044/18 2054/15 2056/9 2058/6
2058/13 2126/6

works [1]  2084/15

workup [1]  2072/19

world [6]  2009/15 2010/1 2010/5 2010/14
2012/10 2132/7

worn [1]  1981/11

worry [1]  1980/10

worse [3]  2016/10 2020/21 2020/21

would [127]  1970/13 1973/3 1974/17 1975/1
1975/1 1975/2 1975/12 1975/14 1975/14
1975/16 1976/4 1976/4 1976/8 1976/8
1977/10 1977/12 1977/19 1977/23 1978/16
1978/18 1979/20 1982/7 1992/10 1992/13
1993/14 2004/1 2004/6 2004/19 2005/2
2007/22 2011/5 2011/8 2011/10 2011/16
2011/17 2011/19 2011/19 2014/10 2014/13
2016/22 2018/23 2019/4 2019/15 2019/16
2020/17 2021/15 2022/8 2022/8 2022/9
2023/9 2023/14 2023/18 2024/14 2025/17
2034/6 2034/16 2034/18 2038/22 2040/10
2040/20 2045/18 2045/20 2049/14 2049/24
2052/5 2060/9 2060/12 2065/20 2066/11
2066/13 2066/16 2066/25 2066/25 2067/5
2068/2 2068/4 2069/20 2072/22 2073/10
2074/20 2080/19 2082/8 2083/3 2083/4
2083/6 2083/10 2089/6 2089/16 2092/25
2092/25 2093/1 2093/6 2099/3 2099/12
2099/13 2101/24 2103/18 2104/1 2108/5
2108/10 2108/21 2109/1 2110/5 2110/14
2110/16 2110/20 2111/19 2112/2 2112/23
2114/8 2114/12 2122/18 2125/1 2125/4
2127/15 2127/23 2128/13 2129/12 2130/10
2130/11 2130/12 2131/8 2131/12 2132/17
2133/23 2134/14 2135/18

wouldn't [4]  1974/25 2014/11 2019/18
2131/15

wouldnt [7]  1975/3 1977/17 1979/17 1992/5
1994/10 2010/14 2092/23

write [2]  2070/9 2077/8

writing [17]  1981/2 1992/13 2016/4 2030/11
2031/12 2054/17 2054/17 2061/12 2074/25
2075/15 2077/9 2078/20 2078/22 2084/5
2084/7 2084/8 2106/5

written [15]  1983/12 1991/1 1994/12
1998/14 2015/21 2029/6 2029/7 2029/9
2055/11 2078/16 2085/13 2088/1 2101/7
2103/6 2112/15

wrong [8]  1974/17 1983/17 2024/6 2050/7
2050/8 2050/9 2050/10 2101/7

wrote [5]  2055/9 2077/9 2078/14 2082/6
2112/13

## Y

Yeah [14]  2008/23 2023/14 2060/13 2105/13

## Y

Yeah... [10]  2105/24 2108/4 2110/4 2113/14
2116/12 2117/16 2118/6 2118/17 2124/3
2125/23
year [16]  1970/22 1972/7 1975/10 1978/1
1978/15 1978/25 1979/4 1979/8 1982/23
2002/2 2021/16 2072/4 2106/10 2106/20
2116/8 2120/11
years [49]  1972/1 1972/19 1972/22 1972/24
1973/23 1974/14 1976/19 1980/24 1982/6
1982/9 1982/12 1982/16 1982/24 1994/1
1997/2 1999/21 2002/5 2010/11 2010/15
2018/9 2021/1 2025/9 2031/21 2032/4
2032/12 2036/14 2041/6 2042/2 2046/18
2046/19 2047/10 2047/11 2048/10 2052/5
2063/15 2067/9 2071/1 2071/25 2073/13
2076/18 2077/13 2083/8 2083/13 2102/2
2102/25 2103/5 2103/15 2109/24 2125/3
yes [161]  1965/21 1966/5 1966/12 1966/23
1967/5 1967/8 1967/11 1967/16 1968/4
1968/8 1968/15 1969/11 1969/11 1972/9
1973/2 1973/11 1973/15 1973/15 1975/14
1975/21 1975/24 1977/7 1979/14 1979/25
1980/7 1980/12 1982/4 1982/14 1984/4
1984/7 1985/10 1985/19 1985/20 1985/24
1986/6 1986/12 1986/14 1987/24 1988/3
1988/8 1988/17 1988/24 1989/3 1990/4
1990/6 1990/12 1990/16 1991/17 1991/20
1993/3 1993/6 1993/23 1994/14 1994/18
1994/25 1995/17 1996/17 1997/7 1997/12
1997/16 1997/19 1997/23 1998/4 1998/6
1999/7 2000/12 2000/20 2000/21 2001/1
2001/2 2002/4 2002/25 2003/15 2004/19
2005/8 2005/18 2006/22 2007/11 2007/25
2008/15 2009/13 2010/4 2011/4 2011/15
2012/9 2012/16 2013/15 2014/10 2014/10
2015/3 2015/19 2015/22 2017/4 2017/8
2017/13 2017/18 2018/13 2019/25 2023/5
2025/17 2026/2 2027/1 2029/7 2029/11
2029/24 2040/2 2045/3 2045/9 2047/4
2052/11 2056/2 2058/3 2063/8 2064/19
2065/2 2066/16 2066/18 2066/24 2067/4
2067/11 2069/21 2078/17 2082/8 2083/11
2084/19 2084/20 2084/21 2085/2 2085/17
2089/4 2090/7 2093/19 2094/11 2095/7
2096/5 2102/11 2105/7 2105/20 2106/5
2107/3 2109/12 2109/16 2109/22 2113/8
2113/23 2114/3 2118/10 2118/14 2119/14
2119/17 2122/2 2122/9 2123/4 2123/16
2123/25 2131/4 2131/5 2131/14 2133/16
2135/2 2135/17
yesterday [18]  1966/2 1966/13 1967/12
1967/25 1981/3 1981/12 1981/15 1982/9
1982/15 1985/2 1985/6 1996/19 2016/25
2019/2 2020/4 2021/3 2022/19 2022/22
yet [6]  1980/13 1990/25 2009/24 2018/22
2079/19 2103/13
yield [2]  1990/20 2116/21
YORK [7]  1963/1 1963/16 1963/20 1963/20
1964/2 1964/2 1964/13
you [697]
you'd [4]  1979/18 1984/5 1993/21 2069/17
you'll [1]  2085/3
you're [43]  2016/2 2020/13 2020/14 2021/8
2021/10 2022/15 2023/21 2024/18 2025/1
2030/7 2038/20 2039/13 2039/21 2039/22
2039/22 2042/5 2050/10 2052/20 2055/20
2056/4 2056/10 2057/17 2057/19 2079/24
2109/5 2109/17 2109/19 2110/11 2111/21
2111/23 2111/24 2112/21 2112/21 2113/3
2113/11 2118/3 2118/8 2122/13 2124/1
2124/12 2125/25 2126/7 2135/15
you've [20]  1976/19 1993/9 1993/24 1994/23

1998/5 2034/6 2040/20 2047/25 2070/20
2051/8 2053/4 2055/21 2060/10 2104/2
2104/2 2107/7 2122/14 2124/22 2136/12
2136/14
young [13]  1972/17 2019/9 2023/15 2024/3
2071/10 2071/23 2072/1 2072/5 2081/9
2106/11 2106/21 2112/19 2125/4
younger [2]  1973/16 1974/3
your [174]  1965/13 1966/7 1966/14 1966/18
1966/20 1966/21 1966/21 1966/25 1967/3
1967/9 1967/21 1969/14 1970/15 1971/3
1971/20 1971/21 1976/24 1978/13 1979/21
1981/16 1984/24 1986/17 1991/15 1991/24
1993/9 1993/11 1994/15 1994/25 1995/24
1996/19 1997/18 1999/3 1999/12 2002/23
2004/4 2004/12 2005/3 2005/15 2006/19
2006/21 2007/9 2008/10 2008/17
2008/20 2009/11 2009/14 2009/14 2010/16
2011/13 2011/14 2011/20 2012/14 2012/18
2014/8 2014/14 2015/3 2015/6 2015/15
2016/5 2017/21 2020/6 2020/10 2020/15
2025/23 2026/4 2026/10 2026/12 2026/17
2026/21 2027/12 2028/3 2028/15 2028/20
2029/17 2029/20 2030/2 2030/4 2030/17
2031/14 2032/22 2034/3 2034/4 2034/7
2035/9 2036/10 2038/8 2038/24 2039/15
2040/6 2040/17 2040/25 2042/25 2045/10
2045/23 2046/6 2048/2 2050/18 2053/3
2053/8 2053/8 2053/9 2055/21 2055/22
2058/9 2062/21 2063/3 2063/4 2064/10
2064/21 2064/25 2065/3 2067/9 2069/6
2070/3 2070/13 2070/21 2072/11 2073/4
2073/10 2073/18 2073/21 2074/2 2077/25
2078/5 2078/14 2079/3 2079/9 2079/12
2080/4 2080/23 2080/24 2085/25 2087/8
2088/7 2088/15 2089/2 2089/17 2090/16
2090/16 2093/15 2093/21 2094/6
2096/9 2096/16 2098/20 2099/10 2100/6
2100/24 2101/1 2102/7 2102/9 2105/8
2105/18 2109/4 2109/17 2112/12 2113/4
2117/22 2121/22 2122/1 2122/23 2125/19
2126/9 2126/11 2126/16 2126/22 2126/25
2131/5 2131/8 2132/12 2133/17 2136/7
youre [33]  1976/18 1976/21 1977/4 1977/19
1978/20 1978/21 1979/1 1980/8 1980/8
1980/21 1981/3 1981/25 1982/16 1983/19
1999/8 1999/9 2011/12 2066/20 2067/21
2070/6 2072/20 2087/7 2090/18 2092/13
2094/7 2094/12 2094/15 2095/4 2095/16
2095/16 2096/3 2098/21 2100/25
yourself [5]  2056/1 2057/16 2057/20 2060/7
2118/7
youth [1]  2073/24

## Z

zero [1]  2006/7